IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MR. STEVEN, L.L.C. | § | CASE NO. 18 |
| | § | |
| Debtors | § | CHAPTER 11 |
| | § | |

## DECLARATION OF STEVEN J. MIGUEZ IN SUPPORT OF DEBTORS' BANKRUPTCY PETITIONS

I, Steven J. Miguez, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am the Manager of Mr. Steven, L.L.C. ("Mr. Steven" and "Debtor").

2. This Declaration is made in support of the Debtor's voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Bankruptcy Code.

3. On or about September 28, 2015, First NBC Bank entered into Business Loan Agreements and Promissory Note with Iberia Marine Service, LLC ("Iberia Marine") in the amount of Twenty-two Million Five Hundred Thousand Dollars and 00/100 ($22,500,000.00) with a due date of September 28, 2020. As part of the collateral for this loan is the Mr. Steven. Mr. Steven J. Miguez executed a Commercial Guaranty dated September 28, 2015.

4. On February 6, 2018, SBN V FNB, LLC ("SBN") filed a Verified Petition for Collection on Note and Guaranty against Steve J. Miguez in the 24th Judicial District Court for

the Parish of Jefferson, State of Louisiana bearing Case No. 780-357.

5. On or about April, 2018, SBN contacted Guice Offshore, LLC ("Guice"), one of Iberia Marine's bareboat charters, in an attempt to offset the debt of Iberia Marine. Guice did not turn over the funds to SBN but instead placed funds in an escrow account until the matter could be resolved.

6. SNB then filed a Complaint on October 2, 2018 bearing Case No. 2:18-cv-08492-RSWL-RAO in the United States District Court for the Central District of California. SBN V FNBC has requested for the Mr. Steven to be seized, which is currently working off the coast of California. The Mr. Steven is generating funds to maintain the business. Iberia Marine and related entities including the Mr. Steven are relying on these funds to remain in business and the seizure of the vessel will definitely terminate all agreements and bareboat charters, which will cause the Mr. Steven's and related entities businesses to dissolve.

### Goals for Chapter 11 Filing

7. The Debtors filed for relief under the Bankruptcy Code in an effort to have stop the seizure of the vessel and to be able to generate income in order to be able to have a confirmable plan which all claims made or to be made against them proceed in an orderly process, and, after confirmation of a plan, pay allowed claims a pro rata share of funds available for distribution.

_____
By: Steven J. Miguez, Manager
Mr. Steven, L.L.C.

Page 2 of 2