## ACTION BY UNANIMOUS WRITTEN CONSENT OF
## THE MEMBER AND MANAGER OF MR. STEVEN, L.L.C., a limited liability company

### October 3, 2018

The undersigned Member of Mr. Steven, L.L.C., a Louisiana limited liability company (the "Company") and the Manager of the Company, acting in such capacity and acting in such capacity and exercising the powers granted to them in the Operating Agreement of the Company, do hereby (i) as of October 3, 2018 (the "Effective Date") consent to and adopt the resolutions set forth herein, which resolutions shall have the same force and effect as if adopted by unanimous affirmative vote at a meeting of the Company Member and Manager, respectively, duly called and held; (ii) waive all requirements of notice; and (iii) direct that this Action by Unanimous Written Consent be filed with the minutes of the proceedings of the Company.

**RESOLVED**, that in the judgment of the Member and Manager, it is desirable and in the best interest of the Company, its creditors and other interested parties, that a Voluntary Petition under Chapter 11 of the Bankruptcy Code be filed;

**BE IT FURTHER RESOLVED**, that Steven J. Miguez, Manager of the Company, be and he is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify said Petition under Chapter 11 of the Bankruptcy Code, in such form as may be recommended by counsel for the Company, and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Louisiana.

**BE IT FURTHER RESOLVED**, that Adams and Reese LLP be and is hereby retained as counsel for the Company and is authorized to file all petitions, applications, affidavits, statements, schedules, lists and other necessary documents and to take any and all other actions that the Company deems necessary or appropriate in connection with the proceedings filed in accordance with Chapter 11 of the Bankruptcy Code; and

Dated: 10-3-18

*Member:*
Mr. Steven, L.L.C.

By: Steven J. Miguez

*Manager:*

By: Steven J. Miguez