# Notice Recipients

District/Off: 0536–4  User: mdoucet  Date Created: 10/4/2018
Case: 18–51277  Form ID: odipsc  Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr    DIP
                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust   Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
aty   Robin B. Cheatham          cheathamrb@arlaw.com
                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Mr. Steven, L.L.C.    107 Hwy 90 West    New Iberia, LA 70560
                                                                                    TOTAL: 1