UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |

* * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002(a), (b) and (i), 3017(a), and 9010(a), and 9010(b), SBN V FNBC LLC hereby provides notice of its appearance herein and requests that the undersigned counsel be placed on the Court's mailing list and email notice list in the captioned matter, and that all notices, orders, judgments, pleadings and other papers, including all such documents in all adversary proceedings be sent to:

> David F. Waguespack
> Email: waguespack@carverdarden.com
> Carver, Darden, Koretzky, Tessier,
> Finn, Blossman & Areaux, L.L.C.
> 1100 Poydras Street, Suite 3100
> New Orleans, Louisiana 70163
> Telephone: (504) 585-3814
> Fax: (504) 585-3801

> Respectfully submitted,
>
> CARVER, DARDEN, KORETZKY, TESSIER
> FINN, BLOSSMAN & AREAUX, L.L.C.
>
> /s/ David F. Waguespack
> DAVID F. WAGUESPACK (#21121)
> 1100 Poydras Street, Suite 3100
> New Orleans, Louisiana 70163
> Telephone: (504) 585-3814
> Fax: (504) 585-3801
>
> Counsel for SBN V FNBC LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice has been duly served upon those parties receiving electronic notification via the Court's CM/ECF System on this 4th day of October, 2018.

/s/ David F. Waguespack
DAVID F. WAGUESPACK

4836-0559-6534, v. 1