# Notice Recipients

District/Off: 0536−4  User: mdoucet  Date Created: 10/4/2018
Case: 18−51277  Form ID: 309F  Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mr. Steven, L.L.C.          107 Hwy 90 West          New Iberia, LA 70560
ust         Office of U. S. Trustee          300 Fannin St., Suite 3196          Shreveport, LA 71101
cr          SBN V FNBC LLC          c/o David F. Waguespack          1100 Poydras Street          Suite 3100          New Orleans, LA 70163
aty         David F. Waguespack          1100 Poydras Street – Energy Centre          Suite 3100          New Orleans, LA 70163
aty         Peter James Segrist          Carver Darden et al          1100 Poydras Street, Suite 3100          New Orleans, LA 70163
aty         Robin B. Cheatham          4500 One Shell Square          New Orleans, LA 70139
smg         State of Louisiana, Department of Labor          Delinquent Accounts Unit,UI Tech Support          1001 North 23rd Street, Room 322          Baton Rouge, LA 70802
smg         Louisiana Department of Revenue and Taxation          Attn: Bankruptcy Division          P.O. Box 66658          Baton Rouge, LA 70896
7738274     Iberia Crewboat & Marine          Services, L.L.C.          C/o Mr. Steve Miguez          107 Hwy 90 West          New Iberia, LA 70560
7738275     Iberia Marine Service, LLC          107 Hwy 90 West          New Iberia, LA 70560
7738477     SBN V FNBC LLC          c/o David F. Waguespack          1100 Poydras Street          Suite 3100          New Orleans, LA 70163
7738479     SBN V FNBC LLC          c/o Peter J. Segrist          1100 Poydras Street          Suite 3100          New Orleans, LA 70163
7738276     SBN V FNBC LLC          c/o The Corporation Trust Co.          Corporation Trust Center          1209 Organge St.          Wilmington, DE 19801
7738277     SBN V FNBC, LLC          1700 Lincoln Street, Suite 2150          Denver, CO 80203
7738436     Sheriff, Iberia Parish          300 Iberia St.          Suite 120          New Iberia LA 70560
7738278     Thomas E. Shuck          Parker, Milliken, Clark, O'Hara          & Samuelian          555 S. Flower St., 30th Floor          Los Angeles, CA 90071−2440
TOTAL: 16