IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN , LLC | * | CHAPTER 11 |
| DEBTOR | * | JUDGE JOHN W. KOLWE |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned counsel hereby files this Entry of Appearance and Request for Notices on behalf of Guice Offshore, LLC, a party in interest in the above-styled and numbered case, and, requests that all notices in this case be given to and served upon the following:

R. SCOTT WELLS, ESQUIRE
RUSHING & GUICE, P.L.L.C.
POST OFFICE BOX 1925
BILOXI, MS 39533
TELEPHONE: (228) 374-2313
FACSIMILE: (228) 875-5987

PLEASE TAKE FURTHER NOTICE that the foregoing demand covers not only the notices and papers referred to in the rules specified above, but all other notices and papers, including, but not limited to, notices of any application, motion, petition, plan, disclosure statement, pleadings, request, complaint or demand, whether formal and informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex or otherwise: (i) which affect or seek to affect in any way rights or interests of or to (a) the Debtor, (b) property in which the Debtor may claim an interest and (c) property in

Page **1** of **2**

possession, custody or control of the Debtor or (ii) which seek to require any act, payment or other conduct by Guice Offshore, LLC.

Respectfully submitted, this the 4th day of October, 2018.

                                          Respectfully submitted,

                                          RUSHING & GUICE, P.L.L.C.
                                          Post Office Box 1925
                                          Biloxi, Mississippi 39533
                                          Telephone: 228-374-2313
                                          Facsimile:   228-875-5987

BY:    /s/ R.   SCOTT WELLS
               R. SCOTT WELLS
               Louisiana BAR #20058

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

This the 4th day of October, 2018.

                                          /s/ R. SCOTT WELLS
                                          R. SCOTT WELLS
                                          Louisiana Bar #20058
                                          RUSHING & GUICE, P.L.L.C.
                                          Post Office Box 1925
                                          Biloxi, MS 39533-1925
                                          Telephone: 228-374-2313
                                          Fax: 228-875-5987
                                          swells@rushingguice.com

W:\Tammy\BANKRUPTCY FORMS\entry appearance.wpd