IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MR. STEVEN, L.L.C. | § § | CASE NO. 18-51277 |
| Debtors | § § § | CHAPTER 11 |

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**NOW INTO COURT**, through undersigned counsel, comes Mr. Steven, L.L.C., ("Mr. Steven") Debtor in the above captioned matter, who respectfully represents:

1.

### JURISDICTION

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 1334 and 157 (a)(2)(A).

2.

### PROCEDURE

The filing of this motion is governed by Bankruptcy Rule 1007(a)(5).

3.

Mr. Steven filed for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on October 3, 2018.

4.

The time period within which to submit schedules and statement of financial affairs expires on October 17, 2018.

5.

Cause exists for granting the requested extension, as Debtor has not yet obtained all necessary documentation to complete the statements and schedules.

6.

Debtor hereby requests an additional fifteen days to file its statements and schedules from October 17, 2018 to November 1, 2018.

7.

Mr. Steven has not requested any previous extension of time in this matter.

8.

Counsel for the Debtor has contacted the United States Trustees Office and they have no opposition to the extension requested herein by Mr. Steven.

**WHEREFORE,** Mr. Steven, L.L.C., prays:

1. That an Order continuing the deadline for filing the schedules and statement of financial affairs be and hereby continued until the 1st day of November, 2018; and
2. For such other and further relief as may be just in the premises.

Respectfully submitted:

**ADAMS AND REESE LLP**


_/s/Robin B. Cheatham_
Robin B. Cheatham, Bar No. 4004
701 Poydras Street, Suite 4500
New Orleans, LA 70139
(504) 581-3234
*Attorneys to Mr. Steven, L.L.C.*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the Motion for Extension of Time to File Schedules and Statement of Financial Affairs has been served upon all parties on the listed before via the court's CM/ECF electronic filing system and/or email transmission on this 4th day of October, 2018.

- Robin B. Cheatham    cheathamrb@arlaw.com, vicki.owens@arlaw.com
- Peter James Segrist    segrist@carverdarden.com, peter.segrist@gmial.com

- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- R. Scott Wells – swells@rushingguice.com

                                                      */s/Robin B. Cheatham*
                                                      Robin B. Cheatham