IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MR. STEVEN, L.L.C. | § | CASE NO. 18-51277 |
| | § | |
| Debtor | § | CHAPTER 11 |
| | § | |

## NOTICE OF HEARING

*PLEASE TAKE NOTICE* that the Mr. Steven, L.L.C. ("Mr. Steven" and/or "Debtor") filed a Application of Debtor for Entry of an Order Authorizing the Employment and Retention of Robin B. Cheatham and the Law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing (the "Application to Employ")(Dkt. No.13).

*PLEASE TAKE FURTHER NOTICE* that a hearing on the Application to Employ, will be held on **November 7, 2018, at 10:00 a.m.** before Bankruptcy Chief Judge John W. Kolwe, at the United States Bankruptcy Court, Western District of Louisiana, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501-7050 on objections, if any, concerning the Application to Employ.

*PLEASE TAKE FINAL NOTICE* that objections to the Application to Employ are to be filed with the Clerk of the United States Bankruptcy Court, Western District of Louisiana, no later than **October 31, 2018**, with a copy served upon counsel for the Debtor, Robin B. Cheatham, 701 Poydras Street, Suite 4500, New Orleans, Louisiana 70139, on or before that date. If no objections are filed, the Court may determine the Application to Employ on an *ex parte* basis.

Dated: October 4, 2018.

                                        Robin B. Cheatham, Bar No.4004
                                        ADAMS AND REESE LLP
                                        701 Poydras Street, Suite 4500
                                        New Orleans, LA   70139
                                        Telephone:  (504) 581-3234
                                        Facsimile:   (504) 566-0210

                                        *Attorneys for the Mr. Steven, L.L.C.*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the Notice of Hearing on the Application of Debtor for Entry of an Order Authorizing the Employment and Retention of Robin B. Cheatham and the Law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing has been served upon all parties on the listed before via the court's CM/ECF electronic filing system and/or email transmission and/or by placing a copy in the United States mail, first class, postage prepaid and properly addressed on this 4th day of October, 2018.

- Robin B. Cheatham    cheathamrb@arlaw.com, vicki.owens@arlaw.com
- Peter James Segrist    segrist@carverdarden.com, peter.segrist@gmial.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com

- R. Scott Wells – swells@rushingguice.com

| | |
|---|---|
| Iberia Crewboat & Marine Services, L.L.C.<br>c/o Mr. Steve Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Services L.L.C.<br>c/o Mr. Steve Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P. O. Box 66658<br>Baton Rouge, LA 70094-6658 | SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19901-4543 |
| SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 | Sheriff, Iberia Parish<br>300 Iberia Street<br>Suite 120<br>New Iberia, LA 70540-4543 |
| State of Louisiana, Department of Labor<br>Delinquent Accounts Unit, UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Mr. Thomas E. Suck<br>Parker, Milliken, Clark, O'Hara & Samuelian<br>555 S. Flower Street, 30th Floor<br>Los Angeles, CA 90071-2440 |

Office of the U.S. Trustee
300 Fannin Street, Suite 3134
Shreveport, LA 71101-3132

                _/s/Robin B. Cheatham_____
                Robin B. Cheatham