IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MR. STEVEN, L.L.C. | § | CASE NO. 18-51277 |
| | § | |
| Debtors | § | CHAPTER 11 |
| | § | |

## SUPPLEMENTAL SCHEDULE

*NOW INTO COURT,* through undersigned counsel, comes, Mr. Steven, L.L.C., a debtor and debtor-in-possession ("Mr. Steven" and/or "Debtor"), who hereby submit this Supplemental Schedule to the Application (the "Application") for entry of an order authorizing the Debtor's retention and employment of Robin B. Cheatham and the law firm of Adams and Reese LLP as Debtor's Counsel, and respond to the questions set forth in Local Rule 2014-1 as follows:

1. Does any debtor have any affiliates as defined by 11 U.S.C. § 101(2)?

    If any debtor in this case has any affiliates as defined by 11 U.S.C. § 101(2), list the affiliate(s) and explain the relationship between debtor and the affiliate(s). If no debtor has any such affiliates, do not answer the remainder of this Schedule.

**Debtor, Mr. Steven, L.L.C. does not have any affiliates. Iberia Crewboat and Marine Service, L.L.C. ("Iberia Crewboat") is the affiliate of Mr. Steven, as Iberia Crewboat owns 100% of the limited liability company interests in the Mr.**

Steven. **In addition, Steve Miguez is the affiliate of Iberia Crewboat, as Steve Miguez owns 100% of the limited liability company interests in Iberia Crewboat. Steve Miguez is the Manager of Mr. Steven.**

2. Has any affiliate ever filed for bankruptcy? If yes, list the affiliate(s) and the date and court for each bankruptcy petition and the chapter under which the petition was filed. If any affiliate files after this schedule is filed, debtor's counsel must amend this schedule and notice all creditors and the judge assigned to the case.

**Debtor, Mr. Steven, L.L.C. filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code in this Court on October 3, 2018. Iberia Crewboat and Steve Miguez have never filed for bankruptcy.**

3. Has any affiliate guaranteed any debt of debtor(s) or has the debtor guaranteed any debt of any affiliate? If yes, list the name of the affiliate, the amount of the guarantee, the date of the guarantee, the name of the guarantor, the name of the debtor, and whether any security interest was given by debtor or the affiliate to secure the guarantee. Give this information for every guarantee outstanding at the time of the debtor's Chapter 11 petition, and every guarantee outstanding within 18 months before the petition was filed.

**Debtor, Mr. Steven, have not guaranteed any debts of any affiliate within 18 months before the petition was filed. Iberia Crewboat has not guaranteed any debts of Mr. Steven within 18 months before Mr. Steven's petition was filed.**

**Steve Miguez guaranteed the debts of Mr. Steven to Adams and Reese as a result of the representation in this bankruptcy proceeding.**

4. Has any affiliate extended credit, received credit, or otherwise established a debtor-creditor relationship with debtor(s)? If yes, list the name of the affiliate, the amount of the loan, the date the loan was made, the repayments made on the loan, and the type of security interest, if any, involved in the loan. Give this information for all loans that have been made and fully paid off within 18 months preceding this Chapter 11 filing and for all loans outstanding at the time of the filing.

**No affiliate has extended credit, received credit, or otherwise established a debtor-creditor relationship with the Debtor within 18 months before the petition was filed.**

5. Has any debtor in this case granted any security interest in any property to secure any debts of any affiliate other than as provided in Questions 3 and 4? Has any affiliate granted any security interest in any property to secure any debts of any debtor other than as provided in Questions 3 and 4? If yes, list the affiliate, the debtor, the collateral, the date and nature of the security interest, the creditor to whom it was granted, and the current balance of the underlying debt.

**Steve Miguez guaranteed a loan which was made on September 28, 2015 with SBN V FNBC, LLC successor in interest to FDIC as receiver for First NBC Bank**

in the amount of $22,500,000.00 in which part of the collateral was the Mr. Steven.

6. Has any affiliate engaged in any other transaction with any debtor in this case during the past 18 months? If yes, briefly describe the transaction(s).

**Iberia Marine made the following capital contributions to Mr. Steven, L.L.C.:**

**June 2017 $89,334.41**

**June 2017 $100.00**

**July 2017 $14,864.86.**

7. List the name and address of any affiliate who potentially is a "responsible party" for unpaid taxes of any debtor in this case. State the estimated amount of such taxes owed at the time of the Chapter 11 filing.

**The Mr. Steven is a single member limited liability company, whose income taxes flow through to Iberia Crewboat. Mr. Steven is responsible for ad valorem taxes. At present, Mr. Steven does not owe taxes.**

8. Identify any affiliates employed by the debtor and describe the function or role they perform. Identify any relative or partner or equity security holder employed by the debtor and describe the function or role performed and the amount of compensation received.

**There are no affiliates employed by the Debtor.**

2

18-51277 - #15   File 10/04/18   Enter 10/04/18 19:17:05   Main Document   Pg 4 of 5

9. List all circumstances under which proposed counsel or proposed counsel's law firm have represented any affiliate during the past 18 months. List any position other than legal counsel which proposed counsel holds in either the debtor or affiliate including corporate officer, director, or employee. List any amount owed by the debtor or the affiliate to proposed counsel or counsel's law firm at the time of filing, and also amounts paid within 18 months before filing.

**Adams and Reese LLP has represented Steve Miguez in a lawsuit entitled "SBN V FNBC LLC vs Steve Miguez" which was filed on February 6, 2018 in the 24th Judicial District Court for the Parish of Jefferson bearing Case No. 780-357, Division "A". This lawsuit is entitled a Petition for Collection on Note and Guarantor. Steve Miguez has paid Adams and Reese a total of $25,325.78 to date and the present amount owed is $6,000.50.**

**The Mr. Steven, through a capital contribution of Iberia Crewboat through a capital contribution of Steve Miguez, paid Proposed Debtor's counsel $30,000.00 as a post-petition retainer for fees and costs within the past 18 months in connection with the bankruptcy case. As of the Petition Date, no amount is due to Proposed Debtor's counsel regarding the bankruptcy filing.**