

# ADAMS AND REESE LLP

**Attorneys at Law**
Alabama
Florida
Georgia
**Louisiana**
Mississippi
South Carolina
Tennessee
Texas
Washington, DC

**Robin B. Cheatham**
Direct: 504.585.0411
E-Fax: 504.584.9505
robin.cheatham@arlaw.com

April 9, 2018

Mr. Leopold Sher (Via email transmission lsher@shergarner.com)
Mr. Chad Morrow (Via email transmission cmorrow@shergarner.com)
Sher Garner Cahill Richter
Klein & Hilbert, L.L.C.
Attorneys at Law
Twenty-Eighth Floor
909 Poydras Street
New Orleans, Louisiana 70112-4046

Re:  Mr. Steven, LLC (Iberia Marine Service, LLC)
Notice of Direct Collection of Accounts Receivable
Your File No. 22527.0012
Our File No. 26838-1

Gentlemen:

We represent the interests of Mr. Steve Miguez and various other entities in connection with the obligation acquired by SBN V FNBC, LLC ("SBN V") from the Federal Deposit Insurance Corporation ("FDIC") as receiver for First NBC Bank.

We are also in receipt of your correspondence dated April 2, 2018, directed to Guice Offshore, LLC seeking to place them on notice of SBN V's rights pursuant to the UCC.

The notice refers to related loan documents executed by Mr. Steven, LLC ("MS") and upon that basis the notice was issued.  MS would therefore be the account debtor pursuant to La. R.S. §10:9-102(3).

There is no privity of contract by and between Guice Offshore, LLC and MS. As a result, your efforts to effectuate direct payment from Guice Offshore, LLC is inapplicable.

Further, pursuant to La. R.S §10:9-406(c) we are requesting that you provide proof of the claimed assignment by any entity other than MS.

Moreover, in my last communication with Mr. Jacob Airey, we discussed a telephone conference between counsel and clients to discuss possible resolution in the form of a buyout of



EXHIBIT B

18-51277 - #16-2  File 10/05/18  Enter 10/05/18 13:15:53  Exhibit B Pg 1 of 2

SBN V's loan. Mr. Airey indicated that SBN V was agreeable to having such a telephone conference and would get back to me with particulars. To date, we have not received same.

The issuance of this notice does not appear to be indicative of a cooperative effort for resolution but one of litigation. If this is SBN V's intent, please advise.

Thank you.

Yours very truly,

**Adams and Reese LLP**

Robin B. Cheatham

RBC/mc