*Established 1908*

# RUSHING & GUICE, P.L.L.C.
## ATTORNEYS AT LAW

WILLIAM LEE GUICE III
bguice@rushingguice.com
MS, TX, NY and DC

R. SCOTT WELLS
swells@rushingguice.com
MS, LA and NY

MARIA MARTINEZ
mmartinez@rushingguice.com
MS, LA and NY

September 7, 2018

**VIA E-MAIL AND OVERNIGHT DELIVERY**

Our File: 8004

Mr. Leopold Sher
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112

Mr. Robin B. Cheatham
ADAMS & REESE, L.L.P.
One Square Shell
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139

Re: M/V Mr. Steven, Official No. 1249191
Mr. Steven, LLC, Notice of Direct Collection of Accounts Receivable
Sher Garner File No. 22527.0012
Adams and Reese File No. 26838-1, Guice Offshore, LLC (GO)

Dear Leo & Robin:

As indicated in my previous correspondence of April 12, 2018, and May 4, 2018, GO has paid the payments due under the referenced charter agreement into the trust account of Rushing & Guice, P.L.L.C. Please find attached a copy of check number 4012 of Guice Offshore LLC in the amount of $99,000.00 for payment of SeaTran Marine, LLC invoice # 5700. Therefore, a total of $597,300.00 has been deposited to the Rushing & Guice, P.L.L.C. Trust Account to be held consistent with the terms of said correspondence.

Hopefully, you are making progress with an understanding as to the ownership of the charter payments and are in a position to issue joint instructions with respect to the payment of same. An advice as to the status of your progress with respect to such understanding would be appreciated.

**EXHIBIT C**

1000 Government St., Suite E
Ocean Springs, MS 39564
(P) 228-374-2313   (F) 228-875-5987

P.O. Box 1925
Biloxi, MS 39533-1925
www.rushingguice.com

I want to thank you in advance for your immediate attention to this matter. Please do not hesitate to contact the undersigned should you have any questions with respect to the above. As always, I send my highest personal regards.

Very truly yours,

RUSHING & GUICE P.L.L.C.

WILLIAM LEE GUICE III

WLG:mlr
Enclosures
cc:     Guice Offshore

W:\8004\Mr. Steven vessel - SeaTran\WLG. Cheatham & Sher Ltr re SeaTran Marine Payments.docx

GUICE OFFSHORE LLC  
P O BOX 1698  
MANDEVILLE, LA 70470

HANCOCK WHITNEY

4012

85-368/655  
90

9/4/2018

PAY TO THE ORDER OF: Rushing & Guice - Trust Account   $ **99,000.00

Ninety-Nine Thousand and 00/100************************************************************************** DOLLARS

Rushing & Guice - Trust Account  
1000 Government Street.  
Suite E  
Ocean Springs, MS  39564

AUTHORIZED SIGNATURE

MEMO: For Payment of SeaTran Marine, LLC invoice # 5700

⑆004012⑆ REDACTED

GUICE OFFSHORE LLC                                                                 4012

Rushing & Guice - Trust Account                              9/4/2018  
                                                                                  99,000.00

Hancock Bank - GO C   For Payment of SeaTran Marine, LLC invoice #         99,000.00

# SeaTran Marine, LLC
107 Hwy 90 West
New Iberia, LA 70560
Phone: (985) 631-9004
Fax: (985) 631-0404

# INVOICE

5700

6/30/2018

Page 1 of 1

Sold To: 1650
GUICE OFFSHORE LLC
PO BOX 1698
MANDEVILLE, LA 70470

Bill To: PO BOX 1698
MANDEVILLE, LA 70470

| Customer Order No. | Vessel | Date From | Time From | Date Thru | Time Thru |
|---|---|---|---|---|---|
| | MR. STEVEN | 06/01/2018 | 0001 | 06/30/2018 | 2400 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 30.00 | DAYS | 3,300.00 | 99,000.00 |

**ACH PAYMENTS:**
COMMUNITY FIRST BANK ABA# REDACTED
SEATRAN MARINE, LLC ACCOUNT # REDACTED
NEW IBERIA, LA 70560

**WIRE PAYMENTS - CONTACT OUR OFFICE FOR INFORMATION**

**PAYMENT TERMS:**
PAYMENT IS DUE WITHIN 30 DAYS OF RECEIPT UNLESS TERMS ARE OTHERWISE
SPECIFIED IN MASTER TIME CHARTER SERVICE AGREEMENT. IF PAYMENT IN FULL
IS NOT RECEIVED UNDER THESE TERMS, CUSTOMER AGREES TO PAY FINANCE CHARGE
OF 1 1/2% PER MONTH (18% ANNUALLY) UNTIL PAID. FURTHER, IN THE EVENT
IT BECOMES NECESSARY TO REFER THIS INVOICE TO AN ATTORNEY FOR COLLECTION,
CUSTOMER AGREES TO PAY 25% ATTORNEY FEES AND COURT COSTS.

No Tax
Tax Amount 0.00

Total Invoice 99,000.00