IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MR. STEVEN, L.L.C. | § § | CASE NO. 18-51277 |
| Debtor | § § § | CHAPTER 11 |

## NOTICE OF HEARING

*PLEASE TAKE NOTICE* that the Mr. Steven, L.L.C. ("Mr. Steven" and/or "Debtor") filed a Application of Debtor for Entry of an Order Authorizing the Employment and Retention of Robin B. Cheatham and the Law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing (the "Application to Employ")(Dkt. No.18).

*PLEASE TAKE FURTHER NOTICE* that a hearing on the Application to Employ, will be held on **November 7, 2018, at 10:00 a.m.** before Bankruptcy Chief Judge John W. Kolwe, at the United States Bankruptcy Court, Western District of Louisiana, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501-7050 on objections, if any, concerning the Application to Employ.

*PLEASE TAKE FINAL NOTICE* that objections to the Application to Employ are to be filed with the Clerk of the United States Bankruptcy Court, Western District of Louisiana, no later than **October 31, 2018**, with a copy served upon counsel for the Debtor, Robin B. Cheatham, 701 Poydras Street, Suite 4500, New Orleans, Louisiana 70139, on or before that date. If no objections are filed, the Court may determine the Application to Employ on an *ex parte* basis.

Dated: October 4, 2018

Respectfully submitted;

ADAMS AND REESE LLP

*/s/Robin B. Cheatham*
Robin B. Cheatham, Bar No.4004
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

*Attorneys for the Mr. Steven, L.L.C.*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the Notice of Hearing on the Application of Debtor for Entry of an Order Authorizing the Employment and Retention of Robin B. Cheatham and the Law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing has been served upon all parties on the listed before via the court's CM/ECF electronic filing system and/or email transmission and/or by placing a copy in the United States mail, first class, postage prepaid and properly addressed on this 4th day of October, 2018.

- Robin B. Cheatham   cheathamrb@arlaw.com, vicki.owens@arlaw.com
- Peter James Segrist   segrist@carverdarden.com, peter.segrist@gmial.com
- Office of U. S. Trustee   USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack   waguespack@carverdarden.com, plaisance@carverdarden.com
- R. Scott Wells – swells@rushingguice.com

Iberia Crewboat & Marine Services, L.L.C.
c/o Mr. Steve Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Iberia Marine Services L.L.C.
c/o Mr. Steve Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Louisiana Department of Revenue and Taxation
Attn: Bankruptcy Division
P. O. Box 66658
Baton Rouge, LA 70094-6658

SBN V FNBC LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19901-4543

SBN V FNBC, LLC
1700 Lincoln Street, Suite 2150
Denver, CO 80203-4500

Sheriff, Iberia Parish
300 Iberia Street
Suite 120
New Iberia, LA 70540-4543

State of Louisiana, Department of Labor
Delinquent Accounts Unit, UI Tech Support
1001 North 23rd Street, Room 322
Baton Rouge, LA 70802-3338

Mr. Thomas E. Suck
Parker, Milliken, Clark, O'Hara & Samuelian
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071-2440

Office of the U.S. Trustee
300 Fannin Street, Suite 3134
Shreveport, LA 71101-3132

                      /s/Robin B. Cheatham
                      Robin B. Cheatham