## Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | **Mr. Steven, L.L.C.** | EIN | 46–3668339 |
| | Name | | |

United States Bankruptcy Court   **Western District of Louisiana**

Date case filed for chapter  **11** on  **October 3, 2018**

Case number:  **18–51277**

---

Official Form 309F (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Mr. Steven, L.L.C. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 107 Hwy 90 West<br>New Iberia, LA 70560 | |
| 4. | **Debtor's attorney**<br>Name and address | Robin B. Cheatham<br>4500 One Shell Square<br>New Orleans, LA 70139 | Contact phone (504) 581–3234<br><br>Email:  cheathamrb@arlaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 214 Jefferson Street, Suite 100<br>Lafayette, LA 70501–7050 | Office Hours Monday – Friday 8:00AM – 5:00 PM, Electronic Filing Access 24/7<br><br>Contact phone  (337) 262–6800<br><br>Date: 10/4/18 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **November 27, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br><br>**214 Jefferson St, Room 341, 3rd Floor, Lafayette, LA 70501** |

For more information, see page 2 >

| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|---|
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed, contingent,* or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

In re:                                                              Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                                  Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0536-4          User: mdoucet          Page 1 of 1          Date Rcvd: Oct 04, 2018
                             Form ID: 309F           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
```
db         +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
aty        +David F. Waguespack,   1100 Poydras Street - Energy Centre,   Suite 3100,
             New Orleans, LA 70163-1102
aty        +Peter James Segrist,   Carver Darden et al,   1100 Poydras Street, Suite 3100,
             New Orleans, LA 70163-1102
smg        +Louisiana Department of Revenue and Taxation,   Attn: Bankruptcy Division,   P.O. Box 66658,
             Baton Rouge, LA 70896-6658
7738274    +Iberia Crewboat & Marine,   Services, L.L.C.,   C/o Mr. Steve Miguez,   107 Hwy 90 West,
             New Iberia, LA 70560-9485
7738275    +Iberia Marine Service, LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
7738276    +SBN V FNBC LLC,   c/o The Corporation Trust Co.,   Corporation Trust Center,   1209 Organge St.,
             Wilmington, DE 19801-1196
7738477    +SBN V FNBC LLC,   c/o David F. Waguespack,   1100 Poydras Street,   Suite 3100,
             New Orleans, LA 70163-1102
7738479    +SBN V FNBC LLC,   c/o Peter J. Segrist,   1100 Poydras Street,   Suite 3100,
             New Orleans, LA 70163-1102
7738277    +SBN V FNBC, LLC,   1700 Lincoln Street, Suite 2150,   Denver, CO 80203-4500
7738436    +Sheriff, Iberia Parish,   300 Iberia St.,   Suite 120,   New Iberia LA 70560-4543
7738278     Thomas E. Shuck,   Parker, Milliken, Clark, O'Hara,   & Samuelian,
             555 S. Flower St., 30th Floor,   Los Angeles, CA 90071-2440
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: cheathamrb@arlaw.com Oct 04 2018 19:45:46     Robin B. Cheatham,
            4500 One Shell Square,   New Orleans, LA  70139
smg        +E-mail/Text: bankruptcy_bpc@lwc.la.gov Oct 04 2018 19:46:29
            State of Louisiana, Department of Labor,   Delinquent Accounts Unit,UI Tech Support,
            1001 North 23rd Street, Room 322,   Baton Rouge, LA 70802-3338
ust        +E-mail/Text: ustpregion05.sh.ecf@usdoj.gov Oct 04 2018 19:46:02     Office of U. S. Trustee,
            300 Fannin St., Suite 3196,   Shreveport, LA 71101-3122
                                                                            TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr          DIP
cr*        +SBN V FNBC LLC,   c/o David F. Waguespack,   1100 Poydras Street,   Suite 3100,
             New Orleans, LA 70163-1102
                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
```
            David F. Waguespack  on behalf of Creditor   SBN V FNBC LLC waguespack@carverdarden.com,
            plaisance@carverdarden.com
            Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
            Peter James Segrist  on behalf of Creditor   SBN V FNBC LLC segrist@carverdarden.com,
            peter.segrist@gmial.com
            Robin B. Cheatham  on behalf of Debtor   Mr. Steven, L.L.C. cheathamrb@arlaw.com,
            vicki.owens@arlaw.com
                                                                            TOTAL: 4
```