# United States Bankruptcy Court
## Western District of Louisiana
**Chief Judge:** John W. Kolwe

**Debtor(s):** Mr. Steven, L.L.C.

**Case Number:** 18–51277

**Chapter:** 11

## ORDER TO DEBTOR–IN–POSSESSION AND SETTING STATUS CONFERENCE

Upon the filing of this case under the provisions of Chapter 11 of the Bankruptcy Code, and pursuant to the authority granted the Court by 11 USC Section 105 authorizing the entry of such orders as may be necessary to carry out the provisions of the Bankruptcy Code,

**IT IS ORDERED** that, pursuant to 11 USC Section 1101(1), the above named Debtor, as a debtor in possession ("Debtor"), shall continue in possession of its estate and, pursuant to 11 USC Sections 1107(a) and 1108, shall continue the operation of its business and management of its property until further order of this Court;

**IT IS FURTHER ORDERED** that in connection with the operation of said business, the Debtor:

(1) **Bank Accounts.** Shall close all bank accounts maintained on the date of the filing of the petition. All funds on deposit to the credit of the Debtor in said accounts on such date shall be transferred to new accounts to be opened by the Debtor. Deposits are to be made only in accounts within a depository approved by the United States Trustee.

(2) **Withholding Taxes; Employees.** Shall segregate and hold separate and apart from all other funds any and all monies withheld from employees or collected from others for taxes, including social security taxes, under the laws of the United States or any state or subdivision thereof and to deposit, as required by law, all monies withheld from employees for social security and federal income tax withholdings.

(3) **Withholdings; Others.** Shall deposit or pay promptly to any state or political subdivision thereof any and all monies required to be withheld or collected from others subsequent to the petition date, on such basis as may be required by the laws or ordinances of such state or political subdivision.

(4) **Closure of Books; New Books of Account.** Shall close and preserve its pre–petition books and accounts and open and maintain new books of account showing all income and expenditures, receipts and disbursements of the Debtor during the Chapter 11 proceeding.

(5) **Pre–petition Debts.** Shall not pay any debt or obligation incurred prior to the filing of the petition unless payment of such debt is specifically authorized by the Court.

(6) **Use of Cash Collateral.** Shall not use "cash collateral" as defined in 11 USC Sec. 363 if said cash collateral is the subject of a security interest until further order of this Court. All cash collateral is to be deposited in a separate account pending the entry of a court order with respect to its disposition.

(7) **Ordinary Course of Business.** Shall not sell, lease or otherwise dispose of property nor enter into any transaction outside of the ordinary course of business unless specifically authorized by this Court. The Debtor may buy and sell merchandise, supplies and other property in the ordinary course of business necessary and essential for its operation and to render and obtain services.

(8) **Insurance.** Shall keep the property of the estate insured at a level equal to the value of such property and shall pay such premiums as may be or become due thereon.

(9) **Monthly Reports.** Shall on or before the 15th day of each month file the Monthly Operating Report for the prior calendar month with the Clerk of this Court in Shreveport and, in addition, submit one copy to the Shreveport office of the United States Trustee and one copy to the Unsecured Creditors' Committee. The report shall be in a format approved by the United States Trustee.

(10) **Periodic Report Concerning Related Entities.** Shall file the first Periodic Report required by subdivision (a) of Rule 2015.3 no later than seven days before the first date set for the meeting of creditors under Section 341 of the Code. Subsequent Periodic Reports shall be filed no less frequently than every six months thereafter, until a plan of reorganization becomes effective or the case is closed, dismissed, or converted. Copies of the Periodic Report shall be served on the U.S. Trustee, any committee appointed under Section 1102 of the Code, and any other party in interest that has filed a request therefor.

(11) **Administrative Expenses.** Shall take all steps reasonably necessary to prevent the incurring of administrative expenses the payment of which will not be possible from funds which can be generated during the proceeding, and shall take all steps necessary to prevent any depletion or potential depletion of property of the estate, and shall <u>immediately</u> advise this Court and the United States Trustee if the continued operation of the business of the Debtor may not be in the best interest of the creditors or the Debtor.

    **IT IS FURTHER ORDERED** that no compensation or other remuneration shall be paid from property of the estate to an individual Debtor, or if the Debtor is a partnership, to any of the partners, or if the Debtor is a corporation, to any present or former officer, director, of stockholder thereof, unless and until the provisions of Local Bankruptcy Rule 2081–1 have been fully satisfied.

    **IT IS FURTHER ORDERED** that not later than one hundred twenty (120) days after the date of entry of the Order for Relief herein, the Debtor shall file (a) a disclosure statement pursuant to 11 USC Section 1125 and which shall comply with Local Bankruptcy Rule 3016–2, and (b) a plan of reorganization pursuant to 11 USC Sections 1121 and 1123.

    **IT IS FURTHER ORDERED** that the debtor in possession, counsel for the debtor in possession, and the United States Trustee, shall appear before the undersigned in **1st Floor Courtroom, Suite 110, 214 Jefferson Street, Lafayette, LA 70501 at 10:00 AM on 2/12/19**, for the purpose of a status conference concerning the actions taken and progress made toward confirmation of a plan of reorganization. Any other party in interest may appear and participate in such status conference.

    **THUS DONE AND SIGNED** This the 4th day of October, 2018, in Alexandria, Louisiana. Lafayette, Louisiana.

    **/s/ Chief Judge John W. Kolwe**

    **United States Bankruptcy Court**

```
                          United States Bankruptcy Court
                          Western District of Louisiana
In re:                                                          Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                              Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0536-4      User: mdoucet           Page 1 of 1          Date Rcvd: Oct 04, 2018
                          Form ID: odipsc         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
db             +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              DIP
                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Robin B. Cheatham    on behalf of Debtor    Mr. Steven, L.L.C. cheathamrb@arlaw.com,
               vicki.owens@arlaw.com
                                                                                             TOTAL: 2