**SO ORDERED.**

**SIGNED October 9, 2018.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MR. STEVEN, L.L.C. | § | CASE NO. 18-51277 |
| | § | |
| Debtors | § | CHAPTER 11 |
| | § | |

### O R D E R

The Court having considered the Motion for Extension of Time filed by Mr. Steven, L.L.C., and finding that there is good cause to grant same, accordingly;

**IT IS ORDERED** that the Motion be and the same hereby is *GRANTED.*

**IT IS FURTHER ORDERED** that the deadline for filing the schedules and statement of Financial Affairs scheduled for October 17, 2018 be and the same hereby is continued to the 1st day of November, 2018.

###

This order was prepared and submitted by:

*/s/Robin B. Cheatham*
Robin B. Cheatham, Bar No. 4004
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 266-0210
robin.cheatham@arlaw.com

*Attorneys to Mr. Steven, L.L.C.*