# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–4 | User: lchamp | Date Created: 10/9/2018 |
| Case: 18–51277 | Form ID: pdf8 | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr         DIP

                                                                       TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust       Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
aty       Robin B. Cheatham       cheathamrb@arlaw.com

                                                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Mr. Steven, L.L.C.      107 Hwy 90 West      New Iberia, LA 70560

                                                                       TOTAL: 1