UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

MR. STEVEN, L.L.C.     CASE NO. 18-51277

    Debtor     CHAPTER 11

UNITED STATES TRUSTEE'S NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES

David W. Asbach, Acting United States Trustee for Region 5, hereby requests that

1) all notices given or required to be given in this bankruptcy case, and any cases consolidated with or related to the captioned case, be sent via ECF e-mail notification to the undersigned, Gail Bowen McCulloch, at Gail.McCulloch@usdoj.gov, and

2) that all documents and papers served or required to be served in this bankruptcy case, and any cases consolidated with or related to the captioned case, be sent via ECF e-mail notification to the undersigned, Gail Bowen McCulloch at Gail.McCulloch@usdoj.gov.

This request includes all notices, documents and papers served, whether formal or informal, whether transmitted or conveyed by mail, courier, hand delivery, facsimile, telegraph, electronic mail or otherwise, in any way pertaining to this case.

Date: October 10, 2018                    Respectfully submitted,

                                          DAVID W. ASBACH
                                          Acting United States Trustee
                                          Region 5, Judicial Districts
                                          Of Louisiana and Mississippi

                                    By:   */s/ Gail Bowen McCulloch*

Gail B. McCulloch
Trial Attorney
Office of U. S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
Email: Gail.McCulloch@usdoj.gov
Telephone No. (318) 676-3456
Direct Telephone No. (318) 676-3550
Facsimile No. (318) 676-3212
LA Bar No. 3337

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing *United States Trustee's Notice of Appearance and Request for Notices* was either sent by First Class United States Mail, postage prepaid, or by CM/ECF transmission to the parties set out on the attached mailing matrix.

DATE: October 10, 2018      By:    */s/ G. Sue Newcomer*
                                                        G. Sue Newcomer
                                                        Legal Assistant
                                                        Office of the United States Trustee
                                                        300 Fannin Street
                                                        Shreveport, LA 71101