```
Label Matrix for local noticing            Robin B. Cheatham                       Guice Offshore, LLC
0536-4                                     4500 One Shell Square                   R. Scott Wells, Esq.
Case 18-51277                              New Orleans, LA 70139                   Rushing & Guice, P.L.L.C.
Western District of Louisiana                                                      P.O. Box 1925
Lafayette                                                                          Biloxi, MS 39533-1925
Wed Oct 10 09:58:30 CDT 2018

Iberia Crewboat & Marine                   Iberia Marine Service, LLC              Louisiana Department of Revenue and Taxation
Services, L.L.C.                           107 Hwy 90 West                         Attn:  Bankruptcy Division
C/o Mr. Steve Miguez                       New Iberia, LA 70560-9485               P.O. Box 66658
107 Hwy 90 West                                                                    Baton Rouge, LA 70896-6658
New Iberia, LA 70560-9485

Mr. Steven, L.L.C.                         SBN V FNBC LLC                          SBN V FNBC LLC
107 Hwy 90 West                            c/o David F. Waguespack                 c/o Peter J. Segrist
New Iberia, LA 70560-9485                  1100 Poydras Street                     1100 Poydras Street
                                           Suite 3100                              Suite 3100
                                           New Orleans, LA 70163-1102              New Orleans, LA 70163-1102

SBN V FNBC LLC                             SBN V FNBC, LLC                         Peter James Segrist
c/o The Corporation Trust Co.              1700 Lincoln Street, Suite 2150         Carver Darden et al
Corporation Trust Center                   Denver, CO 80203-4500                   1100 Poydras Street, Suite 3100
1209 Organge St.                                                                   New Orleans, LA 70163-1102
Wilmington, DE 19801-1196

Sheriff, Iberia Parish                     State of Louisiana, Department of Labor Thomas E. Shuck
300 Iberia St.                             Delinquent Accounts Unit,UI Tech Support Parker, Milliken, Clark, O'Hara
Suite 120                                  1001 North 23rd Street, Room 322        & Samuelian
New Iberia LA 70560-4543                   Baton Rouge, LA 70802-3338              555 S. Flower St., 30th Floor
                                                                                   Los Angeles, CA 90071-2440

Office of U. S. Trustee                    David F. Waguespack
300 Fannin St., Suite 3196                 1100 Poydras Street - Energy Centre
Shreveport, LA 71101-3122                  Suite 3100
                                           New Orleans, LA 70163-1102
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)DIP                                     (d)SBN V FNBC LLC                       End of Label Matrix
                                           c/o David F. Waguespack                 Mailable recipients   16
                                           1100 Poydras Street                     Bypassed recipients    2
                                           Suite 3100                              Total                 18
                                           New Orleans, LA 70163-1102
```