**SO ORDERED.**

**SIGNED October 9, 2018.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| MR. STEVEN, L.L.C. | § | CASE NO. 18-51277 |
| | § | |
| Debtors | § | CHAPTER 11 |
| | § | |

### O R D E R

The Court having considered the Motion for Extension of Time filed by Mr. Steven, L.L.C., and finding that there is good cause to grant same, accordingly;

**IT IS ORDERED** that the Motion be and the same hereby is *GRANTED.*

**IT IS FURTHER ORDERED** that the deadline for filing the schedules and statement of Financial Affairs scheduled for October 17, 2018 be and the same hereby is continued to the 1st day of November, 2018.

###

This order was prepared and submitted by:

*/s/Robin B. Cheatham*
Robin B. Cheatham, Bar No. 4004
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 266-0210
robin.cheatham@arlaw.com

*Attorneys to Mr. Steven, L.L.C.*

```
                        United States Bankruptcy Court
                        Western District of Louisiana
In re:                                                      Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                          Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0536-4          User: lchamp              Page 1 of 1              Date Rcvd: Oct 09, 2018
                              Form ID: pdf8             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db             +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              DIP
                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               peter.segrist@gmial.com
              Robin B. Cheatham    on behalf of Debtor   Mr. Steven, L.L.C. cheathamrb@arlaw.com,
               vicki.owens@arlaw.com
                                                                                             TOTAL: 4