UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |
| * * * * * * * * | | |

## CERTIFICATE OF SERVICE

I, Peter J. Segrist, do hereby certify that I caused *SBN V FNBC LLC's Motion For Rule 2004 Examination Of Debtor and Incorporated Memorandum In Support* to be served on counsel for the Debtor, all counsel of record, the U.S. Trustee and all other parties receiving electronic notification via the Court's CM/ECF System, and upon Debtor, Mr. Steven, L.L.C., through its counsel of record, Robin B. Cheatham, Adams and Reese LLP, 701 Poydras Street, Suite 701, New Orleans, LA 70139, by U.S. Mail on October 23, 2018.

/s/ Peter J. Segrist
PETER J. SEGRIST

4830-2892-0185, v. 1

1