UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |

* * * * * * * *

**ORDER FOR RULE 2004 EXAMINATION OF DEBTOR**

Considering SBN V FNBC LLC's ("SBN") Motion for Rule 2004 Examination of Debtor (the "Motion"),

**IT IS HEREBY ORDERED** that the Debtor shall appear on the 19th day of November, 2018, at 9:00 a.m., at the law offices of Robin B. Cheatham, Adams and Reese LLP, 701 Poydras Street, Suite 701, New Orleans, LA 70139, at which time, SBN is hereby authorized to conduct a Rule 2004 examination of the Debtor. Debtor is hereby ordered to produce any and all documents set forth on *Schedule A*, attached to the Motion, by the 7th day of November, 2018, at the law offices of Carver Darden Koretzky Tessier Finn Blossman & Areaux, LLC, Energy Centre, 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163.

###

This order was prepared and is being submitted by:

CARVER, DARDEN, KORETZKY, TESSIER
FINN, BLOSSMAN & AREAUX, L.L.C.

/s/ Peter J. Segrist
DAVID F. WAGUESPACK (#21121)
PETER J. SEGRIST (#35314)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814
Fax: (504) 585-3801

Counsel for SBN V FNBC LLC

4845-0236-6073, v. 1