# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| *Debtor* | * | JUDGE JOHN W. KOLWE |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO CONTINUE HEARING ON THE APPLICATION OF THE DEBTOR OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROBIN B. CHEATHAM AND THE LAW FIRM OF ADAMS AND REESE LLP AS DEBTOR'S COUNSEL ON AN INTERIM BASIS AND SETTING FINAL HEARING
[DKT NO. 18]

**NOW INTO COURT**, through undersigned counsel, comes the Mr. Steven, L.L.C. ("Mr. Steven" and/or "Debtor"), who move *ex parte* to continue the hearing on the Debtor's Application Authorizing the Employment and Retention of Robin B. Cheatham and the law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing ("Application to Employ"), representing:

1.

The Mr. Steven filed for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code on October 3, 2018.

2.

The Debtor originally filed its Application to Employ on October 4, 2018 [Dkt No. 13]. Counsel for the Debtor was advised by the case administrator in charge of this proceeding on October 5, 2018, the Application to Employ required to be refiled without attaching the Proposed

Order. Counsel for the Debtor refiled the Application to Employ on October 5, 2018 [Dkt No. 18].

3.

Also on October 5, 2018, SBN V. FNBC LLC ("SBN") filed an Objection to Interim Employment of Adams and Reese LLP ("Objection to Application to Employ") [Dkt No. 16].

4.

The hearing on the Application to Employ is currently set for hearing on November 7, 2018 at 10:00 a.m. [Dkt No. 19]. The Debtor requests a continuance of the hearing on the Application to Employ, as counsel for the Debtor was advised on Friday, October 26, 2018, that of one of his grandsons is having ear surgery in Houston, Texas. As a result, proposed counsel seeks by this motion to be allowed to be there for same.

5.

Proposed counsel for the Debtor has contacted counsel for SBN to seek consent of the continuance. Email communications have been exchanged between same and proposed counsel for the Debtor has attached copies of same as Exhibit"1" as requested by counsel for SBN. While, counsel for SBN has no objection to moving the hearing date to an earlier date or a date within a week of November 7, 2018, they are concerned about a longer continuance for the reasons set forth in the attached emails.

6.

Proposed counsel for the Debtor is not opposed to a date within a week of November 7, 2018, but his current schedule will not accommodate a date prior to November 7, 2018.

Proposed counsel for the Debtor respectfully submits that the requested continuance of this hearing will not affect any upcoming deadlines scheduled in this proceeding.

WHEREFORE, the Mr. Steven, L.L.C. requests that this Court continue the Debtor's Application Authorizing the Employment and Retention of Robin B. Cheatham and the law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing on a date to be set by the Court as set forth therein and for such other and further legal and equitable relief as this Court shall deem necessary and proper.

Respectfully submitted,

ADAMS AND REESE LLP

*/s/Robin B. Cheatham*_____
Robin B. Cheatham, La. Bar No. 4004
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Email: robin.cheatham@arlaw.com

*Proposed Attorneys for the Mr. Steven, L.L.C.*

.

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| IN RE: | * | CASE NO. 18-51277 |
|---|---|---|
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| *Debtor* | * | JUDGE JOHN W. KOLWE |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor's Application Authorizing the Employment and Retention of Robin B. Cheatham and the law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing has been served upon all parties listed below via the court's CM/ECF electronic filing system and/or by placing same in the United States mail, first class postage prepaid and properly addressed, this 29th day of October, 2018.

- Robin B. Cheatham    cheathamrb@arlaw.com, vicki.owens@arlaw.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Peter James Segrist    segrist@carverdarden.com, peter.segrist@gmial.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

/s/ *Robin B. Cheatham*
Robin B. Cheatham

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| *Debtor* | * | JUDGE JOHN W. KOLWE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 7.9 CERTIFICATE

Pursuant to Local Rule 7.9, undersigned as applicant for the Motion to Continue contacted counsel for SBN V FNBC LLC regarding request and reasons for the continuance on October 26, 2018. Proposed undersigned counsel for the Debtor exchanged multiple email correspondence on same date and at the request of SBN V FNBC LLC counsel, copies of same are attached as Exhibit "1" to the motion. As set forth in the attached email correspondence, counsel for SBN V FNBC LLC stated that while it is not opposed to moving the hearing to an earlier date or a date within a week of November 7, 2018, they are concerned about a longer continuance for the reasons stated in the attached email correspondence.

/s/ *Robin B. Cheatham*
Robin B. Cheatham