UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE- OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C. | § | CHAPTER 11 |
| | § | |
| | § | JUDGE JOHN W. KOLWE |

**NOTICE OF HEARING ON MOTION TO DETERMINE PROPERTY OF THE ESTATE AND FOR TURNOVER OF PROPERTY**

*PLEASE TAKE NOTICE* that the Motion to Determine Property of the Estate and for Turnover of Property (the "Motion"), has been filed by the Debtor.

*PLEASE TAKE FURTHER NOTICE* that a hearing on the Motion will be held on **November 27, 2018 at 10:30 a.m.** at the United States Bankruptcy Court, Courtroom, United States Courthouse, 214 Jefferson Street, Suite 100, Lafayette, Louisiana.

*PLEASE TAKE FURTHER NOTICE* that any interested party having an opposition to the Motion must file a written objection or response with the Clerk of Court, Western District of Louisiana, Lafayette Division, **no later than the 20th day of November, 2018** and serve a copy of said objection or response upon proposed counsel for the Debtor, Robin B. Cheatham, Adams and Reese LLP, 701 Poydras Street, Suite 4500, New Orleans, LA 70139.

New Orleans, Louisiana, this 31st day of October, 2018.

                                                       Respectfully submitted,

                                                       **ADAMS AND REESE LLP**

                                                       */s/Robin B. Cheatham*
                                                       Robin B. Cheatham, Bar No. 4004
                                                       701 Poydras Street, Suite 4500
                                                       New Orleans, LA 70139
                                                       Ph: (504) 581-3234
                                                       Fx: (504) 566-0210
                                                       *Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Notice of Hearing on the Motion to Determine Property of the Estate and for Turnover of Property has been served upon all parties listed below via the court's CM/ECF electronic filing system and/or all parties on the attached limited mailing matrix by placing a copy in the United States mail postage prepaid and properly addressed this 31st day of October, 2018.

- Robin B. Cheatham    cheathamrb@arlaw.com, vicki.owens@arlaw.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com


-                                                      */s/Robin B. Cheatham*  
ROBIN B. CHEATHAM

Label Matrix for local noticing
0536-4
Case 18-51277
Western District of Louisiana
Lafayette
Wed Oct 31 10:03:21 CDT 2018





Mr. Steven, L.L.C.
107 Hwy 90 West
New Iberia, LA 70560-9485

U. S. Bankruptcy Court
214 Jefferson Street, Suite 100
Lafayette, LA 70501-7050

Iberia Crewboat & Marine
Services, L.L.C.
C/o Mr. Steve Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Iberia Marine Service, LLC
107 Hwy 90 West
New Iberia, LA 70560-9485



SBN V FNBC LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Organge St.
Wilmington, DE 19801-1196

SBN V FNBC, LLC
1700 Lincoln Street, Suite 2150
Denver, CO 80203-4500

Sheriff, Iberia Parish
300 Iberia St.
Suite 120
New Iberia LA 70560-4543

Thomas E. Shuck
Parker, Milliken, Clark, O'Hara
& Samuelian
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101-3122

