**SO ORDERED.**

**SIGNED November 5, 2018.**

_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| *Debtor* | * | JUDGE JOHN W. KOLWE |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER CONTINUING HEARING ON THE DEBTOR'S APPLICATION AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROBIN B. CHEATHAM AND THE LAW FIRM OF ADAMS AND REESE LLP AS DEBTOR'S COUNSEL ON AN INTERIM BASIS AND SETTING FINAL HEARING**

Considering the foregoing ExParte Motion to Continue Hearing on the Debtor's Application Authorizing the Employment and Retention of Robin B. Cheatham and the law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing and the Court finding good cause exists to grant the same, *accordingly*;

**IT IS ORDERED** that the ExParte Motion to Continue Hearing on the Debtor's Application Authorizing the Employment and Retention of Robin B. Cheatham and the law firm

of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing is hereby granted;

**IT IS FURTHER ORDERED** that the hearing on the Debtor's Application Authorizing the Employment and Retention of Robin B. Cheatham and the law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing is hereby continued to the **27th day of November, 2018 at 10:00 a.m.** before Chief Bankruptcy Judge John W. Kolwe, at the United States Bankruptcy Court, Western District of Louisiana, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501-7050.

###

Respectfully submitted,

ADAMS AND REESE LLP

Robin B. Cheatham, La. Bar No. 4004
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Email: robin.cheatham@arlaw.com
Proposed Attorneys for the Mr. Steven, L.L.C.