# Notice Recipients

District/Off: 0536–4                User: lchamp                 Date Created: 11/5/2018

Case: 18–51277                Form ID: pdf8                 Total: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr          DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

ust       Office of U. S. Trustee         USTPRegion05.SH.ECF@usdoj.gov

aty       Gail Bowen McCulloch       gail.mcculloch@usdoj.gov

aty       Robin B. Cheatham     cheathamrb@arlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Mr. Steven, L.L.C.      107 Hwy 90 West       New Iberia, LA 70560

TOTAL: 1