UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |

\* \* \* \* \* \* \* \*

### SBN V FNBC LLC'S AMENDED MOTION FOR RULE 2004 EXAMINATION OF DEBTOR AND RELATED PARTIES AND INCORPORATED MEMORANDUM IN SUPPORT

SBN V FNBC LLC ("SBN") respectfully moves this Court to order the examination of Mr. Steven, L.L.C. ("Debtor") as well as its principal Steve J. Miguez ("Mr. Miguez") and related entities Iberia Marine Service, L.L.C, Mr. Blake, L.L.C., Mr. Ridge, L.L.C., Lady Glenda, L.L.C., Mr. Mason, L.L.C., Mr. Row, L.L.C., Lady Brandi, L.L.C., Lady Eve, L.L.C, and Seatran Marine, LLC ("Related Parties") pursuant to Federal Rule of Bankruptcy Procedure 2004, and avers as follows:

1.

On October 3, 2018, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2.

On October 23, 2018, SBN filed a *Motion for Rule 2004 Examination of Debtor and Related Parties* [Doc. 26] ("SBN's Motion"), requesting that the Court order that the Debtor, Mr. Miguez, and Related Parties[1] be examined on the 19th day of November, 2018, and that the Debtor, Mr. Miguez and Related Parties produce the documents set forth on Schedule A to SBN's

---

[1] Capitalized terms shall have the meaning set forth in SBN's Motion unless otherwise defined herein.

Motion by the 7th day of November, 2018. The proposed date for the examination of November 19, 2018 was agreed to by the parties prior to the filing of SBN's Motion.

3.

On October 31, 2018, Debtor filed a *Limited Opposition and Memorandum in Support Thereof to SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* [Doc. 28] ("Debtor's Opposition"), requesting limited relief pursuant to 11 U.S.C. § 107(b).

4.

On November 5, 2018, SBN filed *SBN V FNBC LLC's Reply Memorandum in Support of Motion for 2004 Examination of Debtor and Related Parties* [Doc. 35] (the "Reply") to respond to Debtor's erroneous assertion that § 107(b) protection is necessary or appropriate.

5.

SBN hereby adopts and incorporates by reference herein SBN's Motion and Reply in their entirety.

6.

Pursuant to the instructions of the Court, SBN hereby files this *Amended Motion for Rule 2004 Examination* to amend the previously requested date of November 19, 2018 for the 2004 examination due to the fact that a hearing on SBN's Motion will be required as a result of the filing of Debtor's Opposition, which hearing shall not occur until November 27, 2018, after the November 19, 2018 date previously agreed upon.

7.

**WHEREFORE**, SBN V FNBC LLC moves this Honorable Court to order that Debtor Mr. Steven, L.L.C., Steve J. Miguez, Iberia Marine Service, L.L.C, Mr. Blake, L.L.C., Mr. Ridge, L.L.C., Lady Glenda, L.L.C., Mr. Mason, L.L.C., Mr. Row, L.L.C., Lady Brandi, L.L.C., Lady

Eve, L.L.C, and Seatran Marine, LLC be examined by SBN V FNBC LLC, through undersigned counsel, pursuant to Bankruptcy Rule 2004, at a date and time to be set by the Court, at the law offices of Robin B. Cheatham, Adams and Reese LLP, 701 Poydras Street, Suite 701, New Orleans, LA 70139, and that Debtor Mr. Steven, L.L.C., Steve J. Miguez, Iberia Marine Service, L.L.C, Mr. Blake, L.L.C., Mr. Ridge, L.L.C., Lady Glenda, L.L.C., Mr. Mason, L.L.C., Mr. Row, L.L.C., Lady Brandi, L.L.C., Lady Eve, L.L.C, and Seatran Marine, LLC produce any and all documents related to the matters set forth on *Schedule A* attached to SBN's Motion, at least ten days prior to the date of the examination, at the law offices of Carver Darden Koretzky Tessier Finn Blossman & Areaux, LLC, Energy Centre, 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163.

Respectfully submitted,

CARVER, DARDEN, KORETZKY, TESSIER
FINN, BLOSSMAN & AREAUX, L.L.C.

/s/ Peter J. Segrist
DAVID F. WAGUESPACK (#21121)
PETER J. SEGRIST (#35314)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814
Fax: (504) 585-3801

Counsel for SBN V FNBC LLC

## CERTIFICATE PURSUANT TO LOCAL RULE 2004-1

I hereby certify pursuant to Local Rule 2004-1 that counsel for SBN attempted to contact proposed counsel for Debtor by telephone on November 6, 2018 to arrange a mutually satisfactory date, time and place for the rescheduled Rule 2004 examination, and that undersigned counsel was unable to reach proposed counsel for Debtor.

/s/ Peter J. Segrist
PETER J. SEGRIST (#35314)

4818-7639-7434, v. 1