UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |
| *    *    *    *    *    *    *    * | | |

## NOTICE OF HEARING

Notice is hereby given that SBN V FNBC LLC ("SBN"), creditor in the captioned case, filed an *Amended Motion for Rule 2004 Examination of Debtor and Incorporated Memorandum in Support* (the "Motion"). Copies of the Motion are available from the Clerk of Court for the United States Bankruptcy Court for the Western District of Louisiana, via the court's document filing system as explained on the court's website, or by requesting same from counsel for the creditor.

PLEASE BE FURTHER ADVISED that a hearing will be held in the United States Bankruptcy Court for the Western District of Louisiana, 214 Jefferson Street, Suite 100, Lafayette, Louisiana, on the **27th day of November, 2018, at 10:00 a.m.** to consider and rule on said Motion. Any objection to said Motion shall be served on David F. Waguespack and Peter J. Segrist, Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163, no later than seven (7) days before the hearing.

New Orleans, Louisiana, this 6th day of November, 2018.

Respectfully submitted,

CARVER, DARDEN, KORETZKY, TESSIER
FINN, BLOSSMAN & AREAUX, L.L.C.

/s/ Peter J. Segrist
DAVID F. WAGUESPACK (#21121)
PETER J. SEGRIST (#35314)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814
Fax: (504) 585-3801
*Counsel for SBN V FNBC LLC*

4836-3276-2490, v. 1

1