UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |

* * * * * * * *

## CERTIFICATE OF SERVICE

I, Peter J. Segrist, do hereby certify that I caused *SBN V FNBC LLC's Amended Motion for Rule 2004 Examination of Debtor and Incorporated Memorandum in Support* (R. Doc. 36) and *Notice of Hearing* (R. Doc. 37) to be served on counsel for the Debtor, all counsel of record, the U.S. Trustee and upon those parties listed below receiving electronic notification via the Court's CM/ECF System, and upon Debtor, Mr. Steven, L.L.C., through its counsel of record, Robin B. Cheatham, Adams and Reese LLP, 701 Poydras Street, Suite 701, New Orleans, LA 70139, by U.S. Mail on November 6, 2018.

Robin B. Cheatham on behalf of Debtor Mr. Steven, L.L.C.
cheathamrb@arlaw.com, vicki.owens@arlaw.com

Gail Bowen McCulloch on behalf of U.S. Trustee Office of U. S. Trustee
gail.mcculloch@usdoj.gov

Peter James Segrist on behalf of Creditor SBN V FNBC LLC
segrist@carverdarden.com, clary@carverdarden.com

Office of U. S. Trustee
USTPRegion05.SH.ECF@usdoj.gov

David F. Waguespack on behalf of Creditor SBN V FNBC LLC
waguespack@carverdarden.com, plaisance@carverdarden.com

1

Randall Scott Wells on behalf of Interested Party Guice Offshore, LLC
swells@rushing-guice.com

        /s/ Peter J. Segrist
        PETER J. SEGRIST

4823-2053-5162, v. 1