UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                           CASE NO. 18-51277

**MR. STEVEN, L.L.C.**                     CHAPTER 11

DEBTOR                                JUDGE KOLWE

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel hereby files this Notice of Appearance on behalf of **Guice Offshore, LLC**, a party in interest in the above captioned proceeding, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all further notices and copies of pleadings, papers and other material relevant to this action also be directed to and served upon said counsel, to wit:

         William H. L. Kaufman
         Louisiana Bar Roll No. 29929
         Ottinger Hebert, L.L.C.
         P. O. Drawer 52606
         1313 West Pinhook Road (70503)
         Lafayette, Louisiana 70505-2606
         Telephone:   (337) 232-2606
         Facsimile:    (337) 232-9867
         Email:         whlkaufman@ohllc.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notice and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes without limitation, any plan of reorganization and objections thereto, and notices of any orders, pleadings, motions, applications, complaints, demands, hearings, disclosure statements, answers, responses, memorandum of briefs in support or opposition of the foregoing and any other

documents brought before the Court with respect to these pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise which effects or seeks to effect the above case.

This 7th day of November, 2018

Respectfully submitted:

OTTINGER HEBERT, L.L.C.

*/s/ William H.L. Kaufman*

William H.L. Kaufman – Bar Roll No. 29929
P. O. Drawer 52606
1313 West Pinhook Road (70503)
Lafayette, Louisiana 70505-2606
Telephone:(337) 232-2606
Facsimile: (337) 232-9867

*Additional Counsel for Guice Offshore, LLC*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: CASE NO. 18-51277

MR. STEVEN, L.L.C. CHAPTER 11

DEBTOR JUDGE KOLWE

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Western District of Louisiana's electronic filing procedures the foregoing Notice of Appearance has been electronically filed. A notice of electronic filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service, including:

Gail Bowen McCulloch
Office of the United States Trustee
300 Fannin, Suite 3196
Shreveport, LA 71101
gail.mcculloch@usdoj.gov
*Counsel for the United States Trustee*

Robin B. Cheatham
4500 One Shell Square
New Orleans, LA 70139
cheathamrb@arlaw.com
*Counsel for the Debtor*

Peter James Segrist
David F. Waguespack
Carver Darden et al
1100 Poydras Street, Suite 3100
New Orleans, LA 70163-1102
segrist@carverdarden.com
waguespack@carverdarden.com
*Counsel for SBN V FNBC LLC*

Randall Scott Wells
P.O. Box 1925
Biloxi, MS 39533-1925
swells@rushing-guice.com
*Counsel for Guice Offshore, LLC*

This document is available for viewing and downloading from the Court's ECF system.

Thus done on this 7th day of November, 2018.

                     */s/ William H. L. Kaufman*
                        William H. L. Kaufman