**SO ORDERED.**

**SIGNED November 5, 2018.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| *Debtor* | * | JUDGE JOHN W. KOLWE |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER CONTINUING HEARING ON THE DEBTOR'S APPLICATION
AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROBIN B. CHEATHAM
AND THE LAW FIRM OF ADAMS AND REESE LLP AS DEBTOR'S COUNSEL ON
<u>AN INTERIM BASIS AND SETTING FINAL HEARING</u>**

Considering the foregoing ExParte Motion to Continue Hearing on the Debtor's Application Authorizing the Employment and Retention of Robin B. Cheatham and the law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing and the Court finding good cause exists to grant the same, *accordingly*;

**IT IS ORDERED** that the ExParte Motion to Continue Hearing on the Debtor's Application Authorizing the Employment and Retention of Robin B. Cheatham and the law firm

of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing is hereby granted;

**IT IS FURTHER ORDERED** that the hearing on the Debtor's Application Authorizing the Employment and Retention of Robin B. Cheatham and the law firm of Adams and Reese LLP as Debtor's Counsel on an Interim Basis and Setting Final Hearing is hereby continued to the **27th day of November, 2018 at 10:00 a.m.** before Chief Bankruptcy Judge John W. Kolwe, at the United States Bankruptcy Court, Western District of Louisiana, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501-7050.

###

Respectfully submitted,

ADAMS AND REESE LLP


Robin B. Cheatham, La. Bar No. 4004
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Email: robin.cheatham@arlaw.com
Proposed Attorneys for the Mr. Steven, L.L.C.

```
                          United States Bankruptcy Court
                           Western District of Louisiana
In re:                                                      Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                          Chapter 11
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0536-4        User: lchamp              Page 1 of 1          Date Rcvd: Nov 05, 2018
                            Form ID: pdf8             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
db          +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             DIP
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
              Robin B. Cheatham    on behalf of Debtor    Mr. Steven, L.L.C. cheathamrb@arlaw.com,
               vicki.owens@arlaw.com
                                                                                             TOTAL: 6