# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

IN RE:                                        CASE NO. 18-51277

MR. STEVEN, L.L.C.                            CHAPTER 11

                                              JUDGE JOHN W. KOLWE

---

## RESPONSE TO MOTION TO DETERMINE PROPERTY OF THE
## ESTATE AND FOR TURNOVER OF PROPERTY

NOW INTO COURT through undersigned counsel, comes Guice Offshore, LLC who files this its Response to Debtor's Motion to Determine Property of the Estate and For Turnover Of Property, and states as follows:

1

Guice Offshore, LLC has entered into a charter with SeaTran Marine, LLC for use of the M/V *Mr. Steven*. Pursuant to the terms of this Charter, Guice Offshore, LLC is obligated to make payment for the account to SeaTran Marine, LLC. SeaTran Marine, LLC is believed to be an operator for Mr. Steven, L.L.C. with respect to the M/V *Mr. Steven*. Guice Offshore, LLC has received competing demands regarding the payments which are owed for charter on the subject vessel and has deposited said funds in the trust account of the law firm of Rushing & Guice, P.L.L.C. pending determination as to how the funds should be paid, for the protection of Guice Offshore, LLC as well as other parties involved.

2

Pursuant to the terms of the charter, Guice Offshore, LLC is to pay charter proceeds to SeaTran Marine, LLC and SeaTran Marine, LLC should be made a party to this proceeding and provided an opportunity to assert its rights as to the charter proceeds.

Guice Offshore, LLC has no objection to payment of the funds owed on this charter to the registry of the United States Bankruptcy Court for the Western District of Louisiana, but Guice Offshore, LLC does contend that all parties having an interest in these proceeds, including SeaTran Marine, LLC, should be afforded an opportunity to assert their claims prior to distribution of the funds, and Guice Offshore, LLC be relieved of its obligation to make payment on the Charter to the extent that it pays any such funds into the registry of the Court.

WHEREFORE, Guice Offshore, LLC requests that should it be directed by the Court to make payment of the charter proceeds to the registry of the clerk of this Court, and that Guice Offshore, LLC be relieved of its obligation to make payment on the Charter to the extent that it pays any such funds. Further, Guice Offshore, LLC requests that the Court give instructions as to how and where it should make future payments which may become due under the charter, and for such other relief to which it may be entitled under the premises.

Respectfully submitted this the 13th day of November, 2018.

**GUICE OFFSHORE, LLC**


BY:      /s/ R. Scott Wells
R. SCOTT WELLS
Louisiana Bar #20058
RUSHING & GUICE, P.L.L.C.
P. O. Box 1925
Biloxi, MS 39533-1925
Telephone:    228-374-2313
Fax:             228-875-5987
swells@rushingguice.com

Page **2** of **3**
18-51277 - #43  File 11/13/18  Enter 11/13/18 09:54:07  Main Document  Pg 2 of 3

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 13th day of November, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation the court's electronic filing system.

SO CERTIFIED, this the 13th day of November, 2018.

/s/ R. Scott Wells_____
R. SCOTT WELLS