# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE – OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MR. STEVEN, LLC | § | CASE NO. 18-51277 |
| | § | |
| DEBTOR. | § | |
| | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE of Stewart F. Peck of the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as counsel to SEATRAN MARINE, LLC and STEVEN J. MIGUEZ, who hereby enters an appearance pursuant to sections 342 and 1109 of the Bankruptcy Code, as well as Bankruptcy Rules 2002, 3017, and 9017, and requests that the undersigned counsel be placed on the Court's mailing list and e-mail notice list in the above-captioned matter, and that all notices, orders, judgments, pleadings, and other papers, including all such documents in all adversary proceedings be sent to:

> Stewart F. Peck
> Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
> 601 Poydras Street, Suite 2775
> New Orleans, Louisiana 70130
> Telephone: 504.568.1990
> Fax: 504.310.9195
> E-mail: speck@lawla.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive: (i) rights to have final orders in non-core matters entered only after de novo review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter

subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments available under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, A LAW CORPORATION**

 */s/ Stewart F. Peck*
STEWART F. PECK (LA #10403)
BENJAMIN W. KADDEN (LA #29927)
MEREDITH S. GRABILL (LA #35484)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail:  speck@lawla.com; bkadden@lawla.com; mgrabill@lawla.com

*Counsel for SeaTran Marine, LLC and Steven J. Miguez*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and notice of this filing sent to all parties by operation of the Court's CM/ECF system on this 9th day of November, 2018.

   */s/ Stewart F. Peck*