IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

IN RE:                                                   CASE NO. 18-51277

MR. STEVEN, L.L.C.                         CHAPTER 11

                                                                        JUDGE JOHN W. KOLWE

## AMENDED CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 13th day of November, 2018, a copy of the Response to Motion to Determine Property of the Estate and For Turnover of Property [Dk#43] has been served upon all parties listed below via the Court's CM/ECF electronic filing system and on the attached mailing matrix by placing same in the United States mail, first class postage prepaid and properly addressed.

| | |
|---|---|
| Robin B. Cheatham | cheathamrb@arlaw.com, vicki.owens@arlaw.com |
| Benjamin W. Kadden | bkadden@lawla.com, mnguyen@lawla.com |
| William Kaufman | whkaufman@ohllc.com, egnormand@ohllc.com |
| Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| Peter James Segrist | segrist@carverdarden.com, clary@carverdarden.com |
| Office of U.S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| David F. Waguespack | waguespack@carverdarden.com; plaisance@carverdarden.com |
| Randall Scott Wells | swells@rushingguice.com |

SO CERTIFIED, this the 13th day of November, 2018.

                                                    /s/ R. Scott Wells_____
                                                    R. SCOTT WELLS