| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51277<br>Western District of Louisiana<br>Lafayette<br>Tue Nov 13 14:44:53 CST 2018 | Guice Offshore, LLC<br>R. Scott Wells, Esq.<br>Rushing & Guice, P.L.L.C.<br>P.O. Box 1925<br>Biloxi, MS 39533-1925 | Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | U. S. Bankruptcy Court<br>214 Jefferson Street, Suite 100<br>Lafayette, LA 70501-7050 | Benjamin W Kadden<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 |
| Guice Offshore, LLC<br>William Kaufman<br>PO Drawer 52606<br>Lafayette LA 70505-2606 | Iberia Crewboat & Marine<br>Services, L.L.C.<br>C/o Mr. Steve Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Meredith S. Grabill<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 | SBN V FNBC LLC<br>c/o Peter J. Segrist<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 |
| SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 | Sheriff, Iberia Parish<br>300 Iberia St.<br>Suite 120<br>New Iberia LA 70560-4543 | Stewart F. Peck<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 |
| Thomas E. Shuck<br>Parker, Milliken, Clark, O'Hara<br>& Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | Robin B. Cheatham<br>4500 One Shell Square<br>New Orleans, LA 70139 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DIP | (u)Seatran Marine, LLC | (d)SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     3
Total                  20

