UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE – OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MR. STEVEN, LLC | § | CASE NO. 18-51277 |
| | § | |
| DEBTOR. | § | |
| | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EX PARTE/CONSENT MOTION TO CONTINUE HEARING DATE
AND ASSOCIATED DEADLINES**

NOW INTO COURT, through its undersigned counsel, comes SEATRAN MARINE, LLC ("SeaTran"), and files this *Ex Parte/Consent Motion to Continue Hearing Date and Associated Deadlines*, requesting this Court to continue the hearing on the Debtor's *Motion To Determine Property of the Estate and for Turnover of Property,* [ECF Doc. 29], currently scheduled for November 27, 2018, to December 18, 2018. In support thereof respectfully submits as follows:

1. On October 3, 2018, the Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. [ECF Doc. 1].

2. On October 31, 2018, the Debtor filed a *Motion To Determine Property of the Estate and for Turnover of Property* ("Motion for Turnover"). [ECF Doc. 29]. Through the Motion for Turnover, the Debtor specifically sought a determination of whether certain proceeds of a bareboat charter with Guice Offshore, LLC ("Guice") constituted property of the estate and, if so, requested turnover of those proceeds to the Estate. *Id.*

3. On November 13, 2018, Guice filed a response to the Motion for Turnover, stating that Guice is obligated to tender charter proceeds to SeaTran, which "is believed to be an operator for Mr. Steven, L.L.C. with respect to the M/V Mr. Steven," and, therefore, "SeaTran Marine, LLC

should be made a party to this proceeding and provided an opportunity to assert its rights as to the charter proceeds." [ECF Doc. 43].

4. On or about November 12, 2018, SeaTran retained undersigned counsel to represent it in this matter and undersigned counsel has filed Notices of Appearance in this Court.

5. The hearing on the Motion for Turnover is currently scheduled for November 27, 2018, making any response from SeaTran due on November 20, 2018 pursuant to the Local Rules of this Court. SeaTran respectfully requests this Court to grant a continuance of the hearing on the Motion for Turnover to allow counsel to consult with SeaTran, research the issues, and formulate a meaningful response to the relief requested in the Debtor's motion. SeaTran respectfully requests this Court to continue the hearing on the Motion for Turnover to December 18, 2018, at 10:00 a.m., making SeaTran's response due on December 11, 2018 pursuant to this Court's Local Rules.

6. Counsel for SeaTran has consulted with counsel for the Debtor, who consents to the continuance of the hearing date on the Motion for Turnover.

WHEREFORE, SeaTran Marine, LLC respectfully requests this Court continue the hearing on the Debtor's *Motion To Determine Property of the Estate and for Turnover of Property,* [ECF Doc. 29], currently scheduled for November 27, 2018, to December 18, 2018, at 10:00 a.m.

2

18-51277 - #48  File 11/15/18  Enter 11/15/18 10:15:09  Main Document  Pg 2 of 5

Respectfully submitted,

| | |
|---|---|
| **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, A LAW CORPORATION** |  /s/ Stewart F. Peck<br>STEWART F. PECK (LA #10403)<br>BENJAMIN W. KADDEN (LA #29927)<br>MEREDITH S. GRABILL (LA #35484)<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>E-mail:  speck@lawla.com; bkadden@lawla.com; mgrabill@lawla.com<br><br>*Counsel for SeaTran Marine, LLC* |

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the above and foregoing was served upon the parties that receive electronic notice via the Court's ECF Filing System on this 15th day of November 2018 and by U.S. Mail to the parties listed on the attached mailing matrix.

               /s/ Stewart F. Peck

```
Label Matrix for local noticing          Benjamin W Kadden                        Robin B. Cheatham
0536-4                                   601 Poydras Street, Suite 2775           4500 One Shell Square
Case 18-51277                            New Orleans, LA 70130-6041               New Orleans, LA 70139
Western District of Louisiana
Lafayette
Thu Nov 15 09:55:11 CST 2018

Guice Offshore, LLC                      Guice Offshore, LLC                      Iberia Crewboat & Marine
R. Scott Wells, Esq.                     William Kaufman                          Services, L.L.C.
Rushing & Guice, P.L.L.C.                PO Drawer 52606                          C/o Mr. Steve Miguez
P.O. Box 1925                            Lafayette LA   70505-2606                107 Hwy 90 West
Biloxi, MS 39533-1925                                                             New Iberia, LA 70560-9485

Iberia Marine Service, LLC               Benjamin W. Kadden                       William Kaufman
107 Hwy 90 West                          Lugenbuhl et al                          Ottinger Hebert, LLC
New Iberia, LA 70560-9485                601 Poydras Street                       1313 West Pinhook Road
                                         Suite 2775                               POD 52606
                                         New Orleans, LA 70130-6041               Lafayette, LA 70503-2905

Louisiana Department of Revenue and Taxation   Gail Bowen McCulloch               Meredith S. Grabill
Attn:  Bankruptcy Division               300 Fannin, Suite 3196                   Lugenbuhl Wheaton Peck Rankin & Hubbard
P.O. Box 66658                           Shreveport, LA 71101-3122                601 Poydras Street, Suite 2775
Baton Rouge, LA 70896-6658                                                        New Orleans, LA 70130-6041

Mr. Steven, L.L.C.                       SBN V FNBC LLC                           SBN V FNBC LLC
107 Hwy 90 West                          c/o David F. Waguespack                  c/o Peter J. Segrist
New Iberia, LA 70560-9485                1100 Poydras Street                      1100 Poydras Street
                                         Suite 3100                               Suite 3100
                                         New Orleans, LA 70163-1102               New Orleans, LA 70163-1102

SBN V FNBC LLC                           SBN V FNBC, LLC                          Peter James Segrist
c/o The Corporation Trust Co.            1700 Lincoln Street, Suite 2150          Carver Darden et al
Corporation Trust Center                 Denver, CO 80203-4500                    1100 Poydras Street, Suite 3100
1209 Organge St.                                                                  New Orleans, LA 70163-1102
Wilmington, DE 19801-1196

Sheriff, Iberia Parish                   State of Louisiana, Department of Labor  Stewart F. Peck
300 Iberia St.                           Delinquent Accounts Unit,UI Tech Support Lugenbuhl Wheaton Peck Rankin & Hubbard
Suite 120                                1001 North 23rd Street, Room 322         601 Poydras Street, Suite 2775
New Iberia LA 70560-4543                 Baton Rouge, LA 70802-3338               New Orleans, LA 70130-6041

Thomas E. Shuck                          Office of U. S. Trustee                  David F. Waguespack
Parker, Milliken, Clark, O'Hara          300 Fannin St., Suite 3196               1100 Poydras Street - Energy Centre
& Samuelian                              Shreveport, LA 71101-3122                Suite 3100
555 S. Flower St., 30th Floor                                                     New Orleans, LA 70163-1102
Los Angeles, CA 90071-2440

Randall Scott Wells
P.O. Box 1925
Biloxi, MS 39533-1925
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)DIP | (d)SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | (u)Seatran Marine, LLC |

**End of Label Matrix**
**Mailable recipients** 24
**Bypassed recipients** 3
**Total** 27