UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE – OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MR. STEVEN, LLC | § | CASE NO. 18-51277 |
| | § | |
| DEBTOR. | § | |
| | § | |

*******************************************************************************

## MOTION TO CONTINUE HEARING DATE
## AND ASSOCIATED DEADLINES

NOW INTO COURT, through its undersigned counsel, comes Steven J. Miguez ("Miguez") and SeaTran Marine, LLC ("SeaTran"), and files this *Motion to Continue Hearing Date and Associated Deadlines*, requesting this Court to continue the hearing on *SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related parties and Incorporated Memorandum in Support,* [ECF Doc. 26], currently scheduled for November 27, 2018, to December 18, 2018. In support thereof respectfully submits as follows:

1. On October 3, 2018, the Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. [ECF Doc. 1].

2. On October 23, 2018, SBN V FNBC LLC ("SBN") filed its *Motion for Rule 2004 Examination of Debtor and Related parties and Incorporated Memorandum in Support* (the "Rule 2004 Motion"). [ECF Doc. 26]. Through the Rule 2004 Motion, SBN, the sole secured creditor listed on the Debtor's Schedules as having a disputed claim for the amount of $23,438,218.26, seeks to examine and obtain documents from the Debtor, as well as non-debtors Miguez, SeaTran, and other related parties.

3. On October 31, 2018, the Debtor filed an opposition to the Rule 2004 Motion, stating in part that disclosure of certain documents requested by SBN would necessarily reveal confidential commercial information that would damage the Debtor's ability to remain competitive in the marketplace should the information be made public. [ECF Doc. 28].

4. On November 5, 2018, SBN filed a Reply Brief in support of its Rule 2004 Motion, [ECF Doc. 35], and the matter is currently set for hearing before this Court on November 27, 2018.

5. On or about November 12, 2018, Miguez and SeaTran retained undersigned counsel to represent it in this matter and undersigned counsel has filed Notices of Appearance in this Court.

6. Because the hearing on the Rule 2004 Motion is currently scheduled for November 27, 2018, any response from Miguez and SeaTran are due on November 20, 2018 pursuant to the Local Rules of this Court. Miguez and SeaTran respectfully requests this Court to grant a continuance of the hearing on the Rule 2004 Motion to allow counsel to consult with Miguez and SeaTran, familiarize themselves with the facts of this case, research the issues, and formulate a meaningful response to the relief requested in SBN's motion. Miguez and SeaTran respectfully request this Court to continue the hearing on the Rule 2004 Motion to December 18, 2018, at 10:00 a.m., making Miguez and SeaTran's responses due on December 11, 2018 pursuant to this Court's Local Rules.

7. Counsel for Miguez and SeaTran has consulted with counsel for SBN, who does not consent to the continuance of the hearing date on the Rule 2004 Motion. Pursuant to Local Rule 9014-1(F), "[m]otions for continuance without agreement of all parties will be granted only for good cause shown." Miguez and SeaTran retained counsel just over one week prior to the date a response is due on SBN's Rule 2004 Motion, and counsel requires time to get their sea legs,

familiarize themselves with the posture of the case, consult with their clients, and formulate a response to the relief sought in the Motion to protect their clients' interests.

WHEREFORE, Steve J. Miguez and SeaTran Marine, LLC respectfully request this Court continue the hearing on *SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related parties and Incorporated Memorandum in Support,* [ECF Doc. 26], currently scheduled for November 27, 2018, to December 18, 2018, at 10:00 a.m.

