24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 780-357                                                                   DIVISION "A"

SBN V FNBC LLC

Versus

STEVE J. MIGUEZ

Filed by: Fax
Date: 3-8-2018
Time: 6:10 PM
Deputy Clerk: Alesia LeBoeuf
(SEE ATTACHED LOG)

FILED: _____     _____
                                                                          DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Steve J. Miguez ("Mr. Miguez" and/or "Defendant"), made defendant demand herein, who respectfully requests an extension of time to answer the Verified Petition for Collection on Note and Guaranty ("Petition for Collection") filed by SBN V FNBC LLC ("SBN" and/or "Petitioner") and would aver:

1.

SBN filed a Petition for Collection against Defendant on February 6, 2018.

2.

Defendant was served with the Petition for Collection through Mr. Ryan Landry on February 12, 2018.

3.

Defendant has retained undersigned counsel and therefore, requires an additional period of time within which to file a proper response to Petitioner herein and respectfully requests this Court allow an extension of thirty (30) days from date of this Order within which to respond to the Petition to Collection.

4.

This is the first such extension of time requested in regard to the allegations contained in the Petition for Collection.

**WHEREFORE**, Steve J. Miguez prays:

1.     That this Honorable Court grant an extension of time for a period of thirty (30) days from date of this Order within which to file a response to the allegations contained in the Verified Petition for Collection on Note and Guaranty filed by SBN V FNBC LLC; and

**EXHIBIT A**

2. For such other and further relief as may be just in the premises.

Respectfully submitted:

**ADAMS AND REESE LLP**

_____
Robin B. Cheatham, Bar No. 4004
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

*Counsel for Steve J. Miguez*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the above and foregoing Motion for Extension of Time has been served upon counsel for the SBN V FNBC LLC through its counsel of record, Leopold Z. Sher, James M. Garner, Jacob A. Airey, Brandon Keay, Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, LA 70112, via email transmission and/or by depositing a copy of same in the United States Mail, First Class, postage prepaid, properly addressed on the 8th day of March, 2018.

_____
ROBIN B. CHEATHAM

**O R D E R**

Considering the above and foregoing Motion for Extension of Time by the Defendant in Steve J. Miguez to respond to the Verified Petition for Collection on Note and Guaranty filed by SBN V FNBC LLC, accordingly:

**IT IS ORDERED** that Steve J. Miguez be and the same hereby is granted an extension of thirty (30) days from date of this Order within which to file appropriate responsive pleadings.

GRETNA, LOUISIANA, this 09 day of March ,2018

_____
JUDGE