Rec orig by mail
FILED FOR RECORD 03/09/2018 14:55:23
Alesia M (Lisa) LeBoeuf DY CLERK
JEFFERSON PARISH

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 780-357                  DIVISION "A"

SBN V FNBC LLC

Versus

STEVE J. MIGUEZ

Filed by: Fax
Date: 3-8-2018
Time: 6:10 pm
Deputy Clerk: Alesia LeBoeuf
(SEE ATTACHED LOG)

FILED: _____     _____
                                             DEPUTY CLERK

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come Defendant, Steve J. Miguez, who moves this Court for an Order enrolling Blake J. Miguez (Louisiana Bar Number 32204) as co-counsel for Defendant. Counsel certifies that Mr. Miguez is admitted to practice in this Court and is a member in good standing with the Louisiana Bar.

Respectfully submitted,

**ADAMS AND REESE** LLP

_____
ROBIN B. CHEATHAM (#4004)
4500 One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210

**AND**

Blake J. Miguez. (#32204)
107 Hwy 90 W
New Iberia, LA 70560-9485
Telephone: (337) 937-8827

*Attorneys for Steve J. Miguez*

**EXHIBIT B**

1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion to Enroll Additional Counsel of Record has been served upon counsel for the SBN V FNBC LLC through its counsel of record, Leopold Z. Sher, James M. Garner, Jacob A. Airey, Brandon Keay, Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, LA 70112, via email transmission and/or by depositing a copy of same in the United States Mail, First Class, postage prepaid, properly addressed on the 8th day of March, 2018.

／s／ Robin B. Cheatham
ROBIN B. CHEATHAM

2

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 780-357                                                    DIVISION "A"

### SBN V FNBC LLC

Versus

### STEVE J. MIGUEZ

FILED: _____                    _____
                                                                    DEPUTY CLERK

## ORDER

Considering Defendants' Motion to Enroll Additional Counsel of Record;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and Blake J. Miguez (Louisiana Bar Number 32204) of the law firm of Adams and Reese LLP is hereby enrolled as co-counsel of record for Defendant.

Gretna, Louisiana, this 09 day of March 2018

_____
JUDGE

1