24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 780-357　　　　　　　　　　　　　　　　　　　　　　　DIVISION "A"

SBN V FNBC LLC

versus

STEVE J. MIGUEZ

FILED:_____　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

**THIRD MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Steve J. Miguez ("Mr. Miguez" and/or "Defendant"), made defendant herein, who respectfully requests a third extension of time to file responsive pleadings to the Petition of SBN V FNBC LLC ("SVN") and would aver:

1.

SBN filed a Petition on February 6, 2018 in the above referenced matter.

2.

Defendant was served with the Petition and Citation through Mr. Ryan Landry on or about February 12, 2018.

3.

On or about March 9, 2018, Defendant filed a Motion for Extension of Time which was granted the same date until April 8, 2018.

4.

On or about April 9, 2018, Defendant filed a Second Motion for Extension of Time and Plaintiff filed an Opposition to the Second Motion for Extension of Time. The Court entered an Order granting the Second Motion for Extension of Time on April 11, 2018 until fifteen (15) days from the end of the Legislative Session ending June 4, 2018 or until June 19, 2018.

5.

Co-counsel of record for Defendant is Mr. Blake Miguez, who is a member of the Louisiana Legislature, more specifically the duly elected representative of House District No. 49,



as evidenced by previously filed affidavit in the record. Further evidenced by the prior affidavit attached to the Second Motion for Extension of Time, Blake Miguez was in Legislative Session until June 4, 2017. Please see the attached Affidavit of Mr. Blake Miguez advising of the requirement of his attendance for a Special Legislative Session which began June 18, 2018 through June 27, 2018 in connection with his service in the Legislature of Louisiana.

6.

Counsel for Mr. Miguez requires information and assistance from co-counsel in the preparation of the response to the Petition.

7.

## APPLICABLE LAW

Louisiana Revised Statute [La R.S.] 13:4163 generally provides members of the legislature, the clerk, and staff an extension during a legislative session or while engaged in activities in connection with or ordered by the legislature, any legislative committee or subcommittee appointed by the president of the Senate or the speaker of the House of Representatives, any committee or commission appointed by the governor or other person authorized to make such appointments, or any constitutional convention or commission, and more particularly provides as follows:

> §4163. Ex parte motion for legislative continuance or extension of time; legislators or employees engaged in legislative or constitutional convention activities
>
> A. (1) A member of the legislature and a legislative employee shall have peremptory grounds for continuance or extension of a criminal case, civil case, or administrative proceeding as provided below. The continuance or extension shall be sought by written motion specifically alleging these grounds.
> (2) For purposes of this Section, "legislative employee" means the clerk of the House of Representative, the secretary of the Senate, and an employee of the House of Representatives, the Senate, or the Legislative Bureau, when such person is employed full-time during the legislative session or during any other time in which the continuance or extension is being sought.
> B. The peremptory grounds for continuance or extension is available to and for the benefit of a member or legislative employee and may only be asserted or waived by a member or employee.
> C. (1) Such peremptory grounds are available for the continuance of any type of proceeding and the extension of any type of deadline pertaining to a criminal case, civil case, or administrative proceeding, if the presence,

participation, or involvement of a member or employee is required in any capacity, including any pretrial or post-trial legal proceeding, during:

    (a) Any time between thirty days prior to the original call to order and thirty days following the adjournment sine die of any session of the legislature.

    (b) Any time between thirty days prior to convening and thirty days following adjournment sine die of any constitutional convention.

    (c) Any time other than those provided in Subparagraph (a) or (b) of this Paragraph when such person is engaged in activities, including travel, in connection with or ordered by: (i) the legislature; (ii) any legislative committee or subcommittee appointed by the president of the Senate or the speaker of the House of Representatives; (iii) any committee or commission appointed by the governor or other person authorized to make such appointments; or (iv) any constitutional convention or commission.

(2) Such peremptory grounds are available to any member or employee enrolled as counsel of record when his participation is required. The availability of other counsel to assume the duties or responsibilities of counsel invoking the continuance or extension does not negate the peremptory nature of his motion.

D. A motion for legislative continuance or extension filed by a legislative employee shall be accompanied by an affidavit, verifying such employment or service, executed by the presiding officer or the clerk or secretary of the respective house.

E. (1) (a) If the grounds for a legislative continuance or extension are founded upon the convening of a regular legislative session or a constitutional convention, the motion for legislative continuance or extension shall be timely if filed no later than five calendar days prior to the hearing or proceeding to be continued.

(b) If the grounds for a legislative continuance or extension are founded upon any provision of Subparagraph (C)(1)(c) of this Section or upon the issuance of a call for an extraordinary session of the legislature, the motion for legislative continuance or extension shall be timely if filed no later than five calendar days prior to the hearing or proceeding to be continued or no later than two days following the issuance of the notice of the meeting or of the call for the extraordinary legislative session, which ever occurs last.

(c) The provisions of this Paragraph shall not be applied so as to impede the peremptory nature of this Section.

(2) Within seventy-two hours of the filing of a motion for a legislative continuance or extension, the court or agency shall grant the continuance or extension ex parte as follows:

    (a) If the grounds for the motion are pursuant to Subparagraph (C)(1)(a) or (b) of this Section, the continuance or extension shall be granted for a period of not less than sixty days from the date of adjournment sine die of the session of the legislature or of the constitutional convention.

