**24th JUDICIAL DISTRICT COURT PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

NO. 780-357                                                           DIVISION "A"

**SBN V FNBC LLC**

**VERSUS**

**STEVE J. MIGUEZ**

FILED:_____                          _____
                                                                                    DEPUTY CLERK

**ANSWER AND AFFIRMATIVE DEFENSES TO VERIFIED PETITION FOR COLLECTION ON NOTE AND GUARANTY**

NOW INTO COURT, through undersigned counsel comes, Steve J. Miguez ("Defendant"), appearing solely for the purposes of filing this Answer and Affirmative Defenses to the Verified Petition for Collection on Note and Guaranty ("Petition") who respectfully avers, to wit:

**Nature of Action**

1.

The allegations of paragraph 1 of the Petition do not require an answer, however to the extent that a response is required same are denied.

**Parties**

2.

The allegations contained in paragraph 2 are denied for lack of knowledge or information sufficient to justify a belief as to the truth of the allegations asserted therein.

3.

Defendant admits the allegations of paragraph 3 of the Petition as to being a person of the full age of majority and a resident of St. Mary Parish, State of Louisiana. The remaining allegations of paragraph 3 of the Petition are denied.

4.

Defendant admits that venue is appropriate in the Parish of Jefferson, State of Louisiana.


EXHIBIT E

5.

The allegations of paragraph 5 of the Petition are denied as the documents referred to therein form the best evidence of their terms and conditions as more particularly set forth therein.

6.

The allegations of paragraph 6 of the Petition are denied as the documents referred to therein form the best evidence of their terms and conditions as more particularly set forth therein. The remaining allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 of the Petition are denied.

8.

The allegations of paragraph 8 of the Petition are denied as the documents referred to therein form the best evidence of their terms and conditions as more particularly set forth therein.

9.

The allegations of paragraph 9 of the Petition are denied as the documents referred to therein form the best evidence of their terms and conditions as more particularly set forth therein. The remaining allegations of paragraph 9 of the Petition are denied.

10.

The allegations of paragraph 10 of the Petition are denied as the documents referred to therein form the best evidence of their terms and conditions as more particularly set forth therein. The remaining allegations of paragraph 9 of the Petition are denied.

11.

The allegations set forth in the last paragraph paragraph or prayer of the Petition are denied.

## II.

### AFFIRMATIVE DEFENSES

**NOW IN FURTHER ANSWERING**, the Defendant, Steve J. Miguez, specifically avers that:

### First Affirmative Defense

Plaintiffs' Petition fails to state a cause of action.

24th E-Filed: 07/27/2018 16:47:39 Case: 780357 Div:A Atty:004004 ROBIN B CHEATHAM

### Second Affirmative Defense

Defendant avers that any and all damages alleged to have been suffered by Plaintiff was the result of Plaintiff's and/or its predecessor's own acts or omissions and/or failures to act.

### Third Affirmative Defense

Defendant avers that Plaintiff's alleged damages were caused by the acts, wrongs, omissions, and/or negligence of other individuals or entities over which Defendant had no legal or contractual responsibility and/or control.

### Fourth Affirmative Defense

Plaintiff's damages, if any and which are denied, were caused by intervening and/or superseding causes over which Defendant has no control, and is thus not liable.

### Fifth Affirmative Defense

Defendant avers that Plaintiff's claims are barred on statutory and/or equitable grounds, including without limitation, prescription, peremption, waiver, estoppel and/or laches.

### Sixth Affirmative Defense

Plaintiffs' requested relief is barred or must be reduced to the extent that Plaintiff has failed to mitigate their alleged damages.

### Seven Affirmative Defense

Defendant avers that Plaintiff's predecessor failed to sign the document referred to in paragraph 5 of the Petition. Defendant reserves any and all rights and claims that such failure results in non-formation of any agreement between Plaintiff and Defendant.

### Eighth Affirmative Defense

Defendant reserves the right to supplement and/or amend its Answer and Affirmative Defenses to the Petition to assert such other and additional defenses as may become known during the course of this litigation.

Any and all allegations not specifically admitted above are denied.

**WHEREFORE,** Steve J. Miguez, the Defendant herein, respectfully prays that this Answer affirmative defenses be deemed good and sufficient and, after due proceedings are had t herein, there be judgment in favor of Steve J. Miguez rejecting all of Plaintiffs' demands and claims at Plaintiffs' sole cost and with prejudice.

24th E-Filed: 07/27/2018 16:47:39 Case: 780357 Div:A Atty:004004 ROBIN B CHEATHAM

Respectfully Submitted,

**ADAMS AND REESE LLP**

/s/Robin B. Cheatham
Robin B. Cheatham (#4004)
4500 One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Email: robin.cheatham@arlaw.com

And

Blake John Miguez, LA Bar No. 32204
107 Highway 90 W
New Iberia LA, 70560
Phone: (337) 465-2783
Facsimile: (985) 631-0404
Counsel for Steve J. Miguez

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Answer and Affirmative Defenses to Verified Petition for Collection on Note and Guaranty has been served upon James M. Garner, Leopold Z. Sher, Jake A. Airey, Brandon W. Keay, of Sher Garner Cahill Richter Klein & Hilbert, L.L.C, 909 Poydras Street, Twenty-eighth Floor, New Orleans, LA 70112 by placing a copy in the United States mail, first class, postage prepaid and properly addressed on this 27th of July, 2018.

/s/Robin B. Cheatham
Robin B. Cheatham

24th E-Filed: 07/27/2018 16:47:39 Case: 780357 Div:A Atty:004004 ROBIN B CHEATHAM

18-51277 - #50-5  File 11/19/18  Enter 11/19/18 14:52:04  Exhibit E- 2018-07-27 Miguez Answer-Defenses to Petition for Collection  Pg 4 of 4