UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I, Peter J. Segrist, do hereby certify that I caused *SBN V FNBC LLC's Omnibus Memorandum in Opposition to (1) Steven J. Miguez and Seatran Marine, LLC's Motion to Continue Hearing Date and Associated Deadlines, and (2) Ex Parte/Consent Motion to Continue Hearing Date and Associated Deadlines* [Doc. No. 50] to be served on counsel for the Debtor, all counsel of record, the U.S. Trustee and all other parties receiving electronic notification, as shown on the attached Exhibit A, via the Court's CM/ECF System, and upon Debtor, Mr. Steven, L.L.C., through its counsel of record, Robin B. Cheatham, Adams and Reese LLP, 701 Poydras Street, Suite 701, New Orleans, LA 70139, by U.S. Mail on this 19th day of November, 2018.

/s/ Peter J. Segrist
PETER J. SEGRIST

1

# EXHIBIT A

Robin B. Cheatham on behalf of Debtor Mr. Steven, L.L.C.
cheathamrb@arlaw.com, vicki.owens@arlaw.com

Benjamin W. Kadden on behalf of Interested Party Seatran Marine, LLC
bkadden@lawla.com, mnguyen@lawla.com

William Kaufman on behalf of Interested Party Guice Offshore, LLC
whkaufman@ohllc.com, egnormand@ohllc.com

Gail Bowen McCulloch on behalf of U.S. Trustee Office of U. S. Trustee
gail.mcculloch@usdoj.gov

Stewart F. Peck on behalf of Interested Party Seatran Marine, LLC
speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com

Peter James Segrist on behalf of Creditor SBN V FNBC LLC
segrist@carverdarden.com, clary@carverdarden.com

Office of U. S. Trustee
USTPRegion05.SH.ECF@usdoj.gov

David F. Waguespack on behalf of Creditor SBN V FNBC LLC
waguespack@carverdarden.com, plaisance@carverdarden.com

Randall Scott Wells on behalf of Interested Party Guice Offshore, LLC
swells@rushing-guice.com

4852-7014-1056, v. 1