# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–4 | User: lchamp | Date Created: 11/20/2018 |
| Case: 18–51277 | Form ID: pdf8 | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
aty      Gail Bowen McCulloch      gail.mcculloch@usdoj.gov
aty      Robin B. Cheatham      cheathamrb@arlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mr. Steven, L.L.C.      107 Hwy 90 West      New Iberia, LA 70560

TOTAL: 1