**SO ORDERED.**

**SIGNED November 19, 2018.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| *Debtor(s):* | **Case Number:** 18−51277 |
| Mr. Steven, LLC | |

_____

### Order

The Motion to Determine Property of the Estate and for Turnover of Property filed by the Debtor, Mr. Steven, LLC (Doc. 29) (the "Turnover Motion") and the Amended Motion for Rule 2004 Examination of Debtor and Related Parties filed by creditor SBN V FNBC LLC ("SBN") (Doc. 36) (the "Rule 2004 Motion") are both currently set for hearing on November 27, 2018, with any opposition due seven days before, on November 20, 2018.

SeaTran Marine, LLC ("SeaTran"), one of the entities listed as a "Related Party" in the Rule 2004 Motion, has filed two Motions to Continue, seeking to move the hearings on both of the above motions to December 18, 2018, on the ground that SeaTran's counsel only recently joined the case and will need more time to prepare a response than the current November 20 deadline will allow. The parties in interest have consented to the Motion to Continue concerning the Turnover Motion (Doc. 48), but SBN does not consent to the Motion to Continue concerning the Rule 2004 Motion (Doc. 49). The Court finds that the hearing on the Rule 2004 Motion should proceed as planned on November 27, but it also finds that SeaTran has demonstrated good cause for extending the deadline to respond to the Rule 2004 Motion. Accordingly,

IT IS HEREBY ORDERED that SeaTran's Ex Parte/Consent Motion to Continue (Doc. 48) concerning the Debtor's Turnover Motion (Doc. 29) is GRANTED. The hearing on the Debtor's Motion is continued from November 27, 2018 to December 18, 2018 at 10:00 a.m.

IT IS FURTHER ORDERED that SeaTran's Motion to Continue (Doc. 49) concerning SBN's Rule 2004 Motion (Doc. 36) is DENIED. IT IS FURTHER ORDERED that SeaTran's deadline to file any response or opposition to SBN's Motion is extended to Monday, November 26, 2018.

### ###