# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr          DIP

                                                                          TOTAL: 1

**Recipients of Notice of Electronic Filing:**

ust          Office of U. S. Trustee          USTPRegion05.SH.ECF@usdoj.gov
aty          Gail Bowen McCulloch          gail.mcculloch@usdoj.gov
aty          Robin B. Cheatham          cheathamrb@arlaw.com

                                                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Mr. Steven, L.L.C.          107 Hwy 90 West          New Iberia, LA 70560

                                                                          TOTAL: 1