| | |
|---|---|
| **From:** | David F. Waguespack <waguespack@carverdarden.com> |
| **Sent:** | Monday, October 22, 2018 1:11 PM |
| **To:** | Robin Cheatham |
| **Cc:** | Scott Cheatham; Peter J. Segrist |
| **Subject:** | Iberia Marine |

Robin, in connection with the SBNVFNBC, LLC objection to the employment application, I wanted to forward to you the list of the Adams & Reese matters that my client forwarded to me. Thanks David

**Current SBN V FNBC LLC**



**Current other entities**



**Past matters**



**David F. Waguespack**
Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC
Energy Centre - 1100 Poydras Street - Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3814 - Fax: (504) 585-3801
T: (504) 585.3814 F: (504) 585.3801
waguespack@carverdarden.com | carverdarden.com



EXHIBIT "B"

**Confidentiality Statement:** This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you are not the intended recipient, please refer to our disclaimer and other information located at [carverdarden.com/legal-disclaimer](carverdarden.com/legal-disclaimer) for further handling. **IRS Circular 230 Disclosure:** This document was not intended or written to be used and it cannot be used by you or anyone else for the purpose of avoiding tax penalties that may be imposed on the taxpayer. For more information, see the disclaimer referenced above.