**SO ORDERED.**

**SIGNED November 19, 2018.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| *Debtor(s):* | **Case Number:** 18−51277 |
| Mr. Steven, LLC | |

_____

### Order

The Motion to Determine Property of the Estate and for Turnover of Property filed by the Debtor, Mr. Steven, LLC (Doc. 29) (the "Turnover Motion") and the Amended Motion for Rule 2004 Examination of Debtor and Related Parties filed by creditor SBN V FNBC LLC ("SBN") (Doc. 36) (the "Rule 2004 Motion") are both currently set for hearing on November 27, 2018, with any opposition due seven days before, on November 20, 2018.

SeaTran Marine, LLC ("SeaTran"), one of the entities listed as a "Related Party" in the Rule 2004 Motion, has filed two Motions to Continue, seeking to move the hearings on both of the above motions to December 18, 2018, on the ground that SeaTran's counsel only recently joined the case and will need more time to prepare a response than the current November 20 deadline will allow. The parties in interest have consented to the Motion to Continue concerning the Turnover Motion (Doc. 48), but SBN does not consent to the Motion to Continue concerning the Rule 2004 Motion (Doc. 49). The Court finds that the hearing on the Rule 2004 Motion should proceed as planned on November 27, but it also finds that SeaTran has demonstrated good cause for extending the deadline to respond to the Rule 2004 Motion. Accordingly,

IT IS HEREBY ORDERED that SeaTran's Ex Parte/Consent Motion to Continue (Doc. 48) concerning the Debtor's Turnover Motion (Doc. 29) is GRANTED. The hearing on the Debtor's Motion is continued from November 27, 2018 to December 18, 2018 at 10:00 a.m.

IT IS FURTHER ORDERED that SeaTran's Motion to Continue (Doc. 49) concerning SBN's Rule 2004 Motion (Doc. 36) is DENIED. IT IS FURTHER ORDERED that SeaTran's deadline to file any response or opposition to SBN's Motion is extended to Monday, November 26, 2018.

###

```
                            United States Bankruptcy Court
                            Western District of Louisiana
In re:                                                      Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                          Chapter 11
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0536-4          User: lchamp              Page 1 of 1              Date Rcvd: Nov 20, 2018
                              Form ID: pdf8             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db             +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              DIP
                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Benjamin W. Kadden    on behalf of Interested Party   Seatran Marine, LLC bkadden@lawla.com,
               mnguyen@lawla.com
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party   Guice Offshore, LLC swells@rushing-guice.com
              Robin B. Cheatham    on behalf of Debtor   Mr. Steven, L.L.C. cheathamrb@arlaw.com,
               vicki.owens@arlaw.com
              Stewart F. Peck    on behalf of Interested Party   Seatran Marine, LLC speck@lawla.com,
               erosenberg@lawla.com;ymaranto@lawla.com
              William Kaufman    on behalf of Interested Party   Guice Offshore, LLC whkaufman@ohllc.com,
               egnormand@ohllc.com
                                                                                              TOTAL: 9