UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

IN RE:                          *         CASE NO. 18-51277

MR. STEVEN, L.L.C.              *         CHAPTER 11

    Debtor                      *

**MOTION TO CONTINUE SBN V FNBC LLC'S MOTION FOR RULE 2004
EXAMINATION OF DEBTOR AND RELATED PARTIES**

**NOW INTO COURT**, through proposed undersigned counsel, comes Mr. Steven, L.L.C.[1] ("Debtor"), and files this *Motion to Continue SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* ("Motion") and the Debtor states as follows:

**BACKGROUND AND PROCEDURAL HISTORY**

1. The Debtor filed for relief under chapter 11 of title 11 of the Bankruptcy Code (the "Chapter 11 Case") on October 3, 2018

2. On October 4, 2018, an *Application of Debtor for Entry of an Order Authorizing the Employment and Retention of Robin B. Cheatham and the Law Firm of Adams and Reese, LLP as Debtor's Counsel on an Interim Bases and Setting Final Hearing* [Dkt. # 13] was filed ("Application to Employ").

3. SBB V FNBC LLC ("SBN") on October 5, 2018, filed an *Objection to Interim Employment of Adams and Reese LLP* [Dkt. # 16] opposing the employment of Adams and Reese based on conflicts of interest. On October 31, 2018, SBN filed a *Supplemental Objection to Employment of Adams and Reese LLP* [Dkt. # 31].

{00365577-5}

1

4. On October 23, 2018, SBN filed its *Motion for Rule 2004 Examination of Debtor and Related Parties and Incorporated Memorandum in Support* ("2004 Exam Motion") [Dkt. # 26]. Pursuant to the 2004 Exam Motion, SBN is noticing the examination of: (i) Mr. Steven, LLC; (ii) the principal of Mr. Steven, LLC – Steve J. Miguez; and (iii) related entities (a) Iberia Marine Service, L.L.C., (b) Mr. Blake LLC, (c) Mr. Ridge LLC, (d) Lady Glenda LLC, (d) Mr. Mason LLC, (e) Mr. Row LLC, (f) Lady Brandi L.L.C., (g) Lady Eve, L.L.C., and (h) Seatran Marine, LLC (collectively, the "Parties"). Mr. Blake LLC, Mr. Ridge LLC, Lady Glenda LLC, Mr. Mason LLC, Mr. Row LLC, Lady Brandi L.L.C., and Lady Eve, L.L.C. - which filed on November 16, 2018 (18-51488) are hereinafter referred to as the "Filing Entities".

5. On October 31, 2018, the Debtor filed the *Mr. Steven, LLC's Limited Opposition and Memorandum in Support Thereof to SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* (the "Opposition") [Dkt. # 28].

6. SBN responded to the Opposition, see Dkt. # 35 responding to the confidentiality issue.

7. On November 20, 2018, Adams and Reese has its *Motion to Withdraw as Proposed Counsel for Record* [Dkt. # 54]. The firm of Heller, Draper, Patrick, Horn & Manthey, LLC ("Heller Draper") will be substituted as counsel.

8. In addition, on November 21, 2018 the Filing Entities (other than the Debtor and Lady Eve, L.L.C.) filed for relief under chapter 11 of title 11 of the Bankruptcy Code. Heller Draper will file a Motion to serve as counsel for the Filing Entities. In addition, a Motion for Joint Administration will shortly be filed on behalf of the Filing Entities. The filing by the Filing

Entities except for the Debtor will require that the preparation and filing of Schedules and Statements of Financial Affairs, by December 14, 2108.

9. It is in the interest of the Fling Entities that the 2004 Examination as noticed by SBN occur after the filing of the Filing Entities' schedules and statements of financial affairs

10. Further, the Section 341 examination of the Debtor will commence on November 27, 2018, which will allow SBN to ask some questions of the Debtor based upon the Debtor's schedules and statement of financial affairs.

11. Obtaining documentation for a 2004 Examination for the Filing Entities by November 27th is impossible due to the Holiday weekend and the work necessary to file the Chapter 11 proceedings on behalf of the Filing Entities other than the Debtor and Lady Eve, L.L.C.

12. The Debtor understands that this Court has denied a *Motion to Continue Hearing Date and Associated Deadlines* [Dkt. # 49] (the "Continuance Motion") seeking to continue the hearing currently scheduled for November 27, 2018 on the 2004 Exam Motion [Dkt. # 26].

13. Undersigned Counsel is respectfully requesting that this Court consider continuing the November 27th hearing on the 2004 Exam Motion for the following reasons:

    A. Undersigned counsel is recently engaged and working to perform its due diligence on the Filing Entities and complying with mandated filings and deadlines imposed by the Bankruptcy Code and Rules

    B. Undersigned counsel prepared for and filed the Filing Entities voluntary petitions on November 21, 2018 and will be expending resources to complete each of the Filing Entities (other than Mr. Steven LLC) schedules and statement of financial affairs,

while preparing for the section 341 meetings to be scheduled on the proposed date of December 18, 21018;

    C.    Undersigned counsel asserts that the continuance of the hearing is in the best interest of the estates as it will allow all the parties SBN is requesting to participate in Rule 2004 examinations concurrently, while promoting judicial economy and minimizing administrative expenses.

14. Undersigned counsel contacted Mr. David Waguespack on November 20, 2018. Mr. Waguespack indicated to Ms. Brouphy, that on behalf of SBN he could not agree to a continuance of the hearing on the 2004 Exam Motion for the reasons stated in *SBN V FNBC LLC's Omnibus Memorandum in Opposition to (1) Steven J. Miguez and Seatran Marine, LLC's Motion to Continue Hearing Date and Associated Deadlines and (2) Ex Parte/Consent Motion to Continue Hearing Date and Associated Deadlines* [Dkt. # 50].

15. Undersigned counsel states that it needs additional time to review the Filing Entities documentation for issues such as privilege and proprietary information. The Filing Entities are willing to discuss work with counsel for SBN to resolve any pending document confidentially issues that may arise and schedule at a mutually agreeable time and place documents in advance of a new 2004 Examination fixed by the Court.

Dated:  November 26, 2018	Respectfully submitted by:

**HELLER, DRAPER, PATRICK, HORN, & MANTHEY LLC**

By: */s/ Greta M. Brouphy*
Douglas S. Draper, (La. Bar No. 5073)
ddraper@hellerdraper.com
Greta M. Brouphy (La. Bar No. 26216)
gbrouphy@hellerdraper.com
650 Poydras St., Ste. 2500
New Orleans, LA 70130-6175
(504) 299-3333
(504) 299-3399 (Fax)

Proposed Counsel to the Debtor

### CERTIFICATE OF SERVICE

I, Greta M. Brouphy, proposed counsel to the Debtor, hereby certify that on November 26, 2018, I caused the *above and foregoing Motion* to be served on the parties listed below via the Court's ECF Filing System as follows:

- Robin B. Cheatham      cheathamrb@arlaw.com, vicki.owens@arlaw.com
- Benjamin W. Kadden      bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman      whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch      gail.mcculloch@usdoj.gov
- Stewart F. Peck      speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist      segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack      waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells      swells@rushing-guice.com

*/s/ Greta M. Brouphy*
Greta M. Brouphy

{00365577-5}