UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

IN RE: * CASE NO. 18-51277

MR. STEVEN, L.L.C. * CHAPTER 11

    Debtor *

**MOTION FOR EXPEDITED CONSIDERATION OF THE
MOTION TO CONTINUE SBN V FNBC LLC'S MOTION FOR RULE 2004
EXAMINATION OF DEBTOR AND RELATED PARTIES**

**NOW INTO COURT**, through proposed undersigned counsel, comes Mr. Steven, L.L.C.[1] ("Debtor"), and files this *Motion for Expedited Consideration of the Motion to Continue SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* ("Motion") and the Debtor states as follows:

1. Contemporaneous with the filing of this Motion, the Debtor filed its *Motion to Continue SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* [Dkt. 58] (the "Motion to Continue") seeking to continue the hearing scheduled for November 27, 2018 on the *SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* ("SBN Motion").

2. Based on the reasons as delineated in the Motion to Continue, the Debtor is seeking expedited consideration of the Debtor's request to continue the hearing scheduled on November 27, 2018, on the SBN Motion to allow recently retained counsel sufficient time to review the Rule 2004 Examination Notice, prepare the requested documents and address any confidentiality concerns.

{00365591-1}

1

**WHEREFORE**, the Debtor respectfully prays that this Court expeditiously consider the Motion to Continue and reschedule the SBN Motion to the next available motion day hearing available and for all other relief that is just and equitable.

Dated: November 26, 2018          Respectfully submitted by:

**HELLER, DRAPER, PATRICK, HORN, & MANTHEY LLC**

By: */s/ Greta M. Brouphy*
Douglas S. Draper, (La. Bar No. 5073)
ddraper@hellerdraper.com
Greta M. Brouphy (La. Bar No. 26216)
gbrouphy@hellerdraper.com
650 Poydras St., Ste. 2500
New Orleans, LA 70130-6175
(504) 299-3333
(504) 299-3399 (Fax)
Proposed Counsel to the Debtor

## CERTIFICATE OF SERVICE

I, Greta M. Brouphy, proposed counsel to the Debtor, hereby certify that on November 26, 2018, I caused the *above and foregoing Motion* to be served on the parties listed below via the Court's ECF Filing System as follows:

- Robin B. Cheatham    cheathamrb@arlaw.com, vicki.owens@arlaw.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

         */s/ Greta M. Brouphy*
         Greta M. Brouphy