UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE – OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MR. STEVEN, LLC | § | CASE NO. 18-51277 |
| | § | |
| DEBTOR. | § | |
| | § | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States Bankruptcy Court, Western District of Louisiana, application is made by Richard Montague, Mississippi Bar No. 3411, of the Jackson, Mississippi office of Phelps Dunbar, LLP, to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Space Exploration Technologies Corp ("SpaceX"), in the above described case and any related cases.

1. Richard Montague is ineligible to become a member of this court, but I am a member in good standing of the bar of the bar of the Supreme Court of the State of Mississippi, which is the highest court of such state. A certificate of good standing from such court will be filed separately as soon as possible.

2. Payment of the applicable fee of $105.00 will be made in person to the District Court.

3. There have been no disciplinary proceedings or criminal charges instituted against the applicant.

4. In accordance with the local rules for the United States Bankruptcy Court, Western District of Louisiana, Amanda W. Messa of the firm Phelps Dunbar, LLP is appointed as local counsel.

5. I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10 or the appropriate Bankruptcy court rule. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

6. A proposed order is submitted herewith.

Respectfully submitted,

/s/ Richard Montague

Richard Montague (Mississippi Bar #3411)
PHELPS DUNBAR LLP
Pro hac vice applicant
Post Office Box 16114
Jackson, Mississippi 39236-6114
Telephone: 601-352-2300
Facsimile: 601-360-9777
Email: richard.montague@phelps.com

**PHELPS DUNBAR LLP**

BY: /s/ Amanda W. Messa
Amanda W. Messa, Bar Roll No. 30108
Post Office Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: 225-346-0285
Facsimile: 225-381-9197
Email: amanda.messa@phelps.com

**ATTORNEYS FOR SPACEX**

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 26th day of November, 2018, a copy of the foregoing pleading has been served upon all parties listed below via the Court's CM/ECF electronic filing system.

| | |
|---|---|
| Robin B. Cheatham | cheathamrb@arlaw.com, vicki.owens@arlaw.com |
| Benjamin W. Kadden | bkadden@lawla.com, mnguyen@lawla.com |
| William Kaufman | whkaufman@ohllc.com, egnormand@ohllc.com |
| Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| Peter James Segrist | segrist@carverdarden.com, clary@carverdarden.com |
| Office of U.S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| David F. Waguespack | waguespack@carverdarden.com; plaisance@carverdarden.com |
| Randall Scott Wells | swells@rushingguice.com |
| Stewart F. Peck | speck@lawla.com |
| Meredith S. Grabill | mgrabill@lawla.com |

SO CERTIFIED, this the 26th day of November, 2018.

/s/ Amanda W. Messa
AMANDA W. MESSA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE – OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| MR. STEVEN, LLC | § § | CASE NO. 18-51277 |
| DEBTOR. | § § § | |

ORDER

IT IS ORDERED that Richard Montague be and hereby is admitted to the bar of this Court pro hac vice on behalf of Space Exploration Technologies Corp. in the above described action.

SO ORDERED on this the ___ day of _____, 2018.

_____
UNITED STATES BANKRUPTCY JUDGE