UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE – OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MR. STEVEN, LLC | § | CASE NO. 18-51277 |
| | § | |
| DEBTOR. | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Space Exploration Technologies Corp ("SpaceX"), hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> Richard Montague (Mississippi Bar #3411)
> PHELPS DUNBAR, LLP
> *Pro hac vice* application pending
> Post Office Box 16114
> Jackson, Mississippi  39236-6114
> Telephone: 601-352-2300
> Facsimile: 601-360-9777
> Email: richard.montague@phelps.com

Please take further notice that this request includes not only the notices and papers to which the Federal Rules of Bankruptcy Procedure refer, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case including SpaceX with respect to: (a) the debtor; (b) property of the estate or proceeds thereof in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession,

custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment or other conduct by SpaceX.

Please take further notice that this notice is not a submission by SpaceX to the jurisdiction of this Court and that neither this notice nor any other appearance, pleading, claim, or suit shall waive (1) SpaceX's rights to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (2) SpaceX's rights to a trial by jury in any proceeding so triable in this case or any case; (3) SpaceX's rights to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which SpaceX is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments SpaceX expressly reserves.

Dated: November 26, 2018

        Respectfully submitted,

        **PHELPS DUNBAR LLP**

    BY:  /s/ Amanda W. Messa_____
        Amanda W. Messa, Bar Roll No. 30108
        Post Office Box 4412
        Baton Rouge, Louisiana 70821-4412
        Telephone: 225-346-0285
        Facsimile: 225-381-9197
        Email: amanda.messa@phelps.com

        Richard Montague (Mississippi Bar #3411)
        Pro hac vice application pending
        Post Office Box 16114
        Jackson, Mississippi 39236-6114
        Telephone: 601-352-2300
        Facsimile: 601-360-9777
        Email: richard.montague@phelps.com

**ATTORNEYS FOR SPACEX**

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 26th day of November, 2018, a copy of the foregoing pleading has been served upon all parties listed below via the Court's CM/ECF electronic filing system.

| | |
|---|---|
| Robin B. Cheatham | cheathamrb@arlaw.com, vicki.owens@arlaw.com |
| Benjamin W. Kadden | bkadden@lawla.com, mnguyen@lawla.com |
| William Kaufman | whkaufman@ohllc.com, egnormand@ohllc.com |
| Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| Peter James Segrist | segrist@carverdarden.com, clary@carverdarden.com |
| Office of U.S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| David F. Waguespack | waguespack@carverdarden.com; plaisance@carverdarden.com |
| Randall Scott Wells | swells@rushingguice.com |
| Stewart F. Peck | speck@lawla.com |
| Meredith S. Grabill | mgrabill@lawla.com |

SO CERTIFIED, this the 26th day of November, 2018.

/s/ Amanda W. Messa
AMANDA W. MESSA