**SO ORDERED.**

**SIGNED November 26, 2018.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE- OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C. | § | CHAPTER 11 |
| | § | |
| | § | JUDGE JOHN W. KOLWE |

_____

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw As Counsel of Record filed by Robin B. Cheatham of the law firm of Adams and Reese, who has previously been sought to be counsel for the Debtor as counsel for Mr. Steven, L.L.C;

**IT IS ORDERED** that the name of Robin B. Cheatham and Adams and Reese LLP be and the same is hereby removed as counsel of record for Mr. Steven, L.L.C., in the above captioned proceeding;

**IT IS FINALLY ORDERED** that Adams and Reese LLP is authorized to transfer the $30,000.00 retainer to Debtor's new counsel upon the entry of the Final Order Approving Employment of New Counsel for the Debtor.

# # # #

Respectfully submitted,

**ADAMS AND REESE LLP**

Robin B. Cheatham, Bar No. 4004
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Phone: (504) 581-3234
Fax:  (504) 566-0210
robin.cheatham@arlaw.com
*Proposed Counsel for the Debtor*