**SO ORDERED.**

**SIGNED November 29, 2018.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, LLC | § | CHAPTER 11 |
| | § | |
| *Debtor* | § | |
| | § | |

### ORDER

Considering the foregoing Motion to Appear Pro Hac Vice;

**IT IS HEREBY ORDERED** that Richard Montague be and hereby is admitted to the bar of this Court pro hac vice on behalf of Space Exploration Technologies Corp. in the above described action.

###

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  /s/ Richard Montague
     Richard Montague (Mississippi Bar #3411)

Pro hac vice applicant
Post Office Box 16114
Jackson, Mississippi 39236-6114
Telephone: (601) 352-2300
Telecopier: (601) 360-9777
Email: richard.montague@phelps.com

AND

**PHELPS DUNBAR LLP**

BY:   /s/ Amanda W. Messa
Amanda W. Messa, Bar Roll No. 30108
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Fascimile: (225) 381-9197
Email: amanda.messa@phelps.com

ATTORNEYS FOR SPACEX