# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−4 | User: lchamp | Date Created: 11/29/2018 |
| Case: 18−51277 | Form ID: pdf8 | Total: 6 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      DIP

                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
aty      Gail Bowen McCulloch      gail.mcculloch@usdoj.gov
aty      Greta M. Brouphy      gbrouphy@hellerdraper.com

                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mr. Steven, L.L.C.      107 Hwy 90 West      New Iberia, LA 70560
             Richard Montague      P. O. Box 16114      Jackson MS 39236−6114

                                                                              TOTAL: 2