**DENIED AS MOOT.**

**SIGNED November 26, 2018.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MR. STEVEN, L.L.C. | § | CASE NO. 18-51277 |
| | § | |
| Debtors | § | CHAPTER 11 |
| | § | |

**INTERIM ORDER APPROVING APPLICATION OF DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ROBIN B. CHEATHAM AND THE LAW FIRM OF ADAMS AND REESE LLP ON AN INTERIM BASIS AND SETTING FINAL HEARING**

*The Court*, having considered the Application of the debtor, Mr. Steven, L.L.C. ("Debtor") for entry of an Order Authorizing the Debtor's Retention and Employment of Robin B. Cheatham and the Law Firm of Adams and Reese LLP ("Adams and Reese"), as Debtor's counsel *nunc pro tunc* as of the Petition Date pursuant to Section 327(a) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 2014(a), and for Entry of an Interim Order granting relief pending the final hearing on this request (the "Application"), and upon finding that interim relief is necessary herein to avoid immediate and irreparable harm, *accordingly*;

**IT IS ORDERED** that the Application be and it is hereby *granted*, on an interim basis pending a final hearing on the Application;

**IT IS FURTHER ORDERED** that the Debtor is authorized to employ and retain Adams and Reese as of the date of the filing of this chapter 11 case;

**IT IS FURTHER ORDERED** that Adams and Reese shall be compensated in accordance with the procedures set forth in Bankruptcy Code §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, and such procedures as may be fixed by order of this Court; and

**IT IS FURTHER ORDERED** that Adams and Reese and is hereby charged with the following special duties and responsibilities which they are hereby ordered to perform:

1. Adams and Reese shall offer advice to the Debtor and the officers, directors, employees, agents and partners thereof, as applicable, regarding the operation of the business of the Debtor and the Debtor's responsibility to comply with the orders of this Court, including the Order to Debtor-in-Possession, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the Guide to Practice, and other applicable law.

2. Adams and Reese shall advise the Debtor of its obligation to file the reports required by the Order to Debtor-in-Possession filed in connection with this case and shall instruct the Debtor in include therein any information material to the continued operation of the Debtor and to the continued operation of this proceeding.

3. Adams and Reese shall instruct the Debtor of its responsibility to take all steps reasonably necessary to prevent any depletion of the assets of the estate during the pendency of this proceeding and its responsibility to notify the court of any actual or threatened depletion of the assets.

4. If, at any time during the pendency of this proceeding, Adams and Reese concludes that the continued operation of the Debtor's business or the continuation of this proceeding is not in the best interest of the creditors and the estate, Adams and Reese shall immediately advise the Debtor of that conclusion and recommend that the Debtor so advise the Court.

5. Adams and Reese shall inform the Debtor that the Debtor may not pay any indebtedness or obligation owed by the Debtor on the date of the filing of the petition initiating this proceeding pending further orders of this Court.

6. Adams and Reese shall promptly advise the Debtor not to make any sales of any assets outside the ordinary course of business except upon appropriate further orders of this Court.

7. Adams and Reese shall advise the Debtor that the Debtor must comply with the requirements of the Internal Revenue Code and, in particular with the depository receipt requirements of the Internal Revenue Code and regulations and that the Debtor must comply with all applicable state tax laws and regulations. Further, Adams and Reese shall report to the Court any continued and intentional failure of the Debtor to follow their advice.

8. Adams and Reese shall advise the Debtor that all financial reports that are required to be filed by the Order to Debtor-in-Possession must be true, correct and accurate and the Debtor must timely file such reports. In the event that the Debtor continually intentionally fail to follow their advice, Adams and Reese shall report same to the Court.

9. Adams and Reese shall advise the Debtor that all debts incurred by the Debtor in the course of the operation of its business as the Debtor are to be paid in the ordinary course of

business and in accordance with the terms of this Court's order authorizing the continued operation of the business; and

**IT IS FINALLY ORDERED** that a final hearing on the Application shall be held on the 7th day of November, 2018 at 10:00 a.m. and the Debtor shall give notice of the final hearing on the Application in accordance with the applicable Federal Rules of Bankruptcy Procedure.

# # #

This order was prepared and being submitted by:
Robin B. Cheatham (#4004)
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans, LA   70139
Telephone:  (504) 581-3234
Facsimile:    (504) 566-0210



MOOT

```
                        United States Bankruptcy Court
                        Western District of Louisiana
In re:                                                      Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                          Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0536-4         User: mcomeaux           Page 1 of 1           Date Rcvd: Nov 27, 2018
                             Form ID: pdf8            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2018.
db          +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
intp        +Guice Offshore, LLC,    R. Scott Wells, Esq.,   Rushing & Guice, P.L.L.C.,   P.O. Box 1925,
              Biloxi, MS 39533-1925
cr          +SBN V FNBC LLC,    c/o David F. Waguespack,    1100 Poydras Street,   Suite 3100,
              New Orleans, LA 70163-1102
intp         SpaceX,   c/o Amanda W. Messa,    Phelps Dunbar LLP,   P.O. Box 4412,
              Baton Rouge, LA  70821-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr            DIP
intp          Seatran Marine, LLC
intp          Steve Miguez
                                                                                        TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
              Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
              Benjamin W. Kadden    on behalf of Interested Party    Seatran Marine, LLC bkadden@lawla.com,
               mnguyen@lawla.com
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
              Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
              Robin B. Cheatham    on behalf of Debtor    Mr. Steven, L.L.C. cheathamrb@arlaw.com,
               vicki.owens@arlaw.com
              Stewart F. Peck    on behalf of Interested Party    Seatran Marine, LLC speck@lawla.com,
               erosenberg@lawla.com;ymaranto@lawla.com
              William  Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
               egnormand@ohllc.com
                                                                                             TOTAL: 11
```