**SO ORDERED.**

**SIGNED November 26, 2018.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE- OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C. | § | CHAPTER 11 |
| | § | |
| | § | JUDGE JOHN W. KOLWE |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw As Counsel of Record filed by Robin B. Cheatham of the law firm of Adams and Reese, who has previously been sought to be counsel for the Debtor as counsel for Mr. Steven, L.L.C;

**IT IS ORDERED** that the name of Robin B. Cheatham and Adams and Reese LLP be and the same is hereby removed as counsel of record for Mr. Steven, L.L.C., in the above captioned proceeding;

**IT IS FINALLY ORDERED** that Adams and Reese LLP is authorized to transfer the $30,000.00 retainer to Debtor's new counsel upon the entry of the Final Order Approving Employment of New Counsel for the Debtor.

# # # #

Respectfully submitted,

**ADAMS AND REESE LLP**

Robin B. Cheatham, Bar No. 4004
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Phone: (504) 581-3234
Fax: (504) 566-0210
robin.cheatham@arlaw.com
*Proposed Counsel for the Debtor*

```
                          United States Bankruptcy Court
                           Western District of Louisiana
In re:                                                          Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                              Chapter 11
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0536-4      User: mcomeaux              Page 1 of 1       Date Rcvd: Nov 27, 2018
                          Form ID: pdf8               Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2018.
db          +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
intp        +Guice Offshore, LLC,    R. Scott Wells, Esq.,   Rushing & Guice, P.L.L.C.,   P.O. Box 1925,
              Biloxi, MS 39533-1925
cr          +SBN V FNBC LLC,   c/o David F. Waguespack,    1100 Poydras Street,   Suite 3100,
              New Orleans, LA 70163-1102
intp         SpaceX,   c/o Amanda W. Messa,    Phelps Dunbar LLP,   P.O. Box 4412,
              Baton Rouge, LA  70821-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr           DIP
intp         Seatran Marine, LLC
intp         Steve Miguez
                                                                                 TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
            Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
            Benjamin W. Kadden    on behalf of Interested Party    Seatran Marine, LLC bkadden@lawla.com,
             mnguyen@lawla.com
            David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
             plaisance@carverdarden.com
            Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
            Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
            Office of  U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
            Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
             clary@carverdarden.com
            Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
            Robin B. Cheatham    on behalf of Debtor    Mr. Steven, L.L.C. cheathamrb@arlaw.com,
             vicki.owens@arlaw.com
            Stewart F. Peck    on behalf of Interested Party    Seatran Marine, LLC speck@lawla.com,
             erosenberg@lawla.com;ymaranto@lawla.com
            William Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
             egnormand@ohllc.com
                                                                                             TOTAL: 11