**DENIED AS MOOT.**

**SIGNED November 30, 2018.**




**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| Debtor | * | |

### ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF THE MOTION TO CONTINUE SBN V FNBC LLC'S MOTION FOR RULE 2004 EXAMINATION OF DEBTOR AND RELATED PARTIES

Considering the *Motion for Expedited Consideration of the Motion to Continue SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* ("Motion") **[Dkt. # 59]** ("Motion")**,** and it appearing good cause exists to grant same; it is



{00365592-1}

18-51277 - #75  File 11/30/18  Enter 11/30/18 09:07:28  Main Document  Pg 1 of 2

**ORDERED** that the Motion, be and hereby is **GRANTED;** it is further

**ORDERED** that a hearing on *SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* requested in the Motion be held before Chief Judge John W. Kolwe, in the United States Bankruptcy Court, 1st Floor, 214 Jefferson Street, Lafayette, Louisiana on _____, 2018 at 10:00 a.m.

###

This Order was prepared and submitted by:

*/s/ Greta M. Brouphy*
Douglas S. Draper (La. Bar No. 5073)
Greta M. Brouphy (La. Bar No. 26216)
William H. Patrick, III (La. Bar No. 10359)
**Heller, Draper, Patrick, Horn
 & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
Proposed Debtor Counsel



{00365592-1}