UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 18-51277 |
| | : | |
| MR. STEVEN, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Case No. 18-51488 |
| | : | |
| LADY EVE, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Case No. 18-51517 |
| | : | |
| LADY BRANDI L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Case No. 18-51518 |
| | : | |
| LADY GLENDA LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Case No. 18-51519 |
| | : | |
| MR. BLAKE LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Case No. 18-51521 |
| | : | |
| MR. MASON LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ------------------------------------------------------------x | | |

{00365631-3}

In re: : Case No. 18-511522
:
MR. RIDGE LLC : Chapter 11
:
Debtor :
------------------------------------------------------------x

In re: : Case No. 18-51523
:
MR. ROW LLC : Chapter 11
:
Debtor :
------------------------------------------------------------x

**MOTION FOR ORDER UNDER FED. R. BANKR. P. 1015(b) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Now into Court, through undersigned counsel, comes Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (referred to herein as "Debtor" or collectively, the "Debtors") who respectfully move this Court for entry of an order under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure granting joint administration of their respective chapter 11 cases (the "Motion") and, in support thereof, respectfully represent:

**Jurisdiction**

1. This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157. This venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The authority for the relief requested herein is Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and section 105(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code").

## Background

3. Each of the Debtors filed a voluntary petition for relief under Chapter 11 the Bankruptcy Code commencing the above-captioned cases (the "Chapter 11 Cases") as follows:

   a. On October 3, 2018, Mr. Steven, L.L.C. filed a voluntary petition in the United States Bankruptcy Court for the Western District of Louisiana;

   b. On November 16, 2018, Lady Eve, L.L.C. filed a voluntary petition in the United States Bankruptcy Court for the Western District of Louisiana; and

   c. On November 21, 2018, Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC each filed a voluntary petition in the United States Bankruptcy Court for the Western District of Louisiana.

4. The Debtors remain in possession of their properties and are managing their businesses as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

5. No trustee has been appointed and no official committee has been established in these Chapter 11 Cases.

**A. The Debtors' History and Operations**

6. Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC are Louisiana entities that own boats used in the oilfield service business. The boats are chartered to Iberia Marine Service, L.L.C. who in turn charters the vessels to SeaTran Marine, LLC.

## B. The Debtors' Corporate Structure

7. Debtors are each a Louisiana corporation with its principal place of business in New Iberia, Louisiana. Each of the Debtors are owned by Iberia Crewboat & Marine Services, L.L.C. Because of the common ownership of all of the Debtors, each of the Debtors are affiliates of each other and, therefore, eligible for Joint Administration. See *In Re H & S Trans. Co*., 55 B.R. 786 (Bankr. M.D. Tenn. 1982) and *In re Petroleum Tank Crews Inc.,* 10 B.R. 286 (Bankr. W.D. NY 1981).

## The Debtors' Capital Structure

8. The Debtors executed a promissory noted in favor of First NBC Bank ("Bank") dated September 28, 2015. In addition, Bank asserts a security interest in the boats owned by each of the Debtors. The Bank, in underwriting the loan, looked at the "global cash flow" for all of the entities to determine if the Bank debt could be serviced.

9. The Debtors are affiliates of each other.

10. When the loan was made by Bank, the Bank was aware of the relationship between the parties and the need to have the assets of each of the Debtors available as a source of payment for the loan made by Bank to the Debtors. The Bank did not make a loan to each Debtor individually but made a single loan to all Debtors.

## The Debtors' Decision to Seek Bankruptcy Protection

11. The Debtors are seeking relief pursuant to Chapter 11 due to the downturn in work and rates available in their industry.

## Relief Requested

12. By this Motion, the Debtors seek orders directing the joint administration of their Chapter 11 Cases for administrative and procedural purposes only.

## Basis for Relief

13. Rule 1015(b) of the Federal Rules of Bankruptcy Procedure provides, in relevant part, that: "[i]f . . . two or more petitions are pending in the same court by or against (1) . . . . (4) a debtor and an affiliate, the court may order a joint administration of the estates". Fed. Rules Bankr. Pro. 1015(b).

14. It is also customary in this district and required by the local rules in other districts that if the Court authorizes joint administration, the number of the lowest numbered bankruptcy case is to be captioned first and the caption of the lowest numbered case is to serve as the identifying caption. In order to optimally and economically administer these pending chapter 11 cases, these chapter 11 cases should be jointly administered, for procedural purposes only, under the case number assigned to Mr. Steven, L.L.C. See *In re Fundamental Provisions, LLC*, 09-11897 (order entered December 8, 2009, Bankr. M.D.La); *In re Louisiana Riverboat Gaming Partnership*, 08-10824 (order entered March 12, 2008, Bankr. W.D.La.); *In re: Communications Corporation of America*, 06-50410 (order entered June 7, 2006, Bankr. W.D.La.).

15. The Debtors submit that joint administration of their cases will obviate the need for duplicative notices, motions, applications and orders, and thereby save considerable time and expense for the Debtors and their estates.

16. The rights of the respective creditors of the Debtors will not be adversely affected by joint administration of these cases because this Motion requests only administrative consolidation of the estates and the Debtors are not by this Motion seeking substantive consolidation. Notwithstanding the entry of an order granting the relief requested by this Motion, each creditor shall file a proof of claim against a particular Debtor's estate. Thus, the rights of all creditors will be enhanced by the reduced costs resulting from joint administration.

This Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files. Finally, supervision of the administrative aspects of these Chapter 11 Cases by the Office of the United States Trustee will be simplified.

17. By reason of the foregoing, the interests of the Debtors, their creditors, equity security holders, and all parties in interest would be best served by joint administration of the above-captioned cases. Accordingly, the Debtors request that the caption of their cases be modified to reflect the joint administration of the Chapter 11 Cases, as follows:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 18-51277 |
| | : | |
| MR. STEVEN, L.L.C. [1] | : | Chapter 11 |
| | : | |
| Debtors | : | Jointly Administered |

------------------------------------------------------------------------x

**WHEREFORE**, Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC respectfully request that the Court enter an Order: (a) authorizing the joint administration of Mr. Steven, L.L.C.'s chapter 11 case with the chapter 11 cases of Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC under the case number assigned to Mr. Steven, L.L.C.; and (b) granting such other relief as the Court deems just and proper.

1 Lady Eve, L.L.C. (18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

November 30, 2018

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

***Proposed Counsel for the Debtors***

***NOTICE ANNEX 1***

Pursuant to 11 U.S.C. § 342, the following sets forth the name, addresses and last four digits of the tax identification number for each of the referenced Debtors:

| DEBTORS AND ADDRESSES | CASE NO. | TAX I.D. NO. |
|---|---|---|
| Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560 | 18-51277 | XX-XXX8339 |
| Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560 | 18-51488 | XX-XXX7059 |
| Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560 | 18-51517 | XX-XXX0182 |
| Lady Glenda LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560 | 18-51518 | XX-XXX9995 |
| Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560 | 18-51519 | XX-XXX9431 |
| Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560 | 18-51521 | XX-XXX0044 |
| Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560 | 18-51522 | XX-XXX9771 |
| Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560 | 18-51523 | XX-XXX8510 |