UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.  18-51277 |
| | : | |
| MR. STEVEN, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ---------------------------------------------------------------x | | |
| In re: | : | Case No.  18-51488 |
| | : | |
| LADY EVE, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ---------------------------------------------------------------x | | |
| In re: | : | Case No.  18-51517 |
| | : | |
| LADY BRANDI L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ---------------------------------------------------------------x | | |
| In re: | : | Case No.  18-51518 |
| | : | |
| LADY GLENDA LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ---------------------------------------------------------------x | | |
| In re: | : | Case No.  18-51519 |
| | : | |
| MR. BLAKE LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ---------------------------------------------------------------x | | |
| In re: | : | Case No.  18-51521 |
| | : | |
| MR. MASON LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ---------------------------------------------------------------x | | |

{00365708-3}

| In re: | : | Case No.  18-511522 |
| | : | |
| MR. RIDGE LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Case No.  18-51523 |
| | : | |
| MR. ROW LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ------------------------------------------------------------x | | |

## MOTION FOR EXPEDITED CONSIDERATION OF THE
## MOTION FOR ORDER UNDER FED. R. BANKR. P. 1015(b) DIRECTING
## JOINT ADMINISTRATION OF CHAPTER 11 CASES

**NOW INTO COURT**, through proposed undersigned counsel, come Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (collectively, the "Debtors"), who request that this Court set an expedited hearing on the *Motion for Order Under Fed. R. Bankr. P. 1015(b) Directing Joint Administration of Chapter 11 Cases* ("Motion") [P-76].  In support of the Motion the Debtors aver as follows:

1.     Each of the following entities has filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Louisiana (the "Chapter 11 Cases"):

| Debtor | Case Number | Petition Date |
|--------|-------------|---------------|
| Mr. Steven, LLC | 18-51277 | October 3, 2018 |
| Lady Eve, L.L.C. | 18-51488 | November 16, 2018 |
| Lady Brandi L.L.C. | 18-51517 | November 21, 2018 |
| Lady Glenda LLC | 18-51518 | November 21, 2018 |
| Mr. Blake LLC | 18-51519 | November 21, 2018 |
| Mr. Mason LLC | 18-51521 | November 21, 2018 |
| Mr. Ridge LLC | 18-51522 | November 21, 2018 |
| Mr. Row LLC | 18-51523 | November 21, 2018 |

2.      Since the petition dates, the Debtors have been addressing immediate issues regarding the seizure of a vessel, addressing a 2004 examination request and attending a 341 hearing for the Mr. Steven, as well as obtaining documents for the pending joint initial debtor interview scheduled for December 4, 2018 for all Debtors.

3.      The Debtors are seeking consideration on an expedited basis to be heard on this Court's next scheduled chapter 11 hearing day in Lafayette which is December 11, 2018. Debtors assert that an expedited hearing is necessary to save considerable time and expenses for the Debtors and their estates by expeditiously obtaining approval of the motion seeking an order providing for joint administration.

4.      The Debtors assert that no party will be prejudiced by expedited consideration, as the Debtors are not aware of any legal basis to oppose the relief requested, and that such relief will benefit the estates by reducing administration expenses.

**WHEREFORE**, the Debtors respectfully pray that this Court grant to them an expedited hearing on the *Motion for Order Under Fed. R. Bankr. P. 1015(b) Directing Joint Administration of Chapter 11 Cases* and for all other relief as is just and equitable.

November 30, 2018

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

***Proposed Counsel for the Debtors***

{00365708-3}

3