UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| Debtor | * | |

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, proposed counsel for Debtor, hereby certify that I caused the *Motion for Order Under Fed. R. Bankr. P. 1015(b) Directing Joint Administration of Chapter 11 Cases* [Dkt. 76], *Motion for Expedited Consideration of the Motion for Order Under Fed. R. Bankr. P. 1015(b) Directing Joint Administration of Chapter 11 Cases* [Dkt. 77] and *Application for Order Authorizing Employment of Heller, Draper, Patrick, Horn & Manthey, L.L.C. as Counsel for Debtors Nunc Pro Tunc to the Petition Date* [Dkt. 78] to be served on November 30, 2018, via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

I also caused same to be served on November 30, 2018, via First Class U.S. Mail, postage pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

{00365731-1}

**New Orleans, Louisiana**, this 30th day of November, 2018.

/s/ Douglas S. Draper
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN
 & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Proposed Counsel for the Debtors*

```
Label Matrix for local noticing          Amanda W. Messa                          Benjamin W Kadden
0536-4                                   Phelps Dunbar LLP                        601 Poydras Street, Suite 2775
Case 18-51277                            P.O. Box 4412                            New Orleans, LA 70130-6041
Western District of Louisiana            Baton Rouge, LA 70821-4412
Lafayette
Fri Nov 30 17:20:14 CST 2018

Greta M. Brouphy                         Douglas S. Draper                        Guice Offshore, LLC
Heller,Draper,Patrick,Horn & Manthey LLC Heller,Draper,Patrick,Horn & Manthey LLC R. Scott Wells, Esq.
650 Poydras St., Suite 2500              650 Poydras St #2500                     Rushing & Guice, P.L.L.C.
New Orleans, LA 70130-6175               New Orleans, LA 70130-6175               P.O. Box 1925
                                                                                  Biloxi, MS 39533-1925

Guice Offshore, LLC                      Iberia Crewboat & Marine                 Iberia Marine Service, LLC
William Kaufman                          Services, L.L.C.                         107 Hwy 90 West
PO Drawer 52606                          C/o Mr. Steve Miguez                     New Iberia, LA 70560-9485
Lafayette LA  70505-2606                 107 Hwy 90 West
                                         New Iberia, LA 70560-9485

Benjamin W. Kadden                       William Kaufman                          Louisiana Department of Revenue and Taxation
Lugenbuhl et al                          Ottinger Hebert, LLC                     Attn:  Bankruptcy Division
601 Poydras Street                       1313 West Pinhook Road                   P.O. Box 66658
Suite 2775                               POD 52606                                Baton Rouge, LA 70896-6658
New Orleans, LA 70130-6041               Lafayette, LA 70503-2905

Gail Bowen McCulloch                     Meredith S. Grabill                      Amanda W. Messa
300 Fannin, Suite 3196                   Lugenbuhl Wheaton Peck Rankin & Hubbard  Phelps Dunbar LLP
Shreveport, LA 71101-3122                601 Poydras Street, Suite 2775           400 Convention Street, Suite 1100
                                         New Orleans, LA 70130-6041               Baton Rouge, LA 70802-5615

Richard Montague                         Mr. Steven, L.L.C.                       Stewart F. Peck
Phelps Dunbar, LLP                       107 Hwy 90 West                          Lugenbuhl, Wheaton, Peck et al
P. O. Box 16114                          New Iberia, LA 70560-9485                601 Poydras, #2775
Jackson, MS 39236-6114                                                            New Orleans, LA 70130-6041

SBN V FNBC LLC                           SBN V FNBC LLC                           SBN V FNBC LLC
c/o David F. Waguespack                  c/o Peter J. Segrist                     c/o The Corporation Trust Co.
1100 Poydras Street                      1100 Poydras Street                      Corporation Trust Center
Suite 3100                               Suite 3100                               1209 Organge St.
New Orleans, LA 70163-1102               New Orleans, LA 70163-1102               Wilmington, DE 19801-1196

SBN V FNBC, LLC                          Peter James Segrist                      Sheriff, Iberia Parish
1700 Lincoln Street, Suite 2150          Carver Darden et al                      300 Iberia St.
Denver, CO 80203-4500                    1100 Poydras Street, Suite 3100          Suite 120
                                         New Orleans, LA 70163-1102               New Iberia LA 70560-4543

SpaceX                                   State of Louisiana, Department of Labor  Stewart F. Peck
c/o Amanda W. Messa                      Delinquent Accounts Unit,UI Tech Support Lugenbuhl Wheaton Peck Rankin & Hubbard
Phelps Dunbar LLP                        1001 North 23rd Street, Room 322         601 Poydras Street, Suite 2775
P.O. Box 4412                            Baton Rouge, LA 70802-3338               New Orleans, LA 70130-6041
Baton Rouge, LA 70821-4412

Thomas E. Shuck                          Office of U. S. Trustee                  David F. Waguespack
Parker, Milliken, Clark, O'Hara          300 Fannin St., Suite 3196               1100 Poydras Street - Energy Centre
& Samuelian                              Shreveport, LA 71101-3122                Suite 3100
555 S. Flower St., 30th Floor                                                     New Orleans, LA 70163-1102
Los Angeles, CA 90071-2440
```

Randall Scott Wells
P.O. Box 1925
Biloxi, MS 39533-1925


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)DIP                              (u)Steve Miguez                     (d)Richard Montague
                                                                        Phelps Dunbar LLP
                                                                        P.O. Box 16114
                                                                        Jackson, MS 39236-6114


(d)SBN V FNBC LLC                   (u)Seatran Marine, LLC              End of Label Matrix
c/o David F. Waguespack                                                 Mailable recipients   30
1100 Poydras Street                                                     Bypassed recipients    5
Suite 3100                                                              Total                 35
New Orleans, LA 70163-1102