**SO ORDERED.**

**SIGNED November 29, 2018.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, LLC | § | CHAPTER 11 |
| | § | |
| *Debtor* | § | |
| | § | |
| | § | |

### ORDER

Considering the foregoing Motion to Appear Pro Hac Vice;

**IT IS HEREBY ORDERED** that Richard Montague be and hereby is admitted to the bar of this Court pro hac vice on behalf of Space Exploration Technologies Corp. in the above described action.

###

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Richard Montague
         Richard Montague (Mississippi Bar #3411)

Pro hac vice applicant
Post Office Box 16114
Jackson, Mississippi 39236-6114
Telephone: (601) 352-2300
Telecopier: (601) 360-9777
Email: richard.montague@phelps.com

AND

**PHELPS DUNBAR LLP**

BY: /s/ Amanda W. Messa
Amanda W. Messa, Bar Roll No. 30108
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Fascimile: (225) 381-9197
Email: amanda.messa@phelps.com

ATTORNEYS FOR SPACEX

```
                           United States Bankruptcy Court
                            Western District of Louisiana
In re:                                                       Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                           Chapter 11
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0536-4         User: lchamp            Page 1 of 1           Date Rcvd: Nov 29, 2018
                             Form ID: pdf8           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2018.
db         +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
            Richard Montague,   P. O. Box 16114,   Jackson MS  39236-6114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             DIP
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2018 at the address(es) listed below:
              Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
              Benjamin W. Kadden    on behalf of Interested Party    Seatran Marine, LLC bkadden@lawla.com,
               mnguyen@lawla.com
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Douglas S. Draper    on behalf of Plaintiff    Lady Brandi L.L.C. ddraper@hellerdraper.com,
               kfritscher@hellerdraper.com;lcollins@hellerdraper.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
              Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
              Stewart F. Peck    on behalf of Interested Party    Seatran Marine, LLC speck@lawla.com,
               erosenberg@lawla.com;ymaranto@lawla.com
              William  Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
               egnormand@ohllc.com
                                                                                             TOTAL: 11