**DENIED AS MOOT.**

**SIGNED November 30, 2018.**




**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| Debtor | * | |

### ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF THE MOTION TO CONTINUE SBN V FNBC LLC'S MOTION FOR RULE 2004 EXAMINATION OF DEBTOR AND RELATED PARTIES

Considering the *Motion for Expedited Consideration of the Motion to Continue SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* ("Motion") **[Dkt. # 59]** ("Motion")**,** and it appearing good cause exists to grant same; it is

{00365592-1}

**ORDERED** that the Motion, be and hereby is **GRANTED;** it is further

**ORDERED** that a hearing on *SBN V FNBC LLC's Motion for Rule 2004 Examination of Debtor and Related Parties* requested in the Motion be held before Chief Judge John W. Kolwe, in the United States Bankruptcy Court, 1st Floor, 214 Jefferson Street, Lafayette, Louisiana on _____, 2018 at 10:00 a.m.

###

This Order was prepared and submitted by:

*/s/ Greta M. Brouphy*
Douglas S. Draper (La. Bar No. 5073)
Greta M. Brouphy (La. Bar No. 26216)
William H. Patrick, III (La. Bar No. 10359)
**Heller, Draper, Patrick, Horn
 & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
Proposed Debtor Counsel



{00365592-1}

```
                          United States Bankruptcy Court
                           Western District of Louisiana
In re:                                                      Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                          Chapter 11
      Debtor                  CERTIFICATE OF NOTICE
District/off: 0536-4          User: lchamp              Page 1 of 1          Date Rcvd: Nov 30, 2018
                              Form ID: pdf8             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2018.
db             +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              DIP
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2018 at the address(es) listed below:
              Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
              Benjamin W. Kadden    on behalf of Interested Party    Seatran Marine, LLC bkadden@lawla.com,
               mnguyen@lawla.com
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Douglas S. Draper    on behalf of Plaintiff    Lady Brandi L.L.C. ddraper@hellerdraper.com,
               kfritscher@hellerdraper.com;lcollins@hellerdraper.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
              Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
              Stewart F. Peck    on behalf of Interested Party    Seatran Marine, LLC speck@lawla.com,
               erosenberg@lawla.com;ymaranto@lawla.com
              William  Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
               egnormand@ohllc.com
                                                                                             TOTAL: 11