UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |

* * * * * * * *

## NOTICE OF RULE 30(B)(6) DEPOSITION OF MR. STEVEN, L.L.C.

TO: Mr. Steven, L.L.C.
Through its attorneys of record,
Heller, Draper, Patrick, Horn & Manthey LLC
Attn: Douglas S. Draper
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175

PLEASE TAKE NOTICE that creditor, SBN V FNBC LLC ("SBN") through undersigned counsel, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as made applicable herein pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, will take the deposition of Mr. Steven, L.L.C. ("Debtor") upon oral examination and under oath, **at 9:00 a.m. on Tuesday, December 11, 2018 at the office of Douglas S. Draper, Esq., Heller, Draper, Patrick, Horn & Manthey LLC, at 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130-6175**, before a qualified notary public or other officer authorized by law to administer oaths. The deposition may be scheduled on such other reasonable date as the parties may agree prior to the final hearing on the *Motion to Determine Property of the Estate* and *Motion for Turnover of Property* filed by Debtor and *Motion for Relief from Automatic Stay Pursuant to 11 U.S.C.§ 362(d)* filed by SBN, and will continue from day to day until completed.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as made applicable herein pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, Debtor is requested to designate one or more officers, directors, managers, employees, agents, or other persons who will testify on its behalf on the matters listed in *Exhibit "A"* attached hereto.

You are invited to attend and participate as you deem appropriate. A transcript of the deposition will be taken by stenographic means.

    Respectfully submitted,

    CARVER, DARDEN, KORETZKY, TESSIER
    FINN, BLOSSMAN & AREAUX, L.L.C.

    /s/ David F. Waguespack
    DAVID F. WAGUESPACK (#21121)
    PETER J. SEGRIST (#35314)
    1100 Poydras Street, Suite 3100
    New Orleans, Louisiana 70163
    Telephone: (504) 585-3882
    Fax: (504) 585-3801

    Counsel for SBN V FNBC LLC

# CERTIFICATE OF SERVICE

I, David F. Waguespack, do hereby certify that a true and correct copy of SBN V FNBC LLC's *Notice of Rule 30(B)(6) Deposition of Mr. Steven, L.L.C.* was duly served upon Douglas S. Draper, Esq., Heller, Draper, Patrick, Horn & Manthey LLC, at 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130-6175, via e-mail: ddraper@hellerdraper.com and those parties listed below receiving electronic notification via the Court's CM/ECF System, on the 3rd day of December, 2018.

Greta M. Brouphy on behalf of Debtor Mr. Steven, L.L.C.
gbrouphy@hellerdraper.com
Douglas S. Draper on behalf of Debtor Mr. Steven, L.L.C.
ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
Benjamin W. Kadden on behalf of Interested Party Seatran Marine, LLC
bkadden@lawla.com, mnguyen@lawla.com
William Kaufman on behalf of Interested Party Guice Offshore, LLC
whkaufman@ohllc.com, egnormand@ohllc.com
Gail Bowen McCulloch on behalf of U.S. Trustee Office of U. S. Trustee
gail.mcculloch@usdoj.gov
Amanda W. Messa on behalf of Interested Party SpaceX
amanda.messa@phelps.com
Stewart F. Peck on behalf of Interested Party Seatran Marine, LLC
speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
Peter James Segrist on behalf of Creditor SBN V FNBC LLC
segrist@carverdarden.com, clary@carverdarden.com
Office of U. S. Trustee
USTPRegion05.SH.ECF@usdoj.gov
David F. Waguespack on behalf of Creditor SBN V FNBC LLC
waguespack@carverdarden.com, plaisance@carverdarden.com
Randall Scott Wells on behalf of Interested Party Guice Offshore, LLC
swells@rushing-guice.com

                                                /s/ David F. Waguespack
                                                DAVID F. WAGUESPACK

# EXHIBIT "A"

Please designate one or more representatives who can testify to the matters listed below.

1. The allegations by the Debtor in the *Motion to Determine Property of the Estate* and *Motion for Turnover of Property;*

2. All charter agreements, broker agreements, servicing agreements, and management agreements relating in any way to the vessel known as the Mr. Steven;

3. Any and all appraisals, inspections, surveys, and/or other reports relating to the vessel known as the Mr. Steven;

4. The creditors of the Debtor and claims against the Debtor;

5. The value of the vessel known as the Mr. Steven;

6. The allegations by SBN in the *Motion for Relief from Automatic Stay Pursuant to 11 U.S.C.§ 362(d);*

7. The schedules and statement of financial affairs filed by Debtor;

8. The transfer of approximately $2,700,000 (or $2,747,100.54) within 90 days of Debtor's bankruptcy filing referenced in Debtor's schedules; and

9. Adequate protection of SBN's interest in the vessel known as the Mr. Steven.

4832-8938-2785, v. 1