# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: <u>MR. STEVEN, L.L.C.</u> _ _ _ _ _ _ _ _ _ _

CASE NUMBER: <u>18-51277</u> _ _ _ _ _ .    For Period <u>10/4</u> _ _ _ _ _ to <u>10/31</u> _ _ _ _ _ , 20<u>18</u> _ _

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (X) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | ( ) | Supporting Schedules (FORM 2-E) |
| (X) | ( ) | Narrative (FORM 2-F) |
| (X) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: <u>11/20/2018</u> _ _ _ _ _          Debtor(s)*:
　　　　　　　　(date)

By:** STEVEN J. MIGUEZ _ _ _ _ _ _ _ _ _ _ _ _

Position: MANAGER _ _ _ _ _ _ _ _ _ _ _ _ _ _

Name of preparer: RYAN LANDRY _ _ _ _ _ _ _ _ _ _ _

Telephone No. of Preparer (985) 631-9004 _ _ _ _ _ _

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
3/11

364001-1}

MR. STEVEN, LLC
18-51277
Comparative Balance Sheet

| | 10/3/2018 | 10/31/2018 | Month |
|---|---|---|---|
| **ASSETS** | | | |
| CURRENT ASSETS | | | |
| Cash | $54.13 | $12.71 | |
| Accounts Receivable, Net | $102,300.00 | $303,600.00 | |
| Inventory, at lower of cost or market | | | |
| Prepaid expenses & deposits | | | |
| Other: | | | |
| Other: | | | |
| Other: | | | |
| | | | |
| TOTAL CURRENT ASSETS | $102,354.13 | $303,612.71 | |
| | | | |
| PROPERTY, PLANT & EQUIPMENT | $16,305,549.93 | $16,305,549.93 | |
| Less acumulated depreciation | $3,691,090.32 | $3,781,946.32 | |
| NET PROPERTY, PLANT & EQUIPMENT | $12,614,459.61 | $12,523,603.61 | |
| | | | |
| OTHER ASSETS: | | | |
| OPERATING DEPOSIT - SEATRAN | $75,000.00 | $75,000.00 | |
| LOAN COSTS (NET) | $42,199.12 | $42,199.12 | |
| TAX REFUND DUE - LA STATE | $75,510.55 | $75,510.55 | |
| TOTAL OTHER ASSETS | $192,709.67 | $192,709.67 | |
| | | | |
| **TOTAL ASSETS** | **$12,909,523.41** | **$13,019,925.99** | |
| | | | |
| **LIABILITIES** | | | |
| POST-PETITION LIABILITIES | | | |
| Taxes payable (Form 2-E, pg. 1 of 3) | | | |
| Accounts Payable (Form 2-E, pg. 1 of 3 | | $3,800.00 | |
| Other: | | | |
| TOTAL POST-PETITION LIABILITES | $0.00 | $3,800.00 | |
| | | | |
| PRE-PETITION LIABILITIES | | | |
| Notes payable - secured | $16,084,765.65 | $16,084,765.65 | |
| Priority debt | | | |
| Unsecured Debt | $223,187.32 | $223,187.32 | |
| Other | | | |
| | | | |
| TOTAL LIABILITIES | $16,307,952.97 | $16,311,752.97 | |
| | | | |
| **EQUITY (DEFICIT)** | | | |
| PREFERRED STOCK | | | |
| COMMON STOCK | | | |
| RETAINED EARNINGS: | | | |
| Pre-Petition Retained Earnings | -$3,398,429.56 | -$3,398,429.56 | |
| Adjustments | | | |
| Post-Petition Retained Earnings | | $106,602.58 | |
| TOTAL EQUITY | -$3,398,429.56 | -$3,291,826.98 | |
| | | | |
| **TOTAL LIABILITIES & EQUITY** | **$12,909,523.41** | **$13,019,925.99** | |

* Note: Notes Payable - Secured represents loan debt to SBN.
Mr. Steven, LLC is a comaker of the loan along with 7 other entities.  Financial statements
reflect a pro-rata portion of the loan debt allocated to the Mr. Steven, LLC.

