**SO ORDERED.**

**SIGNED December 3, 2018.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 18-51277 |
| | : | |
| MR. STEVEN, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| -----------------------------------------------------------x | | |
| In re: | : | Case No. 18-51488 |
| | : | |
| LADY EVE, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| -----------------------------------------------------------x | | |
| In re: | : | Case No. 18-51517 |
| | : | |
| LADY BRANDI L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| -----------------------------------------------------------x | | |
| In re: | : | Case No. 18-51518 |
| | : | |
| LADY GLENDA LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |
| -----------------------------------------------------------x | | |
| In re: | : | Case No. 18-51519 |
| | : | |
| MR. BLAKE LLC | : | Chapter 11 |

|                                                                 |   |                    |
|-----------------------------------------------------------------|---|--------------------|
| Debtor                                                          | : |                    |
| -------------------------------------------------------------x  |   |                    |
| In re:                                                          | : | Case No. 18-51521  |
|                                                                 | : |                    |
| MR. MASON LLC                                                   | : | Chapter 11         |
|                                                                 | : |                    |
| Debtor                                                          | : |                    |
| -------------------------------------------------------------x  |   |                    |
| In re:                                                          | : | Case No. 18-51522  |
|                                                                 | : |                    |
| MR. RIDGE LLC                                                   | : | Chapter 11         |
|                                                                 | : |                    |
| Debtor                                                          | : |                    |
| -------------------------------------------------------------x  |   |                    |
| In re:                                                          | : | Case No. 18-51523  |
|                                                                 | : |                    |
| MR. ROW LLC                                                     | : | Chapter 11         |
|                                                                 | : |                    |
| Debtor                                                          | : |                    |
| -------------------------------------------------------------x  |   |                    |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF THE MOTION FOR ORDER UNDER FED. R. BANKR. P. 1015(b) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Considering the *Motion for Expedited Consideration of the Motion for Order Under Fed. R. Bankr. P. 1015(b) Directing Joint Administration of Chapter 11 Cases* ("Motion"), and it appearing good cause exists to grant same; it is

**ORDERED** that the Motion, be and hereby is **GRANTED;** it is further

**ORDERED** that a hearing on the *Motion for Order Under Fed. R. Bankr. P. 1015(b) Directing Joint Administration of Chapter 11 Cases* be held before Chief Judge John W. Kolwe, in the United States Bankruptcy Court, 1st Floor, 214 Jefferson Street, Lafayette, Louisiana on December 11, 2018 at 10:00 a.m.

###

This Order was prepared and submitted by:

*/s/Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**Heller, Draper, Patrick, Horn
 & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399

*Proposed Debtor Counsel*