# Notice Recipients

District/Off: 0536−4　　　　User: lchamp　　　　Date Created: 12/3/2018
Case: 18−51277　　　　Form ID: pdf8　　　　Total: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr　　　DIP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust　　　Office of U. S. Trustee　　　USTPRegion05.SH.ECF@usdoj.gov
aty　　　Douglas S. Draper　　　ddraper@hellerdraper.com
aty　　　Gail Bowen McCulloch　　　gail.mcculloch@usdoj.gov
aty　　　Greta M. Brouphy　　　gbrouphy@hellerdraper.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Mr. Steven, L.L.C.　　　107 Hwy 90 West　　　New Iberia, LA 70560
aty　　　Richard Montague　　　Phelps Dunbar, LLP　　　P. O. Box 16114　　　Jackson, MS 39236−6114

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2