UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | |

### NOTICE OF HEARING ON
### APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF
### HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C. AS
### COUNSEL FOR DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE** that an *Application for Order Authorizing Employment of Heller, Draper, Patrick, Horn & Manthey, L.L.C. as Counsel for Debtors Nunc Pro Tunc to the Petition Date* [Dkt. #78] ("Application")[2] has been filed by the debtors, Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, seeking the court enter an order authorizing the employment of Heller, Draper, Patrick, Horn & Manthey, L.L.C. as Debtors' counsel to render the legal services described in the Application *nunc pro tunc* to the Petition Date, with compensation and reimbursement of expenses to be paid in such amounts as may be allowed by the Court, pursuant to the provisions of Sections 330 and 331 of the Bankruptcy Code and for all other general and equitable relief to which it may be entitled.

The Application is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at the address set forth below, or may be obtained via the Court's website at www.lawb.uscourts.gov, or upon written request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **January 8, 2019 at 10:00 a.m.** before the Chief Judge John W. Kolwe, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

**PLEASE TAKE FURTHER NOTICE** that any interested party having an objection, opposition or response to the Application must file a written objection, opposition or response with the Clerk of Court, United States Bankruptcy Court, Western District of Louisiana no later than **seven (7) days before the hearing** and must serve a copy on the undersigned attorneys by

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

[2] Capitalized terms not defined herein are as defined in the Application.

{00365773-1}

that date.  If an objection, opposition or response is not timely filed and served as set forth in the previous sentence, the Court may grant the relief requested without hearing.

This 4th day of December 2018.

/s/ Greta M. Brouphy
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN
  & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

*Proposed Counsel for the Debtors*