UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | |

### CERTIFICATE OF SERVICE

I, Greta M. Brouphy, proposed counsel for Debtor, hereby certify that I caused the *Notice of Hearing on Application for Order Authorizing Employment of Heller, Draper, Patrick, Horn & Manthey, L.L.C. as Counsel for Debtors Nunc Pro Tunc to the Petition Date* [Dkt. 85] to be served on December 4, 2018, via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

I also caused same to be served on December 4, 2018, via First Class U.S. Mail, postage pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

**New Orleans, Louisiana**, this 4th day of December, 2018.

>  */s/ Greta M. Brouphy*
> Douglas S. Draper, LA Bar No. 5073
> Leslie A. Collins, LA Bar No. 14891
> Greta M. Brouphy, LA Bar No. 26216
> **HELLER, DRAPER, PATRICK, HORN
>    & MANTHEY, L.L.C.**
> 650 Poydras Street, Suite 2500
> New Orleans, LA  70130-6103
> Office: 504 299-3300/Fax: 504 299-3399
> E-mail:  ddraper@hellerdraper.com
> E-mail:  lcollins@hellerdraper.com
> E-mail:  gbrouphy@hellerdraper.com
>
> *Proposed Counsel for the Debtors*

```
Label Matrix for local noticing          Amanda W. Messa                          Benjamin W Kadden
0536-4                                   Phelps Dunbar LLP                        601 Poydras Street, Suite 2775
Case 18-51277                            P.O. Box 4412                            New Orleans, LA 70130-6041
Western District of Louisiana            Baton Rouge, LA 70821-4412
Lafayette
Fri Nov 30 17:20:14 CST 2018

Greta M. Brouphy                         Douglas S. Draper                        Guice Offshore, LLC
                                                                                  R. Scott Wells, Esq.
                                                                                  Rushing & Guice, P.L.L.C.
                                                                                  P.O. Box 1925
                                                                                  Biloxi, MS 39533-1925


Guice Offshore, LLC                      Iberia Crewboat & Marine                 Iberia Marine Service, LLC
William Kaufman                          Services, L.L.C.                         107 Hwy 90 West
PO Drawer 52606                          C/o Mr. Steve Miguez                     New Iberia, LA 70560-9485
Lafayette LA  70505-2606                 107 Hwy 90 West
                                         New Iberia, LA 70560-9485


Benjamin W. Kadden                       William Kaufman                          Louisiana Department of Revenue and Taxation
                                         Ottinger Hebert, LLC                     Attn:  Bankruptcy Division
                                         1313 West Pinhook Road                   P.O. Box 66658
                                         POD 52606                                Baton Rouge, LA 70896-6658
                                         Lafayette, LA 70503-2905


Gail Bowen McCulloch                     Meredith S. Grabill                      Amanda W. Messa
300 Fannin, Suite 3196                   Lugenbuhl Wheaton Peck Rankin & Hubbard  Phelps Dunbar LLP
Shreveport, LA 71101-3122                601 Poydras Street, Suite 2775           400 Convention Street, Suite 1100
                                         New Orleans, LA 70130-6041               Baton Rouge, LA 70802-5615


Richard Montague                         Mr. Steven, L.L.C.                       Stewart F. Peck
Phelps Dunbar, LLP                       107 Hwy 90 West                          Lugenbuhl, Wheaton, Peck et al
P. O. Box 16114                          New Iberia, LA 70560-9485                601 Poydras, #2775
Jackson, MS 39236-6114                                                            New Orleans, LA 70130-6041


SBN V FNBC LLC                           SBN V FNBC LLC                           SBN V FNBC LLC
c/o David F. Waguespack                  c/o Peter J. Segrist                     c/o The Corporation Trust Co.
1100 Poydras Street                      1100 Poydras Street                      Corporation Trust Center
Suite 3100                               Suite 3100                               1209 Organge St.
New Orleans, LA 70163-1102               New Orleans, LA 70163-1102               Wilmington, DE 19801-1196


SBN V FNBC, LLC                          Peter James Segrist                      Sheriff, Iberia Parish
1700 Lincoln Street, Suite 2150          Carver Darden et al                      300 Iberia St.
Denver, CO 80203-4500                    1100 Poydras Street, Suite 3100          Suite 120
                                         New Orleans, LA 70163-1102               New Iberia LA 70560-4543


SpaceX                                   State of Louisiana, Department of Labor  Stewart F. Peck
c/o Amanda W. Messa                      Delinquent Accounts Unit,UI Tech Support
Phelps Dunbar LLP                        1001 North 23rd Street, Room 322
P.O. Box 4412                            Baton Rouge, LA 70802-3338
Baton Rouge, LA 70821-4412


Thomas E. Shuck                          Office of U. S. Trustee                  David F. Waguespack
Parker, Milliken, Clark, O'Hara          300 Fannin St., Suite 3196               1100 Poydras Street - Energy Centre
& Samuelian                              Shreveport, LA 71101-3122                Suite 3100
555 S. Flower St., 30th Floor                                                     New Orleans, LA 70163-1102
Los Angeles, CA 90071-2440
```

