UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| Debtor | * | |

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, proposed counsel for Debtor, hereby certify that I caused the *Order Granting Motion for Expedited Consideration of the Motion for Order Under Fed. R. Bankr. P. 1015(b) Directing Joint Administration of Chapter 11 Cases* [Dkt. 84] to be served on December 3, 2018, via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

I also caused same to be served on December 4, 2018, via First Class U.S. Mail, postage pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

**New Orleans, Louisiana**, this 4th day of December, 2018.

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN
  & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

*Proposed Counsel for the Debtors*

```
Label Matrix for local noticing         Amanda W. Messa                          Benjamin W Kadden
0536-4                                  Phelps Dunbar LLP                        601 Poydras Street, Suite 2775
Case 18-51277                           P.O. Box 4412                            New Orleans, LA 70130-6041
Western District of Louisiana           Baton Rouge, LA 70821-4412
Lafayette
Fri Nov 30 17:20:14 CST 2018

Greta M. Brouphy                        Douglas S. Draper                        Guice Offshore, LLC
Heller,Draper,Patrick,Horn & Manthey LLC Heller,Draper,Patrick,Horn & Manthey LLC R. Scott Wells, Esq.
650 Poydras St., Suite 2500             650 Poydras St #2500                     Rushing & Guice, P.L.L.C.
New Orleans, LA 70130-6175              New Orleans, LA 70130-6175               P.O. Box 1925
                                                                                 Biloxi, MS 39533-1925

Guice Offshore, LLC                     Iberia Crewboat & Marine                 Iberia Marine Service, LLC
William Kaufman                         Services, L.L.C.                         107 Hwy 90 West
PO Drawer 52606                         C/o Mr. Steve Miguez                     New Iberia, LA 70560-9485
Lafayette LA  70505-2606                107 Hwy 90 West
                                        New Iberia, LA 70560-9485

Benjamin W. Kadden                      William Kaufman                          Louisiana Department of Revenue and Taxation
Lugenbuhl et al                         Ottinger Hebert, LLC                     Attn:  Bankruptcy Division
601 Poydras Street                      1313 West Pinhook Road                   P.O. Box 66658
Suite 2775                              POD 52606                                Baton Rouge, LA 70896-6658
New Orleans, LA 70130-6041              Lafayette, LA 70503-2905

Gail Bowen McCulloch                    Meredith S. Grabill                      Amanda W. Messa
300 Fannin, Suite 3196                  Lugenbuhl Wheaton Peck Rankin & Hubbard  Phelps Dunbar LLP
Shreveport, LA 71101-3122               601 Poydras Street, Suite 2775           400 Convention Street, Suite 1100
                                        New Orleans, LA 70130-6041               Baton Rouge, LA 70802-5615

Richard Montague                        Mr. Steven, L.L.C.                       Stewart F. Peck
Phelps Dunbar, LLP                      107 Hwy 90 West                          Lugenbuhl, Wheaton, Peck et al
P. O. Box 16114                         New Iberia, LA 70560-9485                601 Poydras, #2775
Jackson, MS 39236-6114                                                           New Orleans, LA 70130-6041

SBN V FNBC LLC                          SBN V FNBC LLC                           SBN V FNBC LLC
c/o David F. Waguespack                 c/o Peter J. Segrist                     c/o The Corporation Trust Co.
1100 Poydras Street                     1100 Poydras Street                      Corporation Trust Center
Suite 3100                              Suite 3100                               1209 Organge St.
New Orleans, LA 70163-1102              New Orleans, LA 70163-1102               Wilmington, DE 19801-1196

SBN V FNBC, LLC                         Peter James Segrist                      Sheriff, Iberia Parish
1700 Lincoln Street, Suite 2150         Carver Darden et al                      300 Iberia St.
Denver, CO 80203-4500                   1100 Poydras Street, Suite 3100          Suite 120
                                        New Orleans, LA 70163-1102               New Iberia LA 70560-4543

SpaceX                                  State of Louisiana, Department of Labor  Stewart F. Peck
c/o Amanda W. Messa                     Delinquent Accounts Unit,UI Tech Support Lugenbuhl Wheaton Peck Rankin & Hubbard
Phelps Dunbar LLP                       1001 North 23rd Street, Room 322         601 Poydras Street, Suite 2775
P.O. Box 4412                           Baton Rouge, LA 70802-3338               New Orleans, LA 70130-6041
Baton Rouge, LA 70821-4412

Thomas E. Shuck                         Office of U. S. Trustee                  David F. Waguespack
Parker, Milliken, Clark, O'Hara         300 Fannin St., Suite 3196               1100 Poydras Street - Energy Centre
& Samuelian                             Shreveport, LA 71101-3122                Suite 3100
555 S. Flower St., 30th Floor                                                    New Orleans, LA 70163-1102
Los Angeles, CA 90071-2440
```

Randall Scott Wells
P.O. Box 1925
Biloxi, MS 39533-1925



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)DIP                              (u)Steve Miguez                    (d)Richard Montague
                                                                       Phelps Dunbar LLP
                                                                       P.O. Box 16114
                                                                       Jackson, MS 39236-6114


(d)SBN V FNBC LLC                   (u)Seatran Marine, LLC             End of Label Matrix
c/o David F. Waguespack                                                Mailable recipients   30
1100 Poydras Street                                                    Bypassed recipients    5
Suite 3100                                                             Total                 35
New Orleans, LA 70163-1102