UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | |

**SUPPLEMENTAL SCHEDULE**

**NOW INTO COURT,** through undersigned counsel, comes, Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (referred to herein as "Debtor" or collectively, the "Debtors"), who hereby submit this Supplemental Schedule to the Application (the "Application") for entry of an order authorizing the Debtor's retention and employment of Douglas S. Draper and the law firm of Heller, Draper, Patrick, Horn & Manthey, L.L.C. ("Heller Draper") as Debtors' Counsel, and respond to the questions set forth in Local Rule 2014-1 as follows:

1. Does any debtor have any affiliates as defined by 11 U.S.C. § 101(2)? If any debtor in this case has any affiliates as defined by 11 U.S.C. § 101(2), list the affiliate(s) and explain the relationship between debtor and the affiliate(s). If no debtor has any such affiliates, do not answer the remainder of this Schedule.

**Yes. See the attached corporate chart. The vessels owned by Iberia Crewboat and Marine Service, L.L.C. ("Iberia Crewboat") are affiliates of the Debtor.**

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

2. Has any affiliate ever filed for bankruptcy? If yes, list the affiliate(s) and the date and court for each bankruptcy petition and the chapter under which the petition was filed. If any affiliate files after this schedule is filed, debtor's counsel must amend this schedule and notice all creditors and the judge assigned to the case.

**Yes. On October 3, 2018, Mr. Steven, L.L.C. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On November 16, 2018, Lady Eve, L.L.C. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. On November 21, 2018, Mr. Mason LLC, Mr. Ridge LLC, Mr. Row LLC, Mr. Blake LLC, Lady Glenda LLC, and Lady Brandi L.L.C. filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.**

3. Has any affiliate guaranteed any debt of debtor(s) or has the debtor guaranteed any debt of any affiliate? If yes, list the name of the affiliate, the amount of the guarantee, the date of the guarantee, the name of the guarantor, the name of the debtor, and whether any security interest was given by debtor or the affiliate to secure the guarantee. Give this information for every guarantee outstanding at the time of the debtor's Chapter 11 petition, and every guarantee outstanding within 18 months before the petition was filed.

**Yes. The filing entities and Iberia Marine Service, L.L.C. are co-makers on the debt to the First NBC Bank.**

4. Has any affiliate extended credit, received credit, or otherwise established a debtor-creditor relationship with debtor(s)? If yes, list the name of the affiliate, the amount of the loan, the date the loan was made, the repayments made on the loan, and the type of security interest, if any, involved in the loan. Give this information for all loans that have been made and

2

fully paid off within 18 months preceding this Chapter 11 filing and for all loans outstanding at the time of the filing.

**Payments have been made between the filing entities and Iberia Crewboat and Marine Service, L.L.C. and Iberia Marine over the course of the last year. The payments are contemporaneous with payments made by Iberia Marine to the Debtors.**

5. Has any debtor in this case granted any security interest in any property to secure any debts of any affiliate other than as provided in Questions 3 and 4? Has any affiliate granted any security interest in any property to secure any debts of any debtor other than as provided in Questions 3 and 4? If yes, list the affiliate, the debtor, the collateral, the date and nature of the security interest, the creditor to whom it was granted, and the current balance of the underlying debt.

**The filing entities are co-makers on the FNBC Note along with Iberia Marine Service, L.L.C.**

6. Has any affiliate engaged in any other transaction with any debtor in this case during the past 18 months? If yes, briefly describe the transaction(s).

**This information is being compiled for all entities. The Schedules reflect a contemporaneous exchange of $2,700,000.00 between Mr. Steven and Iberia Marine. In addition, Steve Miguez has made the following capital contributions:**

**June 2017 $89,334.41**

**June 2017 $100.00**

**July 2017 $14,864.86.**

7. List the name and address of any affiliate who potentially is a "responsible party" for unpaid taxes of any debtor in this case. State the estimated amount of such taxes owed at the time of the Chapter 11 filing.

3

**N/A**

8. Identify any affiliates employed by the debtor and describe the function or role they perform. Identify any relative or partner or equity security holder employed by the debtor and describe the function or role performed and the amount of compensation received.

**There are no affiliates employed by the Debtor.**

9. List all circumstances under which proposed counsel or proposed counsel's law firm have represented any affiliate during the past 18 months. List any position other than legal counsel which proposed counsel holds in either the debtor or affiliate including corporate officer, director, or employee. List any amount owed by the debtor or the affiliate to proposed counsel or counsel's law firm at the time of filing, and also amounts paid within 18 months before filing.

**Heller Draper, other than its bankruptcy representative, has had no relationship with any of the filing entities.**

# CORPORATE CHART

**STEVE MIGUEZ BOATS**

Crewboats "Mr Blake","Mr Ridge", Lady Glenda",
"Mr Row", "Mr Mason", "Lady Brandi", "Lady Eve",
"Mr Steven", and "Mr Evan".
Each vessel is owned by an LLC- Steve Miguez, Manager
The vessel-owning LLC's are owned by Iberia
Crewboat & Marine Service, LLC .
Iberia Crewboat is owned by Steve Miguez, Manager.
The 9 vessels are operated under a VOA with
Iberia Marine Service, LLC.
IMS is owned by Steve Miguez, Manager.
IMS in turn contacts SeaTran to operate the
vessels under a VOA between IMS and SeaTran.
All boat except Mr Evan are financed by Summit.
Mr Evan is financed by Community First bank.
IMS is a borrower on the Summit loan.
Iberia Crewboat is not a borrower or guarantor on the Summit loan.
Steve Miguez is a guarantor on the Summit loan.