CHAPTER 11 PROCEEDING MEMO AND MINUTES OF §341 MEETING

DATE: November 27, 2018 at 1:00 p.m.

IN RE:
DEBTOR(S) Mr. Steven, LLC          18-51277

1. Attorney for debtor(s) has (✓) has not ( ) filed fee disclosure statement pursuant to 11U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure

2. A Chapter 11 Creditors Committee or Equity Security Holders' Committee will be ( ) or has been ( ) has not been (✓) appointed pursuant to 11 U.S.C. §1102 because:
   (✓) there are less than three unsecured creditors with substantial claims, or
   ( ) a sufficient number of eligible creditors have not expressed an interest in serving.

3. Appearances:
   ( ) Debtor(s): _____
   (✓) Debtor's representative: Ryan Landry and Steven Migues
   (✓) Attorney for Debtor: Douglas Draper and Leslie Collins
   (✓) Creditors: (see attached appearance sheet)

4. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for Debtor(s)   (✓) UST Designee   (✓) Creditors   ( ) Others (see #8 below)

5. Debtor(s) required to attend cont'd 341 meeting

6. Fifth amendment ( ) was (✓) was not invoked.

7. Meeting adjourned ( ) yes (✓) no. If no, meeting is continued to the 18th day of December, 2018 at 11:30 o'clock a. m.

8. Additional notes and comments _____

(Proceeding recorded)
Tape #____, Side____
Counter #_____

_Gail McCulloch_
Presiding Officer, U.S. Trustee