**SO ORDERED.**

**SIGNED December 10, 2018.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

| | |
|---|---|
| **In Re:** <br> *Debtor(s):* <br> Mr. Steven, L.L.C. | **Chapter:** 11 <br> **Case Number:** 18–51277 |

**Order**

Due to the Court's unavoidable scheduling conflict,

IT IS HEREBY ORDERED that the hearing scheduled in this matter for December 11, 2018 at 10:00 a.m. is CONTINUED to December 18, 2018 at 10:00 a.m.

### ###