# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–4 | User: lchamp | Date Created: 12/10/2018 |
| Case: 18–51277 | Form ID: pdf8 | Total: 6 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust        Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
aty        Douglas S. Draper      ddraper@hellerdraper.com
aty        Gail Bowen McCulloch      gail.mcculloch@usdoj.gov
aty        Greta M. Brouphy      gbrouphy@hellerdraper.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Mr. Steven, L.L.C.      107 Hwy 90 West      New Iberia, LA 70560

TOTAL: 1