## LAW OFFICES OF
## SHER GARNER CAHILL RICHTER
## KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

LEOPOLD Z SHER [1]
JAMES M GARNER [2]
ELWOOD F CAHILL, JR
RICHARD P RICHTER
STEVEN I KLEIN [1,4]
PETER L HILBERT, JR
MARIE A MOORE [3]
DEBRA J FISCHMAN
DARNELL BLUDWORTH [2]
MARTHA Y CURTIS [2]
NEAL J KLING
JOSHUA S FORCE [2,4]
DEBORAH J MOENCH
JOHN T BALHOFF, II
ALVIN C MIESTER, III
CHRISTOPHER T CHOCHELES
RYAN D ADAMS

THOMAS J MADIGAN, II [5]
CHAD P MORROW
KEVIN M McGLONE
JEFFREY D KESSLER [6]
RYAN O LUMINAIS [5]
ASHLEY G COKER
JONATHAN C CERISE
KAREN T HOLZENTHAL
AMANDA RUSSO SCHENCK
MELISSA ROME HARRIS
JACOB A AIREY
EMILY E ROSS
TRAVIS A BEATON
REBEKKA C VEITH
DAVID A FREEDMAN
BRANDON W KEAY
MICHAEL R DODSON [3]

GABRIEL R CRANE
ALEX E HOTARD
STUART D KOTTLE [7]

SPECIAL COUNSEL
MATTHEW M COMAN

OF COUNSEL
TIMOTHY B FRANCIS
DAVID A MARCELLO
THOMAS P ANZELMO, JR
THOMAS P McALISTER [4]

[1] LAW CORPORATION
[2] MEMBER OF LOUISIANA AND TEXAS BARS
[3] MEMBER OF LOUISIANA AND ALABAMA BARS
[4] MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6] MEMBER OF LOUISIANA AND NEW YORK BARS
[7] MEMBER OF LOUISIANA AND ARIZONA BARS
[8] BOARD CERTIFIED TAX ATTORNEY LOUISIANA
BOARD OF LEGAL SPECIALIZATION

ALL OTHERS LOUISIANA BAR

lsher@shergarner.com
Direct Dial (504) 299-2129
Direct Fax (504) 299-2329

(504) 299-2100
FAX (504) 299-2300

April 2, 2018

<u>Via Federal Express</u>
Guice Offshore, LLC
c/o Nathan Guice
101 Ashland Way
Madisonville, La 70447

Guice Offshore, LLC
14397 CREOSOTE ROAD STE C
GULFPORT, MS 39503

<u>Via US Mail</u>
Guice Offshore, LLC
PO Box 1698
Mandeville, LA 70470

Re: Mr. Steven, LLC (Iberia Marine Service, LLC)
Notice of Direct Collection of Accounts Receivable
Our File No. 22527.0012

Mr. Guice:

We represent SBN V FNBC LLC, which acquired certain indebtedness obligations and related loan documents of MR. STEVEN, LLC ("MS") from the Federal Deposit Insurance



GOtoSBNDoc000031

## LAW OFFICES OF
## SHER GARNER CAHILL RICHTER
## KLEIN & HILBERT, L.L.C.

April 2, 2018
Page - 2 -

Corporation, as Receiver for First NBC Bank ("First NBC"). Please be advised that MS previously assigned all of its accounts receivable (the "Accounts") to SBN V FNBC LLC, as successor in interest to First NBC. The Accounts include all payments to be made by MS for the use or hire of the Mr. Steven pursuant to your charter agreement with MS (the "Charter").

SBN V FNBC LLC is exercising its option under the Uniform Commercial Code in effect in the State of Louisiana (the "UCC") to directly receive and collect all Accounts that have been assigned to it by MS, including all payment to be made under the Charter. Pursuant to Section 9-406 of the UCC, you are hereby being placed on notice that all payments under the Charter are to be sent directly to SBN V FNBC LLC at the following address:

**SBN V FNBC LLC**
**c/o Mark Kilcoin**
**1700 Lincoln Street, Suite 2150**
**Denver, CO 80203**

All checks are to be made payable to the order of "SBN V FNBC LLC."

The UCC specifically allows the holder, SBN V FNBC LLC, to notify you for that the payments under the Charter must be sent directly to it and does not require that MS notify you. Accordingly, until further written notice, all payments under the Charter must be sent to SBN V FNBC LLC at the above address.

Please be advised that if you send any payment under the Charter to MS or to any other party, you are still required, as a matter of law, to pay that payment to SBN V FNBC LLC. Paying any such account payment to any other entity does not absolve you from the obligation to pay SBN V FNBC LLC. These account payments are to continue in this manner until further notice.

Thank you for your attention to this legal request. I am,

Sincerely yours,

Leopold Z. Sher
Chad P. Morrow

GOtoSBNDoc000032

18-51277 - #94-3 File 12/11/18 Enter 12/11/18 19:42:03 Exhibit C-2018-04-02 Demand Ltr from Sher to Guice [GOtoSBNDoc000031-32] Pg 2 of 2