# LAW OFFICES OF
# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1,8]
PETER L. HILBERT, JR.
MARIE A. MOORE [3]
DEBRA J. FISCHMAN
DARNELL BLUDWORTH [2]
MARTHA Y. CURTIS [2]
NEAL J. KLING
JOSHUA S. FORCE [2,4]
DEBORAH J. MOENCH
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
CHRISTOPHER T. CHOCHELES
RYAN D. ADAMS

THOMAS J. MADIGAN, II [5]
CHAD P. MORROW
KEVIN M. McGLONE
JEFFREY D. KESSLER [6]
RYAN O. LUMINAIS [5]
ASHLEY G. COKER
JONATHAN B. CERISE
KAREN T. HOLZENTHAL
AMANDA RUSSO SCHENCK
MELISSA ROME HARRIS
JACOB A. AIREY
EMILY E. ROSS
TRAVIS A. BEATON
REBEKKA C. VEITH
DAVID A. FREEDMAN
BRANDON W. KEAY
MICHAEL R. DODSON [3]

GABRIEL R. CRANE
ALEX E. HOTARD
STUART D. KOTTLE [7]

SPECIAL COUNSEL:
MATTHEW M. COMAN

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO
THOMAS P. ANZELMO, JR.
THOMAS P. McALISTER [2]

[1] LAW CORPORATION
[2] MEMBER OF LOUISIANA AND TEXAS BARS
[3] MEMBER OF LOUISIANA AND ALABAMA BARS
[4] MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6] MEMBER OF LOUISIANA AND NEW YORK BARS
[7] MEMBER OF LOUISIANA AND ARIZONA BARS
[8] BOARD CERTIFIED TAX ATTORNEY LOUISIANA BOARD OF LEGAL SPECIALIZATION

ALL OTHERS LOUISIANA BAR

lsher@shergarner.com
Direct Dial: (504) 299-2129
Direct Fax: (504) 299-2329

(504) 299-2100
FAX (504) 299-2300

April 11, 2018

***Via Federal Express***
Seatran Marine, LLC
107 Hwy. 90 West
New Iberia, LA 70560

Re: **Mr. Steven, LLC (Iberia Marine Service, LLC)**
**Notice of Direct Collection of Accounts Receivable**
**Our File No. 22527.0012**

Ladies and Gentlemen:

We represent SBN V FNBC LLC, which acquired from the Federal Deposit Insurance Corporation, as Receiver for First NBC Bank ("First NBC") certain indebtedness obligations and related loan documents of the following parties (each, a "Borrower Party"): (i) Iberia Marine Service, L.L.C.; (ii) Mr. Blake LLC; (iii) Mr. Ridge LLC; (iv) Lady Glenda LLC; (v) Mr. Mason LLC; (vi) Mr. Row LLC; (vii) Lady Brandi LLC; (viii) Lady Eve LLC; and (ix) Mr. Steven LLC. Please be advised that each Borrower Party previously assigned all of its accounts receivable (the "Accounts") to SBN V FNBC LLC, as successor in interest to First NBC. We understand that you may be party to a charter or other agreement with one (1) or more of the Borrower Parties. The Accounts include, without limitation, all payments to be made to any Borrower Party for the use or hire of any vessel owned by any Borrower Party pursuant to any charter agreement or other agreement that you may have with any Borrower Party.



EXHIBIT E

LAW OFFICES OF
# SHER GARNER CAHILL RICHTER
# KLEIN & HILBERT, L.L.C.

April 11, 2018
Page - 2 -

SBN V FNBC LLC is exercising its option under the Uniform Commercial Code in effect in the State of Louisiana (the "UCC") to directly receive and collect all Accounts that have been assigned to it by any Borrower Party, including all payments to be made under any charter agreement that you may have with any Borrower Party. Pursuant to Section 9-406 of the UCC, you are hereby being placed on notice that all payments that you may owe to any Borrower Party under any charter or other agreement that you may have with any Borrower Party are to be sent directly to SBN V FNBC LLC at the following address:

> **SBN V FNBC LLC**
> **c/o Mark Kilcoin**
> **1700 Lincoln Street, Suite 2150**
> **Denver, CO 80203**

All checks are to be made payable to the order of "SBN V FNBC LLC."

The UCC specifically allows the holder, SBN V FNBC LLC, to notify you that the payments under any charter agreement or other agreement that you may have with any Borrower Party must be sent directly to SBN V FNBC LLC and does not require that any Borrower Party notify you. Accordingly, until further written notice, all payments under any charter or other agreement that you may have with any Borrower Party must be sent to SBN V FNBC LLC at the above address.

Please be advised that if you send any payment under any charter or other agreement that you may have with any Borrower Party to such Borrower Party or to any other party, you are still required, as a matter of law, to pay that payment to SBN V FNBC LLC. Paying any such account payment to any other entity does not absolve you from the obligation to pay SBN V FNBC LLC. These account payments are to continue in this manner until further notice.

Thank you for your attention to this legal request. I am,

Sincerely yours,

Leopold Z. Sher
Chad P. Morrow

cc: Mark Kilcoin (via email)



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en/PrintIFrame.html 4/11/2018

18-51277 - #94-5  File 12/11/18  Enter 12/11/18 19:42:03  Exhibit E-2018-04-11 Notice Ltr to Seatran Marine   LLC from C. Morrow Pg 3 of 3