

DAVID F. WAGUESPACK

(504) 585-3814
waguespack@carverdarden.com

October 26, 2018

**VIA E-MAIL: cheathamrb@arlaw.com**
**AND U.S. FIRST CLASS MAIL**

Robin B. Cheatham
Adams and Reese LLP
701 Poydras Street
Suite 4500
New Orleans, LA 70139

      RE:    In Re: Mr. Steven, L.L.C.
                U.S. Bankruptcy Court for the Western District of Louisiana
                Case no. 18-51277

Dear Robin:

     As you know we represent SBNVFNBC, LLC ("SBN") in the captioned case. By letter dated October 25, 2018, Rushing & Guice, P.L.L.C. advised that it is holding $702,709.00 in its trust account which represents payments for Guice Offshore, LLC's use of the Mr. Steven through July 31, 2018. By our calculation, another $283,000 has accrued for the period from August 1, 2018 through October 26, 2018 such that no less than $986,605 is owed as of this date. We understand that Guice Offshore, LLC is continuing to use the vessel despite that the Debtor has not filed a motion in its bankruptcy case to seek authority for any such use. The amounts that have been held in trust, that amounts that are due and not paid, and the amounts that may become due comprise SBN's collateral.

     The Debtor has taken no action to recover any of these funds. Pursuant to our recent discussion and emails, SBN submits that the Debtor has a duty to demand, and take all necessary recourse to obtain, the funds being held by Rushing & Guice, P.L.L.C. and the funds which are owed by Guice Offshore, LLC, for its use of the Mr. Steven (collectively "Funds"), and to ensure that the Funds are paid to SBN as its collateral. To date, the Debtor has refused to take any action.

     Accordingly, SBN hereby formally demands that the Debtor demand, and take all necessary recourse to obtain the Funds and to ensure that the Funds are paid to SBN as its collateral. SBN requests a formal response to this request by October 31, 2018. If we do not hear

Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC

ENERGY CENTRE • 1100 POYDRAS ST. • SUITE 3100 • NEW ORLEANS, LA 70163
P: (504) 585.3800 • F: (504) 585.3801

18-51277 - #94-6  File 12/11/18  Enter 12/11/18 19:42:03  Exhibit F-2018-10-26 Letter from D. Waguespack to R. Cheatham Pg 1 of 2



from you, we intend to file a motion seeking authority to take such actions on behalf of the Debtor pursuant to *In re Louisiana World Exposition*, 858 F. 2d 233, 246 (5th Cir. 1988).

Very truly yours,

David F. Waguespack

DFW/cp

cc: Peter J. Segrist (via e-mail)

4851-6764-3769, v. 1