UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | * | CASE NO. 18-51277 |
|---|---|---|
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I, Peter J. Segrist, do hereby certify that I caused *SBN V FNBC LLC's Limited Objection to Motion to Determine Property of the Estate and for Turnover of Property* [Doc. No. 94] to be served on counsel for the Debtor, all counsel of record, the U.S. Trustee and all other parties receiving electronic notification, as shown on the attached Exhibit A, via the Court's CM/ECF System, and upon Debtor, Mr. Steven, L.L.C., through its proposed counsel of record, Douglas S. Draper, HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C., 650 Poydras Street, Suite 2500, New Orleans, LA 70130-6103, by U.S. Mail on this 11th day of December, 2018.

    /s/ Peter J. Segrist
    PETER J. SEGRIST

1

# EXHIBIT A

Greta M. Brouphy on behalf of Debtor Mr. Steven, L.L.C.
gbrouphy@hellerdraper.com

Douglas S. Draper on behalf of Debtor Mr. Steven, L.L.C.
ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com

Benjamin W. Kadden on behalf of Interested Party Seatran Marine, LLC
bkadden@lawla.com, mnguyen@lawla.com

William Kaufman on behalf of Interested Party Guice Offshore, LLC
whkaufman@ohllc.com, egnormand@ohllc.com

Gail Bowen McCulloch on behalf of U.S. Trustee Office of U. S. Trustee
gail.mcculloch@usdoj.gov

Amanda W. Messa on behalf of Interested Party SpaceX
amanda.messa@phelps.com

Stewart F. Peck on behalf of Interested Party Seatran Marine, LLC
speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com

Peter James Segrist on behalf of Creditor SBN V FNBC LLC
segrist@carverdarden.com, clary@carverdarden.com

Office of U. S. Trustee
USTPRegion05.SH.ECF@usdoj.gov

David F. Waguespack on behalf of Creditor SBN V FNBC LLC
waguespack@carverdarden.com, plaisance@carverdarden.com

Randall Scott Wells on behalf of Interested Party Guice Offshore, LLC
swells@rushing-guice.com

4852-7014-1056, v. 1

2