UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| | * | JUDGE JOHN W. KOLWE |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I, Stewart F. Peck, do hereby certify that I caused the *Opposition to Motion for Relief from Automatic Stay*, [ECF Doc. 97], filed on behalf of Steve J. Miguez, to be served on counsel for the Debtor, all counsel of record, the U.S. Trustee, and upon those other parties receiving electronic notification via the Court's CM/ECF System, and upon the parties listed in the Mailing Matrix attached as Exhibit A hereto by U.S. Mail on November 13, 2018.

Respectfully submitted,

**LUGENBUHL, WHEATON, PECK,**  /s/ Stewart F. Peck
**RANKIN & HUBBARD, A LAW**  STEWART F. PECK (LA #10403)
**CORPORATION**  BENJAMIN W. KADDEN (LA #29927)
MEREDITH S. GRABILL (LA #35484)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail:  speck@lawla.com; bkadden@lawla.com; mgrabill@lawla.com

*Counsel for Steve J. Miguez*