Label Matrix for local noticing
0536-4
Case 18-51277
Western District of Louisiana
Lafayette
Fri Dec 14 09:05:28 CST 2018

Amanda W. Messa
Phelps Dunbar LLP
P.O. Box 4412
Baton Rouge, LA 70821-4412

Benjamin W Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130-6041

Greta M. Brouphy
Heller,Draper,Patrick,Horn & Manthey LLC
650 Poydras St., Suite 2500
New Orleans, LA 70130-6175

Douglas S. Draper
Heller,Draper,Patrick,Horn & Manthey LLC
650 Poydras St #2500
New Orleans, LA 70130-6175

Guice Offshore, LLC
R. Scott Wells, Esq.
Rushing & Guice, P.L.L.C.
P.O. Box 1925
Biloxi, MS 39533-1925

Guice Offshore, LLC
William Kaufman
PO Drawer 52606
Lafayette LA 70505-2606

Iberia Crewboat & Marine
Services, L.L.C.
C/o Mr. Steve Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Iberia Marine Service, LLC
107 Hwy 90 West
New Iberia, LA 70560-9485

Benjamin W. Kadden
Lugenbuhl et al
601 Poydras Street
Suite 2775
New Orleans, LA 70130-6041

William Kaufman
Ottinger Hebert, LLC
1313 West Pinhook Road
POD 52606
Lafayette, LA 70503-2905

Louisiana Department of Revenue and Taxation
Attn: Bankruptcy Division
P.O. Box 66658
Baton Rouge, LA 70896-6658

Gail Bowen McCulloch
300 Fannin, Suite 3196
Shreveport, LA 71101-3122

Meredith S. Grabill
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130-6041

Amanda W. Messa
Phelps Dunbar LLP
400 Convention Street, Suite 1100
Baton Rouge, LA 70802-5615

Richard Montague
Phelps Dunbar, LLP
P. O. Box 16114
Jackson, MS 39236-6114

Mr. Steven, L.L.C.
107 Hwy 90 West
New Iberia, LA 70560-9485

Stewart F. Peck
Lugenbuhl, Wheaton, Peck et al
601 Poydras, #2775
New Orleans, LA 70130-6041

SBN V FNBC LLC
c/o David F. Waguespack
1100 Poydras Street
Suite 3100
New Orleans, LA 70163-1102

SBN V FNBC LLC
c/o Peter J. Segrist
1100 Poydras Street
Suite 3100
New Orleans, LA 70163-1102

SBN V FNBC LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Organge St.
Wilmington, DE 19801-1196

SBN V FNBC, LLC
1700 Lincoln Street, Suite 2150
Denver, CO 80203-4500

Peter James Segrist
Carver Darden et al
1100 Poydras Street, Suite 3100
New Orleans, LA 70163-1102

Sheriff, Iberia Parish
300 Iberia St.
Suite 120
New Iberia LA 70560-4543

SpaceX
c/o Amanda W. Messa
Phelps Dunbar LLP
P.O. Box 4412
Baton Rouge, LA 70821-4412

State of Louisiana, Department of Labor
Delinquent Accounts Unit,UI Tech Support
1001 North 23rd Street, Room 322
Baton Rouge, LA 70802-3338

Stewart F. Peck
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130-6041

Thomas E. Shuck
Parker, Milliken, Clark, O'Hara
& Samuelian
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101-3122

David F. Waguespack
1100 Poydras Street - Energy Centre
Suite 3100
New Orleans, LA 70163-1102

Randall Scott Wells
P.O. Box 1925
Biloxi, MS 39533-1925

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DIP                          (u)Steve Miguez                 (d)Richard Montague
                                                                Phelps Dunbar LLP
                                                                P.O. Box 16114
                                                                Jackson, MS 39236-6114


(d)SBN V FNBC LLC               (u)Seatran Marine, LLC          End of Label Matrix
c/o David F. Waguespack                                         Mailable recipients    30
1100 Poydras Street                                             Bypassed recipients     5
Suite 3100                                                      Total                  35
New Orleans, LA 70163-1102