UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SBN V FNBC LLC** | * | CIVIL ACTION NO. _____ |
| | * | |
| **VERSUS** | * | SECTION "\_\_\_" |
| | * | |
| **STEVE J. MIGUEZ** | * | DIVISION "\_\_\_\_" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO:  SBN V FNBC LLC
Through its attorneys of record,
David F. Waguespack
Peter J. Segrist
**CARVER DARDEN**
1100 Poydras Street, Ste. 3100
New Orleans, LA  70163

PLEASE TAKE NOTICE that Defendant Steve J. Miguez hereby removes the state court action entitled *SBN V FNBC LLC v. Steve J. Miguez*, bearing Civil Action No. 780-357 in the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and respectfully represents as follows:

1.

On February 6, 2018, SBN V FNBC LLC filed the referenced state court action against Defendant Steve J. Miguez.

2.

1

On October 1, 2018, (the "Petition Date"), Mr. Steven L.L.C. filed a voluntary petition under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Louisiana which is pending as *In re Steven J. Miguez*, Case No. 18-51277.

3.

The State Court Proceeding is a civil matter over which this Court has jurisdiction pursuant to 28 U.S.C. § 1334(a), as an action which arises under Title 11 or arises in or is related to a bankruptcy proceeding.

4.

This action is one which may be removed to this Court pursuant to 28 U.S.C. §§ 1334, 1441, and 1452.

5.

Upon removal, the action is a core proceeding in the aforesaid bankruptcy case.

6.

True and accurate copies of the Plaintiff's petition, together with all other materials contained in the state court record are attached and incorporated hereto as **Exhibit 1**, as required by 28 U.S.C. §§ 1446(a) and 1447(b), and Rule 9027 of the Federal Rules of Bankruptcy Procedure.

7.

Promptly after filing this Notice of Removal, written notice hereof will be given to Plaintiff and will be filed with the Clerk of the Court for the Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, in conformity with 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant prays that this Notice of Removal be accepted as good and sufficient, and that the aforementioned action number 780-357 in the Twenty-Fourth Judicial

District Court for the Parish of Jefferson, State of Louisiana, be removed to the United States District Court for the Eastern District of Louisiana for further proceedings as provided by law.

Respectfully submitted,

_/s/ Stewart F. Peck_____
Stewart F. Peck (LA #10403),
Benjamin W. Kadden (LA #29927)
Meredith S. Grabill (LA #35484)
LUGENBUHL, WHEATON, PECK RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail: speck@lawla.com; bkadden@lawla.com; mgrabill@lawla.com

*Attorneys for Steve J. Miguez*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2018, a copy of the foregoing pleading was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. A copy of the foregoing pleading was also served upon the following attorneys of record for Plaintiff by United States mail and/or by e-mail:

David F. Waguespack
Peter J. Segrist
**CARVER DARDEN**
1100 Poydras Street, Ste. 3100
New Orleans, LA 70163
waguespack@carverdarden.com;
segrist@carverdarden.com

_/s/ Stewart F. Peck_____

3