CLOSED

# U.S. District Court
## Western District of Louisiana (Lafayette)
## CIVIL DOCKET FOR CASE #: 6:18-cv-01609-MJJ-PJH
## Internal Use Only

S B N V F N B C L L C v. Miguez                Date Filed: 12/12/2018
Assigned to: Judge Michael J Juneau            Date Terminated: 12/12/2018
Referred to: Magistrate Judge Patrick J Hanna      Jury Demand: None
Demand: $0                                    Nature of Suit: 190 Contract: Other
Case in other court: USBC/WDLA, 18-51277      Jurisdiction: Federal Question
                  Louisiana Eastern, 2:18-cv-11016
                  24th JDC - Jefferson Parish, 780-357A
Cause: 28:1452 Removal of claim in civil action related to BK. case

## Plaintiff

**S B N V F N B C L L C**           represented by    **James M Garner**
                                             Sher Garner et al (NO)
                                           909 Poydras St Ste 2800
                                           New Orleans, LA 70112
                                           504-299-2100
                                           Fax: 504-299-2300
                                           Email: jgarner@shergarner.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Brandon William Keay**
                                           Sher Garner et al (NO)
                                           909 Poydras St Ste 2800
                                           New Orleans, LA 70112
                                           504-299-2140
                                           Fax: 504-299-2340
                                           Email: bkeay@shergarner.com
                                           *ATTORNEY TO BE NOTICED*

                                           **David F Waguespack**
                                           Carver Darden et al
                                           1100 Poydras St Ste 3100
                                           New Orleans, LA 70163
                                           504-585-3800
                                           Fax: 504-585-3801
                                           Email: waguespack@carverdarden.com
                                           *ATTORNEY TO BE NOTICED*

                                           **Jacob A Airey**
                                           Sher Garner et al (NO)

909 Poydras St Ste 2800
New Orleans, LA 70112
504-299-2100
Fax: 504-299-2300
Email: jairey@shergarner.com
*ATTORNEY TO BE NOTICED*

**Leopold Zangwill Sher**
Sher Garner et al (NO)
909 Poydras St Ste 2800
New Orleans, LA 70112
504-299-2101
Fax: 504-299-2301
Email: lsher@shergarner.com
*ATTORNEY TO BE NOTICED*

**Peter James Segrist**
U S District Judges Office (LC)
611 S Broad St
Lake Charles, LA 70601
337-437-6682
Fax: 337-437-3873
Email: peter.segrist@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Steve J Miguez**                    represented by    **Stewart F Peck**
Lugenbuhl Wheaton et al (NO)
601 Poydras St Ste 2775
New Orleans, LA 70130
504-568-1990
Fax: 504-310-9195
Email: speck@lawla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin W Kadden**
Lugenbuhl Wheaton et al (NO)
601 Poydras St Ste 2775
New Orleans, LA 70130
504-568-1990
Fax: 504-310-9195
Email: bkadden@lawla.com
*ATTORNEY TO BE NOTICED*

