# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| S B N V F N B C L L C | NO. 6:18–CV–01609–MJJ–PJH |
| VERSUS | JUDGE MICHAEL J JUNEAU |
| STEVE J MIGUEZ | MAGISTRATE JUDGE PATRICK J HANNA |

## MINUTE ENTRY

This action, originally filed as Case No. 780,357A in the 24th JDC Jefferson Parish has been removed to this court pursuant to 28 U.S.C. § 1452 or transferred pursuant to 28 U.S.C. § 1334 because of its relationship to Bankruptcy Case No. 18–51277

This matter is referred to the Bankruptcy Court and will be assigned an Adversary Case Number by the Bankruptcy Court in due course. All future filings should be electronically filed with the Clerk of the U.S. Bankruptcy Court in the Western District of Louisiana.

Any counsel of record not admitted to the Bar of this Court should within thirty (30) days from the date of this Minute Entry take steps to become admitted or, if not eligible, seek leave of court to participate as a visiting attorney. See LR83.2.2, 83.2.3 and 83.2.6.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  December 12, 2018.

TONY R. MOORE
CLERK OF COURT