# Nathan Guice

| | |
|---|---|
| **From:** | Charlie Tizzard <ctizzard@seatranmarine.com> |
| **Sent:** | Friday, August 25, 2017 3:44 PM |
| **To:** | Nathan Guice; Billy Guice |
| **Cc:** | BLAKE MIGUEZ |
| **Subject:** | FW: Draft for submittal to Seatran |
| **Attachments:** | MR STEVEN barecon 2001 draft.pdf; ATT00001.htm; 2752-yam-17-barecon_2001.pdf; ATT00002.htm |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

Nathan,
Per our conversation earlier today concerning the bareboat charter of the Mr. Steven, I have reviewed the Barecon as marked up by Billy; and I don't see any major issues in the terms and conditions. Some of the terms I would like to clarify are as follows:
1. Boxes 14 and 15. – These dates will be changed for a October15, 2017 commencement of the bareboat.
2. Box 26. – I will provide the wire instructions for the SeaTran account at our bank in New Iberia as soon as I receive the instructions from my accounting department.
3. Box 28. – It should state "12(b) applies".
4. Box 29. - $15,500,000.00 USD.
5. Box 31. – It should state "Breach of Warranty and Innocent Owner coverage". This would clarify the language in section 13.a of the Barecon.
6. Section 12. – I believe you advised Blake that Billy's addition to get the bank to confirm that no loan will be called… can be deleted.
7. Section 22. – Billy's right of first refusal language can be added, however, we want to extend the statement to include "and the third party offer is accepted by the Owner subject to the right of first refusal granted to the Charterer."
8. All other changes to the Barecon by Billy are acceptable to SeaTran.

We agree we need to get the CAD drawings from Gulf Craft and repair the hull bottom paint.

Please advise if any additional information is needed at this time.

Thanks.

Charles E. Tizzard
Executive Vice President and
Chief Financial Officer



SeaTran Marine, LLC
107 Highway 90 West
New Iberia, LA 70560
Direct Line: 985 509 7475

1

EXHIBIT D

Office: 985 631 9004
Cell: 337 201 1912 or 985 519 6794
ctizzard@seatranmarine.com
www.seatranmarine.com

**From:** Nathan Guice [mailto:nathan.guice@guiceoffshore.com]
**Sent:** Thursday, June 29, 2017 9:11 PM
**To:** Charlie Tizzard <ctizzard@seatranmarine.com>; Blake Miguez <blake@miguezcompanies.com>
**Subject:** Fwd: Draft for submittal to Seatran

See below and attached from Billy. We will get a typed cleaner version soon.

Nathan Guice
Guice Offshore

Begin forwarded message:

> **From:** "Billy Guice" <billy.guice@guiceoffshore.com>
> **To:** "Nathan Guice" <nathan.guice@guiceoffshore.com>
> **Cc:** "Asa Moss" <asa.moss@guiceoffshore.com>
> **Subject: Draft for submittal to Seatran**
>
> Nathan,
>
> Please provide Seatran with the attached draft to get the ball rolling. Also attached is a clean copy so they can compare against my edits. (Still trying to locate a Word copy and I have also started process to sign onto Bimco contract purchase site but it takes 24 hours).
>
> The boxes with yellow highlighter should be completed by Seatran.
>
> Regards,
>
> Billy Guice
>
> Guice Offshore LLC
> PO Box 4863
> Biloxi, MS 39535
> C: 832-922-1353
> www.guiceoffshore.com

GOtoSBNDoc 000337
18-51277 - #101-4  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit D-Email from C. Tizzard to N. Guice   et al.   Aug. 25   2017 Pg 2 of 2