UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

NO. 18-51277          CHAPTER 11

IN RE: MR. STEVEN, LLC, Debtor

Rule 30(B)(6) Deposition of MR. STEVEN, LLC through Representative BLAKE MIGUEZ, taken in the offices of Heller, Draper, Patrick, Horn & Manthey on Tuesday, December 11, 2018.

APPEARANCES:

   CARVER, DARDEN, KORETZKY, TESSIER, FINN,
   BLOSSMAN & AREAUX
   Attorneys at Law
   BY: DAVID F. WAGUESPACK, Esquire
   BY: PETER SEGRIST, Esquire
   1100 Poydras, Suite 3100
   New Orleans, Louisiana 70163

     ATTORNEYS FOR SBN V FNBC LLC

   HELLER, DRAPER, PATRICK, HORN & MANTHEY
   Attorneys at Law
   BY: DOUGLAS S. DRAPER, Esquire
   650 Poydras Street, Suite 2500
   New Orleans, Louisiana 70130

     ATTORNEYS FOR MR. STEVEN, LLC

   LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
   Attorneys at Law
   BY: STEWART F. PECK, Esquire
   601 Poydras Street, Suite 2775
   New Orleans, Louisiana 70130

     ATTORNEYS FOR SEATRAN MARINE


EXHIBIT E

AFFILIATED REPORTING
(504) 568-9111
www.affiliatedreporting.com
18-51277 - #101-5  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit E - Depo. of B. Miguez Excerpts Pg 1 of 3

1   APPEARANCES CONTINUED:
2
            RUSHING & GUICE
3           Attorneys at Law
            BY:  R. SCOTT WELLS, Esquire
4           1000 Government Street, Suite E
            Ocean Springs, Mississippi  39564
5
                ATTORNEYS FOR GUICE OFFSHORE
6

7   ALSO PRESENT: CHARLES TIZZARD
8
    REPORTED BY:
9
            LINDY ROOT
10          Certified Court Reporter
            Registered Professional Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AFFILIATED REPORTING
(504) 568-9111
www.affiliatedreporting.com
18-51277 - #101-5  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit E - Depo. of B. Miguez Excerpts Pg 2 of 3

1       BLAKE MIGUEZ,
2  after having been first duly sworn by the
3  above-mentioned court reporter, did testify
4  as follows:
5             (TESTIMONY OF BLAKE MIGUEZ.)
6  EXAMINATION BY MR. WAGUESPACK:
7  Q. Mr. Miguez, good afternoon. You were here,
8     and I know you're a lawyer. So I don't need
9     to go through the rules of a deposition for
10    you.
11 A. I'm not a practicing attorney, but I do have a
12    law degree.
13 Q. Okay. And you understand that I am going to
14    ask you questions, and you're required to
15    answer the questions verbally on the record so
16    that the court reporter --
17 A. To the best of my knowledge.
18 Q. -- can take down your responses.
19         MR. DRAPER:
20             He is worse than a lawyer. He's a
21         politician.
22         THE WITNESS:
23             I am a businessman and a public
24         servant.
25 EXAMINATION BY MR. WAGUESPACK:

AFFILIATED REPORTING
(504) 568-9111
www.affiliatedreporting.com
18-51277 - #101-5 File 12/17/18 Enter 12/17/18 10:13:10 Exhibit E - Depo. of B. Miguez Excerpts Pg 3 of 3