UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

NO. 18-51277                    CHAPTER 11

IN RE:  MR. STEVEN, LLC, Debtor

***PORTIONS OF THIS TRANSCRIPT ARE
SUBJECT TO A PROTECTIVE ORDER***

Rule 30(B)(6) Deposition of MR. STEVEN, LLC through Representative CHARLES TIZZARD, taken in the offices of Heller, Draper, Patrick, Horn & Manthey on Tuesday, December 11, 2018.

APPEARANCES:

   CARVER, DARDEN, KORETZKY, TESSIER, FINN,
   BLOSSMAN & AREAUX
   Attorneys at Law
   BY:  DAVID F. WAGUESPACK, Esquire
   BY:  PETER SEGRIST, Esquire
   1100 Poydras, Suite 3100
   New Orleans, Louisiana 70163

      ATTORNEYS FOR SBN V FNBC LLC


   HELLER, DRAPER, PATRICK, HORN & MANTHEY
   Attorneys at Law
   BY:  DOUGLAS S. DRAPER, Esquire
   650 Poydras Street, Suite 2500
   New Orleans, Louisiana  70130

      ATTORNEYS FOR MR. STEVEN, LLC


   LUGENBUHL, WHEATON, PECK, RANKIN &
   HUBBARD
   Attorneys at Law
   BY:  STEWART F. PECK, Esquire
   601 Poydras Street, Suite 2775
   New Orleans, Louisiana  70130

      ATTORNEYS FOR SEATRAN MARINE



AFFILIATED REPORTING
(504) 568-9111
www.affiliatedreporting.com
18-51277 - #101-6  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit F - Depo. of C. Tizzard   Excerpts Pg 1 of 4

1  APPEARANCES CONTINUED:
2
3           RUSHING & GUICE
            Attorneys at Law
4           BY:  R. SCOTT WELLS, Esquire
            1000 Government Street, Suite E
5           Ocean Springs, Mississippi  39564

6              ATTORNEYS FOR GUICE OFFSHORE

7  ALSO PRESENT:  BLAKE MIGUEZ
8
9  REPORTED BY:

10          LINDY ROOT
            Certified Court Reporter
11          Registered Professional Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AFFILIATED REPORTING
(504) 568-9111
www.affiliatedreporting.com
18-51277 - #101-6  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit F - Depo. of C. Tizzard   Excerpts Pg 2 of 4

1   A. Various topics.
2        I mean you provided an Exhibit A of
3   different issues that you wanted to talk about
4   today, and we kind of reviewed what might come
5   up, and I refreshed myself on some of the
6   issues.
7   Q. Did y'all talk about how you would answer
8   certain types of questions?
9      MR. PECK:
10         I object. I'm SeaTran's lawyer. Any
11       discussions with me on it are
12       attorney/client privilege.
13        I will interpose attorney/client
14       privilege as SeaTran's lawyer in terms
15       of SeaTran.
16        I don't know about the debtor.
17      MR. WAGUESPACK:
18        Well, Mr. Draper was there so --
19      MR. DRAPER:
20        There is a joint defense agreement
21       between us.
22      MR. WAGUESPACK:
23        Is there a joint defense agreement?
24      MR. DRAPER:
25        Joint defense agreement between

AFFILIATED REPORTING
(504) 568-9111
www.affiliatedreporting.com
18-51277 - #101-6 File 12/17/18 Enter 12/17/18 10:13:10 Exhibit F - Depo. of C. Tizzard Excerpts Pg 3 of 4

1      Mr. Peck and myself.
2           MR. WAGUESPACK:
3               Is it in writing?
4           MR. DRAPER:
5               No. Doesn't have to be.
6           MR. PECK:
7               I agree we have a joint defense
8           understanding.
9      EXAMINATION BY MR. WAGUESPACK:
10     Q. Are you aware if the debtor obtained court
11        approval for a joint defense agreement in this
12        case with anyone?
13     A. No, I'm not aware.
14     Q. Did you take part in the negotiation of the
15        joint defense agreement?
16     A. No.
17     Q. Are you aware that one exists?
18     A. No.
19          MR. WAGUESPACK:
20              I would ask additional questions, but
21          I assume based on your objection that I
22          will be met with similar objections to
23          additional questions about what was
24          discussed in the meeting.
25              Is that correct?

AFFILIATED REPORTING
(504) 568-9111
www.affiliatedreporting.com
18-51277 - #101-6  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit F - Depo. of C. Tizzard   Excerpts Pg 4 of 4