**From:** Nathan Guice
**Date:** Oct 12, 2018, 8:21 AM -0500
**To:** Blake Miguez (bmiguez@seatranmarine.com)
**Subject:** Mr Steven

As discussed, we agree to extend the Mr. Steven bareboat contract on a month-to-month basis for the foreseeable future. Same terms and conditions apply.

Thanks,

Nathan Guice

*Guice Offshore, LLC*

*Mob: 504 273 3874*

*Off: 985 801 4051*

1

