Section 341 Meeting of Creditors
Case Number 18-51277
Tuesday, November 27, 2018
11:00 a.m.

In re:  Mr. Steven, L.L.C., Debtor (Chapter 11)
Case No. 18-51277, United States Bankruptcy Court
Western District of Louisiana, Lafayette Division


Transcript Prepared By:



720-287-3710
1780 S. Bellaire St.
Suite 400
Denver, CO 80222



```
1   McCulloch:  My name is Gail McCulloch.  I am an attorney with

2              the Office of the United States Trustee.  Today is

3              Tuesday, November 27th.  It's 1:00.  This is the

4              meeting of creditors being held pursuant to Section

5              341 of the bankruptcy code in the case of Mr. Steven,

6              LLC, Case Number 18-51277.  This, uh, case was filed

7              in the Lafayette Division of the Bankruptcy Court for

8              the western district of Louisiana on October 3rd,

9              2018.  The purpose of this meeting is to examine the

10             debtor and to be heard on the administration of the

11             case.  This meeting is being electronically recorded.

12             Creditors and parties in interest will be given an

13             opportunity to ask questions if they so desire.  If

14             any creditor wishes to ask questions, you'll need to

15             identify yourself and the credit you represent for the

16             record when you're called forward.  The United Trustee

17             will, uh -- has not yet appointed a committee of

18             unsecured, uh -- unsecured creditors committee.  If we

19             do determine at some point that we have a sufficient

20             number of acceptances, then a committee may be

21             appointed at a future time.  I've already stated on

22             the record and explained to the people in attendance

23             that we're going to hold a very short 341 this time

24             from the standpoint of the United States Trustee, as

25             far as their questioning.  It's the understanding of
```

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 2 of 34

```
1          the U.S. Trustee that there will be, uh, amendments to
2          the schedules and statements filed for Mr. Steven,
3          LLC.  Also, a number of related entities have recently
4          filed and we're going to hold -- continue the meeting
5          in Mr. Steven, LLC to be held with the 341 meeting of
6          those related entities, uh, scheduled for December
7          18th.  At that time we'll -- we'll do our complete
8          questioning for the U.S. Trustee.  Okay.  At this
9          point, please identify the people who are going to
10         testify on behalf of the debtor.
11  Landry:    Ryan Landry.
12  McCulloch:  And?
13  Miguez:    Steve Miguez.
14  McCulloch:  Okay.  Uh, will both of you be testifying?  I'm
15         going to swear you both, just in case it comes up.
16  Miguez:    Yes.
17  Landry:    Yes.
18  McCulloch:  Okay.  Mr. Miguez, please provide picture
19         identification for me.  I'm looking at a valid end
20         date personal driver's license from the state of
21         Louisiana that shows that Mr. Miguez is the person
22         appearing here today on behalf of the debtor and I'm
23         returning that driver's license.  Thanks.  I'm looking
24         at a valid end date Louisiana personal driver's
25         license showing that the person appearing here today
```

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 3 of 34

```
1              is Ryan Anthony Landry, and I am returning that
2              driver's license to him at this time.
3   Landry:   Thank you.
4   McCulloch: Okay.  Mr. Miguez, please raise your right hand and
5              state your name.
6   Miguez:   Steven J. Miguez.
7   McCulloch: Do you swear or affirm under penalty of perjury that
8              the statements you make here today are the truth, the
9              whole truth, and nothing but the truth?
10  Miguez:   I do.
11  McCulloch: Okay, put your hand down.  Okay, please raise your
12             right hand and state your name.
13  Landry:   Ryan Landry.
14  McCulloch: Do you swear or affirm under penalty of perjury that
15             the statements you make here today are the truth, the
16             whole truth, and nothing but the truth?
17  Landry:   I do.
18  McCulloch: Okay.  Okay, just a few preliminary questions, and
19             before we start, the main, uh, thing that I need to
20             get here today is full and truthful information and
21             responses to my questions, so if you don't understand
22             them -- if I start talking -- every business has its
23             own language.  I'm sure yours does.  If we start
24             talking a way you don't understand, stop me.  Uh, if
25             it's the way I phrased the question, I'll try to --
```

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 4 of 34

```
 1           you know, phrase it so you understand it.  If we're

 2           starting to talk with a bunch of lawyer -- bankruptcy

 3           lawyer stuff, we'll translate that into something

 4           that's more meaningful for you.  I do want you to

 5           understand the questions.  Do you understand?

 6 Miguez:   Yes, ma'am.

 7 McCulloch:  Okay.  And, uh -- do you have -- and you need to

 8           always -- I need a yes or no --

 9 Landry:   Yes.

10 McCulloch:  -- for any question.  Okay.  Are there any

11           conditions, emotional, physical, or anything that

12           would prevent you from fully understanding and

13           responding to the questions today?

14 Landry:   No.

15 McCulloch:  All right, I'll just do a few preliminary questions.

16           Uh -- who signed the sche- -- the petition schedule

17           statements and related documents on behalf of the

18           diabetic?

19 Landry:   Steve did.

20 Miguez:   Mmm-hmm.

21 McCulloch:  Okay.  Did you read or review them before you signed

22           them?

23 Miguez:   Uh, I glanced over them.  I really don't -- really

24           don't understand it.

25 McCulloch:  Okay, uh -- are you familiar with the information in
```

