# DIP LOAN TERM SHEET

Summary of terms and conditions of a proposed Debtor-in-Possession Loan (the "DIP Loan") offered by SeaTran Marine, LLC and Steve Miguez, or any respective designee (collectively, the "Lender"):

| | |
|---|---|
| Transaction: | This summary of terms and conditions outlines the proposed structure and terms of the DIP Loan to be provided by Lender to Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda L.L.C., Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC (collectively, the "Borrowers"), as debtors-in-possession in the jointly-administered Chapter 11 bankruptcy cases of the Borrowers, pending as Case Number 18-05043 (the "Bankruptcy Case") before the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division (the "Bankruptcy Court"). |
| Purpose: | The purpose of the DIP Loan is: (i) to satisfy certain bankruptcy-related expenses, including, but not limited to, (a) fees of professionals of the Borrowers approved for payment by the Bankruptcy Court, (b) any fees due and payable to the U.S. Trustee, (c) any adequate protection payments to be paid by the Borrowers to any secured creditors; and (ii) to provide working capital as necessary to operate the Borrowers' respective businesses as debtors-in-possession subject to the consent of the Lender, which consent shall be in the Lender's sole and absolute discretion. The proceeds from the DIP Loan shall be used to preserve and enhance the Borrowers' estates. The proceeds of the DIP Loan shall not be used to pay any pre-petition debts of the Borrowers' estates or any post-petition obligations of any Borrower unless specifically contemplated and included in definitive loan agreement (the "DIP Loan Agreement"), any associated promissory note (the "DIP Note," and collectively with the DIP Loan Agreement, the "DIP Loan Documents"), or otherwise approved in writing by Lender. The Borrowers shall use a cash management and reporting process acceptable to the Lender. |
| DIP Loan Amount: | $1,000,000.00. |
| Line of Credit: | The DIP Loan shall be treated structured as a non-revolving line of credit. Any advances of the DIP Loan Amount shall be subject to prior written request by the Borrowers and approval by the Lender. |
| Interest Rate: | Four percent (4%) *per annum*; effective immediately upon the occurrence of an Event of Default as that term will be defined in the DIP Loan Documents, interest shall accrue at a default rate of twelve percent (12%) *per annum*. |

| | |
|---|---|
| Maturity Date: | Subject to the ability to repay the DIP Loan under the terms of a Plan of Reorganization approved by the Lender (*see* "Potential Plan Repayment" section below), the earliest of: (i) the effective date of a Plan of Reorganization approved in the Borrowers' Bankruptcy Case; (ii) the date of appointment of (a) an examiner with expanded powers, or (b) a Chapter 11 Trustee; (iii) conversion of the Bankruptcy Case to Chapter 7; or (iv) the occurrence of an Event of Default under the DIP Loan Documents, which Event of Default is not cured within any applicable period of grace or cure. |
| Superiority Administrative Claim: | Pursuant to Section 364(c)(1) of the Bankruptcy Code, the DIP obligations shall be entitled to superpriority administrative claim status in the Bankruptcy Case. The superpriority administrative claim to be afforded to Lender in connection with the DIP Loan shall be subject to an agreed-upon carveout for professional fees and all U.S. Trustee fees and expenses. |
| DIP Payoff: | With the exception of any agreed-upon post-confirmation repayment terms (*see* "Potential Plan Repayment" section below), at maturity, Borrowers shall pay Lender all (i) outstanding principal, interest; (ii) Lender's attorney's fees incurred in connection with (a) preparation of the DIP Loan Documents, (b) approval of the DIP Loan, and (c) maintenance of the DIP Loan; and (iii) default-related fees and penalties and attorneys' fees, including attorneys' fees in connection with the collection of amounts owed. |
| Potential Plan Repayment | To the extent that the Debtors confirm a Plan of Reorganization that is acceptable to the DIP Lender, the DIP Lender may, but shall not be required to, agree to repayment of the DIP Loan on the same term and using the same amortization and rate as is contemplated to be used for payment of the allowed claim of SBN V FNBC LLC ("SBN"). No payment shall be due on repayment of the DIP loan during any period in which the Reorganized Debtors (as defined below) is required to make use of the Plan Reserve Account (as defined in the contemporaneously-submitted Plan Term Sheet) to make a payment to SBN. |
| Attorney's Fees: | If an Event of Default is declared by the Lender, and such Event of Default is not cured within any applicable period of grace or cure, Lender shall be entitled to recovery and reimbursement of all reasonable costs and expenses, including attorneys' fees, and such costs and reasonable attorneys' fees shall be included with unpaid principal and interest as superpriority administrative claims of the Borrowers' estates. Lender shall also be repaid all court-approved |

