UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | |

NOTICE OF HEARING ON
MOTION FOR ORDER AUTHORIZING APPROVAL AND AUTHORIZATION OF
DEBTORS TO OBTAIN AND EXECUTE POSTPETITION FINANCING TERM SHEET
PURSUANT TO SECTIONS 105 AND 364(c) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002, 4001, AND 9014 AND LOCAL RULE 4001-1(b)(1)

**PLEASE TAKE NOTICE** that a *Motion for Order Authorizing Approval and Authorization of Debtors to Obtain and Execute Postpetition Financing Term Sheet Pursuant to Sections 105 and 364© of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014 and Local rule 4001-1(b)(1)* [Dkt. #105] ("Motion")[2] has been filed by the debtors, Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, seeking authority from this Court, in accordance with section 364 of the Bankruptcy Code, to use the proceeds from the DIP Loan in order to maintain business operations and protect ability to reorganize in accordance with Chapter 11 of the Bankruptcy Code and for all other general and equitable relief to which it may be entitled.

The Motion is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at the address set forth below, or may be obtained via the Court's website at www.lawb.uscourts.gov, or upon written request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 8, 2019 at 10:00 a.m.** before the Chief Judge John W. Kolwe, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

**PLEASE TAKE FURTHER NOTICE** that any interested party having an objection, opposition or response to the Motion must file a written objection, opposition or response with the Clerk of Court, United States Bankruptcy Court, Western District of Louisiana no later than **seven (7) days before the hearing** and must serve a copy on the undersigned attorneys by that

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

[2] Capitalized terms not defined herein are as defined in the Motion.

{00366120-1}

date. If an objection, opposition or response is not timely filed and served as set forth in the previous sentence, the Court may grant the relief requested without hearing.

This 17th day of December 2018.

/s/ Douglas S. Draper
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN
  & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

***Proposed Counsel for the Debtors***