UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | |

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, proposed counsel for Debtor, hereby certify that I caused the *Motion for Order Authorizing Approval and Authorization of Debtors to Obtain and Execute Postpetition Financing Term Sheet Pursuant to Sections 105 and 364(C) of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014 and Local rule 4001-1(b)(1)* [Dkt. #105] and *Notice of Hearing on Motion for Order Authorizing Approval and Authorization of Debtors to Obtain and Execute Postpetition Financing Term Sheet Pursuant to Sections 105 and 364(C) of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, and 9014 and Local rule 4001-1(b)(1)* [Dkt. 106] to be served on December 17, 2018, via ECF Notification to the following:

- Greta M. Brouphy   gbrouphy@hellerdraper.com
- Douglas S. Draper   ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner   jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill   mgrabill@lawla.com
- Benjamin W. Kadden   bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman   whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch   gail.mcculloch@usdoj.gov
- Amanda W. Messa   amanda.messa@phelps.com
- Stewart F. Peck   speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist   segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee   USTPRegion05.SH.ECF@usdoj.gov

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

{00366131-1}

- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

I also caused same to be served on December 17, 2018, via First Class U.S. Mail, postage pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

**New Orleans, Louisiana**, this 17th day of December, 2018.

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN**
  **& MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

***Proposed Counsel for the Debtors***

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51277<br>Western District of Louisiana<br>Lafayette<br>Mon Dec 17 17:27:16 CST 2018 | Acadiana Diesel Fuel Injection Service<br>c/o its registered agent<br>Doug J. Louviere<br>2615 Jefferson Island Rd<br>New Iberia, LA 70560-9456 | Adams & Reese<br>701 Poydras St Ste 4500<br>New Orleans LA 70139-4596 |
| Amanda W. Messa<br>Phelps Dunbar LLP<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 | Bayou Electric & Specialty, Inc.<br>c/o its registered agent<br>Stephen S. Drouant<br>1601 Hopkins Street<br>New Iberia, LA 70560-5825 | Benjamin W Kadden<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 |
| Bluetide Communications, Inc.<br>c/o its registered agent<br>Kevin M. Delcambre<br>200 Cummings Road<br>Broussard, LA 70518-3228 | Bow 2 Stern Services, Inc.<br>c/o its registered agent<br>Shane Thibodeaux<br>299 Renee Denise Ct.<br>Theriot, LA 70397-9799 | Greta M. Brouphy<br>[redacted]<br>[redacted]<br>[redacted] |
| Capital Electric & Supply LLC<br>c/o its registered agent<br>Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 | Cummins Midsouth<br>PO Box 842316<br>Dallas, TX 75284-2316 | Deep South Mechanical Services LLC<br>c/o its registered agent<br>Gerard J. Bourgeois<br>PO Box 1688<br>Morgan City, LA 70381-1688 |
| Donovan Marine Services, LLC<br>PO Box 989<br>Amelia, LA 70340-0989 | Douglas S. Draper<br>[redacted]<br>[redacted]<br>[redacted] | Force Power Systems<br>1983 B. Grand Caillou Rd.<br>Houma, LA 70363-7003 |
| Guice Offshore, LLC<br>R. Scott Wells, Esq.<br>Rushing & Guice, P.L.L.C.<br>P.O. Box 1925<br>Biloxi, MS 39533-1925 | Guice Offshore, LLC<br>William Kaufman<br>PO Drawer 52606<br>Lafayette LA 70505-2606 | Harris & Rufty, L.L.C.<br>c/o its registered agent<br>Alfred J. Rufty, III<br>1831 Octavia St.<br>New Orleans, LA 70115-5659 |
| Iberia Crewboat & Marine<br>Services, L.L.C.<br>C/o Mr. Steve Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>c/o Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Benjamin W. Kadden<br>Lugenbuhl et al<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | William Kaufman<br>Ottinger Hebert, LLC<br>1313 West Pinhook Road<br>POD 52606<br>Lafayette, LA 70503-2905 | Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 |
| Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Madere and Sons Marine Rental, LLC<br>c/o its registered agent<br>Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 | Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 |
| Gail Bowen McCulloch<br>300 Fannin, Suite 3196<br>Shreveport, LA 71101-3122 | Meredith S. Grabill<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 | Amanda W. Messa<br>Phelps Dunbar LLP<br>400 Convention Street, Suite 1100<br>Baton Rouge, LA 70802-5615 |

| | | |
|---|---|---|
| Richard Montague<br>Phelps Dunbar, LLP<br>P. O. Box 16114<br>Jackson, MS 39236-6114 | Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 |
| Stewart F. Peck<br>Lugenbuhl, Wheaton, Peck et al<br>601 Poydras, #2775<br>New Orleans, LA 70130-6041 | Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 | R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 |
| SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>c/o Peter J. Segrist<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 |
| SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 | Peter James Segrist<br>Carver Darden et al<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 | Sheriff, Iberia Parish<br>300 Iberia St.<br>Suite 120<br>New Iberia LA 70560-4543 |
| Shipyard Service, L.L.C.<br>c/o its registered agent<br>John Sercovich<br>10856 Belle Chasse Hwy.<br>Belle Chasse, LA 70037 | SpaceX<br>c/o Amanda W. Messa<br>Phelps Dunbar LLP<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit, UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 |
| Stewart F. Peck<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 | Thomas E. Shuck<br>Parker, Milliken, Clark, O'Hara<br>& Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 |
| David F. Waguespack<br>1100 Poydras Street - Energy Centre<br>Suite 3100<br>New Orleans, LA 70163-1102 | Randall Scott Wells<br>P.O. Box 1925<br>Biloxi, MS 39533-1925 | |