**SO ORDERED.**

**SIGNED December 21, 2018.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 18-51277 |
| | : | |
| MR. STEVEN, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ---------------------------------------------------------------x | | |
| In re: | : | Case No. 18-51488 |
| | : | |
| LADY EVE, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ---------------------------------------------------------------x | | |
| In re: | : | Case No. 18-51517 |
| | : | |
| LADY BRANDI L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |
| ---------------------------------------------------------------x | | |
| In re: | : | Case No. 18-51518 |
| | : | |
| LADY GLENDA LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |

1

{00365632-1}

```
-----------------------------------------------------------x
In re:                                                     :     Case No.  18-51519
                                                           :
MR. BLAKE LLC                                              :     Chapter 11
                                                           :
              Debtor                                       :
-----------------------------------------------------------x
In re:                                                     :     Case No.  18-51521
                                                           :
MR. MASON LLC                                              :     Chapter 11
                                                           :
              Debtor                                       :
-----------------------------------------------------------x
In re:                                                     :     Case No.  18-51522
                                                           :
MR. RIDGE LLC                                              :     Chapter 11
                                                           :
              Debtor                                       :
-----------------------------------------------------------x
In re:                                                     :     Case No.  18-51523
                                                           :
MR. ROW LLC                                                :     Chapter 11
                                                           :
              Debtor                                       :
-----------------------------------------------------------x
```

**ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) DIRECTING
JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon consideration of the *Motion for Order Under Fed. R. Bankruptcy Rule 1015(b) Directing Joint Administration of Chapter 11 Cases* (the "Motion")[1] filed by Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC (collectively, the "Debtors"), and the Court finding that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate

---

[1] Capitalized terms not used but not defined herein shall have the meaning ascribed to them in the Motion.

notice of the Motion has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein; therefore:

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only, and the above-captioned Chapters 11 Cases shall be jointly administered by the Court effective immediately;

**IT IS FURTHER ORDERED** that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases;

**IT IS FURTHER ORDERED** that the Clerk shall use a single docket, creditor matrix, and Limited Service List for administrative matters for the filing and docketing of all orders, pleadings, papers and documents in the Debtors' cases into the case of Mr. Steven, L.L.C., Case No. 18-51277. Each case will maintain its own separate claims register;

**IT IS FURTHER ORDERED** that the official caption of the jointly administered cases shall be as set forth below:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 18-51277 |
| | : | |
| MR. STEVEN, L.L.C. [2] | : | Chapter 11 |
| | : | |
| Debtors | : | Jointly Administered |
| ------------------------------------------------------x | | |

---

[2] Lady Eve, L.L.C. (18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

3

{00365632-1}

**IT IS FURTHER ORDERED** that that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Lady Eve, L.L.C. (18-51488), Lady Brandi L.L.C.(18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (51522), and Mr. Row LLC (18-51523) with Mr. Steven, L.L.C. (18-51277). The docket in the chapter 11 case of Mr. Steven, L.L.C. should be consulted for all matters affecting this case.

**IT IS FURTHER ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

# # #

Prepared and submitted by:

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Proposed Attorneys for Debtors*