# Notice Recipients

District/Off: 0536−4     User: mcomeaux     Date Created: 12/21/2018
Case: 18−51277     Form ID: pdf1     Total: 55

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| tr | DIP | |
| intp | Seatran Marine, LLC | |
| intp | Steve Miguez | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| aty | Amanda W. Messa | amanda.messa@phelps.com |
| aty | Benjamin W. Kadden | bkadden@lawla.com |
| aty | David F. Waguespack | waguespack@carverdarden.com |
| aty | Douglas S. Draper | ddraper@hellerdraper.com |
| aty | Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| aty | Greta M. Brouphy | gbrouphy@hellerdraper.com |
| aty | Peter James Segrist | segrist@carverdarden.com |
| aty | Randall Scott Wells | swells@rushing−guice.com |
| aty | Stewart F. Peck | speck@lawla.com |
| aty | William Kaufman | whkaufman@ohllc.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Mr. Steven, L.L.C. | 107 Hwy 90 West    New Iberia, LA 70560 |
| cr | SBN V FNBC LLC | c/o David F. Waguespack    1100 Poydras Street    Suite 3100    New Orleans, LA 70163 |
| intp | Guice Offshore, LLC | R. Scott Wells, Esq.    Rushing & Guice, P.L.L.C.    P.O. Box 1925    Biloxi, MS 39533 |
| intp | SpaceX | c/o Amanda W. Messa    Phelps Dunbar LLP    P.O. Box 4412    Baton Rouge, LA 70821−4412 |
| aty | Richard Montague | Phelps Dunbar, LLP    P. O. Box 16114    Jackson, MS 39236−6114 |
| smg | State of Louisiana, Department of Labor | Delinquent Accounts Unit,UI Tech Support    1001 North 23rd Street, Room 322    Baton Rouge, LA 70802 |
| smg | Louisiana Department of Revenue and Taxation | Attn: Bankruptcy Division    P.O. Box 66658    Baton Rouge, LA 70896 |
| 7788549 | Acadiana Diesel Fuel Injection Service | c/o its registered agent    Doug J. Louviere    2615 Jefferson Island Rd    New Iberia, LA 70560 |
| 7788260 | Adams & Reese | 701 Poydras St Ste 4500    New Orleans LA 70139 |
| 7774372 | Amanda W. Messa | Phelps Dunbar LLP    P.O. Box 4412    Baton Rouge, LA 70821−4412 |
| 7788541 | Bayou Electric & Specialty, Inc. | c/o its registered agent    Stephen S. Drouant    1601 Hopkins Street    New Iberia, LA 70560 |
| 7765155 | Benjamin W Kadden | 601 Poydras Street, Suite 2775    New Orleans, LA 70130 |
| 7788542 | Bluetide Communications, Inc. | c/o its registered agent    Kevin M. Delcambre    200 Cummings Road    Broussard, LA 70518 |
| 7788543 | Bow 2 Stern Services, Inc. | c/o its registered agent    Shane Thibodeaux    299 Renee Denise Ct.    Theriot, LA 70397 |
| 7788545 | Capital Electric & Supply LLC | c/o its registered agent    Jon Derouen    13705 Lynnedale Loop    Abbeville, LA 70510 |
| 7788551 | Cummins Midsouth | PO Box 842316    Dallas, TX 75284 |
| 7788550 | Deep South Mechanical Services LLC | c/o its registered agent    Gerard J. Bourgeois    PO Box 1688    Morgan City, LA 70381 |
| 7788554 | Donovan Marine Services, LLC | PO Box 989    Amelia, LA 70340 |
| 7788555 | Force Power Systems | 1983 B. Grand Caillou Rd.    Houma, LA 70363 |
| 7764297 | Guice Offshore, LLC | William Kaufman    PO Drawer 52606    Lafayette LA 70505−2606 |
| 7788552 | Harris & Rufty, L.L.C. | c/o its registered agent    Alfred J. Rufty, III    1831 Octavia St.    New Orleans, LA 70115 |
| 7738274 | Iberia Crewboat & Marine | Services, L.L.C.    C/o Mr. Steve Miguez    107 Hwy 90 West    New Iberia, LA 70560 |
| 7738275 | Iberia Marine Service, LLC | 107 Hwy 90 West    New Iberia, LA 70560 |
| 7788548 | Iberia Marine Service, LLC | c/o Steven J. Miguez    107 Hwy 90 West    New Iberia, LA 70560−9485 |
| 7788261 | Kolder, Slaven & Co. | 450 E. Main St    New Iberia LA 70560 |
| 7788546 | Kolder, Slaven & Company, LLC | 450 E. Main St.    New Iberia, LA 70560 |
| 7788547 | Madere and Sons Marine Rental, LLC | c/o its registered agent    Eugene Madere    9266 Highway 23    Belle Chasse, LA 70037 |
| 7788556 | Marine Systems, Inc. | c/o its registered agent    Corporation Service Company    501 Louisiana Ave.    Baton Rouge, LA 70802 |
| 7766714 | Meredith S. Grabill | Lugenbuhl Wheaton Peck Rankin & Hubbard    601 Poydras Street, Suite 2775    New Orleans, LA 70130 |
| 7788262 | Oats & Marino | 100 East Vermillion St Ste 400    Lafayette LA 70501 |

| | | | | | |
|---|---|---|---|---|---|
| 7788553 | Plaquemines Port Harbor | 8056 Highway 23, 3rd Floor | Belle Chasse, LA 70037 | | |
| 7788544 | R.S.I. Group, Inc. | c/o its registered agent | Rosalind Griffin | 25300 Highway 1 | Golden Meadow, LA 70357 |
| 7774373 | Richard Montague | Phelps Dunbar LLP | P.O. Box 16114 | Jackson, MS 39211–6114 | |
| 7738477 | SBN V FNBC LLC | c/o David F. Waguespack | 1100 Poydras Street | Suite 3100 | New Orleans, LA 70163 |
| 7738479 | SBN V FNBC LLC | c/o Peter J. Segrist | 1100 Poydras Street | Suite 3100 | New Orleans, LA 70163 |
| 7738276 | SBN V FNBC LLC | c/o The Corporation Trust Co. | Corporation Trust Center | 1209 Organge St. | Wilmington, DE 19801 |
| 7738277 | SBN V FNBC, LLC | 1700 Lincoln Street, Suite 2150 | Denver, CO 80203 | | |
| 7738436 | Sheriff, Iberia Parish | 300 Iberia St. | Suite 120 | New Iberia LA 70560 | |
| 7788557 | Shipyard Service, L.L.C. | c/o its registered agent | John Sercovich | 10856 Belle Chasse Hwy. | Belle Chasse, LA 70037 |
| 7766803 | Stewart F. Peck | Lugenbuhl Wheaton Peck Rankin & Hubbard | 601 Poydras Street, Suite 2775 | New Orleans, LA 70130 | |
| 7738278 | Thomas E. Shuck | Parker, Milliken, Clark, O'Hara & Samuelian | 555 S. Flower St., 30th Floor | Los Angeles, CA 90071–2440 | |

TOTAL: 41