UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

In Re:                                                      Case No. 18-51277
MR. STEVEN, L.L.C. [1]                          Chapter 11
    Debtors                                                Jointly Administered

## CHAPTER 11 PROCEEDING MEMO AND MINUTES OF §341 MEETING

DATE: December 18, 2018

1. Attorney for debtor(s) has ( ) has not ( ) filed fee disclosure statement pursuant to 11U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure

2. A Chapter 11 Creditors Committee or Equity Security Holders' Committee will be ( ) or has been ( ) has not been ( ) appointed pursuant to 11 U.S.C. §1102 because:
      ( ) there are less than three unsecured creditors with substantial claims, or
      ( ) a sufficient number of eligible creditors have not expressed an interest in serving.

3. **Appearances: N/A - 341 Meeting continued without appearances.**
      ( ) Debtor(s): _____

      ( ) Debtor's representative: _____

      ( ) Attorney for Debtor: _____

      ( ) Creditors: (see attached appearance sheet)

4. Debtor(s) examined under oath or affirmation by:
      ( ) Attorney for Debtor(s)     ( ) UST Designee     ( ) Creditors     ( ) Others

5. Debtor(s) required to: Appear at the continued 341 Meeting on January 8, 2019.

6. Fifth amendment ( ) was ( ) was not invoked.

7. Meeting adjourned ( ) yes (x) no. If no, meeting is continued to the 8th day of January, 2019, at 11:15 o'clock a. m.

(Proceeding recorded)                          /s/ Gail Bowen McCulloch
Tape #____, Side____                           Presiding Officer, U.S. Trustee
Counter _____

---

[1] Lady Eve, L.L.C. (18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) to be jointly administered with Mr. Steven, L.L.C.