**SO ORDERED.**

**SIGNED December 21, 2018.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 18-51277 |
| | : | |
| MR. STEVEN, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 18-51488 |
| | : | |
| LADY EVE, L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 18-51517 |
| | : | |
| LADY BRANDI L.L.C. | : | Chapter 11 |
| | : | |
| Debtor | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 18-51518 |
| | : | |
| LADY GLENDA LLC | : | Chapter 11 |
| | : | |
| Debtor | : | |

1

{00365632-1}

```
------------------------------------------------------------x
In re:                                    :        Case No.  18-51519
                                          :
MR. BLAKE LLC                             :        Chapter 11
                                          :
                    Debtor                :
------------------------------------------------------------x
In re:                                    :        Case No.  18-51521
                                          :
MR. MASON LLC                             :        Chapter 11
                                          :
                    Debtor                :
------------------------------------------------------------x
In re:                                    :        Case No.  18-51522
                                          :
MR. RIDGE LLC                             :        Chapter 11
                                          :
                    Debtor                :
------------------------------------------------------------x
In re:                                    :        Case No.  18-51523
                                          :
MR. ROW LLC                               :        Chapter 11
                                          :
                    Debtor                :
------------------------------------------------------------x
```

## ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon consideration of the *Motion for Order Under Fed. R. Bankruptcy Rule 1015(b) Directing Joint Administration of Chapter 11 Cases* (the "Motion")[1] filed by Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC (collectively, the "Debtors"), and the Court finding that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate

---

[1] Capitalized terms not used but not defined herein shall have the meaning ascribed to them in the Motion.

2

{00365632-1}

notice of the Motion has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein; therefore:

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only, and the above-captioned Chapters 11 Cases shall be jointly administered by the Court effective immediately;

**IT IS FURTHER ORDERED** that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases;

**IT IS FURTHER ORDERED** that the Clerk shall use a single docket, creditor matrix, and Limited Service List for administrative matters for the filing and docketing of all orders, pleadings, papers and documents in the Debtors' cases into the case of Mr. Steven, L.L.C., Case No. 18-51277.  Each case will maintain its own separate claims register;

**IT IS FURTHER ORDERED** that the official caption of the jointly administered cases shall be as set forth below:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| In re: | : | Case No.  18-51277 |
| | : | |
| MR. STEVEN, L.L.C. [2] | : | Chapter 11 |
| | : | |
| Debtors | : | Jointly Administered |
| --------------------------------------------------x | | |

---

[2] Lady Eve, L.L.C. (18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

{00365632-1}

**IT IS FURTHER ORDERED** that that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Lady Eve, L.L.C. (18-51488), Lady Brandi L.L.C.(18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (51522), and Mr. Row LLC (18-51523) with Mr. Steven, L.L.C. (18-51277). The docket in the chapter 11 case of Mr. Steven, L.L.C. should be consulted for all matters affecting this case.

**IT IS FURTHER ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry;

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

# # #

Prepared and submitted by:

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Proposed Attorneys for Debtors*

