**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**CHIEF JUDGE ROBERT SUMMERHAYS**



FILED
DEC 18 2018
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: Mr. Steven, LLC          CASE NO.: 18-51277

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### EXHIBIT RECORD

Date: 12/18/19

Matter: Mt. to Determine Property of the Estate & Motion for Turnover of Property (doc. #29) Mt. for Relief from Stay (doc. #60)

| Exhibit No. | Description |
|---|---|
| SBH#1-17 | see attached sheet |
| | * Judicial Notice taken on #12 SpaceX |
| | Limited Opposition * |
| SeaTran #1 | Vessel Operating Agreement effective 6/1/2014 |
| #2 in globo | Series of Emails dated 7/2/14 |
| #3 | Email dated 6/23/15 |
| #4 | Vessel Operating Agreement Effective 7/1/2014 |
| #5 | Series of Emails dated 8/29/18 |
| #6 | BIMCO Standard Bareboat Charter |
| Under Seal #7 | Summit Vessels Budget |

Notes: Witnesses: Mark Kilcoin, Charles Tizzard, Blake Miguez, Ryan Landry, Andrew Minster, Steven Miguez

ECRO: _____

EXHIBIT RECORD CONTINUATION SHEET

CASE NO. 18-51277

DATE 12/18/18

| Exhibit No. | Description |
| --- | --- |
| #8 | Plan Summary |
| #9 | Email dated 10/12/18 |
| #10 | Curriculum Vitae for Andrew Minster |
| #11 | UBS Accounts |
| #12 | Certificate of Insurance |

PAGE 2

| | |
|---|---|
| **1.** | Promissory Note dated September 28, 2015 in the amount of $22,500,000.00 |
| **2.** | Endorsement and Allonge to Promissory Note effective as of October 18, 2017 |
| **3.** | Preferred Ship Mortgage dated September 28, 2015 executed by Debtor that was recorded with the National Vessel Documentation Center on October 7, 2015 |
| **4.** | Abstract of the Vessel from the National Vessel Documentation Center |
| **5.** | UCC-1 Financing Statement filed on October 9, 2015, at No. 26-349272 |
| **6.** | Letter from Sher Garner to Guice Offshore LLC dated April 2, 2018 |
| **7.** | Letter from Adams and Reese dated April 9, 2018 |
| **8.** | Letter from Guice dated April 12, 2018 |
| **9.** | Letter from Sher Garner to SeaTran dated April 11, 2018 |
| **10.** | *Verified Complaint in Rem for Foreclosure of Preferred Ship Mortgage* in the United States District Court for the Central District of California, case no. 2:18-cv-08492-RSWL-RAO |
| **11.** | Debtor's Schedules |
| **12.** | SpaceX Limited Opposition to Motion for Rule 2004 Exam — Judicial Nte — |

13. letter dated October 18th, 2017 from SBN
14. Guice Charter
15. 8/25 email
16. 10/12/18 email
17. Vessel Operating Agreement executed 10/2/18