SEATRAN EXHIBIT #7

12/18/18 HEARING

18-51277- MR. STEVEN, LLC

# DOCUMENTS PLACED UNDER SEAL PER ORDERED IN OPEN COURT ON 12/18/18