# RIVERS AND GULF
## MARINE SURVEYORS, INC.

P.O. BOX 869, SLIDELL, LA 70459-0869
PHONE: (504) 347-4637

**MARINE SURVEYORS and CONSULTANTS**

## CURRICULUM VITAE

Andrew Minster
217 Southern Star
Slidell, Louisiana 70458

| | |
|---|---|
| Education/ Professional Organizations: | 1987 – 1991 United States Merchant Marine Academy
Bachelors of Science degree in Marine Transportation
USCG Third Mate License Unlimited Tonnage Any Ocean
Commission in the US Navy Reserves
Marine Diesel Maintenance and Repair
Small Vessel Operation and Maintenance
American Institute of Marine Underwriters
Uniform Standards of Professional Appraisal Practice
American Society of Appraisers |
| Work Experience: | <u>2008 - Present, Owner:</u>

Rivers & Gulf Marine Surveyors, Inc., Harvey, Louisiana
Joined firm in 2008. President since 2011

**Experience with the following:**
Condition and Valuation Surveys
Suitability and Risk Assessment Surveys for Insurance
On and Off Hire Surveys
Collisions/Damage Assessments/Repair Recommendations
Machinery Damage
Salvage Projects
Insurance Claims Reviews
Trip-in-Tow Surveys
Offshore Rig Towing
Tow Master for Rig Tows and Sets
Vessel Construction/Progress & Milestone Surveys
Expert Witness Consulting and Testimony |



18-51277
mr Steven LLC

EXHIBIT
Seatran
#10
12-18-19

From 1996 – 2008:

Marine Surveyor Operations Manager with McLarens Toplis/VeriClaim

**Experience with General Cargo Including:**
Steel, Forest Products, Perishable Goods, Machinery, Bulk Cargoes, Rubber

**Experience with Heavy Lift Projects Including:**
Construction and De-construction of Power Plants
Heavy Lift and Movement Planning
Lifting of Transformers, Turbines, Generators and other Heavy Equipment
Securing and transporting of Heavy Components over Road, Rail and Water

**Management Experience:**
Managed a team of 27 marine surveyors in 11 offices in all the major ports across the country. Responsibilities included survey and reporting quality, time management, staffing, production and business development.

From 1991 – 1996:

Sailed in the US Merchant Marine as a Mate on various ocean going vessels including general cargo vessels, oil and chemical tankers, coal carriers, container vessel, and ocean going tugs.

| | |
|---|---|
| Concentrated Experience in Conducting: | Marine surveys in general, hull and cargo losses and machinery failure analysis<br>Condition and valuation survey for purchase, insurance and financial interest<br>Vessel inspection<br>Dry dock inspections and valuations<br>Large fleet condition and valuation surveys for purchase, insurance and financial interests<br>Large fleet storm damage assessments, surveys and salvage repair consulting<br>Shipyard builder's risk and ship repairer's legal liability surveys and Shipyard safe operations assessment<br>Pipeline damage surveys<br>Inland and offshore towing inspections and the loading, securing and stowing of specialized and general cargo<br>Inland and offshore salvage planning, coordinating, supervision and negotiations including salvage/wreck removal from oilfield pipelines<br>Lift boat damage, salvage and valuation survey and consulting<br>Offshore platform & drilling vessel damage surveys<br>Expert consulting and report preparation<br>Construction supervision and consulting<br>**Tow master operations:**<br>Planning and supervision of specialty towage of MODU, spars, deep draft |

semisubmersibles and other unique vessels and platforms, inclusive of "THUNDER HAWK", "BLIND FAITH", and "TITAN".
These operations include the tow out, positioning and station keeping, during mooring operations.

