

# CERTIFICATE OF MARINE / ENERGY INSURANCE

DATE (MM/DD/YYYY): 12/18/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Arthur J. Gallagher Risk Management Services, Inc.
111 Veterans Boulevard, Suite 1130
Metairie LA 70005

**CONTACT NAME:** Anya Rowinsky
**PHONE (A/C, No, Ext):** 504-888-1100
**FAX (A/C, No):** 504-888-1299
**E-MAIL ADDRESS:** anya_rowinsky@ajg.com
**PRODUCER CUSTOMER ID #:**

**INSURED**
Guice Offshore, LLC
PO Box 1698
Mandeville LA 70471

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Underwriters at Lloyd's London | 15792 |
| INSURER B : Continental Insurance Company | 35289 |
| INSURER C : Louisiana Workers' Compensation Corp | 22350 |
| INSURER D : Safe Harbor Pollution | 12563 |
| INSURER E : | |
| INSURER F : | |

## COVERAGES
**CERTIFICATE NUMBER:** 1682386639
**REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B A | HULL AND MACHINERY | Y | Y | H0876892 TRM408305 | 5/1/2018 5/1/2018 | 11/1/2019 11/1/2019 | X PER SCHEDULE ON FILE | |
| | | | | | | | INSURED VALUE | $ |
| | COLLISION LIABILITY | | | | | | COLLISION (Ea occurrence) | $ |
| | TOWERS LIABILITY | | | | | | TOWERS (Ea occurrence) | $ |
| | | | | | | | | $ |
| B | PROTECTION AND INDEMNITY | Y | Y | H0876892 | 5/1/2018 | 11/1/2019 | PER CLUB RULES | |
| | X CREW LIABILITY  JONES ACT | | | | | | X EA OCCURRENCE PER VESSEL, CSL | $1,000,000 |
| | X COLLISION LIABILITY | | | | | | COLLISION (Ea occ), CSL | $ |
| | TOWERS LIABILITY | | | | | | TOWERS (Ea occ), CSL | $ |
| | X REMOVAL OF WRECK | | | | | | REMOVAL OF WRECK (Ea occurrence) | $ |
| | X IN REM | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| D | POLLUTION LIABILITY | Y | Y | V1456918 | 5/1/2018 | 11/1/2019 | EA OCCURRENCE | $5,000,000 |
| | X OPA 90 | | | | | | | $ |
| | X CERCLA | | | | | | | $ |
| | NON-OPA / NON-CERCLA | | | | | | | $ |
| | | | | | | | | $ |
| | MARITIME EMPLOYERS LIABILITY | N/A | | | | | ANY ONE PERSON | $ |
| | ALTERNATE EMPLOYER | | | | | | ANY ONE ACCIDENT | $ |
| | INCLUDES  CREW  EMPS | | | | | | | $ |
| | JONES ACT | | | | | | | $ |
| | DEATH ON THE HIGH SEAS | | | | | | | $ |
| | IN REM ENDORSEMENT | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**CERTIFICATE HOLDER**
SBN V FNBC LLC and its assigns
c/o Summit Investment Management LLC
Attn: Senior Asset Manager
1700 Lincoln St. Suite 2150
Denver CO 80203
USA

**CANCELLATION**
SHOULD ANY OF THE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Adam P. Majonna* (signature)

ACORD 31 (2016/03)
Page 1 of 2
© 2012-2015 ACORD CORPORATION. All rights reserved.
ACORD name and logo are registered marks of ACORD

Handwritten annotations: "18-51277 Mr Steven LLC", "EXHIBIT SeaTran #12", "12/18/18"

