

**U.S. Department of Homeland Security**

**United States Coast Guard**

Director
National Vessel Documentation Center

792 T. J. Jackson Drive
Falling Waters, WV 25419
Phone: (800) 799-8362
Fax: 304-271-2405

May 16, 2018

## Regarding your recent submission to the National Vessel Documentation Center

This cover letter with enclosure(s) is sent in response to a submission made to this office. If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

(1) Abstract of Title          O/N:1249191          2 PAGE(S)

**TOTAL:**                     3 PAGE(S) (including cover page)



L027269                Reference Number: 84832097                Page 1
18-51277 - #112-14  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 4-9  Pg 1 of 15

DEPARTMENT OF
HOMELAND SECURITY
U.S. COAST GUARD
CG - 1332

# GENERAL INDEX OR ABSTRACT OF TITLE

OMB APPROVED
2115-0110

| OFFICIAL NUMBER: | 1249191 | NAME OF VESSEL | MR. STEVEN | | |
|---|---|---|---|---|---|
| HIN NUMBER: | | HULL ID NUMBER: | 480 | IMO NUMBER: | |

VESSEL BUILT AT FRANKLIN LA

(AND) _____ IN 2015

BY GULF CRAFT LLC

FOR GULF CRAFT LLC

FOR _____

BUILDER'S CERTIFICATE DATED 03/18/2015

TITLE ASSIGNED TO _____

---

**INSTRUMENT TYPE**
**BILL OF SALE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | APRIL 7, 2015 | $1.00 | 27062400 | 13 |
| DATE FILED | TIME FILED | | STATUS | |
| APRIL 20, 2015 | 10:30 AM | | RECORDED | |

SELLER
GULF CRAFT LLC

BUYER
MR. STEVEN LLC

---

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| YES | PREFERRED MORTGAGE | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | APRIL 15, 2015 | $22,854,746.00 | 27062400 | 14 |
| DATE FILED | TIME FILED | | STATUS | |
| APRIL 20, 2015 | 10:30 AM | | RECORDED | |

MORTGAGOR
MR. STEVEN LLC

MORTGAGEE
CAPITAL ONE NATIONAL ASSOCIATION
201 ST CHARLES AVENUE 26TH FL
NEW ORLEANS LA 70170

---

**INSTRUMENT TYPE**
**PREFERRED MORTGAGE**

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | SEPTEMBER 28, 2015 | $50,000,000.00 | 30994200 | 9 |
| DATE FILED | TIME FILED | | STATUS | |
| SEPTEMBER 30, 2015 | 10:56 AM | | RECORDED | |

MORTGAGOR
MR. STEVEN LLC

MORTGAGEE
FIRST NBC BANK
KENNER OFFICE
3535 CHATEAU BLVD STE 19
KENNER LA 70065

---

This space intentionally left blank

**INSTRUMENT TYPE:** SATISFACTION OF MORTGAGE  
**REFERS TO:** BATCH: 27062400 DOC ID: 14

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | SEPTEMBER 29, 2015 | $22,854,746.00 | 31121500 | 6 |
| DATE FILED | TIME FILED | | STATUS | |
| OCTOBER 06, 2015 | 10:40 AM | | RECORDED | |

**MORTGAGEE**  
CAPITAL ONE NATIONAL ASSOCIATION

**MORTGAGOR**  
MR STEVEN LLC

**INSTRUMENT TYPE:** ASSIGNMENT OF PREFERRED MORTGAGE  
**REFERS TO:** BATCH: 30994200 DOC ID: 9

| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | FEBRUARY 9, 2018 | $22,500,000.00 | 50596900 | 45 |
| DATE FILED | TIME FILED | | STATUS | |
| FEBRUARY 09, 2018 | 3:22 PM | | RECORDED | |

**ASSIGNOR**  
FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST NBC BANK, NEW ORLEANS, LOUISIANA

**ASSIGNEE**  
SBN V FNBC LLC  
C/O SUMMIT INVESTMENT MANAGEMENT LLC  
1700 LINCOLN STREET, SUITE 2150  
DENVER, CO 80203

**ISSUED AS AN ABSTRACT OF TITLE AS OF**

DATE: 05/03/2018    TIME: 8:51 AM

*Christian H. Wadden*  
DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

```
10/09/2015 01:06:23 PM JEFF PAR 4577901 elm2 $40.00
26349272   BOOK    PAGE
```

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

FIRST NBC BANK
3535 CHATEAU BLVD SUITE 19
KENNER, LA 70065

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MR. STEVEN, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 109 HWY 90 WEST | NEW IBERIA | LA | 70560 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b)...

