**Fill in this information to identify the case:**

Debtor name __Mr. Steven, L.L.C.__

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) __18-51277__

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 1, 2018__     X /s/ Mr. Steven J. Miguez
_____     _____
                             Signature of individual signing on behalf of debtor

                             **Mr. Steven J. Miguez**
                             Printed name

                             **Manager**
                             Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors



EXHIBIT
18-51277
mr. Steven LLC
SBn #11
12/18/18

**Fill in this information to identify the case:**

Debtor name    **Mr. Steven, L.L.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **18-51277**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from *Schedule A/B*........................................................................ $ _____**0.00**

    1b. Total personal property:
    Copy line 91A from *Schedule A/B*....................................................................... $ **12,834,012.86**

    1c. Total of all property:
    Copy line 92 from *Schedule A/B*......................................................................... $ **12,834,012.86**

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ **23,438,218.26**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. $ _____**0.00**

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................... +$ **223,187.32**

4.  Total liabilities ...............................................................
    Lines 2 + 3a + 3b                                                                          $ **23,661,405.58**

Official Form 206Sum        Summary of Assets and Liabilities for Non-Individuals        page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 2 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 2 of 24

**Fill in this information to identify the case:**

Debtor name    **Mr. Steven, L.L.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **18-51277**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Community First Bank - Balance as of October 3, 2018 was $54.13** | **Checking** | 5587 | $0.00 |
| 3.2. | **Community First Bank -Debtor in Possession - Opened 10/11/2018** | **Checking** | 1483 | $54.13 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$54.13

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Seatran Marine, LLC - Operating Deposit** | $75,000.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 3 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 3 of 24

| Debtor | **Mr. Steven, L.L.C.** | Case number *(If known)* **18-51277** |
|---|---|---|
| | Name | |

9.  **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

    **$75,000.00**

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:        **102,300.00**   -   **0.00** = ....        **$102,300.00**
    
    face amount                          doubtful or uncollectible accounts

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    **$102,300.00**

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.

    ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.

    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.

    ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 4 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 4 of 24

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**M/V Mr. Steven**
**The value is the current value of the fixed asset on the books. Fixed asset less depreciation.**    $12,614,459.61      $12,614,459.61

51. **Total of Part 8.**      **$12,614,459.61**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9: Real property
54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property
59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets
70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-51277 - #32 File 11/01/18 Enter 11/01/18 18:36:56 Main Document Pg 5 of 24
18-51277 - #112-16 File 12/18/18 Enter 12/26/18 10:19:17 Exhibit sbn 11 Pg 5 of 24

Debtor  **Mr. Steven, L.L.C.**                                    Case number *(if known)* **18-51277**
          Name

**set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Loan Orgination Cost - Unused Portion Expensed Over**
       **Loan Life**                                                                    **$42,199.12**

78.    **Total of Part 11.**                                                            **$42,199.12**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **Mr. Steven, L.L.C.**                                    Case number *(if known)*  **18-51277**
          <sub>Name</sub>

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $54.13 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $75,000.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $102,300.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $12,614,459.61 | |
| 88. Real property. *Copy line 56, Part 9* ............................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $42,199.12 | |
| 91. Total. Add lines 80 through 90 for each column | $12,834,012.86 | +91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $12,834,012.86 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name **Mr. Steven, L.L.C.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number (if known) **18-51277**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **SBN V FNBC LLC** | Describe debtor's property that is subject to a lien | **$23,438,218.26** | **$12,614,459.61** |
|---|---|---|---|---|

**2.1 SBN V FNBC LLC**
Creditor's Name

**c/o The Corporation Trust Co.**
**Corporation Trust Center**
**1209 Organge St.**
**Wilmington, DE 19801**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**09/28/2015**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**M/V Mr. Steven; The value is the current value of the fixed asset on the books. Fixed asset less depreciation. See Attached**

Describe the lien
**First Preferred Ship Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| **$23,438,218.26** |
|---|

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David F. Waguespack**<br>**Carver Darden Koretzky Tessier**<br>**Finn Blossman & Areaux LLC**<br>**1100 Poydras St., Suite 3100**<br>**New Orleans, LA 70163** | Line **2.1** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Mr. Steven, L.L.C.** | Case number (if known) | **18-51277** |
| | Name | | |

**SBN V FNBC, LLC**
**1700 Lincoln Street, Suite 2150**
**Denver, CO 80203**

Line **2.1**

**Thomas E. Shuck**
**Parker, Milliken, Clark, O'Hara**
**& Samuelian**
**555 S. Flower St., 30th Floor**
**Los Angeles, CA 90071-2440**

Line **2.1**

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 9 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 9 of 24

**Fill in this information to identify the case:**

Debtor name  **Mr. Steven, L.L.C.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known)  **18-51277**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. §507).

