**SO ORDERED.**

**SIGNED December 19, 2018.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

| | |
|---|---|
| **In Re:**<br>*Debtor(s):*<br>Mr. Steven, L.L.C. | **Chapter:** 11<br>**Case Number:** 18–51277 |

### Order

A hearing was held on the Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) filed by SBN V FNBC LLC in this case, among other matters, and for reasons orally assigned,

IT IS ORDERED that SeaTran Exhibit #7 is hereby PLACED UNDER SEAL unless otherwise ordered by the Court.

###