**Charlie Tizzard**

EXHIBIT

# 2
SeaTran
12/18/18
1861277 Mr. Steven, LLC

| | |
|---|---|
| **From:** | Charlie Tizzard |
| **Sent:** | Wednesday, July 02, 2014 10:48 AM |
| **To:** | Blake Miguez; Glynn HC; Elliott Cundieff; smiguez@iberia-marine.com |
| **Subject:** | SeaTran Marine Initial Funding Requirements |
| **Attachments:** | 20140702113104664.pdf |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | Blake Miguez | Delivered: 7/2/2014 10:48 AM | Read: 7/2/2014 11:26 AM |
| | Glynn HC | | |
| | Elliott Cundieff | | |
| | smiguez@iberia-marine.com | | |

All,

Per the SeaTran Marine Operating Agreement and Vessel Operating Agreement, both effective 7/1/14, the owners of Sea Tran and the vessel owners are required to make certain initial fundings as follows:

1. Per the attached Schedule "A" to the Operating Agreement of SeaTran Marine, each owner must fund $100.00 into the initial funding account.

2. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran its pro rata of two months of projected SG&A costs of Sea Tran. Attached is a schedule of the required funding for each vessel.

3. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran an advance deposit of $75,000.

Please let me know if you have any questions concerning the above funding requirements.

Thanks.
Charlie Tizzard

1

SEATRAN INITIAL SG&A FUNDING            7/1/2014

BASED ON 6/19/14 SEATRAN ANNUAL  SG&A BUDGET OF - $2,877,248

|  |  |  | VESSEL ALLOCATION |
|---|---|---|---|
| BRAWLER | 135 | 0.034 | 16,120 |
| INVADER | 135 | 0.034 | 16,120 |
| WARRIOR | 140 | 0.035 | 16,717 |
| RENEGADE | 140 | 0.035 | 16,717 |
| STRIKER | 165 | 0.041 | 19,702 |
| INTRUDER | 165 | 0.041 | 19,702 |
| DICTATOR | 170 | 0.042 | 20,299 |
| TYRANT | 170 | 0.042 | 20,299 |
|  | 1220 | 30.4% | 145,677 |
|  |  |  |  |
| LADE EVE | 172 | 0.043 | 20,538 |
| MR J O | 172 | 0.043 | 20,538 |
| MR ROW | 165 | 0.041 | 19,702 |
| LADY BRANDI | 165 | 0.041 | 19,702 |
| MR MASON | 165 | 0.041 | 19,702 |
| LADY MARIE | 165 | 0.041 | 19,702 |
| LADY GLENDA | 150 | 0.037 | 17,911 |
| MR RIDGE | 150 | 0.037 | 17,911 |
| MR BLAKE | 150 | 0.037 | 17,911 |
| LADY MADI | 135 | 0.034 | 16,120 |
| MR ETHAN | 135 | 0.034 | 16,120 |
| MR EVAN | 150 | 0.037 | 17,911 |
| MR CADE | 172 | 0.043 | 20,538 |
|  | 2046 | 50.9% | 244,308 |
|  |  |  |  |
| SAVANNAH | 135 | 0.034 | 16,120 |
| CALLIE JEAN | 140 | 0.035 | 16,717 |
| MISS CLAIRE | 155 | 0.039 | 18,508 |
| GREATER SCOTT | 160 | 0.040 | 19,105 |
| SEA ANGEL | 160 | 0.040 | 19,105 |
|  | 750 | 18.7% | 89,556 |
|  |  |  |  |
|  | 4016 |  | 479,541 |

# SCHEDULE "A"

## Initial Capital Contributions

| Member | Address | Initial Capital Contribution | Initial Capital Account | Membership Percentage Interest | Voting Percentage Interest * |
|---|---|---|---|---|---|
| Iberia Marine Service, L.L.C. | 3015 Gene Flash Rd. New Iberia, LA 70560 | $100.00 | $100.00 | 33-1/3% | _____% |
| COMAR Marine, L.L.C. | 3820 Lake Palourde Rd. Amelia, LA 70340 | $100.00 | $100.00 | 33-1/3% | _____% |
| Captain Elliott's Party Boats, Inc. d/b/a Texas Crewboats, Inc. | 222 W 2nd St. Freeport, TX 77541 | $100.00 | $100.00 | 33-1/3% | _____% |
| | TOTAL | $300.00 | $300.00 | 100% | 100% |

