# Charlie Tizzard

| | |
|---|---|
| From: | Charlie Tizzard |
| Sent: | Tuesday, June 23, 2015 7:41 AM |
| To: | Fred Beebe; Michelle Buisson |
| Cc: | Blake Miguez - MC. |
| Subject: | FW: Iberia Marine Service Loan Request. |

Michelle and Fred,
I will address the issues raised in Michelle's below email in the order listed. Fred, I will call you to further discuss the issues.

1. The personal financial statement and tax return on Steve Miguez was definitely provided to Ashton Ryan when Steve and Blake met with him. We will provide this information again. The companies involved in this loan request are all 100% owned by Steve Miguez. He will personally guarantee the debt. Blake Miguez has zero ownership in the companies and he won't be a guarantor of the debt. His personal financial statement and tax return should not be needed.
2. I think I need to better explain the structure of SeaTran Marine and the three companies that have SeaTran manages their vessels. SeaTran was set up in 2014 to serve as a management company to market and operate the vessels owned by three separate crewboat companies, Comar Marine, Texas Crewboats, and Iberia Marine. Other vessel owners may be added in the future. SeaTran is basically a co-op and was not set up to make a profit. Its net overhead costs are allocated 100% to the companies that have contracted with SeaTran to have their vessels managed. All operating costs on the vessels are reimbursed to SeaTran by the vessel owners on a semi-monthly basis. When SeaTran was established, each of the three owners made a $150K deposit in the company. In addition, a $75K deposit was made in SeaTran for each vessel operated by the company. SeaTran was funded a total of $2.55MM to operate. All vessel charters are billed to the customers by SeaTran. When the receivables are collected by SeaTran, they are funded 100% to the vessel owners. SeaTran has no obligation or involvement in the payment of any debt of the various vessel-owning entities. Based on the structure of SeaTran, financial statements, debt structure, and charter information on Comar Marine and Texas Crewboats shouldn't be needed by the bank and the owners of those companies won't make the information available to provide to the bank. SeaTran Marine doesn't have or require financials and debt structure on these companies. SeaTran relies on the deposits held to operate the vessels to be in a position to never have an exposure if Comar, Texas Crewboats, or Iberia Marine ever have any financial difficulties. Financial statements on SeaTran Marine are attached.
3. The audited financial statements on Iberia Marine Service only include revenues on the Iberia Crewboat & Marine vessels and management fees of Iberia Marine. Revenues of Third Generation vessels or vessels owned by Blake and Ridge are not included.
4. Based on the structure of SeaTran Marine as explained above, the ability to cash flow the debt of its vessels by Comar, Texas Crewboats or Iberia Marine can't be a cash strain on SeaTran or any of the other companies.

Thanks,

Charles E. Tizzard
Exec. V. P. and C. F. O.
SeaTran Marine, LLC
(985)519-6794 cell
(985)631-9004 office
(985)631-0404 fax
ctizzard@seatranmarine.com

www.seatranmarine.com
www.iberiamarineservice.com

1

**From:** Michelle Buisson [mailto:MBuisson@FirstNBCBank.com]
**Sent:** Tuesday, June 09, 2015 1:01 PM
**To:** Charlie Tizzard
**Cc:** Fred Beebe
**Subject:** FW: Iberia Marine Service Loan Request

Charlie,

I'm sorry, but Ashton doesn't have anything on the guarantor's Blake and Steve. Could you please provide a personal financial statement on both and there 2014, if complete, or 2013 tax returns.

Secondly, I'm almost certain that my credit department will request financial statements and/or tax returns on Seatran Marine, Comar Marine and Texas Crewboats. These companies have 14 vessels and the bank needs to show if the vessels are working and can support their debt. Could you provide a spread sheet like you did for Iberia Marine that shows the utilization, day rates, monthly debt payments, charter agreement term and with whom, etc...?

Question- does the Iberia Marine Services financial statements you provided include all revenues from Third Generations Holdings boats, Iberia Crewboat & Marine Service boats and Blake and Ridge Miguez boats? In briefly looking at the FS it appears that they only include Iberia Crewboat & Marine's income of all the vessels and management fees of Iberia Marine Services. If this is correct, my credit department will need another chart showing the utilization, day rates, monthly debt payments, charter agreement term and with whom; etc... for the boats owned by Third Generations and Blake and Ridge.

We need to look at the entire picture starting with Seatran Marine. This company and its affiliates own 28 vessels. The bank need to make sure that all vessels cash flow the debt and is not a cash strain on any of the other affiliate companies.

It was great meeting with you today. I will forward you a term sheet as soon as possible. Thanks

**From:** Michelle Buisson
**Sent:** Tuesday, May 26, 2015 2:52 PM
**To:** 'Charlie Tizzard'
**Subject:** RE: Iberia Marine Service Loan Request

2012 and 2013 are ok, but please provide a copy of the 2014 extension. For 2014 and the interim 2015 financial statements will work.

**From:** Charlie Tizzard [mailto:ctizzard@seatranmarine.com]
**Sent:** Tuesday, May 26, 2015 2:39 PM
**To:** Charlie Tizzard; Michelle Buisson; Fred Beebe
**Cc:** Blake Miguez - MC
**Subject:** RE: Iberia Marine Service Loan Request

Michelle,
In your below request for information, you request the tax returns on the various affiliated entities. Since the 2014 tax returns are on extension and won't be available for several months, do you require only the 2012 and 2013 returns or do you also need the 2011 returns?

