# Charlie Tizzard

| | |
|---|---|
| From: | Charlie Tizzard |
| Sent: | Wednesday, August 29, 2018 11:34 AM |
| To: | Blake Miguez - MC |
| Subject: | Vessel Operating Agreement |
| Attachments: | Sea Tran VOA Mr Cade LLC.docx |

Blake,

The attached draft of the Vessel Operating Agreement includes four changes made after our meeting yesterday that are highlighted in yellow. Also still highlighted in yellow is the last sentence in Article 17 that still needs to be addressed.

Your issue concerning details of the Owner Operating Expenses is actually addressed in great detail in Article 5 Owner Operating Expenses, items (a) through (i). Please advise if that Article provided the details you are looking for.

If you agree with my four additions, let me know if you want the last sentence in Article 17 included, and agree the owner operating expenses details are properly covered in Article 5, I will prepare the final clean version of the VOA for the Mr Cade followed by clean versions of the VOA for the Mr J O, Lady Marie, Lady Madi, and Mr Ethan. I will also prepare one for the Texas Crewboat fleet and forward it to Elliott for his review. You can let me know if you want one for the Mr Evan.

Thanks.
Charlie



EXHIBIT
Sea Tran
# 5
12/18/18

12.51277 mr. Steven, LLC

1

# Charlie Tizzard

**From:** Charlie Tizzard
**Sent:** Tuesday, September 04, 2018 6:03 PM
**To:** Blake Miguez - MC
**Subject:** Fwd: Vessel Operating Agreement
**Attachments:** Sea Tran VOA Mr Cade LLC.docx; ATT00001.htm

This is the email I sent last week.

Sent from my iPhone

Begin forwarded message:

> **From:** Charlie Tizzard <ctizzard@seatranmarine.com>
> **Date:** August 29, 2018 at 11:34:03 AM CDT
> **To:** Blake Miguez - MC <blake@miguezcompanies.com>
> **Subject: Vessel Operating Agreement**
>
> Blake,
> The attached draft of the Vessel Operating Agreement includes four changes made after our meeting yesterday that are highlighted in yellow. Also still highlighted in yellow is the last sentence in Article 17 that still needs to be addressed.
>
> Your issue concerning details of the Owner Operating Expenses is actually addressed in great detail in Article 5 Owner Operating Expenses, items (a) through (i). Please advise if that Article provided the details you are looking for.
>
> If you agree with my four additions, let me know if you want the last sentence in Article 17 included, and agree the owner operating expenses details are properly covered in Article 5, I will prepare the final clean version of the VOA for the Mr Cade followed by clean versions of the VOA for the Mr J O, Lady Marie, Lady Madi, and Mr Ethan. I will also prepare one for the Texas Crewboat fleet and forward it to Elliott for his review. You can let me know if you want one for the Mr Evan.
>
> Thanks.
> Charlie

1

# Charlie Tizzard

| | |
|---|---|
| From: | Charlie Tizzard |
| Sent: | Tuesday, September 11, 2018 4:17 PM |
| To: | elliott@texascrewboats.com |
| Cc: | Blake Miguez - MC |
| Subject: | SEATRAN MARINE VESSEL OPERATING AGREEMENT |
| Attachments: | Sea Tran Vessel Operating Agreement Draft 9 11 18.docx |

Elliott,
Attached is the latest draft of the Vessel Operating Agreement for the SeaTran fleet. This version will be used for the various Iberia vessel – owning entities that are not part of Steve's Summit fleet. The agreement will be changed slightly for your Texas Crewboats fleet and Steve's Summit fleet (but the agreement will be the same for those two fleets). The only differences will be the effective date of July 1, 2014 and the stacked vessel SG&A fee from inception until the new rate of $1,500 went into effect on 1/1/18.

Please review and provide your comments.

Thanks.
Charlie tizzard

Charles E. Tizzard
Executive Vice President and
Chief Financial Officer


SeaTran

SeaTran Marine, LLC
107 Highway 90 West
New Iberia, LA 70560
Direct Line: 985 509 7475
Office: 985 631 9004
Cell: 337 201 1912
ctizzard@seatranmarine.com
www.seatranmarine.com

1

# Charlie Tizzard

| | |
|---|---|
| From: | Charlie Tizzard |
| Sent: | Monday, September 24, 2018 1:54 PM |
| To: | elliott@texascrewboats.com |
| Cc: | Blake Miguez - MC |
| Subject: | VESSEL OPERATING AGREEMENT |
| Attachments: | VOA ELLIOTT'S THREE ISSUES.pdf |

Elliott,
Attached are the pages from the Vessel Operating Agreement that address the three issues you raised in our discussions last Friday. I understand you discussed the issues further with Blake today. Blake said it should work to leave the minimum number of boats at five since we are waiving the requirement for the current owners, but may elect to not waive it for any future vessels being managed for outside companies. Our attempt to satisfy your other concerning are highlighted on the attached pages.

Please advise if my changes meet your request.

Thanks.
Charlie Tizzard

Charles E. Tizzard
Executive Vice President and
Chief Financial Officer



SeaTran

SeaTran Marine, LLC
107 Highway 90 West
New Iberia, LA 70560
Direct Line: 985 509 7475
Office: 985 631 9004
Cell: 337 201 1912
ctizzard@seatranmarine.com
www.seatranmarine.com

1