```
Label Matrix for local noticing         Guice Offshore, LLC                     Lady Brandi L.L.C.
0536-4                                  R. Scott Wells, Esq.                    107 Hwy 90 West
Case 18-51277                           Rushing & Guice, P.L.L.C.               New Iberia, LA 70560-9485
Western District of Louisiana           P.O. Box 1925
Lafayette                               Biloxi, MS 39533-1925
Fri Dec 28 13:20:37 CST 2018

Lady Eve, L.L.C.                        Lady Glenda LLC                         Mr. Blake LLC
107 Hwy 90 West                         107 Hwy 90 West                         107 Hwy 90 West
New Iberia, LA 70560-9485               New Iberia, LA 70560-9485               New Iberia, LA 70560-9485


Mr. Mason LLC                           Mr. Ridge LLC                           Mr. Row LLC
107 Hwy 90 West                         107 Hwy 90 West                         107 Hwy 90 West
New Iberia, LA 70560-9485               New Iberia, LA 70560-9485               New Iberia, LA 70560-9485


Mr. Steven, L.L.C.                      SBN V FNBC LLC                          SpaceX
107 Hwy 90 West                         c/o David F. Waguespack                 c/o Amanda W. Messa
New Iberia, LA 70560-9485               1100 Poydras Street                     Phelps Dunbar LLP
                                        Suite 3100                              P.O. Box 4412
                                        New Orleans, LA 70163-1102              Baton Rouge, LA 70821-4412

U. S. Bankruptcy Court                  ALLEN'S HANDYMAN SERVICE                Acadiana Diesel Fuel Injection Service
214 Jefferson Street, Suite 100         5309 CLAUDE VIATOR RD                   c/o its registered agent
Lafayette, LA 70501-7050                NEW IBERIA, LA 70560-8775               Doug J. Louviere
                                                                                2615 Jefferson Island Rd
                                                                                New Iberia, LA 70560-9456

Adams & Reese                           Amanda W. Messa                         BAYOU STATE MARINE & INDUSTRIAL SUPPLY,
701 Poydras St Ste 4500                 Phelps Dunbar LLP                       PO BOX 343
New Orleans LA 70139-4596               P.O. Box 4412                           12538 NORTH RD
                                        Baton Rouge, LA 70821-4412              ERATH, LA 70533-5237

Bayou Electric & Specialty, Inc.        Benjamin W Kadden                       Bluetide Communications, Inc.
c/o its registered agent                601 Poydras Street, Suite 2775          117 Nolan Road
Stephen S. Drouant                      New Orleans, LA 70130-6041              Broussard, LA 70518-3212
1601 Hopkins Street
New Iberia, LA 70560-5825

Bluetide Communications, Inc.           Bow 2 Stern Services, Inc.              COASTAL TIMBERS
c/o its registered agent                c/o its registered agent                1310 JANE ST
Kevin M. Delcambre                      Shane Thibodeaux                        NEW IBERIA, LA 70563-1540
200 Cummings Road                       299 Renee Denise Ct.
Broussard, LA 70518-3228                Theriot, LA 70397-9799

Capital Electric & Supply LLC           Cummins Midsouth                        DIAMOND 'B' INDUSTRIES
c/o its registered agent                PO Box 842316                           PO BOX 10310
Jon Derouen                             Dallas, TX 75284-2316                   NEW IBERIA, LA 70562-0310
13705 Lynnedale Loop
Abbeville, LA 70510-8515

Deep South Mechanical Services LLC      Donovan Marine Services, LLC            FORCE POWER SYSTEMS
c/o its registered agent                PO Box 989                              3799 WEST AIRLINE HIGHWAY
Gerard J. Bourgeois                     Amelia, LA 70340-0989                   PO BOX 536
PO Box 1688                                                                     RESERVE, LA 70084-0536
Morgan City, LA 70381-1688
```

| | | |
|---|---|---|
| Force Power Systems<br>1983 B. Grand Caillou Rd.<br>Houma, LA 70363-7003 | Guice Offshore, LLC<br>William Kaufman<br>PO Drawer 52606<br>Lafayette LA  70505-2606 | Harris & Rufty, L.L.C.<br>c/o its registered agent<br>Alfred J. Rufty, III<br>1831 Octavia St.<br>New Orleans, LA 70115-5659 |
| Iberia Crewboat & Marine<br>Services, L.L.C.<br>C/o Mr. Steve Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>c/o Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JEFF UPHOLSTERY, INC.<br>4506 EAST HIGHWAY 90<br>NEW IBERIA, LA 70560-9016 | Kolder Slaven and Company INC<br>POB 9729<br>New Iberia, LA 70562-9729 |
| Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 | Louisiana Department of Revenue<br>Collection Division Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 |
| M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 | MARINE SYSTEMS, INC.<br>PO BOX 301284<br>DALLAS, TX 75303-1284 | Madere and Sons Marine Rental, LLC<br>PO Drawer<br>Belle Chasse, LA 70037 |
| Madere and Sons Marine Rental, LLC<br>c/o its registered agent<br>Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 | Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 | Meredith S. Grabill<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 |
| Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 | Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 |
| R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 | Richard Montague<br>Phelps Dunbar LLP<br>P.O. Box 16114<br>Jackson, MS 39236-6114 | SAMMY'S AIR<br>PO BOX 9277<br>NEW IBERIA, LA 70562-9277 |
| SBN V FNBC LLC<br>c/o Peter J. Segrist<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 | SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 |
| SNB V FNBC, LLC<br>c/o Thomas E. Shuck<br>Parker, Milliken, Clark etc<br>555 S. Flower St., 30th Fl<br>Los Angeles, CA 90071-2440 | SUPERIOR ELECTRICAL SERVICE, LLC<br>408 MAPLE ST.<br>ABBEVILLE, LA 70510-8174 | SeaTran Marine, LLC<br>c/o Benjamin W. Kadden<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 |

| | | |
|---|---|---|
| SeaTran Marine, LLC<br>c/o Meredith S. Grabill<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | SeaTran Marine, LLC<br>c/o Stewart F. Peck<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | Sewart Supply, Inc<br>7201 LA-182<br>Morgan City, LA 70380 |
| Sheriff, Iberia Parish<br>300 Iberia St.<br>Suite 120<br>New Iberia LA 70560-4543 | Shipyard Service, L.L.C.<br>c/o its registered agent<br>John Sercovich<br>10856 Belle Chasse Hwy.<br>Belle Chasse, LA 70037 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit, UI Tech Support<br>1001 North 23rd Street<br>Room 322<br>Baton Rouge, LA 70802-3338 |
| Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Stewart F. Peck<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 | Thomas E. Shuck<br>Parker, Milliken, Clark, O'Hara<br>& Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440 |
| UNITED POWER SYSTEMS<br>2975 HIGHWAY 182<br>RACELAND, LA 70394-3770 | Douglas S. Draper<br>Heller,Draper,Patrick,Horn & Manthey LLC<br>650 Poydras St #2500<br>New Orleans, LA 70130-6175 | Greta M. Brouphy<br>Heller,Draper,Patrick,Horn & Manthey LLC<br>650 Poydras St., Suite 2500<br>New Orleans, LA 70130-6175 |
| Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DIP | (u)Seatran Marine, LLC | (d)SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 |
| (u)U. S. Attorney's Office<br>Western District of Louisiana<br>300 Fannin Street, Suite 3201 | (u)Steve Miguez | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients     5<br>Total                  77 |