

**SO ORDERED.**

**SIGNED December 19, 2018.**

_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| *Debtor(s):* | **Case Number:** 18–51277 |
| Mr. Steven, L.L.C. | |

---

### Order

A hearing was held on the Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) filed by SBN V FNBC LLC in this case, among other matters, and for reasons orally assigned,

IT IS ORDERED that SeaTran Exhibit #7 is hereby PLACED UNDER SEAL unless otherwise ordered by the Court.

### ###

In re:                                                    Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                        Chapter 11
Lady Eve, L.L.C.
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0536-4        User: mdoucet        Page 1 of 1        Date Rcvd: Dec 26, 2018
                            Form ID: pdf8        Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db          +Lady Brandi L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Lady Eve, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Lady Glenda LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Blake LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Mason LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Ridge LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Row LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr          DIP
                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2018 at the address(es) listed below:
          Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
          Benjamin W. Kadden    on behalf of Defendant Steve  Miguez bkadden@lawla.com,  mnguyen@lawla.com
          David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
           plaisance@carverdarden.com
          Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
           kfritscher@hellerdraper.com;lcollins@hellerdraper.com
          Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
          Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
          James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
           mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
          Meredith S. Grabill    on behalf of Defendant Steve  Miguez mgrabill@lawla.com
          Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
          Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
           clary@carverdarden.com
          Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
          Stewart F. Peck    on behalf of Defendant Steve  Miguez speck@lawla.com,
           erosenberg@lawla.com;ymaranto@lawla.com
          William  Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
           egnormand@ohllc.com
                                                               TOTAL: 13