



DAVID F. WAGUESPACK

(504) 585-3814
waguespack@carverdarden.com

January 4, 2019

**Via U.S. Mail and Email (Stuart_Welch@lawb.uscourts.gov)**

Judge John W. Kolwe
U. S. Courthouse
214 Jefferson Street
Suite 100
Lafayette, LA 70501-7050

    RE:    Mr. Steven, L.L.C., case no. 18-51277

Dear Judge Kolwe:

    We represent SBNVFNBC LLC in the captioned case and recently filed a Post-Trial Memorandum in Support of Motion for Relief from Automatic Stay [D. 116]. SBN noted at the end of its Post-Trial Memorandum that the automatic stay terminated under section 362(e). The Debtor, Mr. Steven, LLC, filed a memorandum yesterday [D. 121] addressing this issue. While SBN does not agree with the Debtor's characterization of the discussion at the end of the December 18, 2018 hearing or that SBN waived section 362(e) termination, SBN does agree that no one at the hearing, including SBN, contemplated that the additional time requested by the Debtor to file a post-trial brief would take us beyond the 30 day period of section 362(e). Despite its frustrations with the Debtor in this case, SBN has agreed to waive section 362(e) termination through the January 8, 2019 hearing as requested by the Debtor in its memorandum filed yesterday.

    SBN does firmly maintain that the stay should be lifted for the other reasons stated in its pleadings.

    Thank you for your consideration of this matter.

Respectfully,

David F. Waguespack

cc:    Greta M. Brouphy gbrouphy@hellerdraper.com
        Douglas S. Draper ddraper@hellerdraper.com
        Meredith S. Grabill mgrabill@lawla.com
        William Kaufman whkaufman@ohllc.com

Carver Darden Koretzky Tessier Finn Blossman & Areaux LLC

ENERGY CENTRE · 1100 POYDRAS ST. · SUITE 3100 · NEW ORLEANS, LA 70163
P: (504) 585.3800 · F: (504) 585.3801

Gail Bowen McCulloch gail.mcculloch@usdoj.gov
Amanda W. Messa amanda.messa@phelps.com
Stewart F. Peck speck@lawla.com
Randall Scott Wells swells@rushing-guice.com

4815-1842-5989, v. 1