UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

In Re:  Case No. 18-51277
MR. STEVEN, L.L.C. [1]  Chapter 11
Debtors  Jointly Administered

## CHAPTER 11 PROCEEDING MEMO AND MINUTES OF §341 MEETING

DATE: January 8, 2019

✗ 1. Attorney for debtor(s) has ( ) has not ( ) filed fee disclosure statement pursuant to 11U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure

2. A Chapter 11 Creditors Committee or Equity Security Holders' Committee will be ( ) or has been ( ) has not been (✓) appointed pursuant to 11 U.S.C. §1102 because:
   ( ) there are less than three unsecured creditors with substantial claims, or
   (✓) a sufficient number of eligible creditors have not expressed an interest in serving.

3. **Appearances:**
   ( ) Debtor(s): _____
   (✓) Debtor's representative: *Steven Miguez; Ryan Landry*
   (✓) Attorney for Debtor: *Douglas Draper*
   (✓) Creditors: (see attached appearance sheet)

4. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for Debtor(s)   (✓) UST Designee   (✓) Creditors   ( ) Others

✗ 5. Debtor(s) required to: *amend schedules as agreed at the 341 meeting and file disclosure of compensation in jointly administered case.*

6. Fifth amendment ( ) was (✓) was not invoked.

7. Meeting adjourned (✓) yes ( ) no. If no, meeting is continued to the _____ at _____ o'clock a. m.

(Proceeding recorded)  /s/ Gail Bowen McCulloch
Tape #____, Side____  Presiding Officer, U.S. Trustee
Counter _____

---

[1] Lady Eve, L.L.C. (18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) to be jointly administered with Mr. Steven, L.L.C.

APPEARANCE FORM - §341 MEETING OF CREDITORS

In re: Mr. Steven, L.L.C. 1          Date: January 8, 2019
                                     18-51439

(PLEASE PRINT)

| Name | Address | Telephone No. | Representing |
|---|---|---|---|
| Ricard Montague | Phelps Dunbar | 601 360 9305 | SpaceX |
| Will Kaufman (Guice Offshore) | 1313 W. Pinhook | 337-232-7606 | Guice |
| David Waguespack | Carver Darden | 504-585-3814 | SBN VFNB cLLC |
| Blake Miguez | | 337-465-2783 | SeaTran |
| Charles Pizzack | | 717-201-7912 | SeaTran |
| Stewart Peck | Lugenbuhl, Wheaton ... | 504.568.1990 | SeaTrans/Miguez |