UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

IN RE:      *      CASE NO. 18-51277

MR. STEVEN, L.L.C.[1]      *      CHAPTER 11

    Debtor      *

### NOTICE OF CHANGE OF ADDRESS FOR CREDITORS

NOW INTO COURT, through undersigned counsel, comes Mr. Steven, L.L.C., et al, Debtors, who hereby file this Notice of Change of Address for Creditors to correct Court records. The changes are as follows:

**OLD ADDRESS:**

Superior Electrical Service, LLC
408 Maple St.
Abbeville, LA 70510-8174

**NEW ADDRESS:**

Superior Electrical Service, LLC
c/o Jon Derouen
13705 Lynnedale Loop
Abbeville, LA 70510

Madere and Sons Marine Rental, LLC
PO Drawer
Belle Chasse, LA 70037

Madere & Sons Marine Rental, L.L.C.
c/o Eugene Madere
9266 Highway 23
Belle Chasse, LA 70037

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

{00366414-1}

Dated:  January 16, 2019

                              */s/ Douglas S. Draper*
                              Douglas S. Draper, LA Bar No. 5073
                              Leslie A. Collins, LA Bar No. 14891
                              Greta M. Brouphy, LA Bar No. 26216
                              **HELLER, DRAPER, PATRICK, HORN**
                               **& MANTHEY, L.L.C.**
                              650 Poydras Street, Suite 2500
                              New Orleans, LA  70130-6103
                              Office: 504 299-3300/Fax: 504 299-3399
                              E-mail:  ddraper@hellerdraper.com
                              E-mail:  lcollins@hellerdraper.com
                              E-mail:  gbrouphy@hellerdraper.com

                              *Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, counsel for Debtors hereby certifies that on January 16, 2019, I caused the above and foregoing Notice of Change of Address for Creditors to be served on the parties listed below via the Court's ECF Filing System as follows:

- Greta M. Brouphy     gbrouphy@hellerdraper.com
- Douglas S. Draper     ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner     jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill     mgrabill@lawla.com
- Benjamin W. Kadden     bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman     whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch     gail.mcculloch@usdoj.gov
- Amanda W. Messa     amanda.messa@phelps.com
- Stewart F. Peck     speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist     segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack     waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells     swells@rushing-guice.com

{00366414-1}                              2

I also caused same to be served on January 16, 2019, via U.S. First Class Mail, postage prepaid, to the following:

Superior Electrical Service, LLC
c/o Jon Derouen
13705 Lynnedale Loop
Abbeville, LA 70510

Madere & Sons Marine Rental, L.L.C.
c/o Eugene Madere
9266 Highway 23
Belle Chasse, LA 70037

*/s/ Douglas S. Draper*
Douglas S. Draper