UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

NO. 18-51277                    CHAPTER 11

IN RE:  MR. STEVEN, LLC, Debtor

Rule 30(B)(6) Deposition of MR. STEVEN,
LLC through Representative BLAKE MIGUEZ, taken
in the offices of Heller, Draper, Patrick,
Horn & Manthey on Tuesday, December 11, 2018.

APPEARANCES:

        CARVER, DARDEN, KORETZKY, TESSIER, FINN,
        BLOSSMAN & AREAUX
        Attorneys at Law
        BY:  DAVID F. WAGUESPACK, Esquire
        BY:  PETER SEGRIST, Esquire
        1100 Poydras, Suite 3100
        New Orleans, Louisiana 70163

            ATTORNEYS FOR SBN V FNBC LLC


        HELLER, DRAPER, PATRICK, HORN & MANTHEY
        Attorneys at Law
        BY:  DOUGLAS S. DRAPER, Esquire
        650 Poydras Street, Suite 2500
        New Orleans, Louisiana  70130

            ATTORNEYS FOR MR. STEVEN, LLC


        LUGENBUHL, WHEATON, PECK, RANKIN &
        HUBBARD
        Attorneys at Law
        BY:  STEWART F. PECK, Esquire
        601 Poydras Street, Suite 2775
        New Orleans, Louisiana  70130

            ATTORNEYS FOR SEATRAN MARINE

ORIGINAL

1    APPEARANCES CONTINUED:

2

         RUSHING & GUICE
3        Attorneys at Law
         BY:  R. SCOTT WELLS, Esquire
4        1000 Government Street, Suite E
         Ocean Springs, Mississippi  39564
5
             ATTORNEYS FOR GUICE OFFSHORE
6

7    ALSO PRESENT: CHARLES TIZZARD

8

     REPORTED BY:
9

         LINDY ROOT
10       Certified Court Reporter
         Registered Professional Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                    BLAKE MIGUEZ,
2    after having been first duly sworn by the
3    above-mentioned court reporter, did testify
4    as follows:
5            (TESTIMONY OF BLAKE MIGUEZ.)
6    EXAMINATION BY MR. WAGUESPACK:
7    Q. Mr. Miguez, good afternoon.  You were here,
8       and I know you're a lawyer.  So I don't need
9       to go through the rules of a deposition for
10      you.
11   A. I'm not a practicing attorney, but I do have a
12      law degree.
13   Q. Okay.  And you understand that I am going to
14      ask you questions, and you're required to
15      answer the questions verbally on the record so
16      that the court reporter --
17   A. To the best of my knowledge.
18   Q. -- can take down your responses.
19          MR. DRAPER:
20              He is worse than a lawyer.  He's a
21          politician.
22          THE WITNESS:
23              I am a businessman and a public
24          servant.
25   EXAMINATION BY MR. WAGUESPACK:
```

1          <u>REPORTER'S CERTIFICATE</u>

2          I, LINDY ROOT, Certified Court Reporter, as

3     the officer before whom this testimony was taken,

4     do hereby certify that the above-mentioned

5     witness, after having been duly sworn by me upon

6     authority of R.S. 37:2554, did testify as

7     hereinabove set forth; that this testimony was

8     reported by me in the stenotype reporting method,

9     was prepared and transcribed by me or under my

10    personal direction and supervision, and is a true

11    and correct transcript to the best of my ability

12    and understanding; that the transcript has been

13    prepared in compliance with transcript guidelines

14    required by statute or by rules of the board,

15    that I have acted in compliance with the

16    prohibition on contractual relationships, as

17    defined by Louisiana Code of Civil Procedure

18    Article 1434 and in rules and advisory opinions

19    of the board; that I am not related to counsel or

20    the parties herein, nor am I otherwise interested

21    in the outcome of this matter.

22

23

24    _____

25         LINDY ROOT, CCR, RPR