UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

NO. 18-51277          CHAPTER 11

IN RE:  MR. STEVEN, LLC, Debtor

Rule 30(B)(6) Deposition of MR. STEVEN, LLC through Representative BLAKE MIGUEZ, taken in the offices of Heller, Draper, Patrick, Horn & Manthey on Tuesday, December 11, 2018.

APPEARANCES:

    CARVER, DARDEN, KORETZKY, TESSIER, FINN,
    BLOSSMAN & AREAUX
    Attorneys at Law
    BY:  DAVID F. WAGUESPACK, Esquire
    BY:  PETER SEGRIST, Esquire
    1100 Poydras, Suite 3100
    New Orleans, Louisiana 70163

      ATTORNEYS FOR SBN V FNBC LLC

    HELLER, DRAPER, PATRICK, HORN & MANTHEY
    Attorneys at Law
    BY:  DOUGLAS S. DRAPER, Esquire
    650 Poydras Street, Suite 2500
    New Orleans, Louisiana  70130

      ATTORNEYS FOR MR. STEVEN, LLC

    LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
    Attorneys at Law
    BY:  STEWART F. PECK, Esquire
    601 Poydras Street, Suite 2775
    New Orleans, Louisiana  70130

      ATTORNEYS FOR SEATRAN MARINE

ORIGINAL

```
 1   APPEARANCES CONTINUED:
 2
              RUSHING & GUICE
 3            Attorneys at Law
              BY:  R. SCOTT WELLS, Esquire
 4            1000 Government Street, Suite E
              Ocean Springs, Mississippi  39564
 5
                ATTORNEYS FOR GUICE OFFSHORE
 6
 7   ALSO PRESENT: CHARLES TIZZARD
 8
     REPORTED BY:
 9
              LINDY ROOT
10            Certified Court Reporter
              Registered Professional Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  BLAKE MIGUEZ,
2  after having been first duly sworn by the
3  above-mentioned court reporter, did testify
4  as follows:
5  (TESTIMONY OF BLAKE MIGUEZ.)
6  EXAMINATION BY MR. WAGUESPACK:
7  Q. Mr. Miguez, good afternoon. You were here,
8  and I know you're a lawyer. So I don't need
9  to go through the rules of a deposition for
10  you.
11  A. I'm not a practicing attorney, but I do have a
12  law degree.
13  Q. Okay. And you understand that I am going to
14  ask you questions, and you're required to
15  answer the questions verbally on the record so
16  that the court reporter --
17  A. To the best of my knowledge.
18  Q. -- can take down your responses.
19  MR. DRAPER:
20  He is worse than a lawyer. He's a
21  politician.
22  THE WITNESS:
23  I am a businessman and a public
24  servant.
25  EXAMINATION BY MR. WAGUESPACK:

## REPORTER'S CERTIFICATE

I, LINDY ROOT, Certified Court Reporter, as the officer before whom this testimony was taken, do hereby certify that the above-mentioned witness, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinabove set forth; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript guidelines required by statute or by rules of the board, that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I am not related to counsel or the parties herein, nor am I otherwise interested in the outcome of this matter.

_____
LINDY ROOT, CCR, RPR