UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

NO. 18-51277     CHAPTER 11

IN RE: MR. STEVEN, LLC, Debtor

Rule 30(B)(6) Deposition of MR. STEVEN, LLC through Representative BLAKE MIGUEZ, taken in the offices of Heller, Draper, Patrick, Horn & Manthey on Tuesday, December 11, 2018.

APPEARANCES:

    CARVER, DARDEN, KORETZKY, TESSIER, FINN,
    BLOSSMAN & AREAUX
    Attorneys at Law
    BY: DAVID F. WAGUESPACK, Esquire
    BY: PETER SEGRIST, Esquire
    1100 Poydras, Suite 3100
    New Orleans, Louisiana 70163

      ATTORNEYS FOR SBN V FNBC LLC

    HELLER, DRAPER, PATRICK, HORN & MANTHEY
    Attorneys at Law
    BY: DOUGLAS S. DRAPER, Esquire
    650 Poydras Street, Suite 2500
    New Orleans, Louisiana 70130

      ATTORNEYS FOR MR. STEVEN, LLC

    LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
    Attorneys at Law
    BY: STEWART F. PECK, Esquire
    601 Poydras Street, Suite 2775
    New Orleans, Louisiana 70130

      ATTORNEYS FOR SEATRAN MARINE

ORIGINAL

APPEARANCES CONTINUED:

    RUSHING & GUICE
    Attorneys at Law
    BY:  R. SCOTT WELLS, Esquire
    1000 Government Street, Suite E
    Ocean Springs, Mississippi  39564

    ATTORNEYS FOR GUICE OFFSHORE

ALSO PRESENT: CHARLES TIZZARD

REPORTED BY:

    LINDY ROOT
    Certified Court Reporter
    Registered Professional Reporter

```
                          6
```

1  BLAKE MIGUEZ,
2  after having been first duly sworn by the
3  above-mentioned court reporter, did testify
4  as follows:
5          (TESTIMONY OF BLAKE MIGUEZ.)
6  EXAMINATION BY MR. WAGUESPACK:
7  Q. Mr. Miguez, good afternoon. You were here,
8     and I know you're a lawyer. So I don't need
9     to go through the rules of a deposition for
10    you.
11 A. I'm not a practicing attorney, but I do have a
12    law degree.
13 Q. Okay. And you understand that I am going to
14    ask you questions, and you're required to
15    answer the questions verbally on the record so
16    that the court reporter --
17 A. To the best of my knowledge.
18 Q. -- can take down your responses.
19        MR. DRAPER:
20             He is worse than a lawyer. He's a
21        politician.
22        THE WITNESS:
23             I am a businessman and a public
24        servant.
25 EXAMINATION BY MR. WAGUESPACK:

AFFILIATED REPORTING
(504) 568-9111
www.affiliatedreporting.com
18-51277 - #130-8  File 01/17/19  Enter 01/17/19 15:47:03  Exhibit H  Pg 3 of 4

## REPORTER'S CERTIFICATE

1  
2     I, LINDY ROOT, Certified Court Reporter, as
3  the officer before whom this testimony was taken,
4  do hereby certify that the above-mentioned
5  witness, after having been duly sworn by me upon
6  authority of R.S. 37:2554, did testify as
7  hereinabove set forth; that this testimony was
8  reported by me in the stenotype reporting method,
9  was prepared and transcribed by me or under my
10 personal direction and supervision, and is a true
11 and correct transcript to the best of my ability
12 and understanding; that the transcript has been
13 prepared in compliance with transcript guidelines
14 required by statute or by rules of the board,
15 that I have acted in compliance with the
16 prohibition on contractual relationships, as
17 defined by Louisiana Code of Civil Procedure
18 Article 1434 and in rules and advisory opinions
19 of the board; that I am not related to counsel or
20 the parties herein, nor am I otherwise interested
21 in the outcome of this matter.

_Lindy Root_
LINDY ROOT, CCR, RPR