UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C | * | |
| | * | CHAPTER 11 |
| DEBTORS | * | |
| | * | Jointly Administered |

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51523 |
| MR. ROW, L.L.C | * | |
| | * | CHAPTER 11 |
| DEBTOR | * | |

\* \* \* \* \* \* \* \*

## NOTICE OF HEARING

Notice is hereby given that SBN V FNBC LLC ("SBN"), creditor in the captioned case, filed a *Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Motion"). Copies of the Motion are available from the Clerk of Court for the United States Bankruptcy Court for the Western District of Louisiana, via the court's document filing system as explained on the court's website, or by requesting same from counsel for the creditor.

Pursuant to Local Bankruptcy Rule 4001-1(B), a response is required to the Motion or the allegations in the Motion may be deemed admitted, and an order granting the relief sought may be entered by default. PLEASE BE FURTHER ADVISED that any response shall be in writing and filed with the Clerk of the United States Bankruptcy Court for the Western District of Louisiana, 214 Jefferson Street, Ste. 100, Lafayette, Louisiana 70501 by the **RESPONSE DEADLINE of February 4, 2019**, which is at least 17 days from the date of service hereof. Any response shall be served on David F. Waguespack and Peter J. Segrist, Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163, and any response shall include a detailed and comprehensive statements as to the reasons for the opposition.

PLEASE BE FURTHER ADVISED that a hearing will be held in the United States Bankruptcy Court for the Western District of Louisiana, 214 Jefferson Street, Ste. 100, Lafayette, Louisiana 70501, on the **12th day of February, 2019 at 10:00 a.m.** to consider and rule on said Motion, if and only if an answer, objection or opposition is filed and served by the response deadline.

1

New Orleans, Louisiana, this 17th day of January, 2019.

        Respectfully submitted,

        CARVER, DARDEN, KORETZKY, TESSIER
        FINN, BLOSSMAN & AREAUX, L.L.C.

        /s/ David F. Waguespack
        DAVID F. WAGUESPACK (#21121)
        PETER J. SEGRIST (#35314)
        ANDREW J. BRIEN (#37051)
        1100 Poydras Street, Suite 3100
        New Orleans, Louisiana 70163
        Telephone: (504) 585-3814
        Fax: (504) 585-3801

        *Counsel for SBN V FNBC LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Hearing* has been served by:

1. ELECTRONIC FILING through the Courts' Notice of Electronic Filing to the parties listed on the attached Exhibit "1" on January 17, 2019; and

2. U.S. Mail, postage prepaid, upon Debtor, Mr. Mason, L.L.C., 107 Highway 90 West, New Iberia, LA 70560 and upon Debtor, Mr. Mason, L.L.C., through its counsel of record, Douglas S. Draper, Heller, Draper, Patrick, Horn & Manthey LLC, 650 Poydras Street, Suite 2500, New Orleans, LA 70130, on January 17, 2019.

        /s/ David F. Waguespack
        DAVID F. WAGUESPACK

# Exhibit 1

Greta M. Brouphy on behalf of Debtor Mr. Steven, L.L.C.
gbrouphy@hellerdraper.com

Douglas S. Draper on behalf of Debtor Lady Brandi L.L.C.
ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com

James M. Garner on behalf of Plaintiff SBN V FNBC LLC
jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com

Meredith S. Grabill on behalf of Defendant Steve Miguez
mgrabill@lawla.com

Benjamin W. Kadden on behalf of Defendant Steve Miguez
bkadden@lawla.com, mnguyen@lawla.com

William Kaufman on behalf of Interested Party Guice Offshore, LLC
whkaufman@ohllc.com, egnormand@ohllc.com

Gail Bowen McCulloch on behalf of U.S. Trustee Office of U. S. Trustee
gail.mcculloch@usdoj.gov

Amanda W. Messa on behalf of Interested Party SpaceX
amanda.messa@phelps.com

Stewart F. Peck on behalf of Defendant Steve Miguez
speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com

Peter James Segrist on behalf of Creditor SBN V FNBC LLC
segrist@carverdarden.com, clary@carverdarden.com

Office of U. S. Trustee
USTPRegion05.SH.ECF@usdoj.gov

David F. Waguespack on behalf of Creditor SBN V FNBC LLC
waguespack@carverdarden.com, plaisance@carverdarden.com

Randall Scott Wells on behalf of Interested Party Guice Offshore, LLC
swells@rushing-guice.com

4838-6893-2485, v. 1