**SO ORDERED.**

**SIGNED January 25, 2019.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| *Debtor(s):* | **Case Number:** 18−51277 |
| Mr. Steven, LLC | |

_____

**Interim Order on SBN's Motion for Relief from Stay and Related Matters**

Before the Court are the Motion for Relief from Automatic Stay filed by secured creditor SBN V FNBC LLC ("SBN") (Doc. 60) (the "Lift Stay Motion") and the Motion to Determine Property of the Estate and for Turnover of Property filed by the Debtor, Mr. Steven, LLC (Doc. 29) (the "Turnover Motion"), which the Court took under advisement following a full hearing on December 18, 2018.

The parties filed post-hearing briefs concerning both the Lift Stay Motion and Turnover Motion. In the meantime, SBN has filed Motions for Relief from Stay in three of the jointly administered bankruptcy cases (Docs. 126, 128, and 130), as well as a 12(b)(6) Motion to Dismiss in related Adversary Proceeding *Mr. Steven, LLC v. SBN V FNBC LLC*, Docket No. 18-5043 (Doc. 21), all of which are currently scheduled for hearing on February 12, 2019 at 10:00 a.m. These matters may bear on issues central to resolution of the Lift Stay Motion and Turnover Motion.

In the interest of efficiency and justice, the Court wishes to defer making a final determination on the Lift Stay Motion and Turnover Motion until February 12, 2019, so that it may hear all of the related matters together at a special hearing at 1:30 p.m. However, based on evidence and testimony presented at the December 18, 2018 hearing, the Court finds that SBN is entitled to receive adequate protection payments, as requested in its Lift Stay Motion. The Court also finds that the evidence presented at the hearing establishes the appropriate amount of such adequate protection at $25,000.00 per month.

Accordingly, the Court will deny SBN's Motion to Lift Stay solely on an interim basis, but will require adequate protection payments retroactive to the filing of the Lift Stay Motion.

Wherefore, premises considered,

IT IS ORDERED that SBN's Motion for Relief from Automatic Stay (Doc. 60) is DENIED ON AN INTERIM BASIS.

IT IS FURTHER ORDERED that the Debtor, Mr. Steven, LLC, shall make adequate protection payments to SBN in the amount of $25,000.00 per month, retroactive to the filing of SBN's Motion for Relief from Automatic Stay (Doc. 60) on November 26, 2018.

Finally, IT IS ORDERED that all pending Motions in this case, including those presently set for hearing on February 12, 2019 at 10:00 a.m., are SCHEDULED FOR HEARING on February 12, 2019 at 1:30 p.m. At present, this includes the following Motions:

- Mr. Steven LLC's Motion to Determine Property of the Estate and for Turnover of Property (Doc. 29);
- SBN's Motion for Relief from Automatic Stay concerning the Mr. Steven (Doc. 60);
- SBN's Motion for Relief from Automatic Stay concerning the Mr. Mason (Doc. 126);
- SBN's Motion for Relief from Automatic Stay concerning the Lady Brandi (Doc. 128);
- SBN's Motion for Relief from Automatic Stay concerning the Mr. Row (Doc. 130); and
- SBN's 12(b)(6) Motion to Dismiss Debtors' Complaint in related Adversary Proceeding *Mr. Steven, LLC v. SBN V FNBC LLC*, Docket No. 18-5043 (Doc. 21).

###