# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0536–4 | User: lchamp | | Date Created: 1/28/2019 |
| Case: 18–51277 | Form ID: pdf8 | | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of U. S. Trustee         USTPRegion05.SH.ECF@usdoj.gov
aty         Douglas S. Draper               ddraper@hellerdraper.com
aty         Gail Bowen McCulloch            gail.mcculloch@usdoj.gov
aty         Greta M. Brouphy                gbrouphy@hellerdraper.com
aty         Randall Scott Wells             swells@rushing–guice.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mr. Steven, L.L.C.      107 Hwy 90 West     New Iberia, LA 70560
db          Lady Eve, L.L.C.        107 Hwy 90 West     New Iberia, LA 70560
db          Lady Brandi L.L.C.      107 Hwy 90 West     New Iberia, LA 70560
db          Lady Glenda LLC         107 Hwy 90 West     New Iberia, LA 70560
db          Mr. Blake LLC           107 Hwy 90 West     New Iberia, LA 70560
db          Mr. Mason LLC           107 Hwy 90 West     New Iberia, LA 70560
db          Mr. Ridge LLC           107 Hwy 90 West     New Iberia, LA 70560
db          Mr. Row LLC             107 Hwy 90 West     New Iberia, LA 70560
aty         Richard Montague        Phelps Dunbar, LLP      P. O. Box 16114     Jackson, MS 39236–6114

TOTAL: 9