# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

---

**IN RE:** Mr. Steven, L.L.C.  
Lady Eve, L.L.C.  
Debtor(s)

**Chapter:** 11  
**Case Number:** 18−51277

---

## NOTICE OF RESCHEDULED HEARING

By direction of the Court,

**NOTICE IS HEREBY GIVEN THAT** the hearing on the **Status Hearing (Order to Debtor in Possession)** in the above cited bankruptcy case previously scheduled on **2/12/19** at **10:00 a.m.** has been rescheduled to **2/12/19** at **01:30 PM** at **1st Floor Courtroom, Suite 110, 214 Jefferson Street, Lafayette, LA 70501**.

Date: January 28, 2019

Edward A. Takara, Clerk

By: **Laura Champagne**  
Deputy Clerk