# Notice Recipients

District/Off: 0536–4     User: lchamp     Date Created: 1/28/2019
Case: 18–51277     Form ID: Lnreshg     Total: 91

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr     DIP
intp     Seatran Marine, LLC
intp     Steve Miguez

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
aty     Amanda W. Messa     amanda.messa@phelps.com
aty     Benjamin W. Kadden     bkadden@lawla.com
aty     David F. Waguespack     waguespack@carverdarden.com
aty     Douglas S. Draper     ddraper@hellerdraper.com
aty     Gail Bowen McCulloch     gail.mcculloch@usdoj.gov
aty     Greta M. Brouphy     gbrouphy@hellerdraper.com
aty     Peter James Segrist     segrist@carverdarden.com
aty     Randall Scott Wells     swells@rushing–guice.com
aty     Stewart F. Peck     speck@lawla.com
aty     William Kaufman     whkaufman@ohllc.com

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Mr. Steven, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
cr     SBN V FNBC LLC     c/o David F. Waguespack     1100 Poydras Street     Suite 3100     New Orleans, LA 70163
intp     Guice Offshore, LLC     R. Scott Wells, Esq.     Rushing & Guice, P.L.L.C.     P.O. Box 1925     Biloxi, MS 39533
intp     SpaceX     c/o Amanda W. Messa     Phelps Dunbar LLP     P.O. Box 4412     Baton Rouge, LA 70821–4412
db     Lady Eve, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db     Lady Brandi L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db     Lady Glenda LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Blake LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Mason LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Ridge LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Row LLC     107 Hwy 90 West     New Iberia, LA 70560
aty     Richard Montague     Phelps Dunbar, LLP     P. O. Box 16114     Jackson, MS 39236–6114
smg     State of Louisiana, Department of Labor     Delinquent Accounts Unit,UI Tech Support     1001 North 23rd Street, Room 322     Baton Rouge, LA 70802
smg     Louisiana Department of Revenue and Taxation     Attn: Bankruptcy Division     P.O. Box 66658     Baton Rouge, LA 70896
7793158     ALLEN'S HANDYMAN SERVICE     5309 CLAUDE VIATOR RD     NEW IBERIA, LA 70560
7793167     Acadiana Diesel Fuel Injection Service     c/o its registered agent     Doug J. Louviere     2615 Jefferson Island Rd     New Iberia, LA 70560
7788260     Adams & Reese     701 Poydras St Ste 4500     New Orleans LA 70139
7774372     Amanda W. Messa     Phelps Dunbar LLP     P.O. Box 4412     Baton Rouge, LA 70821–4412
7793183     BAYOU STATE MARINE & INDUSTRIAL SUPPLY,     PO BOX 343     12538 NORTH RD     ERATH, LA 70533
7788541     Bayou Electric & Specialty, Inc.     c/o its registered agent     Stephen S. Drouant     1601 Hopkins Street     New Iberia, LA 70560
7765155     Benjamin W Kadden     601 Poydras Street, Suite 2775     New Orleans, LA 70130
7793312     Bluetide Communications, Inc.     117 Nolan Road     Broussard, LA 70518
7793170     Bluetide Communications, Inc.     c/o its registered agent     Kevin M. Delcambre     200 Cummings Road     Broussard, LA 70518
7793185     Bow 2 Stern Services, Inc.     c/o its registered agent     Shane Thibodeaux     299 Renee Denise Ct.     Theriot, LA 70397
7793186     COASTAL TIMBERS     1310 JANE ST     NEW IBERIA, LA 70563
7793209     Capital Electric & Supply LLC     c/o its registered agent     Jon Derouen     13705 Lynnedale Loop     Abbeville, LA 70510
7793187     Cummins Midsouth     PO Box 842316     Dallas, TX 75284
7793198     DIAMOND 'B' INDUSTRIES     PO BOX 10310     NEW IBERIA, LA 70562
7788550     Deep South Mechanical Services LLC     c/o its registered agent     Gerard J. Bourgeois     PO Box 1688     Morgan City, LA 70381
7788554     Donovan Marine Services, LLC     PO Box 989     Amelia, LA 70340
7793171     FORCE POWER SYSTEMS     3799 WEST AIRLINE HIGHWAY     PO BOX 536     RESERVE, LA 70084–0536
7788555     Force Power Systems     1983 B. Grand Caillou Rd.     Houma, LA 70363
7764297     Guice Offshore, LLC     William Kaufman     PO Drawer 52606     Lafayette LA 70505–2606

