# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: MR. STEVEN, L.L.C.

CASE NUMBER: 18-51277        For Period 12/1 to 12/31, 2018

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (X) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | ( ) | Supporting Schedules (FORM 2-E) |
| (X) | ( ) | Narrative (FORM 2-F) |
| (X) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 1/21/2018
(date)

Debtor(s)*: _[signature]_

By:** STEVEN J. MIGUEZ

Position: MANAGER

Name of preparer: RYAN LANDRY

Telephone No. of Preparer (985) 631-9004

\* both debtors must sign if a joint petition.

\*\* for corporate or partnership debtor

FORM 2-A
3/11

{4001-1}

MR. STEVEN, LLC
18-51277
Comparative Balance Sheet

| | 10/3/2018 | 10/31/2018 | 11/30/2018 | 12/31/2018 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **CURRENT ASSETS** | | | | |
| Cash | $54.13 | $12.71 | $12.71 | $12.71 |
| Accounts Receivable, Net | $201,300.00 | $303,600.00 | $402,600.00 | $504,900.00 |
| Inventory, at lower of cost or market | | | | |
| Prepaid expenses & deposits | | | | |
| Other: | | | | |
| Other: | | | | |
| Other: | | | | |
| TOTAL CURRENT ASSETS | $201,354.13 | $303,612.71 | $402,612.71 | $504,912.71 |
| PROPERTY, PLANT & EQUIPMENT | $16,305,549.93 | $16,305,549.93 | $16,305,549.93 | $16,305,549.93 |
| Less acumulated depreciation | $3,691,090.32 | $3,781,946.32 | $3,872,532.32 | $3,963,123.32 |
| NET PROPERTY, PLANT & EQUIPMENT | $12,614,459.61 | $12,523,603.61 | $12,433,017.61 | $12,342,426.61 |
| OTHER ASSETS: | | | | |
| OPERATING DEPOSIT - SEATRAN | $75,000.00 | $75,000.00 | $75,000.00 | $75,000.00 |
| LOAN COSTS (NET) | $42,199.12 | $42,199.12 | $42,199.12 | $42,199.12 |
| TAX REFUND DUE - LA STATE | $75,510.55 | $75,510.55 | $75,510.55 | $75,510.55 |
| TOTAL OTHER ASSETS | $192,709.67 | $192,709.67 | $192,709.67 | $192,709.67 |
| TOTAL ASSETS | $13,008,523.41 | $13,019,925.99 | $13,028,339.99 | $13,040,048.99 |
| **LIABILITIES** | | | | |
| **POST-PETITION LIABILITIES** | | | | |
| Taxes payable (Form 2-E, pg. 1 of 3) | | | | |
| Accounts Payable (Form 2-E, pg. 1 of 3) | | $3,800.00 | $3,800.00 | $3,800.00 |
| Other: | | | | |
| TOTAL POST-PETITION LIABILITIES | $0.00 | $3,800.00 | $3,800.00 | $3,800.00 |
| PRE-PETITION LIABILITIES | | | | |
| Notes payable - secured | $16,084,765.65 | $16,084,765.65 | $16,084,765.65 | $16,084,765.65 |
| Priority debt | | | | |

| | | | | |
|---|---|---|---|---|
| Unsecured Debt | $223,187.32 | $223,187.32 | $223,187.32 | $223,187.32 |
| Other | | | | |
| TOTAL LIABILITIES | $16,307,952.97 | $16,311,752.97 | $16,311,752.97 | $16,311,752.97 |
| **EQUITY (DEFICIT)** | | | | |
| PREFERRED STOCK | | | | |
| COMMON STOCK | | | | |
| RETAINED EARNINGS: | | | | |
| Pre-Petition Retained Earnings | -$3,299,429.56 | -$3,299,429.56 | -$3,299,429.56 | -$3,299,429.56 |
| Adjustments | | $7,602.58 | $16,016.58 | $27,725.58 |
| Post-Petition Retained Earnings | -$3,299,429.56 | -$3,291,826.98 | -$3,283,412.98 | -$3,271,703.98 |
| TOTAL EQUITY | | | | |
| **TOTAL LIABILITIES & EQUITY** | $13,008,523.41 | $13,019,925.99 | $13,028,339.99 | $13,040,048.99 |

\* Note: Notes Payable - Secured represents loan debt to SBN. Mr. Steven, LLC is a comaker of the loan along with 7 other entities. Financial statements reflect a pro-rata portion of the loan debt allocated to the Mr. Steven, LLC.

