**SO ORDERED.**

**SIGNED January 25, 2019.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| *Debtor(s):* | **Case Number:** 18−51277 |
| Mr. Steven, LLC | |

_____

**Interim Order on SBN's Motion for Relief from Stay and Related Matters**

Before the Court are the Motion for Relief from Automatic Stay filed by secured creditor SBN V FNBC LLC ("SBN") (Doc. 60) (the "Lift Stay Motion") and the Motion to Determine Property of the Estate and for Turnover of Property filed by the Debtor, Mr. Steven, LLC (Doc. 29) (the "Turnover Motion"), which the Court took under advisement following a full hearing on December 18, 2018.

The parties filed post-hearing briefs concerning both the Lift Stay Motion and Turnover Motion. In the meantime, SBN has filed Motions for Relief from Stay in three of the jointly administered bankruptcy cases (Docs. 126, 128, and 130), as well as a 12(b)(6) Motion to Dismiss in related Adversary Proceeding *Mr. Steven, LLC v. SBN V FNBC LLC*, Docket No. 18-5043 (Doc. 21), all of which are currently scheduled for hearing on February 12, 2019 at 10:00 a.m. These matters may bear on issues central to resolution of the Lift Stay Motion and Turnover Motion.

In the interest of efficiency and justice, the Court wishes to defer making a final determination on the Lift Stay Motion and Turnover Motion until February 12, 2019, so that it may hear all of the related matters together at a special hearing at 1:30 p.m. However, based on evidence and testimony presented at the December 18, 2018 hearing, the Court finds that SBN is entitled to receive adequate protection payments, as requested in its Lift Stay Motion. The Court also finds that the evidence presented at the hearing establishes the appropriate amount of such adequate protection at $25,000.00 per month.

Accordingly, the Court will deny SBN's Motion to Lift Stay solely on an interim basis, but will require adequate protection payments retroactive to the filing of the Lift Stay Motion.

Wherefore, premises considered,

IT IS ORDERED that SBN's Motion for Relief from Automatic Stay (Doc. 60) is DENIED ON AN INTERIM BASIS.

IT IS FURTHER ORDERED that the Debtor, Mr. Steven, LLC, shall make adequate protection payments to SBN in the amount of $25,000.00 per month, retroactive to the filing of SBN's Motion for Relief from Automatic Stay (Doc. 60) on November 26, 2018.

Finally, IT IS ORDERED that all pending Motions in this case, including those presently set for hearing on February 12, 2019 at 10:00 a.m., are SCHEDULED FOR HEARING on February 12, 2019 at 1:30 p.m. At present, this includes the following Motions:

- Mr. Steven LLC's Motion to Determine Property of the Estate and for Turnover of Property (Doc. 29);
- SBN's Motion for Relief from Automatic Stay concerning the Mr. Steven (Doc. 60);
- SBN's Motion for Relief from Automatic Stay concerning the Mr. Mason (Doc. 126);
- SBN's Motion for Relief from Automatic Stay concerning the Lady Brandi (Doc. 128);
- SBN's Motion for Relief from Automatic Stay concerning the Mr. Row (Doc. 130); and
- SBN's 12(b)(6) Motion to Dismiss Debtors' Complaint in related Adversary Proceeding *Mr. Steven, LLC v. SBN V FNBC LLC*, Docket No. 18-5043 (Doc. 21).

###

```
                              United States Bankruptcy Court
                              Western District of Louisiana
In re:                                                          Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                              Chapter 11
Lady Eve, L.L.C.
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0536-4          User: lchamp                Page 1 of 1          Date Rcvd: Jan 28, 2019
                              Form ID: pdf8               Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2019.
```
db          +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
aty          Richard Montague,    Phelps Dunbar, LLP,    P. O. Box 16114,    Jackson, MS  39236-6114
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr           DIP
                                                                          TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2019 at the address(es) listed below:
```
          Amanda W. Messa    on behalf of Interested Party   SpaceX amanda.messa@phelps.com
          Benjamin W. Kadden    on behalf of Defendant Steve   Miguez bkadden@lawla.com,
           mnguyen@lawla.com
          David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
           plaisance@carverdarden.com
          Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
           kfritscher@hellerdraper.com;lcollins@hellerdraper.com
          Gail Bowen McCulloch    on behalf of U.S. Trustee Office of   U. S. Trustee gail.mcculloch@usdoj.gov
          Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
          James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
           mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
          Meredith S. Grabill    on behalf of Defendant Steve   Miguez mgrabill@lawla.com
          Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
          Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
           clary@carverdarden.com
          Randall Scott Wells    on behalf of Interested Party   Guice Offshore, LLC swells@rushing-guice.com
          Stewart F. Peck    on behalf of Defendant Steve   Miguez speck@lawla.com,
           erosenberg@lawla.com;ymaranto@lawla.com
          William Kaufman    on behalf of Interested Party   Guice Offshore, LLC whkaufman@ohllc.com,
           egnormand@ohllc.com
                                                                                             TOTAL: 13
```