UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

IN RE:                           *           CASE NO. 18-51277

MR. STEVEN, L.L.C.               *           CHAPTER 11

    Debtor                       *

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, proposed counsel for Debtor, hereby certify that I caused the

*Omnibus Opposition to Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)*

*for ECF Nos. 126, 128, and 130* [Dkt. 137] to be served on February 4, 2019, via ECF

Notification to the following:

- Greta M. Brouphy     gbrouphy@hellerdraper.com
- Douglas S. Draper     ddraper@hellerdraper.com,
  kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner     jgarner@shergarner.com,
  mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill     mgrabill@lawla.com
- Benjamin W. Kadden     bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman     whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch     gail.mcculloch@usdoj.gov
- Amanda W. Messa     amanda.messa@phelps.com
- Stewart F. Peck     speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist     segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack     waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells     swells@rushing-guice.com

I also caused same to be served on February 4, 2019, via First Class U.S. Mail, postage

pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

**New Orleans, Louisiana**, this 4th day of February 2019.

/s/ Douglas S. Draper
_____
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN
  & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

*Counsel for the Debtors*

{00366768-1}