```
Label Matrix for local noticing          ALLEN'S HANDYMAN SERVICE              Acadiana Diesel Fuel Injection Service
0536-4                                   5309 CLAUDE VIATOR RD                 c/o its registered agent
Case 18-51277                            NEW IBERIA, LA 70560-8775             Doug J. Louviere
Western District of Louisiana                                                  2615 Jefferson Island Rd
Lafayette                                                                      New Iberia, LA 70560-9456
Mon Feb  4 15:21:08 CST 2019

Adams & Reese                            Amanda W. Messa                       BAYOU STATE MARINE & INDUSTRIAL SUPPLY,
701 Poydras St Ste 4500                  Phelps Dunbar LLP                     PO BOX 343
New Orleans LA 70139-4596                P.O. Box 4412                         12538 NORTH RD
                                         Baton Rouge, LA 70821-4412            ERATH, LA 70533-5237

Bayou Electric & Specialty, Inc.         Benjamin W Kadden                     Bluetide Communications, Inc.
c/o its registered agent                 601 Poydras Street, Suite 2775        117 Nolan Road
Stephen S. Drouant                       New Orleans, LA 70130-6041            Broussard, LA 70518-3212
1601 Hopkins Street
New Iberia, LA 70560-5825

Bluetide Communications, Inc.            Bow 2 Stern Services, Inc.            Greta M. Brouphy
c/o its registered agent                 c/o its registered agent              Heller,Draper,Patrick,Horn & Manthey LLC
Kevin M. Delcambre                       Shane Thibodeaux                      650 Poydras St., Suite 2500
200 Cummings Road                        299 Renee Denise Ct.                  New Orleans, LA 70130-6175
Broussard, LA 70518-3228                 Theriot, LA 70397-9799

COASTAL TIMBERS                          Capital Electric & Supply LLC         Cummins Midsouth
1310 JANE ST                             c/o its registered agent              PO Box 842316
NEW IBERIA, LA 70563-1540                Jon Derouen                           Dallas, TX 75284-2316
                                         13705 Lynnedale Loop
                                         Abbeville, LA 70510-8515

DIAMOND 'B' INDUSTRIES                   Deep South Mechanical Services LLC    Donovan Marine Services, LLC
PO BOX 10310                             c/o its registered agent              PO Box 989
NEW IBERIA, LA 70562-0310                Gerard J. Bourgeois                   Amelia, LA 70340-0989
                                         PO Box 1688
                                         Morgan City, LA 70381-1688

Douglas S. Draper                        FORCE POWER SYSTEMS                   Force Power Systems
Heller,Draper,Patrick,Horn & Manthey LLC 3799 WEST AIRLINE HIGHWAY             1983 B. Grand Caillou Rd.
650 Poydras St #2500                     PO BOX 536                            Houma, LA 70363-7003
New Orleans, LA 70130-6175               RESERVE, LA 70084-0536

Guice Offshore, LLC                      Guice Offshore, LLC                   Harris & Rufty, L.L.C.
R. Scott Wells, Esq.                     William Kaufman                       c/o its registered agent
Rushing & Guice, P.L.L.C.                PO Drawer 52606                       Alfred J. Rufty, III
P.O. Box 1925                            Lafayette LA  70505-2606              1831 Octavia St.
Biloxi, MS 39533-1925                                                          New Orleans, LA 70115-5659

Harris & Rufty, LLC                      Iberia Crewboat & Marine              Iberia Marine Service, LLC
650 Poydras Street, Suite 2710           Services, L.L.C.                      107 Hwy 90 West
New Orleans, LA 70130-6160               C/o Mr. Steve Miguez                  New Iberia, LA 70560-9485
                                         107 Hwy 90 West
                                         New Iberia, LA 70560-9485

Iberia Marine Service, LLC               Internal Revenue Service              JEFF UPHOLSTERY, INC.
c/o Steven J. Miguez                     PO Box 7346                           4506 EAST HIGHWAY 90
107 Hwy 90 West                          Philadelphia, PA 19101-7346           NEW IBERIA, LA 70560-9016
New Iberia, LA 70560-9485
```

