**Exhibit 2**

**Disclosure Order**

To be provided.