# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

**IN RE:** Mr. Steven, L.L.C.  
Lady Eve, L.L.C.  
Debtor(s)

**Chapter:** 11  
**Case Number:** 18−51277

### ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT AND FIXING TIME FOR FILING OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT

TO: Debtor, Creditors, Equity Security Holders (or Stockholders) and Parties in Interest, including the U.S. Trustee:

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that a hearing will be held before this Court at **214 Jefferson Street, 1st Floor Courtroom, Lafayette, Louisiana** on **March 26, 2019** at **10:00 AM** to consider the following:

1. the adequacy of the disclosure statement and any objections or modifications thereto,
2. the fixing of a time within which the holders of claims and interests may accept or reject the Plan, and
3. the fixing of a date for the hearing on confirmation of the Plan.

**IT IS FURTHER ORDERED** that objections, if any, to the proposed disclosure statement or modifications thereto, shall be in writing and filed with the Clerk of Court at least seven (7) full business days before the hearing and served on the debtor, the trustee if any, the creditors committee, the Assistant U.S. Trustee (Shreveport), and the proponent of the Plan if applicable, and such other entity as may be designated by the Court. Any objections not filed and served may be deemed waived.

**IT IS FURTHER ORDERED** that the debtor−in−possession, through its attorney, or the trustee or proponent of the Plan of Reorganization, if applicable, forthwith serve copies of this Order and Notice for Hearing, **the proposed disclosure statement and the proposed Plan** upon each creditor and equity security holder, the Assistant U.S. Trustee (Shreveport), and the Securities and Exchange Commission (if debtor is a corporation), these documents to be served at least twenty−eight (28) days prior to the above scheduled hearing.

**IT IS FINALLY ORDERED** that the debtor−in−possession, through its attorney, or the trustee or proponent of the Plan of Reorganization if applicable, shall file an affidavit of Mailing with the Clerk of Court no later than three(3) business days after mailing this Order and Notice, the proposed disclosure statement, and the proposed Plan. The affidavit shall show what was served on whom and their addresses. WITHOUT A FILED AFFIDAVIT OF MAILING, THE COURT MAY DECLINE TO CONDUCT ANY HEARING ON THE DISCLOSURE STATEMENT.

**NOTICE IS HEREBY GIVEN** that at any disclosure statement hearing scheduled in this order or subsequently, or at any Plan confirmation hearing, the Court may, in its discretion, consider dismissal of this case or its conversion to a Chapter 7 liquidation case under 11 U.S.C. §1112(b) upon the request of any interested party made before or at the hearing.

**SIGNED this the 8th day of February, 2019.**

/s/ John W. Kolwe

**UNITED STATES BANKRUPTCY JUDGE**