| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51277<br>Western District of Louisiana<br>Lafayette<br>Fri Feb  8 13:51:28 CST 2019 | ALLEN'S HANDYMAN SERVICE<br>5309 CLAUDE VIATOR RD<br>NEW IBERIA, LA 70560-8775 | Acadiana Diesel Fuel Injection Service<br>c/o its registered agent<br>Doug J. Louviere<br>2615 Jefferson Island Rd<br>New Iberia, LA 70560-9456 |
| Adams & Reese<br>701 Poydras St Ste 4500<br>New Orleans LA 70139-4596 | Amanda W. Messa<br>Phelps Dunbar LLP<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 | BAYOU STATE MARINE & INDUSTRIAL SUPPLY,<br>PO BOX 343<br>12538 NORTH RD<br>ERATH, LA 70533-5237 |
| Bayou Electric & Specialty, Inc.<br>c/o its registered agent<br>Stephen S. Drouant<br>1601 Hopkins Street<br>New Iberia, LA 70560-5825 | Benjamin W Kadden<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 | Bluetide Communications, Inc.<br>117 Nolan Road<br>Broussard, LA 70518-3212 |
| Bluetide Communications, Inc.<br>c/o its registered agent<br>Kevin M. Delcambre<br>200 Cummings Road<br>Broussard, LA 70518-3228 | Bow 2 Stern Services, Inc.<br>c/o its registered agent<br>Shane Thibodeaux<br>299 Renee Denise Ct.<br>Theriot, LA 70397-9799 | Greta M. Brouphy<br>Heller,Draper,Patrick,Horn & Manthey LLC<br>650 Poydras St., Suite 2500<br>New Orleans, LA 70130-6175 |
| COASTAL TIMBERS<br>1310 JANE ST<br>NEW IBERIA, LA 70563-1540 | Capital Electric & Supply LLC<br>c/o its registered agent<br>Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 | Cummins Midsouth<br>PO Box 842316<br>Dallas, TX 75284-2316 |
| DIAMOND 'B' INDUSTRIES<br>PO BOX 10310<br>NEW IBERIA, LA 70562-0310 | Deep South Mechanical Services LLC<br>c/o its registered agent<br>Gerard J. Bourgeois<br>PO Box 1688<br>Morgan City, LA 70381-1688 | Donovan Marine Services, LLC<br>PO Box 989<br>Amelia, LA 70340-0989 |
| Douglas S. Draper<br>Heller,Draper,Patrick,Horn & Manthey LLC<br>650 Poydras St #2500<br>New Orleans, LA 70130-6175 | FORCE POWER SYSTEMS<br>3799 WEST AIRLINE HIGHWAY<br>PO BOX 536<br>RESERVE, LA 70084-0536 | Force Power Systems<br>1983 B. Grand Caillou Rd.<br>Houma, LA 70363-7003 |
| Guice Offshore, LLC<br>R. Scott Wells, Esq.<br>Rushing & Guice, P.L.L.C.<br>P.O. Box 1925<br>Biloxi, MS 39533-1925 | Guice Offshore, LLC<br>William Kaufman<br>PO Drawer 52606<br>Lafayette LA  70505-2606 | Harris & Rufty, L.L.C.<br>c/o its registered agent<br>Alfred J. Rufty, III<br>1831 Octavia St.<br>New Orleans, LA 70115-5659 |
| Harris & Rufty, LLC<br>650 Poydras Street, Suite 2710<br>New Orleans, LA 70130-6160 | Iberia Crewboat & Marine<br>Services, L.L.C.<br>C/o Mr. Steve Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Iberia Marine Service, LLC<br>c/o Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JEFF UPHOLSTERY, INC.<br>4506 EAST HIGHWAY 90<br>NEW IBERIA, LA 70560-9016 |

| | | |
|---|---|---|
| Benjamin W. Kadden<br>Lugenbuhl et al<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | William Kaufman<br>Ottinger Hebert, LLC<br>1313 West Pinhook Road<br>POD 52606<br>Lafayette, LA 70503-2905 | Kolder Slaven and Company INC<br>POB 9729<br>New Iberia, LA 70562-9729 |
| Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 | Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Lady Glenda LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Louisiana Department of Revenue<br>Collection Division Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn:  Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 | MARINE SYSTEMS, INC.<br>PO BOX 301284<br>DALLAS, TX 75303-1284 |
| Madere & Sons Marine Rental, L.L.C.<br>c/o Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 | Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 | Gail Bowen McCulloch<br>300 Fannin, Suite 3196<br>Shreveport, LA 71101-3122 |
| Meredith S. Grabill<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 | Amanda W. Messa<br>Phelps Dunbar LLP<br>400 Convention Street, Suite 1100<br>Baton Rouge, LA 70802-5615 | Richard Montague<br>Phelps Dunbar, LLP<br>P. O. Box 16114<br>Jackson, MS 39236-6114 |
| Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 |
| Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | Stewart F. Peck<br>Lugenbuhl, Wheaton, Peck et al<br>601 Poydras, #2775<br>New Orleans, LA 70130-6041 | Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 |
| R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 | SAMMY'S AIR<br>PO BOX 9277<br>NEW IBERIA, LA 70562-9277 | SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 |

| | | |
|---|---|---|
| SBN V FNBC LLC<br>c/o Peter J. Segrist<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 | SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 |
| SNB V FNBC, LLC<br>c/o Thomas E. Shuck<br>Parker, Milliken, Clark etc<br>555 S. Flower St., 30th FL<br>Los Angeles, CA 90071-2440 | SeaTran Marine, LLC<br>c/o Benjamin W. Kadden<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | SeaTran Marine, LLC<br>c/o Meredith S. Grabill<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 |
| SeaTran Marine, LLC<br>c/o Stewart F. Peck<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | Peter James Segrist<br>Carver Darden et al<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 | Sewart Supply, Inc<br>7201 LA-182<br>Morgan City, LA 70380 |
| Sheriff, Iberia Parish<br>300 Iberia St.<br>Suite 120<br>New Iberia LA 70560-4543 | Shipyard Service, L.L.C.<br>c/o its registered agent<br>John Sercovich<br>10856 Belle Chasse Hwy.<br>Belle Chasse, LA 70037 | SpaceX<br>c/o Amanda W. Messa<br>Phelps Dunbar LLP<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 |
| State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Stewart F. Peck<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 |
| Superior Electrical Service, LLC<br>c/o Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 | Thomas E. Shuck<br>Parker, Milliken, Clark, O'Hara<br>& Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 |
| UNITED POWER SYSTEMS<br>2975 HIGHWAY 182<br>RACELAND, LA 70394-3770 | David F. Waguespack<br>1100 Poydras Street - Energy Centre<br>Suite 3100<br>New Orleans, LA 70163-1102 | Randall Scott Wells<br>P.O. Box 1925<br>Biloxi, MS 39533-1925 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)DIP | (u)Steve Miguez | (d)Richard Montague<br>Phelps Dunbar LLP<br>P.O. Box 16114<br>Jackson, MS 39236-6114 |
| (d)SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | (u)Seatran Marine, LLC | (d)State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street<br>Room 322<br>Baton Rouge, LA 70802-3338 |

(u)U. S. Attorney's Office
Western District of Louisiana
300 Fannin Street, Suite 3201

End of Label Matrix
Mailable recipients    80
Bypassed recipients     7
Total                  87