# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

---

**IN RE:** Mr. Steven, L.L.C.  
Lady Eve, L.L.C.  
Debtor(s)

**Chapter:** 11  
**Case Number:** 18−51277

---

### ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT AND FIXING TIME FOR FILING OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT

TO: Debtor, Creditors, Equity Security Holders (or Stockholders) and Parties in Interest, including the U.S. Trustee:

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN** that a hearing will be held before this Court at **214 Jefferson Street, 1st Floor Courtroom, Lafayette, Louisiana** on **March 26, 2019** at **10:00 AM** to consider the following:

1. the adequacy of the disclosure statement and any objections or modifications thereto,

2. the fixing of a time within which the holders of claims and interests may accept or reject the Plan, and

3. the fixing of a date for the hearing on confirmation of the Plan.

**IT IS FURTHER ORDERED** that objections, if any, to the proposed disclosure statement or modifications thereto, shall be in writing and filed with the Clerk of Court at least seven (7) full business days before the hearing and served on the debtor, the trustee if any, the creditors committee, the Assistant U.S. Trustee (Shreveport), and the proponent of the Plan if applicable, and such other entity as may be designated by the Court. Any objections not filed and served may be deemed waived.

**IT IS FURTHER ORDERED** that the debtor−in−possession, through its attorney, or the trustee or proponent of the Plan of Reorganization, if applicable, forthwith serve copies of this Order and Notice for Hearing, **the proposed disclosure statement and the proposed Plan** upon each creditor and equity security holder, the Assistant U.S. Trustee (Shreveport), and the Securities and Exchange Commission (if debtor is a corporation), these documents to be served at least twenty−eight (28) days prior to the above scheduled hearing.

**IT IS FINALLY ORDERED** that the debtor−in−possession, through its attorney, or the trustee or proponent of the Plan of Reorganization if applicable, shall file an affidavit of Mailing with the Clerk of Court no later than three(3) business days after mailing this Order and Notice, the proposed disclosure statement, and the proposed Plan. The affidavit shall show what was served on whom and their addresses. WITHOUT A FILED AFFIDAVIT OF MAILING, THE COURT MAY DECLINE TO CONDUCT ANY HEARING ON THE DISCLOSURE STATEMENT.

**NOTICE IS HEREBY GIVEN** that at any disclosure statement hearing scheduled in this order or subsequently, or at any Plan confirmation hearing, the Court may, in its discretion, consider dismissal of this case or its conversion to a Chapter 7 liquidation case under 11 U.S.C. §1112(b) upon the request of any interested party made before or at the hearing.

**SIGNED this the 8th day of February, 2019.**

_/s/ John W. Kolwe_____

**UNITED STATES BANKRUPTCY JUDGE**

```
                           United States Bankruptcy Court
                            Western District of Louisiana
In re:                                                          Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                              Chapter 11
Lady Eve, L.L.C.
        Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0536-4         User: lchamp            Page 1 of 1           Date Rcvd: Feb 08, 2019
                             Form ID: Lodschg        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.
```
db         +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              DIP
                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2019 at the address(es) listed below:
```
          Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
          Benjamin W. Kadden    on behalf of Defendant Steve   Miguez bkadden@lawla.com, mnguyen@lawla.com
          David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
           plaisance@carverdarden.com
          Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
           kfritscher@hellerdraper.com;lcollins@hellerdraper.com
          Gail Bowen McCulloch    on behalf of U.S. Trustee Office of   U. S. Trustee gail.mcculloch@usdoj.gov
          Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
          James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
           mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
          Meredith S. Grabill    on behalf of Defendant Steve   Miguez mgrabill@lawla.com
          Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
          Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
           clary@carverdarden.com
          Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
          Stewart F. Peck    on behalf of Defendant Steve   Miguez speck@lawla.com,
           erosenberg@lawla.com;ymaranto@lawla.com
          William  Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
           egnormand@ohllc.com
                                                                                             TOTAL: 13
```