UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:
Mr. Steven, L.L.C.[1]                               Case No. 18-51277
    Debtor                                     Chapter 11

## STATUS CONFERENCE REPORT
(As of February 11, 2019)

**Filed:** October 3, 2018

**Status of Monthly Operating Reports for Mr. Steven Only\* (As of December 2018):**
    Average Monthly Cash Flow: $ ( -$14)
    Cash On Hand In Bank Account: $13
    Accounts Receivable: $504,900
    Post-Petition Accounts Payable: $3,800
    Post-Petition Taxes Payable: $

\* The seven jointly administered cases are each filing MORs. All have a small negative monthly cash flow, but some cases show large accounts receivable.

**UST Fees:** Current

**Status of Plan and Disclosure Statement:** Plan and Disclosure Statement filed February 7, 2019.

**Status of IDI documents:**

**Other Deficiencies (insurance, etc.):**

**Creditors' Committee:** No

**Comments:** Joint administration of Mr. Steven with seven other cases was ordered on December 21, 2018 (#109.)

                                                          Respectfully submitted,
                                                          DAVID W. ASBACH
                                                          Acting United States Trustee
                                                          Region 5, Judicial Districts
                                                          of Louisiana and Mississippi

                                                          By: */s/ Gail B. McCulloch*
                                                          GAIL B. McCULLOCH

Gail B. McCulloch, LA Bar no. 03337
Trial Attorney

---

[1] Lady Eve, L.L.C. (18-51488), Lady Brandi L.L.C. (18-51517, Lady Glenda LLC (18-51518, Mr. Blake LLC (18-51519, Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) jointly administered with Mr. Steven, L.L.C.

Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3550