**SO ORDERED.**

**SIGNED February 20, 2019.**

_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 18-51277** |
| **MR. STEVEN, L.L.C.**[1] | * | **CHAPTER 11** |
| Debtor | * | |

**INTERIM ORDER AUTHORIZING THE RETENTION OF**
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C. AS**
**COUNSEL FOR DEBTORS NUNC PRO TUNC TO THE PETITION DATE**

Considering the *Application for Order Authorizing Employment of Heller, Draper, Patrick, Horn & Manthey, L.L.C. as Counsel for Debtors Nunc Pro Tunc to the Petition Date* (the "Application") [P-78] of Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (referred to herein as "Debtor" or collectively, the "Debtors"), which this Court has approved for joint administration [P-109] making the Application as if deemed filed in

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

{00365567-3}

1

each of the Debtors' respective chapter 11 cases for entry of an order pursuant to 11 U.S.C. § 327(a) of chapter 11 of title 11 of the United States Code (as amended, the ("Bankruptcy Code"), all as more fully set forth in the Application; and upon consideration of the Affidavit of Douglas S. Draper (the "Draper Affidavit") in Support of the Application; and the Court being satisfied based on the representations made in the Application and the Draper Affidavit that the members, associates and counsel of Heller, Draper, Patrick, Horn, & Manthey, L.L.C. ("Heller Draper") who will be engaged in these cases neither represent nor hold an interest adverse to the Debtors or to their estates and are "disinterested persons" as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; such attorneys are qualified to represent the Debtors under § 327(a) of the Bankruptcy Code; and that their interim employment is necessary and would be in the best interest of the Debtors' estates; and due notice of the Application having been given with hearing held with consideration of the *Limited Objection to Application for Order Authorizing Employment of Heller, Draper, Patrick, Horn & Manthey, L.L.C. as Counsel for Debtors Nunc Pro Tunc to the Petition Date* and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that, the Application is approved on an interim basis and is deemed filed in each of the Debtors' respective chapter 11 proceedings as the matters are subject to joint administration; and it is further

**ORDERED** that each of the Debtors are hereby authorized to retain Heller Draper pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code on an interim basis pending further action of this Court; and it is further

{00365567-3}

2

**ORDERED** that, Heller Draper shall be entitled to allowance of compensation and reimbursement of expenses pursuant to the Bankruptcy Code, Bankruptcy Rules, the Local Rules of this Court and such other orders as the Court may grant; and it is further

**ORDERED** that this Court shall retain jurisdiction to resolve all matters arising out of the Application or this Order.

### 

This Order was prepared and submitted by:

*/s/ Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No. 14891)
Greta M. Brouphy, LA Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3333/Fax: (504) 299-3399

*Proposed Counsel for the Debtor*