# Notice Recipients

District/Off: 0536–4     User: lchamp     Date Created: 2/20/2019
Case: 18−51277     Form ID: pdf8     Total: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr     DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
aty     Douglas S. Draper     ddraper@hellerdraper.com
aty     Gail Bowen McCulloch     gail.mcculloch@usdoj.gov
aty     Greta M. Brouphy     gbrouphy@hellerdraper.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Mr. Steven, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db     Lady Eve, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db     Lady Brandi L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db     Lady Glenda LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Blake LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Mason LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Ridge LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Row LLC     107 Hwy 90 West     New Iberia, LA 70560

TOTAL: 8