UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
CHIEF JUDGE JOHN KOLWE



IN RE: Mr. Steven, LLC, et al          CASE NO.: 18-51277

---

### EXHIBIT RECORD

Date: February 12, 2019

Matter: Various Motions for Relief from Stay

| Exhibit No. | Description |
|---|---|
| Judicial Notice | Exhibit Record Filed in Open Court on 12/18/18 |
| SBN #A-CC | See Attached<br>**#BB is UNDER SEAL** |
| SeaTran #1 | Loan Request Approval/Denial – Iberia Marine Services – 7/22/15 |

Notes:

ECRO: _[signature]_

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 (Jointly Administered) |
| DEBTOR | * | JUDGE JOHN W. KOLWE |
| IN RE: | * | CASE NO. 18-51517 |
| LADY BRANDI, L.L.C. (DEBTOR) | * | CHAPTER 11 |
| IN RE: | * | CASE NO. 18-51521 |
| MR. MASON, L.L.C. (DEBTOR) | * | CHAPTER 11 |
| IN RE: | * | CASE NO. 18-51523 |
| MR. ROW, L.L.C. (DEBTOR) | * | CHAPTER 11 |

**MOTION FOR RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(D)**

**TUESDAY, FEBRUARY 12, 2019**

**EXHIBIT LIST**

*admitted* ↓

A. Promissory Note dated September 28, 2015 in the original principal amount of $22,500,000

B. Business Loan Agreement dated September 28, 2015

C. Certified copy of the Mr. Mason LLC Mortgage recorded with the National Vessel Documentation Center on October 7, 2015

D. Certified copy of the Lady Brandi LLC Mortgage recorded with the National Vessel Documentation Center on October 7, 2015

E. Certified copy of the Mr. Row LLC Mortgage recorded with the National Vessel Documentation Center on October 7, 2015

F. Certified copy of the UCC-1 financing statement for Mr. Mason LLC filed on October 9, 2015 at No. 26-349269

1

*admitted*

G. Certified copy of the UCC-1 financing statement for Lady Brandi filed on October 9, 2015, at No. 26-349265

H. Certified copy of the UCC-1 financing statement for Mr. Row LLC filed on October 9, 2015, at No. 26-349271

I. Endorsement and Allonge to Promissory Note dated October 18, 2017

J. Certified copy of the Assignment of the Mr. Mason LLC Mortgage

K. Certified copy of the Assignment of the Lady Brandi LLC Mortgage

L. Certified copy of the Assignment of the Mr. Row LLC Mortgage

M. Certified copy of the UCC-3 for the assignment of the UCC-1 financing statement for Mr. Mason LLC

N. Certified copy of the UCC-3 for the assignment of the UCC-1 financing statement for Lady Brandi LLC

O. Certified copy of the UCC-3 for the assignment of the UCC-1 financing statement for Mr. Row LLC

P. [22] Mr. Mason LLC Schedules filed December 14, 2018 in case no. 18-51521

Q. [23] Mr. Mason LLC Statement of Financial Affairs for Non-Individual filed December 14, 2018 in case no. 18-51521

R. [28] Mr. Mason LLC Monthly Operating Report for Filing Period November 2018 Filed by Douglas S. Draper on Behalf of Mr. Mason LLC (Draper, Douglas) filed January 28, 2019 in case no. 18-51521

S. [29] Mr. Mason LLC Monthly Operating Report for Filing Period December 2018 Filed by Douglas S. Draper on Behalf of Mr. Mason LLC (Draper, Douglas) filed January 28, 2019 in case no. 18-51521

T. [22] Lady Brandi LLC Schedules filed December 14, 2018 in case no. 18-51517

U. [23] Lady Brandi LLC Statement of Financial Affairs for Non-Individual filed December 14, 2018 in case no. 18-51517

V. [28] Lady Brandi LLC Monthly Operating Report for Filing Period November 2018 Filed by Douglas S. Draper on Behalf of Lady Brandi LLC (Draper, Douglas) filed January 29, 2019 in case no. 18-51517

*admitted* [handwritten, bracketing W through AA]

W. [29] Lady Brandi LLC Monthly Operating Report for Filing Period December 2018 Filed by Douglas S. Draper on Behalf of Lady Brandi LLC (Draper, Douglas) filed January 29, 2019 in case no. 18-51517

X. [22] Mr. Row LLC Schedules filed December 14, 2018 in case no. 18-51523

Y. [23] Mr. Row LLC Statement of Financial Affairs for Non-Individual filed December 14, 2018 in case no. 18-51523

Z. [30] Mr. Row LLC Monthly Operating Report for Filing Period November 2018 Filed by Douglas S. Draper on Behalf of Mr. Row LLC (Draper, Douglas) filed January 28, 2019 in case no. 18-51523

AA. [31] Mr. Row LLC Monthly Operating Report for Filing Period December 2018 Filed by Douglas S. Draper on Behalf of Mr. Row LLC (Draper, Douglas) filed January 28, 2019 in case no. 18-51523

*Under Seal* [handwritten]

BB. Summit Vessels Budget – Projections from Apr. 2019 to Dec. 2023

CC. [141] Disclosure Statement for Chapter 11 *Joint Disclosure Statement to Accompany the Joint Chapter 11 Plan of Reorganization of the Debtors* Filed by Douglas S. Draper of Heller, Draper, Patrick, Horn & Manthey LLC on Behalf of Lady Brandi L.L.C., Lady Eve, L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, Mr. Row LLC, Mr. Steven, L.L.C. (Attachments: # (1) Exhibit 1 Joint Plan Of Reorganization # (2) Exhibit 2 Disclosure Order # (3) Exhibit 3 Plan Sponsor Term Sheet # (4) Exhibit 4 Vessel Information # (5) Exhibit 5 Financial Projections # (6) Exhibit 6 Liquidation Analysis)(Draper, Douglas) filed February 7, 2019 in case no. 18-51277

3