# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

FIRST NBC BANK
3535 CHATEAU BLVD SUITE 19
KENNER, LA 70065

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: **MR. MASON LLC**

OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

1c. MAILING ADDRESS: P.O. BOX 1820 | CITY: AMELIA | STATE: LA | POSTAL CODE: 70340 | COUNTRY: USA

2. DEBTOR'S NAME: [blank]

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: **FIRST NBC BANK**

3c. MAILING ADDRESS: 3535 CHATEAU BLVD SUITE 19 | CITY: KENNER | STATE: LA | POSTAL CODE: 70065 | COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral

MR. MASON, a vessel, Official Number: 1057140 and including attached Exhibit "A"; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all related equipment, all related fixtures, and all related accounts, chattel paper, documents, and general intangibles; all records of any kind relating to any of the foregoing.

18-51277
Mr. Steven, LLC

**EXHIBIT**
SBNA #F
2-12-19

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

ACKNOWLEDGMENT COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

D+H
400 S.W. 6th Avenue, Portland, Oregon 97204

## EXHIBIT "A"

Debtor: MR. MASON LLC

Secured Party: FIRST NBC BANK

4. **Accounts.** All accounts, accounts receivable, charter proceeds, other receivables, contract rights, instruments, chattel paper, documents, notes and all other similar obligations and indebtedness that may now and in the future be owed to or be held by Debtor that are in any way related to use, ownership and operation of the Vessel as such term is hereinafter defined, and all monies and proceeds payable thereunder, and all of Debtor's rights and remedies to collect and enforce payment and performance thereof, as well as to enforce any guaranties of the foregoing and security therefor, and all of Debtor's present and future rights, title and interest in and with respect to the goods, services, and other property that may give rise to or that may secure any of the foregoing, including, without limitation, Debtor's insurance rights with regard thereto, and all present and future general intangibles of Debtor in any way related to or pertaining to any of the foregoing, including, without limitation, Debtor's account ledgers, books, records, files, computer disks and software, and all rights that Debtor may have with regard thereto.

**Equipment.** All equipment now owned or hereafter acquired by Debtor, wherever located, together with all additions, accessories, parts, attachments and accessions now or hereafter affixed thereto, or used in connection therewith, and all replacements thereof and substitutions therefor, which is located on, in or under, or dedicated or designated for the use, ownership or operation of the Vessel.

**General Intangibles.** The words "General Intangibles" mean all general intangibles (as defined in the UCC) of debtor and related to or in any way connected to the use, ownership or operation of the Vessel, including without limitation, (i) all contractual rights and obligations or indebtedness owning to Debtor (other than Accounts) and related to the Vessel from whatever source arising, including without limitation all payment intangibles related to the Vessel and all rights of Debtor under any lease or charter of the Vessel and/or charter parties from time to time affecting the Vessel; (ii) all things and actions, rights represented by judgments and claims arising out of tort and other claims related to the Collateral, including the right to assert and otherwise be the proper party of interest to commence and prosecute actions; (iii) all goodwill, patents, patent licenses, trademarks, trademark licenses, trade names, service marks, trade secrets, rights and

intellectual property, copyrights, permits and licenses in any way relating to Debtor's use, ownership or operation of the Vessel; and (iv) all rights or claims in respect of refunds for taxes paid with respect to the Vessel and any rights under any policies of insurance or requisition awards affecting or otherwise relating to the Vessel or other Collateral.

**Inventory.** All inventory now owned or hereafter acquired by Debtor and now or hereafter located on, in or under, or dedicated or designated for use on, the Vessel.

**Proceeds.** All proceeds and all cash and non-cash proceeds, and proceeds of such proceeds, in each case whether now existing or hereafter arising.

**Vessel.** All of the Debtor's interest in and to the following vessel (the "Vessel"), together with all engines, cranes, winches, chains, boilers, machinery, masts, boats, anchors, cables, cabins, fittings, spars, rigging, tackle, apparel, furniture, capstans, booms, outfit, tools, pumps, fuel, computer equipment and any other electronic equipment of every kind or nature used in connection with the operation of the Vessel, and other equipment, spare or replacement parts and all other appurtenances thereto appertaining, or belonging, whether now owned or hereafter acquired, whether on board or not, and all additions, improvements renewals and replacements hereafter made in or to the Vessel or any part thereof, including all items and appurtenances, as aforesaid, and all earned hire, freight, earnings, revenues, income and profits therefrom, all of which, together with all proceeds thereof:

| Name | Official No. |
|---|---|
| Mr. Mason | 1057140 |

The Vessel also includes any and all other goods acquired or fabricated for, used with or on or in, attached to, incorporated or to be incorporated in, forming a part of or in any other way related to, the Vessel, whether now or in the future, and all proceeds, extensions, additions, accessions, improvements, betterments, renewals, substitutions, and replacements to or of any of the foregoing.