# ENDORSEMENT AND ALLONGE TO PROMISSORY NOTE

Pay to the order of
SBN V FNBC LLC
Without Recourse

that certain Promissory Note dated September 28, 2015 in the original principal amount of $22,500,000.00, executed by Iberia Marine Service, L.L.C.; Mr. Blake LLC; Mr. Ridge LLC.; Lady Glenda LLC.; Mr. Mason LLC.; Mr. Row LLC.; Lady Brandi L.L.C.; Lady Eve, L.L.C.; and Mr Steven, LLC made to First NBC Bank as the same may have been renewed, assigned, amended, supplemented, restated or modified.

Effective as of October 18, 2017.

FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for FIRST NBC BANK, New Orleans, Louisiana

By: _____
Name: Melissa J. Hunting
Title: Attorney-in-Fact

18.5/277
m. Steven, LLC

**EXHIBIT**
SBNA #I
2-12-19