# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**26366863**

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
1390 72247
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Louisiana
(Jefferson Parish)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
26349265 10/09/2015

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address ☐ ADD name ☐ DELETE name

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME: **First NBC Bank**

**7. CHANGED OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME: **SBN V FNBC LLC**

7c. MAILING ADDRESS: 1700 Lincoln Street, Suite 2150
CITY: Denver
STATE: CO
POSTAL CODE: 80203
COUNTRY: USA

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**
9a. ORGANIZATION'S NAME: **First NBC Bank**

**10. OPTIONAL FILER REFERENCE DATA:** Debtor: Lady Brandi L.L.C.

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

EFILE: 11/20/2017 4:18 PM JEFF PAR 5454560 jlh $25.00 ::: 26366863 BOOK PAGE

EXHIBIT
SBNA #N
2-12-19

18-51277
mr Steven
LLC