# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company   1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)
1390 76895
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Louisiana (Jefferson Parish)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
26349271 10/09/2015

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes: ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address ☐ ADD name ☐ DELETE name

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
**6a. ORGANIZATION'S NAME:** First NBC Bank

**7. CHANGED OR ADDED INFORMATION:**
**7a. ORGANIZATION'S NAME:** SBN V FNBC LLC

**7c. MAILING ADDRESS:** 1700 Lincoln Street, Suite 2150
**CITY:** Denver
**STATE:** CO
**POSTAL CODE:** 80203
**COUNTRY:** USA

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**
**9a. ORGANIZATION'S NAME:** First NBC Bank

**10. OPTIONAL FILER REFERENCE DATA:** Debtor: Mr. Row LLC

1390 76895

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/)

EFILE: 11/21/2017 8:32 AM JEFF PAR 5454888 hrb $25.00 ::: 26366869 BOOK PAGE

26366869

EXHIBIT
SBNA #O
2-12-19

18-51277
Mr. Stevens, LLC