**Fill in this information to identify the case:**

Debtor name: Mr. Mason LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known): 18-51521

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 14, 2018         X /s/ Steven J. Miguez
                                          Signature of individual signing on behalf of debtor

                                          Steven J. Miguez
                                          Printed name

                                          Managing Member
                                          Position or relationship to debtor


18-51277
m. Steven LLC
EXHIBIT
SBNA #P
2-12-19

Official Form 202      Declaration Under Penalty of Perjury for Non-Individual Debtors
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................................ $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................... $ 1,982,859.84

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................... $ 1,982,859.84

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ 23,438,218.26

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 20,560.01

4. **Total liabilities** ........................................................................................................................... $ 23,458,778.27
   Lines 2 + 3a + 3b

Official Form 206Sum                         Summary of Assets and Liabilities for Non-Individuals                              page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 2 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P  Pg 2 of 14

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Community First Bank (Closed) | Checking | 5466 | $65.10 |

4. Other cash equivalents (Identify all)

5. Total of Part 1. — $65.10
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1. SeaTran Marine, LLC - Operating Deposit — $75,000.00

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

   8.1. Prepaid Insurance — $9,554.68

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 3 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P Pg 3 of 14

Debtor    Mr. Mason LLC      Case number (If known) 18-51521

9. **Total of Part 2.**    $84,554.68
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

### Part 4: Investments

13. Does the debtor own any investments?

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

48. Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-51521 - #22   File 12/14/18   Enter 12/14/18 19:19:15   Main Document   Pg 4 of 14
18-51277 - #150-16   File 02/12/19   Enter 02/22/19 11:00:26   SBNA P Pg 4 of 14

| Debtor | Mr. Mason LLC | Case number (If known) 18-51521 |
|---|---|---|
| | Name | |

| M/V Mr. Mason<br>The value is the current value of the fixed asset on the books. Fixed asset less depreciation. | $1,892,943.34 | Book Value | $1,892,943.34 |
|---|---|---|---|

51. **Total of Part 8.**  $1,892,943.34
    Add lines 47 through 50. Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ■ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☐ No
    ■ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    Current value of debtor's interest

71. Notes receivable
    Description (include name of obligor)

72. Tax refunds and unused net operating losses (NOLs)
    Description (for example, federal, state, local)

    Ad Valorem Refund - Louisiana State    Tax year 2018    $583.77

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed  Examples: Season tickets,

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                page 3
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Mr. Mason LLC | Case number (If known) | 18-51521 |
|---|---|---|---|
| | Name | | |

country club membership
Loan Origination Cost - Unused Portion Expensed Over Loan Life                                                                              $4,712.95

---

78. **Total of Part 11.**                                                                                                              $5,296.72
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                                    page 4
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 6 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P  Pg 6 of 14

Debtor __Mr. Mason LLC__  Case number (if known) __18-51521__
  Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $65.10 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $84,554.68 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $1,892,943.34 | |
| 88. Real property. *Copy line 56, Part 9.*............> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $5,296.72 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,982,859.84 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,982,859.84 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 5
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 7 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P  Pg 7 of 14

Fill in this information to identify the case:

Debtor name: Mr. Mason LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) 18-51521

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|
| **2.1** SBN V FNBC LLC<br>Creditor's Name<br><br>c/o The Corporation Trust Co.<br>1209 Orange St.<br>Wilmington, DE 19801<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>09/28/2015<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>M/V Mr. Mason: The value is the current value of the fixed asset on the books. Fixed asset less depreciation. See attached.<br><br>Describe the lien<br>First Preferred Ship Mortgage<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,438,218.26 | $1,892,943.34 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $23,438,218.26

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | Line 2.1 | |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 8 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P  Pg 8 of 14

| Debtor | Mr. Mason LLC | Case number (if known) | 18-51521 |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| SBN V FNBC, LLC<br>1700 Lincoln Street<br>Suite 2150<br>Denver, CO 80203 | Line 2.1 |
| SBN V FNBC, LLC<br>c/o Thomas E. Shuck<br>Parker, Milliken, Clark etc<br>555 S. Flower St., 30th FL<br>Los Angeles, CA 90071-2440 | Line 2.1 |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 9 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P  Pg 9 of 14

Fill in this information to identify the case:

Debtor name: Mr. Mason LLC

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known): 18-51521

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>ALLEN'S HANDYMAN SERVICE<br>5309 CLAUDE VIATOR RD<br>NEW IBERIA, LA 70560<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $4,190.56 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>Iberia Marine Service, LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $13,216.95 |
| 3.3 | Nonpriority creditor's name and mailing address<br>Kolder, Slaven & Company, LLC<br>450 E. Main St.<br>New Iberia, LA 70560<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,152.50 |
| 3.4 | Nonpriority creditor's name and mailing address<br>SUPERIOR ELECTRICAL SERVICE, LLC<br>408 MAPLE ST.<br>ABBEVILLE, LA 70510<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,000.00 |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 1 of 2
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     24822      Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 10 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P  Pg 10 of 14

Debtor    Mr. Mason LLC                                    Case number (if known)    18-51521
          Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 20,560.01 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c.  $ | 20,560.01 |

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 2 of 2
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 11 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P  Pg 11 of 14

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Mr. Mason LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | 18-51521 |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Vessel Operating Agreement | |
|---|---|---|---|
| | State the term remaining | | Iberia Marine Service, LLC |
| | List the contract number of any government contract | | 107 Hwy 90 West<br>New Iberia, LA 70560 |
Official Form 206G      Schedule G: Executory Contracts and Unexpired Leases      Page 1 of 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 12 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P Pg 12 of 14

## Official Form 206H
## Schedule H: Your Codebtors  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Lady Brandi, LLC | 107 Hwy 90 W<br>New Iberia, LA 70560 | SBN V FNBC LLC | ■ D 2.1<br>☐ E/F ___<br>☐ G ___ |
| 2.2 | Lady Eve, L.L.C. | 107 Hwy 90 W<br>New Iberia, LA 70560 | SBN V FNBC LLC | ■ D 2.1<br>☐ E/F ___<br>☐ G ___ |
| 2.3 | Lady Glenda LLC | 107 Hwy 90 W<br>New Iberia, LA 70560 | SBN V FNBC LLC | ■ D 2.1<br>☐ E/F ___<br>☐ G ___ |
| 2.4 | Mr. Blake LLC | 107 Hwy 90 W<br>New Iberia, LA 70560 | SBN V FNBC LLC | ■ D 2.1<br>☐ E/F ___<br>☐ G ___ |
| 2.5 | Mr. Ridge LLC | 107 Hwy 90 W<br>New Iberia, LA 70560 | SBN V FNBC LLC | ■ D 2.1<br>☐ E/F ___<br>☐ G ___ |

Official Form 206H  Schedule H: Your Codebtors  Page 1 of 2
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 13 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P  Pg 13 of 14

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Mr. Row LLC | 107 Hwy 90 W<br>New Iberia, LA 70560 | SBN V FNBC LLC | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Mr. Steven, L.L.C. | 107 Hwy 90 W<br>New Iberia, LA 70560 | SBN V FNBC LLC | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Steven J. Miguez | 107 Hwy 90 West<br>New Iberia, LA 70560 | SBN V FNBC LLC | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |

Official Form 206H                          Schedule H: Your Codebtors                               Page 2 of 2
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

18-51521 - #22  File 12/14/18  Enter 12/14/18 19:19:15  Main Document  Pg 14 of 14
18-51277 - #150-16  File 02/12/19  Enter 02/22/19 11:00:26  SBNA P  Pg 14 of 14