# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: MR. MASON, L.L.C.

CASE NUMBER: 18-51521     For Period 12/1 to 12/31, 2018

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (X) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | ( ) | Supporting Schedules (FORM 2-E) |
| (X) | ( ) | Narrative (FORM 2-F) |
| (X) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 1/21/2018
             (date)

Debtor(s)*: [signature]

By:** STEVEN J. MIGUEZ

Position: MANAGER

Name of preparer: RYAN LANDRY

Telephone No. of Preparer: (985) 631-9004

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A

18-51277
Mr. Steven
LLC

EXHIBIT
SBNA #5
2-12-19

i4001-1

MR. MASON, LLC
18-51521
Comparative Balance Sheet

|  | 11/21/2018 | 11/30/2018 | 12/31/2018 |
|---|---|---|---|
| **ASSETS** | | | |
| CURRENT ASSETS | | | |
| Cash | $65.10 | $65.10 | $38.68 |
| Accounts Receivable, Net | $0.00 | $0.00 | $0.00 |
| Inventory, at lower of cost or market | | | |
| Prepaid expenses & deposits | $9,554.68 | $11,344.61 | $13,134.54 |
| Insurance Claim Refund (Expected) | $0.00 | $0.00 | |
| Other: | | | |
| Other: | | | |
| TOTAL CURRENT ASSETS | $9,619.78 | $11,409.71 | $13,173.22 |
| PROPERTY, PLANT & EQUIPMENT | $3,863,452.63 | $3,863,452.63 | $3,863,452.63 |
| Less acumulated depreciation | $1,970,509.29 | $1,941,067.99 | $1,962,578.38 |
| NET PROPERTY, PLANT & EQUIPMENT | $1,892,943.34 | $1,922,384.64 | $1,900,874.25 |
| OTHER ASSETS: | | | |
| OPERATING DEPOSIT - SEATRAN | $75,000.00 | $75,000.00 | $75,000.00 |
| LOAN COSTS (NET) | $4,712.95 | $4,712.95 | $4,712.95 |
| TAX REFUND DUE - LA STATE | $583.77 | $583.77 | $583.77 |
| TOTAL OTHER ASSETS | $80,296.72 | $80,296.72 | $80,296.72 |
| **TOTAL ASSETS** | **$1,982,859.84** | **$2,014,091.07** | **$1,994,344.19** |
| **LIABILITIES** | | | |
| POST-PETITION LIABILITIES | | | |
| Taxes payable (Form 2-E, pg. 1 of 3) | | | |
| Accounts Payable (Form 2-E, pg. 1 of 3 | | $1,789.93 | $4,771.56 |
| Other: | | | |
| TOTAL POST-PETITION LIABILITES | $0.00 | $1,789.93 | $4,771.56 |
| PRE-PETITION LIABILITIES | | | |
| Notes payable - secured | $1,714,268.52 | $1,714,268.52 | $1,714,268.52 |
| Priority debt | | | |

|  |  |  |  |
|---|---:|---:|---:|
| Unsecured Debt | $13,216.95 | $13,216.95 | $17,407.51 |
| Other |  |  |  |
| **TOTAL LIABILITIES** | $1,727,485.47 | $1,729,275.40 | $1,736,447.59 |

**EQUITY (DEFICIT)**
PREFERRED STOCK
COMMON STOCK
RETAINED EARNINGS:

|  |  |  |  |
|---|---:|---:|---:|
| Pre-Petition Retained Earnings | $255,374.37 | $291,268.67 | $291,268.67 |
| Adjustments |  |  |  |
| Post-Petition Retained Earnings |  | -$6,453.00 | -$33,372.07 |
| TOTAL EQUITY | $255,374.37 | $284,815.67 | $257,896.60 |
| **TOTAL LIABILITIES & EQUITY** | $1,982,859.84 | $2,014,091.07 | $1,994,344.19 |

\* Note: Notes Payable - Secured represents loan debt to SBN.
Mr. Mason, LLC is a comaker of the loan along with 7 other entities. Financial statements reflect a pro-rata portion of the loan debt allocated to the Mr. Mason, LLC.

