# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: LADY BRANDI, L.L.C.

CASE NUMBER: 18-51517    For Period 11/1 ___ to 11/30 ___, 2018

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (X) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | ( ) | Supporting Schedules (FORM 2-E) |
| (X) | ( ) | Narrative (FORM 2-F) |
| (X ) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 1/21/2018
(date)

Debtor(s)

By:** _STEVEN J. MIGUEZ_

Position: MANAGER

Name of preparer: RYAN LANDRY

Telephone No. of Preparer (985) 631-9004

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

FORM 2-A
3/11



18-51277
m. Steven
LLC
EXHIBIT
SBNA #V
2-12-19

34061-I]

LADY BRANDI, LLC
18-51517
Comparative Balance Sheet

| | 11/21/2018 | 11/30/2018 |
|---|---|---|
| **ASSETS** | | |
| CURRENT ASSETS | | |
| Cash | $65.29 | $65.29 |
| Accounts Receivable, Net | | |
| Inventory, at lower of cost or market | | |
| Prepaid expenses & deposits | $1,593.60 | $3,383.53 |
| Other: | | |
| Other: | | |
| Other: | | |
| | | |
| TOTAL CURRENT ASSETS | $1,658.89 | $3,448.82 |
| | | |
| PROPERTY, PLANT & EQUIPMENT | $3,691,521.50 | $3,691,521.50 |
| Less acumulated depreciation | $1,897,220.59 | $1,888,998.99 |
| NET PROPERTY, PLANT & EQUIPMENT | $1,794,300.91 | $1,802,522.51 |
| | | |
| OTHER ASSETS: | | |
| OPERATING DEPOSIT - SEATRAN | $75,000.00 | $75,000.00 |
| LOAN COSTS (NET) | $6,325.77 | $6,325.77 |
| TAX REFUND DUE - LA STATE | $729.71 | $729.71 |
| TOTAL OTHER ASSETS | $82,055.48 | $82,055.48 |
| | | |
| **TOTAL ASSETS** | $1,878,015.28 | $1,888,026.81 |
| | | |
| **LIABILITIES** | | |
| POST-PETITION LIABILITIES | | |
| Taxes payable (Form 2-E, pg. 1 of 3) | | |
| Accounts Payable (Form 2-E, pg. 1 of 3 | | $1,789.93 |
| Other: | | |
| TOTAL POST-PETITION LIABILITES | $0.00 | $1,789.93 |
| | | |
| PRE-PETITION LIABILITIES | | |
| Notes payable - secured | $1,700,719.51 | $1,700,719.51 |
| Priority debt | | |

|  | | |
|---|---|---|
| Unsecured Debt | $13,217.69 | $13,217.69 |
| Other | | |
| **TOTAL LIABILITIES** | **$1,713,937.20** | **$1,715,727.13** |

**EQUITY (DEFICIT)**
PREFERRED STOCK
COMMON STOCK
RETAINED EARNINGS:

|  | | |
|---|---|---|
| Pre-Petition Retained Earnings | $164,078.08 | $178,465.88 |
| Adjustments | | |
| Post-Petition Retained Earnings | | -$6,166.20 |
| TOTAL EQUITY | $164,078.08 | $172,299.68 |
| **TOTAL LIABILITIES & EQUITY** | **$1,878,015.28** | **$1,888,026.81** |

\* Note: Notes Payable – Secured represents loan debt to SBN.
Lady Brandi, LLC is a comaker of the loan along with 7 other entities. Financial statements
reflect a pro-rata portion of the loan debt allocated to the Lady Brandi, LLC.

LADY BRANDI, LLC
18-51517
Profit and Loss Statement

| | November 2018 | | |
|---|---|---|---|
| NET REVENUE | $0.00 | | |
| COST OF GOODS SOLD: | | | |
| Material | | | |
| Labor - Direct | | | |
| Manufacturing Overhead | | | |
| TOTAL COST OF GOODS SOLD | $0.00 | | |
| GROSS PROFIT: | $0.00 | | |
| OPERATING EXPENSES | | | |
| Selling and Marketing | | | |
| General Administrative (rents, utilities, salaries, etc.) | $0.00 | | |
| Other: | | | |
| TOTAL OPERATING EXPENSES | $0.00 | | |
| INTEREST EXPENSE | | | |
| INCOME BEFORE DEPRECIATION OR TAXES | $0.00 | | |
| | | | |
| DEPRECIATION OR AMORTIZATION | $6,166.20 | | |
| EXTRAORDINARY EXPENSES | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | |
| | | | |
| NET INCOME (LOSS) | -$6,166.20 | | |

**LADY BRANDI. LLC**
**18-51517**
**Cash Receipts and Disbursements Statement**
**For Period 11/1 _to 11/30, 2018**

**CASH RECONCILIATION**

| | | |
|---|---|---|
| 1 Beginning Cash Balance (Ending Cash Balance from last month's report) | $65.29 | |
| 2 Cash Receipts (total Cash Receipts from page 2 of all Form 2-D's) | $0.00 | |
| 3 Cash Disbursements (total Cash Disbursements from page 3 of all Form 2-D's) | $0.00 | |
| 4 Net Cash Flow | $0.00 | |
| 5 Ending Cash Balance | $65.29 | |

