Exhibit 2

## Disclosure Order

To be provided.

37

{00366819-1}