Exhibit 4

## Vessel Information

See attached.

18-51277 - #141-4  File 02/07/19  Enter 02/07/19 21:34:04  Exhibit Exhibit 4 Vessel
18-51277 - #150-32  File 02/12/19  Enter 02/22/19 11:00:26  SBNA CC Part 4 Pg 1 of 2

# EXHIBIT 4 TO DISCLOSURE STATEMENT
## DETAILS ON VESSELS AND UTILIZATION HISTORY

| VESSEL | TYPE | SIZE | ACQUIRED | NEW OR USED | COST |
|---|---|---|---|---|---|
| MR BLAKE | CREWBOAT | 150' | 1997 | NEW | $ 1,500,000 |
| MR RIDGE | CREWBOAT | 150' | 1998 | NEW | $ 1,500,000 |
| LADY GLENDA | CREWBOAT | 150' | 1999 | NEW | $ 2,539,557 |
| LADY EVE | CREWBOAT | 172' | 2007 | NEW | $ 5,019,983 |
| MR MASON | CREWBOAT | 165' | 2010 | USED | $ 3,863,453 |
| LADY BRANDI | CREWBOAT | 165' | 2010 | USED | $ 3,691,522 |
| MR ROW | CREWBOAT | 165' | 2011 | USED | $ 3,690,445 |
| MR STEVEN | CREWBOAT | 205' | 2015 | NEW | $ 16,305,550 |

| | UTILIZATION HISTORY | | | | | CHARTER STATUS |
|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | |
| MR BLAKE | 92% | 90% | 56% | 86% | 82% | TERM CHARTER |
| MR RIDGE | 65% | 51% | 4% | 0% | 35% | ON CHARTER |
| LADY GLENDA | 83% | 56% | 10% | 51% | 60% | OFF CHARTER |
| LADY EVE | 98% | 53% | 72% | 89% | 85% | TERM CHARTER |
| MR MASON | 44% | 27% | 0% | 0% | 0% | OUT OF SERVICE |
| LADY BRANDI | 96% | 7% | 0% | 0% | 0% | OUT OF SERVICE |
| MR ROW | 46% | 0% | 0% | 0% | 0% | OUT OF SERVICE |
| MR STEVEN | | 58% | 58% | 56% | 100% | BAREBOAT CHARTER |