# Exhibit 5

## Financial Projections

See attached.

18-51277 - #141-5  File 02/07/19  Enter 02/07/19 21:34:04  Exhibit Exhibit 5 Financial
18-51277 - #150-33  File 02/12/19  Enter 02/28/19 11:00:26  SBNA CC Part 5 Pg 1 of 10

## EXHIBIT 5 TO DISCLOSURE STATEMENT
## FINANCIAL PROJECTIONS

|  | 2019 JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|
| OPERATING CONTINGENCY FUNDS | 38,333 | 38,333 | 38,333 | 38,333 | 38,333 | 38,333 | 38,333 |
| PROFESSIONAL FEES | 15,000 | 15,000 | 15,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| REVENUES | 422,918 | 437,015 | 521,335 | 504,518 | 521,335 | 504,518 | 521,335 |
| OPERATING COSTS AND OTHER COSTS | 335,249 | 339,425 | 408,611 | 393,391 | 398,611 | 393,391 | 397,867 |
| OPERATING INCOME | $ 87,668 | $ 97,590 | $ 112,724 | $ 111,127 | $ 122,724 | $ 111,127 | $ 123,468 |
| MONTHLY DEBT SERVICE | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 |
| EXCESS / (SHORTFALL) | $ (70,609) | $ (60,687) | $ (45,553) | $ (47,151) | $ (35,553) | $ (47,151) | $ (34,809) |
| CUMULATIVE EXCESS / (SHORTFALL) |  | $ (131,296) | $ (176,849) | $ (224,000) | $ (259,553) | $ (306,703) | $ (341,513) |
| FLEET UTILIZATION RATE (EX MR STEVEN) | 48% | 48% | 60% | 60% | 60% | 60% | 60% |

|  | 2020 JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|
| OPERATING CONTINGENCY FUNDS | 38,333 | 38,333 | 38,333 | 38,333 | 38,333 | 38,333 | 38,333 |
| PROFESSIONAL FEES | | | | | | | |
| REVENUES | 526,597 | 475,636 | 526,597 | 613,575 | 634,028 | 613,575 | 634,028 |
| OPERATING COSTS AND OTHER COSTS | 387,164 | 377,951 | 395,316 | 458,595 | 464,859 | 458,595 | 464,859 |
| OPERATING INCOME | $ 139,433 | $ 97,685 | $ 131,281 | $ 154,980 | $ 169,169 | $ 154,980 | $ 169,169 |
| MONTHLY DEBT SERVICE | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 |
| EXCESS / (SHORTFALL) | $ (18,844) | $ (60,592) | $ (26,996) | $ (3,297) | $ 10,891 | $ (3,297) | $ 10,891 |
| CUMULATIVE EXCESS / (SHORTFALL) | $ (360,357) | $ (420,949) | $ (447,945) | $ (451,242) | $ (440,350) | $ (443,647) | $ (432,756) |
| FLEET UTILIZATION RATE (EX MR STEVEN) | 60% | 60% | 60% | 71% | 71% | 71% | 71% |

|  | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|
| OPERATING CONTINGENCY FUNDS | 38,333 | 8,333 | 8,333 | 8,333 | 8,333 |
| PROFESSIONAL FEES | | | | | |
| | | | | | |
| REVENUES | 722,068 | 698,775 | 722,068 | 698,775 | 722,068 |
| OPERATING COSTS AND OTHER COSTS | 534,402 | 497,094 | 504,402 | 497,094 | 503,341 |
| | | | | | |
| OPERATING INCOME | $ 187,666 | $ 201,681 | $ 217,666 | $ 201,681 | $ 218,727 |
| | | | | | |
| MONTHLY DEBT SERVICE | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 |
| EXCESS / (SHORTFALL) | $ 29,389 | $ 43,404 | $ 59,388 | $ 43,404 | $ 60,449 |
| CUMULATIVE EXCESS / (SHORTFALL) | $ (403,367) | $ (359,963) | $ (300,575) | $ (257,171) | $ (196,721) |
| | | | | | |
| FLEET UTILIZATION RATE (EX MR STEVEN) | 82% | 82% | 82% | 82% | 82% |

18-51277 - #141-5   File 02/07/19   Enter 02/07/19 21:34:04   Exhibit Exhibit 5 Financial Projections Part 4 of 10

|  | 2021 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG |
| OPERATING CONTINGENCY FUNDS | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 |
| PROFESSIONAL FEES | | | | | | | | |
| REVENUES | 722,068 | 652,190 | 722,068 | 724,740 | 748,898 | 724,740 | 748,898 | 748,898 |
| OPERATING COSTS AND OTHER COSTS | 497,638 | 482,478 | 501,725 | 496,777 | 504,402 | 497,094 | 504,402 | 504,402 |
| OPERATING INCOME | $ 224,429 | $ 169,712 | $ 220,343 | $ 227,963 | $ 244,496 | $ 227,646 | $ 244,496 | $ 244,496 |
| MONTHLY DEBT SERVICE | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 |
| EXCESS / (SHORTFALL) | $ 66,152 | $ 11,435 | $ 62,065 | $ 69,686 | $ 86,219 | $ 69,369 | $ 86,219 | $ 86,219 |
| CUMULATIVE EXCESS / (SHORTFALL) | $ (130,569) | $(119,134) | $ (57,069) | $ 12,617 | $ 98,836 | $ 168,205 | $ 254,424 | $ 340,643 |
| FLEET UTILIZATION RATE (EX MR STEVEN) | 82% | 82% | 82% | 82% | 82% | 82% | 82% | 82% |

