# LOAN REQUEST APPROVAL/DENIAL OF THE BOARD OF DIRECTORS
## OF
## FIRST NBC BANK

### Date: July 22, 2015

The undersigned Secretary of the First NBC Bank (the "Bank"), hereby certifies that the loan request(s) was here by approved/declined by the Board of Directors of the Bank at a duly called meeting of the Board of Directors held on July 22,, 2015 and that the following loan(s) were approved and has been duly entered in the minute book of First NBC Bank:

BORROWER:    Iberia Marine Services

ACCOUNT OFFICER:    Fred Beebe

LOAN AMOUNT:    $ 22,500,000.00

Board Action: Approved as presented_____

_____

_____

Motion By: Pandit_____

Seconded by: Moyse_____

_____
Marsha S. Crowle, Secretary

July 22, 2015
Date

18-51277
mr. STeven, LLC
SeaTran #1
2-12-19
SBN000712

**BORROWER NAME:** Iberia Marine Service, LLC et al...

**LOAN NUMBER:** ████████

**APPROVAL DATE:** 7/22/15

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**LOAN PACKAGE HAS BEEN REVIEWED AND IS HEREBY APPROVED TO SEND TO IMAGING.**

- ☑ **Approved Credit memo (properly approved and any changes initialed by additional approving officer)**
- ☑ **Pricing model**
- ☑ **Loan/deposit recap**
- ☑ **Analysis**
- ☑ **Company financial info and tax return (if applicable)**
- ☐ **Other appropriate company info (i.e. A/R Agings)**
- ☑ **Personal financial statement and Certification on all applicable parties**
- ☑ **Personal Tax Returns on all applicable parties**
- ☑ **Credit Reports on all applicable parties**
- ☑ **Related companies financial statement**
- ☑ **Related companies tax returns**
- ☐ **Other information deemed appropriate**
- ☑ **Removal of any handwritten notes, emails that are not acceptable / needed in the approval package. (PULL OUT AND SEND TO IMAGING IF APPLICABLE.**

**BY:** _____

SBN000713

# FIRST NBC BANK
## INTEROFFICE MEMORANDUM

**TO:**      CREDIT FILE

**FROM:**    FRED BEEBE

**SUBJECT:**  IBERIA MARINE SERVICE, L.L.C.

**DATE:**    9/24/15

The attached loan was approved "as presented" by the Board of Directors on July 22, 2015. The Borrower is requesting the following changes to the loan: 1) (8) Grantors of the vessels be placed as Co-Borrowers 2) Blake Miguez be removed as a Guarantor 3) The interest rate on the loan be lowered due to accounts being established at the Bank and 4) The repayment consist of interest only monthly for 12 months before converting to a term loan.

Any changes to the loan approval are to be approved and initialed by Ashton Ryan. If you deem these are not material changes from board approval, please sign below.

The following changes are submitted for approval:

| **APPROVED:** | **AMENDMENT:** |
|---|---|
| • BORROWER: IBERIA MARINE SERVICE, LLC | • BORROWERS: IBERIA MARINE SERVICE, L.L.C., MR. BLAKE LLC, MR. RIDGE LLC, LADY GLENDA LLC, MR. MASON LLC, MR. ROW LLC, LADY BRANDI L.L.C., LADY EVE, L.L.C. AND MR. STEVEN, LLC |
| • GUARANTORS: STEVE MIGUEZ AND BLAKE MIGUEZ | • GUARANTOR: STEVE MIGUEZ |
| • LOAN TYPE: TERM LOAN | • LOAN TYPE: NRLOC CONVERTING TO TERM LOAN |
| • RATE: 5.50% FIXED | • RATE: WALL STREET JOURNAL PRIME WITH A FLOOR OF 5.00% |
| • REPAYMENT: P & I PAYMENTS MONTHLY FOR 5 YEARS WITH A 20 YEAR AMORTIZATION | • REPAYMENT: INTEREST ONLY FOR 12 MONTHS CONVERTING TO P & I PAYMENTS MONTHLY FOR 48 MONTHS WITH A 20 YEAR AMORTIZATION |

SBN000714

**APPROVED:**

_____  Fred Beebe, SVP

_____  Ashton J. Ryan, President & CEO

_____  Bill Burnell, SEVP, Chief Credit Officer

SBN000715

# First NBC Bank
## CREDIT MEMORANDUM

*16792*

Report to SLC: No. Approval by BLC or Full BODs.

| | | | |
|---|---|---|---|
| **DATE:** | 05/26/15 | **CIF NO.:** | New |
| **NAME:** | Iberia Marine Service, LLC | **LOAN NUMBER** *(renewals only):* | New |
| **ADDRESS:** | Po Box 1820, Amelia, La 70340 | **TYPE OF BUSINESS:** | Marine Industry |
| **TAX ID or SSN:** | | **PRINCIPALS/ OWNERSHIP:** | Steve Miguez and Blake Miguez / |
| **PHONE: BUSINESS:** | 985-631-9004 | **NAICS CODE** | 213111  a/3112 |
| **HOME:** | | **PURPOSE CODE:** | 51 - Commercial General Purpose |
| **CELL:** | 985-519-6794 | **RISK RATING:** | 6-Acceptable with care |
| **EMAIL/FAX:** | 985-631-0404 | **PARTICIPATION:** | N/A |

| | | | |
|---|---|---|---|
| **LOAN AMOUNT:** | $22,500,000.00 | **LOAN TYPE:** | Term Loan *(Please note if SBA 504 or SBA 7A)* |
| **REPAYMENT:** | P & I payments monthly for 5 years with a 20 year amortization | **MATURITY DATE:** | 60 months |
| **RATE:** | 5.50% | | |
| **FEES:** | | **NEW or RENEWAL:** | New |
| **LOAN:** | 0.50% | **Amt of increase or decrease, if any:** | |
| **DOCUMENTATION:** | $250 | **Does Transaction Result in a TDR:** | No |
| | | *(If Renewal, Refinance, Restructure or Consolidation of Debt, Complete TDR Information on Page 2)* | |

**LOAN PURPOSE:** To refinance debt and move relationship currently with Capital One Bank used to purchase/build Marine Vessels. Those funds will also be used to install new DP systems into the Lady Glenda and Mr. Row for approximately $600M each vessel

**GUARANTORS:** Steve Miguez and ~~Blake Miguez~~

**LIFE INSURANCE INFORMATION:** N/A

*Please provide the amount of life insurance that will be required on all associated individuals, both potential borrowers and guarantors.*

**COLLATERAL DESCRIPTION:** 1st Ship Mortgage on 150' crew boat Mr. Blake (survey 4/16/15 $3,900M); 150' crew boat Mr. Ridge (survey 5/22/15 $4,000M); 150' crew boat Lady Glenda (survey dated 4/24/15 $4,150M); 165' crew boat Mr. Mason (survey 5/1/15 $5,500M); 165' crew boat Mr. Row (survey 5/1/15 $5,700M), 165' crew boat Lady Brandi (survey 5/1/15 $5,625M); 172' DP-1 FSV Lady Eve (survey 5/1/15 $7,800M) and a 205' DP-2 fast supply vessel Mr. Steven (survey 4/23/15 $16,200M)

**ADVANCE RATE (LTV/LTC):** 43% LTV

**PRIMARY SOURCE OF REPAYMENT:** Income from Operations

**SECONDARY SOURCE OF REPAYMENT:** Liquidation of Collateral and Cash flow from Guarantors

**PROJECT INFORMATION:** The borrower is looking to refinance debt currently at Capital One and update 2 vessels with DP systems.

