Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Executive Financial Statement - Actual and %
Industry Classification:   Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)



Statement Date
Months Covered
Audit Mthd
Accountant
Analyst
Stmt Type
Accounting Standard

ASSETS
Cash & Near Cash
Accts/Notes Rec (Net)
Other Current Assets
TOTAL CURRENT ASSETS

Net Fixed Assets
LT Receivables & Investments
Other Non-Current Assets
TOTAL NON-CURRENT ASSETS
TOTAL ASSETS
LIABILITIES/NET WORTH
S/T Loans Payable
Current Portion - LTD
Accounts Payable
Accrued Liabilities
TOTAL CURRENT LIABILITIES

Long Term Debt
TOTAL NON-CURRENT LIABILITIES
TOTAL LIABILITIES

TOTAL NET WORTH
TOTAL LIABILITIES & NET WORTH
INCOME STATEMENT
Net Sales/Revenues
GROSS PROFIT
Net Operating Expenses
Depr & Amort
NET OPERATING PROFIT
Interest Income(Expense)
Other Income(Expense)
PROFIT BEFORE TAXES
PROFIT BEFORE EXTRAORDINARY ITEMS
NET PROFIT
Other Comprehensive Income
COMPREHENSIVE INCOME

Cash Dividends & Withdrawals
Adj to Retained Earnings

Page 10

Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Executive Financial Statement - Actual and %
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

| | |
|---|---|
| Statement Date | 12/31/2014 |
| Months Covered | 12 |
| Audit Mthd | Unqualif'd |
| Accountant | K,C,S & Co, LLC |
| Analyst | Trevor King |
| Stmt Type | Annual |
| Accounting Standard | US-GAAP |

**ASSETS**

Cash & Near Cash
Accts/Notes Rec (Net)
Other Current Assets
TOTAL CURRENT ASSETS

Net Fixed Assets
LT Receivables & Investments
Other Non-Current Assets
TOTAL NON-CURRENT ASSETS
TOTAL ASSETS

**LIABILITIES/NET WORTH**
S/T Loans Payable
Current Portion - LTD
Accounts Payable
Accrued Liabilities
TOTAL CURRENT LIABILITIES

Long Term Debt
TOTAL NON-CURRENT LIABILITIES
TOTAL LIABILITIES

TOTAL NET WORTH
TOTAL LIABILITIES & NET WORTH

**INCOME STATEMENT**
Net Sales/Revenues
GROSS PROFIT
Net Operating Expenses
Depr & Amort
NET OPERATING PROFIT
Interest Income(Expense)
Other Income(Expense)
PROFIT BEFORE TAXES
PROFIT BEFORE EXTRAORDINARY ITEMS
NET PROFIT
Other Comprehensive Income
COMPREHENSIVE INCOME

Cash Dividends & Withdrawals
Adj to Retained Earnings

Page 11

Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Comparison of Industry Values
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

Based on unqualified financial data for fiscal year 2014.
The analysis of this company uses the 2014 data for all of the companies in the Industry code 487210, Scenic and sightseeing transportation, water, for
comparative purposes.  The peer group consists of 32 companies.

BALANCE SHEET DATA          Cust Value   Peer Value   Variance

Cash & Equivalents
Trade Receivables - (net)
Inventory
All Other Current Assets
Total Current Assets

Fixed Assets (net)
Intangibles
All Other Non-Current Assets
Total Non-Current Assets

Notes Payable-Short Term
Current Maturities-L/T/D
Trade Payables
Income Taxes Payable
All Other Current Liabilities
Total Current Liabilities

Long Term Debt
Deferred Taxes
All Other Non-Current Liabilities
Total Non-Current Liabilities
Net Worth

INCOME DATA
Gross Profit (%)
Operating Expenses (%)
Operating Profit (%)
All Other Expenses (net)
Profit Before Taxes (%)



RATIOS                      Cust Value   Peer Value   Variance

Current Ratio
    Upper
    Median
    Lower

Quick Ratio
    Upper
    Median
    Lower

A/R Days Turnover
    Upper
    Median
    Lower

Inventory Days
    Upper
    Median
    Lower

A/P Days Turnover
    Upper
    Median
    Lower

Sales/Working Capital
    Upper
    Median
    Lower

Interest Coverage
    Upper
    Median

SBN000744

18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 3 of 30

Iberia Marine Service, LLC and Affiliates  (IberiaMari)
Comparison of Industry Values
Industry Classification:  Code:

Prepared: 11:51, 7/21/2015
Amounts Printed in: Thousands
MMAS (6.2.1.0)

| | | |
|---|---|---|
| Lower | 0.4 | 1.4 |



Net Income+Depr+Amort-Divs/CPLTD
  Upper
  Median
  Lower

Net Fixed Asset/TNW
  Upper
  Median
  Lower

Debt/Tang Net Worth
  Upper
  Median
  Lower

% Profit B4 Taxes/TNW
  Upper
  Median
  Lower

% Profit B4 Taxes/TA
  Upper
  Median
  Lower

Sales/Net Fixed Assets
  Upper
  Median
  Lower

Sales/Total Assets
  Upper
  Median
  Lower

Depr & Amort/Sales (%)
  Upper
  Median
  Lower

Officer Comp/Sales (%)
  Upper
  Median
  Lower

Funded Debt/EBITDA
  Upper
  Median
  Lower

The RiskCalc™ peer values were calculated using RiskCalc™ for private companies (North America) version 3.1.  Peer sample sizes for RiskCalc™ values are different from the above information and the RiskCalc™ sample size for this peer group consists of 0 companies. Customer values for RiskCalc™ are not available on this report.  Please select the RiskCalc™ report from the print menu to view customer RiskCalc™ values.

