# LAT 11A – WATERCRAFT — 2013 PERSONAL PROPERTY TAX FORM

RETURN TO: [illegible]

NAME/ADDRESS: INDICATE ANY CHANGES
[illegible]

| | | |
|---|---|---|
| CONFIDENTIAL | RS: 47:2327. Only the Assessor, the governing authority, and Louisiana Tax Commission shall use this form filled out by the taxpayer solely for the purpose of administering this statue. | Legal Citation & Instructions: This report shall be filed with the Parish Assessor's Office by April 1st or within forty-five days after receipt, whichever is later, in accordance with RS 47:2324 |

| | | |
|---|---|---|
| PROPERTY LOCATION: (911/PHYSICAL ADDRESS) | WARD: 03 | ASSESSMENT NUMBER: [illegible] |
| NAME OF BUSINESS: | TYPE OF BUSINESS: | |
| OWNER OR CONTACT: | CONTACT'S PHONE NO.: | |
| LOCATION (IF DIFFERENT FROM MAILING ADDRESS) | FEDERAL ID NO.: | |
| | STATE ID NO.: | |

*SHADED AREAS FOR ASSESSOR'S USE ONLY – USE ATTACHMENTS IF NECESSARY*

## SECTION 1 – VESSELS

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COST INCL EQMT & ACCS | YEAR ACQD | YEAR BUILT | LENGTH & BREADTH | LOCATION (PARISH OR DOCKING POINT) JANUARY 1 | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | M/V [illegible] | 3,600,000 | 2005 | 2005 | 155 x 30 | | |

| DAYS WORKED | HORSE-POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE BARGE | SELF-PROPELLED | EFF. AGE | COST MULT. | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5900 | Crewboat | Alum | 4 | | ☒ YES | | | | |

WORKED PER MON.: JAN. FEB. MAR. APR. MAY JUN. JUL. AUG. SEPT. OCT. NOV. DEC.

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COST INCL EQMT & ACCS | YEAR ACQD | YEAR BUILT | LENGTH & BREADTH | LOCATION (PARISH OR DOCKING POINT) JANUARY 1 | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE-POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE BARGE | SELF-PROPELLED | EFF. AGE | COST MULT. | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | | |

WORKED PER MON.: JAN FEB. MAR. APR. MAY JUN JUL. AUG. SEPT. OCT. NOV. DEC.

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COST INCL EQMT & ACCS | YEAR ACQD | YEAR BUILT | LENGTH & BREADTH | LOCATION (PARISH OR DOCKING POINT) JANUARY 1 | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE-POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE BARGE | SELF-PROPELLED | EFF. AGE | COST MULT. | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | | |

WORKED PER MON.: JAN FEB MAR APR MAY JUN JUL AUG SEPT OCT NOV DEC

page 5 Copy mailed 8/14/13

SBN000862

# SECTION 1 – VESSELS

| VESSEL REGISTRATION NUMBER | | NAME OF VESSEL | | COST INCL. EQNT. & ACCS. | YEAR ACQ. | YEAR BUILT | LENGTH & BREADTH | | LOCATION (PARISH OR DOCKING POW!) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | JANUARY 1 | PREVIOUS YEAR |
| | | | | | | | X | | | |
| DAYS WORKED | HORSE-POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE, IF BARGE | SELF PROPELLED | EFF. AGE | COST MULT. | FAIR MARKET VALUE | ASSESSED VALUE |
| | | | | | | ☐ YES | | | | |
| WORKED PER MON.: | | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |

| VESSEL REGISTRATION NUMBER | | NAME OF VESSEL | | COST INCL. EQNT. & ACCS. | YEAR ACQ. | YEAR BUILT | LENGTH & BREADTH | | LOCATION (PARISH OR DOCKING POW!) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | JANUARY 1 | PREVIOUS YEAR |
| | | | | | | | X | | | |
| DAYS WORKED | HORSE-POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE, IF BARGE | SELF PROPELLED | EFF. AGE | COST MULT. | FAIR MARKET VALUE | ASSESSED VALUE |
| | | | | | | ☐ YES | | | | |
| WORKED PER MON.: | | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |

# SECTION 2 – CONSIGNED GOODS, LEASED, LOANED OR RENTED EQUIPMENT, FURNITURE, ETC.

| NAME AND ADDRESS | BRIEF DESCRIPTIONS | AGE | MONTHLY RENTAL | IF PRESENT DAY SELLING PRICE | FAIR MARKET VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL FAIR MARKET VALUE: | | |
| | | | ASSESSED VALUE: | | |

NOTE: PENALTIES FOR FAILURE TO FILE THIS FORM INCLUDE WAIVER OF RIGHTS TO APPEAL YOUR ASSESSMENT AND MAY INCLUDE A MONETARY PENALTY (R.S. 47:1992 & 2330)

NEED ASSISTANCE? AFTER YOU REVIEW THE ENCLOSED TAX FORM AND YOU FEEL YOU NEED ASSISTANCE PLEASE CALL THE ASSESSOR'S OFFICE AT (xxx) xxx-xxxx. THANK YOU

## SIGNATURE AND VERIFICATION

I declare under the penalties for filing false reports (R.S. 14:125, up to 500.00 fine or imprisonment for one year or both, plus additional penalties defined in Act 23106 of the LGB Regular Session) that this return has been examined by me and to the best of my knowledge and belief is a true, correct and complete return. I further declare, under the same noted penalties, that no application of Act No. 56 and/or R.S. 47:2108.1 refunds shall be duplicated on any of the vessels listed herein and that if any of the above reassessals assessment taxes are subsequently paid under protest to the Tax Collector that I shall immediately file a notarized statement attachment to this report with a mounted copy attached along with the Department of Revenue and Taxation, income or corporate income tax copy at the time of Act No. 50 of 1934 refund application.

| | |
|---|---|
| SIGNATURE OF TAXPAYER | DATE |
| SIGNATURE OF PREPARER | DATE |

SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ Day of _____ 20___

SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ Day of _____ 20___

SIGNATURE OF TAXPAYER

NOTARY PUBLIC

page 6

SBN000863

Louisiana Form IT-540 Schedule F line 1d2 code 52F

Ad Valorem Tax Credit for Offshore Vessels (R .S. 47:6006.1)

For Tax Year Ending 12-31-2013

Ad valorem tax paid to Parish in December 2013     ███████

Taxpayers partnership interest     10%

Partners share of allowable tax credit     ███████

Name of vessel:     Lady Marie.

