**SO ORDERED.**

**SIGNED February 20, 2019.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **IN RE:** * | | **CASE NO. 18-51277** |
| **MR. STEVEN, L.L.C.**[1] * | | **CHAPTER 11** |
| Debtor * | | |

### INTERIM ORDER AUTHORIZING THE RETENTION OF
### HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C. AS
### COUNSEL FOR DEBTORS NUNC PRO TUNC TO THE PETITION DATE

Considering the *Application for Order Authorizing Employment of Heller, Draper, Patrick, Horn & Manthey, L.L.C. as Counsel for Debtors Nunc Pro Tunc to the Petition Date* (the "Application") [P-78] of Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (referred to herein as "Debtor" or collectively, the "Debtors"), which this Court has approved for joint administration [P-109] making the Application as if deemed filed in

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) have moved for their bankruptcy cases to be jointly administered with Mr. Steven, L.L.C.

{00365567-3}

1

each of the Debtors' respective chapter 11 cases for entry of an order pursuant to 11 U.S.C. § 327(a) of chapter 11 of title 11 of the United States Code (as amended, the ("Bankruptcy Code"), all as more fully set forth in the Application; and upon consideration of the Affidavit of Douglas S. Draper (the "Draper Affidavit") in Support of the Application; and the Court being satisfied based on the representations made in the Application and the Draper Affidavit that the members, associates and counsel of Heller, Draper, Patrick, Horn, & Manthey, L.L.C. ("Heller Draper") who will be engaged in these cases neither represent nor hold an interest adverse to the Debtors or to their estates and are "disinterested persons" as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; such attorneys are qualified to represent the Debtors under § 327(a) of the Bankruptcy Code; and that their interim employment is necessary and would be in the best interest of the Debtors' estates; and due notice of the Application having been given with hearing held with consideration of the *Limited Objection to Application for Order Authorizing Employment of Heller, Draper, Patrick, Horn & Manthey, L.L.C. as Counsel for Debtors Nunc Pro Tunc to the Petition Date* and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that, the Application is approved on an interim basis and is deemed filed in each of the Debtors' respective chapter 11 proceedings as the matters are subject to joint administration; and it is further

**ORDERED** that each of the Debtors are hereby authorized to retain Heller Draper pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code on an interim basis pending further action of this Court; and it is further

{00365567-3}

2

18-51277 - #151  File 02/22/19  Enter 02/23/19 00:12:41  Imaged Certificate of Notice Pg 2 of 4

**ORDERED** that, Heller Draper shall be entitled to allowance of compensation and reimbursement of expenses pursuant to the Bankruptcy Code, Bankruptcy Rules, the Local Rules of this Court and such other orders as the Court may grant; and it is further

**ORDERED** that this Court shall retain jurisdiction to resolve all matters arising out of the Application or this Order.

###

This Order was prepared and submitted by:

*/s/ Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No. 14891)
Greta M. Brouphy, LA Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3333/Fax: (504) 299-3399

*Proposed Counsel for the Debtor*

{00365567-3}

```
                           United States Bankruptcy Court
                            Western District of Louisiana
In re:                                                           Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                               Chapter 11
Lady Eve, L.L.C.
         Debtors
```

## CERTIFICATE OF NOTICE

District/off: 0536-4          User: lchamp             Page 1 of 1              Date Rcvd: Feb 20, 2019
                              Form ID: pdf8            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2019.
```
db            +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             DIP
                                                                          TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2019 at the address(es) listed below:
```
              Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
              Benjamin W. Kadden    on behalf of Defendant Steve  Miguez bkadden@lawla.com, mnguyen@lawla.com
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
               kfritscher@hellerdraper.com;lcollins@hellerdraper.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
              Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
              James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
               mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
              Meredith S. Grabill    on behalf of Defendant Steve  Miguez mgrabill@lawla.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
              Stewart F. Peck    on behalf of Defendant Steve  Miguez speck@lawla.com,
               erosenberg@lawla.com;ymaranto@lawla.com
              William  Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
               egnormand@ohllc.com
                                                                                                TOTAL: 13
```