**SO ORDERED.**

**SIGNED March 7, 2019.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
|     DEBTOR | * | JUDGE JOHN W. KOLWE |

\*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the *Motion for Relief From Automatic Stay* (R.Doc. 60) ("Motion") filed by SBN V FNBC LLC ("SBN"), the *Opposition* (R.Doc. 97) filed by Steve Miguez ("Miguez") and the *Objection* (R.Doc. 98) filed by Mr. Steven, L.L.C. ("Debtor"), the additional memoranda filed by SBN, Debtor and Miguez relating to the Motion, the evidence presented at the hearings on December 18, 2018 and February 12, 2019, the arguments of counsel and the record of this matter, the Court finding (i) that the Motion was properly noticed and served, and (ii) that the relief sought in the Motion should be granted for the oral reasons provided by the Court in open court on February 26, 2019.

**IT IS ORDERED** that that Motion be and is hereby granted and that the automatic stay under section 362 of the Bankruptcy Code be and is hereby lifted to permit SBN to enforce its rights and remedies with respect to the property described in the Preferred Ship Mortgage by Debtor dated September 28, 2015, including without limitation the vessel known as M/V Mr. Steven;

**IT IS FURTHER ORDERED** that automatic stay under section 362 of the Bankruptcy Code be and is hereby lifted to allow SBN to proceed with the foreclosure of the M/V Mr. Steven which is currently pending in the United States District Court for the Central District of California, case no. 2:18-cv-08492-RSWL-RAO.

**IT IS FURTHER ORDERED** that this order not be stayed pending the expiration of a fourteen (14) day post-entry period of the Order, pursuant to Bankruptcy Rule 4001(a)(3).

# # #

This order was prepared and is being submitted by:

/s/ David F. Waguespack
David F. Waguespack (LA State Bar No. 21121)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Direct: (504) 585-3814
Fax: (504) 585-3801

Attorney for SBN V FNBC LLC

4820-6022-6441, v. 1