**SO ORDERED.**

**SIGNED March 7, 2019.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C | * | |
| | * | CHAPTER 11 |
|     DEBTORS | * | |
| | * | |
| | * | Jointly Administered |
| | * | |
| *   *   *   *   *   *   * | * | |
| | * | |
| IN RE: | * | CASE NO. 18-51517 |
| | * | |
| LADY BRANDI, L.L.C | * | |
| | * | CHAPTER 11 |
|     DEBTOR | * | |
| | * | |
| *   *   *   *   *   *   * | * | |

## <u>ORDER</u>

Upon consideration of the _Motion for Relief From Automatic Stay_ (R.Doc. 128) ("Motion") filed by SBN V FNBC LLC ("SBN"), the _Opposition_ (R.Doc. 137) filed by Debtor and the _Opposition_ (R.Doc. 139) filed by Steve Miguez and Seatran Marine, LLC, the evidence presented at the hearing on February 12, 2019, the arguments of counsel and the record of this

matter, the Court finding (i) that the Motion was properly noticed and served, and (ii) that the relief sought in the Motion should be granted for the oral reasons provided by the Court in open court on February 26, 2019,

**IT IS ORDERED** that that Motion be and is hereby granted and that the automatic stay under section 362 of the Bankruptcy Code be and is hereby lifted to permit SBN to enforce its rights and remedies with respect to the property described in the Preferred Ship Mortgage by Debtor dated September 28, 2015, including without limitation foreclosure on the vessel known as M/V Lady Brandi;

**IT IS FURTHER ORDERED** that this order not be stayed pending the expiration of a fourteen (14) day post-entry period of the Order, pursuant to Bankruptcy Rule 4001(a)(3).

# # #

This order was prepared and is being submitted by:

/s/ David F. Waguespack
David F. Waguespack (LA State Bar No. 21121)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Direct: (504) 585-3814
Fax: (504) 585-3801

Attorney for SBN V FNBC LLC

4828-7759-1689, v. 1

In re:                                                          Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                              Chapter 11
Lady Eve, L.L.C.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0536-4          User: mcomeaux        Page 1 of 1          Date Rcvd: Mar 08, 2019
                              Form ID: pdf8         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
```
db              +Lady Brandi L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db              +Lady Eve, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db              +Lady Glenda LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db              +Mr. Blake LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db              +Mr. Mason LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db              +Mr. Ridge LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db              +Mr. Row LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db              +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
aty              Richard Montague,   Phelps Dunbar, LLP,   P. O. Box 16114,   Jackson, MS 39236-6114
intp            +Guice Offshore, LLC,   R. Scott Wells, Esq.,   Rushing & Guice, P.L.L.C.,   P.O. Box 1925,
                  Biloxi, MS 39533-1925
cr              +SBN V FNBC LLC,   c/o David F. Waguespack,   1100 Poydras Street,   Suite 3100,
                  New Orleans, LA 70163-1102
intp             SpaceX,   c/o Amanda W. Messa,   Phelps Dunbar LLP,   P.O. Box 4412,
                  Baton Rouge, LA  70821-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              DIP
intp            Seatran Marine, LLC
intp            Steve Miguez
```
                                                                 TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
```
        Amanda W. Messa   on behalf of Interested Party   SpaceX amanda.messa@phelps.com
        Benjamin W. Kadden   on behalf of Defendant Steve  Miguez bkadden@lawla.com,  mnguyen@lawla.com
        David F. Waguespack   on behalf of Creditor   SBN V FNBC LLC waguespack@carverdarden.com,
          plaisance@carverdarden.com
        Douglas S. Draper   on behalf of Debtor   Lady Brandi L.L.C. ddraper@hellerdraper.com,
          kfritscher@hellerdraper.com;lcollins@hellerdraper.com
        Gail Bowen McCulloch   on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
        Greta M. Brouphy   on behalf of Debtor   Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
        James M. Garner   on behalf of Plaintiff   SBN V FNBC LLC jgarner@shergarner.com,
          mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
        Meredith S. Grabill   on behalf of Defendant Steve  Miguez mgrabill@lawla.com
        Office of  U. S. Trustee   USTPRegion05.SH.ECF@usdoj.gov
        Peter James Segrist   on behalf of Creditor   SBN V FNBC LLC segrist@carverdarden.com,
          clary@carverdarden.com
        Randall Scott Wells   on behalf of Interested Party   Guice Offshore, LLC swells@rushing-guice.com
        Stewart F. Peck   on behalf of Defendant Steve  Miguez speck@lawla.com,
          erosenberg@lawla.com;ymaranto@lawla.com
        William Kaufman   on behalf of Interested Party   Guice Offshore, LLC whkaufman@ohllc.com,
          egnormand@ohllc.com
```
                                                                        TOTAL: 13