**SO ORDERED.**

**SIGNED March 7, 2019.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | * | CASE NO. 18-51277 |
| --- | --- | --- |
| | * | |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| | * | |
| DEBTOR | * | JUDGE JOHN W. KOLWE |
| *  *  *  *  *  *  *  * | | |

## ORDER

Upon consideration of the *Motion for Relief From Automatic Stay* (R.Doc. 60) ("Motion") filed by SBN V FNBC LLC ("SBN"), the *Opposition* (R.Doc. 97) filed by Steve Miguez ("Miguez") and the *Objection* (R.Doc. 98) filed by Mr. Steven, L.L.C. ("Debtor"), the additional memoranda filed by SBN, Debtor and Miguez relating to the Motion, the evidence presented at the hearings on December 18, 2018 and February 12, 2019, the arguments of counsel and the record of this matter, the Court finding (i) that the Motion was properly noticed and served, and (ii) that the relief sought in the Motion should be granted for the oral reasons provided by the Court in open court on February 26, 2019.

**IT IS ORDERED** that that Motion be and is hereby granted and that the automatic stay under section 362 of the Bankruptcy Code be and is hereby lifted to permit SBN to enforce its rights and remedies with respect to the property described in the Preferred Ship Mortgage by Debtor dated September 28, 2015, including without limitation the vessel known as M/V Mr. Steven;

**IT IS FURTHER ORDERED** that automatic stay under section 362 of the Bankruptcy Code be and is hereby lifted to allow SBN to proceed with the foreclosure of the M/V Mr. Steven which is currently pending in the United States District Court for the Central District of California, case no. 2:18-cv-08492-RSWL-RAO.

**IT IS FURTHER ORDERED** that this order not be stayed pending the expiration of a fourteen (14) day post-entry period of the Order, pursuant to Bankruptcy Rule 4001(a)(3).

# # #

This order was prepared and is being submitted by:

/s/ David F. Waguespack
David F. Waguespack (LA State Bar No. 21121)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Direct: (504) 585-3814
Fax:  (504) 585-3801

Attorney for SBN V FNBC LLC

4820-6022-6441, v. 1

```
                         United States Bankruptcy Court
                          Western District of Louisiana
In re:                                                    Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                        Chapter 11
Lady Eve, L.L.C.
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0536-4          User: mcomeaux          Page 1 of 1          Date Rcvd: Mar 08, 2019
                              Form ID: pdf8           Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
```
db         +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
aty         Richard Montague,    Phelps Dunbar, LLP,    P. O. Box 16114,    Jackson, MS 39236-6114
intp       +Guice Offshore, LLC,    R. Scott Wells, Esq.,    Rushing & Guice, P.L.L.C.,    P.O. Box 1925,
             Biloxi, MS 39533-1925
cr         +SBN V FNBC LLC,    c/o David F. Waguespack,    1100 Poydras Street,    Suite 3100,
             New Orleans, LA 70163-1102
intp        SpaceX,    c/o Amanda W. Messa,    Phelps Dunbar LLP,    P.O. Box 4412,
             Baton Rouge, LA 70821-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr          DIP
intp        Seatran Marine, LLC
intp        Steve Miguez
                                                                                TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
              Benjamin W. Kadden    on behalf of Defendant Steve  Miguez bkadden@lawla.com, mnguyen@lawla.com
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
               kfritscher@hellerdraper.com;lcollins@hellerdraper.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
              Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
              James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
               mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
              Meredith S. Grabill    on behalf of Defendant Steve  Miguez mgrabill@lawla.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
              Stewart F. Peck    on behalf of Defendant Steve  Miguez speck@lawla.com,
               erosenberg@lawla.com;ymaranto@lawla.com
              William Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
               egnormand@ohllc.com
                                                                                            TOTAL: 13
```