UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**NOW INTO COURT**, through undersigned counsel, comes Mr. Row, L.L.C. who is jointly administered with Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, and Mr. Ridge LLC, who submits this *Notice of Appeal and Statement of Election* as follows:

**Part 1: Identify the appellant(s):**

1. Name(s) of appellant(s):

   **MR. ROW, L.L.C.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding. (not applicable)

   Plaintiff
   Defendant
   Other (describe) _____

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "<u>Debtors</u>"). [ECF Doc. 109].

For appeals in a bankruptcy case and not in an adversary proceeding.

**XX Debtor: in pending jointly administered chapter 11 proceeding case number 18-51523**
   Creditor
   Trustee
   Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: **Order [R.Doc. 152] upon consideration of the *Motion for Relief From Automatic Stay* [R.Doc. 130].**

2. State the date on which the judgment, order, or decree was entered: **March 7, 2019.**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Mr. Row, L.LC.**     Attorney     Douglas S. Draper, Esq.
                                                                            Leslie A. Collins, Esq.
                                                                            Greta M. Brouphy, Esq.
                                                                            Heller, Draper, Patrick, Horn
                                                                               & Manthey, LLC
                                                                            650 Poydras Street, Suite 2500
                                                                            New Orleans, Louisiana 70130-6103
                                                                            Telephone: (504) 299-3300
                                                                            Fax: (504) 299-3399
                                                                            E-mail: ddraper@hellerdraper.com
                                                                            E-mail: lcollins@hellerdraper.com
                                                                            E-mail: gbrouphy@hellerdraper.com

2. Party: **SBN V FNBC LLC**     Attorney:     David F. Waguespack, Esq.
                                                                            Carver, Darden, Koretzky, Tessier,
                                                                             Finn, Blossman & Areaux, LLC
                                                                           1100 Poydras Street, Suite 3100
                                                                           New Orleans, Louisiana 70163
                                                                           Direct: (504) 585-3814
                                                                           Fax: (504-585-3801
                                                                           E-mail: waguespack@carverdarden.com

| | | | |
|---|---|---|---|
| 3. Party: **Steve J. Miguez** | | Attorney | Stewart F. Peck, Esq.<br>Benjamin W. Kadden, Esq.<br>Meredith S. Grabill, Esq.<br>Lugenbuhl, Wheaton, Peck, Rankin,<br>  & Hubbard, A Law Corporation<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>E-mail: speck@lawla.com;<br>bkadden@lawla.com, mgrabill@lawla.com |
| 4. Party: **SeaTran Marine, LLC** | | Attorney | Stewart F. Peck, Esq.<br>Benjamin W. Kadden, Esq.<br>Meredith S. Grabill, Esq.<br>Lugenbuhl, Wheaton, Peck, Rankin,<br>  & Hubbard, A Law Corporation<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>E-mail: speck@lawla.com;<br>bkadden@lawla.com, mgrabill@lawla.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**Not applicable.**

**Part 5: Sign below**

Dated: March 20, 2019

                                                  */s/ Douglas S. Draper*
                                                  Douglas S. Draper, La Bar No. 5073
                                                  Leslie A. Collins, La Bar No. 14891
                                                  Greta M. Brouphy, La Bar No. 26216
                                                  Heller, Draper, Patrick, Horn & Manthey, LLC
                                                  650 Poydras Street, Suite 2500
                                                  New Orleans, Louisiana 70130-6103
                                                  Telephone: (504) 299-3300 / Fax: (504) 299-3399
                                                  E-mail: ddraper@hellerdraper.com
                                                  E-mail: lcollins@hellerdraper.com
                                                  E-mail: gbrouphy@hellerdraper.com

                                                  *Attorneys for the Appellant*