UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**NOW INTO COURT**, through undersigned counsel, comes Mr. Mason, L.L.C. who is jointly administered with Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Ridge LLC, and Mr. Row LLC, who submits this *Notice of Appeal and Statement of Election* as follows:

**Part 1: Identify the appellant(s):**

1. Name(s) of appellant(s):

   **MR. MASON, L.L.C.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding. (not applicable)

    Plaintiff
    Defendant
    Other (describe) _____

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

For appeals in a bankruptcy case and not in an adversary proceeding.

**XX Debtor: in pending jointly administered chapter 11 proceeding case number 18-51521**
   Creditor
   Trustee
   Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: **Order [R.Doc. 153] upon consideration of the *Motion for Relief From Automatic Stay* [R.Doc. 126].**

2. State the date on which the judgment, order, or decree was entered: **March 7, 2019.**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Mr. Mason, LLC**    Attorney    Douglas S. Draper, Esq.
    Leslie A. Collins, Esq.
    Greta M. Brouphy, Esq.
    Heller, Draper, Patrick, Horn
     & Manthey, LLC
    650 Poydras Street, Suite 2500
    New Orleans, Louisiana 70130-6103
    Telephone: (504) 299-3300
    Fax: (504) 299-3399
    E-mail: ddraper@hellerdraper.com
    E-mail: lcollins@hellerdraper.com
    E-mail: gbrouphy@hellerdraper.com

2. Party: **SBN V FNBC LLC**    Attorney:    David F. Waguespack, Esq.
    Carver, Darden, Koretzky, Tessier,
     Finn, Blossman & Areaux, LLC
    1100 Poydras Street, Suite 3100
    New Orleans, Louisiana 70163
    Direct: (504) 585-3814
    Fax: (504-585-3801
    E-mail: waguespack@carverdarden.com

| | | | |
|---|---|---|---|
| 3. Party: **Steve J. Miguez** | Attorney | | Stewart F. Peck, Esq.<br>Benjamin W. Kadden, Esq.<br>Meredith S. Grabill, Esq.<br>Lugenbuhl, Wheaton, Peck, Rankin,<br>  & Hubbard, A Law Corporation<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>E-mail: speck@lawla.com;<br>bkadden@lawla.com, mgrabill@lawla.com |
| 4. Party: **SeaTran Marine, LLC** | Attorney | | Stewart F. Peck, Esq.<br>Benjamin W. Kadden, Esq.<br>Meredith S. Grabill, Esq.<br>Lugenbuhl, Wheaton, Peck, Rankin,<br>  & Hubbard, A Law Corporation<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>E-mail: speck@lawla.com;<br>bkadden@lawla.com, mgrabill@lawla.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**Not applicable.**

**Part 5: Sign below**
Dated: March 20, 2019

                                                  */s/ Douglas S. Draper*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300 / Fax: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Attorneys for the Appellant*