UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | HONORABLE JOHN W. KOLWE |

**CERTIFICATE OF SERVICE**

I, Douglas S. Draper, counsel for Debtors/Appellants, hereby certify that I caused the *Notice of Appeal and Statement of Election* [Dkt. 162], *Notice of Appeal and Statement of Election* [Dkt. 163], *Notice of Appeal and Statement of Election* [Dkt. 164] and *Notice of Appeal and Statement of Election* [Dkt. 165] to be served on March 20, 2019, via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner    jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill    mgrabill@lawla.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) been jointly administered with Mr. Steven, L.L.C.

I also caused same to be served on March 20, 2019, via First Class U.S. Mail, postage pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

**New Orleans, Louisiana**, this 20th day of March 2019.

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

***Counsel for the Appellants***

```
Label Matrix for local noticing          Guice Offshore, LLC                      Lady Brandi L.L.C.
0536-4                                   R. Scott Wells, Esq.                     107 Hwy 90 West
Case 18-51277                                                                     New Iberia, LA 70560-9485
Western District of Louisiana
Lafayette
Wed Mar 20 15:53:35 CDT 2019

Lady Eve, L.L.C.                         Lady Glenda LLC                          Mr. Blake LLC
107 Hwy 90 West                          107 Hwy 90 West                          107 Hwy 90 West
New Iberia, LA 70560-9485                New Iberia, LA 70560-9485                New Iberia, LA 70560-9485

Mr. Mason LLC                            Mr. Ridge LLC                            Mr. Row LLC
107 Hwy 90 West                          107 Hwy 90 West                          107 Hwy 90 West
New Iberia, LA 70560-9485                New Iberia, LA 70560-9485                New Iberia, LA 70560-9485

Mr. Steven, L.L.C.                       SBN V FNBC LLC                           SpaceX
107 Hwy 90 West                          c/o David F. Waguespack                  c/o Amanda W. Messa
New Iberia, LA 70560-9485

U. S. Bankruptcy Court                   ALLEN'S HANDYMAN SERVICE                 Acadiana Diesel Fuel Injection Service
214 Jefferson Street, Suite 100          5309 CLAUDE VIATOR RD                    c/o its registered agent
Lafayette, LA 70501-7050                 NEW IBERIA, LA 70560-8775                Doug J. Louviere
                                                                                  2615 Jefferson Island Rd
                                                                                  New Iberia, LA 70560-9456

Adams & Reese                            Amanda W. Messa                          BAYOU STATE MARINE & INDUSTRIAL SUPPLY,
701 Poydras St Ste 4500                                                           PO BOX 343
New Orleans LA 70139-4596                                                         12538 NORTH RD
                                                                                  ERATH, LA 70533-5237

Bayou Electric & Specialty, Inc.         Benjamin W Kadden                        Bluetide Communications, Inc.
c/o its registered agent                                                          117 Nolan Road
Stephen S. Drouant                                                                Broussard, LA 70518-3212
1601 Hopkins Street
New Iberia, LA 70560-5825

Bluetide Communications, Inc.            Bow 2 Stern Services, Inc.               COASTAL TIMBERS
c/o its registered agent                 c/o its registered agent                 1310 JANE ST
Kevin M. Delcambre                       Shane Thibodeaux                         NEW IBERIA, LA 70563-1540
200 Cummings Road                        299 Renee Denise Ct.
Broussard, LA 70518-3228                 Theriot, LA 70397-9799

Capital Electric & Supply LLC            Cummins Midsouth                         DIAMOND 'B' INDUSTRIES
c/o its registered agent                 PO Box 842316                            PO BOX 10310
Jon Derouen                              Dallas, TX 75284-2316                    NEW IBERIA, LA 70562-0310
13705 Lynnedale Loop
Abbeville, LA 70510-8515

Deep South Mechanical Services LLC       Donovan Marine Services, LLC             FORCE POWER SYSTEMS
c/o its registered agent                 PO Box 989                               3799 WEST AIRLINE HIGHWAY
Gerard J. Bourgeois                      Amelia, LA 70340-0989                    PO BOX 536
PO Box 1688                                                                       RESERVE, LA 70084-0536
Morgan City, LA 70381-1688
```

