# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−4 | User: mdoucet | Date Created: 3/20/2019 |
| Case: 18−51277 | Form ID: pdf8 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr         DIP

         TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
aty    Douglas S. Draper    ddraper@hellerdraper.com
aty    Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
aty    Greta M. Brouphy    gbrouphy@hellerdraper.com

         TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Mr. Steven, L.L.C.    107 Hwy 90 West    New Iberia, LA 70560
db    Lady Eve, L.L.C.    107 Hwy 90 West    New Iberia, LA 70560
db    Lady Brandi L.L.C.    107 Hwy 90 West    New Iberia, LA 70560
db    Lady Glenda LLC    107 Hwy 90 West    New Iberia, LA 70560
db    Mr. Blake LLC    107 Hwy 90 West    New Iberia, LA 70560
db    Mr. Mason LLC    107 Hwy 90 West    New Iberia, LA 70560
db    Mr. Ridge LLC    107 Hwy 90 West    New Iberia, LA 70560
db    Mr. Row LLC    107 Hwy 90 West    New Iberia, LA 70560

         TOTAL: 8