# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

---

**IN RE:** Mr. Steven, L.L.C.  
Lady Eve, L.L.C.  
Debtor(s)

**Chapter:** 11  
**Case Number:** 18–51277

---

## NOTICE OF FILING NOTICE OF APPEAL

Pursuant to the provisions of **Rule 8003** of the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of a Notice of Appeal in the above captioned matter, as per copy attached hereto.

Notice is further given that pursuant to **Rule 8009** of the Federal Rules of Bankruptcy Procedure that within **fourteen (14) days** after the filing of the notice of appeal the appellant shall file with the Bankruptcy Clerk of Court and serve on the appellee a **designation of items** for inclusion in the record on appeal and a statement of the issues he intends to present on appeal. The record on appeal shall include the items so designated by the appellant; the judgment, order or decree being appealed from and any opinion, finding of fact and conclusion of law by the court, and the notice of appeal. If the appellee deems any other items to be necessary, **within fourteen (14) days** after service the appellee may file and serve on the appellant, a **designation of additional items** to be included.

**TRANSCRIPT REQUIREMENTS UNDER RULE 8009:** If the record designated by any party **includes a transcript of any proceeding or a part thereof**, the party shall immediately after the designation, contact the Bankruptcy Clerk's office to order the transcript and make satisfactory arrangements for payment of its costs. All parties shall take any other action necessary to enable the Bankruptcy Clerk of Court to assemble and transmit the record. If the record designated by any party **does not include a transcript**, the party shall file a *Certificate of No Transcript* with the Bankruptcy Clerk of Court stating that the party is not ordering a transcript.

Failure to comply with **Rule 8003 or 8009** of the Federal Rules of Bankruptcy Procedure may result in transmittal of a Failure to Perfect Bankruptcy Appeal notice from the Bankruptcy Clerk's office to the United States District Court.

Date: March 20, 2019

Edward A. Takara, Clerk

By: **Melonie Doucet**  
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**NOW INTO COURT**, through undersigned counsel, comes Mr. Row, L.L.C. who is jointly administered with Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, and Mr. Ridge LLC, who submits this *Notice of Appeal and Statement of Election* as follows:

**Part 1: Identify the appellant(s):**

1. Name(s) of appellant(s):

    **MR. ROW, L.L.C.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding. (not applicable)

   Plaintiff
   Defendant
   Other (describe) _____

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

For appeals in a bankruptcy case and not in an adversary proceeding.

**XX Debtor: in pending jointly administered chapter 11 proceeding case number 18-51523**
   Creditor
   Trustee
   Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: **Order [R.Doc. 152] upon consideration of the *Motion for Relief From Automatic Stay* [R.Doc. 130].**

2. State the date on which the judgment, order, or decree was entered: **March 7, 2019.**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Mr. Row, L.LC.**    Attorney   Douglas S. Draper, Esq.
   Leslie A. Collins, Esq.
   Greta M. Brouphy, Esq.
   Heller, Draper, Patrick, Horn
     & Manthey, LLC
   650 Poydras Street, Suite 2500
   New Orleans, Louisiana 70130-6103
   Telephone: (504) 299-3300
   Fax: (504) 299-3399
   E-mail: ddraper@hellerdraper.com
   E-mail: lcollins@hellerdraper.com
   E-mail: gbrouphy@hellerdraper.com

2. Party: **SBN V FNBC LLC**    Attorney:   David F. Waguespack, Esq.
   Carver, Darden, Koretzky, Tessier,
    Finn, Blossman & Areaux, LLC
   1100 Poydras Street, Suite 3100
   New Orleans, Louisiana 70163
   Direct: (504) 585-3814
   Fax: (504-585-3801
   E-mail: waguespack@carverdarden.com

| | | |
|---|---|---|
| 3. Party: **Steve J. Miguez** | Attorney | Stewart F. Peck, Esq.<br>Benjamin W. Kadden, Esq.<br>Meredith S. Grabill, Esq.<br>Lugenbuhl, Wheaton, Peck, Rankin,<br>  & Hubbard, A Law Corporation<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>E-mail: speck@lawla.com;<br>bkadden@lawla.com, mgrabill@lawla.com |
| 4. Party: **SeaTran Marine, LLC** | Attorney | Stewart F. Peck, Esq.<br>Benjamin W. Kadden, Esq.<br>Meredith S. Grabill, Esq.<br>Lugenbuhl, Wheaton, Peck, Rankin,<br>  & Hubbard, A Law Corporation<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>E-mail: speck@lawla.com;<br>bkadden@lawla.com, mgrabill@lawla.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**Not applicable.**

