# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

---

**IN RE:** Mr. Steven, L.L.C.  
Lady Eve, L.L.C.  
Debtor(s)

**Chapter:** 11  
**Case Number:** 18–51277

---

## NOTICE OF FILING NOTICE OF APPEAL

Pursuant to the provisions of **Rule 8003** of the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of a Notice of Appeal in the above captioned matter, as per copy attached hereto.

Notice is further given that pursuant to **Rule 8009** of the Federal Rules of Bankruptcy Procedure that within **fourteen (14) days** after the filing of the notice of appeal the appellant shall file with the Bankruptcy Clerk of Court and serve on the appellee a **designation of items** for inclusion in the record on appeal and a statement of the issues he intends to present on appeal. The record on appeal shall include the items so designated by the appellant; the judgment, order or decree being appealed from and any opinion, finding of fact and conclusion of law by the court, and the notice of appeal. If the appellee deems any other items to be necessary, **within fourteen (14) days** after service the appellee may file and serve on the appellant, a **designation of additional items** to be included.

**TRANSCRIPT REQUIREMENTS UNDER RULE 8009:** If the record designated by any party **includes a transcript of any proceeding or a part thereof**, the party shall immediately after the designation, contact the Bankruptcy Clerk's office to order the transcript and make satisfactory arrangements for payment of its costs. All parties shall take any other action necessary to enable the Bankruptcy Clerk of Court to assemble and transmit the record. If the record designated by any party **does not include a transcript**, the party shall file a *Certificate of No Transcript* with the Bankruptcy Clerk of Court stating that the party is not ordering a transcript.

Failure to comply with **Rule 8003 or 8009** of the Federal Rules of Bankruptcy Procedure may result in transmittal of a Failure to Perfect Bankruptcy Appeal notice from the Bankruptcy Clerk's office to the United States District Court.

Date: March 20, 2019

Edward A. Takara, Clerk

By: **Melonie Doucet**  
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**NOW INTO COURT**, through undersigned counsel, comes Mr. Mason, L.L.C. who is jointly administered with Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Ridge LLC, and Mr. Row LLC, who submits this *Notice of Appeal and Statement of Election* as follows:

**Part 1: Identify the appellant(s):**

1. Name(s) of appellant(s):

   **MR. MASON, L.L.C.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding. (not applicable)

    Plaintiff
    Defendant
    Other (describe) _____

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

For appeals in a bankruptcy case and not in an adversary proceeding.

**XX Debtor: in pending jointly administered chapter 11 proceeding case number 18-51521**
   Creditor
   Trustee
   Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: **Order [R.Doc. 153] upon consideration of the *Motion for Relief From Automatic Stay* [R.Doc. 126].**

2. State the date on which the judgment, order, or decree was entered: **March 7, 2019.**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Mr. Mason, LLC**    Attorney    Douglas S. Draper, Esq.
                                                                                 Leslie A. Collins, Esq.
                                                                                 Greta M. Brouphy, Esq.
                                                                                 Heller, Draper, Patrick, Horn
                                                                                   & Manthey, LLC
                                                                                650 Poydras Street, Suite 2500
                                                                                 New Orleans, Louisiana 70130-6103
                                                                                 Telephone: (504) 299-3300
                                                                                 Fax: (504) 299-3399
                                                                                 E-mail: ddraper@hellerdraper.com
                                                                                 E-mail: lcollins@hellerdraper.com
                                                                                 E-mail: gbrouphy@hellerdraper.com

2. Party: **SBN V FNBC LLC**    Attorney:    David F. Waguespack, Esq.
                                                                             Carver, Darden, Koretzky, Tessier,
                                                                              Finn, Blossman & Areaux, LLC
                                                                             1100 Poydras Street, Suite 3100
                                                                             New Orleans, Louisiana 70163
                                                                             Direct: (504) 585-3814
                                                                             Fax: (504-585-3801
                                                                             E-mail: waguespack@carverdarden.com

| | | |
|---|---|---|
| 3. Party: **Steve J. Miguez** | Attorney | Stewart F. Peck, Esq.<br>Benjamin W. Kadden, Esq.<br>Meredith S. Grabill, Esq.<br>Lugenbuhl, Wheaton, Peck, Rankin,<br>  & Hubbard, A Law Corporation<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>E-mail: speck@lawla.com;<br>bkadden@lawla.com, mgrabill@lawla.com |
| 4. Party: **SeaTran Marine, LLC** | Attorney | Stewart F. Peck, Esq.<br>Benjamin W. Kadden, Esq.<br>Meredith S. Grabill, Esq.<br>Lugenbuhl, Wheaton, Peck, Rankin,<br>  & Hubbard, A Law Corporation<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>E-mail: speck@lawla.com;<br>bkadden@lawla.com, mgrabill@lawla.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**Not applicable.**

