UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

### EX PARTE MOTION TO CONTINUE
### THE STATUS CONFERENCES AND THE
### HEARING ON THE APPROVAL OF THE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, come Mr. Steven, L.L.C., Lady

Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr.

Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (referred to herein as

"Debtor" or collectively, the "Debtors") who file this *Ex Parte Motion to Continue the Status*

*Conferences and the Hearing on the Approval of the Disclosure Statement* (the "Motion")

seeking a continuance of the status conferences and the hearing on the approval of the *Joint*

*Disclosure Statement to Accompany the Joint Chapter 11 Plan of Reorganization of the Debtors*

(the "Disclosure Statement") [R.Doc. 141] all currently scheduled for March 26, 2019 at 10:00

a.m. and aver as follows:

### PROCEDURAL HISTORY

1.     Currently pending before this Court are status conferences on the March 26th

Hearing Docket for each of the jointly administered Debtors that was scheduled prior to the

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

18-51277 - #171  File 03/21/19  Enter 03/21/19 13:21:37  Main Document  Pg 1 of 5

approval of the request for joint administration. See Order to Debtor-In-Possession and Setting Status Conference in Lady Eve, LLC (18-51488 – R. Doc. 6), Lady Brandi, LLC (18-51517 R. Doc. 6), Lady Glenda, LLC (18-51518 – R.Doc. 7), Mr. Blake, LLC (18-51519 – R.Doc. 7), Mr. Mason, LLC (18-51522 – R.Doc. 7), Mr. Ridge, LLC (18-51522 – R.Doc. 6), and Mr. Row, LLC (18-51523 – R.Doc. 7).

2.      Pursuant to the *Order and Notice for Hearing on Disclosure Statement and Fixing Time for Filing Objections to Approval of Disclosure Statement* [R.Doc. 142], currently pending is the hearing on the approval of the Disclosure Statement for March 26, 2019.

3.      Counsel for the Debtors was contacted by the United States Trustee, Gail McCulloch with comments, questions and requested changes to the Disclosure Statement. The Debtors indicated to Ms. McCulloch that counsel will review her comments and seek a continuance of the disclosure statement hearing for the reasons stated herein.

<u>**RELIEF REQUESTED**</u>

4.      The Debtors are seeking to continue the matters currently set on this Court's March 26th hearing Docket regarding the status conferences and the hearing on the approval of the Disclosure Statement. The parties are currently engaging in settlement discussions with the intent of hopefully resulting in a consensual disclosure statement and plan of reorganization. The Debtors are seeking additional time to continue the negotiations.

5.      Accordingly, the Debtors are requesting that this Court continue the matters so as to come for consideration before the Court on **April 16, 2019** at 10:00 a.m. with any objection to be filed seven (7) days prior to the continued hearing.

6.      The Debtors state no parties will be prejudiced by the continuance as the parties are working on negotiating a consensual disclosure statement and plan, and such continuance

will give the Debtors' counsel time to work with the United States Trustee with her suggested revisions and comments.

   **WHEREFORE**, the Debtors pray for an order continuing the scheduled status conferences and continuing the approval of the disclosure statement until **April 16, 2019** at 10:00 a.m. with any objection to be filed seven (7) days prior to the continued hearing.

Dated:  March 21, 2019

*/s/ Douglas S. Draper*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130-6103
Telephone: (504) 299-3300 / Fax: (504) 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

*Attorneys for the Debtors*

## <u>CERTIFICATE OF SERVICE</u>

I, Douglas S. Draper, counsel for Debtors, hereby certify that I caused the *Ex Parte Motion to Continue the Status Conferences and the Hearing on the Approval of the Disclosure Statement* to be served on March 21, 2019, via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner    jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill    mgrabill@lawla.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

I also caused same to be served on March 21, 2019, via First Class U.S. Mail, postage pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

I also caused same to be served on March 21, 2019, via First Class U.S. Mail, postage pre-paid to the following:

Securities and Exchange Commission
Regional Directors
801 Brickell Avenue
Suite 1800
Miami, Florida  33131

**New Orleans, Louisiana**, this 21st day of March 2019.

/s/ Douglas S. Draper
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130-6103
Telephone: (504) 299-3300 / Fax: (504) 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

*Attorneys for the Debtors*

{00367303-1}