UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**EX PARTE MOTION FOR EXPEDITED CONSIDERATION OF THE MOTION OF DEBTORS PURSUANT TO SECTIONS 105 AND 363 AND FED. R. BANKR. P. 2002 AND 6004 FOR (A) AN ORDER AUTHORIZNG THE SALE OF SUBJECT ASSETS OF DEBTORS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES TO SEACOR MARINE AND <u>APPROVING BID PROCEDURES</u>**

**NOW INTO COURT**, through undersigned counsel, comes Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), and file this Ex Parte Motion for Expedited Consideration of the *Motion of Debtors Pursuant to Sections 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 for (A) an Order Authorizing the Sale of Subject Assets of Debtors Free and Clear of Liens, Claims, Interests and Encumbrances to Seacor Marine and Approving Bid Procedures* ("<u>Sale Motion</u>") [Dkt. #172] and the Debtors aver as follows:

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "<u>Debtors</u>"). [ECF Doc. 109].

{00367306-2}

1

## RELIEF REQUESTED

1. Concurrently, the Debtors have filed their Sale Motion seeking to sell the M/V Mr. Steven and indicated a paragraph 20 of the Sale Motion that the sale of the vessel will reduce debt owed in the hope of reaching a consensual plan of reorganization.

2. In an effort to proceed with the sale, the Debtors are requesting that an expedited hearing be scheduled for April 9, 2019.

3. Undersigned counsel is presenting the Sale Motion with input from the secured creditor and requested authority to file the Sale Motion on an expedited basis but have not received as response as of the filing of this request. However, as the timeframe is short and out of an abundance of caution, the undersigned is filing this request and assert than an expedited hearing is necessary since Debtors believe this to be in the best interests of the bankruptcy estates.

**WHEREFORE**, Debtors pray that this Court grant to it an expedited hearing on Debtors' Motion *of Debtors Pursuant to Sections 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 for (A) an Order Authorizing the Sale of Subject Assets of Debtors Free and Clear of Liens, Claims, Interests and Encumbrances to Seacor Marine and Approving Bid Procedures* and for all other relief as is just and equitable.

{00367306-2}

2

18-51277 - #173  File 03/21/19  Enter 03/21/19 15:42:01  Main Document  Pg 2 of 5

Dated: March 21, 2019

        Respectfully submitted,

        */s/ Douglas S. Draper*
        Douglas S. Draper (La. Bar No. 5073)
        Leslie A. Collins (La Bar No. 14891)
        Greta M. Brouphy (La Bar No. 26216)
        **Heller, Draper, Patrick, Horn**
        **& Manthey, L.L.C.**
        650 Poydras Street, Suite 2500
        New Orleans, Louisiana 70130-6103
        Tel: (504) 299-3300/Fax: (504) 299-3399
        E-mail: ddraper@hellerdraper.com

        ***Counsel for the Debtors***

# CERTIFICATE OF SERVICE

I, Douglas S. Draper, counsel for Debtors, hereby certify that I caused the *Exparte Motion for Expedited Consideration of the Motion of Debtors Pursuant to Sections 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 for (A) an Order Authorizing the Sale of the Certain Assets of the Debtors Free and Clear of Liens, Claims, Interests and Encumbrances to Seacor Marine and Approving the Bid Procedures* to be served on March 21, 2019, via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner    jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill    mgrabill@lawla.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

I also caused same to be served on March 21, 2019, via First Class U.S. Mail, postage pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

**New Orleans, Louisiana**, this 21st day of March 2019.

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216

{00367306-2}

4

**HELLER, DRAPER, PATRICK, HORN  
 & MANTHEY, L.L.C.**  
650 Poydras Street, Suite 2500  
New Orleans, LA 70130-6103  
Office: 504 299-3300/Fax: 504 299-3399  
E-mail: ddraper@hellerdraper.com  
E-mail: lcollins@hellerdraper.com  
E-mail: gbrouphy@hellerdraper.com  

*Counsel for the Debtors*