**SO ORDERED.**

**SIGNED March 22, 2019.**

_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**ORDER GRANTING EX PARTE MOTION TO CONTINUE**
**THE STATUS CONFERENCES AND THE**
**HEARING ON THE APPROVAL OF THE DISCLOSURE STATEMENT**

**Came for Consideration** was the *Ex Parte Motion to Continue the Status Conferences and the Hearing on the Approval of the Disclosure Statement* (the "Motion") [Doc. #171 ] as filed by Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr.

---
[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367309-1}

1

Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (referred to herein as "Debtor" or collectively, the "Debtors") with the Motion filed and served in conformity with the local rules, and that the relief to be granted by this order is consistent with the relief pled for in the Motion; therefore it is hereby

**ORDERED** that the status conferences in Lady Eve, LLC (18-51488 – R. Doc. 6), Lady Brandi, LLC (18-51517 R. Doc. 6), Lady Glenda, LLC (18-51518 – R.Doc. 7), Mr. Blake, LLC (18-51519 – R.Doc. 7), Mr. Mason, LLC (18-51522 – R.Doc. 7), Mr. Ridge, LLC (18-51522 – R.Doc. 6), and Mr. Row, LLC (18-51523 – R.Doc. 7) are hereby **DEEMED SATISFIED**; and it is further

**ORDERED** that the hearing on the *Joint Disclosure Statement to Accompany the Joint Chapter 11 Plan of Reorganization of the Debtors* [R.Doc. 141] is hereby continued and will be held on **April 16, 2019 at 10:00 a.m. before this Court at 214 Jefferson Street, 1st Floor Courtroom, Lafayette, Louisiana** and that objections, if any, to the proposed disclosure statement or modifications thereto, shall be in writing and filed with the Clerk of Court at least seven (7) full days before the hearing and served upon the debtor, the trustee if any, the creditors committee, the Assistant U.S. Trustee (Shreveport), and the proponent of the plan if applicable, and such other entity as may be designated by the Court, any objections not filed and served may be deemed waived.

### End of Order ###

{00367309-1}

2

18-51277 - #174  File 03/22/19  Enter 03/22/19 10:51:55  Main Document  Pg 2 of 3

This order was prepared and is being submitted by:

**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**

*/s/ Greta M. Brouphy*
Greta M. Brouphy (La. Bar No. 26216)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone:  504-299-3300 // Fax:  504-299-3399
gbrouphy@hellerdraper.com

*Counsel for the Debtors*

*Modified by the Court with respect to the status conferences.*