# Notice Recipients

District/Off: 0536−4    User: mcomeaux    Date Created: 3/22/2019
Case: 18−51277    Form ID: pdf1    Total: 91

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| tr | DIP | |
| intp | Seatran Marine, LLC | |
| intp | Steve Miguez | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| aty | Amanda W. Messa | amanda.messa@phelps.com |
| aty | Benjamin W. Kadden | bkadden@lawla.com |
| aty | David F. Waguespack | waguespack@carverdarden.com |
| aty | Douglas S. Draper | ddraper@hellerdraper.com |
| aty | Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| aty | Greta M. Brouphy | gbrouphy@hellerdraper.com |
| aty | Peter James Segrist | segrist@carverdarden.com |
| aty | Randall Scott Wells | swells@rushing−guice.com |
| aty | Stewart F. Peck | speck@lawla.com |
| aty | William Kaufman | whkaufman@ohllc.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | | |
|---|---|---|---|---|---|---|
| db | Mr. Steven, L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 | | | |
| cr | SBN V FNBC LLC | c/o David F. Waguespack | 1100 Poydras Street | Suite 3100 | New Orleans, LA 70163 | |
| intp | Guice Offshore, LLC | R. Scott Wells, Esq. | Rushing & Guice, P.L.L.C. | P.O. Box 1925 | Biloxi, MS 39533 | |
| intp | SpaceX | c/o Amanda W. Messa | Phelps Dunbar LLP | P.O. Box 4412 | Baton Rouge, LA 70821−4412 | |
| db | Lady Eve, L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 | | | |
| db | Lady Brandi L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 | | | |
| db | Lady Glenda LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | | |
| db | Mr. Blake LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | | |
| db | Mr. Mason LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | | |
| db | Mr. Ridge LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | | |
| db | Mr. Row LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | | |
| aty | Richard Montague | Phelps Dunbar, LLP | P. O. Box 16114 | Jackson, MS 39236−6114 | | |
| smg | State of Louisiana, Department of Labor | Delinquent Accounts Unit,UI Tech Support | 1001 North 23rd Street, Room 322 | Baton Rouge, LA 70802 | | |
| smg | Louisiana Department of Revenue and Taxation | Attn: Bankruptcy Division | P.O. Box 66658 | Baton Rouge, LA 70896 | | |
| 7793158 | ALLEN'S HANDYMAN SERVICE | 5309 CLAUDE VIATOR RD | NEW IBERIA, LA 70560 | | | |
| 7793167 | Acadiana Diesel Fuel Injection Service | c/o its registered agent | Doug J. Louviere | 2615 Jefferson Island Rd | New Iberia, LA 70560 | |
| 7788260 | Adams & Reese | 701 Poydras St Ste 4500 | New Orleans LA 70139 | | | |
| 7774372 | Amanda W. Messa | Phelps Dunbar LLP | P.O. Box 4412 | Baton Rouge, LA 70821−4412 | | |
| 7793183 | BAYOU STATE MARINE & INDUSTRIAL SUPPLY, | PO BOX 343 | 12538 NORTH RD | ERATH, LA 70533 | | |
| 7788541 | Bayou Electric & Specialty, Inc. | c/o its registered agent | Stephen S. Drouant | 1601 Hopkins Street | New Iberia, LA 70560 | |
| 7765155 | Benjamin W Kadden | 601 Poydras Street, Suite 2775 | New Orleans, LA 70130 | | | |
