# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

**IN RE:** Mr. Steven, L.L.C.  
Lady Eve, L.L.C.  
Debtor(s)

**Chapter:** 11  
**Case Number:** 18–51277

## NOTICE OF FILING NOTICE OF APPEAL

Pursuant to the provisions of **Rule 8003** of the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of a Notice of Appeal in the above captioned matter, as per copy attached hereto.

Notice is further given that pursuant to **Rule 8009** of the Federal Rules of Bankruptcy Procedure that within **fourteen (14) days** after the filing of the notice of appeal the appellant shall file with the Bankruptcy Clerk of Court and serve on the appellee a **designation of items** for inclusion in the record on appeal and a statement of the issues he intends to present on appeal. The record on appeal shall include the items so designated by the appellant; the judgment, order or decree being appealed from and any opinion, finding of fact and conclusion of law by the court, and the notice of appeal. If the appellee deems any other items to be necessary, **within fourteen (14) days** after service the appellee may file and serve on the appellant, a **designation of additional items** to be included.

**TRANSCRIPT REQUIREMENTS UNDER RULE 8009:** If the record designated by any party **includes a transcript of any proceeding or a part thereof**, the party shall immediately after the designation, contact the Bankruptcy Clerk's office to order the transcript and make satisfactory arrangements for payment of its costs. All parties shall take any other action necessary to enable the Bankruptcy Clerk of Court to assemble and transmit the record. If the record designated by any party **does not include a transcript**, the party shall file a *Certificate of No Transcript* with the Bankruptcy Clerk of Court stating that the party is not ordering a transcript.

Failure to comply with **Rule 8003 or 8009** of the Federal Rules of Bankruptcy Procedure may result in transmittal of a Failure to Perfect Bankruptcy Appeal notice from the Bankruptcy Clerk's office to the United States District Court.

Date: March 20, 2019

Edward A. Takara, Clerk

By: **Melonie Doucet**  
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**NOW INTO COURT**, through undersigned counsel, comes Mr. Mason, L.L.C. who is jointly administered with Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Ridge LLC, and Mr. Row LLC, who submits this *Notice of Appeal and Statement of Election* as follows:

**Part 1: Identify the appellant(s):**

1. Name(s) of appellant(s):

   **MR. MASON, L.L.C.**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding. (not applicable)

   Plaintiff
   Defendant
   Other (describe) _____

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367283-1}

1

For appeals in a bankruptcy case and not in an adversary proceeding.

**XX Debtor: in pending jointly administered chapter 11 proceeding case number 18-51521**
   Creditor
   Trustee
   Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: **Order [R.Doc. 153] upon consideration of the** *Motion for Relief From Automatic Stay* **[R.Doc. 126].**

2. State the date on which the judgment, order, or decree was entered: **March 7, 2019.**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Mr. Mason, LLC**    Attorney    Douglas S. Draper, Esq.
                                                     Leslie A. Collins, Esq.
                                                     Greta M. Brouphy, Esq.
                                                     Heller, Draper, Patrick, Horn
                                                         & Manthey, LLC
                                                     650 Poydras Street, Suite 2500
                                                     New Orleans, Louisiana 70130-6103
                                                     Telephone: (504) 299-3300
                                                     Fax: (504) 299-3399
                                                     E-mail: ddraper@hellerdraper.com
                                                     E-mail: lcollins@hellerdraper.com
                                                     E-mail: gbrouphy@hellerdraper.com

2. Party: **SBN V FNBC LLC**    Attorney:    David F. Waguespack, Esq.
                                                     Carver, Darden, Koretzky, Tessier,
                                                      Finn, Blossman & Areaux, LLC
                                                     1100 Poydras Street, Suite 3100
                                                     New Orleans, Louisiana 70163
                                                     Direct: (504) 585-3814
                                                     Fax: (504-585-3801
                                                     E-mail: waguespack@carverdarden.com

3. Party: **Steve J. Miguez**     Attorney     Stewart F. Peck, Esq.
Benjamin W. Kadden, Esq.
Meredith S. Grabill, Esq.
Lugenbuhl, Wheaton, Peck, Rankin,
 & Hubbard, A Law Corporation
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail: speck@lawla.com;
bkadden@lawla.com, mgrabill@lawla.com

4. Party: **SeaTran Marine, LLC**     Attorney     Stewart F. Peck, Esq.
Benjamin W. Kadden, Esq.
Meredith S. Grabill, Esq.
Lugenbuhl, Wheaton, Peck, Rankin,
 & Hubbard, A Law Corporation
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-mail: speck@lawla.com;
bkadden@lawla.com, mgrabill@lawla.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

**Not applicable.**

**Part 5: Sign below**
Dated: March 20, 2019

           */s/ Douglas S. Draper*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300 / Fax: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Attorneys for the Appellant*

{00367283-1}

**SO ORDERED.**

**SIGNED March 7, 2019.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| | * | |
| MR. STEVEN, L.L.C | * | |
| | * | CHAPTER 11 |
| DEBTORS | * | |
| | * | |
| | * | Jointly Administered |
| | * | |
| * * * * * * * | * | |
| | * | |
| IN RE: | * | CASE NO. 18-51521 |
| | * | |
| MR. MASON, L.L.C | * | |
| | * | CHAPTER 11 |
| DEBTOR | * | |
| * * * * * * * | * | |

