**SO ORDERED.**

**SIGNED March 22, 2019.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

### ORDER GRANTING EX PARTE MOTION TO CONTINUE THE STATUS CONFERENCES AND THE HEARING ON THE APPROVAL OF THE DISCLOSURE STATEMENT

**Came for Consideration** was the *Ex Parte Motion to Continue the Status Conferences and the Hearing on the Approval of the Disclosure Statement* (the "Motion") [Doc. #171 ] as filed by Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr.

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367309-1}

1

Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (referred to herein as "Debtor" or collectively, the "Debtors") with the Motion filed and served in conformity with the local rules, and that the relief to be granted by this order is consistent with the relief pled for in the Motion; therefore it is hereby

**ORDERED** that the status conferences in Lady Eve, LLC (18-51488 – R. Doc. 6), Lady Brandi, LLC (18-51517 R. Doc. 6), Lady Glenda, LLC (18-51518 – R.Doc. 7), Mr. Blake, LLC (18-51519 – R.Doc. 7), Mr. Mason, LLC (18-51522 – R.Doc. 7), Mr. Ridge, LLC (18-51522 – R.Doc. 6), and Mr. Row, LLC (18-51523 – R.Doc. 7) are hereby **DEEMED SATISFIED**; and it is further

**ORDERED** that the hearing on the *Joint Disclosure Statement to Accompany the Joint Chapter 11 Plan of Reorganization of the Debtors* [R.Doc. 141] is hereby continued and will be held on **April 16, 2019 at 10:00 a.m. before this Court at 214 Jefferson Street, 1st Floor Courtroom, Lafayette, Louisiana** and that objections, if any, to the proposed disclosure statement or modifications thereto, shall be in writing and filed with the Clerk of Court at least seven (7) full days before the hearing and served upon the debtor, the trustee if any, the creditors committee, the Assistant U.S. Trustee (Shreveport), and the proponent of the plan if applicable, and such other entity as may be designated by the Court, any objections not filed and served may be deemed waived.

### End of Order ###

{00367309-1}

This order was prepared and is being submitted by:

**Heller, Draper, Patrick, Horn & Manthey, L.L.C.**

*/s/ Greta M. Brouphy*
Greta M. Brouphy (La. Bar No. 26216)
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
gbrouphy@hellerdraper.com

