**SO ORDERED.**

**SIGNED March 27, 2019.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**ORDER GRANTING EX PARTE MOTION FOR EXPEDITED CONSIDERATION
OF THE MOTION OF DEBTORS PURSUANT TO SECTIONS 105 AND 363
AND FED. R. BANKR. P. 2002 AND 6004 FOR (A) AN ORDER
AUTHORIZNG THE SALE OF SUBJECT ASSETS OF DEBTORS
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES TO
<u>SEACOR MARINE AND APPROVING BID PROCEDURES</u>**

**Came for Consideration** was the *Ex Parte Motion for Expedited Consideration of the*

*Motion of Debtors Pursuant to Sections 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 for*

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "<u>Debtors</u>"). [ECF Doc. 109].

{00367310-1}

1

*(A) an Order Authorizing the Sale of Subject Assets of Debtors Free and Clear of Liens, Claims, Interests and Encumbrances to Seacor Marine and Approving Bid Procedures* ("<u>Motion for Expedited Hearing</u>") [Dkt. # 173], with the Motion filed and served in conformity with the local rules, and that the relief to be granted by this order is consistent with the relief pled for in the Motion; therefore it is hereby

**IT IS ORDERED** that the Motion for Expedited Hearing be and hereby is **GRANTED;**

**IT IS FURTHER ORDERED** that the *Motion of Debtors Pursuant to Sections 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 for (A) an Order Authorizing the Sale of Subject Assets of Debtors Free and Clear of Liens, Claims, Interests and Encumbrances to Seacor Marine and Approving Bid Procedures* ("<u>Motion</u>") [Dkt. #173] is hereby set for an expedited hearing on April 16, 2019 at 10:00 a.m. Central Time before the Honorable John W. Kolwe, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

**IT IS FURTHER ORDERED** that any objections to the Motion be and are hereby due no later than April 12, 2019 at 3:00 p.m.

# # # # #

This Order was prepared and submitted by:

Douglas S. Draper (La. Bar No. 5073)
**Heller, Draper, Patrick, Horn**
  **& Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
Counsel for Debtors
*As modified by the Court to establish the date of the hearing and deadline for objections.*

{00367310-1}