# Notice Recipients

District/Off: 0536−4  User: tdemny  Date Created: 3/29/2019
Case: 18−51277  Form ID: pdf8  Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP
                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    Office of U. S. Trustee         USTPRegion05.SH.ECF@usdoj.gov
aty    Amanda W. Messa                 amanda.messa@phelps.com
aty    Benjamin W. Kadden              bkadden@lawla.com
aty    David F. Waguespack             waguespack@carverdarden.com
aty    Douglas S. Draper               ddraper@hellerdraper.com
aty    Gail Bowen McCulloch            gail.mcculloch@usdoj.gov
aty    Greta M. Brouphy                gbrouphy@hellerdraper.com
aty    Peter James Segrist             segrist@carverdarden.com
aty    Randall Scott Wells             swells@rushing−guice.com
aty    Stewart F. Peck                 speck@lawla.com
aty    William Kaufman                 whkaufman@ohllc.com
                                                                                    TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Mr. Steven, L.L.C.        107 Hwy 90 West       New Iberia, LA 70560
db     Lady Eve, L.L.C.          107 Hwy 90 West       New Iberia, LA 70560
db     Lady Brandi L.L.C.        107 Hwy 90 West       New Iberia, LA 70560
db     Lady Glenda LLC           107 Hwy 90 West       New Iberia, LA 70560
db     Mr. Blake LLC             107 Hwy 90 West       New Iberia, LA 70560
db     Mr. Mason LLC             107 Hwy 90 West       New Iberia, LA 70560
db     Mr. Ridge LLC             107 Hwy 90 West       New Iberia, LA 70560
db     Mr. Row LLC               107 Hwy 90 West       New Iberia, LA 70560
aty    Richard Montague          Phelps Dunbar, LLP    P. O. Box 16114    Jackson, MS 39236−6114
                                                                                    TOTAL: 9