UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**MOTION FOR EXPEDITED CONSIDERATION OF THE
MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AND
COMPROMISE CONCERNING PAYMENTS DUE INCIDENT TO THE CHARTER OF
THE MR. STEVEN PURSUANT TO BANKRUPTCY RULE 9019**

**NOW INTO COURT**, through undersigned counsel, comes Mr. Steven, L.L.C ("Debtor"), who files this Motion for Expedited Consideration of the *Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019* ("Motion") [Dkt. #183] and the Debtor avers as follows:

**RELIEF REQUESTED**

1. Debtor and SeaTran Marine LLC ("SEA"), with the consent of SBN V FNBC LLC ("SBN") and Guice Offshore, LLC ("Guice"), filed the Motion seeking approval to remit the funds presently held by counsel for Guice ("Charter Funds") and the future payments due incident to the bareboat charter of the Mr. Steven to Guice ("Future Funds") which is being required by SBN as part of a proposed global settlement.

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367440-2}

1

2. Debtor and SEA seek to settle the dispute over who is entitled to the Charter Funds and Future Funds by having the Court enter an order requiring the Charter Funds and all Future Funds be paid directly to SBN by Guice and the funds applied to the SBN Claim.

3. The Motion is an integral element to a consensual plan that has time milestones.

4. Counsel for SBN has consented to an expedited hearing and the Debtor is requesting that an expedited hearing be scheduled for April 16, 2019.

5. The undersigned is filing this request and assert than an expedited hearing is necessary since Debtor believes this to be in the best interests of the bankruptcy estates.

**WHEREFORE**, Debtor prays that this Court grant to it an expedited hearing on Debtor's *Motion for Entry of an Order Approving Settlement and Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019* and for all other relief as is just and equitable.

Dated: March 21, 2019

Respectfully submitted,

*/s/ Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La Bar No. 14891)
Greta M. Brouphy (La Bar No. 26216)
**Heller, Draper, Patrick, Horn
 & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
E-mail: ddraper@hellerdraper.com

*Counsel for the Debtors*