**SO ORDERED.**

**SIGNED March 27, 2019.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**ORDER GRANTING EX PARTE MOTION FOR EXPEDITED CONSIDERATION
OF THE MOTION OF DEBTORS PURSUANT TO SECTIONS 105 AND 363
AND FED. R. BANKR. P. 2002 AND 6004 FOR (A) AN ORDER
AUTHORIZNG THE SALE OF SUBJECT ASSETS OF DEBTORS
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES TO
SEACOR MARINE AND APPROVING BID PROCEDURES**

**Came for Consideration** was the *Ex Parte Motion for Expedited Consideration of the*

*Motion of Debtors Pursuant to Sections 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 for*

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367310-1}

1

*(A) an Order Authorizing the Sale of Subject Assets of Debtors Free and Clear of Liens, Claims, Interests and Encumbrances to Seacor Marine and Approving Bid Procedures* ("Motion for Expedited Hearing") [Dkt. # 173], with the Motion filed and served in conformity with the local rules, and that the relief to be granted by this order is consistent with the relief pled for in the Motion; therefore it is hereby

**IT IS ORDERED** that the Motion for Expedited Hearing be and hereby is **GRANTED;**

**IT IS FURTHER ORDERED** that the *Motion of Debtors Pursuant to Sections 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 for (A) an Order Authorizing the Sale of Subject Assets of Debtors Free and Clear of Liens, Claims, Interests and Encumbrances to Seacor Marine and Approving Bid Procedures* ("Motion") [Dkt. #173] is hereby set for an expedited hearing on April 16, 2019 at 10:00 a.m. Central Time before the Honorable John W. Kolwe, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

**IT IS FURTHER ORDERED** that any objections to the Motion be and are hereby due no later than April 12, 2019 at 3:00 p.m.

# # # # #

This Order was prepared and submitted by:

Douglas S. Draper (La. Bar No. 5073)
**Heller, Draper, Patrick, Horn
 & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
Counsel for Debtors
*As modified by the Court to establish the date of the hearing and deadline for objections.*

{00367310-1}

```
                              United States Bankruptcy Court
                              Western District of Louisiana
In re:                                                             Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                                 Chapter 11
Lady Eve, L.L.C.
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0536-4          User: tdemny            Page 1 of 1            Date Rcvd: Mar 29, 2019
                              Form ID: pdf8           Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
```
db          +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
aty          Richard Montague,    Phelps Dunbar, LLP,    P. O. Box 16114,    Jackson, MS  39236-6114
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              DIP
                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
```
          Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
          Benjamin W. Kadden    on behalf of Defendant Steve    Miguez bkadden@lawla.com, mnguyen@lawla.com
          David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
           plaisance@carverdarden.com
          Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
           kfritscher@hellerdraper.com;lcollins@hellerdraper.com
          Gail Bowen McCulloch    on behalf of U.S. Trustee Office of    U. S. Trustee gail.mcculloch@usdoj.gov
          Greta M. Brouphy    on behalf of Debtor    Lady Brandi L.L.C. gbrouphy@hellerdraper.com
          James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
           mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
          Meredith S. Grabill    on behalf of Defendant Steve    Miguez mgrabill@lawla.com
          Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
          Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
           clary@carverdarden.com
          Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
          Stewart F. Peck    on behalf of Defendant Steve    Miguez speck@lawla.com,
           erosenberg@lawla.com;ymaranto@lawla.com
          William Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
           egnormand@ohllc.com
                                                                                             TOTAL: 13
```