**SO ORDERED.**

**SIGNED April 1, 2019.**

_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**ORDER GRANTING AMENDED MOTION FOR EXPEDITED CONSIDERATION
OF THE AMENDED MOTION FOR ENTRY OF AN ORDER
APPROVING SETTLEMENT AND COMPROMISE
CONCERNING PAYMENTS DUE INCIDENT TO THE CHARTER OF THE
MR. STEVEN PURSUANT TO BANKRUPTCY RULE 9019**

**Came for Consideration** was the *Amended Motion for Expedited Consideration of the Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019*

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367441-1}

1

("Motion for Expedited Hearing") [Dkt. #186], with the *Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019* [Dkt. #185] ("Motion") filed and served in conformity with the local rules, and that the relief to be granted by this order is consistent with the relief pled for in the Motion; therefore

**IT IS ORDERED** that the Amended Motion for Expedited Hearing be and hereby is **GRANTED;**

**IT IS FURTHER ORDERED** that the Motion is hereby set for an expedited hearing on April 16, 2019 at 10:00 a.m. Central Time before the Honorable John W. Kolwe, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

**IT IS FURTHER ORDERED** that any objections to the Motion be and are hereby due no later than April 12, 2019 at 3:00 p.m.

# # # # #

This Order was prepared and submitted by:

Douglas S. Draper (La. Bar No. 5073)
**Heller, Draper, Patrick, Horn
 & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
*Counsel for Debtor*

*As modified by the Court to establish the deadline for objections.*

{00367441-1}