# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−4 | User: lchamp | Date Created: 4/1/2019 |
| Case: 18−51277 | Form ID: pdf8 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP

                         TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| aty | Douglas S. Draper | ddraper@hellerdraper.com |
| aty | Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| aty | Greta M. Brouphy | gbrouphy@hellerdraper.com |

                         TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Mr. Steven, L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 |
| db | Lady Eve, L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 |
| db | Lady Brandi L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 |
| db | Lady Glenda LLC | 107 Hwy 90 West | New Iberia, LA 70560 |
| db | Mr. Blake LLC | 107 Hwy 90 West | New Iberia, LA 70560 |
| db | Mr. Mason LLC | 107 Hwy 90 West | New Iberia, LA 70560 |
| db | Mr. Ridge LLC | 107 Hwy 90 West | New Iberia, LA 70560 |
| db | Mr. Row LLC | 107 Hwy 90 West | New Iberia, LA 70560 |

                         TOTAL: 8