UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C. [1] | * | CHAPTER 11 |
| Debtor | * | HONORABLE JOHN W. KOLWE |

**CERTIFICATE OF SERVICE**

I, Douglas S. Draper, counsel for Debtors, hereby certify that I caused the *Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019* [Dkt. 185], *Amended Motion for Expedited Consideration of the Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019* [Dkt. 186] and *Order Granting Amended Motion for Expedited Consideration of the Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019* [Dkt. 189] to be served on March 29, 2019 and April 1, 2019, respectively, via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner    jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill    mgrabill@lawla.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) been jointly administered with Mr. Steven, L.L.C.

- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

I also caused same to be served on April 2, 2019, via First Class U.S. Mail, postage pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

**New Orleans, Louisiana**, this 2nd day of April 2019.

*/s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Counsel for the Debtors*

```
Label Matrix for local noticing            ALLEN'S HANDYMAN SERVICE           Acadiana Diesel Fuel Injection Service
0536-4                                     5309 CLAUDE VIATOR RD              c/o its registered agent
Case 18-51277                              NEW IBERIA, LA 70560-8775          Doug J. Louviere
Western District of Louisiana                                                 2615 Jefferson Island Rd
Lafayette                                                                     New Iberia, LA 70560-9456
Tue Apr  2 11:51:58 CDT 2019

Adams & Reese                              Amanda W. Messa                    BAYOU STATE MARINE & INDUSTRIAL SUPPLY,
701 Poydras St Ste 4500                                                       PO BOX 343
New Orleans LA 70139-4596                                                     12538 NORTH RD
                                                                              ERATH, LA 70533-5237


Bayou Electric & Specialty, Inc.           Benjamin W Kadden                  Bluetide Communications, Inc.
c/o its registered agent                                                      117 Nolan Road
Stephen S. Drouant                                                            Broussard, LA 70518-3212
1601 Hopkins Street
New Iberia, LA 70560-5825


Bluetide Communications, Inc.              Bow 2 Stern Services, Inc.         Greta M. Brouphy
c/o its registered agent                   c/o its registered agent
Kevin M. Delcambre                         Shane Thibodeaux
200 Cummings Road                          299 Renee Denise Ct.
Broussard, LA 70518-3228                   Theriot, LA 70397-9799


COASTAL TIMBERS                            Capital Electric & Supply LLC      Cummins Midsouth
1310 JANE ST                               c/o its registered agent           PO Box 842316
NEW IBERIA, LA 70563-1540                  Jon Derouen                        Dallas, TX 75284-2316
                                           13705 Lynnedale Loop
                                           Abbeville, LA 70510-8515


DIAMOND 'B' INDUSTRIES                     Deep South Mechanical Services LLC Donovan Marine Services, LLC
PO BOX 10310                               c/o its registered agent           PO Box 989
NEW IBERIA, LA 70562-0310                  Gerard J. Bourgeois                Amelia, LA 70340-0989
                                           PO Box 1688
                                           Morgan City, LA 70381-1688


Douglas S. Draper                          FORCE POWER SYSTEMS                Force Power Systems
                                           3799 WEST AIRLINE HIGHWAY          1983 B. Grand Caillou Rd.
                                           PO BOX 536                         Houma, LA 70363-7003
                                           RESERVE, LA 70084-0536


Guice Offshore, LLC                        Guice Offshore, LLC                Harris & Rufty, L.L.C.
R. Scott Wells, Esq.                       William Kaufman                    c/o its registered agent
                                                                              Alfred J. Rufty, III
                                                                              1831 Octavia St.
                                                                              New Orleans, LA 70115-5659


Harris & Rufty, LLC                        Iberia Crewboat & Marine           Iberia Marine Service, LLC
650 Poydras Street, Suite 2710             Services, L.L.C.                   107 Hwy 90 West
New Orleans, LA 70130-6160                 C/o Mr. Steve Miguez               New Iberia, LA 70560-9485
                                           107 Hwy 90 West
                                           New Iberia, LA 70560-9485


Iberia Marine Service, LLC                 Internal Revenue Service           JEFF UPHOLSTERY, INC.
c/o Steven J. Miguez                       PO Box 7346                        4506 EAST HIGHWAY 90
107 Hwy 90 West                            Philadelphia, PA 19101-7346        NEW IBERIA, LA 70560-9016
New Iberia, LA 70560-9485
```

| | | |
|---|---|---|
| Benjamin W. Kadden<br>[redacted] | William Kaufman<br>[redacted] | Kolder Slaven and Company INC<br>POB 9729<br>New Iberia, LA 70562-9729 |
| Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 | Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Lady Glenda LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Louisiana Department of Revenue<br>Collection Division Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 | MARINE SYSTEMS, INC.<br>PO BOX 301284<br>DALLAS, TX 75303-1284 |
| Madere & Sons Marine Rental, L.L.C.<br>c/o Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 | Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 | Gail Bowen McCulloch<br>300 Fannin, Suite 3196<br>Shreveport, LA 71101-3122 |
| Meredith S. Grabill<br>[redacted] | Amanda W. Messa<br>[redacted] | Richard Montague<br>Phelps Dunbar, LLP<br>P. O. Box 16114<br>Jackson, MS 39236-6114 |
| Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 |
| Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | Stewart F. Peck<br>[redacted] | Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 |
| R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 | SAMMY'S AIR<br>PO BOX 9277<br>NEW IBERIA, LA 70562-9277 | SBN V FNBC LLC<br>c/o David F. Waguespack<br>[redacted] |

| | | |
|---|---|---|
| SBN V FNBC LLC<br>c/o Peter J. Segrist<br>[redacted] | SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 | SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 |
| SNB V FNBC, LLC<br>c/o Thomas E. Shuck<br>Parker, Milliken, Clark etc<br>555 S. Flower St., 30th FL<br>Los Angeles, CA 90071-2440 | SeaTran Marine, LLC<br>c/o Benjamin W. Kadden<br>[redacted] | SeaTran Marine, LLC<br>c/o Meredith S. Grabill<br>[redacted] |
| SeaTran Marine, LLC<br>c/o Stewart F. Peck<br>[redacted] | Peter James Segrist<br>[redacted] | Sewart Supply, Inc<br>7201 LA-182<br>Morgan City, LA 70380 |
| Sheriff, Iberia Parish<br>300 Iberia St.<br>Suite 120<br>New Iberia LA 70560-4543 | Shipyard Service, L.L.C.<br>c/o its registered agent<br>John Sercovich<br>10856 Belle Chasse Hwy.<br>Belle Chasse, LA 70037 | SpaceX<br>c/o Amanda W. Messa<br>[redacted] |
| State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Stewart F. Peck<br>[redacted] |
| Superior Electrical Service, LLC<br>c/o Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 | Thomas E. Shuck<br>Parker, Milliken, Clark, O'Hara<br>& Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 |
| UNITED POWER SYSTEMS<br>2975 HIGHWAY 182<br>RACELAND, LA 70394-3770 | David F. Waguespack<br>[redacted] | Randall Scott Wells<br>[redacted] |