UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

### STATEMENT OF THE ISSUES TO BE PRESENTED AND DESIGNATION OF RECORD PURSUANT TO FED. R. BANKR. PRO. 8009

**NOW INTO COURT**, through undersigned counsel, comes Mr. Mason, L.L.C., (the "Appellant"), who is jointly administered with Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Ridge LLC, and Mr. Row LLC who hereby identifies the following issues to be presented pursuant to Fed. R. Bankr. Pro. 8009:

### ISSUES ON APPEAL

i. Whether the Debtors' petitions for bankruptcy were filed in bad faith.

ii. Whether a petition for bankruptcy can be filed in bad faith if the Debtors propose a plan to pay all creditors in full.

iii. Whether the Debtors could have confirmed a plan over the objection of SBN V FNBC LLC.

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

# DESIGNATION OF THE RECORD

Pursuant to Fed. R. Bankr. Pro. 8009, Appellant, by and through Heller, Draper, Patrick, Horn & Manthey, L.L.C. hereby submits their designation of the record on appeal as docketed in the United States Bankruptcy Court Western District of Louisiana in Proceeding No. 18-51277 inclusive of all attached exhibits as follows:

1. *Motion to Determine Property of the Estate with Certificate of Service, and Motion for Turnover of Property with Certificate of Service* filed on behalf of Mr. Steven, L.L.C. [R. Doc. 29].

2. *Notice of Hearing (Served) on Re: (29 Miscellaneous Motion, Motion for Turnover) Motion to Determine Property of the Estate and for Turnover of Property with Certificate of Service*. [R. Doc. 30].

3. Amended Notice of Hearing Served on (Re: 29 Miscellaneous Motion, Motion for Turnover) *with Certificate of Service* [R. Doc. 34].

4. *Response to (Re: 29 Miscellaneous Motion, Motion for Turnover) with Certificate of Service* filed on behalf of Guice Offshore, LLC [R. Doc. 43].

5. *Ex Parte Motion to Continue Hearing On (Re: 29 Miscellaneous Motion, Motion for Turnover) Date and Associated Deadlines with Certificate of Service* filed on behalf of Seatran Marine, LLC [R. Doc. 48].

6. *Order Granting (Re:48 Motion to Continue Hearing on 29 Motion to Determine Property of the Estate and Motion for Turnover of* Property filed by Debtor Mr. Steven, L.L.C., filed on behalf of Seatran Marine, LLC [R. Doc. 52].

7. *Objection to (Re: 29 Miscellaneous Motion, Motion for Turnover) Opposition to Motion to Determine Property of the Estate and for Turnover of Property with Certificate of Service* filed on behalf of Seatran Marine, LLC [R. Doc. 93].

8. *Objection to (Re: 29 Miscellaneous Motion, Motion for Turnover) Limited Opposition to Motion to Determine Property of the Estate and for Turnover of Property* filed on behalf of SBN V FNBC LLC [R. Doc. 94].

9. *Exhibits introduced in open court (Re: 29 Motion to Determine Property of the Estate 60 Motion for Relief From Stay)* [R. Doc. 112].

10. *Exhibit introduced in open court UNDER SEAL (Re: 29 Motion to Determine Property of the Estate 60 Motion for Relief From Stay)* [R. Doc. 113].

11. *Order from hearing signed. (Re: 29 Motion to Determine Property of the Estate, 60 Motion for Relief From Stay)* [R. Doc. 114].

12. *Post-Hearing Omnibus Opposition Brief/Memorandum to (Re: 29 Miscellaneous Motion, Motion for Turnover, 60 Motion for Relief From Stay) with Certificate of Service* filed on behalf of Steve Miguez, Seatran Marine, LLC [R. Doc. 115].

13. *Post-Trial Support Brief/Memorandum to (Re: 29 Miscellaneous Motion, Motion for Turnover, 60 Motion for Relief From Stay) with Certificate of Service* filed on behalf of SBN V FNBC LLC [R. Doc. 116].

14. *Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d) with Certificate of Service* filed on behalf of SBN V FNBC LLC [R. Doc. 126].

15. Reserved Hearing (Re: 126 Motion for Relief From Stay), IF AND ONLY IF Objection, A Hearing Will Be Held, 02/12/2019 [R. Doc. 127].

16. *Opposition Brief/Memorandum to (Re: 126 Motion for Relief From Stay, 128 Motion for Relief From Stay, 130 Motion for Relief From Stay) Omnibus Opposition to Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) for ECF Nos. 126, 128, and 130.* filed on behalf of Lady Brandi L.L.C., Mr. Mason LLC, Mr. Row LLC [R. Doc. 137].

17. *Certificate of Service (Re: 137 Opposition Brief/Memorandum) Omnibus Opposition to Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) for ECF Nos. 126, 128, and 130* filed on behalf of Lady Brandi L.L.C., Mr. Mason LLC, Mr. Row LLC [R. Doc. 138].

18. *Opposition Brief/Memorandum to (Re: 126 Motion for Relief From Stay, 128 Motion for Relief From Stay, 130 Motion for Relief From Stay) with Certificate of Service* filed on behalf of Steve Miguez, Seatran Marine, LLC [R. Doc. 139].

19. *Hearing Held on (Re: 60 Motion for Relief From Stay, 126 Motion for Relief From Stay, 128 Motion for Relief From Stay, 130 Motion for Relief From Stay)*. RULING: all motions are taken under advisement [R.Doc. 147].

20. Transcript regarding Hearing Held 12/18/2018 [R. Doc. 149].

21. *Exhibit Record: (Re: 147 Hearing Held on Various Motions for Relief from Stay)* [R. Doc. 150].

22. *Order Granting (Re: 126 Motion for Relief From Stay filed by Creditor SBN V FNBC LLC)* [R. Doc. 153].

23. *Notice of Appeal* (Re: 153 Order on Motion for Relief From Stay) [R. Doc. 164].

**CERTIFICATE REGARDING TRANSCRIPTS**

Pursuant to Fed. R. Bankr. Pro. 8009(b)(1)(a), a transcript of such parts of the proceedings necessary for the appeal is already available [See R. Doc. 149] therefore as the transcript is available this is to certify that the Appellant is not ordering a transcript.

{00367518-1}

Dated: April 3, 2019

/s/ Douglas S. Draper
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Heller, Draper, Patrick, Horn & Manthey, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300 / Fax: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Attorneys for the Appellant*