**SO ORDERED.**

**SIGNED April 1, 2019.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**ORDER GRANTING AMENDED MOTION FOR EXPEDITED CONSIDERATION
OF THE AMENDED MOTION FOR ENTRY OF AN ORDER
APPROVING SETTLEMENT AND COMPROMISE
CONCERNING PAYMENTS DUE INCIDENT TO THE CHARTER OF THE
MR. STEVEN PURSUANT TO BANKRUPTCY RULE 9019**

**Came for Consideration** was the *Amended Motion for Expedited Consideration of the Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019*

---
[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367441-1}

1

("Motion for Expedited Hearing") [Dkt. #186], with the *Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019* [Dkt. #185] ("Motion") filed and served in conformity with the local rules, and that the relief to be granted by this order is consistent with the relief pled for in the Motion; therefore

**IT IS ORDERED** that the Amended Motion for Expedited Hearing be and hereby is **GRANTED;**

**IT IS FURTHER ORDERED** that the Motion is hereby set for an expedited hearing on April 16, 2019 at 10:00 a.m. Central Time before the Honorable John W. Kolwe, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

**IT IS FURTHER ORDERED** that any objections to the Motion be and are hereby due no later than April 12, 2019 at 3:00 p.m.

# # # # #

This Order was prepared and submitted by:

Douglas S. Draper (La. Bar No. 5073)
**Heller, Draper, Patrick, Horn
 & Manthey, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Tel: (504) 299-3300/Fax: (504) 299-3399
*Counsel for Debtor*

*As modified by the Court to establish the deadline for objections.*

{00367441-1}

```
                         United States Bankruptcy Court
                          Western District of Louisiana
In re:                                                       Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                           Chapter 11
Lady Eve, L.L.C.
          Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0536-4            User: lchamp             Page 1 of 1              Date Rcvd: Apr 01, 2019
                                Form ID: pdf8            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db          +Lady Brandi L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Lady Eve, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Lady Glenda LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Blake LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Mason LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Ridge LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Row LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db          +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr            DIP
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
              Benjamin W. Kadden    on behalf of Defendant Steve    Miguez bkadden@lawla.com, mnguyen@lawla.com
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
               kfritscher@hellerdraper.com;lcollins@hellerdraper.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of   U. S. Trustee gail.mcculloch@usdoj.gov
              Greta M. Brouphy    on behalf of Debtor    Lady Brandi L.L.C. gbrouphy@hellerdraper.com
              James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
               mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
              Meredith S. Grabill    on behalf of Defendant Steve    Miguez mgrabill@lawla.com
              Office of   U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
              Stewart F. Peck    on behalf of Defendant Steve    Miguez speck@lawla.com,
               erosenberg@lawla.com;ymaranto@lawla.com
              William Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
               egnormand@ohllc.com
                                                                                              TOTAL: 13