UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C. [1] | * | CHAPTER 11 |
| Debtor | * | HONORABLE JOHN W. KOLWE |

## **CERTIFICATE OF SERVICE**

I, Douglas S. Draper, counsel for Debtors, hereby certify that I caused the *Statement of the Issues to be Presented and Designation of Record Pursuant to Fed. R. Bankr. Pro. 8009* (Mr. Steven) [Dkt. 193], *Statement of the Issues to be Presented and Designation of Record Pursuant to Fed. R. Bankr. Pro. 8009* (Mr. Mason) [Dkt. 194], *Statement of the Issues to be Presented and Designation of Record Pursuant to Fed. R. Bankr. Pro. 8009* (Mr. Row) [Dkt. 195] and *Statement of the Issues to be Presented and Designation of Record Pursuant to Fed. R. Bankr. Pro. 8009* (Lady Brandi) [Dkt. 196] to be served on April 3, 2019, via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com,
  kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner    jgarner@shergarner.com,
  mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill    mgrabill@lawla.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) been jointly administered with Mr. Steven, L.L.C.

{00367543-1}

- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

**New Orleans, Louisiana**, this 4th day of April 2019.

/s/ Douglas S. Draper

Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN**
  **& MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

*Counsel for the Debtors*