UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C. | * | CHAPTER 11 |
| Debtor | * | |

**AFFIDAVIT OF STEPHEN ARSEMENT IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363 AUTHORIZING RETENTION AND EMPLOYMENT OF ARSEMENT, REDD & MORELLA, LLC, *NUNC PRO TUNC* TO THE PETITION DATE**

**STATE OF LOUISIANA**

**PARISH OF LAFAYETTE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Stephen Arsement, being duly sworn, depose and say as follows:

1. I am a CPA and a personal financial specialist with Arsement, Redd & Morella, LLC, which maintains offices at 701 Robley Drive, Suite 200, Lafayette, Louisiana 70503. My firm provides accounting services.

2. I am authorized to make this affidavit (the "Affidavit") on behalf of Arsement, Redd & Morella, LLC and the Affidavit is submitted pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure in support of the application ("Application") for entry of an order, pursuant to sections 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code") authorizing the employment and retention of Arsement, Redd & Morella, LLC to provide restructuring, management, and financial advisory services for Debtors, *nunc pro tunc* to the Petition Date.

1

3. Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto. Capitalized terms and phrases not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

4. Arsement, Redd & Morella, LLC and the Debtors executed an engagement letter on January 15, 2019 (the "Engagement Letter"), a copy of which are attached to the Application as Exhibit "B".

### Services to be Provided

5. Arsement, Redd & Morella, LLC will provide general accounting services to the Debtors as more fully outlined in the Engagement Letter attached as Exhibit "B" to the Application.

### Disinterestedness of Professionals

6. Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Arsement, Redd & Morella, LLC, nor any of our managing directors, employees, agents or affiliates, insofar as I have been able to ascertain, have a disqualifying connection with the Debtors, creditors of Debtors, the United States Trustee for the Western District of Louisiana (the "U.S. Trustee"), any person employed in the office of the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants.

7. I am not related, and to the best of my knowledge, no employee of Arsement, Redd & Morella, LLC is related, to any United States Bankruptcy Judge in this district or to the United States Trustee for such district or any employee thereof.

2

{00367408-1}

8. From time to time, Arsement, Redd & Morella, LLC has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these chapter 11 cases. As described below, however, Arsement, Redd & Morella, LLC has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided, services to any significant creditor, investors, insider or other party in interest in such unrelated matters. The information listed may change without our knowledge during the pendency of these cases. Arsement, Redd & Morella, LLC will update this Affidavit when necessary and when Arsement, Redd & Morella, LLC becomes aware of material information.

9. Arsement, Redd & Morella, LLC provides services in connection with numerous cases, proceedings and transactions unrelated to these chapter 11 cases. Those unrelated matters involve numerous attorneys, financial advisors and creditors, some of whom may be claimants or parties with actual or potential interests in these chapter 11 cases, or may represent such parties.

10. Arsement, Redd & Morella, LLC's personnel may have business associations with certain creditors of the Debtors unrelated to these chapter 11 cases. In addition, in the ordinary course of their business, Arsement, Redd & Morella, LLC may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other parties in interest in these chapter 11 cases.

11. Further, as part of their diverse practice, Arsement, Redd & Morella, LLC appears in numerous cases, proceedings, and transactions that involve many different

3

professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in these chapter 11 cases. Further, Arsement, Redd & Morella, LLC has performed, in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on Arsement, Redd & Morella, LLC's current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates interests materially adverse to the Debtors, and none is in connection with these cases.

12. Neither I, Arsement, Redd & Morella, LLC nor any member of Arsement, Redd & Morella, LLC's team serving the Debtors, to the best of my knowledge, is a holder of any of the Debtors' equity or stock.

13. Other than my recent employment prior to the Petition Date with the Debtors, Arsement, Redd & Morella, LLC is otherwise a "disinterested person" as that term is defined in 11 U.S.C. §101(14) in that Arsement, Redd & Morella, LLC: (a) is not an equity security holder or insider of Debtor; (b) is not, or was not, within two (2) years of the Petition Date, a director, officer or employee of the Debtors; and (c) neither holds nor represents an interest adverse to Debtors, their estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in Debtors or for any other reason.

14. Despite the efforts described above to identify and disclose connections with parties in interest in these cases, because Debtors are an enterprise with numerous

4

creditors, Arsement, Redd & Morella, LLC is unable to state with certainty that every client or other connection of Arsement, Redd & Morella, LLC has been disclosed. In this regard, Arsement, Redd & Morella, LLC will periodically review their files during the pendency of these chapter 11 cases to ensure that no disabling conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Arsement, Redd & Morella, LLC will use reasonable efforts to identify such further developments and will promptly file a supplemental affidavit as Bankruptcy Rule 2014(a) requires.

## Compensation

15. Arsement, Redd & Morella, LLC will provide professional services at the hourly rates set forth as follows: Partner: $200.00-$250.00; Principals/Managers: $110.00-$190.00; Senior: $80.00-$105.00; and Staff Accountant: $60.00-$75.00. The hourly rates will be billed monthly. Arsement, Redd & Morella, LLC will hold twenty percent (20%) of such payments in trust pending an Order by the Court approving an interim or final fee application. The Debtors also will reimburse Arsement, Redd & Morella, LLC for all reasonable expenses incurred under the engagement, plus out-of-pocket expenses.

16. The terms of compensation reflected in the Engagement Letter are consistent with, and typical of, engagements entered into by Arsement, Redd & Morella, LLC with respect to rendering similar services for clients similar to the Debtors.

17. Arsement, Redd & Morella, LLC waives its claim against the Debtors and therefore does not hold or represent an interest adverse to the Debtors or the Debtors' estates.

18. I understand there is a continuing duty to disclose any adverse interest and change of disinterestedness.

19. I agree to immediately disclose any actual conflict of which I become aware during the course of Arsement, Redd & Morella, LLC's engagement with the Debtor.

20. Arsement, Redd & Morella, LLC reserves the right to supplement this Affidavit in the event that Arsement, Redd & Morella, LLC discovers any facts bearing on matters described in this Affidavit regarding Arsement, Redd & Morella, LLC's employment with the Debtors.

21. I shall amend this statement immediately upon my learning that (a) any of the within representations are incorrect or (b) there is any change of circumstance relating thereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Stephen Arsement

**SWORN TO AND SUBSCRIBED BEFORE ME**
**THIS 10TH DAY OF APRIL, 2019.**

_____
NOTARY PUBLIC