

**ARSEMENT REDD & MORELLA, LLC**

*Certified Public Accountants*
*Consultants*

Christopher C. Arsement, CPA, CMA
John R. Redd, III, CPA
Robert J. Morella, CPA, PFS
Stephen J. Arsement, CPA
Kimberly B. Gardner, CPA, CVA, CFF
Eric J. Benoit, CPA

Eileen D. Frugé, CPA*
Kathy J. David, CPA*

Ashley P. Fontenot, CPA
Dawn G. Oxedine, MBA, CPA
Amelian L. Fuselier, CPA
Debbie F. Byrom, CPA
Andrew Colt Speyrer, CPA
Jessica V. Blanchard, MSA, CPA
Mitzi B. Perkins, MBA, CPA
Brandon M. Gardner, CPA
Jennifer T. Ardoin, CPA
Sadie A. Fontenot, CPA
Kaleb J. Price, CPA
Dong Cheng, MSA, MST, CPA
Christopher J. Briley, CPA
Tom Elliott, CPA, CGMA
Kylie Payne, CPA

Members of American Institute of
Certified Public Accountants
Society of Louisiana
Certified Public Accountants

*Principal*

30 *Years*
1987-2017

January 15, 2019

To Management
Iberia Marine Service, LLC and Affiliates
107 Hwy 90 West
New Iberia, LA 70560

We are pleased to confirm our acceptance and understanding of the services we are to provide for the year ended December 31, 2018.

You have requested that we prepare the combined financial statements of Iberia Marine Service, LLC and Iberia Crewboat & Marine Service, LLC and its wholly owned subsidiaries (Lady Eve, LLC, Mr. Mason, LLC, Lady Brandi, LLC, Mr. Row, LLC, Lady Glenda, LLC, Mr. Ridge, LLC, Mr. Blake, LLC, Mr. Steven, LLC and Mr. Evan, LLC) (collectively "Iberia Marine Service, LLC and Affiliates"), which comprise the combined balance sheet as of December 31, 2018, and the related combined statements of operations and comprehensive income/loss, changes in equity, and cash flows for the year then ended, and the related notes to the combined financial statements, and perform a review engagement with respect to those combined financial statements. In addition, supplementary information will be presented with the combined financial statements. Such supplementary information is the responsibility of management. We will not audit or review the information.

## Our Responsibilities
The objective of our engagement is to –

1. Prepare combined financial statements in accordance with accounting principles generally accepted in the United States of America based on information provided by you, and

2. Obtain limited assurance as a basis for reporting whether we are aware of any material modifications that should be made to the financial statements in order for them to be in accordance with accounting principles generally accepted in the United States of America.

We will conduct our review engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA and comply with applicable professional standards, including the AICPA's *Code of Professional Conduct*, and its ethical principles of integrity, objectivity, professional competence, and due care, when preparing the financial statements and performing the review engagement.

A review engagement includes primarily applying analytical procedures to your financial data and making inquiries of management. A review engagement is substantially less in scope than an audit engagement, the objective of which is the expression of an opinion regarding the financial statements as a whole. A review engagement does not contemplate obtaining an understanding of the Company's internal control; assessing fraud risk; testing accounting records by obtaining sufficient appropriate audit evidence through inspection, observation, confirmation, or other examination of source documents; or other procedures ordinarily performed in an audit engagement. Accordingly, we will not express an opinion regarding the combined financial statements.

Our engagement cannot be relied upon to identify or disclose any financial statement misstatements, including those caused by fraud or error, or to identify or disclose any wrongdoing within the Company or noncompliance with laws and regulations. However, we will inform the appropriate level of management of any material errors and any evidence or information that comes to our attention during the performance of our review procedures that indicates fraud may have occurred. In addition, we will inform you of any evidence or information that comes to our attention during the performance of our review procedures regarding noncompliance with laws and regulations that may have occurred, unless they are clearly inconsequential. We have no responsibility to identify and communicate deficiencies or material weaknesses in your internal control as part of this engagement.

### Other Services

- We may assist your bookkeeper in adjusting the books of accounts so that he or she will be able to prepare a working trial balance from which financial statements can be prepared. Such may include, but not limited to, the possible assistance with reviewing and recording of depreciation, amortization, depletion and income tax provisions. You are responsible for reviewing all standard, adjusting, or correcting entries and understanding the nature of any proposed entries and the impact they have on the financial statements.

- We may also provide bookkeeping services for the Company, which will be covered under a separate engagement letter.

- We may also prepare the federal and state corporate income tax returns for the Company, which will be covered under a separate engagement letter.

