UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | |

### NOTICE OF HEARING ON APPLICATION BY DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ARSEMENT, REDD & MORELLA, LLC AS ACCOUNTANTS FOR THE DEBTORS, NUNC PRO TUNC TO THE PETITION DATE, PURSUANT TO SECTION 327(A) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that the *Application by Debtors for Entry of an Order Authorizing the Employment and Retention of Arsement, Redd & Morella, LLC as Accountants for the Debtors, Nunc Pro Tunc to the Petition Date, Pursuant to Section 327(a) of the Bankruptcy Code* [P-199] ("Application")[2] has been filed by Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC seeking Court approval for the retention and employment of Arsement, Redd & Morella, LLC to provide restructuring, management, and financial advisory services in these chapter 11 cases as of the Petition Date. The Application is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at the address set forth below, or may be obtained via the Court's website at www.lawb.uscourts.gov, or upon written request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearings on the Application will be held on **May 14, 2019 at 10:00 a.m.** Central Time before the Honorable John W. Kolwe, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

**PLEASE TAKE FURTHER NOTICE** that any interested party having an objection, opposition or response to the Application must file a written objection, opposition or response with the Clerk of Court, United States Bankruptcy Court, Western District of Louisiana no later than **seven (7) days** before the hearing and must serve a copy on the undersigned attorneys by that date. If an opposition, objection or response is not timely filed and served as set forth in the previous sentence, the Court may grant the relief requested without hearing.

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

[2] Capitalized terms not defined herein are as defined in the Application.

{00366968-1}

Dated: April 10, 2019

*/s/ Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
ddraper@hellerdraper.com

*Counsel for Debtors*