UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | HONORABLE JOHN W. KOLWE |

**CERTIFICATE OF SERVICE**

I, Douglas S. Draper, counsel for Debtors, hereby certify that I caused the *Application by Debtors for Entry of an Order Authorizing the Employment and Retention of Arsement, Redd & Morella, LLC as Accountants for the Debtors, Nunc Pro Tunc to the Petition Date, Pursuant to Section 327(a) of the Bankruptcy Code* [Dkt. 199] and *Notice of Hearing on Application by Debtors for Entry of an Order Authorizing the Employment and Retention of Arsement, Redd & Morella, LLC as Accountants for the Debtors, Nunc Pro Tunc to the Petition Date, Pursuant to Section 327(a) of the Bankruptcy Code* [Dkt. 200] to be served on April 10, 2019, via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner    jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill    mgrabill@lawla.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com

---

[1] Lady Eve, L.L.C. (#18-51488), Lady Brandi L.L.C. (18-51517), Lady Glenda LLC (18-51518), Mr. Blake LLC (18-51519), Mr. Mason LLC (18-51521), Mr. Ridge LLC (18-51522), and Mr. Row LLC (18-51523) been jointly administered with Mr. Steven, L.L.C.

{00367598-1}

- Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack     waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells     swells@rushing-guice.com

I also caused same to be served on April 10, 2019, via First Class U.S. Mail, postage pre-paid, by via Choice Professional Copy Service on the attached mailing matrix.

**New Orleans, Louisiana**, this 10th day of April 2019.

>    */s/ Douglas S. Draper*
>    Douglas S. Draper, LA Bar No. 5073
>    Leslie A. Collins, LA Bar No. 14891
>    Greta M. Brouphy, LA Bar No. 26216
>    **HELLER, DRAPER, PATRICK, HORN**
>      **& MANTHEY, L.L.C.**
>    650 Poydras Street, Suite 2500
>    New Orleans, LA  70130-6103
>    Office: 504 299-3300/Fax: 504 299-3399
>    E-mail:  ddraper@hellerdraper.com
>    E-mail:  lcollins@hellerdraper.com
>    E-mail:  gbrouphy@hellerdraper.com
>
>    *Counsel for the Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51277<br>Western District of Louisiana<br>Lafayette<br>Wed Apr 10 15:33:35 CDT 2019 | Guice Offshore, LLC<br>R. Scott Wells, Esq. | Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Glenda LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | SBN V FNBC LLC<br>c/o David F. Waguespack | SpaceX<br>c/o Amanda W. Messa |
| U. S. Bankruptcy Court<br>214 Jefferson Street, Suite 100<br>Lafayette, LA 70501-7050 | ALLEN'S HANDYMAN SERVICE<br>5309 CLAUDE VIATOR RD<br>NEW IBERIA, LA 70560-8775 | Acadiana Diesel Fuel Injection Service<br>c/o its registered agent<br>Doug J. Louviere<br>2615 Jefferson Island Rd<br>New Iberia, LA 70560-9456 |
| Adams & Reese<br>701 Poydras St Ste 4500<br>New Orleans LA 70139-4596 | Amanda W. Messa | BAYOU STATE MARINE & INDUSTRIAL SUPPLY,<br>PO BOX 343<br>12538 NORTH RD<br>ERATH, LA 70533-5237 |
| Bayou Electric & Specialty, Inc.<br>c/o its registered agent<br>Stephen S. Drouant<br>1601 Hopkins Street<br>New Iberia, LA 70560-5825 | Benjamin W Kadden | Bluetide Communications, Inc.<br>117 Nolan Road<br>Broussard, LA 70518-3212 |
| Bluetide Communications, Inc.<br>c/o its registered agent<br>Kevin M. Delcambre<br>200 Cummings Road<br>Broussard, LA 70518-3228 | Bow 2 Stern Services, Inc.<br>c/o its registered agent<br>Shane Thibodeaux<br>299 Renee Denise Ct.<br>Theriot, LA 70397-9799 | COASTAL TIMBERS<br>1310 JANE ST<br>NEW IBERIA, LA 70563-1540 |
| Capital Electric & Supply LLC<br>c/o its registered agent<br>Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 | Cummins Midsouth<br>PO Box 842316<br>Dallas, TX 75284-2316 | DIAMOND 'B' INDUSTRIES<br>PO BOX 10310<br>NEW IBERIA, LA 70562-0310 |
| Deep South Mechanical Services LLC<br>c/o its registered agent<br>Gerard J. Bourgeois<br>PO Box 1688<br>Morgan City, LA 70381-1688 | Donovan Marine Services, LLC<br>PO Box 989<br>Amelia, LA 70340-0989 | FORCE POWER SYSTEMS<br>3799 WEST AIRLINE HIGHWAY<br>PO BOX 536<br>RESERVE, LA 70084-0536 |

