IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

IN RE:                                          CASE NO. 18-51277

MR. STEVEN, L.L.C.                          CHAPTER 11

                                                        JUDGE JOHN W. KOLWE

_____

**RESPONSE TO [185] AMENDED APPLICATION TO APPROVE COMPROMISE**

       COMES NOW Guice Offshore, LLC, by and through its undersigned counsel of record, and files this its Response to [185] the Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019, and states as follows:

1

       Provided the court finds that it has jurisdiction over parties in interest regarding the charter funds addressed in the Amended Motion for Entry of an Order Approving Settlement and Compromise, including but not limited to Mr. Steven, L.L.C., SeaTran Marine, L.L.C., Iberia Marine Service, LLC, Iberia Crewboat and Marine Services L.L.C., and the creditor, SBN V FNBC LLC, insofar as said parties may consent to the jurisdiction of this court and execute an appropriate settlement agreement reflecting same, then Guice Offshore, LLC would have no objection to the entry of an order directing it to make payment of funds held in the escrow account of Rushing & Guice, P.L.L.C., and any future payments as may be due pursuant to the charter executed by Guice Offshore, LLC and SeaTran Marine, L.L.C., directly to SBN V FNBC LLC as addressed within the Amended Motion for Entry of an Order Approving Settlement and Compromise.

Should all parties in interest not consent to the jurisdiction of this Court and execute an appropriate agreement regarding this matter, as proposed in the Amended Motion for Entry of an order Approving Settlement and Compromise, Guice Offshore, LLC reserves the right to file an interpleader action, as the court previously directed. Guice Offshore, LLC further states that it has cooperated with counsel for Mr. Steven, L.L.C. in the preparation and review of such an action, but such has not been filed at this time.

3

WHEREFORE, PREMISES CONSIDERED, Guice Offshore, LLC prays that prior to entry of an order directing undersigned counsel to pay charter funds to SBN V FNBC LLC, that the court determine and find that all parties in interest have consented to the entry of such an order and have waived any and all claims to the funds to the extent that the funds are paid in accordance with the court's order.

Respectfully submitted this the 12th day of April, 2019.

**GUICE OFFSHORE, LLC**

BY: /s/ R. Scott Wells
R. SCOTT WELLS
Louisiana Bar #20058
RUSHING & GUICE, P.L.L.C.
P. O. Box 1925
Biloxi, MS 39533-1925
Telephone: 228-374-2313
Fax: 228-875-5987
swells@rushingguice.com

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 12th day of April, 2019, a copy of the foregoing Response to Amended Application to Approve Compromise has been served upon all parties listed below via the Court's CM/ECF electronic filing system and/or by placing same in the United States mail, first class postage prepaid and properly addressed.

| | |
|---|---|
| Greta M. Brouphy | gbrouphy@hellerdraper.com |
| Douglas S. Draper | ddraper@hellerdraper.com, kfritscher@hellerdraper.com, lcollins@hellerdraper.com |
| James M. Garner | jgarner@shergarner.com, mgarner@shergarner.com, jchocheles@shergarner.com, ethomas-ponce@shergarner.com |
| Meredith S. Grabill | mgrabill@lawla.com |
| Benjamin W. Kadden | bkadden@lawla.com, mnguyen@lawla.com |
| William Kaufman | whkaufman@ohllc.com, egnormand@ohllc.com |
| Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| Amanda W. Messa | amanda.messa@phelps.com |
| Stewart F. Peck | speck@lawla.com, erosenberg@lawla.com, ymaranto@lawla.com |
| Peter James Segrist | segrist@carverdarden.com, clary@carverdarden.com |
| Office of U.S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| David F. Waguespack | waguespack@carverdarden.com; plaisance@carverdarden.com |
| Randall Scott Wells | swells@rushingguice.com |
| Jacob A. Airey | 909 Poydras St., Ste 2800, New Orleans, LA 70112 |
| Brandon William Keay | 909 Poydras St., Ste 2800, New Orleans, LA 70112 |
| Richard Montague | P.O. Box 16114, Jackson, MS 39563 |
| Leopold Zangwill Sher | 909 Poydras St., Ste 2800, New Orleans, LA 70112 |

SO CERTIFIED, this the 12th day of April, 2019.

/s/ R. Scott Wells
R. SCOTT WELLS

W:\9469\Working Files\p\Response to Amended Application to Approve Compromise.docx