IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

IN RE:                                                  CASE NO. 18-51277

MR. STEVEN, L.L.C.                          CHAPTER 11

                                                                                 JUDGE JOHN W. KOLWE

_____

**RESPONSE TO [172] MOTION FOR ORDER AUTHORIZING SALE**

     COMES NOW Guice Offshore, LLC, by and through its undersigned counsel, and states as follows:

1

     That on March 7, 2019, the court entered [153] an order lifting the stay with respect to the M/V Mr. Steven, and authorizing SBN V FNBC LLC to pursue its right to foreclose on the subject vessel.

2

     That Debtor has submitted [172] a Motion requesting authority to sell the vessel.

3

     As has been addressed on several occasions in open hearings as well as in various pleadings which have been submitted, Guice Offshore, LLC, in conjunction with Space Exploration Technologies Corp. d/b/a SpaceX, has possession of the M/V Mr. Steven pursuant to a charter which Guice Offshore, LLC entered into with SeaTran Marine, L.L.C., and said charter has not been revoked or terminated by the Court or by Seatran Marine, L.L.C.

4

     Guice Offshore, LLC and SpaceX have invested considerable sums regarding equipment and data which are onboard the vessel and which are to be removed, at substantial cost, upon

termination of the charter. Whether the charter will be formally terminated or whether a new vessel owner will be interested in executing a new charter is uncertain at this time.

5

Should a sale be approved at the hearing of this matter and should the charter be terminated in conjunction with the entry of an order approving a sale, Guice Offshore, LLC and SpaceX are entitled to an opportunity to remove equipment from the vessel and return the vessel to its pre-charter condition. Attached as Exhibit A is a description of the equipment that must be removed and an estimate of the time needed to effectuate such removal.

WHEREFORE, PREMISES CONSIDERED, Guice Offshore, LLC requests that should the court approve a sale at the hearing of this matter and terminate the charter under which Guice Offshore, LLC is currently operating, that a demobilization period of not less than four weeks be granted.

Respectfully submitted this the 12th day of April, 2019.

**GUICE OFFSHORE, LLC**

BY:   /s/ R. Scott Wells
      R. SCOTT WELLS
      Louisiana Bar #20058
      RUSHING & GUICE, P.L.L.C.
      P. O. Box 1925
      Biloxi, MS 39533-1925
      Telephone:   228-374-2313
      Fax:          228-875-5987
      swells@rushingguice.com

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the 12th day of April, 2019, a copy of the foregoing Response to Motion for Order Authorizing Sale has been served upon all parties listed below via the Court's CM/ECF electronic filing system and/or by placing same in the United States mail, first class postage prepaid and properly addressed.

| | |
|---|---|
| Greta M. Brouphy | gbrouphy@hellerdraper.com |
| Douglas S. Draper | ddraper@hellerdraper.com, kfritscher@hellerdraper.com, lcollins@hellerdraper.com |
| James M. Garner | jgarner@shergarner.com, mgarner@shergarner.com, jchocheles@shergarner.com, ethomas-ponce@shergarner.com |
| Meredith S. Grabill | mgrabill@lawla.com |
| Benjamin W. Kadden | bkadden@lawla.com, mnguyen@lawla.com |
| William Kaufman | whkaufman@ohllc.com, egnormand@ohllc.com |
| Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| Amanda W. Messa | amanda.messa@phelps.com |
| Stewart F. Peck | speck@lawla.com, erosenberg@lawla.com, ymaranto@lawla.com |
| Peter James Segrist | segrist@carverdarden.com, clary@carverdarden.com |
| Office of U.S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| David F. Waguespack | waguespack@carverdarden.com; plaisance@carverdarden.com |
| Randall Scott Wells | swells@rushingguice.com |
| Jacob A. Airey | 909 Poydras St., Ste 2800, New Orleans, LA 70112 |
| Brandon William Keay | 909 Poydras St., Ste 2800, New Orleans, LA 70112 |
| Richard Montague | P.O. Box 16114, Jackson, MS 39563 |
| Leopold Zangwill Sher | 909 Poydras St., Ste 2800, New Orleans, LA 70112 |

SO CERTIFIED, this the 12th day of April, 2019.

/s/ R. Scott Wells_____
R. SCOTT WELLS

W:\9469\Working Files\p\Response to Motion for Order Authorizing Sale.docx