

April 10, 2019

**PROPERTY BELONGING TO SPACEX ON THE VESSEL MR. STEVEN**

1. SpaceX has chartered Mr. Steven and invested substantial time, effort, and money in designing and modifying the vessel to recover rocket fairings as they descend to Earth following launch.

2. The modifications to Mr. Steven include certain personal property and fixtures installed on the Mr. Steven that remain the property of SpaceX ("SpaceX Equipment"). The SpaceX Equipment is listed on Exhibit 1 attached hereto. The design of these modifications—including without limitation materials, configuration, methods of installation, and methods of operation of the SpaceX Equipment—is proprietary and confidential and constitutes protected SpaceX intellectual property.

3. In addition, SpaceX has created and installed software to operate various systems within the Mr. Steven to enable fairing recovery, including software to operate the vessel's dynamic positioning system ("SpaceX Software"). The SpaceX Software is proprietary and confidential and constitutes SpaceX intellectual property.

4. In addition, SpaceX has created documents regarding the use of the Mr. Steven for fairing recovery that are maintained on the Mr. Steven ("SpaceX Documents"). The SpaceX Documents are proprietary and confidential and constitute SpaceX intellectual property.

5. In addition, it is highly likely that some SpaceX Equipment, SpaceX Software, and/or SpaceX Documents contain or reflect technology or data the dissemination of which is strictly controlled by federal laws and regulations, including the Export Administration Regulations and International Traffic in Arms Regulations.

6. Our current charter contract requires SpaceX to remove its property and fixtures from the Mr. Steven and return the vessel to the "on hire" configuration at the end of the charter.

7. If the SpaceX's charter is terminated, SpaceX will require exclusive access to the Mr. Steven for a reasonable amount of time, in any event no less than four weeks, to remove from the Mr. Steven the SpaceX Equipment, SpaceX Software, and SpaceX Documents in a manner that complies with SpaceX's obligations under its charter and protects SpaceX's personal and intellectual property.

Sincerely,

Matthew Polnerow
Lead Launch Engineer
SpaceX

EXHIBIT A

Rocket Road, Hawthorne, CA 90250 | phone 310.363.6000 | fax 310.363.6001 | spacex.com

# EXHIBIT 1 – SPACEX EQUIPMENT ON MR. STEVEN

| Item | Quantity |
|---|---|
| Mast | 4 |
| Large strut | 4 |
| Small strut | 4 |
| Large weldment | 2 |
| Small weldment | 2 |
| Winches | 4 |
| Hyd cylinder | 4 |
| Halyards & Rigging | 8 |
| Net | 1 |
| Mini net | 1 |
| Saddles | 2 |
| C-van | 1 |
| V-100 Antennas | 2 |
| Recovery Navicomputer Box | 6 |
| Recovery Navicomputer Box Antennas | 16 |
| Fairing Umbilical Support Rack | 1 |
| FSW Server | 1 |
| BITL Sim Server | 1 |
| GNC Console | 1 |
| Lidar Computer | 1 |
| Lidar | 1 |
| Recovery Rack | 1 |
| Toolboxes | 3 |
| GoPros | 8 |
| Radios | 8 |
| Fairing Hardware Install Tooling | 3 |
| HPU & Controls | 1 |
| Hydraulic Tubing & hoses | 16 |
| Load Cells | 12 |
| Rip Stitch | 20 |
| Bit Covers | 2 |
| Antenna Protection | 2 |
| Wheelhouse protection weldment | 1 |
| Wheelhouse proteciton base plates | 2 |
| Wheelhouse protection lines | 2 |
| Weldment base plates | 8 |
| IR Camera | 1 |
| Lifejackets, helmets, lights, GPS beacons | 50 |
| Load Cell harnessing | 10 |

Rocket Road, Hawthorne, CA 90250 | phone 310.363.6000 | fax 310.363.6001 | spacex.com

| Item | Qty |
|---|---|
| Inspearation RHIB | 1 |
| Bridle | 2 |
| Parachute bin | 1 |
| Cameras | 6 |
| Camera harnessing | 6 |
| C-van harnessing | 1 |
| HPU Power Breaker | 1 |