# Notice Recipients

District/Off: 0536−4 | User: mdoucet | Date Created: 4/16/2019
Case: 18−51277 | Form ID: Loapdsc | Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| tr | DIP | |
| intp | Seatran Marine, LLC | |
| intp | Steve Miguez | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| aty | Amanda W. Messa | amanda.messa@phelps.com |
| aty | Benjamin W. Kadden | bkadden@lawla.com |
| aty | David F. Waguespack | waguespack@carverdarden.com |
| aty | Douglas S. Draper | ddraper@hellerdraper.com |
| aty | Gail Bowen McCulloch | gail.mcculloch@usdoj.gov |
| aty | Greta M. Brouphy | gbrouphy@hellerdraper.com |
| aty | Peter James Segrist | segrist@carverdarden.com |
| aty | Randall Scott Wells | swells@rushing−guice.com |
| aty | Stewart F. Peck | speck@lawla.com |
| aty | William Kaufman | whkaufman@ohllc.com |

TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Mr. Steven, L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| cr | SBN V FNBC LLC | c/o David F. Waguespack | 1100 Poydras Street | Suite 3100 | New Orleans, LA 70163 |
| intp | Guice Offshore, LLC | R. Scott Wells, Esq. | Rushing & Guice, P.L.L.C. | P.O. Box 1925 | Biloxi, MS 39533 |
| intp | SpaceX | c/o Amanda W. Messa | Phelps Dunbar LLP | P.O. Box 4412 | Baton Rouge, LA 70821−4412 |
| db | Lady Eve, L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Lady Brandi L.L.C. | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Lady Glenda LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Mr. Blake LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Mr. Mason LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Mr. Ridge LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| db | Mr. Row LLC | 107 Hwy 90 West | New Iberia, LA 70560 | | |
| aty | Richard Montague | Phelps Dunbar, LLP | P. O. Box 16114 | Jackson, MS 39236−6114 | |

TOTAL: 12