**SO ORDERED.**

**SIGNED April 17, 2019.**

_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| DEBTOR | * | |

\* \* \* \* \* \* \*

**ORDER GRANTING AMENDED MOTION FOR ENTRY OF AN ORDER
APPROVING SETTLEMENT AND COMPROMISE CONCERNING PAYMENTS DUE
INCIDENT TO THE CHARTER OF THE MR. STEVEN PURSUANT TO
BANKRUPTCY RULE 9019**

Considering the *Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019* (the "Motion") [R. Doc. 185] filed by Mr. Steven, L.L.C. ("Debtor") and SeaTran Marine LLC ("SEA"), with the consent of SBN V FNBC LLC ("SBN") and considering the statements by counsel at the hearing conducted on April 16, 2019, it is hereby,

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

1

{00367733-1}

**ORDERED**, that the Motion is Granted.

**IT IS FURTHER ORDERED** that Guice Offshore, LLC is directed to wire to SBN V FNBC LLC the funds presently held by counsel for Guice Offshore, LLC in the amount of $1,309,909.00 prior to April 20, 2019 via:

SBN V FNBC LLC
BOK Financial
Denver, CO
ABA 102000607
Account No. 4439430
Account Name Summit Investment Management LLC fbo SummitBridge National Investments V
    LLC
Ref: Iberia / Miguez

**IT IS FURTHER ORDERED** that on or before June 30, 2019 Guice Offshore, LLC is directed to wire via the instructions included herein to SBN V FNBC LLC all amounts owed by Guice Offshore, LLC for the use and/or charter of the M/V Mr. Steven through the date of the sale of the M/V Mr. Steven.

### End of Order ###

This Order was prepared and submitted by:

Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
HELLER, DRAPER, PATRICK, HORN
  & MANTHEY, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com
*Counsel for Debtor*