UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **MR. MASON, L.L.C.** | **CIVIL ACTION NO. 6:19-CV-0360** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SBN V FNBC, LLC, ET AL.** | **MAG. JUDGE CAROL WHITEHURST** |

## JUDGMENT

Upon consideration,

**IT IS ORDERED, ADJUDGED AND DECREED** that Appellant Mr. Steven, L.L.C.'s Motion for Voluntary Dismissal of Appeal [Doc. No. 12] is **GRANTED**. The above-referenced appeal is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Monroe, Louisiana, this 18th day of April, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE