UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **MR. ROW, LLC** | * | **CIVIL ACTION NO. 6:19-CV-00359** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **SBN V FNBC LLC** | * | **MAG. JUDGE PATRICK J. HANNA** |

**J U D G M E N T**

Considering the foregoing,

**IT IS ORDERED, ADJUDGED AND DECREED** that Appellant Mr. Row, L.L.C.'s Motion for Voluntary Dismissal of Appeal [Doc. No. 10] is **GRANTED**. The above-referenced appeal is **DISMISSED WITH PREJUDICE,** each party to bear its own costs.

MONROE, LOUISIANA, this 18th day of April, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**