UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE

| | | |
|---|---|---|
| MR. LADY BRANDI, L.L.C. | § | CASE NO. 6:19-cv-00361-MJJ-CBW |
| Appellant, | § | |
| Versus | § | |
| SBN V FNBC LLC | § | |
| Appellee. | § | |

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

**Considering** *Motion for Voluntary Dismissal of Appeal* (the "Motion") filed by Lady Brandi, L.L.C. with the consent of SBN V FNBC LLC and with good cause shown it is hereby

**ORDERED**, that the Motion is **granted** with each party responsible for their own costs incurred regarding the dismissal of the appeal.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 18th day of April, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE