# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

---

**IN RE:** Mr. Steven, L.L.C.  
Lady Eve, L.L.C.  
Debtor(s)

**Chapter:** 11  
**Case Number:** 18–51277

---

### ORDER AND NOTICE APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, FIXING DATE FOR CONFIRMATION HEARING, AND REQUIRING A TABULATION OF VOTING

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by debtor–in–possession, Mr. Steven, L.L.C., and amended on April 1, 2019, referring to a concurrently filed Plan of Reorganization, and

It having been determined after hearing on notice that the Disclosure Statement contains adequate information;

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Disclosure Statement is approved.

2. Within seven (7) calender days after the entry of this Order, counsel for the Plan's proponent shall: transmit by mail to **all** creditors, equity security holders, the Assistant U.S. Trustee (Shreveport), and other parties in interest (even if the Plan proponent contends they are unimpaired) a copy of this Order, a copy of the approved Disclosure Statement, a copy of the proposed Plan, and a ballot conforming to Official Form B14 for accepting or rejecting the Plan; **and** within three (3) business days after said transmittal, file with the Clerk of this Court an affidavit showing that there has been service of these materials and the names and addresses of those served.

3. **May 14, 2019** is fixed as the last date for filing written acceptances or rejections of the Plan.

4. **May 14, 2019** is also fixed as the last date for filing and serving objections, if any, to the confirmation of the Plan. Objections in writing must be filed and served on counsel for proponent of the Plan at least five (5) business days before the hearing on confirmation.

5. **May 21, 2019 at 10:00AM** is fixed as the date and time for hearing on confirmation of the Plan. That hearing will be held at **214 Jefferson Street, 1st Floor Courtroom, Lafayette, Louisiana.**

6. Not later than two (2) business days prior to the hearing, the Plan proponent's counsel shall file the following documents:

    a. **A Tabulation of Voting** showing all votes cast and the dollar amounts thereof; and for each class in the Plan, the total number and total dollar amounts of voters accepting ant the total number and total dollar amounts of voters rejecting; and, if a class unimpaired, a brief explanation why it is unimpaired.

    b. **A Schedule of Plan Payments** showing, for each class in the Plan, the payments that would be made to that class in the first 12 month period, the second 12 month period, and the third 12 month period following Plan confirmation.

7. The Clerk of the Court shall ensure that the Plan proponent and its attorney receive prior to the Plan confirmation hearing a computation of all fees owed by the Plan proponent under the Bankruptcy Court Fee Schedule established by the Judicial Conference of the United States pursuant to 28 U.S.C. §1930(b). A certificate that all such fees have been paid, signed and dated by a deputy clerk, must accompany any Plan confirmation order presented to the Court for signature and will be required for signature.

8. The Clerk of Court shall notice this order to the attorney for Plan proponent. If the Plan is confirmed, the attorney for the Plan proponent shall submit an order to the Judge for his signature.

**NOTICE IS HEREBY GIVEN THAT** at any Plan confirmation hearing scheduled in this order or subsequently, the Court may, in its discretion, consider dismissal of this case or its conversion to a Chapter 7 liquidation under 11 U.S.C. §1112(b) upon the request of any interested party made before or at the hearing.

**SIGNED this the 16th day of April, 2019.**

    /s/ John W. Kolwe

**UNITED STATES BANKRUPTCY JUDGE**

```
                            United States Bankruptcy Court
                             Western District of Louisiana
In re:                                                      Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                          Chapter 11
Lady Eve, L.L.C.
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0536-4           User: mdoucet              Page 1 of 1            Date Rcvd: Apr 16, 2019
                               Form ID: Loapdsc           Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db            +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db            +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
aty            Richard Montague,    Phelps Dunbar, LLP,    P. O. Box 16114,    Jackson, MS  39236-6114
intp          +Guice Offshore, LLC,    R. Scott Wells, Esq.,    Rushing & Guice, P.L.L.C.,    P.O. Box 1925,
                Biloxi, MS 39533-1925
cr            +SBN V FNBC LLC,    c/o David F. Waguespack,    1100 Poydras Street,    Suite 3100,
                New Orleans, LA 70163-1102
intp           SpaceX,    c/o Amanda W. Messa,    Phelps Dunbar LLP,    P.O. Box 4412,
                Baton Rouge, LA  70821-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr             DIP
intp           Seatran Marine, LLC
intp           Steve Miguez
                                                                                        TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
              Benjamin W. Kadden    on behalf of Defendant Steve  Miguez bkadden@lawla.com, mnguyen@lawla.com
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
               kfritscher@hellerdraper.com;lcollins@hellerdraper.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
              Greta M. Brouphy    on behalf of Debtor    Lady Brandi L.L.C. gbrouphy@hellerdraper.com
              James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
               mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
              Meredith S. Grabill    on behalf of Defendant Steve  Miguez mgrabill@lawla.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
              Stewart F. Peck    on behalf of Defendant Steve  Miguez speck@lawla.com,
               erosenberg@lawla.com;ymaranto@lawla.com
              William  Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
               egnormand@ohllc.com
                                                                                               TOTAL: 13
```