**SO ORDERED.**

**SIGNED April 17, 2019.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| DEBTOR | * | |

\* \* \* \* \* \* \*

**ORDER GRANTING AMENDED MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AND COMPROMISE CONCERNING PAYMENTS DUE INCIDENT TO THE CHARTER OF THE MR. STEVEN PURSUANT TO BANKRUPTCY RULE 9019**

Considering the *Amended Motion for Entry of an Order Approving Settlement and Compromise Concerning Payments Due Incident to the Charter of the Mr. Steven Pursuant to Bankruptcy Rule 9019* (the "Motion") [R. Doc. 185] filed by Mr. Steven, L.L.C. ("Debtor") and SeaTran Marine LLC ("SEA"), with the consent of SBN V FNBC LLC ("SBN") and considering the statements by counsel at the hearing conducted on April 16, 2019, it is hereby,

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

1

{00367733-1}

**ORDERED**, that the Motion is Granted.

**IT IS FURTHER ORDERED** that Guice Offshore, LLC is directed to wire to SBN V FNBC LLC the funds presently held by counsel for Guice Offshore, LLC in the amount of $1,309,909.00 prior to April 20, 2019 via:

SBN V FNBC LLC
BOK Financial
Denver, CO
ABA 102000607
Account No. 4439430
Account Name Summit Investment Management LLC fbo SummitBridge National Investments V LLC
Ref: Iberia / Miguez

**IT IS FURTHER ORDERED** that on or before June 30, 2019 Guice Offshore, LLC is directed to wire via the instructions included herein to SBN V FNBC LLC all amounts owed by Guice Offshore, LLC for the use and/or charter of the M/V Mr. Steven through the date of the sale of the M/V Mr. Steven.

### End of Order ###

This Order was prepared and submitted by:

Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
HELLER, DRAPER, PATRICK, HORN
  & MANTHEY, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com
*Counsel for Debtor*

2

{00367733-1}

18-51277 - #211  File 04/19/19  Enter 04/20/19 00:05:35  Imaged Certificate of Notice Pg 2 of 3

```
                              United States Bankruptcy Court
                              Western District of Louisiana
In re:                                                        Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                            Chapter 11
Lady Eve, L.L.C.
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0536-4         User: cfontenot         Page 1 of 1         Date Rcvd: Apr 17, 2019
                             Form ID: pdf8           Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db           +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db           +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db           +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db           +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db           +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db           +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db           +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db           +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
aty           Richard Montague,    Phelps Dunbar, LLP,    P. O. Box 16114,    Jackson, MS 39236-6114
intp         +Guice Offshore, LLC,    R. Scott Wells, Esq.,    Rushing & Guice, P.L.L.C.,    P.O. Box 1925,
               Biloxi, MS 39533-1925
cr           +SBN V FNBC LLC,    c/o David F. Waguespack,    1100 Poydras Street,    Suite 3100,
               New Orleans, LA 70163-1102
intp          SpaceX,   c/o Amanda W. Messa,    Phelps Dunbar LLP,    P.O. Box 4412,
               Baton Rouge, LA 70821-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr            DIP
intp          Seatran Marine, LLC
intp          Steve Miguez
                                                                                             TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
          Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
          Benjamin W. Kadden    on behalf of Defendant Steve  Miguez bkadden@lawla.com, mnguyen@lawla.com
          David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
           plaisance@carverdarden.com
          Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
           kfritscher@hellerdraper.com;lcollins@hellerdraper.com
          Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
          Greta M. Brouphy    on behalf of Debtor    Lady Brandi L.L.C. gbrouphy@hellerdraper.com
          James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
           mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
          Meredith S. Grabill    on behalf of Defendant Steve  Miguez mgrabill@lawla.com
          Office of  U. S. Trustee   USTPRegion05.SH.ECF@usdoj.gov
          Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
           clary@carverdarden.com
          Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
          Stewart F. Peck    on behalf of Defendant Steve  Miguez speck@lawla.com,
           erosenberg@lawla.com;ymaranto@lawla.com
          William Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
           egnormand@ohllc.com
                                                                                              TOTAL: 13
```