UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**NOTIFICATION OF NON-VOTING STATUS FOR THE DEBTORS' JOINT
CHAPTER 11 PLAN OF REORGANIZATION**

  **PLEASE TAKE NOTICE** that, on April 1, 2019, Mr. Steven, L.L.C. and the other entities identified in footnote 1 below (collectively, the "Debtors") filed that certain *Joint Chapter 11 Amended Plan of Reorganization of the Debtors* [Dkt. No. 190] (as it may be amended, the "Plan") and that certain *Joint Amended Disclosure Statement to Accompany the Joint Chapter 11 Amended Plan of Reorganization of the Debtors* [Dkt. No. 212] (as it may be amended, the "Disclosure Statement").

  **PLEASE TAKE FURTHER NOTICE** that, on April 16, 2019, after notice and a hearing, pursuant to Section 1125 of the Bankruptcy Code, the Bankruptcy Court entered an *Order and Notice Approvi9ng Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Date for Confirmation Hearing, and Requiring a Tabulation of Voting* [Dkt. No. 204] the "Confirmation Procedures Order") (a) approving the Disclosure Statement as providing adequate information for the holders of Claims and Interests to make a decision as to whether to accept or reject the Plan, (b) approving (among other things) the manner of mailing and service of the Confirmation Procedures Order.

  **PLEASE TAKE FURTHER NOTICE** that under the Plan, Class 1 (Administrative Expense Claims), Class 2 (Priority Claims), and Class 4a-h (General unsecured Claims) are unimpaired and not entitled to vote to accept or reject this Plan.

  Parties wishing to receive a copy of the Plan and/or Disclosure Statement, please contact Kelly V. Fritscher, Senior Paralegal, kfritscher@hellerdraper.com.

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367786-1}

Dated:  April 23, 2019

        */s/ Douglas S. Draper*
        Douglas S. Draper, La Bar No. 5073
        Leslie A. Collins, La Bar No. 14891
        Greta M. Brouphy, La Bar No. 26216
        **HELLER, DRAPER, PATRICK, HORN**
         **& MANTHEY, LLC**
        650 Poydras Street, Suite 2500
        New Orleans, Louisiana  70130-6103
        Telephone: (504) 299-3300 / Fax: (504) 299-3399
        E-mail:  ddraper@hellerdraper.com
        E-mail:  lcollins@hellerdraper.com
        E-mail:  gbrouphy@hellerdraper.com

        *Counsel for the Debtors*