Respectfully submitted,

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, A LAW CORPORATION**

 /s/ Stewart F. Peck
STEWART F. PECK (LA #10403)
BENJAMIN W. KADDEN (LA #29927)
MEREDITH S. GRABILL (LA #35484)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail: speck@lawla.com; bkadden@lawla.com; mgrabill@lawla.com

*Counsel for Steve J. Miguez and SeaTran Marine, LLC*

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above and foregoing was served upon the parties that receive electronic notice via the Court's ECF Filing System on this 15th day of November 2018 and by U.S. Mail to the parties listed on the attached mailing matrix, as well as by U.S. Mail and e-mail to:

SBN V FNBC LLC
Through its attorneys of record,
David F. Waguespack
**CARVER DARDEN**
1100 Poydras Street, Ste. 3100
New Orleans, LA 70163
waguespack@carverdarden.com

                                              */s/ Stewart F. Peck*

```
Label Matrix for local noticing         Benjamin W Kadden                       Robin B. Cheatham
0536-4                                  601 Poydras Street, Suite 2775          4500 One Shell Square
Case 18-51277                           New Orleans, LA 70130-6041              New Orleans, LA 70139
Western District of Louisiana
Lafayette
Thu Nov 15 09:55:11 CST 2018

Guice Offshore, LLC                     Guice Offshore, LLC                     Iberia Crewboat & Marine
R. Scott Wells, Esq.                    William Kaufman                         Services, L.L.C.
Rushing & Guice, P.L.L.C.               PO Drawer 52606                         C/o Mr. Steve Miguez
P.O. Box 1925                           Lafayette LA  70505-2606                107 Hwy 90 West
Biloxi, MS 39533-1925                                                           New Iberia, LA 70560-9485

Iberia Marine Service, LLC              Benjamin W. Kadden                      William Kaufman
107 Hwy 90 West                         Lugenbuhl et al                         Ottinger Hebert, LLC
New Iberia, LA 70560-9485               601 Poydras Street                      1313 West Pinhook Road
                                        Suite 2775                              POD 52606
                                        New Orleans, LA 70130-6041              Lafayette, LA 70503-2905

Louisiana Department of Revenue and Taxation   Gail Bowen McCulloch             Meredith S. Grabill
Attn:  Bankruptcy Division              300 Fannin, Suite 3196                  Lugenbuhl Wheaton Peck Rankin & Hubbard
P.O. Box 66658                          Shreveport, LA 71101-3122               601 Poydras Street, Suite 2775
Baton Rouge, LA 70896-6658                                                      New Orleans, LA 70130-6041

Mr. Steven, L.L.C.                      SBN V FNBC LLC                          SBN V FNBC LLC
107 Hwy 90 West                         c/o David F. Waguespack                 c/o Peter J. Segrist
New Iberia, LA 70560-9485               1100 Poydras Street                     1100 Poydras Street
                                        Suite 3100                              Suite 3100
                                        New Orleans, LA 70163-1102              New Orleans, LA 70163-1102

SBN V FNBC LLC                          SBN V FNBC, LLC                         Peter James Segrist
c/o The Corporation Trust Co.           1700 Lincoln Street, Suite 2150         Carver Darden et al
Corporation Trust Center                Denver, CO 80203-4500                   1100 Poydras Street, Suite 3100
1209 Organge St.                                                                New Orleans, LA 70163-1102
Wilmington, DE 19801-1196

Sheriff, Iberia Parish                  State of Louisiana, Department of Labor Stewart F. Peck
300 Iberia St.                          Delinquent Accounts Unit,UI Tech Support Lugenbuhl Wheaton Peck Rankin & Hubbard
Suite 120                               1001 North 23rd Street, Room 322        601 Poydras Street, Suite 2775
New Iberia LA 70560-4543                Baton Rouge, LA 70802-3338              New Orleans, LA 70130-6041

Thomas E. Shuck                         Office of U. S. Trustee                 David F. Waguespack
Parker, Milliken, Clark, O'Hara         300 Fannin St., Suite 3196              1100 Poydras Street - Energy Centre
& Samuelian                             Shreveport, LA 71101-3122               Suite 3100
555 S. Flower St., 30th Floor                                                   New Orleans, LA 70163-1102
Los Angeles, CA 90071-2440

Randall Scott Wells
P.O. Box 1925
Biloxi, MS 39533-1925
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DIP	(d)SBN V FNBC LLC	(u)Seatran Marine, LLC
	c/o David F. Waguespack
	1100 Poydras Street
	Suite 3100
	New Orleans, LA 70163-1102

**End of Label Matrix**
**Mailable recipients**    24
**Bypassed recipients**     3
**Total**                  27