    (b) If the grounds for the motion are pursuant to Subparagraph (C)(1)(c) of this Section, the continuance or extension shall be granted for the day or days the member or employee is engaged in such activities.

F. (1) The provisions of this Section shall not apply to cases in the Supreme Court of Louisiana, criminal cases where the death penalty is sought, and administrative rulemaking authorized by R.S. 49:953.

  (2) The provisions of this Section shall not apply to cases and proceedings wherein a member or employee is called as a witness, in which instances the provisions of R.S. 13:3667.1 and 3667.3 shall apply.

G. Any action taken against a person, including any sanction imposed on an attorney, who has filed a motion for legislative continuance or extension and which results from the failure of such person or attorney to appear or comply with an order of the court or agency or any deadline shall be considered an absolute nullity and shall be set aside by the court or agency upon the filing of a motion by the aggrieved person or attorney.

H. (1) Any person or attorney who has filed a motion for legislative continuance or extension which has been denied or which has not been granted within seventy-two hours of filing may apply directly to the Supreme Court of Louisiana for supervisory writs to review the action or inaction of the court or agency where the motion was filed.

  (2) If a motion filed pursuant to Subsection G of this Section is denied, such denial shall be an appealable order.

I. (1) For sufficient cause shown, the court shall consider a motion for legislative continuance or extension at any time prior to the hearing or proceeding.

  (2) The motion for a legislative continuance may be filed by electronic means such as facsimile transmission or electronic mail, or any other means authorized by law, provided that the mover shall provide all opposing counsel or parties with a copy of the motion, simultaneously with the transmission of the motion to the court.

7.

In light of the above undersigned counsel therefore, requests an extension of time of thirty (30) days after the expiration of the Legislation Session presently scheduled to end on June 27, 2018 within which to file a proper response to petitioner herein and respectfully requests this Court allow an extension of thirty (30) days from June 27, 2018 within which to respond to the Petition.

8.

This is the third such extension of time requested in regard to the allegations contained in the Petition.

**WHEREFORE**, Defendant prays:

1. That this Honorable Court grants this third extension of time through and including the 27th day of July, 2018, within which to file a response to the allegations contained in the Petition of SBN V FNBC, LLC; and

2. For such other and further relief as may be just in the premises.

24th E-Filed: 06/19/2018 15:17:18 Case: 780357 Div:A Atty:004004 ROBIN B CHEATHAM

Respectfully submitted:

**ADAMS AND REESE**

*/s/ Robin B. Cheatham*
Robin B. Cheatham, Bar No. 4004
4500 One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
(504) 581-3234

*Counsel for Steve J. Miguez*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the above and foregoing Third Motion for Extension of Time has been served upon SBN V FNBC LLC through its counsel of record, Leopold Z. Sher, James M. Garner, Jacob A. Airey, Brandon Keay, Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, LA 70112, via email transmission and/or by first class mail, properly addressed and postage prepaid and by fax transmission this 19th day of June, 2018.

*/s/ Robin B. Cheatham*
Robin B. Cheatham

24th E-Filed: 06/19/2018 15:17:18 Case: 780357 Div:A Atty:004004 ROBIN B CHEATHAM

18-51277 - #50-4  File 11/19/18  Enter 11/19/18 14:52:04  Exhibit D- 2018-06-19 Miguez 3rd Mtn for Extension to File Answer Pg 5 of 7

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 780-357                                                          DIVISION "A"

SBN V FNBC LLC

versus

STEVE J. MIGUEZ

FILED:_____        _____
                                                DEPUTY CLERK

STATE OF LOUISIANA

PARISH OF East Baton Rouge

AFFIDAVIT

Before me, Notary Public, came and appeared Blake John Miguez, is a Louisiana State Representative for District No. 49, "affiant" who states that: (1) Blake John Miguez is an elected member of the Louisiana House of Representatives from District No. 49; and (2) Blake John Miguez will be in a special official session commencing June 18, 2018 through June 27, 2018 in connection with his service in the Legislature of Louisiana.

                                                      _____
                                                      Blake John Miguez

Sworn to and subscribed before me this
19th day of June, 2018.
_____
Notary Public
Cynthia Simmons Mancuso
Notary Name
Bar # 17799
Notary Number

24th E-Filed: 06/19/2018 15:17:27 Case: 780357 Div:A Atty:004004 ROBIN B CHEATHAM

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 780-357　　　　　　　　　　　　　　　　　　　　　　DIVISION "A"

### SBN V FNBC LLC

versus

### STEVE J. MIGUEZ

FILED:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### ORDER

Considering the above and foregoing Third Motion for Extension of Time by the Defendant, Steve J. Miguez to respond to the Petition of SBN V FNBC, LLC, accordingly:

**IT IS ORDERED** that Steve J. Miguez be and the same hereby is granted an extension of Thirty (30) days from the end of the Special Legislative Session ending June 27, 2018, within which to file appropriate responsive pleadings.

**GRETNA, LOUISIANA**, this _21_ day of _June_, 2018

_____
JUDGE