MR. STEVEN, LLC
18-51277
Profit and Loss Statement

| | Oct-18 | Month | Month |
|---|---|---|---|
| **NET REVENUE** | $201,300.00 | | |
| COST OF GOODS SOLD: | | | |
| Material | | | |
| Labor - Direct | | | |
| Manufacturing Overhead | | | |
| TOTAL COST OF GOODS SOLD | $0.00 | | |
| **GROSS PROFIT:** | 0 | | |
| OPERATING EXPENSES | | | |
| Selling and Marketing | | | |
| General Administrative (rents, utilities, salaries, etc.) | $3,841.42 | | |
| Other: | | | |
| TOTAL OPERATING EXPENSES | $3,841.42 | | |
| INTEREST EXPENSE | | | |
| **INCOME BEFORE DEPRECIATION OR TAXES** | $197,458.58 | | |
| | | | |
| DEPRECIATION OR AMORTIZATION | $90,856.00 | | |
| EXTRAORDINARY EXPENSES | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | |
| | | | |
| **NET INCOME (LOSS)** | $106,602.58 | $0.00 | $0.00 |

MR. STEVEN, LLC
18-51277
Cash Receipts and Disbursements Statement
For Period 10/4_to 10/31, 2018

CASH RECONCILIATION

| | | |
|---|---|---|
| 1 Beginning Cash Balance (Ending Cash Balance from last month's report) | $54.13 | |
| 2 Cash Receipts (total Cash Receipts from page 2 of all Form 2-D's) | $0.00 | |
| 3 Cash Disbursements (total Cash Disbursements from page 3 of all Form 2-D's) | $41.42 | |
| 4 Net Cash Flow | ($41.42) | |
| 5 Ending Cash Balance | $12.71 | |

CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---|---|
| 1 Real Estate Account | | |
| 2 Trust Account | | |
| 3 Operating and/or Personal Account | $12.71 | Community First Bank |
| 4 Payroll Account | | |
| 5 Tax Account | | |
| 6 Other Accounts (Specify checking or savings) | | |
| 7 Cash Collateral Account | | |
| 8 Petty Cash | | |
| TOTAL (must agree with line 5 above) | $12.71 | |

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less inter-account transfers & UST fees paid          $0.00

CASE NAME
CASE NUMBER
Quarterly Fee Summary
For Period 11/1 to 11/30, 2008

| Payment | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | | | | |
| February | | | | |
| March | | | | |
| | | | | |
| Total | | | | |
| 1st Quarter | $0.00 | | | |
| | | | | |
| April | | | | |
| May | | | | |
| June | | | | |
| | | | | |
| Total | | | | |
| 2nd Quarter | $0.00 | | | |
| | | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| | | | | |
| Total | | | | |
| 3rd Quarter | $0.00 | | | |
| | | | | |
| October | $41.42 | | | |
| November | | | | |
| December | | | | |
| | | | | |
| Total | | | | |
| 4th Quarter | $41.42 | | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | |
| | 1% of quarterly disbursements or $250,000 whichever is less |

MR. STEVEN, LLC
18-51277
Cash Receipts and Disbursements Statement
For Period 10/4 to 10/31, 2018
Account Name: N/A    Account Number: N/A
Form 2-D, Page 4 of 4

CASH DISBURSEMENTS JOURNAL

| Date | Check No. | Payee | Description (Source) | Amount |
|------|-----------|-------|----------------------|--------|
| 10/3/2018 | | | BANK FEE | $15.00 |
| 10/24/2018 | | HARLAND CLARKE | CHECKS ON DIP ACCOUNT | $26.42 |

Total Cash Disbursements $41.42

Note: Statements were filed prior to receipt of final bank statement on bank account closed after petition filing.
Bank fee of $15.00 was not included on original Statements and Schedules but is reflected above.