Randall Scott Wells
P.O. Box 1925
Biloxi, MS 39533-1925



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51517<br>Western District of Louisiana<br>Lafayette<br>Fri Nov 30 17:21:02 CST 2018 | ALLEN'S HANDYMAN SERVICE<br>5309 CLAUDE VIATOR RD<br>NEW IBERIA, LA 70560-8775 | Douglas S. Draper |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KOLDER, CHAMPAGNE, SLAVEN & COMPANY<br>450 EAST MAIN ST.<br>NEW IBERIA, LA 70560-3731 | Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Louisiana Department of Revenue<br>Collection Division<br>Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 |
| Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | SUPERIOR ELECTRICAL SERVICE, LLC<br>408 MAPLE ST.<br>ABBEVILLE, LA 70510-8174 | Sheriff, Iberia Parish<br>300 Iberia St.<br>New Iberia, LA 70560-4543 |
| State of Louisiana, Department of Labor<br>Delinquent Accounts Unit, UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | U. S. Attorney's Office<br>Western District of Louisiana<br>300 Fannin Street, Suite 3201<br>Shreveport LA 71101-3120 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 |



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51488<br>Western District of Louisiana<br>Lafayette<br>Fri Nov 30 17:20:44 CST 2018 | Bayou State Marine and Industrial Supply<br>PO Box 343<br>Erath, LA 70533-0343 | Donovan Marine Services, LLC<br>PO Box 989<br>Amelia, LA 70340-0989 |
| Douglas S. Draper | Force Power Systems<br>1983 B. Grand Caillou Rd.<br>Houma, LA 70363-7003 | IRS District Counsel<br>POB 30509<br>New Orleans, La. 70190-0509 |
| Iberia Crewboat & Marine Services, L.L.C<br>c/o Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>c/o Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Louisiana Department of Revenue<br>Collection Division<br>Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 | Madere and Sons Marine Rental, LLC<br>PO Drawer<br>Belle Chasse, LA 70037 |
| Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 | SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>1700 Lincoln Street<br>Suite 2150<br>Denver, CO 80203-4500 |
| SBN V FNBC LLC<br>c/o Peter J. Segrist<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SeaTran Marine, LLC<br>c/o Benjamin W. Kadden<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | SeaTran Marine, LLC<br>c/o Meredith S. Grabill<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 |
| SeaTran Marine, LLC<br>c/o Stewart F. Peck<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | Peter James Segrist<br>Carver Darden et al<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 | Sewart Supply, Inc<br>7201 LA-182<br>Morgan City, LA 70380 |
| Sheriff, Iberia Parish<br>300 Iberia St.<br>New Iberia, LA 70560-4543 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Thomas E. Shuck<br>Parker, Milliken, Clark, O Hara & Samuel<br>555 S. Flower Street<br>30th Floor<br>Los Angeles, CA 90071-2440 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | U.S. Attorney's Office<br>300 Fannin St., #3201<br>Shreveport, La. 71101-3068 |

David F. Waguespack
1100 Poydras Street - Energy Centre
Suite 3100
New Orleans, LA 70163-1102



Label Matrix for local noticing
0536-4
Case 18-51518
Western District of Louisiana
Lafayette
Fri Nov 30 17:21:21 CST 2018

ALLEN'S HANDYMAN SERVICE
5309 CLAUDE VIATOR RD
NEW IBERIA, LA 70560-8775

BAYOU ELECTRIC & SPECIALTY, INC.
1601 HOPKINS ST.
NEW IBERIA, LA 70560-5897

BAYOU STATE MARINE & INDUSTRIAL SUPPLY,
PO BOX 343
12538 NORTH RD
ERATH, LA 70533-5237

COASTAL TIMBERS
1310 JANE ST
NEW IBERIA, LA 70563-1540

DIAMOND 'B' INDUSTRIES
PO BOX 10310
NEW IBERIA, LA 70562-0310

Douglas S. Draper

FORCE POWER SYSTEMS
3799 WEST AIRLINE HIGHWAY
PO BOX 536
RESERVE, LA 70084-0536

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JEFF UPHOLSTERY, INC.
4506 EAST HIGHWAY 90
NEW IBERIA, LA 70560-9016

KOLDER, CHAMPAGNE, SLAVEN & COMPANY
450 EAST MAIN ST.
NEW IBERIA, LA 70560-3731

Lady Glenda LLC
107 Hwy 90 West
New Iberia, LA 70560-9485

Louisiana Department of Revenue
Collection Division
Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-6658

Louisiana Department of Revenue and Taxation
Attn: Bankruptcy Division
P.O. Box 66658
Baton Rouge, LA 70896-6658