**Meredith Sue Grabill**
Lugenbuhl Wheaton et al (NO)
601 Poydras St Ste 2775

New Orleans, LA 70130
504-568-1990
Fax: 504-310-9195
Email: mgrabill@lawla.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2018 | 1 | NOTICE OF REMOVAL from 24th Judicial District Court, case number 780-357 (Filing fee $ 400 receipt number 053L-7235843) filed by Steve J Miguez. (Attachments: # 1 Exhibit A, # 2 Listing Pursuant to 28 USC 1447(b), # 3 Certificate of Filing of State Court Notice of Removal, # 4 Exhibit Notice of Filing of Removal to State Court, # 5 Civil Cover Sheet)Attorney Stewart Foster Peck added to party Steve J Miguez(pty:dft).(Peck, Stewart) (Attachment 5 replaced on 11/16/2018) (jeg). [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/15/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/15/2018 | 2 | Initial Case Assignment to Judge Martin L.C. Feldman and Magistrate Judge Janis van Meerveld. (cc) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/15/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/15/2018 | 3 | MOTION to Transfer *Venue to the Western District of Louisiana* by Steve J Miguez. Motion(s) will be submitted on 12/12/2018. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission, # 3 Proposed Order)(Peck, Stewart) Modified text on 11/16/2018 (jeg). [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/15/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/16/2018 | 4 | Correction of Docket Entry by Clerk re 1 Notice of Removal. ****Filing attorney did not properly format the pdf of the Civil Cover Sheet. The pdf should not have the purple boxes nor the 3 red buttons at the bottom. When using a FORM, fill in the applicable fields then click the red PRINT button at the bottom to print the document to pdf format. Clerk has taken corrective action. No further action necessary.** (jeg) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/16/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/20/2018 | 5 | **DEFICIENT** MOTION for Summary Judgment by SBN V FNBC LLC. Motion(s) will be submitted on 12/12/2018. (Attachments: # 1 Exhibit A, Summary Judgment Pleadings, # 2 Notice of Submission)(Segrist, Peter) Modified on 11/21/2018 (jeg). [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/20/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/21/2018 | 🔒 | NOTICE OF DEFICIENT DOCUMENT: re 5 Motion for Summary Judgment. **Reason(s) of deficiency: Separate Statement of material facts and Separate Memorandum in Support not provided.** For corrective information, see section(s) D11/D12 on http://www.laed.uscourts.gov/cmecf/Deficiency /deficiency.htm **Attention: Document must be refiled in its entirety within seven(7) calendar days; otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 11/28/2018.** (jeg) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/21/2018), (QC'ed on 12/12/2018, by Whidden , C) |

| 11/21/2018 | 🔒 | (Court only) ***Motions terminated: 5 MOTION for Summary Judgment filed by SBN V FNBC LLC. (jeg) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/21/2018), (QC'ed on 12/12/2018, by Whidden , C) |
|---|---|---|
| 11/26/2018 | 6 | MOTION for Summary Judgment by SBN V FNBC LLC. Motion(s) will be submitted on 12/12/2018. (Attachments: # 1 Memorandum in Support, # 2 Statement of Contested/Uncontested Facts, # 3 Notice of Submission, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H)(Segrist, Peter) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/26/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/27/2018 | 🔒 | (Court only) DEFICIENT FILING DEADLINE TERMINATED : re 5 Motion for Summary Judgment. (jeg) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/27/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/28/2018 | 7 | MOTION to Continue *Submission Date and Associated Deadlines* by Steve J. Miguez. Motion(s) will be submitted on 1/9/2019. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Notice of Submission) (Grabill, Meredith) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/28/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/28/2018 | 8 | EXPARTE/CONSENT MOTION to Expedite *Review of the Motion to Continue Submission Date and Associated Deadlines* by Steve J. Miguez. (Attachments: # 1 Proposed Order)(Grabill, Meredith) Modified text on 11/29/2018 (jeg). [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/28/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/28/2018 | 9 | ORDER - IT IS ORDERED that the defendant's motion for expedited consideration 8 is hereby GRANTED, and the hearing date on the defendant's motion to continue 7 is reset to Friday, November 30, 2018, at 10:00 a.m., on the papers. IT IS FURTHER ORDERED that the plaintiff shall file any opposition papers to the defendant's motion to continue no later than Friday, November 30, 2018, at 10:00 a.m. Signed by Judge Martin L.C. Feldman on 11/28/2018.(cbs) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/28/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 11/30/2018 | 10 | RESPONSE/MEMORANDUM in Opposition filed by SBN V FNBC LLC re 7 MOTION to Continue *Submission Date and Associated Deadlines* . (Attachments: # 1 Exhibit A-2018-10-05 20 Chapter 11 Supplemental Schedule by Debtor [#18-51277, USBC-WDLA], # 2 Exhibit B-2018-11-28 71 Adversary Complaint by debtor and other vessel entities [#18-51277, USBC-WDLA], # 3 Exhibit C-2018-03-08 Miguez Mtn for Extension to File Answer [#780-357, 24th JDC], # 4 Exhibit D-2018-03-08 Miguez Mtn to Enroll Addl Counsel (Blake Miguez) [#780-357, 24th JDC], # 5 Exhibit E-2018-04-09 Miguez 2nd Mtn for Extension to File Answer [#780-357, 24th JDC], # 6 Exhibit F-2018-06-19 Miguez 3rd Mtn for Extension to File Answer [#780-357, 24th JDC], # 7 Exhibit G-2018-07-27 Miguez Answer-Defenses to Petition for Collection [#780-357, 24th JDC], # 8 Exhibit H-2018-11-01 32 Debtor Schedules of Assets & Liabilities [#18-51277, USBC-WDLA])(Segrist, Peter) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/30/2018), (QC'ed on 12/12/2018, by Whidden , C) |

| 11/30/2018 | 11 | EXPARTE/CONSENT MOTION for Leave to File *Reply Brief in Support of Motion to Continue Submission Date* by Steve J. Miguez. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Grabill, Meredith) Modified text on 12/3/2018 (jeg). [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/30/2018), <span style="color:green">QC'ed on 12/12/2018, by Whidden , C)</span> |
|---|---|---|
| 11/30/2018 | 12 | ORDER granting 11 Motion for Leave to File Reply Brief in Support of Motion to Continue Submission Date. Signed by Judge Martin L.C. Feldman on 11/30/2018. (cbs) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/30/2018), <span style="color:green">QC'ed on 12/12/2018, by Whidden , C)</span> |
| 11/30/2018 | 13 | REPLY BRIEF in Support filed by Steve J. Miguez re 7 MOTION to Continue *Submission Date and Associated Deadlines*. (cbs) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/30/2018), <span style="color:green">QC'ed on 12/12/2018, by Whidden , C)</span> |
| 11/30/2018 | 14 | ORDER denying 7 Motion to Continue the submission date on the plaintiff's motion for summary judgment, as stated within the document. Signed by Judge Martin L.C. Feldman on 11/30/2018. (cbs) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 11/30/2018), <span style="color:green">QC'ed on 12/12/2018, by Whidden , C)</span> |
| 12/03/2018 | 15 | Correction of Docket Entry by Clerk re 11 MOTION for Leave to File *Reply Brief in Support of Motion to Continue Submission Date*. **Attachment has duplicate description. For attachment, select either a category OR enter a description, but not both since this results in duplicate docket text. Clerk took corrective action. No further action necessary.** (jeg) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/03/2018), <span style="color:green">QC'ed on 12/12/2018, by Whidden , C)</span> |
| 12/04/2018 | 16 | RESPONSE/MEMORANDUM in Opposition filed by Steve J. Miguez re 6 MOTION for Summary Judgment. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Statement of Disputed Material Facts)(Peck, Stewart) Modified text on 12/5/2018 (sbs). [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/04/2018), <span style="color:green">QC'ed on 12/12/2018, by Whidden , C)</span> |
| 12/04/2018 | 17 | RESPONSE/MEMORANDUM in Opposition filed by SBN V FNBC LLC re 3 MOTION to Transfer *Venue to the Western District of Louisiana*. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Segrist, Peter) Modified text on 12/5/2018 (sbs). [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/04/2018), <span style="color:green">QC'ed on 12/12/2018, by Whidden , C)</span> |
| 12/07/2018 | 18 | EXPARTE/CONSENT MOTION for Leave to File *Reply Brief in Support of Motion to Transfer Case to Western District* by Steve J. Miguez. (Attachments: # 1 Proposed Pleading, # 2 Exhibit A--SBN Motion To Lift Stay, # 3 Exhibit B--Debtors' Motion for Preliminary Injunction, # 4 Exhibit C--Debtors' Motion for TRO, # 5 Exhibit D--Peck Declaration, # 6 Proposed Order)(Peck, Stewart) Modified text on 12/10/2018 (jeg). [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/07/2018), <span style="color:green">QC'ed on 12/12/2018, by Whidden , C)</span> |
| 12/07/2018 | 19 | **DEFICIENT** NOTICE by SBN V FNBC LLC re 3 MOTION to Transfer *Venue to the Western District of Louisiana ; Notice of Filing of Supplemental Exhibit in Support of SBN V FNBC LLC's Memorandum in Opposition to Steve J. Miguez's Motion to Transfer Venue to the Western District of Louisiana*. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit I)(Segrist, Peter) Modified on 12/10/2018 (jeg). [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/07/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 12/10/2018 | 🔒 | NOTICE OF DEFICIENT DOCUMENT: re 19 Notice (Other). Reason(s) of deficiency: Leave of court is required to file this document. For corrective information, see section(s) D18 on http://www.laed.uscourts.gov/cmecf /Deficiency/deficiency.htm **Attention: Document must be refiled in its entirety within seven(7) calendar days; otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 12/17/2018.** (jeg) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/10/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 12/10/2018 | 20 | NOTICE by Steve J. Miguez *of Issuance of Order by United States Bankruptcy Court for the Western District of Louisiana*. (Attachments: # 1 Exhibit A)(Peck, Stewart) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/10/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 12/10/2018 | 21 | ORDER granting 18 Motion for Leave to File Reply. Signed by Judge Martin L.C. Feldman on 12/10/2018. (jeg) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/10/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 12/10/2018 | 22 | REPLY to Response to Motion filed by Steve J. Miguez re 3 MOTION to Transfer *Venue to the Western District of Louisiana*. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(jeg) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/10/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 12/11/2018 | 23 | EXPARTE/CONSENT MOTION for Leave to File *Reply Memorandum in Support of Motion for Summary Judgment* by SBN V FNBC LLC. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading SBN Reply ISO MSJ against Miguez, # 3 Exhibit A-LA-SOS Printout of SeaTran Marine, LLC, # 4 Exhibit B-LA-SOS Printout of Iberia Marine Service, LLC, # 5 Exhibit C-Supplemental Affidavit of Mark Kilcoin, # 6 Exhibit D-FDIC v. Stringer, No. 94-10668 (5th Cir. 1995))(Segrist, Peter) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/11/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 12/12/2018 | 🔒 | (Court only) DEFICIENT FILING DEADLINE TERMINATED : re 19 Notice (Other). (jeg) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/12/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 12/12/2018 | 24 | Correction of Docket Entry by Clerk re 23 MOTION for Leave to File *Reply Memorandum in Support of Motion for Summary Judgment*. **Document contains correct Judge, but incorrect Section. All future pleadings must reflect Section F Judge Martin L.C. Feldman. No further action necessary.** (jeg) [Transferred from Louisiana Eastern on 12/12/2018.] [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/12/2018), (QC'ed on 12/12/2018, by Whidden , C) |
| 12/12/2018 | 25 | ORDER AND REASONS: ORDERED that the defendant's motion to transfer venue is hereby GRANTED. FURTHER ORDERED that this matter be transferred to the Western District of Louisiana for referral to the Bankruptcy Court administering In re Mr. Steven LLC, No. 18-51277 (Bankr. W.D. La. 2018). Signed by Judge Martin L.C. Feldman on 12/12/18.(clc) [Transferred from Louisiana Eastern on 12/12/2018.] (Entered: 12/12/2018), (QC'ed on |

| | | |
|---|---|---|
| | | 12/12/2018, by Whidden , C) |
| 12/12/2018 | 🔒 26 | DISTRICT CASE transferred in from District of Louisiana Eastern; Case Number 2:18-cv-11016. Original file copy of transfer order and docket sheet received (Entered: 12/12/2018) |
| 12/12/2018 | 🔒 | (Court only) ***Reopen Document 23 MOTION for Leave to File *Reply Memorandum in Support of Motion for Summary Judgment*, 6 MOTION for Summary Judgment . Motions not ruled on. (crt,Whidden, C) (Entered: 12/12/2018) |
| 12/12/2018 | | CASE Assigned to Judge Michael J Juneau and Magistrate Judge Patrick J Hanna. (crt,Thigpen, M) (Entered: 12/13/2018) |
| 12/12/2018 | 27 | MINUTE ENTRY referring case to Bankruptcy Court: This action has been removed to this court from 24th JDC Jefferson Parish, Case Number 780,357A, and is being referred to U S Bankruptcy Court for an adversary case regarding bankruptcy case number 18-51277 on 12/12/2018. (crt,Thigpen, M) (Entered: 12/13/2018) |
| 12/12/2018 | 🔒 | (Court only) ***Civil Case Terminated. (crt,Thigpen, M) (Entered: 12/13/2018) |