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 5 of 34

| | |
|---|---|
| 1 | the schedules and statements? |
| 2 | Miguez: Pretty much, yeah. |
| 3 | McCulloch: Okay. |
| 4 | Miguez: I -- I would think so. |
| 5 | McCulloch: Who provided the information that went in the |
| 6 | schedules and the statements? |
| 7 | Miguez: Uh, Mr. Landry. |
| 8 | McCulloch: Okay. Explain to me the difference then. You |
| 9 | signed them, so I'm assuming you're the one that had |
| 10 | authority -- |
| 11 | Miguez: Mmm-hmm. |
| 12 | McCulloch: -- to act the LLC. Is that correct? |
| 13 | Miguez: Yes. |
| 14 | McCulloch: Mr. Landry, you had the basic information that was |
| 15 | used to, uh -- |
| 16 | Landry: Yes, ma'am. |
| 17 | McCulloch: -- complete -- is that correct? |
| 18 | Landry: I did. |
| 19 | McCulloch: Okay, uh, and what's your position with the company? |
| 20 | Landry: I'm director of finance and controller. |
| 21 | McCulloch: Okay. |
| 22 | Draper: He handles the books and records, so for example, |
| 23 | let's say there was a bill to Stuart Peck (ph) for -- |
| 24 | McCulloch: Mmm-hmm. |
| 25 | Draper: -- outrageous legal fees. It would be on the -- |

```
 1  Male:      Ignore him.  Let's move on.
 2  Draper:    It would be --
 3  Miguez:    I'll (inaudible - 00:05:05)
 4  Draper:    Mr. Landry would know the total dollar amount.  He --
 5             Steve would just know that it's outrageous.
 6  McCulloch: Okay.  I'm just trying to make sure that I phrase my
 7             questions upfront, so that when you're asking
 8             questions, that everybody understands.  Okay, Mr.
 9             Landry, are you personally familiar with the
10             information contained within the petition schedule
11             statements and related documents?
12  Landry:    Yes.
13  McCulloch: Okay, I'm not going to through that list every time,
14             I'm just going to say bankruptcy documents.
15  Landry:    Okay.
16  McCulloch: By that, I mean every document --
17  Landry:    Right.
18  McCulloch: -- that you provided the information for that's been
19             filed in the bankruptcy, okay?
20  Landry:    Okay.
21  McCulloch: To the best of your knowledge, is the information
22             contained in the bankruptcy documents true and
23             correct?
24  Landry:    Yes.
25  Draper:    Gail, just so you know -- I've looked at these.
```

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 7 of 34

1        There's certain legal decisions that I've made in
2        looking at the schedules that require them to be
3        amended, dealing with both relationships to the
4        entities -- certain other creditors that fall into
5        here, so the information that's here was based upon
6        one set of -- some set of advice.  The information
7        that will be on the schedules as amended will -- looks
8        like my views of the answers to certain questions.
9  McCulloch:  Okay, then let me see if I understand this
10       correctly.  Uh --
11 Draper:   I -- I'll give you an example.
12 McCulloch:  Okay.
13 Draper:   The best example is the definition of affiliates.  I
14       think there's some information showing they're -- some
15       information showing that there are no affiliates.
16       There were seven affiliates, if you go through certain
17       attribution issues.  The other boats are affiliates to
18       these, and so that's why I'm just saying that there
19       are -- there are -- there are things that are in here
20       that I think need to be modified.
21 McCulloch:  Okay, and I understand then, and from what I
22       understand, I'm asking Mr. Landry about, you know,
23       information contained in the schedules and statements
24       to the extent that you as counsel believes that
25       information, uh --

1  Draper:    Needs to be modi- --

2  McCulloch:  Because of legal issues, needs to be modified.

3  Draper:    Right.

4  McCulloch:  You may do so in the schedules and statements.

5           Okay.  Mr. Landry, are there any errors or omissions

6           you need to bring to my attention at this time?

7  Landry:    The, uh -- the creditor list, I believe --

8  Draper:    Well, uh --

9  Landry:    -- is one -- one aspect that we're -- we're needing to

10          modify.

11 Draper:    There are other creditors that were not picked up.

12 McCulloch:  Okay, other -- because that is a specific question.

13          My next question.  Other than the creditors list, are

14          you aware of any errors or omissions?

15 Draper:    No, I'm not aware of any.

16 McCulloch:  Are all of the debtors assets listed in the

17          schedules?

18 Landry:    Yes.

19 McCulloch:  Are all creditors of the debtor listed in the

20          schedule?

21 Landry:    That's going back to the previous question.

22 McCulloch:  Okay.  Has this debtor ever filed bankruptcy before?

23 Landry:    No.

24 McCulloch:  Has a debtor and possession account been established

25          in an authorized depository?