|  |  |
|---|---|
| | attorneys' fees incurred in connection with the DIP Loan including, but not limited to, preparation of the DIP loan documents, obtaining approval of the DIP Loan by the Bankruptcy Court, and maintenance of the DIP Loan. |
| Covenants: | The DIP Loan Agreement will include usual and customary affirmative and negative covenants, including, but not limited to, (a) prohibitions against the Borrowers using cash or proceeds from the DIP Loan for any purpose other than as contemplated by this Term Sheet; (b) receipt of financial information and other due diligence information related to assets of the Borrowers as may be reasonably required by the Lender; (c) prohibitions against the payment of any bonus payable to management in excess of any written pre-petition contract between the Borrowers and any member of management of the Borrowers that is not performance based and approved by Lender; (d) prohibitions against the filing of a Plan of Reorganization that has not been approved by the Lender prior to filing; and (e) ensuring that Lender shall have oversight of all financial aspects of the Borrowers' businesses and shall have authority to impose financial protocols and procedures in the Lender's sole discretion. |
| Application of Proceeds: | Net proceeds from the sale of any assets of the Borrowers shall be applied at the closing of said sale first to the payment of the outstanding principal amount DIP Loan, plus any accrued and unpaid interest, unpaid Lender accounting and administrative costs, unpaid Lender attorney's fees and any default related fees and penalties, if applicable. |
| Conditions: | Will include, but not be limited to: |

(i) receipt of all necessary consents;

(ii) finalization and execution of the DIP Loan Documents in a form acceptable to Lender in its sole discretion;

(iii) approval from the Bankruptcy Court and entry of interim and final orders (containing terms and conditions acceptable to Lender) approving the DIP Loan, together with the form and substance of the proposed DIP Loan Documents; and

(iv) in the event that the Borrowers obtain a replacement DIP Loan, the Lender shall receive payment of all amounts owed to Lender pursuant to the DIP Loan.

This Term Sheet is submitted for discussion purposes only and describes the general basis upon which Lender is prepared to make the DIP Loan to the Borrowers. This proposal merely serves as an outline of certain material terms of a DIP Loan for discussion purposes only. Actual terms and conditions upon which the loan may be consummated are subject to change. This Term Sheet does not constitute an offer, agreement or commitment to lend and Lender shall not be bound in any way whatsoever until the foregoing Conditions are fulfilled.

[SIGNATURE PAGE FOLLOWS]

**SeaTran Marine, LLC, Lender**

By: Charlie Tizzard
Title: Executive Vice President

**Steve Miguez, Lender**

**ACKNOWLEDGED AND ACCEPTED:**

**Mr. Steven, L.L.C., Borrower**

By: Steve Miguez
Title: Manager

**Lady Eve, L.L.C., Borrower**

By: Steve Miguez
Title: Manager

**Lady Brandi L.L.C., Borrower**

By: Steve Miguez
Title: Manager

**Lady Glenda LLC, Borrower**

By: Steve Miguez
Title: Manager

**Mr. Blake LLC, Borrower**

By: Steve Miguez
Title: Manager

**Mr. Mason LLC, Borrower**

By: Steve Miguez
Title: Manager

**Mr. Ridge LLC, Borrower**

By: Steve Miguez
Title: Manager

**Mr. Row LLC, Borrower**

By: Steve Miguez
Title: Manager