{00365632-1}

In re:                                                           Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                               Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0536-4          User: mcomeaux          Page 1 of 2          Date Rcvd: Dec 21, 2018
                 Form ID: pdf1          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
```
db             +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
smg            +Louisiana Department of Revenue and Taxation,   Attn: Bankruptcy Division,   P.O. Box 66658,
                 Baton Rouge, LA 70896-6658
intp           +Guice Offshore, LLC,   R. Scott Wells, Esq.,   Rushing & Guice, P.L.L.C.,   P.O. Box 1925,
                 Biloxi, MS 39533-1925
intp            SpaceX,   c/o Amanda W. Messa,   Phelps Dunbar LLP,   P.O. Box 4412,
                 Baton Rouge, LA 70821-4412
7788549        +Acadiana Diesel Fuel Injection Service,   c/o its registered agent,   Doug J. Louviere,
                 2615 Jefferson Island Rd,   New Iberia, LA 70560-9456
7788260        +Adams & Reese,   701 Poydras St Ste 4500,   New Orleans LA 70139-4596
7774372         Amanda W. Messa,   Phelps Dunbar LLP,   P.O. Box 4412,   Baton Rouge, LA 70821-4412
7788541        +Bayou Electric & Specialty, Inc.,   c/o its registered agent,   Stephen S. Drouant,
                 1601 Hopkins Street,   New Iberia, LA 70560-5825
7788542        +Bluetide Communications, Inc.,   c/o its registered agent,   Kevin M. Delcambre,
                 200 Cummings Road,   Broussard, LA 70518-3228
7788543        +Bow 2 Stern Services, Inc.,   c/o its registered agent,   Shane Thibodeaux,
                 299 Renee Denise Ct.,   Theriot, LA 70397-9799
7788545        +Capital Electric & Supply LLC,   c/o its registered agent,   Jon Derouen,
                 13705 Lynnedale Loop,   Abbeville, LA 70510-8515
7788551        +Cummins Midsouth,   PO Box 842316,   Dallas, TX 75284-2316
7788550        +Deep South Mechanical Services LLC,   c/o its registered agent,   Gerard J. Bourgeois,
                 PO Box 1688,   Morgan City, LA 70381-1688
7788554        +Donovan Marine Services, LLC,   PO Box 989,   Amelia, LA 70340-0989
7788555        +Force Power Systems,   1983 B. Grand Caillou Rd.,   Houma, LA 70363-7003
7764297         Guice Offshore, LLC,   William Kaufman,   PO Drawer 52606,   Lafayette LA 70505-2606
7788552        +Harris & Rufty, L.L.C.,   c/o its registered agent,   Alfred J. Rufty, III,   1831 Octavia St.,
                 New Orleans, LA 70115-5659
7738274        +Iberia Crewboat & Marine,   Services, L.L.C.,   C/o Mr. Steve Miguez,   107 Hwy 90 West,
                 New Iberia, LA 70560-9485
7738275        +Iberia Marine Service, LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
7788548         Iberia Marine Service, LLC,   c/o Steven J. Miguez,   107 Hwy 90 West,
                 New Iberia, LA 70560-9485
7788261        +Kolder, Slaven & Co.,   450 E. Main St,   New Iberia LA 70560-3731
7788547        +Madere and Sons Marine Rental, LLC,   c/o its registered agent,   Eugene Madere,
                 9266 Highway 23,   Belle Chasse, LA 70037-2143
7788556        +Marine Systems, Inc.,   c/o its registered agent,   Corporation Service Company,
                 501 Louisiana Ave.,   Baton Rouge, LA 70802-5921
7766714        +Meredith S. Grabill,   Lugenbuhl Wheaton Peck Rankin & Hubbard,
                 601 Poydras Street, Suite 2775,   New Orleans, LA 70130-6041
7788262        +Oats & Marino,   100 East Vermillion St Ste 400,   Lafayette LA 70501-6959
7788553        +Plaquemines Port Harbor,   8056 Highway 23, 3rd Floor,   Belle Chasse, LA 70037-2402
7788544        +R.S.I. Group, Inc.,   c/o its registered agent,   Rosalind Griffin,   25300 Highway 1,
                 Golden Meadow, LA 70357-5332
7774373        +Richard Montague,   Phelps Dunbar LLP,   P.O. Box 16114,   Jackson, MS 39236-6114
7738276        +SBN V FNBC LLC,   c/o The Corporation Trust Co.,   Corporation Trust Center,   1209 Organge St.,
                 Wilmington, DE 19801-1196
7738477        +SBN V FNBC LLC,   c/o David F. Waguespack,   1100 Poydras Street,   Suite 3100,
                 New Orleans, LA 70163-1102
7738479        +SBN V FNBC LLC,   c/o Peter J. Segrist,   1100 Poydras Street,   Suite 3100,
                 New Orleans, LA 70163-1102
7738277        +SBN V FNBC, LLC,   1700 Lincoln Street, Suite 2150,   Denver, CO 80203-4500
7738436        +Sheriff, Iberia Parish,   300 Iberia St.,   Suite 120,   New Iberia LA 70560-4543
7788557         Shipyard Service, L.L.C.,   c/o its registered agent,   John Sercovich,
                 10856 Belle Chasse Hwy.,   Belle Chasse, LA 70037
7738278         Thomas E. Shuck,   Parker, Milliken, Clark, O'Hara,  & Samuelian,
                 555 S. Flower St., 30th Floor,   Los Angeles, CA 90071-2440
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: bankruptcy_bpc@lwc.la.gov Dec 21 2018 21:15:42
                 State of Louisiana, Department of Labor,   Delinquent Accounts Unit,UI Tech Support,
                 1001 North 23rd Street, Room 322,   Baton Rouge, LA 70802-3338
7765155         E-mail/Text: BKADDEN@LAWLA.COM Dec 21 2018 21:17:07     Benjamin W Kadden,
                 601 Poydras Street, Suite 2775,   New Orleans, LA 70130-6041
7766803         E-mail/Text: SPECK@LAWLA.COM Dec 21 2018 21:17:06     Stewart F. Peck,
                 Lugenbuhl Wheaton Peck Rankin & Hubbard,   601 Poydras Street, Suite 2775,
                 New Orleans, LA 70130-6041
                                                                                TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              DIP
intp            Seatran Marine, LLC
intp            Steve Miguez
```

```
aty*        Richard Montague,   Phelps Dunbar, LLP,    P. O. Box 16114,    Jackson, MS  39236-6114
cr*        +SBN V FNBC LLC,    c/o David F. Waguespack,   1100 Poydras Street,   Suite 3100,
             New Orleans, LA 70163-1102
7788546*   +Kolder, Slaven & Company, LLC,   450 E. Main St.,   New Iberia, LA 70560-3731
                                                                             TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:

```
         Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
         Benjamin W. Kadden    on behalf of Defendant Steve  Miguez bkadden@lawla.com,  mnguyen@lawla.com
         David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
          plaisance@carverdarden.com
         Douglas S. Draper    on behalf of Debtor    Mr. Steven, L.L.C. ddraper@hellerdraper.com,
          kfritscher@hellerdraper.com;lcollins@hellerdraper.com
         Gail Bowen McCulloch    on behalf of U.S. Trustee Office of   U. S. Trustee gail.mcculloch@usdoj.gov
         Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
         James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
          mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
         Meredith S. Grabill    on behalf of Defendant Steve  Miguez mgrabill@lawla.com
         Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
         Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
          clary@carverdarden.com
         Randall Scott Wells    on behalf of Interested Party   Guice Offshore, LLC swells@rushing-guice.com
         Stewart F. Peck    on behalf of Defendant Steve  Miguez speck@lawla.com,
          erosenberg@lawla.com;ymaranto@lawla.com
         William Kaufman    on behalf of Interested Party   Guice Offshore, LLC whkaufman@ohllc.com,
          egnormand@ohllc.com
                                                                             TOTAL: 13
```