I have prepared expert reports in the following cases:

| DATE | CASE | DESCRIPTION |
|---|---|---|
| 10/12/10 | RSI Group, Inc. vs. Dunamis Towing, Inc. Atty. Michael Helm | Prepared expert report regarding shipyard costs and scope of work. |
| 11/18/10 | Bruce J. Richard vs. Dean Equipment Inc. Atty: Micah Gautreaux | Prepared expert report regarding vessel and salvage costs. |
| 03/28/11 | RSI Group, Inc. vs. Dunamis Towing, Inc. Atty. Michael Helm | Deposition. |
| 06/03/11 | River Construction, Inc. Atty. Salvador Pusateri | Prepared expert report regarding personal injury. |
| 03/2012 | Mark Richardson, et al vs. George E. Brower, II Atty. Robert R. Johnston | Survey both involved vessels and prepared valuation report. Attended site for recreation. |
| 06/2012 | Houston Casualty Company vs. Supreme Towing Company, Inc. Atty. William C. Baldwin | Prepared expert report regarding vessel surveys. |
| 08/2012 | Charles J. Cenac E.J. Halverson & Associates | Prepared expert report regarding navigation. |
| 09/2012 | LA Oilfield Services, Inc. et al vs. Ace Insurance Company of the Midwest Atty. Justin Simpson | Prepared expert report regarding vessel repairs and shipyard work. |
| 11/2012 | Pharaoh Oil & Gas Atty. Elizabeth Adams | Prepared vessel valuation. |

| Date | Matter | Description |
|---|---|---|
| 11/2012 | In the Matter of Crescent Ship Service, Inc. Atty. Tim Hassinger | Affidavit of Value. |
| 11/2012 | PC-1 Taylor Porter | Prepared vessel valuation. |
| 12/2012 | Corps. Case/Augusta Atty. Tim Hassinger | Prepared expert report regarding marine structure damage. |
| 01/2013 | Estate of Harold Dowsey Atty. Craig Sweeney | Prepared vessel valuation. |
| 03/2013 | Kevin Gros Marine, Inc. et al vs. Quality Diesel Services, Inc. et al Atty. John Emmett | Qualified as expert as Hull & Machinery Surveyor; USDC, Eastern District of LA; deposition and expert trial testimony. |
| 06/2014 | Tom's Marine & Salvage E.J. Halverson & Associates | Prepared expert report regarding fire damage to lift boat and shipyard exposure. |
| 06/2014 | Lady Glenda vs. Gilbert Lab Mouledoux, Bland, Legrande & Bracket | Prepare expert report regarding collision damage. |
| 08/2014 | Wainwright vs. Candy Fleet Pusateri, Barrios, Guillot & Greenbaum | Prepare expert report regarding crew boat vessel conditions and procedures. |
| 10/2014 | Allison S. Harris & Rufty, LLC | Prepare report regarding damage caused by passing cruise ship. |
| 01/2015 | Miss Laurie Kean Miller, LLP | Prepare vessel valuation for limit of liability. |
| 03/2015 | Hulls 111 & 112/Braymar Shipyard Fowler Rodriguez | Prepared expert report regarding vessel construction milestones and time to complete. |
| 03/2015 | Martin Barges Oil Claim Stragburger, Attorneys at Law | Prepared hull coating contamination expert report. |

| Date | Matter | Description |
|---|---|---|
| 03/2015 | Main Iron Works vs. Rolls-Royce<br>Wagner, Bagot & Rayer | Prepare expert report regarding vessel repair costs. |
| 03/2015 | Crane Barge<br>Kean Miller, LLP | Prepared vessel valuation for limit of liability |
| 03/2015 | Hulls No. 111 and 112<br>Fowler Rodriguez | Prepared expert report on vessel construction progress. |
| 04/2015 | Diamond Edge<br>Adams & Reese | Prepared expert report regarding vessel salvage and repair costs and valuation. |
| 02/2016 | SELECT 105<br>Michael J. Maginnis | Prepared expert report regarding vessel valuation |
| 03/2016 | CORNERSTONE<br>Baker Donelson, Bearman | Prepared expert report regarding vessel construction and operation. |
| 03/2016 | CAPT. HEBERT<br>Phelps Dunbar LLP | Prepared expert report regarding well repair costs |
| 02/2017 | SUPERIOR TRUST<br>Superior Energy | Prepared expert report regarding lift boat valuation |
| 10/2017 | LORETTA G CENAC<br>Phelps Dunbar LLP | Prepared expert report regarding vessel valuation |
| 04/2018 | DONALD WOOD<br>Harris & Rufty LLC | Prepared expert report regarding vessel design and onboard operations |