## COVERAGES

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | **COMMERCIAL GENERAL LIABILITY** [X] | | | ML9780984 | 5/1/2018 | 11/1/2019 | EACH OCCURRENCE | $1,000,000 |
| | [X] MARINE GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | [ ] CLAIMS-MADE [X] OCCUR | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS-COMP / OP AGG | $1,000,000 |
| | [X] POLICY [ ] PROJECT [ ] LOC | | | | | | | $ |
| | [ ] OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | [ ] ANY AUTO [ ] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per person) | $ |
| | [ ] OWNED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | BODILY INJURY (Per accident) | $ |
| | [ ] HIRED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| C | **WORKERS COMPENSATION AND EMPLOYERS LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? [ ] (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | 143887 | 2/28/2018 | 2/28/2019 | [X] PER STATUTE [ ] OTHER | Includes ULS&H |
| | | | | | | | E.L. (Each accident) | $1,000,000 |
| | | | | | | | E.L. DISEASE (Ea employee) | $1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| | [X] ALTERNATE EMPLOYER | | | | | | | $ |
| | [X] USL&H ENDORSEMENT | | | | | | | $ |
| | [ ] MARITIME EMPLOYERS LIABILITY | | | | | | | $ |
| | [X] OCSL ACT | | | | | | | $ |
| | **U.S. LONGSHORE & HARBOR WORKERS COMPENSATION ACT** | N/A | | | | | [ ] PER STATUTE [ ] OTHER | |
| | [ ] ALTERNATE EMPLOYER | | | | | | E.L. (Each accident) | $ |
| | [ ] MARITIME EMPLOYERS LIABILITY | | | | | | E.L. DISEASE (Ea employee) | $ |
| | [ ] OCSL ACT | | | | | | E.L. DISEASE - ANN AGG | $ |
| | | | | | | | | $ |
| | **AIRCRAFT LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | [ ] OWNED AIRCRAFT | | | | | | AGGREGATE | $ |
| | [ ] NON-OWNED AIRCRAFT | | | | | | | $ |
| | [ ] PASSENGER LIABILITY | | | | | | | $ |
| | | | | | | | | $ |
| A A | **UMBRELLA / EXCESS LIAB / BUMBERSHOOT** | | | TMU408307 TMU408308 | 5/1/2018 5/1/2018 | 11/1/2019 11/1/2019 | EACH OCCURRENCE | $24,000,000 |
| | [ ] UMBRELLA [X] BUMBERSHOOT | | | | | | AGGREGATE | $24,000,000 |
| | [ ] EXCESS | | | | | | | $ |
| | [ ] CLAIMS MADE [X] OCCUR | | | | | | | $ |
| | [ ] DED [X] RETENTION $25,000 | | | | | | | $ |
| | **ENERGY** CONTROL OF WELL / OPERATORS EXTRA EXPENSE | | | | | | CSL, ANY ONE OCCURRENCE (100% interest) | $ |
| | [ ] CARE, CUSTODY AND CONTROL (CCC) | | | | | | ANY ONE OCCURRENCE (100% interest) | $ |
| | OFFSHORE OIL AND GAS PROPERTY | | | | | | | |
| | [ ] PLATFORMS | | | | | | VALUES AS SCHEDULED | $ |
| | [ ] PIPELINES | | | | | | VALUES AS SCHEDULED | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | ONSHORE OIL AND GAS PROPERTY | | | | | | | |
| | [ ] OIL & GAS PROPERTY | | | | | | VALUES AS SCHEDULED | $ |
| | [ ] CONTRACTORS EQUIPMENT | | | | | | VALUES AS SCHEDULED | $ |
| | | | | | | | | $ |
| | NAMED WINDSTORM | | | | | | | |
| | [ ] CCC [ ] OFF-SHORE [ ] ON-SHORE | | | | | | AGGREGATE | $ |
| **VESSEL(S):** | AS PER ATTACHED SCHEDULE | | | AS DETAILED IN THE DESCRIPTION OF OPERATIONS | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS** (ACORD 101, Additional Remarks Schedule, may be attached, if more space is required)
Certificate Holder is an Additional Insured as respects Hull & Machinery, Protection & Indemnity, Marine General Liability, Vessel Pollution Liability and Bumbershoot Liability policies, where required by written contract, pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

Waiver of Subrogation applies to certificate holder, as respects Hull & Machinery, Protection & Indemnity, Marine General Liability, Vessel Pollution Liability, Bumbershoot Liability and Workers' Compensation policies, where required by written contract, pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

Hull & Machinery and Increased Value values are as per schedule with underwriters.
See Attached...

**ACORD 31 (2016/03)** Page 2 of 2



# ADDITIONAL REMARKS SCHEDULE

| AGENCY | NAMED INSURED |
|---|---|
| Arthur J. Gallagher Risk Management Services, Inc. | Guice Offshore, LLC<br>PO Box 1698<br>Mandeville LA 70471 |
| **POLICY NUMBER** | |
| **CARRIER** | **NAIC CODE** |
| | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**
**FORM NUMBER:** 31   **FORM TITLE:** CERTIFICATE OF MARINE / ENERGY INSURANCE

The insurance provided in the Hull & Machinery, Protection & Indemnity and Marine General Liability Policies are primary and any other insurance shall be excess only, and not contributing, as per written contract, pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

HULL & MACHINERY
American Institute Hull Clauses (6/2/77), Cross Liabilities, pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

PROTECTION & INDEMNITY
SP-23 Form, Includes Collision Liability, Cross Liabilities, Contractual Liability, American Institute Pollution Exclusion Clause and Buy Back Endorsement A (Form 25) (7/4/76), pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

MARINE GENERAL LIABILITY
Includes Action Over/Indemnity Clause; Limited Pollution Buyback Endorsement; In Rem Endorsement; Watercraft Exclusion Amendment; Blanket Additional Insured Endorsement, pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

VESSEL POLLUTION LIABILITY
Includes Blanket Waiver of Subrogation Endorsement and Blanket Additional Insured Endorsement, pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

WORKERS' COMPENSATION
Includes USL&H coverage, OCSL Act, Blanket Alternate Employer, Other States Endorsement and Gulf of Mexico Extension.
Certificate Holder is an Alternate Employer as respects Workers' Compensation policy, where required by written contract pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

BUMBERSHOOT LIABILITY
$10,000,000 Excess of Primary - Policy No. TMU408307 (Lead - 50% Lloyd's of London)
25% Endurance American Insurance Company (Policy No. OMX10010119801), 25% Navigators Insurance Company (Policy No. HO18LIA15493701)
Schedule of Underlying: Employers Liability, Marine General Liability, Automobile Liability, Protection & Indemnity and Vessel Pollution Liability, pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

$14,000,000 Excess of $11,000,000 - Policy No. TMU408308 (Lead - 40% Lloyd's of London)
40% Endurance American Insurance Company (Policy No. OMX10010120001), 20% Navigators Insurance Company (Policy No. HO18LIA15493702)

RE: MR. STEVEN
Agreed Value: $15,500,000

INNOCENT OWNER'S POLICY, Policy # TRM408579, effective 10/15/2018 to 10/15/2019, Lloyds of London, Limit: $15,500,000
Named Assured: SeaTran, Marine, LLC
Breach of Warranty is included in Innocent Owner's for a limit of $15,500,000, as their interest may appear, pursuant to and subject to the policy's terms, definitions, conditions and exclusions.

Certificate holder is included as Loss Payee on the Hull and Machinery and Excess Hull and Machinerypolicies, as their interest may appear, pursuant to and subject to the policy's terms, definitions, conditions and exclusions.