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FIRST NBC BANK | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3535 CHATEAU BLVD SUITE 19 | KENNER | LA | 70065 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

MR. STEVEN, a vessel, Official Number: 1249191 and including attached Exhibit "A"; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all related equipment, all related fixtures, and all related accounts, chattel paper, documents, and general intangibles; all records of any kind relating to any of the foregoing.

**EXHIBIT**
18-51277
mr. Steven LLC
SBn #5
12/18/18

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust ☐ being administered by a Decedent's Personal Representative

6a. ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

ACKNOWLEDGMENT COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
D+H 400 S.W. 6th Avenue, Portland, Oregon 97204

11/26/2018 15:45:52 CERTIFIED TRUE COPY - Pg:1 of 3 - Jefferson Parish Clerk of Court - ID:1878305

## EXHIBIT "A"

Debtor:         MR. STEVEN LLC

Secured Party:  FIRST NBC BANK

4. **Accounts.** All accounts, accounts receivable, charter proceeds, other receivables, contract rights, instruments, chattel paper, documents, notes and all other similar obligations and indebtedness that may now and in the future be owed to or be held by Debtor that are in any way related to use, ownership and operation of the Vessel as such term is hereinafter defined, and all monies and proceeds payable thereunder, and all of Debtor's rights and remedies to collect and enforce payment and performance thereof, as well as to enforce any guaranties of the foregoing and security therefor, and all of Debtor's present and future rights, title and interest in and with respect to the goods, services, and other property that may give rise to or that may secure any of the foregoing, including, without limitation, Debtor's insurance rights with regard thereto, and all present and future general intangibles of Debtor in any way related to or pertaining to any of the foregoing, including, without limitation, Debtor's account ledgers, books, records, files, computer disks and software, and all rights that Debtor may have with regard thereto.

**Equipment.** All equipment now owned or hereafter acquired by Debtor, wherever located, together with all additions, accessories, parts, attachments and accessions now or hereafter affixed thereto, or used in connection therewith, and all replacements thereof and substitutions therefor, which is located on, in or under, or dedicated or designated for the use, ownership or operation of the Vessel.

**General Intangibles.** The words "General Intangibles" mean all general intangibles (as defined in the UCC) of debtor and related to or in any way connected to the use, ownership or operation of the Vessel, including without limitation, (i) all contractual rights and obligations or indebtedness owning to Debtor (other than Accounts) and related to the Vessel from whatever source arising, including without limitation all payment intangibles related to the Vessel and all rights of Debtor under any lease or charter of the Vessel and/or charter parties from time to time affecting the Vessel; (ii) all things and actions, rights represented by judgments and claims arising out of tort and other claims related to the Collateral, including the right to assert and otherwise be the proper party of interest to commence and prosecute actions; (iii) all goodwill, patents, patent licenses, trademarks, trademark licenses, trade names, service marks, trade secrets, rights and

intellectual property, copyrights, permits and licenses in any way relating to Debtor's use, ownership or operation of the Vessel; and (iv) all rights or claims in respect of refunds for taxes paid with respect to the Vessel and any rights under any policies of insurance or requisition awards affecting or otherwise relating to the Vessel or other Collateral.

**Inventory.** All inventory now owned or hereafter acquired by Debtor and now or hereafter located on, in or under, or dedicated or designated for use on, the Vessel.

**Proceeds.** All proceeds and all cash and non-cash proceeds, and proceeds of such proceeds, in each case whether now existing or hereafter arising.

**Vessel.** All of the Debtor's interest in and to the following vessel (the "Vessel"), together with all engines, cranes, winches, chains, boilers, machinery, masts, boats, anchors, cables, cabins, fittings, spars, rigging, tackle, apparel, furniture, capstans, booms, outfit, tools, pumps, fuel, computer equipment and any other electronic equipment of every kind or nature used in connection with the operation of the Vessel, and other equipment, spare or replacement parts and all other appurtenances thereto appertaining, or belonging, whether now owned or hereafter acquired, whether on board or not, and all additions, improvements renewals and replacements hereafter made in or to the Vessel or any part thereof, including all items and appurtenances, as aforesaid, and all earned hire, freight, earnings, revenues, income and profits therefrom, all of which, together with all proceeds thereof:

| Name | Official No. |
|---|---|
| Mr. Steven | 1249191 |

The Vessel also includes any and all other goods acquired or fabricated for, used with or on or in, attached to, incorporated or to be incorporated in, forming a part of or in any other way related to, the Vessel, whether now or in the future, and all proceeds, extensions, additions, accessions, improvements, betterments, renewals, substitutions, and replacements to or of any of the foregoing.