  ■ No. Go to Part 2.

  ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Iberia Marine Service, LLC**<br>**107 Hwy 90 West**<br>**New Iberia, LA 70560** | **$223,187.32** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 223,187.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 223,187.32 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name     **Mr. Steven, L.L.C.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known)     **18-51277**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

2. **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Vessel Operating Agreement** | |
| | State the term remaining | | **Iberia Marine Service, LLC** |
| | | | **C/o Mr. Steve Miguez** |
| | List the contract number of any government contract | | **107 Hwy 90 West** |
| | | | **New Iberia, LA 70560** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 1 of 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 11 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 11 of 24

Fill in this information to identify the case:

Debtor name **Mr. Steven, L.L.C.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **18-51277**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                      *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Lady Brandi, LLC** | **107 Highway 90 W** <br> **New Iberia, LA 70560** | **SBN V FNBC LLC** | ☑ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Lady Eve, LLC** | **107 Highway 90 W** <br> **New Iberia, LA 70560** | **SBN V FNBC LLC** | ☑ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Lady Glenda, LLC** | **107 Highway 90 W** <br> **New Iberia, LA 70560** | **SBN V FNBC LLC** | ☑ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Mr. Blake, LLC** | **107 Hightway 90 W** <br> **New Iberia, LA 70560** | **SBN V FNBC LLC** | ☑ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Mr. Mason, LLC** | **107 Highway 90 W** <br> **New Iberia, LA 70560** | **SBN V FNBC LLC** | ☑ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Mr. Steven, L.L.C.**                                      Case number *(if known)*    **18-51277**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: Codebtor                                              Column 2: Creditor

| | | | | |
|---|---|---|---|---|
| 2.6 | **Mr. Ridge, LLC** | **107 Highway 90 W**<br>**New Iberia, LA 70560** | **SBN V FNBC LLC** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Mr. Row, LLC** | **107 Highway 90 W**<br>**New Iberia, LA 70560** | **SBN V FNBC LLC** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Mr. Steven J.**<br>**Miguez** | **107 Highway 90 W**<br>**New Iberia, LA 70560** | **SBN V FNBC LLC** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 2 of 2
Best Case Bankruptcy

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 13 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 13 of 24

**Fill in this information to identify the case:**

Debtor name **Mr. Steven, L.L.C.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **18-51277**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | **$806,479.00** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business <br> ☐ Other _____ | **$954,207.62** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business <br> ☐ Other _____ | **$1,425,013.92** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 14 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 14 of 24

Debtor  **Mr. Steven, L.L.C.**                                  Case number (if known) **18-51277**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Iberia Marine Service, LLC**<br>C/o Mr. Steve Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560 | September 7,<br>2018 and<br>October 3,<br>2018 | $2,772,100.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1. **SBN V FNBC, LLC, successor to FDIC as Receiver for First NBC Bank**<br>vs.<br>**The Vessel, "Mr. Steven"**<br>**2:18-CV-08492** | **Seizure of Vessel** | **United States District Court**<br>**Central District of California**<br>**255 East Temple Street**<br>**Los Angeles, CA**<br>**90013-3332** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor  **Mr. Steven, L.L.C.**                                          Case number *(if known)* **18-51277**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
    of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
    relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Adams and Reese LLP 701 Poydras Street, Suite 4500 New Orleans, LA 70139** | | **October 3, 2018** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **See Attached Sheet** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Mr. Steven, L.L.C.**                    Case number *(if known)* **18-51277**