* This percentage will be based on the aggregate marketed length of the vessel(s) of each Member (to include vessels either owned and/or managed by such Member) being operated by the Company divided by the aggregate marketed length of all Member vessels being operated by the Company as of the time such vote is taken.

## Charlie Tizzard

| | |
|---|---|
| **From:** | Charlie Tizzard |
| **Sent:** | Wednesday, July 02, 2014 10:48 AM |
| **To:** | Blake Miguez; Glynn HC; Elliott Cundieff; smiguez@iberia-marine.com |
| **Subject:** | SeaTran Marine Initial Funding Requirements |
| **Attachments:** | 20140702113104664.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | Blake Miguez | Delivered: 7/2/2014 10:48 AM | Read: 7/2/2014 11:26 AM |
| | Glynn HC | | |
| | Elliott Cundieff | | |
| | smiguez@iberia-marine.com | | |

All,
Per the SeaTran Marine Operating Agreement and Vessel Operating Agreement, both effective 7/1/14, the owners of Sea Tran and the vessel owners are required to make certain initial fundings as follows:

1. Per the attached Schedule "A" to the Operating Agreement of SeaTran Marine, each owner must fund $100.00 into the initial funding account.

2. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran its pro rata of two months of projected SG&A costs of Sea Tran. Attached is a schedule of the required funding for each vessel.

3. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran an advance deposit of $75,000.

Please let me know if you have any questions concerning the above funding requirements.

Thanks.
Charlie Tizzard

1

SEATRAN INITIAL SG&A FUNDING                    7/1/2014

BASED ON 6/19/14 SEATRAN ANNUAL SG&A BUDGET OF - $2,877,248

| | | | VESSEL ALLOCATION |
|---|---|---|---|
| BRAWLER | 135 | 0.034 | 16,120 |
| INVADER | 135 | 0.034 | 16,120 |
| WARRIOR | 140 | 0.035 | 16,717 |
| RENEGADE | 140 | 0.035 | 16,717 |
| STRIKER | 165 | 0.041 | 19,702 |
| INTRUDER | 165 | 0.041 | 19,702 |
| DICTATOR | 170 | 0.042 | 20,299 |
| TYRANT | 170 | 0.042 | 20,299 |
| | 1220 | 30.4% | 145,677 |
| | | | |
| LADE EVE | 172 | 0.043 | 20,538 |
| MR J O | 172 | 0.043 | 20,538 |
| MR ROW | 165 | 0.041 | 19,702 |
| LADY BRANDI | 165 | 0.041 | 19,702 |
| MR MASON | 165 | 0.041 | 19,702 |
| LADY MARIE | 165 | 0.041 | 19,702 |
| LADY GLENDA | 150 | 0.037 | 17,911 |
| MR RIDGE | 150 | 0.037 | 17,911 |
| MR BLAKE | 150 | 0.037 | 17,911 |
| LADY MADI | 135 | 0.034 | 16,120 |
| MR ETHAN | 135 | 0.034 | 16,120 |
| MR EVAN | 150 | 0.037 | 17,911 |
| MR CADE | 172 | 0.043 | 20,538 |
| | 2046 | 50.9% | 244,308 |
| | | | |
| SAVANNAH | 135 | 0.034 | 16,120 |
| CALLIE JEAN | 140 | 0.035 | 16,717 |
| MISS CLAIRE | 155 | 0.039 | 18,508 |
| GREATER SCOTT | 160 | 0.040 | 19,105 |
| SEA ANGEL | 160 | 0.040 | 19,105 |
| | 750 | 18.7% | 89,556 |
| | | | |
| | 4016 | | 479,541 |