2

18-51277 - #112-3 File 12/18/18 Enter 12/26/18 10:19:17 Exhibit se
18-51277 - #115-3 File 12/28/18 Enter 12/28/18 15:37:02 Exhibit Pg 2 of 5

Thanks.
Charlie Tizzard

---

**From:** Charlie Tizzard
**Sent:** Tuesday, May 26, 2015 1:59 PM
**To:** 'Michelle Buisson'; Fred Beebe
**Cc:** Blake Miguez - MC
**Subject:** RE: Iberia Marine Service Loan Request

Michelle,

Thank you for the below response. I will work on collecting the needed information. I will confirm with Blake Miguez but I believe Steve Miguez's personal financial statement and his tax return was provided to Ashton Ryan when the group met on Friday, 5/15/15.
Charlie Tizzard

---

**From:** Michelle Buisson [mailto:MBuisson@FirstNBCBank.com]
**Sent:** Tuesday, May 26, 2015 1:46 PM
**To:** Charlie Tizzard; Fred Beebe
**Cc:** Blake Miguez - MC
**Subject:** RE: Iberia Marine Service Loan Request

Charlie,

In your email below I see that you stated that you provided the bank with audited year end FS for 2011, 2012, & 2013 for Iberia Marine Service, LLC along with 2014 FS on the various entities. I'm sorry, but we can't seem to locate them. If you could please email them again. I also didn't receive the personal financial statements on Steven and Blake along with their 2013 and 2014 tax returns. We did receive all the survey's except the Mr. Ridge which you explained below. In addition to the list below I will also need the following;

- Articles and operating agreements on Iberia Marine Service and Iberia Crewboat & Marine Services, Inc
- In order for the Bank to complete a global cash flow we will need financial statements and tax returns on all affiliate entities (see above). Please include monthly payments on any associated debt.
- I need to know the utilization rates (past year), day rates, current customer, and the projected term of contracts on all vessels owned by Iberia Marine Service and affiliates.
- I see that the Mr. Steven is on a 30 day charter, who is this with? Are they going to sign a longer contract? When did this boat start working?

Once I receive this information I will send this package to my credit department for underwriting. If you have any questions please let me know. Thanks

---

**From:** Charlie Tizzard [mailto:ctizzard@seatranmarine.com]
**Sent:** Thursday, May 21, 2015 11:46 AM
**To:** Fred Beebe; Michelle Buisson
**Cc:** Blake Miguez - MC
**Subject:** FW: Iberia Marine Service Loan Request

Fred and Michelle,

Following our meeting with Mr. Ryan and in an effort to move the process forward, this email is to recap the information that has been provided to the bank for the pending loan request for Iberia Marine Service, LLC and Affiliates and the information that must still be provided to the bank.

3

1. **Financials.** We have provided the bank the audited year end statements for the years 2011, 2012, 2013 for Iberia Marine Service, LLC and Affiliates. We have also provided the year end 2014 financials on the various entities. We need to provide the bank the audited year end statement for Iberia Marine Service, LLC and Affiliates. Our latest projected completion date for the audited financial is 5/31/15. We also need to provide the bank the 3/31/15 in-house non – consolidated financials on IMS and the various vessel owning entities. We can provide these financials this week.

2. **Surveys.** We have provided updated surveys dated April, 2015 on all of the vessels except the Mr. Ridge. The survey on the Mr. Ridge should be completed by next week. A recap of the survey values and bank debt is attached in the IBERIA CREWBOAT FLEET SUMMARY file.

3. **Personal Financial Information.** At our meeting with Mr. Ryan, a current personal financial statement on Steve Miguez and his last two years tax returns were provided to the bank.

4. **Capital One Loan Documents.** It was determined at the meeting with Mr. Ryan that the bank would not work to purchase the Capital One loans and their loan documents are no longer needed.

5. **Bank and CCF Accounts Information.** The 3/31/15 checking account statements on all of the related entities have been provide to the bank. We need to provide the bank the 12/31/14 statements on the three Capital Construction Fund accounts, plus the 3/31/15 statements when available.

6. **Financial Projections.** We need to provide the bank financial projections for the vessels for 2015.

7. **Iberia Marine and SeaTran Marine History.** Attached is a chart of the corporate structure of SeaTran Marine. SeaTran's website at www.seatranmarine.com provides additional information on the SeaTran and the history of Iberia Marine Service. Please advise if additional information is needed.

8. **Work Prospects for Mr. Steven.** The new build Mr. Steven is currently on a 30 day charter and we are close to finalizing a one year charter for the vessel that would commence around 6/1/15.

9. **Mr. Steven Total Cost.** The total cost of the Mr. Steven is $15,234,111.08.

After your review of this email and the attached files, please advise if any additional information is needed. With the information provided to the bank to date, is the bank in the position to provide us a formal loan proposal?

Thanks,

Charles E. Tizzard
Exec. V. P. and C.F. O.
SeaTran Marine, LLC
(985)519-6794 cell
(985)631-9004 office
(985)631-0404 fax
ctizzard@seatranmarine.com

www.seatranmarine.com
www.iberiamarineservice.com
www.comarmarine.com
www.texascrewboats.com

4

18-51277 - #115-3 File 12/18/18 Enter 12/26/18 10:19:17 Exhibit seatran 3 Pg 4 of 5
18-51277 - #115-3 File 12/28/18 Enter 12/28/18 15:37:02 Exhibit Pg 4 of 5