| | | | | | |
|---|---|---|---|---|---|
| 7788552 | Harris & Rufty, L.L.C. | c/o its registered agent | Alfred J. Rufty, III | 1831 Octavia St. | New Orleans, LA 70115 |
| 7806774 | Harris & Rufty, LLC | 650 Poydras Street, Suite 2710 | New Orleans, LA 70130 | | |
| 7738274 | Iberia Crewboat & Marine Services, L.L.C. | C/o Mr. Steve Miguez | 107 Hwy 90 West | New Iberia, LA 70560 | |
| 7738275 | Iberia Marine Service, LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| 7788548 | Iberia Marine Service, LLC | c/o Steven J. Miguez | 107 Hwy 90 West | New Iberia, LA 70560–9485 | |
| 7793159 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | | |
| 7793203 | JEFF UPHOLSTERY, INC. | 4506 EAST HIGHWAY 90 | NEW IBERIA, LA 70560 | | |
| 7793758 | Kolder Slaven and Company INC | POB 9729 | New Iberia, LA 70562 | | |
| 7788261 | Kolder, Slaven & Co. | 450 E. Main St | New Iberia LA 70560 | | |
| 7793161 | Louisiana Department of Revenue | Collection Division Bankruptcy Section | PO Box 66658 | Baton Rouge, LA 70896–6658 | |
| 7793162 | Louisiana Workforce Commission | UI Tax and Adjudications | Attn: Bankruptcy Unit | PO Box 44127 | Baton Rouge, LA 70804–4127 |
| 7793213 | M&A Safety Services | PO Box 4177 | Houma, LA 70361 | | |
| 7793204 | MARINE SYSTEMS, INC. | PO BOX 301284 | DALLAS, TX 75303–1284 | | |
| 7793214 | Madere & Sons Marine Rental, L.L.C. | c/o Eugene Madere | 9266 Highway 23 | Belle Chasse, LA 70037 | |
| 7793215 | Madere & Sons Marine Rental, L.L.C. | c/o Eugene Madere | 9266 Highway 23 | Belle Chasse, LA 70037 | |
| 7788556 | Marine Systems, Inc. | c/o its registered agent | Corporation Service Company | 501 Louisiana Ave. | Baton Rouge, LA 70802 |
| 7766714 | Meredith S. Grabill | Lugenbuhl Wheaton Peck Rankin & Hubbard | 601 Poydras Street, Suite 2775 | New Orleans, LA 70130 | |
| 7788262 | Oats & Marino | 100 East Vermillion St Ste 400 | Lafayette LA 70501 | | |
| 7793163 | Office of District Counsel | Internal Revenue Service | POB 30509 | New Orleans LA 70190 | |
| 7793175 | Office of District Counsel | Internal Revenue Service | POB 30509 | New Orleans LA 70190 | |
| 7793176 | Plaquemines Port Harbor | 8056 Highway 23, 3rd Floor | Belle Chasse, LA 70037 | | |
| 7793221 | Plaquemines Port Harbor | 8056 Highway 23, 3rd Floor | Belle Chasse, LA 70037 | | |
| 7788544 | R.S.I. Group, Inc. | c/o its registered agent | Rosalind Griffin | 25300 Highway 1 | Golden Meadow, LA 70357 |
| 7774373 | Richard Montague | Phelps Dunbar LLP | P.O. Box 16114 | Jackson, MS 39211–6114 | |
| 7793205 | SAMMY'S AIR | PO BOX 9277 | NEW IBERIA, LA 70562 | | |
| 7738477 | SBN V FNBC LLC | c/o David F. Waguespack | 1100 Poydras Street | Suite 3100 | New Orleans, LA 70163 |
| 7738479 | SBN V FNBC LLC | c/o Peter J. Segrist | 1100 Poydras Street | Suite 3100 | New Orleans, LA 70163 |
| 7738276 | SBN V FNBC LLC | c/o The Corporation Trust Co. | Corporation Trust Center | 1209 Organge St. | Wilmington, DE 19801 |
| 7738277 | SBN V FNBC, LLC | 1700 Lincoln Street, Suite 2150 | Denver, CO 80203 | | |
| 7793164 | SNB V FNBC, LLC | c/o Thomas E. Shuck | Parker, Milliken, Clark etc | 555 S. Flower St., 30th FL | Los Angeles, CA 90071–244 |
| 7793301 | SeaTran Marine, LLC | c/o Benjamin W. Kadden | 601 Poydras Street | Suite 2775 | New Orleans, LA 70130–6041 |
| 7793207 | SeaTran Marine, LLC | c/o Meredith S. Grabill | 601 Poydras Street | Suite 2775 | New Orleans, LA 70130–6041 |
| 7793208 | SeaTran Marine, LLC | c/o Stewart F. Peck | 601 Poydras Street | Suite 2775 | New Orleans, LA 70130–6041 |
| 7793302 | Sewart Supply, Inc | 7201 LA–182 | Morgan City, LA 70380 | | |
| 7738436 | Sheriff, Iberia Parish | 300 Iberia St. | Suite 120 | New Iberia LA 70560 | |
| 7793219 | Shipyard Service, L.L.C. | c/o its registered agent | John Sercovich | 10856 Belle Chasse Hwy. | Belle Chasse, LA 70037 |
| 7793310 | State of Louisiana, Department of Labor | Delinquent Accounts Unit, UI Tech Support | 1001 North 23rd Street | Room 322 | Baton Rouge, LA 70802–3338 |
| 7793311 | Steven J. Miguez | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| 7766803 | Stewart F. Peck | Lugenbuhl Wheaton Peck Rankin & Hubbard | 601 Poydras Street, Suite 2775 | New Orleans, LA 70130 | |
| 7793165 | Superior Electrical Service, LLC | c/o Jon Derouen | 13705 Lynnedale Loop | Abbeville, LA 70510 | |
| 7793218 | Superior Electrical Service, LLC | c/o Jon Derouen | 13705 Lynnedale Loop | Abbeville, LA 70510 | |
| 7738278 | Thomas E. Shuck | Parker, Milliken, Clark, O'Hara & Samuelian | 555 S. Flower St., 30th Floor | Los Angeles, CA 90071–2440 | |
| 7793166 | U. S. Attorney's Office | Western District of Louisiana | 300 Fannin Street, Suite 3201 | | |
| 7793220 | UNITED POWER SYSTEMS | 2975 HIGHWAY 182 | RACELAND, LA 70394 | | |

TOTAL: 77