\* Note: 10/3/18 figures reflect adjustment to correct A/R invoice booking for 9/30/2018 $99,000.00 Figures for 10/31/2018 also adjusted for same

| | October 2018 | November 2018 | December 2018 |
|---|---|---|---|
| **NET REVENUE** | $102,300.00 | $99,000.00 | $102,300.00 |
| COST OF GOODS SOLD: | | | |
| Material | | | |
| Labor - Direct | | | |
| Manufacturing Overhead | | | |
| TOTAL COST OF GOODS SOLD | $0.00 | $0.00 | $0.00 |
| **GROSS PROFIT:** | $0.00 | $0.00 | $0.00 |
| OPERATING EXPENSES | | | |
| Selling and Marketing | | | |
| General Administrative (rents, utilities, salaries, etc.) | $3,841.42 | $0.00 | $0.00 |
| Other: | | | |
| TOTAL OPERATING EXPENSES | $3,841.42 | $0.00 | $0.00 |
| INTEREST EXPENSE | | | |
| **INCOME BEFORE DEPRECIATION OR TAXES** | $98,458.58 | $99,000.00 | $102,300.00 |
| DEPRECIATION OR AMORTIZATION | $90,856.00 | $90,586.00 | $90,591.00 |
| EXTRAORDINARY EXPENSES | | | |
| INCOME TAX EXPENSE (BENEFIT) | . | | |
| **NET INCOME (LOSS)** | $7,602.58 | $8,414.00 | $11,709.00 |

MR. STEVEN, LLC
18-51277
Cash Receipts and Disbursements Statement
For Period 12/1 to 12/31, 2018

CASH RECONCILIATION

| | |
|---|---:|
| 1 Beginning Cash Balance (Ending Cash Balance from last month's report) | $12.71 |
| 2 Cash Receipts (total Cash Receipts from page 2 of all Form 2-D's) | $0.00 |
| 3 Cash Disbursements (total Cash Disbursements from page 3 of all Form 2-D's) | $0.00 |
| 4 Net Cash Flow | $0.00 |
| 5 Ending Cash Balance | $12.71 |

CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---:|---|
| 1 Real Estate Account | | |
| 2 Trust Account | | |
| 3 Operating and/or Personal Account | $12.71 | Community First Bank |
| 4 Payroll Account | | |
| 5 Tax Account | | |
| 6 Other Accounts (Specify checking or savings) | | |
| 7 Cash Collateral Account | | |
| 8 Petty Cash | | |
| TOTAL (must agree with line 5 above) | $12.71 | |

**ADJUSTED CASH DISBURSEMENTS**

Cash disbursements on Line 3 above less inter-account transfers & UST fees paid       $0.00

MR. STEVEN, LLC
18-51277
Cash Receipts and Disbursements Statement
For Period 12/1 to 12/31, 2018
Account Name: N/A   Account Number: N/A
Form 2-D, Page 3 of 4

## CASH RECEIPTS JOURNAL

| Date | Description (Source) | Amount |
|------|----------------------|--------|

N/A

| | Total Cash Receipts | $0.00 |
|--|---------------------|-------|

MR. STEVEN, LLC
18-51277
Cash Receipts and Disbursements Statement
For Period 12/1 to 12/31, 2018
Account Name: N/A   Account Number: N/A
Form 2-D, Page 4 of 4

## CASH DISBURSEMENTS JOURNAL

| Date | Check No. | Payee | Description (Source) | Amount |
|------|-----------|-------|----------------------|--------|

Total Cash Disbursements    $0.00

CASE NAME
CASE NUMBER
Quarterly Fee Summary
For Period 12/1 to 12/31, 2018

| Payment | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | | | | |
| February | | | | |
| March | | | | |
| Total 1st Quarter | $0.00 | | | |
| April | | | | |
| May | | | | |
| June | | | | |
| Total 2nd Quarter | $0.00 | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| Total 3rd Quarter | $0.00 | | | |
| October | | | | |
| November | $0.00 | | | |
| December | $0.00 | | | |
| Total | $0.00 | | | |
| 4th Quarter | $325.00 | | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000 whichever is less |

MR. STEVEN, LLC
18-51277
Supporting Schedules
For Period 12/1 to 12/31, 2018

POST-PETITION ACCOUNTS PAYABLE REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| FICA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| FUTA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| SITW | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| SUTA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER TAX | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| TRADE PAYABLES | N/A | N/A | $0.00 | $0.00 | $2,300.00 | $1,500.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| OTHER | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| TOTALS |  |  | $0.00 | $0.00 | $2,300.00 | $1,500.00 |