| | | |
|---|---|---|
| Benjamin W. Kadden<br>Lugenbuhl et al<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | William Kaufman<br>Ottinger Hebert, LLC<br>1313 West Pinhook Road<br>POD 52606<br>Lafayette, LA 70503-2905 | Kolder Slaven and Company INC<br>POB 9729<br>New Iberia, LA 70562-9729 |
| Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 | Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Lady Glenda LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Louisiana Department of Revenue<br>Collection Division Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 | MARINE SYSTEMS, INC.<br>PO BOX 301284<br>DALLAS, TX 75303-1284 |
| Madere & Sons Marine Rental, L.L.C.<br>c/o Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 | Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 | Gail Bowen McCulloch<br>300 Fannin, Suite 3196<br>Shreveport, LA 71101-3122 |
| Meredith S. Grabill<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 | Amanda W. Messa<br>Phelps Dunbar LLP<br>400 Convention Street, Suite 1100<br>Baton Rouge, LA 70802-5615 | Richard Montague<br>Phelps Dunbar, LLP<br>P. O. Box 16114<br>Jackson, MS 39236-6114 |
| Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 |
| Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | Stewart F. Peck<br>Lugenbuhl, Wheaton, Peck et al<br>601 Poydras, #2775<br>New Orleans, LA 70130-6041 | Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 |
| R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 | SAMMY'S AIR<br>PO BOX 9277<br>NEW IBERIA, LA 70562-9277 | SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 |

| | | |
|---|---|---|
| SBN V FNBC LLC<br>c/o Peter J. Segrist<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 | SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 |
| SNB V FNBC, LLC<br>c/o Thomas E. Shuck<br>Parker, Milliken, Clark etc<br>555 S. Flower St., 30th FL<br>Los Angeles, CA 90071-2440 | SeaTran Marine, LLC<br>c/o Benjamin W. Kadden<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | SeaTran Marine, LLC<br>c/o Meredith S. Grabill<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 |
| SeaTran Marine, LLC<br>c/o Stewart F. Peck<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | Peter James Segrist<br>Carver Darden et al<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 | Sewart Supply, Inc<br>7201 LA-182<br>Morgan City, LA 70380 |
| Sheriff, Iberia Parish<br>300 Iberia St.<br>Suite 120<br>New Iberia LA 70560-4543 | Shipyard Service, L.L.C.<br>c/o its registered agent<br>John Sercovich<br>10856 Belle Chasse Hwy.<br>Belle Chasse, LA 70037 | SpaceX<br>c/o Amanda W. Messa<br>Phelps Dunbar LLP<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 |
| State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Stewart F. Peck<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 |
| Superior Electrical Service, LLC<br>c/o Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 | Thomas E. Shuck<br>Parker, Milliken, Clark, O'Hara<br>& Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 |
| UNITED POWER SYSTEMS<br>2975 HIGHWAY 182<br>RACELAND, LA 70394-3770 | David F. Waguespack<br>1100 Poydras Street - Energy Centre<br>Suite 3100<br>New Orleans, LA 70163-1102 | Randall Scott Wells<br>P.O. Box 1925<br>Biloxi, MS 39533-1925 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)DIP | (u)Steve Miguez | (d)Richard Montague<br>Phelps Dunbar LLP<br>P.O. Box 16114<br>Jackson, MS 39236-6114 |
| (d)SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | (u)Seatran Marine, LLC | (d)State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street<br>Room 322<br>Baton Rouge, LA 70802-3338 |

(u)U. S. Attorney's Office  
Western District of Louisiana  
300 Fannin Street, Suite 3201

End of Label Matrix  
Mailable recipients   80  
Bypassed recipients    7  
Total               87