MR. MASON, LLC
18-51521
Profit and Loss Statement

|   | November 2018 | December 2018 |   |
|---|---|---|---|
| **NET REVENUE** | $0.00 | $0.00 |   |
| **COST OF GOODS SOLD:** |   |   |   |
| Labor | $0.00 | $80.00 |   |
| Insurance | $0.00 | $0.00 |   |
| Repairs | $0.00 | $4,540.56 |   |
| Materials | $0.00 | $788.12 |   |
| Operating (HSE, Travel) | $0.00 | $0.00 |   |
| **TOTAL COST OF GOODS SOLD** | $0.00 | $5,408.68 |   |
| **GROSS PROFIT:** | $0.00 | -$5,408.68 |   |
| **OPERATING EXPENSES** |   |   |   |
| Selling and Marketing |   |   |   |
| General Administrative (rents, utilities, salaries, etc.) | $0.00 | $0.00 |   |
| Other: |   |   |   |
| **TOTAL OPERATING EXPENSES** | $0.00 | $0.00 |   |
| **INTEREST EXPENSE** |   |   |   |
| **INCOME BEFORE DEPRECIATION OR TAXES** | $0.00 | -$5,408.68 |   |
|   |   |   |   |
| **DEPRECIATION OR AMORTIZATION** | $6,453.00 | $21,510.39 |   |
| **EXTRAORDINARY EXPENSES** |   |   |   |
| **INCOME TAX EXPENSE (BENEFIT)** |   |   |   |
|   |   |   |   |
| **NET INCOME (LOSS)** | -$6,453.00 | -$26,919.07 |   |

MR. MASON, LLC
18-51521
Cash Receipts and Disbursements Statement
For Period 12/1 to 12/31, 2018

## CASH RECONCILIATION

| | |
|---|---|
| 1 Beginning Cash Balance (Ending Cash Balance from last month's report) | $65.10 |
| 2 Cash Receipts (total Cash Receipts from page 2 of all Form 2-D's) | $0.00 |
| 3 Cash Disbursements (total Cash Disbursements from page 3 of all Form 2-D's) | $26.42 |
| 4 Net Cash Flow | ($26.42) |
| 5 Ending Cash Balance | $38.68 |

## CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---|---|
| 1 Real Estate Account | | |
| 2 Trust Account | | |
| 3 Operating and/or Personal Account | $38.68 | Community First Bank |
| 4 Payroll Account | | |
| 5 Tax Account | | |
| 6 Other Accounts (Specify checking or savings) | | |
| 7 Cash Collateral Account | | |
| 8 Petty Cash | | |
| TOTAL (must agree with line 5 above) | $38.68 | |

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less inter-account transfers & UST fees paid          $0.00

MR. MASON, LLC
18-51521
Cash Receipts and Disbursements Statement
For Period 12/1 to 12/31, 2018
Account Name: N/A    Account Number: N/A
Form 2-D, Page 3 of 4

## CASH RECEIPTS JOURNAL

| Date | Description (Source) | Amount |
|------|----------------------|--------|
|      | N/A                  |        |
|      | Total Cash Receipts  | $0.00  |

MR. MASON, LLC
18-51521
Cash Receipts and Disbursements Statement
For Period 12/1 to 12/31, 2018
Account Name: N/A   Account Number: N/A
Form 2-D, Page 4 of 4

## CASH DISBURSEMENTS JOURNAL

| Date | Check No. | Payee | Description (Source) | Amount |
|---|---|---|---|---|
| 12/19/2018 | | Harland Clarke | Check Order | $26.42 |

Total Cash Disbursements  $26.42

MR. MASON, LLC
18-51521
Quarterly Fee Summary
For Period 12/1 to 12/31, 2018

| Payment | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | | | | |
| February | | | | |
| March | | | | |
| Total 1st Quarter | $0.00 | | | |
| April | | | | |
| May | | | | |
| June | | | | |
| Total 2nd Quarter | $0.00 | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| Total 3rd Quarter | $0.00 | | | |
| October | | | | |
| November | $0.00 | | | |
| December | $26.42 | | | |
| Total 4th Quarter | $26.42 | $325.00 | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000 whichever is less |

MR. MASON, LLC
18-51521
Supporting Schedules
For Period 12/1 to 12/31, 2018

POST-PETITION ACCOUNTS PAYABLE REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| FICA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| FUTA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| SITW | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| SUTA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER TAX | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| TRADE PAYABLES | N/A | N/A | $2,981.63 | $1,789.93 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| OTHER | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| TOTALS |  |  | $2,981.63 | $1,789.93 | $0.00 | $0.00 |

MR. MASON, LLC
18-51521
Supporting Schedules
For Period 12/1 to 12/31, 2018

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| TOTALS | | | $ - | S - | $ - | S - |