**CASH SUMMARY - ENDING BALANCE**

| | Amount | Financial Institution |
|---|---|---|
| 1 Real Estate Account | | |
| 2 Trust Account | | |
| 3 Operating and/or Personal Account | $65.29 | Community First Bank |
| 4 Payroll Account | | |
| 5 Tax Account | | |
| 6 Other Accounts (Specify checking or savings) | | |
| 7 Cash Collateral Account | | |
| 8 Petty Cash | | |
| TOTAL (must agree with line 5 above) | $65.29 | |

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less inter-account transfers & UST fees paid          $0.00

LADY BRANDI, LLC
18-51517
Cash Receipts and Disbursements Statement
For Period 11/1 to 11/30, 2018
Account Name: N/A   Account Number: N/A
Form 2-D, Page 3 of 4

## CASH RECEIPTS JOURNAL

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| | N/A | . |

| | Total Cash Receipts | $0.00 |
|--|---------------------|-------|

LADY BRANDI, LLC
18-51517
Cash Receipts and Disbursements Statement
For Period 11/1 to 11/30, 2018
Account Name: N/A   Account Number: N/A
Form 2-D, Page 4 of 4

## CASH DISBURSEMENTS JOURNAL

| Date | Check No. Payee | Description (Source) | Amount |
|------|-----------------|----------------------|--------|
|      |                 |                      |        |

|  | Total Cash Disbursements | $0.00 |
|--|--------------------------|-------|

| Payment | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | | | | |
| February | | | | |
| March | | | | |
| Total 1st Quarter | $0.00 | | | |
| April | | | | |
| May | | | | |
| June | | | | |
| Total 2nd Quarter | $0.00 | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| Total 3rd Quarter | $0.00 | | | |
| October | | | | |
| November | $0.00 | | | |
| December | | | | |
| Total 4th Quarter | $325.00 | | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000 whichever is less |

## POST-PETITION ACCOUNTS PAYABLE REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| FICA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| FUTA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| SITW | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| SUTA | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER TAX | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| TRADE PAYABLES | N/A | N/A | $1,789.93 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $1,789.93 | $0.00 | $0.00 | $0.00 |

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | | | $        - | $        - | $        - |

| OVER 90 |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
| $ - |

LADY BRANDI, LLC
18-51517
SUPPORTING SCHEDULES
For Period 11/1 to 11/30, 2018

### INSURANCE SCHEDULE

| Type | Carrier/Agent | | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|---|
| Workers' Comp | LWCC, TX MUTUAL / LARIS | $ | 1,000,000.00 | 7/1/2019 | Yes |
| General Liability | ATLANTIC SPECTIALTY / LARIS | $ | 1,000,000.00 | 2/20/2020 | Yes |
| Proeprty (Fire, Theft) | LLOYDS / LARIS | $ | 1,000,000.00 | 2/20/2020 | Yes |
| Vehicle | ATLANTIC SPECTIALTY / LARIS | $ | 1,000,000.00 | 2/20/2020 | Yes |
| Bumbershoot | LLOYDS / LARIS | $ | 24,000,000.00 | 2/20/2020 | Yes |
| Protection/Indemnity | LLOYDS / LARIS | $ | 9,000,000.00 | 2/20/2020 | Yes |

A Plan of Reorganization and Disclosure Statement is being drafted and is exptected to filed on or before February 1, 2019.

www.cfirstbank.com

LADY BRANDI LLC
107 HIGHWAY 90 W
NEW IBERIA LA 70560-9485

| | | Page | 1 of 2 |
|---|---|---|---|
| Account Number: | | | ***5554 |
| Date: | | | 11-30-18 |
| Images: | | | 2 |

BUSINESS CHECKING          LADY BRANDI LLC                    Acct  5554

| Beginning Balance | 11/01/19 | 110.29 | |
|---|---|---|---|
| Deposits / Misc Credits | 1 | 3,550.00 | |
| Withdrawals / Misc Debits | 3 | 3,595.00 | |
| ** Ending Balance | 11/30/18 | 65.29 | ** |
| Service Charge | | .00 | |
| Average Balance | | 94 | |
| Average Collected Balance | | 94 | |
| Minimum Balance | | 65 | |
| Enclosures | | 2 | |

## Deposits and Other Credits

| Date | Deposits | Activity Description |
|---|---|---|
| 11/19 | 3,550.00 | Deposit |

## Other Debits and Withdrawals

| Date | Withdrawals | Activity Description |
|---|---|---|
| 11/19 | 3,550.00 | wire to Heller, Draper, Patrick |
| 11/19 | 15.00 | Outgoing Wire Fee |

## Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/21 | 1010 | 30.00 | | | | | | |

* Indicates a break in check number sequence

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/19 | 95.29 | 11/21 | 65.29 | | |

NOW OFFERING KASASA FOR CONSUMER ACCOUNTS ONLY! ACCOUNT APPROVAL, CONDITIONS, QUALIFICATIONS, LIMITS, TIMEFRAMES, ENROLLMENTS, LOG-ONS AND OTHER REQUIREMENTS APPLY. QUALIFICATIONS AND REWARDS MAY VARY BY ACCOUNT.



1045654    $    3550.00

11/19/2018    $3,550.00

LADY BRANDI LLC

11/21/2018    1010    $30.00