|                                      | SEP       | OCT       | NOV       | DEC       |
|--------------------------------------|-----------|-----------|-----------|-----------|
| OPERATING CONTINGENCY FUNDS          | 8,333     | 8,333     | 8,333     | 8,333     |
| PROFESSIONAL FEES                    |           |           |           |           |
|                                      |           |           |           |           |
| REVENUES                             | 724,740   | 748,898   | 724,740   | 748,898   |
| OPERATING COSTS AND OTHER COSTS      | 497,094   | 504,402   | 497,094   | 503,341   |
|                                      |           |           |           |           |
| OPERATING INCOME                     | $ 227,646 | $ 244,496 | $ 227,646 | $ 245,557 |
|                                      |           |           |           |           |
| MONTHLY DEBT SERVICE                 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 |
| EXCESS / (SHORTFALL)                 | $ 69,369  | $ 86,219  | $ 69,369  | $ 87,280  |
| CUMULATIVE EXCESS / (SHORTFALL)      | $ 410,012 | $ 496,231 | $ 565,600 | $ 652,880 |
|                                      |           |           |           |           |
| FLEET UTILIZATION RATE (EX MR STEVEN)| 82%       | 82%       | 82%       | 82%       |

18-51277 - #141-5 File 02/07/19 Enter 02/07/19 21:34:04 Exhibit Exhibit 5 Financial Projections Pg 7 of 10

| | 2022 | | | | | | |
|---|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN | JUL |
| OPERATING CONTINGENCY FUNDS | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 |
| PROFESSIONAL FEES | | | | | | | |
| REVENUES | 748,898 | 676,424 | 748,898 | 750,705 | 775,729 | 750,705 | 775,729 |
| OPERATING COSTS AND OTHER COSTS | 497,638 | 482,478 | 501,725 | 496,777 | 504,402 | 497,094 | 504,402 |
| OPERATING INCOME | $ 251,260 | $ 193,946 | $ 247,173 | $ 253,928 | $ 271,327 | $ 253,611 | $ 271,327 |
| MONTHLY DEBT SERVICE | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 |
| EXCESS / (SHORTFALL) | $ 92,983 | $ 35,669 | $ 88,896 | $ 95,651 | $ 113,050 | $ 95,334 | $ 113,050 |
| CUMULATIVE EXCESS / (SHORTFALL) | $ 745,863 | $ 781,532 | $ 870,428 | $ 966,078 | $ 1,079,128 | $ 1,174,462 | $ 1,287,511 |
| FLEET UTILIZATION RATE (EX MR STEVEN) | 82% | 82% | 82% | 82% | 82% | 82% | 82% |

|  | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|
| OPERATING CONTINGENCY FUNDS | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 |
| PROFESSIONAL FEES |  |  |  |  |  |
| REVENUES | 775,729 | 750,705 | 775,729 | 750,705 | 775,729 |
| OPERATING COSTS AND OTHER COSTS | 504,402 | 497,094 | 504,402 | 497,094 | 503,341 |
| OPERATING INCOME | $ 271,327 | $ 253,611 | $ 271,327 | $ 253,611 | $ 272,388 |
| MONTHLY DEBT SERVICE | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 |
| EXCESS / (SHORTFALL) | $ 113,050 | $ 95,334 | $ 113,050 | $ 95,334 | $ 114,111 |
| CUMULATIVE EXCESS / (SHORTFALL) | $ 1,400,561 | $ 1,495,895 | $ 1,608,944 | $ 1,704,278 | $ 1,818,389 |
| FLEET UTILIZATION RATE (EX MR STEVEN) | 82% | 82% | 82% | 82% | 82% |

| | 2023 JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|
| OPERATING CONTINGENCY FUNDS | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 |
| PROFESSIONAL FEES | | | | | | | |
| REVENUES | 775,729 | 700,658 | 775,729 | 776,670 | 802,559 | 776,670 | 802,559 |
| OPERATING COSTS AND OTHER COSTS | 497,638 | 482,478 | 501,725 | 496,777 | 504,402 | 497,094 | 504,402 |
| OPERATING INCOME | $ 278,090 | $ 218,180 | $ 274,004 | $ 279,893 | $ 298,157 | $ 279,576 | $ 298,157 |
| MONTHLY DEBT SERVICE | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 |
| EXCESS / (SHORTFALL) | $ 119,813 | $ 59,903 | $ 115,727 | $ 121,616 | $ 139,880 | $ 121,299 | $ 139,880 |
| CUMULATIVE EXCESS / (SHORTFALL) | $ 1,938,202 | $ 1,998,105 | $ 2,113,832 | $ 2,235,447 | $ 2,375,327 | $ 2,496,626 | $ 2,636,506 |
| FLEET UTILIZATION RATE (EX MR STEVEN) | 82% | 82% | 82% | 82% | 82% | 82% | 82% |

|  | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|
| OPERATING CONTINGENCY FUNDS | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 |
| PROFESSIONAL FEES |  |  |  |  |  |
| REVENUES | 802,559 | 776,670 | 802,559 | 776,670 | 802,559 |
| OPERATING COSTS AND OTHER COSTS | 504,402 | 497,094 | 504,402 | 497,094 | 503,341 |
| OPERATING INCOME | $ 298,157 | $ 279,576 | $ 298,157 | $ 279,576 | $ 299,218 |
| MONTHLY DEBT SERVICE | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 | $ 158,277 |
| EXCESS / (SHORTFALL) | $ 139,880 | $ 121,299 | $ 139,880 | $ 121,299 | $ 140,941 |
| CUMULATIVE EXCESS / (SHORTFALL) | $ 2,776,386 | $ 2,897,685 | $ 3,037,565 | $ 3,158,864 | $ 3,299,805 |
| FLEET UTILIZATION RATE (EX MR STEVEN) | 82% | 82% | 82% | 82% | 82% |