*Project information should include: project's anticipated time frame, what the contingency plan, and what the Bank's exit strategy will be to repay the debt.*

**ON SITE VISIT:** TBD

**PROPOSED COVENANTS:** N/A

**FINANCIAL REPORTING: (selections provided)** Annual financial statements and tax returns on borrower(s) and guarantor(s)

**OTHER FINANCIAL REPORTING: (Agings, brokerage stmts, etc. )** N/A

*Please accompany the Credit Memo with a Loan & Deposit Recap*

| | | | |
|---|---|---|---|
| **Direct Loan Exposure:** | $0.00 | **Branch:** | Kenner |
| **Indirect Loan Exposure:** | $0.00 | **Credit Officer:** | Chapman Wallis |
| **Total & Proposed Exp:** | $22,500,000.00 | **Account Officer:** | Michele Buisson |
| **Total YTD Deposits:** | TBD | | |

| | | **ADDITIONAL APPROVING** | |
|---|---|---|---|
| **APPROVING OFFICER:** | Michelle Buisson | **OFFICER:** | Ashton Ryan |
| **SIGNATURE:** | | **SIGNATURE:** | |
| **DATE:** | 6/14/15 | **DATE:** | 7/2/15 |

SBN000716

# First NBC Bank
# CREDIT MEMORANDUM

| DATE: | 05/26/15 | CIF NO.: | New |
|---|---|---|---|
| NAME: | Iberia Marine Service, LLC | LOAN NUMBER *(renewals only)*: | New |

## COMPLIANCE TRACKING

| | | | |
|---|---|---|---|
| **REG W Compliance:** | N/A | **REG O Compliance:** | N/A |
| **RELS Compliance:** | N/A | **SBLF Tracking -** **Minority Business type:** | N/A |
| **POLICY COMPLIANCE & JUSTIFICATION:** | Within Policy | | |
| **COMMUNITY DEV. QUALIFICATIONS:** | No. | | |
| **ADDRESS DISCREPANCY ON CREDIT BUREAU:** | NO | **IF YES, EXPLAIN METHOD OF VERIFICATION:** | |
| **FRAUD ALERT - IDENTITY THEFT INDICATOR FROM CREDIT BUREAU:** | No fraud alert was indicated | | |

**CRA TRACKING: Large (revenues >$1MM) or Small bus.:** Large Business

**CRA TRACKING: Benefiting Address:** Po Box 1820, Amelia, La 70340

**FOR CONSTRUCTION & DEVELOPMENT LOANS & VACANT LAND (LOT) LOANS:**

**Has the borrower invested at least 15% CASH equity into the project? Y/N**     N/A

*Note - This is for CRE construction/renovation and Vacant Land only! If land is injected as equity, only the cash basis equity in the land is counted. Multi Family is included; 1-4 family is NOT included.*

**INTEREST RESERVE INFORMATION:**

| | | | |
|---|---|---|---|
| **Are Int. reserves being funded with loan proceeds (LOC)? Y/ N** | No | **Int. Res. Amt. $:** | |
| **Or, is the borrower providing Interest reserves separately? Y / N** | | **Int. Res. Amt. $:** | |
| **Additional info on Interest reserves:** | | | |

**For Joint Applicants, including business / non-profit entities as well as individuals, has the account officer verified that there is evidence of joint intent by ALL parties at the time the application is taken? (Yes or No)**     Yes

***TROUBLE DEBT RESTRUCTURE DOCUMENTATION: (To Be Completed On All Renewals, Refiances, Restructures, or Consolidations)***

| Has the borrower been experiencing Financial Difficulty? | YES | NO |
|---|---|---|
| *Financial Difficulties Include:* | | |
| Borrower Currently in default on one or more loans | | x |
| Borrower unable to obtain similar credit & terms from outside sources | | x |
| Temporary cash flow issues (medical bills, auto repair, etc) | | x |
| DSC insufficient to support debt through maturity | | x |
| Borrower currently in (or in process of filing bankruptcy | | x |
| Questionable ability to remain a going concern | | x |
| **Is bank granting borrower a Concession?** | | |
| *Concessions granted to the borrower meets the following:* | | |
| (1) Transfer of Real Estate or Other Assets from the Borrower to the Bank | | x |
| (2) A modification of Loan Terms | | x |
| (3) A combination of a Transfer of Assets from the Borrower & a modification of terms | | x |
| **If the borrower is having financial difficulties and is granted a concession, the loan is considered a Troubled Debt Restructure. Is this a TDR?** | | x |

# FEDERAL TAX ID NUMBERS

| Company Name | Number |
|---|---|
| SeaTran Marine, LLC | ██████████ |
| Iberia Marine Service, LLC | |
| Iberia Crewboat & Marine Service, LLC | |
| Lady Brandi, LLC | |
| Lady Eve, LLC | |
| Lady Glenda, LLC | |
| Lady Madi, LLC | |
| Lady Marie, LLC | |
| Mr. Blake, LLC | |
| Mr. Cade, LLC | |
| Mr. Ethan, LLC | |
| Mr. Evan, LLC | |
| Mr. J.O., LLC | |
| Mr. Mason, LLC | |
| Mr. Ridge, LLC | |
| Mr. Row, LLC | |
| Mr. Steven, LLC | |
| Camp 102, LLC | |
| Camp 1060, LLC | |
| Condo 223, LLC | |
| Condo 310, LLC | |
| Third Generation Holdings, LLC | |
| BG Equipment, LLC | |
| Advanced Oil Products | |
| Bullet Transportation, LLC | |
| Miguez Fuel, LLC | |

# FIRST NBC BANK
# (PRICING MODEL)

**Borrower Name:**

| Iberia Marine Service, LLC |
| :---: |

Input information in the boxes with a **double border** only.

Cost of Funds Additional Instrutions:
**Floating Rate Loans:** Use Fed Funds Rate
**Fixed Rate Loans:** Use Like Term Treasury Rate

Officer Input Information:

| | | |
|---|---|---|
| Loan Term in Months | 60 | Click here for explanation |
| | | Loan Term |
| Avg. Loan Size - This Request | $22,500,000 | Average Loan Size - This reques |
| Total Exp. (Including Request) | $22,500,000 | Total Exposure |
| Risk Rating | 6-Acceptable with care | Risk Rating |
| Cost of Funds | 2.000% | Cost of Funds |

Unadjusted Target Loan Price        6.423%

| | | |
|---|---|---|
| Average Non-interest Bearing Deposits | | Average Non-Interest Bearing De |
| Average Interest Bearing Deposits | | Average Interest Bearing Deposi |
| Rate Paid on Deposits | | Rate Paid on Deposits |

Adjusted Loan Target Price
**After Excess Investable Balances Credit**        6.423%

| | | |
|---|---|---|
| % Fee on Loan | | % Fee on Loan |

Adjusted Loan Target Price
**After Excess Investable Balances & Fees**        6.423%

SBN000719

## DEPOSIT RECAP

| ACCOUNT NAME | ACCOUNT NUMBER | ACCOUNT TYPE | OPEN DATE | CURRENT BALANCE | AVERAGE YTD BALANCE | RATE | MATURITY DATE | COMMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DIRECT DEPOSITS | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| DIRECT TOTALS: | | | | $0.00 | $0.00 | | | | | | |
| | | | | GUARANTOR DEPOSITS | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| GUARANTOR TOTALS: | | | | $0.00 | $0.00 | | | | | | |
| | | | | AFFILIATE DEPOSITS | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| AFFILIATE TOTALS: | | | | $0.00 | $0.00 | | | | | | |
| | | | | TOTAL DEPOSITS | | | | | | | |
| | | | | $0.00 | $0.00 | | | | | | |

## LOAN RECAP

| ACCOUNT NAME | ACCOUNT NUMBER | ACCOUNT TYPE | OPEN DATE | ORIGINAL/ COMMITMENT AMOUNT | CURRENT COMMITMENT AMOUNT | CURRENT BALANCE | INTEREST RATE | REPAYMENT TERM | MATURITY DATE | COLLATERAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DIRECT LOANS | | | | | | |
| Proposed | | Term | | $22,500,000.00 | $22,500,000.00 | $22,500,000.00 | 5.5 | P&I Monthly | 1-Aug-20 | Vessels |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| DIRECT TOTALS: | | | | $22,500,000.00 | $22,500,000.00 | $22,500,000.00 | | | | |
| | | | | GUARANTOR LOANS | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| GUARANTOR TOTALS: | | | | $0.00 | $0.00 | $0.00 | | | | |
| | | | | AFFILIATE LOANS | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| AFFILIATE TOTALS: | | | | $0.00 | $0.00 | $0.00 | | | | |
| | | | | TOTAL LOANS | | | | | | |
| | | | | $22,500,000.00 | $22,500,000.00 | $22,500,000.00 | | | | |

Loan-Deposit Recap                                                                     7/21/2015 11:41 AM

SBN000720

# FIRST NBC BANK
# CREDIT ANALYSIS

| Borrower Name: | Iberia Marine | Risk Rating: | |
|---|---|---|---|
| Credit Analyst: | Chapman Matis | Account Officer: | Michelle Buisson |
| Date: | 7/21/15 | | |

## Transaction:

Proposed is a new term loan in the amount of $22.5MM to Iberia Marine Service. The purpose of the loan is to refinance existing debt currently at Capital One and to update 2 vessels, *Lady Glenda* and *Mr. Row*, with new DP systems, estimated to cost $600M each. Steve Miguez will be the guarantor of the loan. The primary source of repayment will be the income from operations. The secondary source of repayment will be the cash flow of the guarantor and/or liquidation of collateral. The loan will be secured with the following:

- 1ˢᵗ Ship Mortgage on 150' crew boat *Mr. Blake*, most recent survey dated 7/6/15, valued at $3.9MM
- 1ˢᵗ Ship Mortgage on 150' crew boat *Mr. Ridge*, most recent survey dated 7/6/15, valued at $4.0MM
- 1ˢᵗ Ship Mortgage on 150' crew boat *Lady Glenda*, most recent survey dated 7/6/15, valued at $4.15MM
- 1ˢᵗ Ship Mortgage on 165' crew boat *Mr. Mason*, most recent survey dated 7/6/15, valued at $5.5MM
- 1ˢᵗ Ship Mortgage on 165' crew boat *Mr. Row*, most recent survey dated 7/6/15, valued at $5.7MM
- 1ˢᵗ Ship Mortgage on 165' crew boat *Lady Brandi*, most recent survey dated 7/6/15, valued at $5.625MM
- 1ˢᵗ Ship Mortgage on 172' DP-1 FSV *Lady Eve*, most recent survey dated 7/6/15, valued at $7.8MM
- 1ˢᵗ Ship Mortgage on 205' DP-2 FSV *Mr. Steven*, most recent survey dated 7/6/15 valued at $16.2MM

The total loan to value is 43%.

## Oil and Gas Industry Exposure:

*[Please denote whether this loan has any exposure to the oil and gas industry, and provide a brief description as to why it does or does not. A yes answer could be due to the type of industry, location, or sensitivity to oil and gas prices.]*

High. Many of the vessels owned by Iberia Marine are directly chartered by oil and gas companies that may scale up or scale down operations based on fluctuations in oil and gas prices.

---

## Risk Rating Justification:

**Risk:** Commodity prices. The business is heavily dependent on the prices of oil and gas. The industry in which the borrower operates is experiencing a marked downturn in day rates and utilization. This downturn is attributable to both the decrease in commodity prices that drive E&P budgets, as well as oversupply within the fleets of the industry.

**Risk:** SeaTran Marine is unable to generate enough boat rentals across their fleet.

**Risk:** Iberia Marine Services is unable to maintain existing charters and experiences declining day rates that would push Iberia Marine Services' debt service coverage below 1.

**Risk:** The declining price of oil negatively impacts the spending of the E&P budgets of oil companies and significantly reduces offshore oil activity.

**Mitigation:** Sensitivity analysis is performed on the fleet's performance and the borrower is able to produce a 1.17 DSC based only on established charters and assuming no additional rentals. Iberia Marine Services has a demonstrated history of profitability, rebounding quickly from the Deepwater Horizon event.

**Mitigation:** Mr. Steve Miguez has a demonstrated track record of over 30 years in the business and has emphasized reducing debt and strengthening the balance sheet of his entities. Most of Mr. Miguez's entities also have an investment account component. Mr. Miguez's long history of successful operation in the industry is a heralded aspect to the proposed loan.

---

SBN000721

**Mitigation:** The global debt service coverage is 1.77. The borrower maintains strong liquidity in most entities. The strong liquidity and investment activity will allow the company to weather the storm of lower day rates.

**Mitigation:** The size of SeaTran's fleet and its ability to replace a vessel at short notice will provide the company with a stronger competitive position than each of the three fleets individually.

**Mitigation:** The delivery of *Mr. Steven* should improve the financial condition of the fleet.

Note: Please see attached Oil & Gas Report for full discussion of risks associated with the industry at this time.

## Background / Business Review:

Iberia Marine Services, LLC was organized in 2003 from Iberia Crewboat & Marine Services, Inc. Iberia Crewboat & Marine Services was founded in 1975 by Steve and Glenda Miguez. Glenda Miguez, nee Neuville, is the daughter of J.O. Neuville, the founder of Neuville Boat Works in Loreauville, Louisiana. Neuville Boat Works has been in the boat business since the 1960's. Steve Miguez started as a captain of a 32-foot inland crew boat. Eventually, Mr. Miguez moved the company's operations into the offshore, deep-water market with the purchase of the first offshore vessel, the 105 foot *Mr. J.O.*, in 1981. Since then, Iberia Marine has grown under the stewardship of Mr. Miguez's son, Blake Miguez. Mr. Blake Miguez is the current President and CEO of Iberia Marine. Both Mr. Blake Miguez and Mr. Steve Miguez are guarantors on the proposed loan. In January 2014, Iberia Marine, Comar Marine, and Texas Crewboats formed a joint venture named SeaTran Marine. Each of the three companies own 1/3rd of SeaTran Marine. SeaTran operates all vessel fleets of the three companies under separate management agreements with each company. SeaTran's management fees are equal to the selling, general and administrative costs allocated to each vessel on a pro rata basis based on each vessels length. Blake Miguez is the President and CEO of SeaTran Marine. Based on official press releases, SeaTran Marine will be the largest crew/ fast supply vessel fleet in the Gulf of Mexico.[1] As per analyst's conversations with SeaTran's CFO, the joint-venture allows the companies to save on marine insurance as well as having a four person sales team. In terms of quantification, the CFO indicated that prior to the formation of the joint-venture, regulatory requirements costed each boat about 10% of revenue. Post joint-venture, he estimates the number to be closer to 5-6% of revenue. The size of SeaTran's fleet also provides them with the ability to ensure timely and effective customer service. In the event a boat requires repairs or is suddenly unavailable, SeaTran is able to draw upon its resources to provide a substitute boat for the customer.

Iberia Marine Services, LLC is made up of three holding companies, detailed below.

Third Generation Holdings, LLC- Operates the following vessels.

| Vessel Name | Length |
|---|---|
| *Lady Madi* | 135' |
| *Mr. Ethan* | 135' |
| *Mr. Evan* | 150' |

Iberia Crewboat & Marine Services, Inc.- Operates the following vessels.

| Vessel Name | Length |
|---|---|
| *Mr. Blake, Mr. Ridge, Lady Glenda* | 150' |
| *Mr. Row, Mr. Mason, Lady Brandi* | 165' |
| *Lady Eve* | 172' |
| *Mr. Steven* | 205' |

Blake Miguez and Ridge Miguez- Operates the following vessels. (Note that Ridge Miguez is Blake's brother)

| Vessel Name | Length |
|---|---|
| *Mr. Cade* | 160' |
| *Lady Marie* | 165' |
| *Mr. J.O.* | 172' |

---

[1] http://www.seatranmarine.com/announcements/iberia-marine-comar-marine-texas-crewboats-announce-the-formation-of-seatran-marine-llc

Note that each boat is owned by an eponymous LLC that is owned by The Miguez family. Mr. Steve Miguez owns 100% of Iberia Marine Services and 100% of Iberia Crewboat & Marine Services. As per conversations with SeaTran's CFO, this structure is common in boat fleets in order to limit liability. Mr. Steve Miguez has passed ownership of the three boats owned by Blake and Ridge Miguez by giving each of his sons a 45% stake, while retaining a 10% stake for himself.

**For the purpose of analysis, the cash flows attributable to Mr. Steve Miguez will be considered; this includes Iberia Marine Services, Iberia Crewboat & Marine Services, and his personal cash flow.**
**Industry Analysis from First NBC Bank's 6-15 Oil & Gas Report is attached to this package and is considered highly important in order to assess the risks associated with the relationship of oil prices and firms such as the borrower. However, please refer to the following table to illustrate the decline in day rates and utilization rates.**

| Day Rates & Utilization Rates | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vessel Type | Dec-10 | % | Dec-11 | % | Dec-12 | % | Dec-13 | % | Dec-14 | % | Mar-15 | % | May-15 | % |
| AHTS Over 8,000hp | | | | | | | | | | | | | | |
| Supply Under 250' | | | | | | | | | | | | | | |
| Supply Over 250' | | | | | | | | | | | | | | |
| Supply (DWT) 1,999 & Below | | | | | | | | | | | | | | |
| Supply (DWT) 2,000 - 2,999 | | | | | | | | | | | | | | |
| Supply (DWT) 3,000 - 3,999 | | | | | | | | | | | | | | |
| Supply (DWT) 4,000 - 4,999 | | | | | | | | | | | | | | |
| Supply (DWT) 5,000 & Above | | | | | | | | | | | | | | |
| Crew Boats Under 170' | | | | | | | | | | | | | | |
| Crew Boats Over 170' | | | | | | | | | | | | | | |