RISKCALC™        Peer Value

1 Yr EDF Credit Measure
  Upper
  Median
  Lower

5 Yr EDF Credit Measure
  Upper
  Median
  Lower

SBN000745
18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 4 of 30

| | |
|---|---|
| **From:** | Charlie Tizzard <ctizzard@seatranmarine.com> |
| **Sent:** | Monday, July 20, 2015 10:50 AM |
| **To:** | Chapman Matis |
| **Cc:** | Fred Beebe; Blake Miguez - MC |
| **Subject:** | RE: Iberia Marine Loan Request |

Chapman,
I consulted with the CPA that prepared the audited financials for Iberia Marine and affiliates for 2011 and 2012 concerning the issue you raise in the below email. If you review the total equity of the consolidated financials, the total equity increased from $14.894MM to $17.762MM. The components of the changes include the net income of $3.134MM, the change in unrealized gain on investments of $367K, contributions by the owner of $1.761MM, and distribution to the owner of ($2.394MM). The CPA suggested you review the income and equity changes on pages 21-24 of the audited report because the net income for the various vessel owning entities wasn't recorded in the retained earnings but rather in the member's equity on the consolidated balance sheet on page 3.

If a further explanation is needed, the CPA, Brad Kolder, said he would be glad to discuss the issue with you. Please advise if you want to discuss the issue with Bred and I will have him contact you.

Thanks.
Charlie Tizzard

**From:** Chapman Matis [mailto:RMatis@FirstNBCBank.com]
**Sent:** Thursday, July 16, 2015 11:55 AM
**To:** Charlie Tizzard
**Subject:** RE: Iberia Marine Loan Request

Hey Charlie,

We were trying to reconcile the earnings account. We show a $2.394MM distribution that year, but have a $2.512MM unexplained adjustment. So it looks like this;

| | |
|---|---|
| Beginning Retained Earnings | 5,554MM |
| Net Profit | 3,133MM |
| Withdraw/Dist | (2,394)MM |
| Ending Retained Earnings | 3,781MM |

Thanks for working with us on this and getting those financials. Also, if you could put me in contact with someone that may have the Miguez Fuel financials I would be most appreciative, but understand that it is out of your reach. I will be out of the office this afternoon and Friday, but will return Monday.

Have a great weekend,
Chapman

1



## CONSOLIDATED ACCOUNT ANALYSIS STATEMENT

Statement Period: 03/01/2015 through 03/31/2015

IBERIA MARINE SERVICE, LLC
OPERATING ACCOUNT
P.O. BOX 1820          1004
AMELIA LA          70340

Officer: MAGGARD, KENNETH
Branch ID: 74

Composite Number: ▉▉▉▉▉▉▉▉

Account Analysis Questions? Call 1-866-632-8888

## BALANCE SUMMARY

Average Ledger Balance
    Less Average Uncollected Funds
Average Collected Balance
Average Negative Collected Balance
Average Positive Collected Balance
Earnings Allowance Rate
Reserve Requirement Rate

## BALANCE RECONCILIATION

Average Positive Collected Balance Available For Earnings Credit
    Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees
Excess/(Deficit) Balance

## FEE RECONCILIATION

Earnings Allowance Credit
    Less Analyzed Services Provided
Excess/(Deficit) Earnings
Analyzed Service Charges
Total Monthly Services Provided

This relationship settles monthly via debit.

Your account number ▉▉▉▉▉ will be charged $497.42 for this analysis period.

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73.

Did you know you can now deposit your incoming checks electronically from your office? Call
1-866-632-8888 to learn more about Capital One's Remote Deposit service.



AFP SERVICE CODES
Accredited Provider™

MEMBER FDIC

## ACCOUNT ANALYSIS STATEMENT

Statement Period: 03/01/2015 through 03/31/2015

Page: 5 of 28

IBERIA MARINE SERVICE, LLC
OPERATING ACCOUNT
P.O. BOX 1820
AMELIA LA            70340

Branch ID: 74
Composite Number: ███████
Account Number: ███████

## BALANCE SUMMARY

Average Ledger Balance
   Less Average Uncollected Funds
Average Collected Balance
Average Negative Collected Balance
Average Positive Collected Balance
Earnings Allowance Rate
Reserve Requirement Rate

## BALANCE RECONCILIATION

Average Positive Collected Balance Available For Earnings Credit
   Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees
Excess/(Deficit) Balance

## FEE RECONCILIATION

Earnings Allowance Credit
   Less Analyzed Services Provided
Excess/(Deficit) Earnings
Analyzed Service Charges
Total Monthly Services Provided

Service fees due, if any, will be settled as part of account number ███████

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73.

**Capital**One
Commercial Banking

# MANAGE YOUR CASH
CASH MANAGEMENT   CHECKING   MONEY MARKET   CDs   LOANS

## ACCOUNT ANALYSIS STATEMENT
Statement Period: 03/01/2015 through 03/31/2015

Page: 7 of 26

IBERIA MARINE SERVICE, LLC
HOLDING ACCOUNT
P.O. BOX 1820
AMELIA LA          70340

Branch ID: 74
Composite Number: ███████ 331
Account Number: ████████

## BALANCE SUMMARY

Average Ledger Balance
   Less Average Uncollected Funds
Average Collected Balance
Average Negative Collected Balance
Average Positive Collected Balance
Earnings Allowance Rate
Reserve Requirement Rate



## BALANCE RECONCILIATION

Average Positive Collected Balance Available For Earnings Credit
   Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees
Excess/(Deficit) Balance

## FEE RECONCILIATION

Earnings Allowance Credit
   Less Analyzed Services Provided
Excess/(Deficit) Earnings
Analyzed Service Charges
Total Monthly Services Provided



Service fees due, if any, will be settled as part of account number ████████

Positive Collected Balance Required to offset $1.00 in Services: 53,924.73.