Name of partnership:     Lady Marie, LLC

The taxpayer is a 10% owner of the partnership which owns the above vessel. As such, the partner is entitled to a 10% share of the ad valorem tax credit.

Attachments: assessor tax notice

                 cancelled check

                 LAT 11

page 7

SBN000864

Current Date: August 11, 2014

Community First Bank
New Iberia, LA.

Account Number: ▮▮▮▮▮
Capture Date: December 18, 2013
Item Number: 5252357128088
Posted Date: December 18, 2013
Posted Item Number: 352001889
Amount: 41,054.44
Record Type: Debit

LADY MARIE LLC
P O BOX 1820
AMELIA LA 70340



COMMUNITY FIRST BANK
64-532/652

000006

LADY MARIE, LLC
P.O. BOX 9530
NEW IBERIA, LA 70562

12/5/2013

PAY TO THE
ORDER OF    Lafourche Parish Sheriff's Office

$ ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    DOLLARS

Lafourche Parish Sheriff's Office
P. O. Box 5608
Thibodaux, LA 70302-5608

MEMO    Assessment # 2103382545    AUTHORIZED SIGNATURE

⑈000006⑈ ⑆0652053 29⑈ 103310 2⑈





# LAFOURCHE PARISH SHERIFF'S OFFICE
## SHERIFF CRAIG WEBRE
## EX-OFFICIO TAX COLLECTOR
PO BOX 669
THIBODAUX LA 70302-0669

PLEASE WRITE ASSESSMENT NUMBER 2103382646 ON YOUR CHECK.

# 2013
# TAX STATEMENT

125640

LADY MARIE, LLC
3015 GENE FLASH RD
NEW IBERIA LA 70560-7926

32682
2103382646

TAX NOTICE #: 52287
ASSESSMENT #: 2103382646

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| WATERCRAFT | 311,160 | 0 | BAYOU LAFOURCHE FRESH WAT | 2.09 | |
| | | | CONSOLIDATED | 79.96 | |
| TOTALS: | 311,160 | 0 | DRAINAGE DIST : | 0.90 | |
| | | | FIRE DIST 3 | 7.99 | |
| | | | GREATER LAFOURCHE PORT | 6.83 | |
| | | | HOSPITAL DIST. 1 | 4.34 | |
| | | | LAFOURCHE AMBULANCE | 3.10 | |
| | | | PARISH COUNCIL | 2.69 | |
| | | | ROAD DISTRICT #1 | 4.94 | |
| | | | SOUTH LAFOURCHE LEVEE | 9.85 | |
| | | | SPECIAL EDUCATION DIST. | 3.60 | |
| | | | SPECIAL SERVICE #1 | 1.59 | |
| | | | VETERANS DISTRICT | 0.58 | |
| | | | WATER DISTRICT #1 | 3.57 | |

Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION)  **TOTAL TAXES DUE:**

WATERCRAFT: 'LADY MARIE' #1120087

*Questions must be resolved by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT

page 9

SBN000866

# LAT 11A WATERCRAFT 2013 PERSONAL PROPERTY TAX FORM

(OUTER CONTINENTAL SHELF WATERCRAFT SUPPLEMENT)

| RETURN TO: | NAME/ADDRESS: (INDICATE ANY CHANGES) |
|---|---|
| Michael H. Martin | LADY MARIE, LLC |
| Lafourche Parish Assessor | 3015 GENE FLASH RD |
| 403 St. Louis Street | NEW IBERIA, LA 70560-0000 |
| Thibodaux, LA 70301 | |

| CONFIDENTIAL | RS 47 2327. Only the Assessor, the governing authority, and Louisiana Tax Commission shall use this form filled out by the taxpayer solely for the purpose of administering this statute. | Legal Citation & Instructions: This report shall be filed with the Assessor of the parish indicated by April 1st or within forty-five days after receipt, whichever is later, in accordance with RS 47 2324 |
|---|---|---|

| PROPERTY LOCATION: (E911/PHYSICAL ADDRESS) | | WARD: W | ASSESSMENT NUMBER: | 2103382646 |
|---|---|---|---|---|
| NAME OF BUSINESS: | | TYPE OF BUSINESS: | | |
| OWNER OR CONTACT: | | PHONE NUMBER: | | |
| LOCATION (IF DIFFERENT FROM MAILING ADDRESS) | | FEDERAL ID NO.: | | |
| | | STATE ID NO.: | | |

## SECTION 1 - VESSELS

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | CRUISING PRICE/AREA | YEAR ACQ | YEAR BUILT | LENGTH BEAM | LOCATION (PARISH/COLUMN FRONT PREVIOUS YEAR) |
|---|---|---|---|---|---|---|
| 1120087 | LADY MARIE | 3,150,000 | 2001 | 2001 | 145 x 28 | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF (SCREWS) | TYPE OF (BARGE) | USE OF (PROPULSION) | COST | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | 5000 | Penta Air Al | | + | ☒ YES | | | | |

| WORKED PER MONTH IN: | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | CRUISING PRICE/AREA | YEAR ACQ | YEAR BUILT | LENGTH BEAM | LOCATION (PARISH/COLUMN FRONT PREVIOUS YEAR) |
|---|---|---|---|---|---|---|
| | | | | | X | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF (SCREWS) | TYPE OF (BARGE) | USE OF (PROPULSION) | COST | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ YES | | | | |

| WORKED PER MONTH: | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | CRUISING PRICE/AREA | YEAR ACQ | YEAR BUILT | LENGTH BEAM | LOCATION (PARISH/COLUMN FRONT PREVIOUS YEAR) |
|---|---|---|---|---|---|---|
| | | | | | X | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF (SCREWS) | TYPE OF (BARGE) | USE OF (PROPULSION) | COST | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ YES | | | | |

| WORKED PER MONTH: | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Document No. [illegible]

page 1 of

Copy

## SECTION 1 — VESSELS

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COST INCL. EQUIPMENT & ACCS | YEAR ACQ. | YEAR BUILT | LENGTH & BREADTH | LOCATION (PARISH OR DOCKING POINT) JANUARY 1 | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE OF BARGE | SELF PROPELLED | FEET | COST | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COST INCL. EQUIPMENT & ACCS | YEAR ACQ. | YEAR BUILT | LENGTH & BREADTH | LOCATION (PARISH OR DOCKING POINT) JANUARY 1 | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE OF BARGE | SELF PROPELLED | FEET | COST | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## SECTION 2 — CONSIGNED GOODS, LEASED, LOANED, OR RENTED EQUIPMENT, FURNITURE, ETC.