Force Power Systems
1983 B. Grand Caillou Rd.
Houma, LA 70363-7003

Guice Offshore, LLC
William Kaufman

Harris & Rufty, L.L.C.
c/o its registered agent
Alfred J. Rufty, III
1831 Octavia St.
New Orleans, LA 70115-5659

Harris & Rufty, LLC
650 Poydras Street, Suite 2710
New Orleans, LA 70130-6160

Iberia Crewboat & Marine
Services, L.L.C.
C/o Mr. Steve Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Iberia Marine Service, LLC
107 Hwy 90 West
New Iberia, LA 70560-9485

Iberia Marine Service, LLC
c/o Steven J. Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JEFF UPHOLSTERY, INC.
4506 EAST HIGHWAY 90
NEW IBERIA, LA 70560-9016

Kolder Slaven and Company INC
POB 9729
New Iberia, LA 70562-9729

Kolder, Slaven & Co.
450 E. Main St
New Iberia LA 70560-3731

Louisiana Department of Revenue
Collection Division Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-6658

Louisiana Workforce Commission
UI Tax and Adjudications
Attn: Bankruptcy Unit
PO Box 44127
Baton Rouge, LA 70804-4127

M&A Safety Services
PO Box 4177
Houma, LA 70361-4177

MARINE SYSTEMS, INC.
PO BOX 301284
DALLAS, TX 75303-1284

Madere & Sons Marine Rental, L.L.C.
c/o Eugene Madere
9266 Highway 23
Belle Chasse, LA 70037-2143

Marine Systems, Inc.
c/o its registered agent
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802-5921

Meredith S. Grabill

Oats & Marino
100 East Vermillion St Ste 400
Lafayette LA 70501-6959

Office of District Counsel
Internal Revenue Service
POB 30509
New Orleans LA 70190-0509

Plaquemines Port Harbor
8056 Highway 23, 3rd Floor
Belle Chasse, LA 70037-2402

R.S.I. Group, Inc.
c/o its registered agent
Rosalind Griffin
25300 Highway 1
Golden Meadow, LA 70357-5332

Richard Montague
Phelps Dunbar LLP
P.O. Box 16114
Jackson, MS 39236-6114

SAMMY'S AIR
PO BOX 9277
NEW IBERIA, LA 70562-9277

SBN V FNBC LLC
c/o Peter J. Segrist

SBN V FNBC LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Organge St.
Wilmington, DE 19801-1196

SBN V FNBC, LLC
1700 Lincoln Street, Suite 2150
Denver, CO 80203-4500

SNB V FNBC, LLC
c/o Thomas E. Shuck
Parker, Milliken, Clark etc
555 S. Flower St., 30th FL
Los Angeles, CA 90071-2440

SeaTran Marine, LLC
c/o Benjamin W. Kadden

SeaTran Marine, LLC
c/o Meredith S. Grabill

SeaTran Marine, LLC
c/o Stewart F. Peck
███████████████
███████████████████

Sewart Supply, Inc
7201 LA-182
Morgan City, LA 70380

Sheriff, Iberia Parish
300 Iberia St.
Suite 120
New Iberia LA 70560-4543

Shipyard Service, L.L.C.
c/o its registered agent
John Sercovich
10856 Belle Chasse Hwy.
Belle Chasse, LA 70037

State of Louisiana, Department of Labor
Delinquent Accounts Unit, UI Tech Support
1001 North 23rd Street
Room 322
Baton Rouge, LA 70802-3338

Steven J. Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Stewart F. Peck
█████████████████████████
████████████████████
██████████████████

Superior Electrical Service, LLC
c/o Jon Derouen
13705 Lynnedale Loop
Abbeville, LA 70510-8515

Thomas E. Shuck
Parker, Milliken, Clark, O'Hara
& Samuelian
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440

UNITED POWER SYSTEMS
2975 HIGHWAY 182
RACELAND, LA 70394-3770

Douglas S. Draper
████████████████████████████
████████████████
███████████████████

Greta M. Brouphy
██████████████████████████████C
████████████████████
███████████████████

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101-3122