**Part 5: Sign below**

Dated: March 20, 2019

                                                  */s/ Douglas S. Draper*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300 / Fax: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Attorneys for the Appellant*

**SO ORDERED.**

**SIGNED March 7, 2019.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C | * | |
| | * | CHAPTER 11 |
| DEBTORS | * | |
| | * | |
| | * | Jointly Administered |
| | * | |
| * * * * * * * * | * | |
| | * | |
| IN RE: | * | CASE NO. 18-51523 |
| | * | |
| MR. ROW, L.L.C | * | |
| | * | CHAPTER 11 |
| DEBTOR | * | |
| | * | |
| * * * * * * * * | | |

**ORDER**

Upon consideration of the *Motion for Relief From Automatic Stay* (R.Doc. 130) ("Motion") filed by SBN V FNBC LLC ("SBN"), the *Opposition* (R.Doc. 137) filed by Debtor and the *Opposition* (R.Doc. 139) filed by Steve Miguez and Seatran Marine, LLC, the evidence presented at the hearings on February 12, 2019, the arguments of counsel and the record of this

matter, the Court finding (i) that the Motion was properly noticed and served, and (ii) that the relief sought in the Motion should be granted for the oral reasons provided by the Court in open court on February 26, 2019,

**IT IS ORDERED** that that Motion be and is hereby granted and that the automatic stay under section 362 of the Bankruptcy Code be and is hereby lifted to permit SBN to enforce its rights and remedies with respect to the property described in the Preferred Ship Mortgage by Debtor dated September 28, 2015, including without limitation foreclosure on the vessel known as M/V Mr. Row;

**IT IS FURTHER ORDERED** that this order not be stayed pending the expiration of a fourteen (14) day post-entry period of the Order, pursuant to Bankruptcy Rule 4001(a)(3).

# # #

This order was prepared and is being submitted by:

/s/ David F. Waguespack
David F. Waguespack (LA State Bar No. 21121)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Direct: (504) 585-3814
Fax: (504) 585-3801

Attorney for SBN V FNBC LLC

4835-7541-9017, v. 1

# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0536−4 | User: mcomeaux | Date Created: 3/8/2019 | |
| Case: 18−51277 | Form ID: pdf8 | Total: 26 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      DIP
intp     Seatran Marine, LLC
intp     Steve Miguez

                                                                                                                                                                          TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
aty     Amanda W. Messa     amanda.messa@phelps.com
aty     Benjamin W. Kadden     bkadden@lawla.com
aty     David F. Waguespack     waguespack@carverdarden.com
aty     Douglas S. Draper     ddraper@hellerdraper.com
aty     Gail Bowen McCulloch     gail.mcculloch@usdoj.gov
aty     Greta M. Brouphy     gbrouphy@hellerdraper.com
aty     Peter James Segrist     segrist@carverdarden.com
aty     Randall Scott Wells     swells@rushing−guice.com
aty     Stewart F. Peck     speck@lawla.com
aty     William Kaufman     whkaufman@ohllc.com

                                                                                                                                                                          TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mr. Steven, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
cr      SBN V FNBC LLC     c/o David F. Waguespack     1100 Poydras Street     Suite 3100     New Orleans, LA 70163
intp     Guice Offshore, LLC     R. Scott Wells, Esq.     Rushing & Guice, P.L.L.C.     P.O. Box 1925     Biloxi, MS 39533
intp     SpaceX     c/o Amanda W. Messa     Phelps Dunbar LLP     P.O. Box 4412     Baton Rouge, LA 70821−4412
db      Lady Eve, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db      Lady Brandi L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db      Lady Glenda LLC     107 Hwy 90 West     New Iberia, LA 70560
db      Mr. Blake LLC     107 Hwy 90 West     New Iberia, LA 70560
db      Mr. Mason LLC     107 Hwy 90 West     New Iberia, LA 70560
db      Mr. Ridge LLC     107 Hwy 90 West     New Iberia, LA 70560
db      Mr. Row LLC     107 Hwy 90 West     New Iberia, LA 70560
aty     Richard Montague     Phelps Dunbar, LLP     P. O. Box 16114     Jackson, MS 39236−6114

                                                                                                                                                                          TOTAL: 12