**Part 5: Sign below**
Dated: March 20, 2019

                                                */s/ Douglas S. Draper*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300 / Fax: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Attorneys for the Appellant*

**SO ORDERED.**

**SIGNED March 7, 2019.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | * | CASE NO. 18-51277 |
|---|---|---|
| | * | |
| MR. STEVEN, L.L.C | * | |
| | * | CHAPTER 11 |
| DEBTORS | * | |
| | * | |
| | * | Jointly Administered |
| | * | |
| *  *  *  *  *  *  *  * | * | |
| | * | |
| IN RE: | * | CASE NO. 18-51521 |
| | * | |
| MR. MASON, L.L.C | * | |
| | * | CHAPTER 11 |
| DEBTOR | * | |
| *  *  *  *  *  *  *  * | | |

## ORDER

Upon consideration of the *Motion for Relief From Automatic Stay* (R.Doc. 126) ("Motion") filed by SBN V FNBC LLC ("SBN"), the *Opposition* (R.Doc. 137) filed by Debtor and the *Opposition* (R.Doc. 139) filed by Steve Miguez and Seatran Marine, LLC, the evidence presented at the hearings on December 18, 2018 and February 12, 2019, the

arguments of counsel and the record of this matter, the Court finding (i) that the Motion was properly noticed and served, and (ii) that the relief sought in the Motion should be granted for the oral reasons provided by the Court in open court on February 26, 2019,

**IT IS ORDERED** that that Motion be and is hereby granted and that the automatic stay under section 362 of the Bankruptcy Code be and is hereby lifted to permit SBN to enforce its rights and remedies with respect to the property described in the Preferred Ship Mortgage by Debtor dated September 28, 2015, including without limitation foreclosure on the vessel known as M/V Mr. Mason;

**IT IS FURTHER ORDERED** that this order not be stayed pending the expiration of a fourteen (14) day post-entry period of the Order, pursuant to Bankruptcy Rule 4001(a)(3).

# # #

This order was prepared* and is being submitted by:

/s/ David F. Waguespack
David F. Waguespack (LA State Bar No. 21121)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Direct: (504) 585-3814
Fax: (504) 585-3801

Attorney for SBN V FNBC LLC

4827-2476-1737, v. 1

*Modified by the Court to include a reference to the December 18, 2018 hearing.

# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0536−4 | User: mcomeaux | Date Created: 3/8/2019 | |
| Case: 18−51277 | Form ID: pdf8 | Total: 26 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| tr | DIP |
| intp | Seatran Marine, LLC |
| intp | Steve Miguez |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| aty | Amanda W. Messa | amanda.messa@phelps.com |
| aty | Benjamin W. Kadden | bkadden@lawla.com |
| aty | David F. Waguespack | waguespack@carverdarden.com |
| aty | Douglas S. Draper | ddraper@hellerdraper.com |
| aty | Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| aty | Greta M. Brouphy | gbrouphy@hellerdraper.com |
| aty | Peter James Segrist | segrist@carverdarden.com |
| aty | Randall Scott Wells | swells@rushing−guice.com |
| aty | Stewart F. Peck | speck@lawla.com |
| aty | William Kaufman | whkaufman@ohllc.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Mr. Steven, L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| cr | SBN V FNBC LLC | c/o David F. Waguespack | 1100 Poydras Street | Suite 3100 | New Orleans, LA 70163 |
| intp | Guice Offshore, LLC | R. Scott Wells, Esq. | Rushing & Guice, P.L.L.C. | P.O. Box 1925 | Biloxi, MS 39533 |
| intp | SpaceX | c/o Amanda W. Messa | Phelps Dunbar LLP | P.O. Box 4412 | Baton Rouge, LA 70821−4412 |
| db | Lady Eve, L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Lady Brandi L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Lady Glenda LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Mr. Blake LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Mr. Mason LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Mr. Ridge LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Mr. Row LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| aty | Richard Montague | Phelps Dunbar, LLP | P. O. Box 16114 | Jackson, MS 39236−6114 | |

TOTAL: 12