| 7793312 | Bluetide Communications, Inc. | 117 Nolan Road | Broussard, LA 70518 | | | |
| 7793170 | Bluetide Communications, Inc. | c/o its registered agent | Kevin M. Delcambre | 200 Cummings Road | Broussard, LA 70518 | |
| 7793185 | Bow 2 Stern Services, Inc. | c/o its registered agent | Shane Thibodeaux | 299 Renee Denise Ct. | Theriot, LA 70397 | |
| 7793186 | COASTAL TIMBERS | 1310 JANE ST | NEW IBERIA, LA 70563 | | | |
| 7793209 | Capital Electric & Supply LLC | c/o its registered agent | Jon Derouen | 13705 Lynnedale Loop | Abbeville, LA 70510 | |
| 7793187 | Cummins Midsouth | PO Box 842316 | Dallas, TX 75284 | | | |
| 7793198 | DIAMOND 'B' INDUSTRIES | PO BOX 10310 | NEW IBERIA, LA 70562 | | | |
| 7788550 | Deep South Mechanical Services LLC | c/o its registered agent | Gerard J. Bourgeois | PO Box 1688 | Morgan City, LA 70381 | |
| 7788554 | Donovan Marine Services, LLC | PO Box 989 | Amelia, LA 70340 | | | |
| 7793171 | FORCE POWER SYSTEMS | 3799 WEST AIRLINE HIGHWAY | PO BOX 536 | RESERVE, LA 70084−0536 | | |
| 7788555 | Force Power Systems | 1983 B. Grand Caillou Rd. | Houma, LA 70363 | | | |
| 7764297 | Guice Offshore, LLC | William Kaufman | PO Drawer 52606 | Lafayette LA 70505−2606 | | |

| | | | | | |
|---|---|---|---|---|---|
| 7788552 | Harris & Rufty, L.L.C. | c/o its registered agent | Alfred J. Rufty, III | 1831 Octavia St. | New Orleans, LA 70115 |
| 7806774 | Harris & Rufty, LLC | 650 Poydras Street, Suite 2710 | New Orleans, LA 70130 | | |
| 7738274 | Iberia Crewboat & Marine Services, L.L.C. | C/o Mr. Steve Miguez | 107 Hwy 90 West | New Iberia, LA 70560 | |
| 7738275 | Iberia Marine Service, LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| 7788548 | Iberia Marine Service, LLC | c/o Steven J. Miguez | 107 Hwy 90 West | New Iberia, LA 70560–9485 | |
| 7793159 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | | |
| 7793203 | JEFF UPHOLSTERY, INC. | 4506 EAST HIGHWAY 90 | NEW IBERIA, LA 70560 | | |
| 7793758 | Kolder Slaven and Company INC | POB 9729 | New Iberia, LA 70562 | | |
| 7788261 | Kolder, Slaven & Co. | 450 E. Main St | New Iberia LA 70560 | | |
| 7793161 | Louisiana Department of Revenue | Collection Division Bankruptcy Section | PO Box 66658 | Baton Rouge, LA 70896–6658 | |
| 7793162 | Louisiana Workforce Commission | UI Tax and Adjudications | Attn: Bankruptcy Unit | PO Box 44127 | Baton Rouge, LA 70804–4127 |
| 7793213 | M&A Safety Services | PO Box 4177 | Houma, LA 70361 | | |
| 7793204 | MARINE SYSTEMS, INC. | PO BOX 301284 | DALLAS, TX 75303–1284 | | |
| 7793214 | Madere & Sons Marine Rental, L.L.C. | c/o Eugene Madere | 9266 Highway 23 | Belle Chasse, LA 70037 | |
| 7793215 | Madere & Sons Marine Rental, L.L.C. | c/o Eugene Madere | 9266 Highway 23 | Belle Chasse, LA 70037 | |
| 7788556 | Marine Systems, Inc. | c/o its registered agent | Corporation Service Company | 501 Louisiana Ave. | Baton Rouge, LA 70802 |
| 7766714 | Meredith S. Grabill | Lugenbuhl Wheaton Peck Rankin & Hubbard | 601 Poydras Street, Suite 2775 | New Orleans, LA 70130 | |