**ORDER**

Upon consideration of the *Motion for Relief From Automatic Stay* (R.Doc. 126) ("Motion") filed by SBN V FNBC LLC ("SBN"), the *Opposition* (R.Doc. 137) filed by Debtor and the *Opposition* (R.Doc. 139) filed by Steve Miguez and Seatran Marine, LLC, the evidence presented at the hearings on December 18, 2018 and February 12, 2019, the

arguments of counsel and the record of this matter, the Court finding (i) that the Motion was properly noticed and served, and (ii) that the relief sought in the Motion should be granted for the oral reasons provided by the Court in open court on February 26, 2019,

**IT IS ORDERED** that that Motion be and is hereby granted and that the automatic stay under section 362 of the Bankruptcy Code be and is hereby lifted to permit SBN to enforce its rights and remedies with respect to the property described in the Preferred Ship Mortgage by Debtor dated September 28, 2015, including without limitation foreclosure on the vessel known as M/V Mr. Mason;

**IT IS FURTHER ORDERED** that this order not be stayed pending the expiration of a fourteen (14) day post-entry period of the Order, pursuant to Bankruptcy Rule 4001(a)(3).

# # #

This order was prepared* and is being submitted by:

/s/ David F. Waguespack
David F. Waguespack (LA State Bar No. 21121)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Direct: (504) 585-3814
Fax: (504) 585-3801

Attorney for SBN V FNBC LLC

4827-2476-1737, v. 1

*Modified by the Court to include a reference to the December 18, 2018 hearing.*

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−4 | User: mcomeaux | Date Created: 3/8/2019 |
| Case: 18−51277 | Form ID: pdf8 | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr　　　DIP
intp　　Seatran Marine, LLC
intp　　Steve Miguez

                                                                                        TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust　　Office of U. S. Trustee　　　USTPRegion05.SH.ECF@usdoj.gov
aty　　Amanda W. Messa　　　amanda.messa@phelps.com
aty　　Benjamin W. Kadden　　　bkadden@lawla.com
aty　　David F. Waguespack　　　waguespack@carverdarden.com
aty　　Douglas S. Draper　　　ddraper@hellerdraper.com
aty　　Gail Bowen McCulloch　　　gail.mcculloch@usdoj.gov
aty　　Greta M. Brouphy　　　gbrouphy@hellerdraper.com
aty　　Peter James Segrist　　　segrist@carverdarden.com
aty　　Randall Scott Wells　　　swells@rushing−guice.com
aty　　Stewart F. Peck　　　speck@lawla.com
aty　　William Kaufman　　　whkaufman@ohllc.com

                                                                                        TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Mr. Steven, L.L.C.　　107 Hwy 90 West　　New Iberia, LA 70560
cr　　SBN V FNBC LLC　　c/o David F. Waguespack　　1100 Poydras Street　　Suite 3100　　New Orleans, LA 70163
intp　　Guice Offshore, LLC　　R. Scott Wells, Esq.　　Rushing & Guice, P.L.L.C.　　P.O. Box 1925　　Biloxi, MS 39533
intp　　SpaceX　　c/o Amanda W. Messa　　Phelps Dunbar LLP　　P.O. Box 4412　　Baton Rouge, LA 70821−4412
db　　Lady Eve, L.L.C.　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Lady Brandi L.L.C.　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Lady Glenda LLC　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Mr. Blake LLC　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Mr. Mason LLC　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Mr. Ridge LLC　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Mr. Row LLC　　107 Hwy 90 West　　New Iberia, LA 70560
aty　　Richard Montague　　Phelps Dunbar, LLP　　P. O. Box 16114　　Jackson, MS 39236−6114

                                                                                        TOTAL: 12

```
                             United States Bankruptcy Court
                              Western District of Louisiana
In re:                                                         Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                             Chapter 11
Lady Eve, L.L.C.
        Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0536-4          User: mdoucet          Page 1 of 1          Date Rcvd: Mar 20, 2019
                              Form ID: pdf8          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
```
db          +Lady Brandi L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Lady Eve, L.L.C.,     107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Lady Glenda LLC,      107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Blake LLC,        107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Mason LLC,        107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Ridge LLC,        107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Row LLC,          107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             DIP
                                                                          TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
```
          Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
          Benjamin W. Kadden    on behalf of Defendant Steve   Miguez bkadden@lawla.com, mnguyen@lawla.com
          David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
           plaisance@carverdarden.com
          Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
           kfritscher@hellerdraper.com;lcollins@hellerdraper.com
          Gail Bowen McCulloch    on behalf of U.S. Trustee Office of   U. S. Trustee gail.mcculloch@usdoj.gov
          Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
          James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
           mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
          Meredith S. Grabill    on behalf of Defendant Steve   Miguez mgrabill@lawla.com
          Office of   U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
          Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
           clary@carverdarden.com
          Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
          Stewart F. Peck    on behalf of Defendant Steve   Miguez speck@lawla.com,
           erosenberg@lawla.com;ymaranto@lawla.com
          William Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
           egnormand@ohllc.com
                                                                                             TOTAL: 13
```