*Counsel for the Debtors*

***Modified by the Court with respect to the status conferences.***

{00367309-1}

3

In re:                                                                Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                                    Chapter 11
Lady Eve, L.L.C.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0536-4          User: mcomeaux          Page 1 of 3          Date Rcvd: Mar 22, 2019
                              Form ID: pdf1           Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.

```
db         +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
smg        +Louisiana Department of Revenue and Taxation,    Attn: Bankruptcy Division,    P.O. Box 66658,
             Baton Rouge, LA 70896-6658
intp       +Guice Offshore, LLC,    R. Scott Wells, Esq.,    Rushing & Guice, P.L.L.C.,    P.O. Box 1925,
             Biloxi, MS 39533-1925
intp        SpaceX,   c/o Amanda W. Messa,    Phelps Dunbar LLP,    P.O. Box 4412,
             Baton Rouge, LA  70821-4412
7793158    +ALLEN'S HANDYMAN SERVICE,    5309 CLAUDE VIATOR RD,    NEW IBERIA, LA 70560-8775
7793167    +Acadiana Diesel Fuel Injection Service,    c/o its registered agent,    Doug J. Louviere,
             2615 Jefferson Island Rd,    New Iberia, LA 70560-9456
7788260    +Adams & Reese,    701 Poydras St Ste 4500,    New Orleans LA 70139-4596
7774372     Amanda W. Messa,    Phelps Dunbar LLP,    P.O. Box 4412,    Baton Rouge, LA 70821-4412
7793183    +BAYOU STATE MARINE & INDUSTRIAL SUPPLY,,    PO BOX 343,    12538 NORTH RD,    ERATH, LA 70533-5237
7788541    +Bayou Electric & Specialty, Inc.,    c/o its registered agent,    Stephen S. Drouant,
             1601 Hopkins Street,    New Iberia, LA 70560-5825
7793170    +Bluetide Communications, Inc.,    c/o its registered agent,    Kevin M. Delcambre,
             200 Cummings Road,    Broussard, LA 70518-3228
7793312    +Bluetide Communications, Inc.,    117 Nolan Road,    Broussard, LA 70518-3212
7793185    +Bow 2 Stern Services, Inc.,    c/o its registered agent,    Shane Thibodeaux,
             299 Renee Denise Ct.,    Theriot, LA 70397-9799
7793186    +COASTAL TIMBERS,    1310 JANE ST,    NEW IBERIA, LA 70563-1540
7793209    +Capital Electric & Supply LLC,    c/o its registered agent,    Jon Derouen,
             13705 Lynnedale Loop,    Abbeville, LA 70510-8515
7793187    +Cummins Midsouth,    PO Box 842316,    Dallas, TX 75284-2316
7793198    +DIAMOND 'B' INDUSTRIES,    PO BOX 10310,    NEW IBERIA, LA 70562-0310
7788550    +Deep South Mechanical Services LLC,    c/o its registered agent,    Gerard J. Bourgeois,
             PO Box 1688,    Morgan City, LA 70381-1688
7788554    +Donovan Marine Services, LLC,    PO Box 989,    Amelia, LA 70340-0989
7793171     FORCE POWER SYSTEMS,    3799 WEST AIRLINE HIGHWAY,    PO BOX 536,    RESERVE, LA 70084-0536
7788555    +Force Power Systems,    1983 B. Grand Caillou Rd.,    Houma, LA 70363-7003
7764297     Guice Offshore, LLC,    William Kaufman,    PO Drawer 52606,    Lafayette LA  70505-2606
7788552    +Harris & Rufty, L.L.C.,    c/o its registered agent,    Alfred J. Rufty, III,    1831 Octavia St.,
             New Orleans, LA 70115-5659
7806774    +Harris & Rufty, LLC,    650 Poydras Street, Suite 2710,    New Orleans, LA 70130-6160
7738274    +Iberia Crewboat & Marine,    Services, L.L.C.,    C/o Mr. Steve Miguez,    107 Hwy 90 West,
             New Iberia, LA 70560-9485
7738275    +Iberia Marine Service, LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
7788548     Iberia Marine Service, LLC,    c/o Steven J. Miguez,    107 Hwy 90 West,
             New Iberia, LA 70560-9485
7793203    +JEFF UPHOLSTERY, INC.,    4506 EAST HIGHWAY 90,    NEW IBERIA, LA 70560-9016
7793758    +Kolder Slaven and Company INC,    POB 9729,    New Iberia, LA 70562-9729
7788261    +Kolder, Slaven & Co.,    450 E. Main St,    New Iberia LA 70560-3731
7793161     Louisiana Department of Revenue,    Collection Division Bankruptcy Section,    PO Box 66658,
             Baton Rouge, LA 70896-6658
7793213    +M&A Safety Services,    PO Box 4177,    Houma, LA 70361-4177
7793204     MARINE SYSTEMS, INC.,    PO BOX 301284,    DALLAS, TX 75303-1284
7793214    +Madere & Sons Marine Rental, L.L.C.,    c/o Eugene Madere,    9266 Highway 23,
             Belle Chasse, LA 70037-2143
7788556    +Marine Systems, Inc.,    c/o its registered agent,    Corporation Service Company,
             501 Louisiana Ave.,    Baton Rouge, LA 70802-5921
7766714    +Meredith S. Grabill,    Lugenbuhl Wheaton Peck Rankin & Hubbard,
             601 Poydras Street, Suite 2775,    New Orleans, LA 70130-6041
7788262    +Oats & Marino,    100 East Vermillion St Ste 400,    Lafayette LA 70501-6959
7793176    +Plaquemines Port Harbor,    8056 Highway 23, 3rd Floor,    Belle Chasse, LA 70037-2402
7788544    +R.S.I. Group, Inc.,    c/o its registered agent,    Rosalind Griffin,    25300 Highway 1,
             Golden Meadow, LA 70357-5332
7774373    +Richard Montague,    Phelps Dunbar LLP,    P.O. Box 16114,    Jackson, MS 39236-6114
7793205    +SAMMY'S AIR,    PO BOX 9277,    NEW IBERIA, LA 70562-9277
7738276    +SBN V FNBC LLC,    c/o The Corporation Trust Co.,    Corporation Trust Center,    1209 Organge St.,
             Wilmington, DE 19801-1196
7738477    +SBN V FNBC LLC,    c/o David F. Waguespack,    1100 Poydras Street,    Suite 3100,
             New Orleans, LA 70163-1102
7738479    +SBN V FNBC LLC,    c/o Peter J. Segrist,    1100 Poydras Street,    Suite 3100,
             New Orleans, LA 70163-1102