- We may also provide additional financial and tax consultation or other services to the Company during the upcoming year, as requested.

To Management
Iberia Marine Service, LLC and Affiliates
January 15, 2019
Page 3

We, in our sole professional judgment, reserve the right to refuse to perform any procedure or take any action that could be construed as assuming management responsibilities since performing those procedures or taking such action would impair our independence.

<u>Your Responsibilities</u>
The engagement to be performed is conducted on the basis that you acknowledge and understand that our role is to prepare combined financial statements in accordance with accounting principles generally accepted in the United States of America and to obtain limited assurance as a basis for reporting whether we are aware of any material modifications that should be made to the combined financial statements in order for the statements to be in accordance with accounting principles generally accepted in the United States of America. You have the following overall responsibilities that are fundamental to our undertaking the engagement in accordance with SSARS:

- The selection of accounting principles generally accepted in the United States of America as the financial reporting framework to be applied in the preparation of the combined financial statements.

- The preparation and fair presentation of combined financial statements in accordance with accounting principles generally accepted in the United States of America and the inclusion of all informative disclosures that are appropriate for accounting principles generally accepted in the United States of America.

- The design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of the combined financial statements that are free from material misstatement, whether due to fraud or error.

- The prevention and detection of fraud.

- To ensure that the Company complies with the laws and regulations applicable to its activities.

- The accuracy and completeness of the records, documents, explanations, and other information, including significant judgments, you provide to us for the engagement.

- To provide us with –

  - access to all information of which you are aware is relevant to the preparation and fair presentation of the combined financial statements, such as records, documentation, and other matters.

  - additional information that we may request from you for the purpose of the review engagement.

  - unrestricted access to persons within the Company of whom we determine it necessary to make inquiries.

To Management
Iberia Marine Service, LLC and Affiliates
January 15, 2019
Page 4

- To provide us, at the conclusion of the engagement, with a letter that confirms certain representations made during the review.

You are also responsible for all management decisions and responsibilities and for designating an individual with suitable skills, knowledge, and experience to oversee our preparation of your financial statements and any other non-attest services we perform. You are responsible for evaluating the adequacy and results of the services performed and accepting responsibility for such services.

Our Report
We will issue a written report upon completion of our review of Iberia Marine Service, LLC and Affiliates' combined financial statements. Our report will be addressed to the members and management of Iberia Marine Service, LLC and Affiliates. We cannot provide assurance that an unmodified accountant's review report will be issued. Circumstances may arise in which it is necessary for us to report known departures from accounting principles generally accepted in the United States of America, add an emphasis-of-matter or other-matter paragraph(s), or withdraw from the engagement. If, for any reason, we are unable to complete the review of your combined financial statements, we will not issue a report on such statements as a result of this engagement.

You agree to include our accountant's review report in any document containing financial statements that indicates that such combined financial statements have been reviewed by us and, prior to inclusion of the report, to ask our permission to do so.

Other Relevant Information
Stephen Arsement is the engagement partner and is responsible for supervising the engagement and signing the report or authorizing another individual to sign it.

We estimate that our fees for these services will be approximately $10,000 for the review, plus possible additional fees ranging from $2,000 to $3,000 to address matters in connection with Chapter 11 bankruptcy filings of certain subsidiaries of Iberia Crewboat. The fee estimate is based on anticipate cooperation from your personnel and the assumption that unexpected circumstances will not be encountered during work performed. If significant additional time is necessary, we will keep you informed of any problems we encounter, and our fees will be adjusted accordingly. Our invoices for these fees will be rendered each month as work progresses and are payable on presentation. Late charges are computed at 1.5% for amounts over 30 days.

Fees for other services, such as, assistance with adjusting the year end books and records, other bookkeeping, consulting or advisory services will be based on our standard hourly rates.

Our standard hourly rates vary according to the degree of responsibility involved and the experience level of the personnel assigned to the work. The following schedule summarizes our rates in effect as of the date of this letter:

| | |
|---|---|
| Partner | $200-$250/hour |
| Principals/Managers | $110-$190/hour |
| Senior | $80-$105/hour |
| Staff | $60-$75/hour |

To Management
Iberia Marine Service, LLC and Affiliates
January 15, 2019
Page 5

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please let us know. If you agree with the terms of our engagement as described in this letter, please sign the enclosed copy and return it to us.

Sincerely,

*Arsement, Redd & Morella*

Arsement, Redd & Morella, L.L.C.

This letter correctly sets forth the understanding of Iberia Marine Service, LLC and Affiliates:

Signature: _____

Title: _____

Date: _____