| | | |
|---|---|---|
| Force Power Systems<br>1983 B. Grand Caillou Rd.<br>Houma, LA 70363-7003 | Guice Offshore, LLC<br>William Kaufman<br>[redacted]<br>[redacted] | Harris & Rufty, L.L.C.<br>c/o its registered agent<br>Alfred J. Rufty, III<br>1831 Octavia St.<br>New Orleans, LA 70115-5659 |
| Harris & Rufty, LLC<br>650 Poydras Street, Suite 2710<br>New Orleans, LA 70130-6160 | Iberia Crewboat & Marine<br>Services, L.L.C.<br>C/o Mr. Steve Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Iberia Marine Service, LLC<br>c/o Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JEFF UPHOLSTERY, INC.<br>4506 EAST HIGHWAY 90<br>NEW IBERIA, LA 70560-9016 |
| Kolder Slaven and Company INC<br>POB 9729<br>New Iberia, LA 70562-9729 | Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 | Louisiana Department of Revenue<br>Collection Division Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 | MARINE SYSTEMS, INC.<br>PO BOX 301284<br>DALLAS, TX 75303-1284 |
| Madere & Sons Marine Rental, L.L.C.<br>c/o Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 | Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 | Meredith S. Grabill<br>[redacted]<br>[redacted]<br>[redacted] |
| Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 | Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 |
| R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 | Richard Montague<br>Phelps Dunbar LLP<br>P.O. Box 16114<br>Jackson, MS 39236-6114 | SAMMY'S AIR<br>PO BOX 9277<br>NEW IBERIA, LA 70562-9277 |
| SBN V FNBC LLC<br>c/o Peter J. Segrist<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 | SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 |
| SNB V FNBC, LLC<br>c/o Thomas E. Shuck<br>Parker, Milliken, Clark etc<br>555 S. Flower St., 30th FL<br>Los Angeles, CA 90071-2440 | SeaTran Marine, LLC<br>c/o Benjamin W. Kadden<br>[redacted]<br>[redacted]<br>[redacted] | SeaTran Marine, LLC<br>c/o Meredith S. Grabill<br>[redacted]<br>[redacted]<br>[redacted] |

SeaTran Marine, LLC
c/o Stewart F. Peck

Sewart Supply, Inc
7201 LA-182
Morgan City, LA 70380

Sheriff, Iberia Parish
300 Iberia St.
Suite 120
New Iberia LA 70560-4543

Shipyard Service, L.L.C.
c/o its registered agent
John Sercovich
10856 Belle Chasse Hwy.
Belle Chasse, LA 70037

State of Louisiana, Department of Labor
Delinquent Accounts Unit,UI Tech Support
1001 North 23rd Street
Room 322
Baton Rouge, LA 70802-3338

Steven J. Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Stewart F. Peck

Superior Electrical Service, LLC
c/o Jon Derouen
13705 Lynnedale Loop
Abbeville, LA 70510-8515

Thomas E. Shuck
Parker, Milliken, Clark, O'Hara
& Samuelian
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440

UNITED POWER SYSTEMS
2975 HIGHWAY 182
RACELAND, LA 70394-3770

Douglas S. Draper

Greta M. Brouphy

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101-3122