MR. STEVEN, LLC
18-51277
Cash Receipts and Disbursements Statement
For Period 10/4 to 10/31, 2018
Account Name: N/A    Account Number: N/A
Form 2-D, Page 3 of 4

CASH RECEIPTS JOURNAL

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| | N/A | |

| | Total Cash Receipts | $0.00 |
|---|---|---|

MR. STEVEN, LLC
18-51277
Supporting Schedules
For Period 10/4 to 10/31, 2018

POST-PETITION ACCOUNTS PAYABLE REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| FICA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| FUTA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| SITW | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| SUTA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER TAX | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| TRADE PAYABLES | N/A | N/A | $3,800.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $3,800.00 | $0.00 | $0.00 | $0.00 |

MR. STEVEN, LLC
18-51277
Supporting Schedules
For Period 10/4 to 10/31, 2018

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| IBERIA MARINE SVC | 10/3/2018 | 10/31/2018 | $99,000.00 | $0.00 | $0.00 | $0.00 |
| IBERIA MARINE SVC | 10/31/2018 | 11/30/2018 | $102,300.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $201,300.00 | $0.00 | $0.00 | $0.00 |

MR. STEVEN, LLC
18-51277
SUPPORTING SCHEDULES
For Period 10/4 to 10/31, 2018

INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Comp | Arthur J. Gallagher RMS, Inc. | $ 1,000,000.00 | 2/28/2019 | Yes |
| General Liability | Arthur J. Gallagher RMS, Inc. | $ 1,000,000.00 | 11/1/2019 | Yes |
| Proeprty (Fire, Theft) | Arthur J. Gallagher RMS, Inc. | $ 15,500,000.00 | 11/1/2019 | Yes |
| Vehicle | N/A | N/A | N/A | N/A |
| Bumbershoot | Arthur J. Gallagher RMS, Inc. | $ 24,000,000.00 | 11/1/2019 | Yes |

Counsel, Robin B. Cheatham with the firm of Adams & Reese, LLP has withdrawn as counsel. The substituting counsel will be Douglas S. Draper with the firm of Heller, Draper, Patrick, Horn & Manthey, LLC.   Affiliated companies with common ownership have also filed voluntary chapter 11 petitions, and will seek joint admininstration.



# CommunityFirst Bank

1101 E. Admiral Doyle Dr. • New Iberia, LA 70560
(337) 365-6677 • www.cfirstbank.com



00000710-0002123-0001-0002-TIMR8000561031187872

| | |
|---|---|
| MR STEVEN LLC | Account Number:     ***1483 |
| DEBTOR IN POSSESSION | Date:                         10-31-18 |
| CASE NUMBER 18-51277 | Images:                      1 |
| 107 HIGHWAY 90 W | |
| NEW IBERIA LA 70560-9485 | |

---

BUSINESS CHECKING            MR STEVEN LLC                                    Acct    1483

```
          Beginning Balance      10/11/18          .00
          Deposits / Misc Credits        1        39.13
          Withdrawals / Misc Debits      1        26.42
       ** Ending Balance         10/31/18        12.71   **
          Service Charge                           .00

          Average Balance                          29
          Average Collected Balance                29
          Minimum Balance                          12
          Enclosures                                1
```

## Deposits and Other Credits

| Date | Deposits | Activity Description |
|---|---|---|
| 10/11 | 39.13 | Deposit |

## Other Debits and Withdrawals

| Date | Withdrawals | Activity Description |
|---|---|---|
| 10/24 | 26.42 | HARLAND CLARKE/CHK ORDER |
| | | 1G5V84900365700 MR STEVEN LLC |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/11 | 39.13 | 10/24 | 12.71 | | |

NOW OFFERING KASASA FOR CONSUMER ACCOUNTS ONLY! ACCOUNT APPROVAL, CONDITIONS,
QUALIFICATIONS, LIMITS, TIMEFRAMES, ENROLLMENTS, LOG-ONS AND OTHER REQUIREMENTS
APPLY. QUALIFICATIONS AND REWARDS MAY VARY BY ACCOUNT.



# CommunityFirst Bank

1101 E. Admiral Doyle Dr. • New Iberia, LA 70560
(337) 365-6677 • www.cfirstbank.com



DATE 10/11/2018

Mr. Steven, LLC
Debtor in Possession
Case #: 18-51277

39.13

CommunityFirst Bank

10/11/2018          $39.13



00000710-0002125-0002-0002-TIMR8000561031187872(00000710)-000002127

00000710-0002125-0002-0002-TIMR8000561031187872(00000710)-000002127