Louisiana Workforce Commission
UI Tax and Adjudications
Attn: Bankruptcy Unit
PO Box 44127
Baton Rouge, LA 70804-4127

MARINE SYSTEMS, INC.
PO BOX 301284
DALLAS, TX 75303-1284

Office of District Counsel
Internal Revenue Service
POB 30509
New Orleans LA 70190-0509

SAMMY'S AIR
PO BOX 9277
NEW IBERIA, LA 70562-9277

Sheriff, Iberia Parish
300 Iberia St.
New Iberia, LA 70560-4543

State of Louisiana, Department of Labor
Delinquent Accounts Unit,UI Tech Support
1001 North 23rd Street, Room 322
Baton Rouge, LA 70802-3338

U. S. Attorney's Office
Western District of Louisiana
300 Fannin Street, Suite 3201
Shreveport LA 71101-3120

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101-3122



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51519<br>Western District of Louisiana<br>Lafayette<br>Fri Nov 30 17:21:44 CST 2018 | BAYOU STATE MARINE & INDUSTRIAL SUPPLY,<br>PO BOX 343<br>12538 NORTH RD<br>ERATH, LA 70533-5237 | Douglas S. Draper<br>▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬5 |
| FORCE POWER SYSTEMS<br>3799 WEST AIRLINE HIGHWAY<br>PO BOX 536<br>RESERVE, LA 70084-0536 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KOLDER, CHAMPAGNE, SLAVEN & COMPANY<br>450 EAST MAIN ST.<br>NEW IBERIA, LA 70560-3731 |
| Louisiana Department of Revenue<br>Collection Division<br>Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 |
| Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | R.S.I. GROUP, INC<br>25300 HIGHWAY 1<br>GOLDEN MEADOW, LA 70357-5332 |
| Sheriff, Iberia Parish<br>300 Iberia St.<br>New Iberia, LA 70560-4543 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | U. S. Attorney's Office<br>Western District of Louisiana<br>300 Fannin Street, Suite 3201<br>Shreveport LA 71101-3120 |
| Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | | |



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51521<br>Western District of Louisiana<br>Lafayette<br>Fri Nov 30 17:22:03 CST 2018 | ALLEN'S HANDYMAN SERVICE<br>5309 CLAUDE VIATOR RD<br>NEW IBERIA, LA 70560-8775 | Douglas S. Draper |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KOLDER, CHAMPAGNE, SLAVEN & COMPANY<br>450 EAST MAIN ST.<br>NEW IBERIA, LA 70560-3731 | Louisiana Department of Revenue<br>Collection Division<br>Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| SUPERIOR ELECTRICAL SERVICE, LLC<br>408 MAPLE ST.<br>ABBEVILLE, LA 70510-8174 | Sheriff, Iberia Parish<br>300 Iberia St.<br>New Iberia, LA 70560-4543 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit, UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 |
| Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | | |



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51522<br>Western District of Louisiana<br>Lafayette<br>Fri Nov 30 17:22:17 CST 2018 | BAYOU STATE MARINE & INDUSTRIAL SUPPLY,<br>PO BOX 343<br>12538 NORTH RD<br>ERATH, LA 70533-5237 | BLUETIDE COMMUNICATIONS<br>117 NOLAN RD.<br>BROUSSARD, LA 70518-3212 |
| Douglas S. Draper<br> | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KOLDER, CHAMPAGNE, SLAVEN & COMPANY<br>450 EAST MAIN ST.<br>NEW IBERIA, LA 70560-3731 |
| Louisiana Department of Revenue<br>Collection Division<br>Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 |
| Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | Sheriff, Iberia Parish<br>300 Iberia St.<br>New Iberia, LA 70560-4543 |
| State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | U. S. Attorney's Office<br>Western District of Louisiana<br>300 Fannin Street, Suite 3201<br>Shreveport LA 71101-3120 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 |
| UNITED POWER SYSTEMS<br>2975 HIGHWAY 182<br>RACELAND, LA 70394-3770 | | |



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51523<br>Western District of Louisiana<br>Lafayette<br>Fri Nov 30 17:22:34 CST 2018 | ALLEN'S HANDYMAN SERVICE<br>5309 CLAUDE VIATOR RD<br>NEW IBERIA, LA 70560-8775 | Douglas S. Draper |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | KOLDER, CHAMPAGNE, SLAVEN & COMPANY<br>450 EAST MAIN ST.<br>NEW IBERIA, LA 70560-3731 | Louisiana Department of Revenue<br>Collection Division<br>Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| SUPERIOR ELECTRICAL SERVICE, LLC<br>408 MAPLE ST.<br>ABBEVILLE, LA 70510-8174 | Sheriff, Iberia Parish<br>300 Iberia St.<br>New Iberia, LA 70560-4543 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit, UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 |
| Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | | |