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 9 of 34

```
1   Landry:   Yes.
2   McCulloch:  Who are the authorized signatories?
3   Landry:   Steven J. Miguez.
4   McCulloch:  Is that the only one?
5   Landry:   Yes.
6   McCulloch:  Okay, and we can switch back, I guess --
7   Draper:   Mmm-hmm.
8   McCulloch:  -- to whichever one.  I only wanted to direct it to
9             you if --
10  Landry:   Certainly.
11  McCulloch:  -- you were the one who had the basic information
12            about the schedules and statements now.
13  Landry:   Sure.
14  McCulloch:  Uh, Mr. Miguez, or whichever one of you is most
15            familiar with it, uh -- the other thing I need to let
16            you know is when two people testify for a debtor like
17            this, that's -- there's no problem with that, but if
18            one of you gives me an answer -- if the other one
19            doesn't speak up if you believe it to be incorrect or
20            incomplete or in any way to require something so that
21            it'll be the most truthful and complete information
22            possible, you have a duty to speak up.  If one of you
23            listens to the other one's testimony, doesn't make any
24            corrections or additions, then I'm assuming that you
25            agree with that testimony in its entirety.
```

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8 File 12/17/18 Enter 12/17/18 10:13:10 Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 10 of 34

1  Landry:   Okay.

2  McCulloch:  Is that o- -- understandable?

3  Landry:   Yes.

4  Miguez:   Yeah.

5  McCulloch:  Okay.  Uh, okay, Mr. Miguez, you're the authorized

6          signatory, is that correct?

7  Miguez:   Correct.

8  McCulloch:  Has the debtor closed all of its prepetition bank

9          accounts?

10  Miguez:   Yes.

11  McCulloch:  Okay, uh -- how many bank accounts does the title

12          have now?

13  Miguez:   One.

14  McCulloch:  And where is that located?

15  Miguez:   Community First Bank.

16  McCulloch:  Does the debtor maintain any other bank accounts?

17  Miguez:   No.

18  McCulloch:  Does the debtor have any funds, uh, such as third

19          party deposits, escrows, or trust accounts?

20  Draper:   Yes.  There's a deposit with --

21  Miguez:   SeaTran Marine.

22  Draper:   -- with SeaTran Marine.

23  McCulloch:  Okay.  Uh -- sometimes people have trouble

24          understanding this question.  Does the debtor maintain

25          its own separate bank account and separate funds?

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC  Pg 11 of 34

```
 1   Landry:   Yes.
 2   McCulloch:  Okay, because a lot of times if you have a situation
 3            like this --
 4   Landry:   No, it's in its own, separate bank account.
 5   McCulloch:  -- there's some -- it goes up to a mothership and
 6            then --
 7   Landry:   No, ma'am.  No.
 8   McCulloch:  -- passes down.
 9   Landry:   It's got its -- there's one bank account for the Mr.
10            Steven, LLC at Community First Bank and there is a
11            debtor and possession account.
12   McCulloch:  Okay.  Are all licenses and permits needed by the
13            debtor current?
14   Landry:   Yes.
15   McCulloch:  Okay, and what kind of licenses and permits are
16            needed?
17   Landry:   The United States Coastguard Certificate of
18            Inspection.
19   McCulloch:  Anything else?
20   Landry:   Uh, Certificate of Documentation with the Coastguard.
21   McCulloch:  Okay.  Are all physical assets of the debtor insured
22            against loss?
23   Landry:   Yes.
24   McCulloch:  Okay, something happened to the boat, it's insured.
25            Is that correct?
```

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 12 of 34

1  Miguez:    Yeah.

2  McCulloch:  Uh, is there liability insurance?  Somebody trips

3            and falls on the boat, are you covered?

4  Landry:    Yes.

5  McCulloch:  Okay.  Does the debtor have any employees?

6  Landry:    Not directly.

7  McCulloch:  Just give me a brief -- I mean --

8  Landry:    No.

9  McCulloch:  Okay, what do they do?  Like, they contract with

10            somebody?

11  Landry:    They contract SeaTran Marine to --

12  (CROSSTALK)

13  McCulloch:  Okay, these series of questions -- I -- I'm sorry, I

14            didn't mean to cut you off.

15  Landry:    Oh, it's okay.

16  McCulloch:  But my series of questions are really designed to

17            determine if you need to have worker's compensation

18            insurance.

19  Landry:    No.  Okay, there -- there are no employees.

20  McCulloch:  Okay.  Has the debtor paid any prepetition debt

21            after the filing?

22  Landry:    No.

23  McCulloch:  Has the -- any professionals been paid after the

24            filing?

25  Landry:    No.

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 13 of 34

```
 1   McCulloch:  Who is the primary -- uh, who are the members of the
 2              LLC?
 3   Landry:   Steven J. Miguez.  I'm sorry, I'd -- RB (ph) Crew Boat
 4              and Marine Service is the member.
 5   McCulloch:  Is that the sole member?
 6   Landry:   That is the sole member.  Steven Miguez is the
 7              managing member.  Is the manager.
 8   McCulloch:  Manager.  Okay.  Uh, all right, some of these
 9              questions I will hold until we have everything.  Uh,
10              this has already been addressed to some extent by the
11              debtor's attorney.  I have a number of questions about
12              affiliates, but you believe that the schedules and
13              statements will be amended in that regard?
14   Draper:   Yes.
15   McCulloch:  Did the debtor's operations produce or have any
16              environmental concerns?
17   Landry:   No.
18   McCulloch:  Does the debtor have any asbestos-related claims?
19   Landry:   No.
20   McCulloch:  Is the debtor involved in the manufacture of
21              asbestos?
22   Landry:   No.
23   McCulloch:  Does anybody have any, uh, claims -- uh, asbestos-
24              related claims against the debtor?
25   Landry:   No.
```

```
1   McCulloch:  Okay, one thing that will come up, uh, before
2               December 18th -- do you understand the need to file
3               monthly operating reports?
4   Landry:    Yes.
5   McCulloch:  Who will be filing them?  I'm sorry, who will be --
6               who will be preparing monthly operating reports?
7   Landry:    I'll be preparing, with assistance from Mr. Draper's
8               staff.
9   McCulloch:  Okay, uh -- do they have a direct access statement
10              as far as contacting us, or are we going through you?
11  Draper:    No, you -- they should go -- I'm supposed to bring
12              something, correct.
13  Landry:    Yeah.  Yeah.  That's correct.
14  Draper:    I don't have it.
15  Landry:    Okay.
16  Draper:    I'll send them to you.
17  McCulloch:  Hmm.  What are you going to send?  What's it going
18              to say?
19  Draper:    It says you can talk to them.
20  McCulloch:  Okay.
21  Landry:    Okay.
22  McCulloch:  Well, I can't, but you have a very experienced, very
23              good analyst on this case.  If you have questions when
24              you're filling out the monthly operating reports, uh -
25              - rather than you spending a long time filling them
```