## LAW OFFICES OF
## SHER GARNER CAHILL RICHTER
## KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

| | | | |
|---|---|---|---|
| LEOPOLD Z. SHER [1] | THOMAS J. MADIGAN, II [5] | GABRIEL R. CRANE | [1] LAW CORPORATION |
| JAMES M. GARNER [2] | CHAD P. MORROW | ALEX E. HOTARD | [2] MEMBER OF LOUISIANA AND TEXAS BARS |
| ELWOOD F. CAHILL, JR. | KEVIN M. MCGLONE | STUART D. KOTTLE [7] | [3] MEMBER OF LOUISIANA AND ALABAMA BARS |
| RICHARD P. RICHTER | JEFFREY D. KESSLER [6] | | [4] MEMBER OF LOUISIANA AND CALIFORNIA BARS |
| STEVEN I. KLEIN [1,6] | RYAN O. LUMINAIS [5] | | [5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS |
| PETER L. HILBERT, JR. | ASHLEY G. COKER | | [6] MEMBER OF LOUISIANA AND NEW YORK BARS |
| MARIE A. MOORE [3] | JONATHAN B. CERISE | | [7] MEMBER OF LOUISIANA AND ARIZONA BARS |
| DEBRA J. FISCHMAN | KAREN T. HOLZENTHAL | | [8] BOARD CERTIFIED TAX ATTORNEY LOUISIANA |
| DARNELL BLUDWORTH [?] | AMANDA RUSSO SCHENCK | | BOARD OF LEGAL SPECIALIZATION |
| MARTHA Y. CURTIS [2] | MELISSA ROME HARRIS | SPECIAL COUNSEL: | |
| NEAL J. KLING | JACOB A. AIREY | MATTHEW M. COMAN | ALL OTHERS LOUISIANA BAR |
| JOSHUA S. FORCE [2,4] | EMILY E. ROSS | | |
| DEBORAH J. MOENCH | TRAVIS A. BEATON | OF COUNSEL: | |
| JOHN T. BALHOFF, II | REBEKKA C. VEITH | TIMOTHY B. FRANCIS | |
| ALVIN C. MIESTER, III | DAVID A. FREEDMAN | DAVID A. MARCELLO | |
| CHRISTOPHER T. CHOCHELES | BRANDON W. KEAY | THOMAS P. ANZELMO, JR. | |
| RYAN D. ADAMS | MICHAEL R. DODSON [3] | THOMAS P. MCALISTER [2] | |

lsher@shergarner.com
Direct Dial: (504) 299-2129
Direct Fax: (504) 299-2329

(504) 299-2100
FAX (504) 299-2300

April 2, 2018

*Via Federal Express*
Guice Offshore, LLC
c/o Nathan Guice
101 Ashland Way
Madisonville, La 70447

Guice Offshore, LLC
14397 CREOSOTE ROAD STE C
GULFPORT, MS 39503

*Via US Mail*
Guice Offshore, LLC
PO Box 1698
Mandeville, LA 70470

   Re: Mr. Steven, LLC (Iberia Marine Service, LLC)
      Notice of Direct Collection of Accounts Receivable
      Our File No. 22527.0012

Mr. Guice:

  We represent SBN V FNBC LLC, which acquired certain indebtedness obligations and related loan documents of MR. STEVEN, LLC ("MS") from the Federal Deposit Insurance

EXHIBIT
18-51277
mr. Steven, LLC
SBN #6
12/18/18

LAW OFFICES OF
# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

April 2, 2018
Page - 2 -

Corporation, as Receiver for First NBC Bank ("First NBC"). Please be advised that MS previously assigned all of its accounts receivable (the "Accounts") to SBN V FNBC LLC, as successor in interest to First NBC. The Accounts include all payments to be made by MS for the use or hire of the Mr. Steven pursuant to your charter agreement with MS (the "Charter").

SBN V FNBC LLC is exercising its option under the Uniform Commercial Code in effect in the State of Louisiana (the "UCC") to directly receive and collect all Accounts that have been assigned to it by MS, including all payment to be made under the Charter. Pursuant to Section 9-406 of the UCC, you are hereby being placed on notice that all payments under the Charter are to be sent directly to SBN V FNBC LLC at the following address:

> SBN V FNBC LLC
> c/o Mark Kilcoin
> 1700 Lincoln Street, Suite 2150
> Denver, CO 80203

All checks are to be made payable to the order of "SBN V FNBC LLC."