---

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3820 Lake Palourde Rd** <br> **Morgan City, LA 70380** | **01/01/2014 - 05/01/2016** |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Community First Bank** <br> **1101 E. Admiral Doyle Dr.** <br> **New Iberia, LA 70560** | XXXX-5587 | ■ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | 10/11/2018 | $54.13 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 17 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 17 of 24

Debtor  **Mr. Steven, L.L.C.**                                          Case number (if known) **18-51277**

◼ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

◼ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

◼ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

◼ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

◼ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

◼ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor  **Mr. Steven, L.L.C.**                      Case number (if known)  **18-51277**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Arsement, Redd and Morella** **701 Robley Dr,, Suite 200** **Lafayette, LA 70503** | |
| 26a.2. | **Kolder Slaven & Company, LLC** **450 E. Main St.** **New Iberia, LA 70560** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Arsement, Redd and Morella** **701 Robley Dr,, Suite 200** **Lafayette, LA 70503** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **SBN V FNBC, LLC Successor to FDIC** **receiver for First NBC Bank** **1700 Lincoln Street, Suite 2150** **Denver, CO 80203** | |
| 26c.2. | **SeaTran Marine, LLC** **107 Hwy 90 West** **New Iberia, LA 70560** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor **Mr. Steven, L.L.C.**                                      Case number *(if known)* **18-51277**

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Iberia Crewboat and Marine Services, LLC** | **c/o Mr. Steven Miguez 107 Hwy 90 West New Iberia, LA 70560** | **Owner** | **100** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Mr. Steven J. Miguez** | **107 Highway 90 W New Iberia, LA 70560** | **Manager** | **0** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Iberia Crewboat and Marine Services, LLC** | EIN: **72-0878804** |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 20 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 20 of 24

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 1, 2018**

**/s/ Mr. Steven J. Miguez**            **Mr. Steven J. Miguez**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor  **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 8

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-51277 - #32 File 11/01/18 Enter 11/01/18 18:36:56 Main Document Pg 21 of 24
18-51277 - #112-16 File 12/18/18 Enter 12/26/18 10:19:17 Exhibit sbn 11 Pg 21 of 24

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Louisiana

| | | | | |
|---|---|---|---|---|
| In re | **Mr. Steven, L.L.C.** | | Case No. | **18-51277** |
| | | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **30,000.00** |
   | Prior to the filing of this statement I have received | $ | **30,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   □ Other (specify):   which received a capital contribution from Iberia Crewboat & Marine, LLC, which received a capital contribution from Mr. Steve Miguez.

3. The source of compensation to be paid to me is:

   □ Debtor   ■ Other (specify):   **As Per Pending Employment Application**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor   in any dischargeability actions, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November 1, 2018** | **/s/ Robin B. Cheatham** |
| Date | **Robin B. Cheatham 4004** |
| | Proposed Counsel |
| | **Adams and Reese LLP** |
| | **701 Poydras Street, Suite 4500** |
| | **New Orleans, LA 70139** |
| | **504-581-3234  Fax: 504-566-0210** |
| | **robin.cheatham@arlaw.com** |
| | Name of law firm |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 22 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11  Pg 22 of 24

## SCHEDULE 206D

**Description of Property for SNB V FNBC LLC -** .**This loan is also secured by seven other vessels, M/V Lady Eve, M/V Lady Glenda, M/V Mr. Row, M/V Mr. Blake, M/V Mr. Ridge, M/V Mr. Mason and M/V Lady Brandi. The values of these seven vessels are not included in the schedules of the M/V Mr. Steven.

## STATEMENT OF FINANCIAL AFFAIRS

### 11. PAYMENTS RELATED TO BANKRUPTCY

Payment was received by the Mr. Steven, LLC which received a capital contribution from Iberia Crewboat & Marine, LLC, which received a capital contribution from Mr. Steve Miguez.

# United States Bankruptcy Court
## Western District of Louisiana

| | | |
|---|---|---|
| In re **Mr. Steven, L.L.C.** | Case No. | **18-51277** |
| Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 1, 2018**          Signature **/s/ Mr. Steven J. Miguez**
                                               **Mr. Steven J. Miguez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

18-51277 - #32  File 11/01/18  Enter 11/01/18 18:36:56  Main Document  Pg 24 of 24
18-51277 - #112-16  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit sbn 11 Pg 24 of 24