# SCHEDULE "A"

## Initial Capital Contributions

| Member | Address | Initial Capital Contribution | Initial Capital Account | Membership Percentage Interest | Voting Percentage Interest * |
|---|---|---|---|---|---|
| Iberia Marine Service, L.L.C. | 3015 Gene Flash Rd. New Iberia, LA 70560 | $100.00 | $100.00 | 33-1/3% | _____% |
| COMAR Marine, L.L.C. | 3820 Lake Palourde Rd. Amelia, LA 70340 | $100.00 | $100.00 | 33-1/3% | _____% |
| Captain Elliott's Party Boats, Inc. d/b/a Texas Crewboats, Inc. | 222 W 2nd St. Freeport, TX 77541 | $100.00 | $100.00 | 33-1/3% | _____% |
| | TOTAL | $300.00 | $300.00 | 100% | 100% |

\* This percentage will be based on the aggregate marketed length of the vessel(s) of each Member (to include vessels either owned and/or managed by such Member) being operated by the Company divided by the aggregate marketed length of all Member vessels being operated by the Company as of the time such vote is taken.

{N0864241 -}

# Charlie Tizzard

| | |
|---|---|
| **From:** | Charlie Tizzard |
| **Sent:** | Wednesday, July 02, 2014 10:48 AM |
| **To:** | Blake Miguez; Glynn HC; Elliott Cundieff; smiguez@iberia-marine.com |
| **Subject:** | SeaTran Marine Initial Funding Requirements |
| **Attachments:** | 20140702113104664.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | Blake Miguez | Delivered: 7/2/2014 10:48 AM | Read: 7/2/2014 11:26 AM |
| | Glynn HC | | |
| | Elliott Cundieff | | |
| | smiguez@iberia-marine.com | | |

All,
Per the SeaTran Marine Operating Agreement and Vessel Operating Agreement, both effective 7/1/14, the owners of Sea Tran and the vessel owners are required to make certain initial fundings as follows:

1. Per the attached Schedule "A" to the Operating Agreement of SeaTran Marine, each owner must fund $100.00 into the initial funding account.

2. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran its pro rata of two months of projected SG&A costs of Sea Tran. Attached is a schedule of the required funding for each vessel.

3. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran an advance deposit of $75,000.

Please let me know if you have any questions concerning the above funding requirements.

Thanks.
Charlie Tizzard

1

SEATRAN INITIAL SG&A FUNDING                 7/1/2014

BASED ON 6/19/14 SEATRAN ANNUAL SG&A BUDGET OF - $2,877,248

|              |      |       | VESSEL ALLOCATION |
|--------------|------|-------|-------------------|
| BRAWLER      | 135  | 0.034 | 16,120            |
| INVADER      | 135  | 0.034 | 16,120            |
| WARRIOR      | 140  | 0.035 | 16,717            |
| RENEGADE     | 140  | 0.035 | 16,717            |
| STRIKER      | 165  | 0.041 | 19,702            |
| INTRUDER     | 165  | 0.041 | 19,702            |
| DICTATOR     | 170  | 0.042 | 20,299            |
| TYRANT       | 170  | 0.042 | 20,299            |
|              | 1220 | 30.4% | 145,677           |
|              |      |       |                   |
| LADE EVE     | 172  | 0.043 | 20,538            |
| MR J O       | 172  | 0.043 | 20,538            |
| MR ROW       | 165  | 0.041 | 19,702            |
| LADY BRANDI  | 165  | 0.041 | 19,702            |
| MR MASON     | 165  | 0.041 | 19,702            |
| LADY MARIE   | 165  | 0.041 | 19,702            |
| LADY GLENDA  | 150  | 0.037 | 17,911            |
| MR RIDGE     | 150  | 0.037 | 17,911            |
| MR BLAKE     | 150  | 0.037 | 17,911            |
| LADY MADI    | 135  | 0.034 | 16,120            |
| MR ETHAN     | 135  | 0.034 | 16,120            |
| MR EVAN      | 150  | 0.037 | 17,911            |
| MR CADE      | 172  | 0.043 | 20,538            |
|              | 2046 | 50.9% | 244,308           |
|              |      |       |                   |
| SAVANNAH     | 135  | 0.034 | 16,120            |
| CALLIE JEAN  | 140  | 0.035 | 16,717            |
| MISS CLAIRE  | 155  | 0.039 | 18,508            |
| GREATER SCOTT| 160  | 0.040 | 19,105            |
| SEA ANGEL    | 160  | 0.040 | 19,105            |
|              | 750  | 18.7% | 89,556            |
|              |      |       |                   |
|              | 4016 |       | 479,541           |