MR. STEVEN, LLC
18-51277
Supporting Schedules
For Period 12/1 to 12/31, 2018

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| IBERIA MARINE SVC | 8/31/2018 | 9/30/2018 | 0.00 | 0.00 | 0.00 | 102,300.00 |
| IBERIA MARINE SVC | 9/30/2018 | 10/30/2018 | 0.00 | 0.00 | 0.00 | 99,000.00 |
| IBERIA MARINE SVC | 10/31/2018 | 11/30/2018 | $0.00 | $0.00 | $102,300.00 | $0.00 |
| IBERIA MARINE SVC | 11/30/2018 | 12/30/2018 | $0.00 | $99,000.00 | $0.00 | $0.00 |
| IBERIA MARINE SVC | 12/31/2018 | 12/30/2018 | $102,300.00 | $0.00 | $0.00 | $0.00 |
| TOTALS | | | $ 102,300.00 | $ 99,000.00 | $ 102,300.00 | $ 201,300.00 |

MR. STEVEN, LLC
18-51277
SUPPORTING SCHEDULES
For Period 12/1 to 12/31, 2018

INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Comp | Arthur J. Gallagher RMS, Inc. | $ 1,000,000.00 | 2/28/2019 | Yes |
| General Liability | Arthur J. Gallagher RMS, Inc. | $ 1,000,000.00 | 11/1/2019 | Yes |
| Proeprty (Fire, Theft) | Arthur J. Gallagher RMS, Inc. | $ 15,500,000.00 | 11/1/2019 | Yes |
| Vehicle | N/A | N/A | N/A | N/A |
| Bumbershoot | Arthur J. Gallagher RMS, Inc. | $ 24,000,000.00 | 11/1/2019 | Yes |

CASE NAME
CASE NUMBER
NARRATIVE STATEMENT
For Period 12/1 to 12/31, 2018

A Plan of Reorganization and Disclosure Statement is being drafted and is exptected to filed on or before February 1, 2019.



**CommunityFirst Bank**
1101 E. Admiral Doyle Dr. • New Iberia, LA 70560
(337) 365-6677 • www.cfirstbank.com



00000315-0000629-0001-0001-TIMR8000561130180922

| | |
|---|---|
| Page | 1 of 1 |
| Account Number: | ***1483 |
| Date: | 11-30-18 |
| Images: | 0 |

MR STEVEN LLC
DEBTOR IN POSSESSION
CASE NUMBER 18-51277
107 HIGHWAY 90 W
NEW IBERIA LA 70560-9485



| BUSINESS CHECKING | MR STEVEN LLC | | | Acct 1483 |
|---|---|---|---|---|
| Beginning Balance | 11/01/18 | | 12.71 | |
| Deposits / Misc Credits | | 0 | .00 | |
| Withdrawals / Misc Debits | | 0 | .00 | |
| ** Ending Balance | 11/30/18 | | 12.71 | ** |
| Service Charge | | | .00 | |
| Average Balance | | | 12 | |
| Average Collected Balance | | | 12 | |
| Minimum Balance | | | 12 | |

NOW OFFERING KASASA FOR CONSUMER ACCOUNTS ONLY! ACCOUNT APPROVAL, CONDITIONS, QUALIFICATIONS, LIMITS, TIMEFRAMES, ENROLLMENTS, LOG-ONS AND OTHER REQUIREMENTS APPLY. QUALIFICATIONS AND REWARDS MAY VARY BY ACCOUNT.




# CommunityFirst Bank

1101 E. Admiral Doyle Dr. • New Iberia, LA 70560
(337) 365-6677 • www.cfirstbank.com



00000278-0000555-0001-0001-TIMR8000561231184075

|  |  |
|---|---|
| | Page 1 of 1 |
| Account Number: | ***1483 |
| Date: | 12-31-18 |
| Images: | 0 |

MR STEVEN LLC
DEBTOR IN POSSESSION
CASE NUMBER 18-51277
107 HIGHWAY 90 W
NEW IBERIA LA 70560-9485

---

BUSINESS CHECKING        MR STEVEN LLC                                    Acct   1483

```
            Beginning Balance         12/01/18        12.71
            Deposits / Misc Credits          0          .00
            Withdrawals / Misc Debits        0          .00
         ** Ending Balance            12/31/18        12.71  **
            Service Charge                              .00

            Average Balance                              12
            Average Collected Balance                    12
            Minimum Balance                              12
```

NOW OFFERING KASASA FOR CONSUMER ACCOUNTS ONLY! ACCOUNT APPROVAL, CONDITIONS,
QUALIFICATIONS, LIMITS, TIMEFRAMES, ENROLLMENTS, LOG-ONS AND OTHER REQUIREMENTS
APPLY. QUALIFICATIONS AND REWARDS MAY VARY BY ACCOUNT.