MR. MASON, LLC
18-51521
SUPPORTING SCHEDULES
For Period 12/1 to 12/31, 2018

INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Comp | LWCC, TX MUTUAL / LARIS | $ 1,000,000.00 | 7/1/2019 | Yes |
| General Liability | ATLANTIC SPECTIALTY / LARIS | $ 1,000,000.00 | 2/20/2020 | Yes |
| Proeprty (Fire, Theft) | LLOYDS / LARIS | $ 1,000,000.00 | 2/20/2020 | Yes |
| Vehicle | ATLANTIC SPECTIALTY / LARIS | $ 1,000,000.00 | 2/20/2020 | Yes |
| Bumbershoot | LLOYDS / LARIS | $ 24,000,000.00 | 2/20/2020 | Yes |
| Protection/Indemnity | LLOYDS / LARIS | $ 9,000,000.00 | 2/20/2020 | Yes |

MR. MASON, LLC
18-51521
NARRATIVE STATEMENT
For Period 12/1 to 12/31, 2018

A Plan of Reorganization and Disclosure Statement is being drafted and is exptected to filed on or before February 1, 2019.

www.cfirstbank.com

Page CLOSING 1 of 1

MR MASON LLC
107 HIGHWAY 90 W
NEW IBERIA LA 70560-9485

Account Number: ***5466
Date: 12-31-18
Images: 0

BUSINESS CHECKING          MR MASON LLC                                Acct    5466

```
           Beginning Balance      12/01/18        65.10
           Deposits / Misc Credits     0            .00
           Withdrawals / Misc Debits   1          65.10
        ** Ending Balance         12/31/18          .00  **
           Service Charge                            .00

           Average Balance                          48
           Average Collected Balance                48
           Minimum Balance                           0
```

## Other Debits and Withdrawals

| Date  | Withdrawals | Activity Description |
|-------|-------------|----------------------|
| 12/04 | 65.10       | Closing Debit        |

## Daily Balance Summary

| Date  | Balance | Date | Balance | Date | Balance |
|-------|---------|------|---------|------|---------|
| 12/04 | .00     |      |         |      |         |

NOW OFFERING KASASA FOR CONSUMER ACCOUNTS ONLY! ACCOUNT APPROVAL, CONDITIONS,
QUALIFICATIONS, LIMITS, TIMEFRAMES, ENROLLMENTS, LOG-ONS AND OTHER REQUIREMENTS
APPLY. QUALIFICATIONS AND REWARDS MAY VARY BY ACCOUNT.



# CommunityFirst Bank

1101 E. Admiral Doyle Dr. • New Iberia, LA 70560
(337) 365-6577 • www.cfirstbank.com



00000695-0002139-0001-0002-TIMR80005612311B4C75

| | |
|---|---|
| MR MASON LLC | Page 1 of 2 |
| DEBTOR IN POSSESSION | Account Number: ***1769 |
| CASE NUMBER 18-51521 | Date: 12-31-18 |
| 107 HIGHWAY 90 W | Images: 1 |
| NEW IBERIA LA 70560-9485 | |

BUSINESS CHECKING           MR MASON LLC                                    Acct   1769

```
       Beginning Balance      12/04/18              .00
       Deposits / Misc Credits       1            65.10
       Withdrawals / Misc Debits     1            26.42
    ** Ending Balance         12/31/18           38.68  **
       Service Charge                              .00

       Average Balance                              52
       Average Collected Balance                    52
       Minimum Balance                              38
       Enclosures                                    1
```

## Deposits and Other Credits

| Date | Deposits | Activity Description |
|---|---|---|
| 12/04 | 65.10 | Deposit |

## Other Debits and Withdrawals

| Date | Withdrawals | Activity Description |
|---|---|---|
| 12/19 | 26.42 | HARLAND CLARKE/CHK ORDER |
| | | 1HUU06440365700 MR MASON, LLC |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/04 | 65.10 | 12/19 | 38.68 | | |

NOW OFFERING KASASA FOR CONSUMER ACCOUNTS ONLY! ACCOUNT APPROVAL, CONDITIONS,
QUALIFICATIONS, LIMITS, TIMEFRAMES, ENROLLMENTS, LOG-ONS AND OTHER REQUIREMENTS
APPLY. QUALIFICATIONS AND REWARDS MAY VARY BY ACCOUNT.





12/04/2018    $65.10