*Source: WorkBoat survey of 32 offshore service vessel companies.*

## Financial Analysis: Iberia Marine Services

Balance Sheet Analysis;

| Iberia Marine Services - Balance Sheet | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (In 000's) | 12/31/10 | | 12/31/11 | | 12/31/12 | | 12/31/13 | | 12/31/14 | |
| Current Assets | $6,143 | 25.0% | $5,054 | 19.0% | $11,049 | 37.0% | $14,199 | 43.4% | $22,093 | 44.2% |
| Total Assets | $24,561 | 100.0% | $26,636 | 100.0% | $29,882 | 100.0% | $32,687 | 100.0% | $49,963 | 100.0% |
| Current Liabilities | $1,950 | 7.9% | $2,879 | 10.8% | $4,605 | 15.4% | $9,003 | 27.5% | $30,208 | 60.5% |
| Total Liabilities | $8,710 | 35.5% | $11,744 | 44.1% | $12,119 | 40.6% | $18,654 | 57.1% | $35,725 | 71.5% |
| Net Worth | $15,851 | 100.0% | $14,892 | 130.1% | $17,763 | 100.0% | $14,033 | 100.0% | $14,238 | 100.0% |
| Current Ratio | 3.15 | | 1.76 | | 2.40 | | 1.58 | | 0.73 | |
| Debt/Worth | 0.55 | | 0.79 | | 0.68 | | 1.33 | | 2.51 | |

Iberia Marine Services has provided First NBC Bank with audited statements from 2010 to 2014, as well as providing an interim balance sheet statement for the 3 month period ending March 31st 2015. Iberia Marine also provided current account statements from Capital One and UBS, dated 3/31/15. Note that the table below does not include currently pledged accounts that total approximately $10M. The borrower has indicated that operating and holding accounts will be moved to First NBC Bank as part of the migration of the relationship.

| Account-Institution | Entity | Statement Date | Amount |
|---|---|---|---|
| Operating-Capital One | Iberia Marine Service | 3/31/15 | $1,624,338.03 |
| Operating-Capital One | Iberia Marine Service | 3/31/15 | $324,916.03 |
| Holding-Capital One | Iberia Marine Service | 3/31/15 | $833,836.54 |
| Operating-Capital One | Iberia Crewboat & Marine | 3/31/15 | $36,865.25 |
| Operating-Capital One | Various Boat Entities | 3/31/15 | $465,585.44 |
| Construction Fund- UBS | Iberia Crewboat & Marine | 3/31/15 | $1,852,552.75 |
| Investment-UBS | Iberia Crewboat & Marine | 3/31/15 | $1,576,852.00 |
| Regular-UBS | Iberia Marine Services | 3/31/15 | $127,466.77 |
| **TOTAL** | | | **$6,842,412.81** |

Most of Iberia Marine Services' other current assets are made up of receivables from the boat entities and SeaTran Marine. Iberia Marine assesses management fees on each vessel that are equivalent to the management fees assessed by SeaTran. Fixed assets consist of boat repair equipment, an office location, various cars and trucks, and machinery. Current liabilities are primarily made up of amounts due to the various boats. External accounts payable total $3,576M. Long term liabilities include a UBS credit line of $168M. Note that this line is collateralized with accounts excluded from the above liquidity table as well as Mr. Steve Miguez's personal account. Besides long term notes due to the boats, the only other notable long term liability is $683M due to insurance.

| Iberia Marine Services Interim Balance Sheet | | |
|---|---|---|
| (In 000's) | 3/31/15 | |
| Current Assets | $29,798 | 86.3% |
| Total Assets | $34,535 | 100.0% |
| Current Liabilities | $30,277 | 87.7% |
| Total Liabilities | $31,940 | 92.5% |
| Net Worth | $2,595 | 100.0% |
| | | |
| Current Ratio | 0.98 | |
| Debt /Worth | 12.31 | |

Because the composition of liabilities and assets is primarily related party transactions, the analyst does not weight the importance of the current ratio or debt/worth figures, but rather focuses on the verified liquidity of Iberia Marine Services.

Note that after the relationship migration, First NBC Bank's debt will be the only long term debt associated with Iberia Marine and its affiliates.

Income Statement Analysis:

| Iberia Marine Services - Historical Operating Performance | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| (In 000's) | 12/31/10 | | 12/31/11 | | 12/31/12 | | 12/31/13 | | 12/31/14 | |
| Sales | $11,234 | 100.0% | $8,734 | 100.0% | $16,477 | 100.0% | $14,823 | 100.0% | $10,571 | 100.0% |
| Gross Profit | $11,234 | 100.0% | $8,734 | 100.0% | $16,477 | 100.0% | $14,823 | 100.0% | $10,571 | 100.0% |
| Operating Income | $3,233 | 28.8% | ($466) | -5.3% | $2,878 | 17.5% | $1,490 | 10.1% | $739 | 7.0% |
| Net Income | $3,611 | 32.1% | ($628) | -7.2% | $3,113 | 19.0% | $1,951 | 13.2% | $316 | 3.0% |
| EBITDA | $4,917 | 43.8% | $1,624 | 18.6% | $5,526 | 33.5% | $3,692 | 24.9% | $1,923 | 18.2% |

Iberia Marine Services has provided audited statement from 2010-2014. As expected, the recent downturn in the prices of oil and gas has impacted the day rates that Iberia Marine is able to charge. The impact from the BP Deepwater Horizon oil spill is visible in 2011. Iberia Marine was able to rebound in 2012 and 2013, before experiencing the decline in day rates in the back half of 2014. The impact on net income margin is evident, as the business experiences high fixed costs throught the maintenance and certification of the fleet. When boats experience high utilization rates, fixed costs are met early in the year and the contribution margin increases as the year moves forward. Based on conversations with SeaTran's management, the company has increased the push for contracted relationships that may carry a lower day rate, but ensure that utilization remains high in order to buoy the profit margin. Management expects that day rates will stabilize once the price of oil stabilizes in a range, which management expects to be $60-$70/BOE in the near term. It is noteworthy that management has based its assumptions on a historically reduced range rather than relying on oil to climb back to its $90-$100 BOE price.

SBN000724

Sensitivity Analysis: Iberia Marine Services Fleet

| Iberia Marine Services- Fleet Analysis- Baseline Scenario | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Days Workd | 5/15 Util Rate | Avg. Day Rate | Proj. Days | Projected Util Rate | Projected Day Rate | Revenue | |
| Lady Eve | | | $ | 120 | | $ | $ | 812,412 |
| Mr. Row | | | $ | | | $ | $ | - |
| Lady Brandi | | | $ | | | $ | $ | 112,948 |
| Mr. Mason | | | $ | | | $ | $ | 793,027 |
| Lady Glenda | | | $ | | | $ | $ | 253,700 |
| Mr. Ridge | | | $ | | | $ | $ | 195,007 |
| Mr. Blake | | | $ | | | $ | $ | 1,096,478 |
| Mr. Steven | | | $ | | | $ | $ | 1,723,200 |
| Mr. J.O. | | | $ | | | $ | $ | 1,211,303 |
| Lady Marie | | | $ | | | $ | $ | 1,412,003 |
| Mr. Cade | | | $ | | | $ | $ | 958,221 |
| Total | | | | | | | $ | 8,568,299 |

| | | | | |
|---|---|---|---|---|
| Fleet Revenue | $ 8,568,299 | Op. Income | $ | 401,357 |
| Operating Costs | $ 8,166,942 | Add: Depreciation | $ | 1,200,000 |
| Op. Income | $ 401,357 | Add: Interest | $ | 574,337 |
| | | EBITDA | $ | 2,175,694 |
| | | DS-Proposed | $ | 1,857,296 |
| | | DSC | | 1.17 |

The above model presents a worst-case scenario for Iberia Marine Services. The first three colums after the vessel column reflect actual performance as of 5/31/15. The utilization and average day rate have been calculated. The second "Days Worked" column is the projected number of days the vessel will work after 5/31/15. The revenue column adds both actual and projected performance based on actual and projected day rates. The above chart assumes that no boat works a day that it is not currently under charter. By presenting only chartered days and assuming the rest of the boats remain unused, the analyst aims to highlight the theoretically profitable year in front of Iberia Marine. Note that the all charts assume several key points unless noted otherwise:

- Each boat, even when chartered, is allocated 15 days at some point in the year for Coast Guard Inspection
- Operating Costs are taken from company estimates and are considered accurate and inclusive of depreciation and interest expense
- Operating Costs include prorated payments to SeaTran Marine
- Depreciation is taken from 2014 Tax Return
- Interest is based on management projections of refinancing
- The following charters are reported by the company and are built into the models:

| Vessel | Chartering Company | Length | Day Rate |
|---|---|---|---|
| Lady Eve | Transocean | 120 Days | |
| Mr. Mason | McMoran | Term- Year end | |
| Mr. Ridge | Petrobras | 1 Week | |
| Mr. Blake | Walter Oil | Term- Year end | |
| Mr. Steven | Marubeni | Through Year end | |
| Mr. J.O. | Transocean | 120 Days | |
| Lady Marie | Arena Offshore | Term- Year end | |
| Mr. Cade | Energy XXI | Term- Year end | |

- Mr. Row, currently under repair, returns to service in mid-September, as per estimates
- Lady Brandi, currently stacked, does not return to service in 2015
- Lady Glenda, currently under repair, returns to service in August, as per estimates

SBN000725

| Iberia Marine Services- Fleet Analysis- 25% of eligble use Scenario | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vessel | Days Workd | 5/15 Util Rate | Avg. Day Rate | Days Worked | Projected Util Rate | Projected Day Rate | Revenue |
| Lady Eve | | | $ | | | $ | $ 812,412 |
| Mr. Row | | | $ | | | $ | $ 108,000 |
| Lady Brandi | | | $ | | | $ | $ 112,948 |
| Mr. Mason | | | $ | | | $ | $ 793,027 |
| Lady Glenda | | | $ | | | $ | $ 379,100 |
| Mr. Ridge | | | $ | | | $ | $ 367,807 |
| Mr. Blake | | | $ | | | $ | $ 1,096,478 |
| Mr. Steven | | | $ | | | $ | $ 1,723,200 |
| Mr. J.O. | | | $ | | | $ | $ 1,211,303 |
| Lady Marie | | | $ | | | $ | $ 1,412,003 |
| Mr. Cade | | | $ | | | $ | $ 958,221 |
| Total | | | | | | | $ 8,974,499 |

| | | |
|---|---|---|
| Fleet Revenue | $ 8,974,499 | |
| Operating Costs | $ 8,166,942 | |
| Op. Income | $ 807,557 | |

| | | |
|---|---|---|
| Op. Income | $ | 807,557 |
| Add: Depreciation | | 1,200,000 |
| Add: Interest | | 574,337 |
| EBITDA | $ | 2,581,894 |
| DS-Proposed | $ | 1,857,296 |
| DSC | | 1.39 |

The second scenario assumes that chartered boats work their chartered number of days and that those non-chartered boats work 25% of their remaining eligible days. This scenario includes the repairs are made based on management assumptions and that both *Mr. Row* and *Lady Glenda* work 25% of their eligible days post-repair. The scenario also assumes that *Lady Brandi* remains stacked all year. Note that the projected operating income more than doubles from the baseline scenario, illustrating the earlier point regarding the high fixed costs of the industry. **The estimated DSC is 1.39.**

| Iberia Marine Services- Fleet Analysis- 50% of eligble use Scenario | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vessel | Days Workd | 5/15 Util Rate | Avg. Day Rate | Days Worked | Projected Util Rate | Projected Day Rate | Revenue |
| Lady Eve | | | $ | | | $ | $ 812,412 |
| Mr. Row | | | $ | | | $ | $ 216,000 |
| Lady Brandi | | | $ | | | $ | $ 112,948 |
| Mr. Mason | | | $ | | | $ | $ 793,027 |
| Lady Glenda | | | $ | | | $ | $ 507,800 |
| Mr. Ridge | | | $ | | | $ | $ 505,407 |
| Mr. Blake | | | $ | | | $ | $ 1,096,478 |
| Mr. Steven | | | $ | | | $ | $ 1,723,200 |
| Mr. J.O. | | | $ | | | $ | $ 1,211,303 |
| Lady Marie | | | $ | | | $ | $ 1,412,003 |
| Mr. Cade | | | $ | | | $ | $ 958,221 |
| Totals | | | | | | | $ 9,348,799 |

| | | |
|---|---|---|
| Fleet Revenue | $ 9,348,799 | |
| Operating Costs | $ 8,166,942 | |
| Op. Income | $ 1,181,857 | |

| | | |
|---|---|---|
| Op. Income | $ | 1,181,857 |
| Add: Depreciation | | 1,200,000 |
| Add: Interest | | 574,337 |
| EBITDA | $ | 2,956,194 |
| DS-Proposed | $ | 1,857,296 |
| DSC | | 1.59 |

The third scenario assumes that chartered boats work their chartered number of days and that those non-chartered

boats work 50% of their remaining eligble days. This scenario includes the same repair assumptions as the previous two. The scenario also assumes that *Lady Brandt* remains stacked all year. Note that while stacked, the full amount of operating costs of *Lady Brandt* are still assessed to the fleet. **The estimated DSC is 1.59.**

**Cash Flow:**

| Debt Service Coverage Calculations | | | |
|---|---|---|---|
| Iberia Marine Services, LLC | | | |
| Amounts in Thousands (000's) | Historical FYE 12 | Historical FYE 13 | Historical FYE 14 |
| Net Income | $3,113 | $1,951 | $316 |
| Interest Expense | $524 | $453 | $407 |
| Depreciation Expense | $1,869 | $1,288 | $1,200 |
| Cash Available for Debt Service | $5,506 | $3,692 | $1,923 |
| Existing debt service (P&I) | | | |
| Proposed Debt Service | $1,857 | $1,857 | $1,857 |
| | $1,857 | $1,857 | $1,857 |
| Net Cash Flow | $3,649 | $1,835 | $66 |
| Debt Service Coverage | 2.96 | 1.99 | 1.04 |

Iberia Marine Services is able to service the proposed debt with a debt service coverage of 1.04 based on 2014 tax return numbers. During 2014, Iberia Marine Services experienced a soft pricing environment that negatively impacted net income. Also note that *Mr. Steven*, the firm's most advanced and largest boat was delivered in 1Q2015. Based on the performance of the *Lady Eve*, the fleet's most advanced and largest vessel prior to the delivery of *Mr. Steven*, the analyst expects the debt service coverage to improve. The *Lady Eve* was the most profitable vessel in the fleet in 2014.

**Financial Analysis: Iberia Crewboat & Marine Services**

Iberia Crewboat & Marine Services is the holding company for the LLCs that operate *Mr. Blake, Mr. Ridge, Lady Glenda, Mr. Row, Mr. Mason, Lady Brandt, Lady Eve,* and *Mr. Steven.* First NBC Bank has been provided with a copy of Iberia Crewboat & Marine Services's 2012 and 2013 tax returns. Note that Iberia Crewboat & Marine Services is 100% owned by the proposed loan's guarantor, Mr. Steve Miguez, and is included in the combined financial performance of Iberia Marines Services.

**Balance Sheet Analysis:**

| Iberia Crewboat & Marine Services | | | | | |
|---|---|---|---|---|---|
| (In 000's) | 2012 TR | | 2013 TR | | 2014 Audit | |
| Current Assets | $1,637 | 89.6% | $4,514 | 94.5% | $3,308 | 60.2% |
| Total Assets | $1,828 | 100.0% | $4,777 | 100.0% | $5,495 | 100.0% |
| Current Liabilities | $760 | 41.6% | $72 | 1.5% | $1,081 | 19.7% |
| Total Liabilities | $760 | 41.6% | $3,011 | 63.0% | $1,081 | 19.7% |
| Net Worth | $1,068 | 100.0% | $1,693 | 100.0% | $4,414 | 100.0% |
| Current Ratio | 2.15 | | 62.69 | | 3.06 | |
| Debt/Worth | 0.71 | | 1.78 | | 0.24 | |

Iberia Crewboat & Marine Services receives payment equal to what SeaTran receives from Iberia Marine Services. Mr. Miguez uses the cash generated from Iberia Crewboat & Marines Services to invest, primarily in dividend-paying stocks and municipal bonds. The increase in assets and liabilities from 2012 to 2013 is attributable to the initial costs associated with the construction and financing of *Mr. Steven*, which was delivered and put into service

SBN000727

in 1Q2015. Note that the remaining debt associated with *Mr. Steven* will be included in the refinancing portion of the proposed loan.