**Capital**One
**Commercial Banking**

**MANAGE YOUR CASH**
CASH MANAGEMENT   CHECKING   MONEY MARKET   CDs   LOANS

ACCOUNT ANALYSIS STATEMENT

Statement Period: 03/01/2015 through 03/31/2015

Page: 9 of 26

IBERIA CREWBOAT & MARINE SERVICES LLC
P.O. BOX 1820
AMELIA LA          70340

Branch ID: 74
Composite Number: ██████████ 331
Account Number: ██████████

## BALANCE SUMMARY

Average Ledger Balance
   Less Average Uncollected Funds
Average Collected Balance
Average Negative Collected Balance
Average Positive Collected Balance
Earnings Allowance Rate
Reserve Requirement Rate



## BALANCE RECONCILIATION

Average Positive Collected Balance Available For Earnings Credit
   Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees
Excess/(Deficit) Balance



## FEE RECONCILIATION

Earnings Allowance Credit
   Less Analyzed Services Provided
Excess/(Deficit) Earnings
Analyzed Service Charges
Total Monthly Services Provided

Service fees due, if any, will be settled as part of account number 

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73.


**Commercial Banking**

# MANAGE YOUR CASH
CASH MANAGEMENT   CHECKING   MONEY MARKET   CDs   LOANS

Branch ID: 74

LADY BRANDI LLC
P.O. BOX 1820
AMELIA LA          70340

Composite Number: 331
Account Number:

## BALANCE SUMMARY

| | |
|---|---|
| Average Ledger Balance | $67,444.29 |
| Less Average Uncollected Funds | $0.00 |
| Average Collected Balance | $67,444.29 |
| Average Negative Collected Balance | $0.00 |
| Average Positive Collected Balance | $67,444.29 |
| Earnings Allowance Rate | 0.3000% |
| Reserve Requirement Rate | 10.0000% |

## BALANCE RECONCILIATION

| | |
|---|---|
| Average Positive Collected Balance Available For Earnings Credit | $60,699.86 |
| Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees | $215,389.18 |
| Excess/(Deficit) Balance | ($154,689.32) |

## FEE RECONCILIATION

| | |
|---|---|
| Earnings Allowance Credit | $15.47 |
| Less Analyzed Services Provided | $54.88 |
| Excess/(Deficit) Earnings | ($39.41) |
| Analyzed Service Charges | $39.41 |
| Total Monthly Services Provided | $39.41 |

Service fees due, if any, will be settled as part of account number

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73.

SBN000751



Branch ID: 74
Composite Number: ████████████B31
Account Number: ██████████

LADY EVE LLC
P.O. BOX 1820
AMELIA LA          70340

## BALANCE SUMMARY

| | |
|---|---|
| Average Ledger Balance | $53,593.72 |
| Less Average Uncollected Funds | $0.00 |
| Average Collected Balance | $53,593.72 |
| Average Negative Collected Balance | $0.00 |
| Average Positive Collected Balance | $53,593.72 |
| Earnings Allowance Rate | 0.3000% |
| Reserve Requirement Rate | 10.0000% |

## BALANCE RECONCILIATION

| | |
|---|---|
| Average Positive Collected Balance Available For Earnings Credit | $48,234.35 |
| Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees | $196,864.46 |
| Excess/(Deficit) Balance | ($148,630.11) |

## FEE RECONCILIATION

| | |
|---|---|
| Earnings Allowance Credit | $12.29 |
| Less Analyzed Services Provided | $50.16 |
| Excess/(Deficit) Earnings | ($37.87) |
| Analyzed Service Charges | $37.87 |
| Total Monthly Services Provided | $37.87 |

Service fees due, if any, will be settled as part of account number ████████████

Positive Collected Balance Required to offset $1.00 in Services: 53,924.73.

SBN000752

18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 11 of 30



### ACCOUNT ANALYSIS STATEMENT
Statement Period: 03/01/2015 through 03/31/2015

Page: 15 of 26

LADY GLENDA LLC
P.O. BOX 1820
AMELIA LA          70340

Branch ID: 74
Composite Number: ▓▓▓▓▓▓ 331
Account Number: ▓▓▓▓▓▓

## BALANCE SUMMARY

| | |
|---|---|
| Average Ledger Balance | $23,805.16 |
| Less Average Uncollected Funds | $0.00 |
| Average Collected Balance | $23,805.16 |
| Average Negative Collected Balance | $0.00 |
| Average Positive Collected Balance | $23,805.16 |
| Earnings Allowance Rate | 0.3000% |
| Reserve Requirement Rate | 10.0000% |

## BALANCE RECONCILIATION

| | |
|---|---|
| Average Positive Collected Balance Available For Earnings Credit | $21,424.64 |
| Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees | $110,598.89 |
| Excess/(Deficit) Balance | ($89,174.25) |

## FEE RECONCILIATION

| | |
|---|---|
| Earnings Allowance Credit | $5.46 |
| Less Analyzed Services Provided | $28.18 |
| Excess/(Deficit) Earnings | ($22.72) |
| Analyzed Service Charges | $22.72 |
| Total Monthly Services Provided | $22.72 |

Service fees due, if any, will be settled as part of account number ▓▓▓▓▓▓.

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73.