| NAME AND ADDRESS | PROPERTY DESCRIPTION | YEAR | MONTHLY RENTAGE | PRESENT DAY SELLING PRICE | FAIR MARKET VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL FAIR MARKET VALUE:

ASSESSED VALUE:

| NOTE: | PENALTIES FOR FAILURE TO FILE THIS FORM INCLUDE WAIVER OF RIGHTS TO APPEAL YOUR ASSESSMENT AND MAY INCLUDE A MONETARY PENALTY (RS 47:1992 & 2330) | NEED ASSISTANCE? AFTER YOU REVIEW THE ENCLOSED TAX FORM AND YOU FEEL YOU NEED ASSISTANCE PLEASE CALL YOUR ASSESSOR LISTED ABOVE AT THANK YOU |
|---|---|---|

### SIGNATURE AND VERIFICATION

"I declare under the penalties for filing false reports (R.S. 14:125, up to 500.00 fine or imprisonment for one year or both, plus additional penalties defined in Act 2330B of the 1989 Regular Section) that this return has been examined by me and to the best of my knowledge and belief is a true, correct and complete return. I further declare, under the same noted penalties, that no application of Act No. 59 and/or R.S. 47:2108.1 refunds shall be duplicated on any of the vessels listed herein and that if any of the above vessel(s)'s assessment taxes are subsequently paid under protest to the Tax Collector that I shall immediately file a notarized statement attachment to this report, with a notarized copy also filed along with the Department of Revenue and Taxation, income or corporate income tax copy, at the time of Act No. 59 of 1994 refund application."

| | |
|---|---|
| SIGNATURE OF TAXPAYER DATE | SIGNATURE OF PREPARER [signature] DATE 9/27/13 |
| SWORN TO AND SUBSCRIBED BEFORE ME THIS Day of 20 | SWORN TO AND SUBSCRIBED BEFORE ME THIS Day of 20 |
| NOTARY PUBLIC | NOTARY PUBLIC |

ASSESSOR COPY

Page 17

SBN000868

Louisiana Form IT-540 Schedule F line 1d2 code 52F

Ad Valorem Tax Credit for Offshore Vessels (R .S. 47:6006.1)

For Tax Year Ending 12-31-2013

| | |
|---|---|
| Ad valorem tax paid to Parish in December 2013 | $ 18,144 |
| Taxpayers ownership interest | 100% |
| Owners share of allowable tax credit | $ 18,144 |

Name of vessel:     Lady Brandi

Name of entity:     Lady Brandi, LLC

The taxpayer is a 100% owner of the entity which owns the above vessel. As such, the owner is entitled to a 100% share of the ad valorem tax credit.

Attachments:  assessor tax notice

cancelled check

LAT 11

page 12

The Front Image:



LADY BRANDI, LLC
3015 GENE FLASH ROAD
NEW IBERIA, LA 70560
337-365-3784

Capital One Bank
14/8850

000005

12/5/2013

PAY TO THE ORDER OF  LaFourche Parish Sheriff's Office                    $ **18,144.40

Eighteen Thousand One Hundred Forty-Four and 40/100***********************************   DOLLARS

LaFourche Parish Sheriff's Office
P.O. Box 5608
Thibodaux, LA 70302-5608

MEMO  Assessment # 2103382642

AUTHORIZED SIGNATURE

⑈000005⑈   23 8778⑆

The Back Image:



pang 13

SBN000870



**LAFOURCHE PARISH SHERIFF'S OFFICE**
**SHERIFF CRAIG WEBRE**
**EX-OFFICIO TAX COLLECTOR**
PO BOX 5608
THIBODAUX LA 70302-5608
PHONE (985)532-5000 FAX (985)449-4458

# 2013
# TAX STATEMENT

PLEASE WRITE ASSESSMENT NUMBER 2103382642 ON YOUR CHECK.

125105

LADY BRANDI, L.L.C.
3105 GENE FLASH ROAD
NEW IBERIA LA 70560

37161
2103382642

TAX NOTICE #: 53421
ASSESSMENT #: 2103382642

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| WATERCRAFT | 137,520 | 0 | BAYOU LAFOURCHE FRESH WAT | 2.09 | 287.42 |
| | | | CONSOLIDATED | 79.96 | 10996.10 |
| TOTALS: | 137,520 | 0 | DRAINAGE DIST. 1 | 0.90 | 123.77 |
| | | | FIRE DIST 3 | 7.99 | 1098.78 |
| | | | GREATER LAFOURCHE PORT | 8.83 | 939.26 |
| | | | HOSPITAL DIST. 1 | 4.34 | 596.84 |
| | | | LAFOURCHE AMBULANCE | 3.10 | 426.31 |
| | | | PARISH COUNCIL | 2.59 | 389.93 |
| | | | ROAD DISTRICT #1 | 4.04 | 579.35 |
| | | | SOUTH LAFOURCHE LEVEE | 9.86 | 1355.65 |
| | | | SPECIAL EDUCATION DIST. | 3.00 | 412.56 |
| | | | SPECIAL SERVICE #1 | 1.69 | 232.41 |
| | | | VETERANS DISTRICT | 0.98 | 134.77 |
| | | | WATER DISTRICT #1 | 3.57 | 490.95 |

| Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION) | TOTAL TAXES DUE: | $18144.40 |
|---|---|---|

WATERCRAFT: 'LADY BRANDI' #1092471

*Questions must be resolved by December 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

page 14

18-51277 - #150-40  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 6 Pg 10 of 30

SBN000871

# LAT 11A - WATERCRAFT

## 2018 PERSONAL PROPERTY TAX FORM

(OUTBOARD NAME MOTORS & SMALL WATERCRAFT BOATS)

| RETURN TO: | NAME/ADDRESS: (INDICATE ANY CHANGES) |
|---|---|
| Michael H. Martin | LADY BRANDI, L.L.C. |
| Lafourche Parish Assessor | 3105 GENE FLASH ROAD |
| 403 St. Louis Street | NEW IBERIA, LA 70560-0000 |
| Thibodaux, LA 70301 | |

| CONFIDENTIAL | RS: 47 2327. Only the Assessor, the governing authority, and Louisiana Tax Commission shall use this form filled out by the taxpayer solely for the purpose of administering this statue | Legal Citation & Instructions: This report shall be filed with the Assessor of the parish indicated by April 1st or within forty-five days after receipt, whichever is later, in accordance with RS 47 2324 |
|---|---|---|

| PROPERTY LOCATION: (E911/PHYSICAL ADDRESS) | | WARD: W | ASSESSMENT NUMBER: | 2103382642 |
|---|---|---|---|---|
| NAME OF BUSINESS: | | TYPE OF BUSINESS: | | |
| OWNER OR CONTACT: | | PHONE NUMBER: | | |
| LOCATION (IF DIFFERENT FROM MAILING ADDRESS) | | FEDERAL ID NO.: | | |
| | | STATE ID NO.: | | |

SHADED AREA FOR ASSESSOR'S USE ONLY. USE ATTACHMENTS IF NECESSARY.