| 7788262 | Oats & Marino | 100 East Vermillion St Ste 400 | Lafayette LA 70501 | | |
| 7793163 | Office of District Counsel | Internal Revenue Service | POB 30509 | New Orleans LA 70190 | |
| 7793175 | Office of District Counsel | Internal Revenue Service | POB 30509 | New Orleans LA 70190 | |
| 7793176 | Plaquemines Port Harbor | 8056 Highway 23, 3rd Floor | Belle Chasse, LA 70037 | | |
| 7793221 | Plaquemines Port Harbor | 8056 Highway 23, 3rd Floor | Belle Chasse, LA 70037 | | |
| 7788544 | R.S.I. Group, Inc. | c/o its registered agent | Rosalind Griffin | 25300 Highway 1 | Golden Meadow, LA 70357 |
| 7774373 | Richard Montague | Phelps Dunbar LLP | P.O. Box 16114 | Jackson, MS 39211–6114 | |
| 7793205 | SAMMY'S AIR | PO BOX 9277 | NEW IBERIA, LA 70562 | | |
| 7738477 | SBN V FNBC LLC | c/o David F. Waguespack | 1100 Poydras Street | Suite 3100 | New Orleans, LA 70163 |
| 7738479 | SBN V FNBC LLC | c/o Peter J. Segrist | 1100 Poydras Street | Suite 3100 | New Orleans, LA 70163 |
| 7738276 | SBN V FNBC LLC | c/o The Corporation Trust Co. | Corporation Trust Center | 1209 Organge St. | Wilmington, DE 19801 |
| 7738277 | SBN V FNBC, LLC | 1700 Lincoln Street, Suite 2150 | Denver, CO 80203 | | |
| 7793164 | SNB V FNBC, LLC | c/o Thomas E. Shuck | Parker, Milliken, Clark etc | 555 S. Flower St., 30th FL | Los Angeles, CA 90071–244 |
| 7793301 | SeaTran Marine, LLC | c/o Benjamin W. Kadden | 601 Poydras Street | Suite 2775 | New Orleans, LA 70130–6041 |
| 7793207 | SeaTran Marine, LLC | c/o Meredith S. Grabill | 601 Poydras Street | Suite 2775 | New Orleans, LA 70130–6041 |
| 7793208 | SeaTran Marine, LLC | c/o Stewart F. Peck | 601 Poydras Street | Suite 2775 | New Orleans, LA 70130–6041 |
| 7793302 | Sewart Supply, Inc | 7201 LA–182 | Morgan City, LA 70380 | | |
| 7738436 | Sheriff, Iberia Parish | 300 Iberia St. | Suite 120 | New Iberia LA 70560 | |
| 7793219 | Shipyard Service, L.L.C. | c/o its registered agent | John Sercovich | 10856 Belle Chasse Hwy. | Belle Chasse, LA 70037 |
| 7793310 | State of Louisiana, Department of Labor | Delinquent Accounts Unit, UI Tech Support | 1001 North 23rd Street | Room 322 | Baton Rouge, LA 70802–3338 |
| 7793311 | Steven J. Miguez | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| 7766803 | Stewart F. Peck | Lugenbuhl Wheaton Peck Rankin & Hubbard | 601 Poydras Street, Suite 2775 | New Orleans, LA 70130 | |
| 7793165 | Superior Electrical Service, LLC | c/o Jon Derouen | 13705 Lynnedale Loop | Abbeville, LA 70510 | |
| 7793218 | Superior Electrical Service, LLC | c/o Jon Derouen | 13705 Lynnedale Loop | Abbeville, LA 70510 | |
| 7738278 | Thomas E. Shuck | Parker, Milliken, Clark, O'Hara & Samuelian | 555 S. Flower St., 30th Floor | Los Angeles, CA 90071–2440 | |
| 7793166 | U. S. Attorney's Office | Western District of Louisiana | 300 Fannin Street, Suite 3201 | | |
| 7793220 | UNITED POWER SYSTEMS | 2975 HIGHWAY 182 | RACELAND, LA 70394 | | |

TOTAL: 77