7738277    +SBN V FNBC, LLC,    1700 Lincoln Street, Suite 2150,    Denver, CO 80203-4500
```

```
7793164       +SNB V FNBC, LLC,    c/o Thomas E. Shuck,    Parker, Milliken, Clark etc,
                555 S. Flower St., 30th FL,    Los Angeles, CA 90071-2440
7793207        SeaTran Marine, LLC,    c/o Meredith S. Grabill,    601 Poydras Street,    Suite 2775,
                New Orleans, LA 70130-6041
7793302        Sewart Supply, Inc,    7201 LA-182,    Morgan City, LA 70380
7738436       +Sheriff, Iberia Parish,    300 Iberia St.,    Suite 120,    New Iberia LA 70560-4543
7793219        Shipyard Service, L.L.C.,    c/o its registered agent,    John Sercovich,
                10856 Belle Chasse Hwy.,    Belle Chasse, LA 70037
7793311       +Steven J. Miguez,    107 Hwy 90 West,    New Iberia, LA 70560-9485
7793165       +Superior Electrical Service, LLC,    c/o Jon Derouen,    13705 Lynnedale Loop,
                Abbeville, LA 70510-8515
7738278        Thomas E. Shuck,    Parker, Milliken, Clark, O'Hara,    & Samuelian,
                555 S. Flower St., 30th Floor,    Los Angeles, CA 90071-2440
7793220       +UNITED POWER SYSTEMS,    2975 HIGHWAY 182,    RACELAND, LA 70394-3770
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7765155       +E-mail/Text: BKADDEN@LAWLA.COM Mar 22 2019 20:06:10     Benjamin W Kadden,
                601 Poydras Street, Suite 2775,    New Orleans, LA 70130-6041
7793159        E-mail/Text: cio.bncmail@irs.gov Mar 22 2019 20:04:55     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
7793162        E-mail/Text: bankruptcy_bpc@lwc.la.gov Mar 22 2019 20:05:28     Louisiana Workforce Commission,
                UI Tax and Adjudications,    Attn: Bankruptcy Unit,    PO Box 44127,
                Baton Rouge, LA 70804-4127
7793163       +E-mail/Text: julie.n.taylor@irscounsel.treas.gov Mar 22 2019 20:06:06
                Office of District Counsel,    Internal Revenue Service,    POB 30509,
                New Orleans LA 70190-0509
7793301        E-mail/Text: BKADDEN@LAWLA.COM Mar 22 2019 20:06:10     SeaTran Marine, LLC,
                c/o Benjamin W. Kadden,    601 Poydras Street,    Suite 2775,    New Orleans, LA 70130-6041
7793208        E-mail/Text: SPECK@LAWLA.COM Mar 22 2019 20:06:10     SeaTran Marine, LLC,
                c/o Stewart F. Peck,    601 Poydras Street,    Suite 2775,    New Orleans, LA 70130-6041
7793310        E-mail/Text: bankruptcy_bpc@lwc.la.gov Mar 22 2019 20:05:28
                State of Louisiana, Department of Labor,    Delinquent Accounts Unit,UI Tech Support,
                1001 North 23rd Street,    Room 322,    Baton Rouge, LA 70802-3338
7766803       +E-mail/Text: SPECK@LAWLA.COM Mar 22 2019 20:06:10     Stewart F. Peck,
                Lugenbuhl Wheaton Peck Rankin & Hubbard,    601 Poydras Street, Suite 2775,
                New Orleans, LA 70130-6041
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             DIP
intp           Seatran Marine, LLC
intp           Steve Miguez
7793166        U. S. Attorney's Office,    Western District of Louisiana,    300 Fannin Street, Suite 3201
aty*           Richard Montague,    Phelps Dunbar, LLP,    P. O. Box 16114,    Jackson, MS  39236-6114
smg*          +State of Louisiana, Department of Labor,    Delinquent Accounts Unit,UI Tech Support,
                1001 North 23rd Street, Room 322,    Baton Rouge, LA 70802-3338
cr*           +SBN V FNBC LLC,    c/o David F. Waguespack,    1100 Poydras Street,    Suite 3100,
                New Orleans, LA 70163-1102
7793215*      +Madere & Sons Marine Rental, L.L.C.,    c/o Eugene Madere,    9266 Highway 23,
                Belle Chasse, LA 70037-2143
7793175*      +Office of District Counsel,    Internal Revenue Service,    POB 30509,
                New Orleans LA 70190-0509
7793221*      +Plaquemines Port Harbor,    8056 Highway 23, 3rd Floor,    Belle Chasse, LA 70037-2402
7793218*      +Superior Electrical Service, LLC,    c/o Jon Derouen,    13705 Lynnedale Loop,
                Abbeville, LA 70510-8515
                                                                                   TOTALS: 4, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:

```
          Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
          Benjamin W. Kadden    on behalf of Defendant Steve  Miguez bkadden@lawla.com, mnguyen@lawla.com
          David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
           plaisance@carverdarden.com
          Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
           kfritscher@hellerdraper.com;lcollins@hellerdraper.com
          Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
          Greta M. Brouphy    on behalf of Debtor    Mr. Steven, L.L.C. gbrouphy@hellerdraper.com
          James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
           mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
          Meredith S. Grabill    on behalf of Defendant Steve  Miguez mgrabill@lawla.com
          Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
          Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
           clary@carverdarden.com
          Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
          Stewart F. Peck    on behalf of Defendant Steve  Miguez speck@lawla.com,
           erosenberg@lawla.com;ymaranto@lawla.com
          William  Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
           egnormand@ohllc.com
                                                                                             TOTAL: 13
```