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

| | |
|---|---|
| 1 | out wrong, sending them to us, we spend a long time |
| 2 | telling you filled them out wrong -- go ahead and take |
| 3 | advantage of that. |
| 4 | Landry: Okay. |
| 5 | McCulloch: Uh, you know, if you want to -- how you do this -- |
| 6 | Landry: All right. |
| 7 | McCulloch: A lot of times we'll try to work with you. If you |
| 8 | have the same information, but possibly in a little |
| 9 | different format, if we can accept it, we will. The |
| 10 | main thing is I tell people don't call Julie 11 times |
| 11 | with one question. Call her one time with 11 |
| 12 | questions. |
| 13 | Landry: All right. Sure. |
| 14 | McCulloch: But she is very helpful and will be very glad -- |
| 15 | Landry: Okay. |
| 16 | McCulloch: -- you know, to the extent we can assist you in |
| 17 | making that, you know, uh -- a smooth process, because |
| 18 | the other thing I can tell you is monthly operating |
| 19 | reports are absolutely critical to this bankruptcy, uh |
| 20 | -- creditors rights, they're being held at bay. We're |
| 21 | charging -- you know, we're watching this case. We |
| 22 | want to make sure that, at least, it's heading in the |
| 23 | right direction. Without monthly operating reports, |
| 24 | we cannot make that determination. I get really very |
| 25 | nervous when they get late is because my experience -- |

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8 File 12/17/18 Enter 12/17/18 10:13:10 Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 16 of 34

1   Landry:   All right.

2   McCulloch:  -- has taught me that sometimes people aren't filing

3           -- sometimes they have a good reason that they don't

4           want to make that information public, so please stay

5           current on those.

6   Landry:   Okay.

7   McCulloch:  And we get people who have lives, stuff happens.  If

8           you're going to be three or four days late, just let

9           our office know.  Uh, we can't change the deadline.

10          It's set in the, uh -- order to the debtor and

11          possession, but generally speaking, uh -- we're --

12          we're usually the first, uh -- first chicken to squawk

13          if we think something's going wrong in the monthly

14          operating report, so if you'll just let us know if

15          there is going to be some delay in that, we'll try to,

16          uh -- try to work with you on it.  I'm trying to think

17          -- I don't know that you will have any kind of, uh --

18          U.S. Trustee fee issues.  They filed in October?

19  Draper:   Yes.

20  McCulloch:  Okay.

21  Landry:   On October 3rd.

22  McCulloch:  All right, then I can -- you can do my lengthy, uh -

23          - my lengthy U.S. Trustee speech at the continued

24          meeting so y'all only have to hear it once.  Uh -- are

25          there any creditors present who would like to ask

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 17 of 34

```
 1              their limited 341 questions.  Come on up, state your

 2              name for the record.  And you're welcome to bring a

 3              chair.  Make sure you speak up loud enough that the

 4              recorder can pick you up.

 5   Segrist:  Sure.  Uh, Peter Segrist for SBN.  Uh, good afternoon.

 6              Uh, Mr. Landry, I'm sorry, could you repeat your

 7              title?

 8   Landry:   Ryan Landry.  Director of Finance and Controller.

 9   Segrist:  And you were responsible for preparing the initial

10              creditor list in this case?

11   Landry:   That is correct.

12   Segrist:  Why, uh -- why was it that all the creditors weren't

13              disclosed in the -- in the first instance?

14   Landry:   We were on our --

15   Draper:   Uh, hold it.  Hold it, hold it, hold it.  That's a,

16              uh, lawyer/client privilege issue between -- what --

17              as to what was said to him by Mr. Cheatham (ph), as

18              well as what was said to him by me, so, uh -- I'm

19              invoking lawyer -- lawyer/client privilege.

20   Segrist:  As to why the creditors weren't disclosed on the

21              scoring schedules (ph)?

22   Draper:   There was certain information -- that -- no, what was

23              told to them was certain things were told to them by

24              Mr. Cheatham as to what needed to be included, and

25              what needed to be included by me.  And so, I'm -- I'm
```