The UCC specifically allows the holder, SBN V FNBC LLC, to notify you for that the payments under the Charter must be sent directly to it and does not require that MS notify you. Accordingly, until further written notice, all payments under the Charter must be sent to SBN V FNBC LLC at the above address.

Please be advised that if you send any payment under the Charter to MS or to any other party, you are still required, as a matter of law, to pay that payment to SBN V FNBC LLC. Paying any such account payment to any other entity does not absolve you from the obligation to pay SBN V FNBC LLC. These account payments are to continue in this manner until further notice.

Thank you for your attention to this legal request. I am,

Sincerely yours,

Leopold Z. Sher
Chad P. Morrow



# ADAMS AND REESE LLP

Attorneys at Law
Alabama
Florida
Georgia
Louisiana
Mississippi
South Carolina
Tennessee
Texas
Washington, DC

Robin B. Cheatham
Direct: 504.585.0411
E-Fax: 504.584.9505
robin.cheatham@arlaw.com

April 9, 2018

Mr. Leopold Sher (Via email transmission lsher@shergarner.com)
Mr. Chad Morrow (Via email transmission cmorrow@shergarner.com)
Sher Garner Cahill Richter
Klein & Hilbert, L.L.C.
Attorneys at Law
Twenty-Eighth Floor
909 Poydras Street
New Orleans, Louisiana 70112-4046

    Re:    Mr. Steven, LLC (Iberia Marine Service, LLC)
            Notice of Direct Collection of Accounts Receivable
            Your File No. 22527.0012
            Our File No. 26838-1

Gentlemen:

    We represent the interests of Mr. Steve Miguez and various other entities in connection with the obligation acquired by SBN V FNBC, LLC ("SBN V") from the Federal Deposit Insurance Corporation ("FDIC") as receiver for First NBC Bank.

    We are also in receipt of your correspondence dated April 2, 2018, directed to Guice Offshore, LLC seeking to place them on notice of SBN V's rights pursuant to the UCC.

    The notice refers to related loan documents executed by Mr. Steven, LLC ("MS") and upon that basis the notice was issued. MS would therefore be the account debtor pursuant to La. R.S. §10:9-102(3).

    There is no privity of contract by and between Guice Offshore, LLC and MS. As a result, your efforts to effectuate direct payment from Guice Offshore, LLC is inapplicable.

    Further, pursuant to La. R.S §10:9-406(c) we are requesting that you provide proof of the claimed assignment by any entity other than MS.

    Moreover, in my last communication with Mr. Jacob Airey, we discussed a telephone conference between counsel and clients to discuss possible resolution in the form of a buyout of

EXHIBIT
18-51277
mr. Steven LLC
SBN #7
12-18-18

One Shell Square | 701 Poydras Street, Suite 4500 | New Orleans, Louisiana 70139 | 504.581.3234 | Fax 504.566.0210
www.adamsandreese.com

18-51277 - #112-14  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 4-9 Pg 9 of 15

SBN V's loan. Mr. Airey indicated that SBN V was agreeable to having such a telephone conference and would get back to me with particulars. To date, we have not received same.

The issuance of this notice does not appear to be indicative of a cooperative effort for resolution but one of litigation. If this is SBN V's intent, please advise.

Thank you.

Yours very truly,

Adams and Reese LLP

Robin B. Cheatham

RBC/mc

*Established 1908*

# RUSHING & GUICE, P.L.L.C.
### ATTORNEYS AT LAW

WILLIAM LEE GUICE III
bguice@rushingguice.com
MS, TX, NY and DC

R. SCOTT WELLS
swells@rushingguice.com
MS, LA and NY

MARIA MARTINEZ
mmartinez@rushingguice.com
MS, LA and NY

April 12, 2018

**VIA E-MAIL AND OVERNIGHT DELIVERY**  Our File: 8004
Mr. Leopold Sher
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112-4046

Mr. Robin B. Cheatham
ADAMS AND REESE L.L.P.
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139

    Re:    M/V Mr. Steven, Official No. 1249191
           Mr. Steven, LLC, Notice of Direct Collection of Accounts Receivable
           Sher Garner File No. 22527.0012
           Adams and Reese File No. 26838-1, Guice Offshore, LLC

Dear Leo and Robin:

    Rushing & Guice, PLLC represents the interest of Guice Offshore, LLC (GO) and it is on its behalf that I am writing you this date. GO has entered into a Standard Bareboat Charter Agreement wherein GO chartered the M/V Mr. Steven, Official No. 1249191, for the term of one year beginning October 15, 2017 for the charter rate of $3,300 per day. Consistent with the charter terms, the M/V Mr. Steven has been modified for its intended purpose and is currently in operation.