## SCHEDULE "A"

### Initial Capital Contributions

| Member | Address | Initial Capital Contribution | Initial Capital Account | Membership Percentage Interest | Voting Percentage Interest * |
|---|---|---|---|---|---|
| Iberia Marine Service, L.L.C. | 3015 Gene Flash Rd. New Iberia, LA 70560 | $100.00 | $100.00 | 33-1/3% | _____% |
| COMAR Marine, L.L.C. | 3820 Lake Palourde Rd. Amelia, LA 70340 | $100.00 | $100.00 | 33-1/3% | _____% |
| Captain Elliott's Party Boats, Inc. d/b/a Texas Crewboats, Inc. | 222 W 2nd St. Freeport, TX 77541 | $100.00 | $100.00 | 33-1/3% | _____% |
| | TOTAL | $300.00 | $300.00 | 100% | 100% |

\* This percentage will be based on the aggregate marketed length of the vessel(s) of each Member (to include vessels either owned and/or managed by such Member) being operated by the Company divided by the aggregate marketed length of all Member vessels being operated by the Company as of the time such vote is taken.

## Charlie Tizzard

| | |
|---|---|
| **From:** | Charlie Tizzard |
| **Sent:** | Wednesday, July 02, 2014 10:48 AM |
| **To:** | Blake Miguez; Glynn HC; Elliott Cundieff; smiguez@iberia-marine.com |
| **Subject:** | SeaTran Marine Initial Funding Requirements |
| **Attachments:** | 20140702113104664.pdf |

| **Tracking:** | Recipient | Delivery | Read |
|---|---|---|---|
| | Blake Miguez | Delivered: 7/2/2014 10:48 AM | Read: 7/2/2014 11:26 AM |
| | Glynn HC | | |
| | Elliott Cundieff | | |
| | smiguez@iberia-marine.com | | |

All,

Per the SeaTran Marine Operating Agreement and Vessel Operating Agreement, both effective 7/1/14, the owners of Sea Tran and the vessel owners are required to make certain initial fundings as follows:

1. Per the attached Schedule "A" to the Operating Agreement of SeaTran Marine, each owner must fund $100.00 into the initial funding account.

2. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran its pro rata of two months of projected SG&A costs of Sea Tran. Attached is a schedule of the required funding for each vessel.

3. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran an advance deposit of $75,000.

Please let me know if you have any questions concerning the above funding requirements.