Income Statement Analysis:

### Iberia Crewboat & Marine Services

| (In 000's) | 2012 TR | | 2013 TR | | 2014 Audit | |
|---|---|---|---|---|---|---|
| Sales | $3,581 | 100.0% | $4,656 | 100.0% | $0 | 100.0% |
| Net Income | $1,965 | 54.9% | $1,049 | 22.5% | ($225) | #DIV/0! |
| Depr/Int | $7 | 0.2% | $23 | 0.5% | $109 | #DIV/0! |
| EBITDA | $1,972 | 55.1% | $1,072 | 23.0% | ($116) | #DIV/0! |

Revenues increased from 2012 to 2013. Iberia Crewboat & Marine is 100% owned by Mr. Steve Miguez, therefore its cash flow will help support the proposed debt service in the event that Iberia Marine Services' cash flow is unable to fully cover the proposed debt service. A combined cash flow calculation is shown below. Note that a 2014 request for tax filing extension has been provided by the company, so 2013 return numbers are the most recent tax return. Combined audited statements were made available and are presented, however, accounting policies in the audited statements to do attribute any direct revenue to Iberia Crewboat & Marine Services.

### Financial Analysis: SeaTran Marine

| SeaTran Marine 2014 Balance Sheet | | |
|---|---|---|
| (In 000's) | 12/31/14 | |
| Current Assets | $12,617 | 100.0% |
| Total Assets | $12,617 | 100.0% |
| Current Liabilities | $12,617 | 100.0% |
| Total Liabilities | $12,617 | 100.0% |
| Net Worth | $0 | 100.0% |
| Current Ratio | 1.00 | |
| Debt /Worth | N/A | |

SeaTran Marine is the joint-venture formed by Iberia Marine Services, Comar Marine, and Texas Crewboats. Each partner owns 1/3rd of SeaTran. Mr. Blake Miguez, the son of the guarantor, is the President and CEO of SeaTran Marine. Each boat in the three fleets pays a management fee to SeaTran Marine that is prorated based on the length of the ship. As per conversations with SeaTran's Management, the arrangement has allowed each of the three partners substantial savings on insurance and overhead. However, SeaTran does not have an impact on the personal cash flow of Mr. Steve Miguez, so it will be excluded from the global cash flow.

## Guarantor Analysis:

Mr. Steve Miguez owns 100% of Iberia Marine Services and Iberia Crewboat & Marine. He reports a net worth of $6.27MM, with $3.15MM in liquidity. Liquidity consists of $225M in cash and $2.9MM in securities accounts. Mr. Miguez reports $2.35MM in real estate holdings, including his primary residence. Mr. Miguez does not report any debt related to any of his properties, nor does he report any debt associated with his other entities. The analyst has added $22.5MM in contingent liabilities to reflect Mr. Miguez's debt profile after the proposed loan is considered.

**Name:** Steve Miguez

Personal Cash Flow Analysis

| | | | Date and Source of | | |
|---|---|---|---|---|---|
| Financial Statement Date: | | 05/05/15 | Income Information: | | 2013 TR |
| Cash & Equivalents | $ | [redacted] | Wages & Salaries | $ | [redacted] |
| Marketable Securities | $ | - | Interest Income | $ | |
| CSV Life Insurance | $ | - | Dividends | $ | |
| Total Liquidity | $ | [redacted] | Recurring Capital Gains | $ | |
| *Has Liquidity been verified? (Y or N)* | No | | Social Security Benefits | $ | - |
| | | | Other Income | $ | - |
| Real Estate | | | Excess Schedule "C" Cash Flow * | $ | - |
| Personal Residence | $ | [redacted] | Excess Schedule "E" Cash Flow * | $ | - |
| Other Investment Real Estate | $ | | Real Estate Cash Flow | $ | |
| Total Real Estate | $ | [redacted] | + Interest Expense | $ | |
| | | | + Depreciation | $ | |
| Unlisted Securities | $ | - | Total Cash Income | $ | [redacted] |
| Notes/Accts Rec. | $ | - | Cash Income Except RE | $ | |
| Deferred Comp./Retirement | $ | [redacted] | *These boxes will self populate from the page 2  See Sch C&E recon tab | | |
| Personal Property | $ | | Debt Service: | | |
| Automobiles | $ | | Personal Residence | $ | - |
| Other- Guns n' boat | $ | | Other Investment R/E Notes - | $ | - |
| Total Other Assets | $ | [redacted] | 5% Revolving Debt | $ | [redacted] |
| Total Assets | $ | [redacted] | Alimony/Child Support | $ | - |
| | | | Auto | $ | - |
| Secured Notes Payable | $ | - | Other | $ | - |
| Unsecured Notes Payable | $ | - | Other | $ | - |
| Residential Mortgage | $ | - | Other | $ | - |
| Other Mortgages | $ | - | Other | $ | - |
| Revolving Charges | $ | [redacted] | Proposed | $ | - |
| Automobile Notes | $ | - | Total Debt Service | $ | |
| Other | $ | - | Total DS Except Investment RE | $ | [redacted] |
| Other | $ | - | | | |
| Other | $ | - | Personal Cash Available | | [redacted] |
| Other | $ | - | Personal Debt Service | | |
| Total Liabilities | $ | - | Debt to Income Ratio | | |
| | | | Cash After DS | $ | |
| Net Worth | $ | [redacted] | Liquid Assets / Debt Service | | |
| Outside Net Worth | $ | | | | |
| Debt/Worth | | [redacted] | Beacon Score | | 769 |
| Contingent Liabilities | $ | [redacted] | Date of Beacon Score | | 07/21/15 |

Mr. Miguez reports total cash income of [redacted]. In addition to his salary, Mr. Miguez reports interest and dividend income related to his numerous investment accounts. Based on the review of his past tax returns, the nature of Mr. Miguez's capital gains is recurring, due to his sale and subsequent repurchase of various investment securities. Mr. Miguez's major sources of income are his ownership interests in the Iberia Marine family of companies, as well as Miguez Fuel.

Miguez Fuel has no long term debt associated with the entity. The company has sold fuel for over 15 years. The company is 100% owned by Mr. Miguez. Note that Miguez Fuel reports [redacted] in cash on its balance sheet, along with $[redacted] in investments held in an UBS account. Total revenues for Miguez Fuel were [redacted] in 2014.

SBN000729

Although the majority of sales are related to Iberia Marine Services and other SeaTran affiliates, Miguez fuel does also sell non-marine diesel to external customers.

| Schedule "E" | Iberia Marine | Mr. J.O. | Lady Marie | Miguez Fuel | Total |
|---|---|---|---|---|---|
| | 14-Audit | 13-TR | 13-TR | 14-Int. | |
| Taxable Net Income | | | | | |
| Other Adjustments | | | | | |
| Other Adjustments | | | | | |
| Book Net Income | | | | | |
| Depreciation | | | | | |
| Interest Expense | | | | | |
| Other Adjustments | | | | | |
| Other Adjustments | | | | | |
| Cash Available for Debt Service | | | | | |
| Annual Debt Service | | | | | |
| Debt Service Coverage: | | | | | |
| Excess Cash Flow: | | | | | |
| Percent Ownership: | | | | | |
| Excess Cash Flow Allocated to Principal: | | | | | |
| Distributions from K-1 | | | | | |



The net income and cash available for debt service on Iberia Crewboat, *Mr. J.O.*, and *Lady Marie* are shown for illustrative purposes only, as each of the entities is included in the combined financials of Iberia Marine. However, Mr. Miguez does take what the analyst considers sustainable distributions from each of the three entities that significantly impact his cash flow. Mr. Miguez uses these distributions to re-invest into his investment accounts. His Beacon Score is 769 and his credit bureau shows ■■■■ in credit card debt.

## Global Cash Flow:

In the following global cash flow, only the cash flow from Miguez Fuel, Iberia Marine Services, and Mr. Miguez's personal cash flow are considered, due to the fact that Iberia Crewboat & Marine Services and the two vessels are included in Iberia Marine Services' cash flow.