**Capital**One
Commercial Banking

**MANAGE YOUR CASH**
CASH MANAGEMENT   CHECKING   MONEY MARKET   CDs   LOANS

### ACCOUNT ANALYSIS STATEMENT
Statement Period: 03/01/2015 through 03/31/2015

Page: 17 of 26

MR. BLAKE LLC
P.O. BOX 1820
AMELIA LA          70340

Branch ID: 74
Composite Number: 331
Account Number:

## BALANCE SUMMARY

| | |
|---|---|
| Average Ledger Balance | $9,131.03 |
| Less Average Uncollected Funds | $0.00 |
| Average Collected Balance | $9,131.03 |
| Average Negative Collected Balance | $0.00 |
| Average Positive Collected Balance | $9,131.03 |
| Earnings Allowance Rate | 0.3000% |
| Reserve Requirement Rate | 10.0000% |

## BALANCE RECONCILIATION

| | |
|---|---|
| Average Positive Collected Balance Available For Earnings Credit | $8,217.92 |
| Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees | $102,788.68 |
| Excess/(Deficit) Balance | ($94,570.76) |

## FEE RECONCILIATION

| | |
|---|---|
| Earnings Allowance Credit | $2.09 |
| Less Analyzed Services Provided | $26.19 |
| Excess/(Deficit) Earnings | ($24.10) |
| Analyzed Service Charges | $24.10 |
| Total Monthly Services Provided | $24.10 |

Service fees due, if any, will be settled as part of account number

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73.

1006

26 150416 PAGE 00009 OF 00013

9-0 COL09178 6056 0051 204



**MANAGE YOUR CASH**
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

ACCOUNT ANALYSIS STATEMENT

Statement Period: 03/01/2015 through 03/31/2015

Page: 19 of 26

Branch ID: 74
Composite Number: ███████ 331
Account Number: ██████████

MR. MASON LLC
P.O. BOX 1820
AMELIA LA          70340

## BALANCE SUMMARY

| | |
|---|---|
| Average Ledger Balance | $43,742.29 |
| Less Average Uncollected Funds | $0.00 |
| Average Collected Balance | $43,742.29 |
| Average Negative Collected Balance | $2,615.22 |
| Average Positive Collected Balance | $46,357.51 |
| Earnings Allowance Rate | 0.3000% |
| Reserve Requirement Rate | 10.0000% |

## BALANCE RECONCILIATION

| | |
|---|---|
| Average Positive Collected Balance Available For Earnings Credit | $41,721.77 |
| Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees | $204,203.71 |
| Excess/(Deficit) Balance | ($162,481.94) |

## FEE RECONCILIATION

| | |
|---|---|
| Earnings Allowance Credit | $10.63 |
| Less Analyzed Services Provided | $52.03 |
| Excess/(Deficit) Earnings | ($41.40) |
| Analyzed Service Charges | $41.40 |
| Total Monthly Services Provided | $41.40 |

Service fees due, if any, will be settled as part of account number ██████████

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73.

SBN000755

18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 14 of 30

**Capital**One
Commercial Banking

# MANAGE YOUR CASH
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

ACCOUNT ANALYSIS STATEMENT
Statement Period: 03/01/2015 through 03/31/2015

Page: 21 of 26

Branch ID: 74

MR. RIDGE LLC
P.O. BOX 1820
AMELIA LA          70340

Composite Number: ████ 331
Account Number: ████████

## BALANCE SUMMARY

| | |
|---|---|
| Average Ledger Balance | $15,946.49 |
| Less Average Uncollected Funds | $0.00 |
| Average Collected Balance | $15,946.49 |
| Average Negative Collected Balance | $0.00 |
| Average Positive Collected Balance | $15,946.49 |
| Earnings Allowance Rate | 0.3000% |
| Reserve Requirement Rate | 10.0000% |

## BALANCE RECONCILIATION

| | |
|---|---|
| Average Positive Collected Balance Available For Earnings Credit | $14,351.84 |
| Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees | $106,438.68 |
| Excess/(Deficit) Balance | ($92,086.84) |

## FEE RECONCILIATION

| | |
|---|---|
| Earnings Allowance Credit | $3.66 |
| Less Analyzed Services Provided | $27.12 |
| Excess/(Deficit) Earnings | ($23.46) |
| Analyzed Service Charges | $23.46 |
| Total Monthly Services Provided | $23.46 |

Service fees due, if any, will be settled as part of account number ████████

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73.


MR. ROW LLC
P.O. BOX 1820
AMELIA LA          70340

Branch ID: 74
Composite Number: ▮▮▮▮▮▮▮331
Account Number: ▮▮▮▮▮▮▮

## BALANCE SUMMARY

| | |
|---|---:|
| Average Ledger Balance | $148,049.23 |
| Less Average Uncollected Funds | $0.00 |
| Average Collected Balance | $148,049.23 |
| Average Negative Collected Balance | $0.00 |
| Average Positive Collected Balance | $148,049.23 |
| Earnings Allowance Rate | 0.3000% |
| Reserve Requirement Rate | 10.0000% |

## BALANCE RECONCILIATION

| | |
|---|---:|
| Average Positive Collected Balance Available For Earnings Credit | $133,244.31 |
| Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees | $260,680.56 |
| Excess/(Deficit) Balance | ($127,436.25) |

## FEE RECONCILIATION

| | |
|---|---:|
| Earnings Allowance Credit | $33.95 |
| Less Analyzed Services Provided | $66.42 |
| Excess/(Deficit) Earnings | ($32.47) |
| Analyzed Service Charges | $32.47 |
| Total Monthly Services Provided | $32.47 |