## SECTION I — VESSELS

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | DOCUMENTED FILING FEE ASSESS | CAP GULLION | DINGHY LENGTH | MARKET VALUE | ASSESSED VALUE | LOCATION OF VESSEL/DOCKING POINT JANUARY 1 / PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| 1092471 | LADY BRANDI | 7800, 001 2010 | 1999 | 155 X 30 | | | |

| DAYS WORKED | HORS POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | RACE | PROP PCH | MCO | MUR | MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5400 | crewboat | AL. | 4 | | ☒ YES | | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | DOCUMENTED FILING FEE ASSESS | CAP | DINGHY LENGTH | MARKET VALUE | ASSESSED VALUE | LOCATION OF VESSEL/DOCKING POINT JANUARY 1 / PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | X | | | |

| DAYS WORKED | HORS POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | RACE | PROP PCH | MCO | MUR | MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ YES | | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | DOCUMENTED FILING FEE ASSESS | CAP | DINGHY LENGTH | MARKET VALUE | ASSESSED VALUE | LOCATION OF VESSEL/DOCKING POINT JANUARY 1 / PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | X | | | |

| DAYS WORKED | HORS POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | RACE | PROP PCH | MCO | MUR | MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ YES | | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Document 666    COPY    2/22/021

## SECTION 1 — VESSELS

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | CONTINUE FORM AGES | YEAR ACQ. | YEAR BUILT | LENGTH BREADTH | | LOCATIONS AS OF JANUARY 1 AND LOCATIONS PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE POWER | CYC. OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE OF BARGE | SELF PROP. VESSEL | FEET | COST ACQ. MONTH | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | YES | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | CONTINUE FORM AGES | YEAR ACQ. | YEAR BUILT | LENGTH BREADTH | | LOCATIONS AS OF JANUARY 1 AND LOCATIONS PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE POWER | CYC. OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE OF BARGE | SELF PROP. VESSEL | FEET | COST ACQ. MONTH | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | YES | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

## SECTION 2 — CONSIGNED GOODS, LEASED, LOANED OR RENTED EQUIPMENT, FURNITURE, ETC.

| NAME AND ADDRESS | PROPERTY POSSESSION OF | AGE | MONTH RENTAL | PRESENT DAY LING PRICE | FAIR MARKET VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL FAIR MARKET VALUE:
ASSESSED VALUE:

NOTE: PENALTIES FOR FAILURE TO FILE THIS FORM INCLUDE WAIVER OF RIGHTS TO APPEAL YOUR ASSESSMENT AND MAY INCLUDE A MONETARY PENALTY (RS 47:1992 & 2330)

NEED ASSISTANCE? AFTER YOU REVIEW THE ENCLOSED TAX FORM AND YOU FEEL YOU NEED ASSISTANCE PLEASE CALL YOUR ASSESSOR LISTED ABOVE AT          THANK YOU

### SIGNATURE AND VERIFICATION

"I declare under the penalties for filing false reports (R.S. 14:125, up to 500.00 fine or imprisonment for one year or both, plus additional penalties defined in Act 23308 of the 1989 Regular Section) that this return has been examined by me and to the best of my knowledge and belief is a true, correct and complete return. I further declare, under the same noted penalties, that no application of Act No. 59 and/or R.S. 47:2108.1 refunds shall be duplicated on any of the vessels listed herein and that if any of the above vessel(s)'s assessment taxes are subsequently paid under protest to the Tax Collector that I shall immediately file a notarized statement attachment to this report, with a notarized copy also filed along with the Department of Revenue and Taxation, income or corporate income tax copy, at the time of Act Ref. 59 of 1994 refund application."

| SIGNATURE OF TAXPAYER | DATE | SIGNATURE OF PREPARER | DATE |
|---|---|---|---|
| | | | |

| SWORN TO AND SUBSCRIBED BEFORE ME THIS | | SWORN TO AND SUBSCRIBED BEFORE ME THIS | |
|---|---|---|---|
| Day of | 20 | Day of | 20 |

| NOTARY PUBLIC | NOTARY PUBLIC |
|---|---|
| | |

ASSESSOR COPY

SBN000873

Louisiana Form IT-540 Schedule F line 1d2 code 52F

Ad Valorem Tax Credit for Offshore Vessels (R .S. 47:6006.1)

For Tax Year Ending 12-31-2013

| | |
|---|---|
| Ad valorem tax paid to Parish in December 2013 | $ 33,075 |
| Taxpayers ownership interest | 100% |
| Owners share of allowable tax credit | $ 33,075 |

Name of vessel:      Mr. Mason

Name of entity:      Mr. Mason, LLC

The taxpayer is a 100% owner of the entity which owns the above vessel. As such, the owner is entitled to a 100% share of the ad valorem tax credit.

Attachments: assessor tax notice

    cancelled check

    LAT 11

.

.

page 17

The Front Image:                                    Print



The Back Image:                                     Print



pag 18

8/11/2014

SBN000875



# LAFOURCHE PARISH SHERIFF'S OFFICE
# SHERIFF CRAIG WEBRE
# EX-OFFICIO TAX COLLECTOR
PO BOX 5608
THIBODAUX, LA 70302-5608

# 2013
# TAX STATEMENT

PLEASE WRITE ASSESSMENT NUMBER 2103389036 ON YOUR CHECK.