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 18 of 34

| | | |
|---|---|---|
| 1 | | -- it's a lawyer/client privilege issue. |
| 2 | Segrist: | Okay, we'll reserve rights on that issue. |
| 3 | Draper: | That's fine. |
| 4 | Segrist: | But -- but sitting here today, who were the other |
| 5 | | creditors that were not disclosed on that statement? |
| 6 | Landry: | I'm not sure if I know those right offhand. I don't |
| 7 | | have that information with me. |
| 8 | Segrist: | Uh, are there any other -- are there any other |
| 9 | | creditors who have any rights in the -- the Mr. Steven |
| 10 | | that were not disclosed? |
| 11 | Draper: | What do you mean by rights? |
| 12 | Segrist: | Lien rights. Mortgage of any kind. |
| 13 | Draper: | Uh, what -- that has not been analyzed, yet. |
| 14 | Segrist: | So, your -- your answer is you don't know? |
| 15 | Landry: | No, I'm not aware. |
| 16 | Draper: | It's a legal issue and what -- we're going to look at |
| 17 | | that. |
| 18 | Landry: | We're deferring to our attorney to figure that out. |
| 19 | Segrist: | You don't -- you don't know whether the debtor granted |
| 20 | | any rights in the Mr. Steven to any other -- |
| 21 | Draper: | Uh -- |
| 22 | Segrist: | -- creditor? |
| 23 | Draper: | There -- there are other rights other than the |
| 24 | | granting of a mortgage. There are, as you know, |
| 25 | | inchoate legal rights that exist, there are rights of |

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8 File 12/17/18 Enter 12/17/18 10:13:10 Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 19 of 34

|    |           |                                                       |
|----|-----------|-------------------------------------------------------|
| 1  |           | recoupment, there are rights of set off.  Those things |
| 2  |           | need to be analyzed and reviewed.  Those are -- those |
| 3  |           | are not granted, those are rights by operational law. |
| 4  |           | If you're asking him are there other mortgages that   |
| 5  |           | they signed consensually, that's -- you can ask that  |
| 6  |           | question.                                             |
| 7  | Segrist:  | Do -- do we need to swear in Mr. Draper?              |
| 8  | Draper:   | No.                                                   |
| 9  | McCulloch:| No, and I was sitting there, struggling with that,   |
| 10 |           | but I believe the point he's making is that from the |
| 11 |           | op- -- I really -- operational law, things may come up |
| 12 |           | with -- I would not expect a layman to understand some |
| 13 |           | kind of right that arises by operation of law.  I     |
| 14 |           | would expect that he would be able to tell you if they |
| 15 |           | granted consensually a document that granted it, uh -- |
| 16 |           | in a mortgage or something like that, so I'm totally  |
| 17 |           | fine --                                               |
| 18 | Segrist:  | Fair enough.                                          |
| 19 | McCulloch:| -- with that, but I do understand the point that a   |
| 20 |           | layman's not going to know what's going on out there  |
| 21 |           | that arises by operation of law.                      |
| 22 | Segrist:  | To your knowledge, there's no other mortgages on Mr.  |
| 23 |           | Steven, correct?                                      |
| 24 | Landry:   | Correct.                                              |
| 25 | Segrist:  | Okay.  Uh, you said that, uh, the -- the debtor       |

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 20 of 34

| 1 | | contracts with SeaTran Marine? |
| 2 | Landry: | Correct. |
| 3 | Segrist: | Uh, I noticed in the -- the schedules, the only |
| 4 | | contract listed was one with Iberia Marine. So there |
| 5 | | -- there's a separate agreement between the debtor and |
| 6 | | SeaTran Marine? |
| 7 | Draper: | There -- there is no written agreement between the |
| 8 | | debtor. We're -- we're looking at them. I don't |
| 9 | | believe there's a written agreement between the debtor |
| 10 | | and SeaTran Marine. It -- I think there's a -- |
| 11 | | there's an understanding between the debtor and Iberia |
| 12 | | Marine and then Iberia -- |
| 13 | Miguez: | There's a written agreement. There's a written |
| 14 | | agreement as well. |
| 15 | Segrist: | I'm sorry? |
| 16 | Draper: | With -- we -- we -- |
| 17 | McCulloch: | Okay, let's -- let's make sure that everybody that's |
| 18 | | speaking is talking. |
| 19 | (CROSSTALK) | |
| 20 | McCulloch: | Uh, that is identifying themselves, and -- |
| 21 | Draper: | There's a -- there's an agreement that you have a copy |
| 22 | | of. We're analyzing that and whatever agreements I've |
| 23 | | agreed to produce by Friday. |
| 24 | Segrist: | I don't -- I don't know what -- what agreement you're |
| 25 | | referring to. Let's -- uh -- |

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 21 of 34

```
1   Draper:   Let -- let me put it --
2   Segrist:  I can make this very simple.  I can make this very
3             simple.  The debtor contracts with whom for the
4             operation of the Mr. Steven?
5   Landry:   Indirectly?
6   Segrist:  Directly.
7   Landry:   Directly?  Iberia Marine Service.
8   Segrist:  Okay, and is that a written agreement?
9   Landry:   That I'm not aware of.
10  Segrist:  You don't know or there is no written agreement?
11  Landry:   No, I'm not aware if there is one or not.  That's
12            above my paygrade.
13  McCulloch:  Mr. Miguez -- I mean, really, I am interested --
14            this is a complicated case, it's not your every day,
15            garden variety case, but I am interested in my sworn
16            witnesses answering the questions.  If -- if they're
17            unable to and it takes something -- but I -- I think
18            Mr. Miguez at least needs to be on the record on that,
19            as far as if he's aware of a written agreement.  That
20            -- that seems to be a pretty straightforward question.
21  Miguez:   Uh, I -- I really don't know.  I don't --
22  McCulloch:  And sorry, I need you to speak up.  I'm not --
23  Miguez:   I don't -- I don't -- I don't know.
24  McCulloch:  Okay.
25  Segrist:  So neither -- I just want to be clear.  Neither of you
```