    As you know, on or about April 2, 2018, Sher Garner Cahill Richter Klein & Hilbert, L.L.C. acting for its client SBN V FNBC, LLC made demand on GO that the charter payments relative to M/V Mr. Steven be paid to SBN V FNBC, LLC. A copy of said correspondence is attached hereto for your convenience.

    Likewise, on or about April 9, 2018 Adams and Reese LLP representing the interest of SeaTran Marine, LLC advised that said notice is not effective because the entity which is a party to the bareboat charter is not an account debtor to SBN V FNBC, LLC. A copy of said correspondence is also attached hereto for your convenience.

    Therefore, there are conflicting claims to the payments due under the charter agreement. I note also that there is an attempt to resolve these conflicting claims as described in the aforementioned April 9, 2018 correspondence. In order to avoid double liability on the part of

1000 Government St., Suite E
Ocean Springs, MS 39564
(P) 228-374-2313    (F) 228-875-5987

P.O. Box 1925
Biloxi, MS 39533-1925
www.rushingguice.com



GO and to preserve the status quo until such time as the claiming parties can resolve their differences or reach the position that their differences cannot be resolved, I have instructed GO to pay the payments due under the charter agreement into the trust account of Rushing & Guice, P.L.L.C. not to be released without joint instructions or order of a court of appropriate jurisdiction. Upon receipt of such funds each of you will be advised of same. Hopefully, you can quickly reach an understanding as to the ownership of the charter payments and this matter can thus be resolved. It does appear that time is of the essence.

Meanwhile, GO will continue to operate the M/V Mr. Steven and to make the charter payments in the ordinary course to the account described above. We all must be mindful that any interruption of the charter operation will result in the destruction of the income stream created by the charter agreement.

I want to thank you in advance for your immediate attention to this matter. Please do not hesitate to contact the undersigned should you have any questions with respect to the above. As always, I send my highest personal regards and look forward to working with you.

Very truly yours,

RUSHING & GUICE P.L.L.C.

WILLIAM LEE GUICE III

WLG:cm
Enclosures

Cc: Guice Offshore

LAW OFFICES OF
# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

| | | | |
|---|---|---|---|
| LEOPOLD Z. SHER [1] | THOMAS J. MADIGAN, II [5] | GABRIEL R. CRANE | [1] LAW CORPORATION |
| JAMES M. GARNER [2] | CHAD P. MORROW | ALEX E. HOTARD | [2] MEMBER OF LOUISIANA AND TEXAS BARS |
| ELWOOD F. CAHILL, JR. | KEVIN M. McGLONE | STUART D. KOTTLE [7] | [3] MEMBER OF LOUISIANA AND ALABAMA BARS |
| RICHARD P. RICHTER | JEFFREY D. KESSLER [6] | | [4] MEMBER OF LOUISIANA AND CALIFORNIA BARS |
| STEVEN I. KLEIN [1,6] | RYAN O. LUMINAIS [5] | | [5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS |
| PETER L. HILBERT, JR. | ASHLEY G. COKER | | [6] MEMBER OF LOUISIANA AND NEW YORK BARS |
| MARIE A. MOORE [3] | JONATHAN B. CERISE | | [7] MEMBER OF LOUISIANA AND ARIZONA BARS |
| DEBRA J. FISCHMAN | KAREN T. HOLZENTHAL | | [8] BOARD CERTIFIED TAX ATTORNEY LOUISIANA |
| DARNELL BLUDWORTH [2] | AMANDA RUSSO SCHENCK | | BOARD OF LEGAL SPECIALIZATION |
| MARTHA Y. CURTIS [2] | MELISSA ROME HARRIS | SPECIAL COUNSEL: | |
| NEAL J. KLING | JACOB A. AIREY | MATTHEW M. COMAN | ALL OTHERS LOUISIANA BAR |
| JOSHUA S. FORCE [2,4] | EMILY E. ROSS | | |
| DEBORAH J. MOENCH | TRAVIS A. BEATON | OF COUNSEL: | |
| JOHN T. BALHOFF, II | REBEKKA C. VEITH | TIMOTHY B. FRANCIS | |
| ALVIN C. MIESTER, III | DAVID A. FREEDMAN | DAVID A. MARCELLO | |
| CHRISTOPHER T. CHOCHELES | BRANDON W. KEAY | THOMAS P. ANZELMO, JR. | |
| RYAN D. ADAMS | MICHAEL R. DODSON [3] | THOMAS P. McALISTER [2] | |