Thanks.
Charlie Tizzard

1

SEATRAN INITIAL SG&A FUNDING          7/1/2014

BASED ON 6/19/14 SEATRAN ANNUAL SG&A BUDGET OF - $2,877,248

| | | | VESSEL ALLOCATION |
|---|---|---|---|
| BRAWLER | 135 | 0.034 | 16,120 |
| INVADER | 135 | 0.034 | 16,120 |
| WARRIOR | 140 | 0.035 | 16,717 |
| RENEGADE | 140 | 0.035 | 16,717 |
| STRIKER | 165 | 0.041 | 19,702 |
| INTRUDER | 165 | 0.041 | 19,702 |
| DICTATOR | 170 | 0.042 | 20,299 |
| TYRANT | 170 | 0.042 | 20,299 |
| | 1220 | 30.4% | 145,677 |
| | | | |
| LADE EVE | 172 | 0.043 | 20,538 |
| MR J O | 172 | 0.043 | 20,538 |
| MR ROW | 165 | 0.041 | 19,702 |
| LADY BRANDI | 165 | 0.041 | 19,702 |
| MR MASON | 165 | 0.041 | 19,702 |
| LADY MARIE | 165 | 0.041 | 19,702 |
| LADY GLENDA | 150 | 0.037 | 17,911 |
| MR RIDGE | 150 | 0.037 | 17,911 |
| MR BLAKE | 150 | 0.037 | 17,911 |
| LADY MADI | 135 | 0.034 | 16,120 |
| MR ETHAN | 135 | 0.034 | 16,120 |
| MR EVAN | 150 | 0.037 | 17,911 |
| MR CADE | 172 | 0.043 | 20,538 |
| | 2046 | 50.9% | 244,308 |
| | | | |
| SAVANNAH | 135 | 0.034 | 16,120 |
| CALLIE JEAN | 140 | 0.035 | 16,717 |
| MISS CLAIRE | 155 | 0.039 | 18,508 |
| GREATER SCOTT | 160 | 0.040 | 19,105 |
| SEA ANGEL | 160 | 0.040 | 19,105 |
| | 750 | 18.7% | 89,556 |
| | | | |
| | 4016 | | 479,541 |

# SCHEDULE "A"

## Initial Capital Contributions

| Member | Address | Initial Capital Contribution | Initial Capital Account | Membership Percentage Interest | Voting Percentage Interest * |
|---|---|---|---|---|---|
| Iberia Marine Service, L.L.C. | 3015 Gene Flash Rd. New Iberia, LA 70560 | $100.00 | $100.00 | 33-1/3% | _____% |
| COMAR Marine, L.L.C. | 3820 Lake Palourde Rd. Amelia, LA 70340 | $100.00 | $100.00 | 33-1/3% | _____% |
| Captain Elliott's Party Boats, Inc. d/b/a Texas Crewboats, Inc. | 222 W 2nd St. Freeport, TX 77541 | $100.00 | $100.00 | 33-1/3% | _____% |
| | TOTAL | $300.00 | $300.00 | 100% | 100% |

* This percentage will be based on the aggregate marketed length of the vessel(s) of each Member (to include vessels either owned and/or managed by such Member) being operated by the Company divided by the aggregate marketed length of all Member vessels being operated by the Company as of the time such vote is taken.

## Charlie Tizzard

| | |
|---|---|
| **From:** | Charlie Tizzard |
| **Sent:** | Wednesday, July 02, 2014 10:48 AM |
| **To:** | Blake Miguez; Glynn HC; Elliott Cundieff; smiguez@iberia-marine.com |
| **Subject:** | SeaTran Marine Initial Funding Requirements |
| **Attachments:** | 20140702113104664.pdf |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | Blake Miguez | Delivered: 7/2/2014 10:48 AM | Read: 7/2/2014 11:26 AM |
| | Glynn HC | | |
| | Elliott Cundieff | | |
| | smiguez@iberia-marine.com | | |

All,

Per the SeaTran Marine Operating Agreement and Vessel Operating Agreement, both effective 7/1/14, the owners of Sea Tran and the vessel owners are required to make certain initial fundings as follows:

1. Per the attached Schedule "A" to the Operating Agreement of SeaTran Marine, each owner must fund $100.00 into the initial funding account.

2. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran its pro rata of two months of projected SG&A costs of Sea Tran. Attached is a schedule of the required funding for each vessel.

3. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran an advance deposit of $75,000.

Please let me know if you have any questions concerning the above funding requirements.