SBN000730

| Steve Miguez and Iberia Marine Services - Global Cash Flow Analysis | | | | | | |
|---|---|---|---|---|---|---|
| | Iberia Marine 12/31/2014 | Mr. J.O. 2013 TR | Lady Marie 2013 TR | Miguez Fuel 12/31/2014 | Miguez 2013 TR | Total |
| **Business Cash Flow** | | | | | | |
| Net Income (Loss) | | | | | | |
| Interest Expense | | | | | | |
| Depreciation/Amortization | | | | | | |
| +/- Extraordinary (Gain)/Loss | | | | | | |
| CADS | | | | | | |
| **Personal Cash Flow** | | | | | | |
| Wages/ Salaries | | | | | | |
| Interest & Dividends | | | | | | |
| Recurring Capital Gains | | | | | | |
| Sole Proprietor CF | | | | | | |
| RE Income | | | | | | |
| Interest Expense | | | | | | |
| Depreciation | | | | | | |
| CADS | | | | | | |
| Global CADS | | | | | | |
| Proposed Debt Service | | | | | | |
| Business Debt Service | | | | | | |
| Personal Debt Service | | | | | | |
| Total Debt Service | | | | | | |
| Global DSC | | | | | | |
| Global Excess Cash Flow | | | | | | |



| Personal Cash Flow Analysis | | | | | | |
|---|---|---|---|---|---|---|
| Ownership % | | | | | | |
| Excess Cash Flow Allocated to Principal | | | | | | |
| Distributions (From K-1) | | | | | | |
| Net Cash Flow Available to Principal | | | | | | |

Income Statement / Cash Flow Analysis:

Based on Mr. Miguez's personal cash flow as well as Iberia Marine Services and the distributions Mr. Miguez takes from his various entities, the global debt service coverage is 1.77. Note that Mr. Miguez's real estate income has not been included in the above global cash flow due to the lack of rent rolls. Note also that post-closing, First NBC Bank will be the sole holder of long-term debt associated with the Iberia Marine Services family of companies.

SBN000731

## Collateral Analysis:

The loan will be secured with the following;

- 1st Ship Mortgage on 150' crew boat *Mr. Blake*, most recent survey dated 7/6/15, valued at $3.9MM
- 1st Ship Mortgage on 150' crew boat *Mr. Ridge*, most recent survey dated 7/6/15, valued at $4.0MM
- 1st Ship Mortgage on 150' crew boat *Lady Glenda*, most recent survey dated 7/6/15, valued at $4.15MM
- 1st Ship Mortgage on 165' crew boat *Mr. Mason*, most recent survey dated 7/6/15, valued at $5.5MM
- 1st Ship Mortgage on 165' crew boat *Mr. Row*, most recent survey dated 7/6/15, valued at $5.7MM
- 1st Ship Mortgage on 165' crew boat *Lady Brandi*, most recent survey dated 7/6/15, valued at $5.625MM
- 1st Ship Mortgage on 172' DP-1 FSV *Lady Eve*, most recent survey dated 7/6/15, valued at $7.8MM
- 1st Ship Mortgage on 205' DP-2 FSV *Mr. Steven*, most recent survey dated 7/6/15 valued at $16.2MM

The total loan to value is 43%.

SBN000732

Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Detailed Balance Sheet - Actual and %
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

| Statement Date | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 |
|---|---|---|---|---|
| Months Covered | 12 | 12 | 12 | 12 |
| Audit Mthd | Unqualif'd | Unqualif'd | Unqualif'd | Unqualif'd |
| Accountant | K,C,S & Co, LLC | K,C,S & Co, LLC | K,C,S & Co, LLC | K,C,S & Co, LLC |
| Analyst | Trevor King | Trevor King | Trevor King | Trevor King |
| Stmt Type | Annual | Annual | Annual | Annual |
| Accounting Standard | US-GAAP | US-GAAP | US-GAAP | US-GAAP |

CURRENT ASSETS
Cash
  Accts/Notes Rec-Trade
  Bad Debt Reserve (-)
Total Accts/Rec-Net
Due from Related Co - CP
Accts/Notes Rec-Other
Investments
Prepaids/Deferreds - CP
Non-Op Current Assets
TOTAL CURRENT ASSETS
NON-CURRENT ASSETS
  Land
  Construction in Progress
  Buildings & Improvements
  Transportation Equipment
    Gross Fixed Assets
  Accum Deprec & Impairment(-)
Total Fixed Assets - Net
Advances (to)/from Miguez Fuel, Inc.
Restricted Cash
Investments
Non-Op Non-Cur Assets
TOTAL NON-CURRENT ASSETS
TOTAL ASSETS
CURRENT LIABILITIES
Overdrafts (Book)
CPLTD-Bank
Accounts Payable and Accrued Expenses
Due to Related Co - CP
Accounts Pay-Other
  Insurance Payable
  Other Liabilites
Total Accrued Liabilities
TOTAL CURRENT LIABILITIES
NON-CURRENT LIABILITIES
Long Term Debt-Bank
TOTAL NON-CURRENT LIABILITIES
TOTAL LIABILITIES
NET WORTH
Common Stock
Members' Equity
Retained Earnings
Accumulated OCI
TOTAL NET WORTH
TOTAL LIABILITIES & NET WORTH

Working Capital
Tang Net Worth-Actual

SBN000733

18-51277 - #150-35  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 1 Pg 22 of 30

Iberia Marine Service, LLC and Affiliates (IberiaMari)
Detailed Balance Sheet - Actual and %
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

Statement Date                      12/31/2014
Months Covered                            12
Audit Mthd                         Unqualif'd
Accountant                    K,C,S & Co, LLC
Analyst                          Trevor King
Stmt Type                             Annual
Accounting Standard                   US-GAAP

CURRENT ASSETS
Cash
  Accts/Notes Rec-Trade
  Bad Debt Reserve (-)
Total Accts/Rec-Net
Due from Related Co - CP
Accts/Notes Rec-Other
Investments
Prepaids/Deferreds - CP
Non-Op Current Assets
TOTAL CURRENT ASSETS
NON-CURRENT ASSETS
  Land
  Construction in Progress
  Buildings & Improvements
  Transportation Equipment
    Gross Fixed Assets
  Accum Deprec & Impairment(-)
Total Fixed Assets - Net
Advances (to)/from Miguez Fuel, Inc.
Restricted Cash
Investments
Non-Op Non-Cur Assets
TOTAL NON-CURRENT ASSETS
TOTAL ASSETS
CURRENT LIABILITIES
Overdrafts (Book)
CPLTD-Bank
Accounts Payable and Accrued Expenses
Due to Related Co - CP
Accounts Pay-Other
  Insurance Payable
  Other Liabilites
Total Accrued Liabilities
TOTAL CURRENT LIABILITIES
NON-CURRENT LIABILITIES
Long Term Debt-Bank
TOTAL NON-CURRENT LIABILITIES
TOTAL LIABILITIES
NET WORTH
Common Stock
Members' Equity
Retained Earnings
Accumulated OCI
TOTAL NET WORTH
TOTAL LIABILITIES & NET WORTH

Working Capital
Tang Net Worth-Actual

SBN000734

18-51277 - #150-35  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 1 Pg 23 of 30

Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Detailed Income Statement - Actual and %
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed In: Thousands
MMAS (6.2.1.0)

| | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 |
|---|---|---|---|---|
| Statement Date | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 |
| Months Covered | 12 | 12 | 12 | 12 |
| Audit Mthd | Unqualif'd | Unqualif'd | Unqualif'd | Unqualif'd |
| Accountant | K,C,S & Co. LLC | K,C,S & Co. LLC | K,C,S & Co. LLC | K,C,S & Co. LLC |
| Analyst | Trevor King | Trevor King | Trevor King | Trevor King |
| Stmt Type | Annual | Annual | Annual | Annual |
| Accounting Standard | US-GAAP | US-GAAP | US-GAAP | US-GAAP |

Rental Income

GROSS PROFIT

Lease/Rent Expense
Depreciation
Operating Expense
Insurance
Personnel Expense
TOTAL OPERATING EXPENSE
NET OPERATING PROFIT

Interest Expense  (-)
Other Income
Investment income (expense)
Gain(loss) on sale of Investment
Other Expense  (-)
Gain(Loss) on Asset Sale
TOTAL OTHER INCOME(EXP)
NET PROFIT

EBIT
EBITDA
EBIDA

Withdrawals
Adj to Retained Earnings

SBN000735

18-51277 - #150-35  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 1 Pg 24 of 30

Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Detailed Income Statement - Actual and %
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

| Statement Date | 12/31/2014 |
| --- | --- |
| Months Covered | 12 |
| Audit Mthd | Unqualif'd |
| Accountant | K,C,S & Co, LLC |
| Analyst | Trevor King |
| Stmt Type | Annual |
| Accounting Standard | US-GAAP |



Rental Income

GROSS PROFIT

Lease/Rent Expense
Depreciation
Operating Expense
Insurance
Personnel Expense
TOTAL OPERATING EXPENSE
NET OPERATING PROFIT