Service fees due, if any, will be settled as part of account number ▮▮▮▮▮▮▮

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73

**Capital**One
Commercial Banking

**MANAGE YOUR CASH**
CASH MANAGEMENT   CHECKING   MONEY MARKET   CDs   LOANS

ACCOUNT ANALYSIS STATEMENT
Statement Period: 03/01/2015 through 03/31/2015

Page: 25 of 26

Branch ID: 74

MR. STEVEN LLC
P.O. BOX 1820
AMELIA LA            70340

Composite Number: ▉▉▉▉▉331
Account Number: ▉▉▉▉▉

## BALANCE SUMMARY

| | |
|---|---|
| Average Ledger Balance | $66,907.95 |
| Less Average Uncollected Funds | $0.00 |
| Average Collected Balance | $66,907.95 |
| Average Negative Collected Balance | $0.00 |
| Average Positive Collected Balance | $66,907.95 |
| Earnings Allowance Rate | 0.3000% |
| Reserve Requirement Rate | 10.0000% |

## BALANCE RECONCILIATION

| | |
|---|---|
| Average Positive Collected Balance Available For Earnings Credit | $60,217.15 |
| Less Required Balances Available for Earnings Credit to Offset Total Analyzed Fees | $143,959.10 |
| Excess/(Deficit) Balance | ($83,741.95) |

## FEE RECONCILIATION

| | |
|---|---|
| Earnings Allowance Credit | $15.34 |
| Less Analyzed Services Provided | $36.68 |
| Excess/(Deficit) Earnings | ($21.34) |
| Analyzed Service Charges | $21.34 |
| Total Monthly Services Provided | $21.34 |

Service fees due, if any, will be settled as part of account number ▉▉▉▉▉

Positive Collected Balance Required to offset $1.00 in Services: $3,924.73.



**UBS**

UBS Financial Services Inc.
925 4th Avenue
20th Floor
Seattle WA 98104-1157

APZ30003277391 0315 X* WI 0

# Resource Management Account
March 2015

IBERIA*CREWBOATS AND
MARINE*SERVICES LLC
CAPITAL CONSTRUCTION FUND
109 HWY 90 WEST
NEW IBERIA LA 70560-9485

**Account name:** IBERIA*CREWBOATS AND
MARINE*SERVICES LLC

**Account number:** ▮▮▮▮▮▮▮

**Your Financial Advisor:**
HORWITZ,KENNETH
Phone  206-628-8511/800-426-7531

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 417063134.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
• Help protect yourself from fraud and
review bank, credit card, and brokerage
statements regularly. Also, get your free
credit report annually from
www.annualcreditreport.com.



## Value of your account



|  | on February 27 ($) | on March 31 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |
| Accrued interest in value above |  |  |

## Tracking the value of your account

$ Thousands



Dec 2008   Dec 2009   Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Feb 2015   Mar 2015

**Sources of your account growth
during 2015**



Value of your account
at year-end 2014
Net deposits and
withdrawals
Your investment return
   Dividend and
   interest income
   Change in value of
   accrued interest
   Change in
   market value
**Value of your account
on Mar 31, 2015**

Member SIPC          APZ30001000 A27391 PZ30000106978 00001 0315 010867545 WA31 34600 100000          Page 1 of 8



**UBS Financial Services Inc.**
925 4th Avenue
20th Floor
Seattle WA 98104-1157

APP10014083390315 X1 WI 0

# Resource Management Account
March 2015

IBERIA CREWBOATS AND
MARINE SERVICES LLC
109 HWY 90 WEST
NEW IBERIA LA 70560-9485

**Account name:** IBERIA CREWBOATS AND
MARINE SERVICES LLC

**Account number:** 

**Your Financial Advisor:**
HORWITZ, KENNETH
Phone 206-628-8511/800-426-7531

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 417036706.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
- Help protect yourself from fraud and
review bank, credit card, and brokerage
statements regularly. Also, get your free
credit report annually from
www.annualcreditreport.com.

## Value of your account

|  | on February 27 ($) | on March 31 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |



## Tracking the value of your account

$ Thousands



Dec 2008   Dec 2009   Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Feb 2015   Mar 2015

**Sources of your account growth
during 2015**



Value of your account
at year-end 2014
Net deposits and
withdrawals
Your investment return
Dividend and
interest income
Change in value of
accrued interest
Change in
market value
**Value of your account
on Mar 31, 2015**

Member SIPC

APP10001001408139 PP100003/723 00001 0315 000000000 70461059620 101006


UBS

UBS Financial Services Inc.
925 4th Avenue
20th Floor
Seattle WA 98104-1157

APZ3000327023 0315 X1 W 0

# Business Services Account
March 2015

**Your Financial Advisor:**
HORWITZ, KENNETH
Phone: 206-628-8511/800-426-7531

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account [REDACTED]

**Visit our website:**
www.ubs.com/financialservices

**Account name:** IBERIA MARINE SERVICES LLC
CAPITAL CONSTRUCTION FUND
Pleg'd Coll Acc:-FBO UBS Bank USA

**Account number:** [REDACTED]

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation
**Your risk profile:**
Primary - Moderate
Investment eligibility consideration - None
selected

**Your account instructions**
- This account has been pledged to
  secure an obligation or is guaranteeing
  the obligations of another account.
- Your account cost basis default closing
  method is FIFO, First In, First Out.

## Value of your account

|  | on February 27 ($) | on March 31 ($) |
|---|---|---|
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your account** |  |  |

## Change in the value of your account

|  | March 2015 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** |  |  |
| Dividend and interest income |  |  |
| Change in market value |  |  |
| **Closing account value** |  |  |

18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 20 of 30

SBN000761



## UBS

UBS Financial Services Inc.
925 4th Avenue
20th Floor
Seattle WA 98104-1157

APZ3000327453 0315 x1 W1 0

# Resource Management Account
March 2015

**Your Financial Advisor:**
HORWITZ,KENNETH
Phone: 206-628-8511/800-426-7531

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account █████

**Visit our website:**
www.ubs.com/financialservices

**Account name:** STEVEN J MIGUEZ
CAPITAL CONSTRUCTION FUND
Pleg'd Coll Acct-FBO UBS Bank USA

**Account number:** ██████

**Your investment objectives:**
You have identified the following
investment objectives for this account. If
you have questions about these
objectives, disagree with them, or wish to
change them, please contact your
Financial Advisor or Branch Manager. You
can find a full description of the
alternative investment objectives in
*Important information about your
statement* at the end of this document.