MR. MASON, L.L.C.
3105 GENE FLASH ROAD
NEW IBERIA LA 70560

37460
2103389036

TAX NOTICE #: 39702
ASSESSMENT #: 2103389036

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| WATERCRAFT | 250,680 | 0 | BAYOU LAFOURCHE FRESH WAT | 2.08 | 523.92 |
| | | | CONSOLIDATED | 79.96 | 20044.37 |
| TOTALS: | 250,680 | 0 | DRAINAGE DIST. 1 | 0.90 | 225.61 |
| | | | FIRE DIST 3 | 7.99 | 2002.93 |
| | | | GREATER LAFOURCHE PORT | 6.83 | 1712.14 |
| | | | HOSPITAL DIST. 1 | 4.34 | 1087.95 |
| | | | LAFOURCHE AMBULANCE | 3.10 | 777.11 |
| | | | PARISH COUNCIL | 2.69 | 674.33 |
| | | | ROAD DISTRICT #1 | 4.94 | 1238.35 |
| | | | SOUTH LAFOURCHE LEVEE | 9.86 | 2471.70 |
| | | | SPECIAL EDUCATION DIST. | 3.00 | 752.04 |
| | | | SPECIAL SERVICE #1 | 1.69 | 423.65 |
| | | | VETERANS DISTRICT | 0.98 | 245.67 |
| | | | WATER DISTRICT #1 | 3.57 | 894.93 |

| Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.) | TOTAL TAXES DUE: | $33074.71 |
|---|---|---|

WATERCRAFT: 'MR. MASON' #1057140

*Questions must be received by December, 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

page 19

# LAT-11A: WATERCRAFT — 2018 PERSONAL PROPERTY TAX FORM

*(OUTER LEBANON WATERCRAFT ASSESSMENT OPINIONS)*

| RETURN TO: | NAME/ADDRESS: *(INDICATE ANY CHANGES)* |
|---|---|
| Michael H. Martin | MR. MASON, L.L.C. |
| Lafourche Parish Assessor | 3105 GENE FLASH ROAD |
| 403 St. Louis Street | NEW IBERIA, LA 70560-0000 |
| Thibodaux, LA 70301 | |

| CONFIDENTIAL | RS: 47:2327. Only the Assessor, the governing authority, and the Louisiana Tax Commission shall use this form filed out by the taxpayer solely for the purpose of administering this statue. | Legal Citation & Instructions. This report shall be filed with the Assessor of the parish indicated by April 1st or within forty-five days after receipt, whichever is later, in accordance with RS 47:2324. |
|---|---|---|

| PROPERTY LOCATION: *(E911/PHYSICAL ADDRESS)* | | WARD: W | ASSESSMENT NUMBER: | 2103389036 |
|---|---|---|---|---|
| NAME OF BUSINESS: | | TYPE OF BUSINESS: | | |
| OWNER OR CONTACT: | | PHONE NUMBER: | | |
| LOCATION *(IF DIFFERENT FROM MAILING ADDRESS)* | | FEDERAL ID NO.: | | |
| | | STATE ID NO.: | | |

*SHADED AREAS FOR ASSESSOR'S USE ONLY. USE ATTACHMENTS IF NECESSARY.*

## SECTION 1 — VESSELS

| ST. VESSEL REGISTRATION NUMBER | N. MED VESSEL | COST NEW (ITEM #) | YEAR ACQ | VESSEL DESCRIPTION | LOCATION (ADDRESS/WARD/TAX DISTRICT) JANUARY 1 PREVIOUS YEAR |
|---|---|---|---|---|---|
| 1057140 | MR. MASON | 2,000,000 2010 | 1997 | 150 x 30 | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE OF BARGES | LENGTH & DEPTH | SE. W. MT | COST (ITEM #) | AIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | | |

| WORKED PER MON. | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ST. VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COST NEW (ITEM #) | YEAR ACQ | VESSEL DESCRIPTION | LOCATION (ADDRESS/WARD/TAX DISTRICT) JANUARY 1 PREVIOUS YEAR |
|---|---|---|---|---|---|
| | | | | X | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE OF BARGES | LENGTH & DEPTH | SE. W. MT | COST (ITEM #) | AIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | | |

| WORKED PER MON. | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ST. VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COST NEW (ITEM #) | YEAR ACQ | VESSEL DESCRIPTION | LOCATION (ADDRESS/WARD/TAX DISTRICT) JANUARY 1 PREVIOUS YEAR |
|---|---|---|---|---|---|
| | | | | X | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE OF BARGES | LENGTH & DEPTH | SE. W. MT | COST (ITEM #) | AIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | | |

| WORKED PER MON. | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Document '95

page 20

COPY

2/22/20

SBN000877

SBN000878

## SECTION 1 - VESSELS

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COSTING TEM & ACESS | YEAR REG | YEAR BUILT | LENGTH BREADTH | LOCATION JANUARY 1 | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | X | | | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | DAYS BARGE | SELF PROPELLED YES | FEET AGE | COST NEW | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COSTING ITEM & ACESS | YEAR REG | YEAR BUILT | LENGTH BREADTH | LOCATION JANUARY 1 | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | X | | | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | DAYS BARGE | SELF PROPELLED YES | FEET AGE | COST NEW | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|

| WORKED PER MONS | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## SECTION 2 - CONSIGNED GOODS, LEASED, LOANED OR RENTED EQUIPMENT, FURNITURE, ETC.

| NAME AND ADDRESS | PURCHASE PRICE | YEAR MONTHLY RENTAL | LESS EN DAY BALING/OWING | FAIR MARKET VALUE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

TOTAL FAIR MARKET VALUE:

ASSESSED VALUE:

**NOTE:** PENALTIES FOR FAILURE TO FILE THIS FORM INCLUDE WAIVER OF RIGHTS TO APPEAL YOUR ASSESSMENT AND MAY INCLUDE A MONETARY PENALTY [RS 47:1992 & 2330]

NEED ASSISTANCE? AFTER YOU REVIEW THE ENCLOSED TAX FORM AND YOU FEEL YOU NEED ASSISTANCE PLEASE CALL YOUR ASSESSOR LISTED ABOVE AT    THANK YOU

### SIGNATURE AND VERIFICATION

"I declare under the penalties for filing false reports [R.S. 14:125, up to 500.00 fine or imprisonment for one year or both, plus additional penalties defined in Act 2330B of the 1989 Regular Session] that this return has been examined by me and to the best of my knowledge and belief is a true, correct and complete return. I further declare, under the same noted penalties, that no application of Act No. 59 and/or R.S. 47:2108.1 refunds shall be duplicated on any of the vessels listed herein and that if any of the above vessel(s)'s assessment taxes are subsequently paid under protest to the Tax Collector that I shall immediately file a notarized statement attachment to this report, with a notarized copy also filed along with the Department of Revenue and Taxation, income or corporate income tax copy, at the time of Act No. 59 of 1994 refund application."