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 22 of 34

|     |          |                                                        |
| --- | -------- | ------------------------------------------------------ |
| 1   |          | know whether there is any written agreement between    |
| 2   |          | debtor and Iberia Marine?  That's correct?             |
| 3   | Landry:  | There is a -- an agreement.  I'm not sure if it's      |
| 4   |          | written or verbal.                                     |
| 5   | Segrist: | Is there any other person who would know that          |
| 6   |          | information to a certainty?                            |
| 7   | Draper:  | Whatever we have, we will produce.                     |
| 8   | Segrist: | I'm -- I'm -- I'm --                                    |
| 9   | Draper:  | I -- I -- I hear you, and -- and whatever we have, we  |
| 10  |          | will produce.                                          |
| 11  | Segrist: | If there's -- if there's not a written agreement,      |
| 12  |          | that's -- that's all I'm looking for, is whether or    |
| 13  |          | not there's a written agreement.                       |
| 14  | Draper:  | There --                                               |
| 15  | Segrist: | And -- and if you don't know --                        |
| 16  | Landry:  | Yeah, I -- I'm not for sure --                         |
| 17  | Segrist: | -- and if there's some other officer or --             |
| 18  | Draper:  | There -- there --                                      |
| 19  | Segrist: | -- employee who might have that information, I would   |
| 20  |          | ask that you please identify that person.              |
| 21  | Draper:  | Just -- just so you understand what we're saying,      |
| 22  |          | there is an agreement.  We will produce it.  What      |
| 23  |          | they're saying to you is whether it goes from Mr.      |
| 24  |          | Steven to Iberia Marine or Mr. Steven to SeaTran is a  |
| 25  |          | legal -- basically a legal determination.  The written |

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

| | |
|---|---|
| 1 | agreement, you will have, and you can make a |
| 2 | determination as to who it revolves around. |
| 3 | McCulloch: Okay, I am a little interested in that. As I |
| 4 | understand it then, this is the question that I would |
| 5 | like answered. Is there a written agreement? |
| 6 | Draper: There is a written agreement. |
| 7 | McCulloch: Okay. |
| 8 | Draper: There are multiple parties to that written agreement. |
| 9 | McCulloch: Okay. |
| 10 | Draper: And so how you -- how you read that agreement is |
| 11 | subject to interpretation. |
| 12 | McCulloch: Mmm-hmm. |
| 13 | Draper: Prior to that written agreement, there was an oral |
| 14 | understanding that was disclosed to the bank and -- as |
| 15 | to how they functioned before. |
| 16 | McCulloch: Okay. As long -- I just wanted to make sure that -- |
| 17 | I was not even certain that we were saying if there |
| 18 | was or was not a written agreement. |
| 19 | Draper: The -- there -- |
| 20 | McCulloch: If there's a written agreement, it's going to be |
| 21 | produced as part of the -- |
| 22 | Draper: Right. |
| 23 | McCulloch: -- the big agreement, so -- |
| 24 | Draper: But there -- there are multiple parties to that |
| 25 | agreement with -- |

```
 1   McCulloch:  Right.

 2   Draper:   -- a lot of -- uh -- the parties who intervened, and

 3             so how you read how it flows is -- is a --

 4   McCulloch:  Mmm-hmm.

 5   Draper:   It -- that's why --

 6   McCulloch:  I understand.

 7   Draper:   That's why it's a difficult question to answer.  It

 8             goes to a legal issue as to who -- we can tell you who

 9             the parties are, but that's -- that's all it -- the --

10             how the relationships run --

11   McCulloch:  Right, no, and I understand.  I understand that

12             there may be some subject under the written agreement,

13             but there is a written agreement with multiple

14             parties?

15   Draper:   Right.  Yes.

16   McCulloch:  Okay.

17   Segrist:  And who -- who is that agreement -- who are the

18             parties to that agreement?

19   Draper:   You -- you can --

20   Landry:   Oh, uh -- I'm not sure.  I've not seen the agreement.

21   Draper:   Okay.

22   Landry:   That's what I just mentioned to you.

23   Segrist:  Is that your testimony as well?

24   Miguez:   Yeah, uh -- yeah.

25   Segrist:  Okay, uh --
```