lsher@shergarner.com
Direct Dial: (504) 299-2129
Direct Fax: (504) 299-2329

(504) 299-2100
FAX (504) 299-2300

April 11, 2018

**_Via Federal Express_**
Seatran Marine, LLC
107 Hwy. 90 West
New Iberia, LA 70560

    Re:    **Mr. Steven, LLC (Iberia Marine Service, LLC)**
              **Notice of Direct Collection of Accounts Receivable**
              **Our File No. 22527.0012**

Ladies and Gentlemen:

    We represent SBN V FNBC LLC, which acquired from the Federal Deposit Insurance Corporation, as Receiver for First NBC Bank ("First NBC") certain indebtedness obligations and related loan documents of the following parties (each, a "Borrower Party"): (i) Iberia Marine Service, L.L.C.; (ii) Mr. Blake LLC; (iii) Mr. Ridge LLC; (iv) Lady Glenda LLC; (v) Mr. Mason LLC; (vi) Mr. Row LLC; (vii) Lady Brandi LLC; (viii) Lady Eve LLC; and (ix) Mr. Steven LLC. Please be advised that each Borrower Party previously assigned all of its accounts receivable (the "Accounts") to SBN V FNBC LLC, as successor in interest to First NBC. We understand that you may be party to a charter or other agreement with one (1) or more of the Borrower Parties. The Accounts include, without limitation, all payments to be made to any Borrower Party for the use or hire of any vessel owned by any Borrower Party pursuant to any charter agreement or other agreement that you may have with any Borrower Party.



EXHIBIT
18-51277
mr. Steven LLC
SBN #9
12/18/18

April 11, 2018
Page - 2 -

    SBN V FNBC LLC is exercising its option under the Uniform Commercial Code in effect in the State of Louisiana (the "UCC") to directly receive and collect all Accounts that have been assigned to it by any Borrower Party, including all payments to be made under any charter agreement that you may have with any Borrower Party. Pursuant to Section 9-406 of the UCC, you are hereby being placed on notice that all payments that you may owe to any Borrower Party under any charter or other agreement that you may have with any Borrower Party are to be sent directly to SBN V FNBC LLC at the following address:

**SBN V FNBC LLC**
**c/o Mark Kilcoin**
**1700 Lincoln Street, Suite 2150**
**Denver, CO 80203**

All checks are to be made payable to the order of "SBN V FNBC LLC."

    The UCC specifically allows the holder, SBN V FNBC LLC, to notify you that the payments under any charter agreement or other agreement that you may have with any Borrower Party must be sent directly to SBN V FNBC LLC and does not require that any Borrower Party notify you. Accordingly, until further written notice, all payments under any charter or other agreement that you may have with any Borrower Party must be sent to SBN V FNBC LLC at the above address.

    Please be advised that if you send any payment under any charter or other agreement that you may have with any Borrower Party to such Borrower Party or to any other party, you are still required, as a matter of law, to pay that payment to SBN V FNBC LLC. Paying any such account payment to any other entity does not absolve you from the obligation to pay SBN V FNBC LLC. These account payments are to continue in this manner until further notice.

    Thank you for your attention to this legal request. I am,

Sincerely yours,

*[signature]*

Leopold Z. Sher
Chad P. Morrow

cc:    Mark Kilcoin (via email)

ORIGIN ID:NEWA (504) 299-2212
PATSY MAXWELL
SHER GARNER ET AL
909 POYDRAS ST
28TH FLOOR
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11APR18
ACTWGT: 0.50 LB
CAD: 5460066/INET3980

BILL SENDER

TO
SEATRAN MARINE, LLC
107 HWY 90 WEST

NEW IBERIA LA 70560
(985) 631-9004    REF: 22527 0012
INV:
PO:    DEPT:

552J1/9132/DC45

FedEx Express
E

THU - 12 APR 3:00P
STANDARD OVERNIGHT

TRK# 7719 7033 1662
0201

42 LFTA    70560
LA-US    LFT

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.