Thanks.
Charlie Tizzard

1

SEATRAN INITIAL SG&A FUNDING                    7/1/2014

BASED ON 6/19/14 SEATRAN ANNUAL SG&A BUDGET OF - $2,877,248

|  |  |  | VESSEL ALLOCATION |
|---|---|---|---|
| BRAWLER | 135 | 0.034 | 16,120 |
| INVADER | 135 | 0.034 | 16,120 |
| WARRIOR | 140 | 0.035 | 16,717 |
| RENEGADE | 140 | 0.035 | 16,717 |
| STRIKER | 165 | 0.041 | 19,702 |
| INTRUDER | 165 | 0.041 | 19,702 |
| DICTATOR | 170 | 0.042 | 20,299 |
| TYRANT | 170 | 0.042 | 20,299 |
|  | 1220 | 30.4% | 145,677 |
|  |  |  |  |
| LADE EVE | 172 | 0.043 | 20,538 |
| MR J O | 172 | 0.043 | 20,538 |
| MR ROW | 165 | 0.041 | 19,702 |
| LADY BRANDI | 165 | 0.041 | 19,702 |
| MR MASON | 165 | 0.041 | 19,702 |
| LADY MARIE | 165 | 0.041 | 19,702 |
| LADY GLENDA | 150 | 0.037 | 17,911 |
| MR RIDGE | 150 | 0.037 | 17,911 |
| MR BLAKE | 150 | 0.037 | 17,911 |
| LADY MADI | 135 | 0.034 | 16,120 |
| MR ETHAN | 135 | 0.034 | 16,120 |
| MR EVAN | 150 | 0.037 | 17,911 |
| MR CADE | 172 | 0.043 | 20,538 |
|  | 2046 | 50.9% | 244,308 |
|  |  |  |  |
| SAVANNAH | 135 | 0.034 | 16,120 |
| CALLIE JEAN | 140 | 0.035 | 16,717 |
| MISS CLAIRE | 155 | 0.039 | 18,508 |
| GREATER SCOTT | 160 | 0.040 | 19,105 |
| SEA ANGEL | 160 | 0.040 | 19,105 |
|  | 750 | 18.7% | 89,556 |
|  |  |  |  |
|  | 4016 |  | 479,541 |

## SCHEDULE "A"

### Initial Capital Contributions

| Member | Address | Initial Capital Contribution | Initial Capital Account | Membership Percentage Interest | Voting Percentage Interest * |
|---|---|---|---|---|---|
| Iberia Marine Service, L.L.C. | 3015 Gene Flash Rd. New Iberia, LA 70560 | $100.00 | $100.00 | 33-1/3% | _____% |
| COMAR Marine, L.L.C. | 3820 Lake Palourde Rd. Amelia, LA 70340 | $100.00 | $100.00 | 33-1/3% | _____% |
| Captain Elliott's Party Boats, Inc. d/b/a Texas Crewboats, Inc. | 222 W 2nd St. Freeport, TX 77541 | $100.00 | $100.00 | 33-1/3% | _____% |
| | TOTAL | $300.00 | $300.00 | 100% | 100% |

\* This percentage will be based on the aggregate marketed length of the vessel(s) of each Member (to include vessels either owned and/or managed by such Member) being operated by the Company divided by the aggregate marketed length of all Member vessels being operated by the Company as of the time such vote is taken.

18-51277 - #112-2  File 12/18/18  Enter 12/26/18 10:19:17  Exhibit seatran 2 Pg 15 c...
18-51277 - #115-2  File 12/28/18  Enter 12/28/18 15:37:02  Exhibit  Pg 15 of 21

## Charlie Tizzard

| | |
|---|---|
| **From:** | Charlie Tizzard |
| **Sent:** | Wednesday, July 30, 2014 3:30 PM |
| **To:** | steve@miguezcompanies.com |
| **Cc:** | Blake Miguez |
| **Subject:** | SeaTran Invoices for Operating Costs on Iberia Marine Vessels July 1 to 15 |
| **Attachments:** | 20140730154855873.pdf |

Steve,

Attached are the SeaTran invoices to Iberia Marine for the operating costs on the 13 Iberia Marine vessels for the period July 1-15. The Vessel Operating Agreement states that these invoices should have been provided to the vessel owner by July 20 and paid by July 25, however, due to problems in producing the invoices for the first time the invoices are being provided today. Please arrange payment of the invoices as soon as possible due to the late date. The invoices for July 16-31 will be provided timely by 8/5/14 for payment by 8/10/14.