Interest Expense  (-)
Other Income
Investment income (expense)
Gain(loss) on sale of investment
Other Expense  (-)
Gain(Loss) on Asset Sale
TOTAL OTHER INCOME(EXP)
NET PROFIT

EBIT
EBITDA
EBIDA

Withdrawals
Adj to Retained Earnings

SBN000736

18-51277 - #150-35  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 1 Pg 25 of 30

Iberia Marine Service, LLC and Affiliates (IberiaMari)
Detailed Reconciliations
Industry Classification: Code:

Prepared: 11:51, 7/21/2015
Amounts Printed In: Thousands
MMAS (6.2.1.0)

| Statement Date | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 |
|---|---|---|---|---|---|
| Months Covered | 12 | 12 | 12 | 12 | 12 |
| Analyst | Trevor King | Trevor King | Trevor King | Trevor King | Trevor King |
| Stmt Type | Annual | Annual | Annual | Annual | Annual |
| Accounting Standard | US-GAAP | US-GAAP | US-GAAP | US-GAAP | US-GAAP |

### Reconciliation of Retained Earnings

BEGINNING RETAINED EARNINGS,
  AS PREVIOUSLY REPORTED
  Adj to Retained Earnings
BEG RET. EARNINGS, RESTATED
  Net Profit
  Withdrawals
  Unexplained Adj to RE
ENDING RETAINED EARNINGS

### Reconciliation of Net Worth

BEGINNING NET WORTH
  Net Profit
  Div & Withdrawals-Cash
  Adjs to Ret Earnings (Above)
Increase(Decrease) in:
  Members' Equity
  Unreal Gain/(Loss) on Mark Sec
  OCI Reclassification Adjustment
ACTUAL ENDING NET WORTH
INCR(DECR) IN NET WORTH

### Reconciliation of Working Capital

BEGINNING WORKING CAPITAL
Decrease(Increase) in Non-Current Assets:
  Total Fixed Assets-Net
  Advances (to)/from Miguez Fuel. Inc.
  Restricted Cash
  Investments
  Non-Op Non-Cur Assets
Increase(Decrease) in Non-Current Liabilities:
  Long Term Debt
Increase(Decrease) in Net Worth
ENDING WORKING CAPITAL

Page 5

Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Detailed UCA Cash Flow
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

| Statement Date | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 |
|---|---|---|---|---|---|
| Months Covered | 12 | 12 | 12 | 12 | 12 |
| Analyst | Trevor King | Trevor King | Trevor King | Trevor King | Trevor King |
| Stmt Type | Annual | Annual | Annual | Annual | Annual |
| Accounting Standard | US-GAAP | US-GAAP | US-GAAP | US-GAAP | US-GAAP |



Rental Income
 Chg in Accts/Notes Rec-Trade
 Chg in Due from Related Co - CP
 Chg in Bad Debt Reserve (-)
Cash Collected From Sales

 Chg in Accounts Payable and Accrued Expenses
 Chg in Due to Related Co - CP
Cash Paid To Suppliers
CASH FROM TRADING
 ACTIVITIES

 Operating Expense
 Insurance
 Personnel Expense
 Lease/Rent Expense
 Chg in Prepaids/Deferreds - CP
 Chg in Overdrafts (Book)
 Chg in Accounts Pay-Other
 Chg in Insurance Payable
 Chg in Other Liabilites
Cash Paid for Operating Costs
CASH AFTER OPERATIONS

 Other Income
 Investment income (expense)
 Gain(loss) on sale of investment
 Other Expense  (-)
 Chg in Investments
Other Income(Exp) & Taxes Paid
NET CASH AFTER OPERATIONS

 Interest Expense  (-)
 Withdrawals
Cash Paid for Dividends & Interest
NET CASH INCOME

 CPLTD-Bank
Current Portion Long Term Debt
CASH AFTER DEBT AMORT.

 Chg in Land
 Chg in Construction in Progress
 Chg in Buildings & Improvements
 Chg in Transportation Equipment
 Chg in Accum Deprec & Impairment(-)
 Depreciation
   Chg in Net Fixed Assets

 Chg in Accts/Notes Rec-Other
 Chg in Non-Op Current Assets
 Chg in Advances (to)/from Miguez Fuel, Inc.
 Chg in Restricted Cash
 Chg in Investments
 Chg in Non-Op Non-Cur Assets
 Unreal Gain/(Loss) on Mark Sec
 OCI Reclassification Adjustment
   Chg in Investments

Cash Paid for Plant and Investments

SBN000738

18-51277 - #150-35  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 1 Pg 27 of 30

Iberia Marine Service, LLC and Affiliates (IberiaMari)
Detailed UCA Cash Flow
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

| Statement Date | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 |
|---|---|---|---|---|---|
| Months Covered | 12 | 12 | 12 | 12 | 12 |
| Analyst | Trevor King | Trevor King | Trevor King | Trevor King | Trevor King |
| Stmt Type | Annual | Annual | Annual | Annual | Annual |
| Accounting Standard | US-GAAP | US-GAAP | US-GAAP | US-GAAP | US-GAAP |

**FINANCING SURPLUS (REQMNTS)**

Chg in Long Term Debt
Unexplained Adj to Retained Earnings
Adj to Retained Earnings
Chg in Members' Equity
Total External Financing
CASH AFTER FINANCING

Add:
Cash
ENDING CASH & EQUIVALENTS

SBN000739

18-51277 - #150-35  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 1 Pg 28 of 30

Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Detailed Ratios
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

| Statement Date | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 |
|---|---|---|---|---|---|
| Months Covered | 12 | 12 | 12 | 12 | 12 |
| Analyst | Trevor King | Trevor King | Trevor King | Trevor King | Trevor King |
| Stmt Type | Annual | Annual | Annual | Annual | Annual |
| Accounting Standard | US-GAAP | US-GAAP | US-GAAP | US-GAAP | US-GAAP |

LIQUIDITY
Working Capital
Quick Ratio
Current Ratio
Net Sales/Working Capital

LEVERAGE
Net Worth-Actual
Tang Net Worth-Actual
Eff Tang Net Worth-Actual
Debt/Worth
Debt/Tang Worth
Debt Less Sub Debt-Liability/Eff Tg Wth
Borrowed Funds/Eff Tg Worth
LT Debt/Net Fixed Assets
Total Liabilities/Total Assets
Debt to Book Capital

COVERAGE
Interest Coverage
Net Income+Depr+Amort-Divs/CPLTD
Net Income+Depr+Amort-Divs/CPLTD pp
Input Cash Flow Coverage
UCA Cash Flow Coverage
UCA Cash Flow/CPLTD pp
EBITDA/Interest Exp+CPLTD
EBITDA/Interest Exp+CPLTD pp
EBITDA
EBIDA
Fixed Charge Coverage
(FFO + Interest) / Interest Expense
Debt Coverage Ratio
Funded Debt/EBITDA

PROFITABILITY (%)
Return on Assets
Return on Equity
Gross Margin
Gross Margin (plus Depr) %
Operating Expense %
Operating Expense (excl Depr) %
Operating Profit Margin
Operating Profit Margin (plus Depr) %
Net Margin
Dividend Payout Rate
Effective Tax Rate
EBITA Margin %

ACTIVITY
Gross Accounts Receivable Days
Net Accounts Receivable Days
Accounts Payable Days
Accounts Payable Days (excl Depr)
Net Sales/Total Assets
Net Sales/Net Worth
Net Sales/Net Fixed Assets
Profit Before Taxes/Total Assets (%)
CAPEX / Depreciation Expense
Cash to Net Sales
Log 10 (Net Sales)



SBN000740

Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Detailed Ratios
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

| Statement Date | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 |
|---|---|---|---|---|---|
| Months Covered | 12 | 12 | 12 | 12 | 12 |
| Analyst | Trevor King | Trevor King | Trevor King | Trevor King | Trevor King |
| Stmt Type | Annual | Annual | Annual | Annual | Annual |
| Accounting Standard | US-GAAP | US-GAAP | US-GAAP | US-GAAP | US-GAAP |

GROWTH (%)
Total Assets Growth
Total Liabilities Growth
Net Worth Growth
Net Sales Growth
Operating Profit Growth
Net Profit Growth
Sustainable Growth

CASH FLOW
RCF / Adjusted Debt
RCF / Net Adjusted Debt
(RCF - CAPEX) / Adjusted Debt
FCF / Adjusted Debt
FCF / Net Adjusted Debt
FFO / Adjusted Debt
FFO / Net Adjusted Debt
CAPEX / CFO
CFO / Profit Before Extraordinary Items



SBN000741