**Your return objective:**
Current income & capital appreciation
**Your risk profile:**
Primary - Moderate
Investment eligibility consideration - None
selected

## Value of your account

As a service to you, your portfolio value of
█████ includes accrued interest

| | on February 27 ($) | on March 31 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your account** | | |
| Accrued interest in value above | | |

**Your account instructions**
- This account has been pledged to
  secure an obligation or is guaranteeing
  the obligations of another account.
- Your account cost basis default closing
  method is FIFO, First In, First Out.

## Change in the value of your account



| | March 2015 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | | |
| Withdrawals and fees, including investments transferred out | | |
| Dividend and interest income | | |
| Change in value of accrued interest | | |
| Change in market value | | |
| **Closing account value** | | |

18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 21 of 30

SBN000762


**UBS**

UBS Financial Services Inc.
925 4th Avenue
20th Floor
Seattle WA 98104-1157

AP23C0032744S 0315 X1 W1 0

# Summary of your UBS Portfolio
March 2015

STEVEN J MIGUEZ AND
GLENDA N MIGUEZ JT TEN
109 HWY 90 WEST
NEW IBERIA LA 70560-9485

**Your Financial Advisor:**
HORWITZ,KENNETH
Phone 206-628-8517/800-426-7531

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
‣ Help protect yourself from fraud and review bank, credit card, and brokerage statements regularly. Also, get your free credit report annually from www.annualcreditreport.com.

## Value of your portfolio

|  | on February 27 ($) | on March 31 ($) |
|---|---|---|
| Your assets | | |
| Your liabilities | | |
| **Value of your portfolio** | | |
| Accrued interest in value above | | |



As at period. Includes accrued interest.

## Tracking the value of your portfolio



Dec 2008  Dec 2009  Dec 2010  Dec 2011  Dec 2012  Dec 2013  Dec 2014  Feb 2015  Mar 2015

**Sources of your portfolio growth during 2015**



Value of your portfolio at year end 2014
Net deposits and withdrawals
Your investment return
  Dividend and interest income
  Change in value of accrued interest
  Change in market value
**Value of your portfolio on Mar 31, 2015**

18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 22 of 30     SBN000763


UBS

UBS Financial Services Inc.
925 4th Avenue
20th Floor
Seattle WA 98104-1157

APZ3C003327015 0315 X1 W1 0

# Summary of your UBS Portfolio
March 2015

IBERIA MARINE SERVICES LLC
REGULAR ACCOUNT
109 HWY 90 WEST
NEW IBERIA LA 70560-9485

**Your Financial Advisor:**
HORWITZ, KENNETH
Phone. 206-628-8511/800-426-7531

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
‣ Help protect yourself from fraud and
review bank, credit card, and brokerage
statements regularly. Also, get your free
credit report annually from
www.annualcreditreport.com.

## Value of your portfolio



|  | on February 27 ($) | on March 31 ($) |
| --- | --- | --- |
| Your assets |  |  |
| Your liabilities |  |  |
| **Value of your portfolio** |  |  |

## Tracking the value of your portfolio

$ Thousands



Dec 2008   Dec 2009   Dec 2010   Dec 2011   Dec 2012   Dec 2013   Dec 2014   Feb 2015   Mar 2015

**Sources of your portfolio growth
during 2015**



Value of your portfolio
at year-end 2014
Your investment return
  dividend and
  interest income
  change in
  market value
**Value of your portfolio
on Mar 31, 2015**

18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 23 of 30          SBN000764

| Form **1120S** | U.S. Income Tax Return for an S Corporation | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is<br>attaching Form 2553 to elect to be an S corporation.<br>▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s. | **2013** |

For calendar year 2013 or tax year beginning _____ , 2013, ending _____

| **A** S election effective date<br>1/01/2005 | | **D** Employer identification number |
|---|---|---|
| **B** Business activity code<br>number (see instns)<br>483000 | **TYPE**<br>**OR**<br>**PRINT** | IBERIA MARINE SERVICE, LLC<br>P O BOX 1820<br>AMELIA, LA 70340 |
| **C** Check if Schedule<br>M-3 attached ☐ | | **E** Date incorporated<br>3/08/2004 |
| | | **F** Total assets (see instructions)<br>**$** |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☒ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........ ▶ 1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I**<br>**N**<br>**C**<br>**O**<br>**M**<br>**E** | **1a** Gross receipts or sales | **1a** ■ | | |
| | **b** Returns and allowances | **1b** ■ | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (see instrs — attach statement) | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 ........ ▶ | | **6** | |
| **D**<br>**E**<br>**D**<br>**U**<br>**C**<br>**T**<br>**I**<br>**O**<br>**N**<br>**S**<br><br>**SEE**<br>**INSTRS** | **7** Compensation of officers (see instructions - attach Form 1125-E) | | **7** | |
| | **8** Salaries and wages (less employment credits) | | **8** | |
| | **9** Repairs and maintenance | | **9** | |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | |
| | **12** Taxes and licenses | SEE STATEMENT 1 | **12** | |
| | **13** Interest | | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** | | **15** | |
| | **16** Advertising | | **16** | |
| | **17** Pension, profit-sharing, etc, plans | | **17** | |
| | **18** Employee benefit programs | | **18** | |
| | **19** Other deductions (attach statement) | SEE STATEMENT 2 | **19** | |
| | **20** **Total deductions.** Add lines 7 through 19 ........ ▶ | | **20** | |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 | | **21** | |
| **T**<br>**A**<br>**X**<br><br>**A**<br>**N**<br>**D**<br><br>**P**<br>**A**<br>**Y**<br>**M**<br>**E**<br>**N**<br>**T**<br>**S** | **22a** Excess net passive income or LIFO recapture<br>tax (see instructions) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23a** 2013 estimated tax payments and 2012 overpayment credited to 2013 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Add lines 23a through 23c | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | 0. |
| | **26** **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26 Credited to 2014 estimated tax ▶ _____ Refunded ▶ | | **27** | |