| SIGNATURE OF TAXPAYER | DATE | SIGNATURE OF PREPARER | 5/3/13 |
|---|---|---|---|

| SWORN TO AND SUBSCRIBED BEFORE ME THIS | | SWORN TO AND SUBSCRIBED BEFORE ME THIS | |
|---|---|---|---|
| Day of | 20 | Day of | 20 |

| NOTARY PUBLIC | NOTARY PUBLIC |
|---|---|

ASSESSOR COPY

Document7N5

2/22/06

Louisiana Form IT-540 Schedule F line 1d2 code 52F

Ad Valorem Tax Credit for Offshore Vessels (R .S. 47:6006.1)

For Tax Year Ending 12-31-2013

| | |
|---|---|
| Ad valorem tax paid to Parish in December 2013 | $ 41,054 |
| Taxpayers ownership interest | 100% |
| Owners share of allowable tax credit | $ 41,054 |

| | |
|---|---|
| Name of vessel: | Mr. Row |
| Name of entity: | Mr. Row, LLC |

The taxpayer is a 100% owner of the entity which owns the above vessel. As such, the owner is entitled to a 100% share of the ad valorem tax credit.

Attachments:  assessor tax notice

cancelled check

LAT 11

page 22

SBN000879

The Front Image:                                                                    Print



The Back Image:                                                                     Print

*page 28*

SBN000880



# LAFOURCHE PARISH SHERIFF'S OFFICE
## SHERIFF CRAIG WEBRE
## EX-OFFICIO TAX COLLECTOR
PO BOX 5608
THIBODAUX LA 70302-5608

# 2013
# TAX STATEMENT

PLEASE WRITE ASSESSMENT NUMBER 2103382643 ON YOUR CHECK.

128106

LADY EVE, L.L.C.
3015 GENE FLASH RD
NEW IBERIA LA 70560-7926

32883
2103382643

TAX NOTICE #: 26400
ASSESSMENT #: 2103382643

| CLASS OF PROPERTY | ASSESSED VALUE | HOMESTEAD | EXPLANATION | MILLAGE | TAX DUE |
|---|---|---|---|---|---|
| WATERCRAFT | 371,640 | 0 | BAYOU LAFOURCHE FRESH WAT | 2.09 | 776.73 |
| | | | CONSOLIDATED | 79.96 | 29716.33 |
| TOTALS: | 371,640 | 0 | DRAINAGE DIST. 1 | 0.90 | 334.48 |
| | | | FIRE DIST 3 | 7.99 | 2969.40 |
| | | | GREATER LAFOURCHE PORT | 6.83 | 2538.30 |
| | | | HOSPITAL DIST. 1 | 4.34 | 1612.92 |
| | | | LAFOURCHE AMBULANCE | 3.10 | 1152.08 |
| | | | PARISH COUNCIL | 2.69 | 999.71 |
| | | | ROAD DISTRICT #1 | 4.94 | 1835.90 |
| | | | SOUTH LAFOURCHE LEVEE | 9.86 | 3664.37 |
| | | | SPECIAL EDUCATION DIST. | 3.00 | 1114.92 |
| | | | SPECIAL SERVICE #1 | 1.69 | 528.07 |
| | | | VETERANS DISTRICT | 0.98 | 364.21 |
| | | | WATER DISTRICT #1 | 3.57 | 1326.75 |

| Property Description:(SEE TAX COLLECTOR'S OFFICE FOR COMPLETE DESCRIPTION.) | TOTAL TAXES DUE: | $49034.17 |
|---|---|---|

WATERCRAFT: 'LADY EVE' #1197834

*Questions must be resolved by December 31.

PLEASE RETURN THE STUB BELOW WITH YOUR PAYMENT TO ASSURE PROPER RECORDING OF PAYMENT.

page 29

SBN000881
18-51277 - #150-40  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 6 Pg 20 of 30

# LAT 11A—WATERCRAFT
*(OUTER CONTINENTAL SHELF W..... / SELF OPERATORS...)*

## 2013 PERSONAL PROPERTY TAX FORM

**RETURN TO:**

Michael H. Martin
Lafourche Parish Assessor
403 St. Louis Street
Thibodaux, LA 70301

**NAME/ADDRESS:** *(INDICATE ANY CHANGES)*

LADY EVE, L.L.C.
3015 GENE FLASH ROAD
NEW IBERIA, LA 70560-0000

| CONFIDENTIAL | RS 47:2327 Only the Assessor, the governing authority, and Louisiana Tax Commission shall use this form filled out by the taxpayer solely for the purpose of administering this statue. | Legal Citation & Instructions: This report shall be filed with the Assessor of the parish indicated by April 1st or within forty-five days after receipt, whichever is later, in accordance with RS 47:2324 |
|---|---|---|

**PROPERTY LOCATION:** *(E911 PHYSICAL ADDRESS)*

**NAME OF BUSINESS:**

**OWNER OR CONTACT:**

**LOCATION** *(IF DIFFERENT FROM MAILING ADDRESS)*

WARD: W

ASSESSMENT NUMBER: 2103382643

**TYPE OF BUSINESS:**

**PHONE NUMBER:**

**FEDERAL ID NO.:**

**STATE ID NO.:**

*SHADED AREAS FOR ASSESSOR'S USE... USE OF GOVERNMENT USE NECESSARY*

## SECTION 1. VESSELS

| VESSEL & REGISTRATION NUMBER | NAME OF VESSEL | SIZE LINE, LOA & ... | YEAR ACQ | YEAR BUILT | ENG. HP... | LOCATION (ANUARY 1) | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| 1197834 | LADY EVE | 3,900,000 | 2007 | 2007 | 63 X 30 | | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | MATERIAL | NO. OF SCREWS | TYPE BARGE | SELF PROPELLED | FUEL COST | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | 5700 | Boat & Al. | 4 | | ☒ YES | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VESSEL & REGISTRATION NUMBER | NAME OF VESSEL | COST NEW, LOA & ... | YEAR ACQ | YEAR BUILT | LENGTH... | LOCATION (JANUARY 1) | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | MATERIAL | NO. OF SCREWS | TYPE BARGE | SELF PROP. | FUEL COST | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VESSEL & REGISTRATION NUMBER | NAME OF VESSEL | COST NEW, LOA & ... | YEAR ACQ | YEAR BUILT | LENGTH... | LOCATION (JANUARY 1) | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | MATERIAL | NO. OF SCREWS | TYPE BARGE | SELF PROPELLED | FUEL COST | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

page 30

COPY

2022/2013

SBN000882
18-51277 - #150-40  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 6 Pg 21 of 30