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC  Pg 25 of 34

```
1   Draper:   I -- I --
2   Segrist:  -- do you know what the date of the agreement was?
3   Miguez:   No, I don't.
4   Segrist:  Okay.  Do you know if the agreement's still in effect
5             today?
6   Miguez:   That I'm not aware.  I'm not sure.
7   Segrist:  Okay, and what is the debtor being, uh, paid on a
8             monthly basis under that agreement?
9   Landry:   What is the debtor being paid?
10  Segrist:  Yes, sir.
11  Landry:   I don't -- I don't know if I understand your question.
12  Segrist:  The debtor has identified, uh, revenue --
13  Landry:   Mmm-hmm.
14  Segrist:  -- in its schedules.  I think to date it's this year
15            around $800,000.
16  Landry:   Mmm-hmm.
17  Segrist:  Uh, what -- how is that revenue being generated?
18  Landry:   By the leasing of the Mr. Steven -- through its
19            operating agreement to the end user.
20  Segrist:  Who is paying the debtor?
21  Landry:   Who is paying the debtor?
22  Segrist:  Yes.
23  Landry:   The debtor's obligated to be paid by Iberia Marine.
24  Segrist:  Is Iberia Marine actually paying the debtor?
25  Landry:   I'm not sure there have been any payments made.  Money
```

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 26 of 34

|   |   |
|---|---|
| 1 | has been held in escrow.  So there are -- there are no |
| 2 | funds to pay. |
| 3 | Segrist: When was the -- I'm -- I'm -- I'm confused.  The -- |
| 4 | the schedules listed revenue to date of $800,000. |
| 5 | Landry:  Mmm-hmm.  Right. |
| 6 | Segrist: Those are monies that were actually received, correct? |
| 7 | Landry:  Those are monies that are owed.  Those are booked -- |
| 8 | Draper:  It -- it's on -- it's on an accrual basis. |
| 9 | Landry:  I -- correct.  Invoices that are booked on accrual |
| 10 | basis in the -- in the books of the company. |
| 11 | Segrist: Okay, obviously we're going to have a lot of questions |
| 12 | for the 2004.  We'll reserve some of those.  Uh, the - |
| 13 | - the debtor has not made any payments on its debt to |
| 14 | SBN since July of 2017, that's your understanding? |
| 15 | Landry:  That's my understanding. |
| 16 | Segrist: Why did the debtor stop making payments to SBN? |
| 17 | Landry:  I think there's more to that question than meets the |
| 18 | eye here. |
| 19 | Draper:  This is not a 2004 exam. |
| 20 | McCulloch: I -- I know.  But -- |
| 21 | Draper:  We haven't made the payments.  There have been issues |
| 22 | with -- with SBN and -- and -- as well as the -- the |
| 23 | closing of the bank.  And that's -- and we -- |
| 24 | McCulloch: I do think that that was -- you know, to the extent |
| 25 | that the witnesses -- if you do not know, it is fine |

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 27 of 34

| | |
|---|---|
| 1 | to say you do not know. It -- it is fine -- I mean, |
| 2 | that's between -- you know, if you want to speculate |
| 3 | or not -- |
| 4 | Draper: Do not speculate. |
| 5 | McCulloch: -- then -- then -- that is like I said, you know -- |
| 6 | that is not a question that I'm going to tell you you |
| 7 | should or should not speculate. |
| 8 | Landry: Right. |
| 9 | McCulloch: But if you're asked a question and you know the |
| 10 | answer, and there's no -- some -- there's not an |
| 11 | objection that it's privileged or some reason that you |
| 12 | -- your attorney is telling you -- then you just need |
| 13 | to answer the question, but like I said, I don't know |
| 14 | is an acceptable answer if you truly do not know, but |
| 15 | I'm not willing to get way out in the weeds here, but |
| 16 | that did seem to be like is the debtor aware of a |
| 17 | reason they stopped paying a creditor. |
| 18 | Landry: Right. Okay. |
| 19 | McCulloch: Still seemed to me to be within the legitimate 341 |
| 20 | bounds. |
| 21 | Landry: Yep. I don't know. |
| 22 | Segrist: Neither of you know why SBN stopped paying the |
| 23 | creditor? |
| 24 | Landry: I don't know. |
| 25 | Segrist: Was there any other person who would be empowered by |

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8 File 12/17/18 Enter 12/17/18 10:13:10 Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 28 of 34

```
1              the debtor to decide to stop paying SBN?
2   McCulloch:  We're -- we're kind of going a little far afield.
3   Draper:    Yeah.
4   Segrist:   Fine.  If I may just ask two more questions?
5   McCulloch:  I -- yeah, ask them --
6   Draper:    It's not answering the last one, so you can move on to
7              the next one.
8   McCulloch:  Well, okay, and part of this is -- as I understand,
9              there will be a 2004 exam soon, when everybody can,
10             you know, go as far out in the weeds as you want to,
11             and I am struggling to try to make this a meaningful
12             341 --
13  Segrist:   Understood.
14  McCulloch:  -- and let you -- I -- I know creditors have some
15             real issues you may need answered immediately, but
16             then I'm also really hesitant to go off into some of
17             these esoteric issues, because, uh -- fairly
18             complicated, as I understand from the hearing, but
19             yes, go ahead and answer the questions and then we'll
20             see.
21  Segrist:   Thanks, uh -- I -- I appreciate that.  Uh, in your --
22             in your schedules, you listed two transfers totaling
23             approximately $2.7 million from the debtor to Iberia
24             Marine Services made within 30 days of the debtor's
25             bankruptcy filing, correct?
```