Please let me know if you have any questions or require any additional information on the costs of these vessels.

Thanks.
Charlie Tizzard

1

| | |
|---|---|
| From: | Charlie Tizzard |
| Sent: | Wednesday, July 30, 2014 3:26 PM |
| To: | Casey Cundieff |
| Cc: | Blake Miguez |
| Subject: | SeaTran Invoices for Operating Costs on Texas Crewboats Vessels July 1 to 15 |
| Attachments: | 20140730154423774.pdf |

Casey,

Attached are the SeaTran invoices to Texas Crewboats for the operating costs on the five Texas Crewboats vessels for the period July 1-15. The Vessel Operating Agreement states that these invoices should have been provided to the vessel owner by July 20 and paid by July 25, however, due to problems in producing the invoices for the first time the invoices are being provided today. Please arrange payment of the invoices as soon as possible due to the late date. The invoices for July 16-31 will be provided timely by 8/5/14 for payment by 8/10/14.

Insurance costs appear high due to the nine month premium being paid and expensed to the vessels over the six month payback period of the premium financing. The last three months of the current policy period will have no insurance costs.

The only costs to be noted are all on the Savannah and include the following:
1. A new radar at a cost of $14K was installed on the vessel.
2. Groceries were high due to a training crew member on board.

Please let me know if you have any questions or require any additional information on the costs of these vessels.

Thanks.
Charlie Tizzard

1

**Charlie Tizzard**

| | |
|---|---|
| From: | Charlie Tizzard |
| Sent: | Wednesday, July 30, 2014 3:17 PM |
| To: | Glynn HC |
| Cc: | Blake Miguez |
| Subject: | SeaTran Invoices for Operating Costs on Comar Vessels July 1 to 15 |
| Attachments: | 20140730154049909.pdf |

Glynn,

Attached are the SeaTran Invoices to Comar for the operating costs on the eight Comar vessels for the period July 1-15. The Vessel Operating Agreement states that these invoices should have been provided to the vessel owner by July 20 and paid by July 25, however, due to problems in producing the invoices for the first time the invoices are being provided today. Please arrange payment of the invoices as soon as possible due to the late date. The invoices for July 16-31 will be provided timely by 8/5/14 for payment by 8/10/14.

The only costs to be noted are all on the Invader and include the following:

1. The estimated P O in the amount of $100K to Seacraft for USCG certification and engine foundation repairs has been moved back to a future job when payment to Seacraft will be made.

2. Repairs include the installation of a camera system, paint for hull, and interior carpentry work.

3. Groceries were in excess of the limit, and we are researching the reason.

Please let me know if you have any questions or require any additional information on the costs of these vessels.