**Sign**
**Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _TAXPAYER COPY_
Signature of officer / Debbie Champagne, Sole Member Iberia Mgmt Co, LLC
New Member Signature

Date _____

▶ PRESIDENT
Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid**
**Preparer**
**Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if<br>self-employed | PTIN |
|---|---|---|---|---|
| ROBERT J. METZ, CPA | | | | |

| Firm's name ▶ | KOLDER, CHAMPAGNE, SLAVEN & COMPANY | Firm's EIN ▶ | |
|---|---|---|---|
| Firm's address ▶ | 450 EAST MAIN<br>NEW IBERIA, LA 70560 | Phone no. | (337) 367-9204 |

BAA For Paperwork Reduction Act Notice, see separate instructions.     SPSA0105L  08/23/13     Form **1120S** (2013)

SBN000765
18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 24 of 30

| Schedule B | Other Information (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|
| 1 | Check accounting method:   a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) ► _____ | | | | | |
| 2 | See the instructions and enter the: | | | | | |
| | a Business activity ► SERVICE _____   b Product or service ► BOATS & CREWS | | | | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If 'Yes,' attach Schedule B-1, Information on Certain Shareholders of an S Corporation … | | | | | X |
| 4a | At the end of the tax year, did the corporation: Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below. | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| | b Own directly an interest of 20% or more, or own directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below. | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? If 'Yes,' complete lines (i) and (ii) below. | | | X |
| | (i) Total shares of restricted stock … ► _____ | | | |
| | (ii) Total shares of non-restricted stock … ► _____ | | | |
| | b At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? If 'Yes,' complete lines (i) and (ii) below. | | | X |
| | (i) Total shares of stock outstanding at the end of the tax year … ► _____ | | | |
| | (ii) Total shares of stock outstanding if all instruments were executed … ► _____ | | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount … ► ☐ If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| 8 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ►$ _____ | | | |
| 9 | Enter the accumulated earnings and profits of the corporation at the end of the tax year. ► $ _____ | | | |
| 10 | Does the corporation satisfy both of the following conditions? | | | |
| | a The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | | |
| | b The corporation's total assets at the end of the tax year were less than $250,000 | | | X |
| | If 'Yes,' the corporation is not required to complete Schedules L and M-1. | | | |
| 11 | During the tax year, did the corporation have any non-shareholder debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If 'Yes,' enter the amount of principal reduction ► $ _____ | | | |
| 12 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions … | | | X |
| 13a | Did the corporation make any payments in 2013 that would require it to file Form(s) 1099? | | | X | |
| | b If 'Yes,' did the corporation file or will it file required Forms 1099? | | | X | |

Form 1120S (2013)

TAXPAYER COPY

Bourgeois, Bennett, Brown & Company, LLC
Certified Public Accountants
New Iberia, LA

## Schedule K | Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | **1** | ████████ |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) ....... | **3a** | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Interest income .......... | **4** | |
| | **5** Dividends:   **a** Ordinary dividends ........ | **5a** | |
| | **b** Qualified dividends ..... | **5b** | |
| | **6** Royalties ........... | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | **8a** | |
| | **b** Collectibles (28%) gain (loss) ..... | **8b** | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **8c** | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | **9** | |
| | **10** Other income (loss) (see instructions)       Type ► | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | **11** | |
| | **12a** Charitable contributions .......     SEE STATEMENT 3 | **12a** | |
| | **b** Investment interest expense ...... | **12b** | |
| | **c** Section 59(e)(2) expenditures (1) Type ►               (2) Amount ► | **12c (2)** | |
| | **d** Other deductions (see instructions)   Type ► | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** Low-income housing credit (other) | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | **13c** | |
| | **d** Other rental real estate credits (see instrs)   Type ► | **13d** | |
| | **e** Other rental credits (see instrs)   Type ► | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | **13f** | |
| | **g** Other credits (see instructions)     Type ► | **13g** | |
| **Foreign Transactions** | **14a** Name of country or U.S. possession ► | | |
| | **b** Gross income from all sources ........ | **14b** | |
| | **c** Gross income sourced at shareholder level | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Passive category ......... | **14d** | |
| | **e** General category ......... | **14e** | |
| | **f** Other (attach statement) ...... | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **g** Interest expense ......... | **14g** | |
| | **h** Other ........... | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **i** Passive category ......... | **14i** | |
| | **j** General category ......... | **14j** | |
| | **k** Other (attach statement) ...... | **14k** | |
| | Other information | | |
| | **l** Total foreign taxes (check one): ►   Paid ☐   Accrued ☐ | **14l** | |
| | **m** Reduction in taxes available for credit | | |
| | (attach statement) ........ | **14m** | |
| | **n** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | |
| | **b** Adjusted gain or loss ....... | **15b** | |
| | **c** Depletion (other than oil and gas) .... | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions | **15e** | |
| | **f** Other AMT items (attach statement) .... | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income ...... | **16a** | |
| | **b** Other tax-exempt income ...... | **16b** | |
| | **c** Nondeductible expenses .....     SEE STATEMENT 4 | **16c** | |
| | **d** Distributions (attach stmt if required) (see instrs) | **16d** | |
| | **e** Repayment of loans from shareholders ... | **16e** | |