## SECTION 1 - VESSELS

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COST NEW FOR HULL & ACCS. | YEAR ACQ. | YEAR BUILT | LENGTH & BREADTH | LOCATION ON JANUARY 1st | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE IF BARGE | SELF PROPELLED | PERCENTAGE | COST MULT. | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| VESSEL REGISTRATION NUMBER | NAME OF VESSEL | COST NEW FOR HULL & ACCS. | YEAR ACQ. | YEAR BUILT | LENGTH & BREADTH | LOCATION ON JANUARY 1st | PREVIOUS YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | X | | |

| DAYS WORKED | HORSE POWER | TYPE OF VESSEL | HULL MATERIAL | NO. OF SCREWS | TYPE IF BARGE | SELF PROPELLED | PERCENTAGE | COST MULT. | FAIR MARKET VALUE | ASSESSED VALUE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ☐ YES | | | | |

| WORKED PER MONTH | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEPT. | OCT. | NOV. | DEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## SECTION 2 - CONSIGNED GOODS, LEASED, LOANED OR RENTED EQUIPMENT, FURNITURE, ETC.

| NAME AND ADDRESS | PROPERTY DESCRIPTION | AGE | MONTHLY RENTAL | PRESENT COST OR LEASE/LOAN PRICE | FAIR MARKET VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL FAIR MARKET VALUE:

ASSESSED VALUE:

NOTE: PENALTIES FOR FAILURE TO FILE THIS FORM INCLUDE WAIVER OF RIGHTS TO APPEAL YOUR ASSESSMENT AND MAY INCLUDE A MONETARY PENALTY (RS 47:1992 & 2330)

NEED ASSISTANCE? AFTER YOU REVIEW THE ENCLOSED TAX FORM AND YOU FEEL YOU NEED ASSISTANCE PLEASE CALL YOUR ASSESSOR LISTED ABOVE AT THANK YOU

### SIGNATURE AND VERIFICATION

"I declare under the penalties for filing false reports (R.S. 14:125; up to 500.00 fine or imprisonment for one year or both, plus additional penalties defined in Act 2330B of the 1989 Regular Section) that this return has been examined by me and to the best of my knowledge and belief is a true, correct and complete return. I further declare, under the same noted penalties, that no application of Act No. 59 and/or R.S. 47:2108.1 refunds shall be duplicated on any of the vessels listed herein and that if any of the above vessel(s)'s assessment taxes are subsequently paid under protest to the Tax Collector that I shall immediately file a notarized statement attachment to this report, with a notarized copy also filed along with the Department of Revenue and Taxation, income or corporate income tax copy, at the time of Act No. 59 of 1994 refund application.)

| SIGNATURE OF TAXPAYER | DATE | SIGNATURE OF PREPARER | DATE 5/13/13 |
|---|---|---|---|
| SWORN TO AND SUBSCRIBED BEFORE ME THIS ___ Day of ___ 20 | | SWORN TO AND SUBSCRIBED BEFORE ME THIS ___ Day of ___ 20 | |
| NOTARY PUBLIC | | NOTARY PUBLIC | |

DEPARTMENT OF REVENUE & TAXATION, INCOME OR CORPORATE INCOME TAX COPY

page 31

▼ Detach Here ▼

1030

| Form **4868** | **Application for Automatic Extension of Time To File U.S. Individual Income Tax Return** | FDXA6601L 05/05/14 |
| --- | --- | --- |
| Department of the Treasury Internal Revenue Service (99) | For calendar year 2014, or other tax year beginning , 2014, ending , | **2014** |

**Part I** Identification

1
STEVE MIGUEZ
GLENDA N. MIGUEZ
KOLDER, CHAMPAGNE, SLAVEN & COMPANY
450 EAST MAIN
NEW IBERIA, LA 70560

2 ███████████████        3 ████████████

**Part II** Individual Income Tax

| | | |
| --- | --- | --- |
| 4 | Estimate of total tax liability for 2014 .. | $ ███████ |
| 5 | Total 2014 payments .................. | |
| 6 | Balance due. Subtract line 5 from line 4 (see instructions)...................... | 0. |
| 7 | Amount you are paying (see instructions)......................... ▶ | 0. |
| 8 | Check here if you are 'out of the country' and a U.S. citizen or resident (see instructions) ............... ▶ ☐ | |
| 9 | Check here if you file Form 1040NR or 1040NR-EZ and did not receive wages as an employee subject to U.S. income tax withholding ........................ ▶ ☐ | |

████████  TO MIGU 30 0 201412 670

SBN000884

## 2013 TAX RETURN

## CLIENT COPY

**Client:**     813055

**Prepared for:**

STEVE AND GLENDA N. MIGUEZ
6403 DASPIT RD
NEW IBERIA, LA 70563
HOME : 337-229-6005

**Prepared by:**

ROBERT J. METZ, CPA
KOLDER, CHAMPAGNE, SLAVEN & COMPANY
450 EAST MAIN
NEW IBERIA, LA 70560
(337) 367-9204

**Date:**     AUGUST 26, 2014

**Comments:**

**Route to:** _____ _____ _____ _____

SBN000885

18-51277 - #150-40  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 6 Pg 24 of 30