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 29 of 34

| 1 | Landry: | There were contemporaneous exchanges on two dates. |
| 2 | | Correct. |
| 3 | Segrist: | Steve Miguez is -- you -- you, sir, are the owner of - |
| 4 | | - 100% owner of Iberia Marine Services, is that |
| 5 | | correct? |
| 6 | Miguez: | Uh -- yeah. |
| 7 | Segrist: | Was it your decision to transfer those funds? |
| 8 | Miguez: | Yes. |
| 9 | Segrist: | And why did you transfer those funds? |
| 10 | McCulloch: | I think you need to speak up. |
| 11 | Miguez: | Oh, to -- to -- to pay due tos, and, uh -- to balance |
| 12 | | the books, really. |
| 13 | Segrist: | Could you explain that a little bit? |
| 14 | Miguez: | Uh, not really. |
| 15 | Draper: | Ryan -- |
| 16 | Miguez: | Uh, because you're getting -- |
| 17 | Draper: | Ryan's going to explain it very simply. |
| 18 | Landry: | Our accountants -- |
| 19 | Miguez: | Yeah. |
| 20 | Landry: | -- have told us at certain points to clear the |
| 21 | | accounts when there are funds available, so this was |
| 22 | | not anything different than we've done in the past. |
| 23 | Segrist: | Your accountants told you to pay $2.7 million to |
| 24 | | Iberia Marine Services prior to filing -- |
| 25 | Landry: | The payment was made from Iberia Marine Service to the |

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 30 of 34

| | |
|---|---|
| 1 | Mr. Steven first, and then from the Mr. Steven to |
| 2 | Iberia Marine Service. Contemporaneously. That same |
| 3 | day. It was a check swap. |
| 4 | Segrist: Who was your, uh, accountant who advised you to do |
| 5 | this? |
| 6 | Landry: Same accountant that we've always had. It's, uh, |
| 7 | Kolder, Slaven & Company. |
| 8 | Segrist: Could you spell that, please? |
| 9 | Landry: Kolder. K-O-L-D-E-R. |
| 10 | Segrist: Okay. |
| 11 | Landry: Slaven. S-L-A-V-E-N. And company. |
| 12 | Segrist: And who is the actual accountant who advised you to do |
| 13 | that? |
| 14 | Landry: Uh, that was advice that was in place when I arrived |
| 15 | in 2014. My understanding is that advice was followed |
| 16 | for years prior to, so I'm not sure who the original |
| 17 | accountant that provided the company the advice was. |
| 18 | Segrist: Okay, well, if the -- if the two -- if the $2.7 |
| 19 | million went to Iberia Marine and then back to Mr. |
| 20 | Steven the same day, then Mr. Steven would have $2.7 |
| 21 | million -- |
| 22 | Landry: You misunderstood. |
| 23 | Draper: No. |
| 24 | Landry: The -- the money went from Iberia Marine to the Mr. |
| 25 | Steven, and Mr. Steven -- to pay outstanding invoices |

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 31 of 34

1                    to Iberia Marine Service.

2    Segrist:  Okay.  All right, we'll -- we'll reserve the rest of

3                    our questions for a 2004.

4    Miguez:   Okay.

5    McCulloch:  Okay.

6    Segrist:  Thank you.

7    McCulloch:  Any other creditors have questions?  Okay, this

8                    meeting will be continued to December 18th.  December

9                    18th, I anticipate calling this up, along with, uh,

10                   Lady Eve (ph), I think, that's already been filed, and

11                   then there are also, uh, six or seven additional ones

12                   filed.

13   Draper:   Right.

14   McCulloch:  I anticipate that those will be jointly administered

15                   at some point.  At the very least, we're going to call

16                   them up all together on December 18th, uh -- I will

17                   have to check and see if I already have a 341 on that

18                   date.  I generally set my first 341 at 11:00.  My next

19                   one at 11:30, uh -- so I -- I may try to put this --

20                   allow a little more time for this one, just because it

21                   sounds like it may take it, once we have the jointly

22                   administered cases or the multiple cases held

23                   together, but if you'll look for the filing of

24                   proceeding memorandum -- if you need to know the exact

25                   time, but December 18th will be the date to which this

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

18-51277 - #101-8  File 12/17/18  Enter 12/17/18 10:13:10  Exhibit H 2018-11-27 Audio 341
Meeting of Creditors - Mr. Steven LLC Pg 32 of 34

1        is continued.  Therefore, there being no further

2        creditor questions at this time, this meeting is

3        continued to December 18th.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OFFICE 720-287-3710 | FAX 303-952-9897 | WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222

1                    TRANSCRIBER'S CERTIFICATE

2

3          I, Taylor Normington, do hereby certify that I have

4    listened to the recording of the foregoing; further that the

5    foregoing transcript, Pages 1 through 32, was reduced to

6    typewritten form from a digital recording of the proceedings

7    held in this matter; and that the foregoing is an accurate

8    record of the proceedings as above transcribed in this matter.

9          DATED this 6th day of December, 2018.

10

11

12

13                                    _Taylor Normington_

14                                    Taylor Normington
                                      Transcription Outsourcing, LLC
15                                    1780 S. Bellaire St.
                                      Suite 400
16                                    Denver, CO 80222
                                      Tel: 720-287-3710
17                                    Fax: 720-952-9897

18

19

20

21

22

23

24

25

OFFICE 720-287-3710  |  FAX 303-952-9897  |  WEB www.transcriptionoutsourcing.net
1780 S. Bellaire St., Suite 400, Denver, CO 80222