Thanks.
Charlie

1

SEATRAN INITIAL SG&A FUNDING          7/1/2014

BASED ON 6/19/14 SEATRAN ANNUAL SG&A BUDGET OF - $2,877,248

| | | | VESSEL ALLOCATION |
|---|---|---|---|
| BRAWLER | 135 | 0.034 | 16,120 |
| INVADER | 135 | 0.034 | 16,120 |
| WARRIOR | 140 | 0.035 | 16,717 |
| RENEGADE | 140 | 0.035 | 16,717 |
| STRIKER | 165 | 0.041 | 19,702 |
| INTRUDER | 165 | 0.041 | 19,702 |
| DICTATOR | 170 | 0.042 | 20,299 |
| TYRANT | 170 | 0.042 | 20,299 |
| | 1220 | 30.4% | 145,677 |
| | | | |
| LADE EVE | 172 | 0.043 | 20,538 |
| MR J O | 172 | 0.043 | 20,538 |
| MR ROW | 165 | 0.041 | 19,702 |
| LADY BRANDI | 165 | 0.041 | 19,702 |
| MR MASON | 165 | 0.041 | 19,702 |
| LADY MARIE | 165 | 0.041 | 19,702 |
| LADY GLENDA | 150 | 0.037 | 17,911 |
| MR RIDGE | 150 | 0.037 | 17,911 |
| MR BLAKE | 150 | 0.037 | 17,911 |
| LADY MADI | 135 | 0.034 | 16,120 |
| MR ETHAN | 135 | 0.034 | 16,120 |
| MR EVAN | 150 | 0.037 | 17,911 |
| MR CADE | 172 | 0.043 | 20,538 |
| | 2046 | 50.9% | 244,308 |
| | | | |
| SAVANNAH | 135 | 0.034 | 16,120 |
| CALLIE JEAN | 140 | 0.035 | 16,717 |
| MISS CLAIRE | 155 | 0.039 | 18,508 |
| GREATER SCOTT | 160 | 0.040 | 19,105 |
| SEA ANGEL | 160 | 0.040 | 19,105 |
| | 750 | 18.7% | 89,556 |
| | | | |
| | 4016 | | 479,541 |

# Charlie Tizzard

| | |
|---|---|
| **From:** | Charlie Tizzard |
| **Sent:** | Wednesday, July 02, 2014 10:48 AM |
| **To:** | Blake Miguez; Glynn HC; Elliott Cundieff; smiguez@iberia-marine.com |
| **Subject:** | SeaTran Marine Initial Funding Requirements |
| **Attachments:** | 20140702113104664.pdf |

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Blake Miguez | Delivered: 7/2/2014 10:48 AM | Read: 7/2/2014 11:26 AM |
| Glynn HC | | |
| Elliott Cundieff | | |
| smiguez@iberia-marine.com | | |

All,
Per the SeaTran Marine Operating Agreement and Vessel Operating Agreement, both effective 7/1/14, the owners of Sea Tran and the vessel owners are required to make certain initial fundings as follows:

1. Per the attached Schedule "A" to the Operating Agreement of SeaTran Marine, each owner must fund $100.00 into the initial funding account.

2. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran its pro rata of two months of projected SG&A costs of Sea Tran. Attached is a schedule of the required funding for each vessel.

3. Per the Vessel Operating Agreement, each vessel is required to fund SeaTran an advance deposit of $75,000.

Please let me know if you have any questions concerning the above funding requirements.

Thanks.
Charlie Tizzard

1

**Charlie Tizzard**

| | |
|---|---|
| **From:** | Charlie Tizzard |
| **Sent:** | Monday, June 02, 2014 2:36 PM |
| **To:** | King, Henry |
| **Cc:** | Blake Miguez; Glynn HC |
| **Subject:** | FW: Vessel Operating Agreement (KM Comments 5.27.14).DOC |
| **Attachments:** | Vessel Operating Agreement (KM Comments 5.27.14).DOC; Andrew Goodman.vcf |

Henry,
Attached are Andrew Goodman's recommended changes to the Vessel Operating Agreement for SeaTran. Please review and advise if you concur from a legal standpoint to his recommended changes.
Thanks.
Charlie Tizzard

---

**From:** Andrew Goodman [mailto:Andrew.Goodman@keanmiller.com]
**Sent:** Tuesday, May 27, 2014 12:19 PM
**To:** BLAKE MIGUEZ
**Cc:** Charlie Tizzard; Stephen Hanemann
**Subject:** Vessel Operating Agreement (KM Comments 5.27.14).DOC

Blake,

Attached for your review are my comments (in track changes) to the vessel operating agreement. Generally, I thought it was a good pro-SeaTran form of agreement. I believe that my comments are self-explanatory, however, please let me know if you have any questions or comments. The attached is subject to further review and comment by Stephen.


Andrew Goodman
Partner
Kean Miller LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
504.620.3185 (direct)
504.585.3051 (facsimile)
504.228.5808 (mobile)
Andrew.Goodman@keanmiller.com




KEAN|MILLER LLP
ATTORNEYS AT LAW

WEBSITE | BLOG | BIO


1