TAXPAYER COPY
Gieger, Champagne, Sowah & Company, LLC
Certified Public Accountants
New Roads, LA

BAA                                                                    Form 1120S (2013)

Form 1120S (2013)   IBERIA MARINE SERVICE, LLC ▮▮▮▮▮▮                                     Page 4

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount | |
|---|---|---|---|---|

| Other Information | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |

| Reconciliation | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l | 18 | |



| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) .... SEE ST 5 | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt) .... SEE ST 6 | | | | |
| 15 | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) .. SEE ST 7 | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | | | |

SPSA0134  06/27/13                                                          Form 1120S (2013)

TAXPAYER COPY
Kolder, Champagne, Slaven & Company, LLC
Certified Public Accountants
New Iberia, LA

SBN000768
18-51277 - #150-36  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 part 2 Pg 27 of 30

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note. Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions**

| | |
|---|---|
| 1 Net income (loss) per books . . . . . . . . . . . . | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | a Tax-exempt interest $ _ _ _ _ _ _ _ _ _ _ |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | 6 Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): |
| a Depreciation . . . . . . . $ _ _ _ _ _ | a Depreciation . . . . $ _ _ _ _ _ _ _ _ _ _ |
| b Travel and entertainment. $ _ _ _ _ _ | |
| SEE STATEMENT 8 | 7 Add lines 5 and 6 . . . . . . . . . . . . . . . . . . |
| 4 Add lines 1 through 3 . . . . . . . . . . . . . . . | 8 Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 . . . |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions) |
|---|---|

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year . . . . . . . . . . . . . . . . . . | | | |
| 2 Ordinary income from page 1, line 21 . . . . . . . . . . . . . . . . . . | | | |
| 3 Other additions . . . . . . . . . SEE STATEMENT 9 . . . . | | | |
| 4 Loss from page 1, line 21 . . . . . . . . . . . . . . . . . . . . | | | |
| 5 Other reductions . . . . . . . . . SEE STATEMENT 10 . . . | | | |
| 6 Combine lines 1 through 5 . . . . . . . . . . . . . . . . . . . . | | | |
| 7 Distributions other than dividend distributions . . . . . . . . . . . . | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . | | | |

SPSA0134L  06/27/13

Form 1120S (2013)

TAXPAYER COPY
Kolder, Champagne, Steven & Company, LLC
Certified Public Accountants
New Iberia, LA

SBN000770

SCHEDULE D
(Form 1120S)

Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses and Built-In Gains**

► Attach to Form 1120S.
► Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.
► Information about Schedule D and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0123

**2013**

Name
IBERIA MARINE SERVICE, LLC

Employer identification number

**Part I    Short-Term Capital Gains and Losses — Assets Held One Year or Less**

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 1a Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b | | | | |
| 1b Totals for all transactions reported on Form(s) 8949 with Box A checked | | | | |
| 2 Totals for all transactions reported on Form(s) 8949 with Box B checked | | | | |
| 3 Totals for all transactions reported on Form(s) 8949 with Box C checked | | | | |

4 Short-term capital gain from installment sales from Form 6252, line 26 or 37 ................ 4
5 Short-term capital gain or (loss) from like-kind exchanges from Form 8824 ................ 5
6 Tax on short-term capital gain included on line 22 below .................................. 6
7 **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). Enter here and on Form 1120S, Schedule K, line 7 or 10 .......... 7

**Part II    Long-Term Capital Gains and Losses — Assets Held More Than One Year**

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 8a Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b | | | | |
| 8b Totals for all transactions reported on Form(s) 8949 with Box D checked | | | | |
| 9 Totals for all transactions reported on Form(s) 8949 with Box E checked | | | | |
| 10 Totals for all transactions reported on Form(s) 8949 with Box F checked | | | | |

11 Long-term capital gain from installment sales from Form 6252, line 26 or 37 ................ 11
12 Long-term capital gain or (loss) from like-kind exchanges from Form 8824 ................ 12
13 Capital gain distributions (see instructions) .......................................... 13
14 Tax on long-term capital gain included on line 23 below .................................. 14
15 **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Enter here and on 15

BAA   For Paperwork Reduction Act Notice, see the instructions for Form 1120S.   Schedule D (Form 1120S) 2013

UNREVISED COPY
Firm → Champagne, Strahan & Company, LLC
Certified Public Accountants
New Iberia, LA

| | Part III | Built-in Gains Tax (See instructions before completing this part.) | | |
|---|---|---|---|---|
| 16 | | Excess of recognized built-in gains over recognized built-in losses (attach computation statement)............................... | 16 | |
| 17 | | Taxable income (attach computation statement)............................................................................... | 17 | |
| 18 | | Net recognized built-in gain. Enter the smallest of line 16, line 17, or line 8 of Schedule B.................................. | 18 | |
| 19 | | Section 1374(b)(2) deduction............................................................................................... | 19 | |
| 20 | | Subtract line 19 from line 18. If zero or less, enter -0- here and on line 23............................................. | 20 | |
| 21 | | Enter 35% of line 20...................................................................................................... | 21 | |
| 22 | | Section 1374(b)(3) business credit and minimum tax credit carryforwards from C corporation years........... | 22 | |
| 23 | | Tax. Subtract line 22 from line 21 (if zero or less, enter -0-). Enter here and on Form 1120S, page 1, line 22b............................................................................................................ | 23 | |

Schedule D (Form 1120S) 2013

TAXPAYER COPY
Kolder, Champagne, Slaven & Company, LLC
Certified Public Accountants
New Iberia, LA

SPSA0301L  12/06/13