**IBERIA MARINE SERVICE, LLC**
**AND AFFILIATES**

Morgan City, Louisiana

Combined Financial Statements

For The Year Ended December 31, 2014

SBN000886

Iberia Marine Service, LLC and Affiliates
Morgan City, Louisiana

TABLE OF CONTENTS

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1-2 |
| COMBINED FINANCIAL STATEMENTS |  |
| Combined balance sheet | 3 |
| Combined statement of income | 4 |
| Combined statement of comprehensive income | 5 |
| Combined statement of changes in equity | 6 |
| Combined statement of cash flows | 7 |
| Notes to financial statements | 8 - 16 |
| SUPPLEMENTARY INFORMATION |  |
| COMBINING STATEMENTS - |  |
| Combining balance sheet | 19 - 20 |
| Combining statement of income and changes in equity | 21 - 22 |

i

C. Burton Kolder, CPA*
Russell F. Champagne, CPA*
Victor R. Slaven, CPA*
Gerald A. Thibodeaux, Jr., CPA*
Robert S. Carter, CPA*
Arthur R. Mixon, CPA*
Brad E. Kolder, CPA, JD*
Stephen J. Anderson, CPA*
Penny Angelle Scruggins, CPA
Christine C. Doucet, CPA
Wanda F. Arcement, CPA, CVA
Bryan K. Joubert, CPA
Matthew E. Margaglio, CPA

Casey L. Ardoin, CPA
Allen J. LaBry, CPA
Albert R. Leger, CPA,PFS,CSA*
Marshall W. Guidry, CPA
Stephen R. Moore, Jr., CPA,PFS,CFP®,ChFC®*
James R. Roy, CPA
Robert J. Metz, CPA
Alan M. Taylor, CPA
Kelly M. Doucet, CPA
Mandy B. Self, CPA
Paul L. Delcambre, Jr., CPA
Jane R. Hebert, CPA
Deidre L. Stock, CPA
Karen V. Fontenot, CPA

* A Professional Accounting Corporation

# KOLDER, CHAMPAGNE, SLAVEN & COMPANY, LLC
### CERTIFIED PUBLIC ACCOUNTANTS

OFFICES

183 South Beadle Rd
Lafayette, LA 70508
Phone (337) 232-4141
Fax (337) 232-8860

450 East Main Street
New Iberia, LA 70560
Phone (337) 367-9204
Fax (337) 367-9208

113 East Bridge St
Breaux Bridge, LA 70517
Phone (337) 332-4020
Fax (337) 332-2867

200 South Main Street
Abbeville, LA 70510
Phone (337) 893-7944
Fax (337) 893-7946

1234 David Dr. Ste 203
Morgan City, LA 70380
Phone (985) 384-2020
Fax (985) 384-3020

1013 Main Street
Franklin, LA 70538
Phone (337) 828-0272
Fax (337) 828-0290

434 East Main Street
Ville Platte, LA 70586
Phone (337) 363-2792
Fax (337) 363-3049

133 East Waddil St
Marksville LA 71351
Phone (318) 253-0252
Fax (318) 253-0881

332 West Sixth Avenue
Oberlin, LA 70655
Phone (337) 639-4737
Fax (337) 639-4568

1428 Metro Drive
Alexandria, LA 71301
Phone (318) 442-4421
Fax (318) 442-9833

WEB SITE:
WWW.KCSRCPAS.COM

Retired
Conrad O. Chapman, CPA* 2006

## INDEPENDENT AUDITORS' REPORT

To the owners/shareholders
Iberia Marine Service, LLC and Affiliates
Morgan City, LA

We have audited the accompanying combined financial statements of Iberia Marine Service, LLC and Affiliates, which comprise the combined balance sheet as of December 31, 2014, and the related combined statement of income, comprehensive income, changes in equity, and cash flows for the year then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the combined financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the combined financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the combined financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Member of:
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS

Member of:
SOCIETY OF LOUISIANA
CERTIFIED PUBLIC ACCOUNTANTS

1

**Opinion**

In our opinion, the combined financial statements referred to above present fairly, in all material respects, the financial position of Iberia Marine Service, LLC and Affiliates as of December 31, 2014, and the results of their operations and their cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

**Report on Supplementary Information**

Our audit was conducted for the purpose of forming an opinion on the financial statements as a whole. The combining balance sheet and combining statement of income and changes in equity, which are the responsibility of management, are presented for the purpose of additional analysis and are not a required part of the combined financial statements. Such information has not been subjected to the auditing procedures applied in the audit of the financial statements, and, accordingly, we do not express an opinion or provide any assurance on it.

*Kolder, Champagne, Slaven & Company, LLC*
Certified Public Accountants

Morgan City, Louisiana
May 12, 2015

2

Iberia Marine Service, LLC and Affiliates
Morgan City, Louisiana

Combined Balance Sheet
December 31, 2014

## ASSETS

Current assets:
  Cash
  Accounts receivable, net of allowance for doubtful accounts of $6,183
  Accounts receivable - related parties
  Notes receivable - related parties
  Investments, at fair value
  Due from state
  Due from owner / shareholder
  Accrued interest receivable
  Other receivables
  Prepaid expenses
      Total current assets

Other assets:
  Advances to Miguez Fuel, Inc.
  Other assets
      Total other assets

Restricted assets - "capital construction funds":
  Cash
  Investments, at fair value
      Total restricted assets - "capital construction funds"

Property and equipment, net

      Total assets

## LIABILITIES AND EQUITY

Current liabilities:
  Accounts payable and accrued expenses
  Accounts payable - related parties
  Note payable - finance company
  Current maturities of long term debt
  Other liabilities
      Total current liabilities

Long term liabilities:
  Long term debt, net of current maturities

      Total liabilities

Equity:
  Capital stock (no par value, 50,000 shares authorized,
    100 shares issued and outstanding)
  Retained earnings
  Members' equity
  Accumulated other comprehensive income:
    Unrealized gain - investments
    Unrealized gain - CCF account
      Total equity

      Total liabilities and equity

The accompanying notes are an integral part of this statement.

3



SBN000890
18-51277 - #150-40  File 02/12/19  Enter 02/22/19 11:00:26  SeaTran 1 Part 6 Pg 29 of 30

Iberia Marine Service, LLC and Affiliates
Morgan City, Louisiana

Combined Statement of Income
For the Year Ended December 31, 2014

Revenues:
  Rental income

Operating expenses:
  Advertising
  Bonus
  Brokerage commissions
  Contract labor
  Depreciation
  Employee expense
  Insurance
  Legal and professional fees
  Meals and entertainment
  Office expense
  Payroll expenses
  Payroll taxes
  Rent
  Repairs and maintenance
  Retirement contributions
  Safety
  Supplies
  Taxes
  Travel
  Utilities
  Vehicle fuel and maintenance
  Other
      Total operating expenses

      Income before other income:

Other income (expense)
  Investment income
  Interest expense
  Loss on sale of investments
  Other expense
      Total other expense

      Net income



The accompanying notes are an integral part of this statement.

4

SBN000891