UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**CERTIFICATE OF SERVICE**

I, Douglas S. Draper, counsel for Mr. Steven, L.L.C., et al, hereby certify that on **April 23, 2019**, I caused the *Order and Notice Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Date for Confirmation Hearing, and Requiring a Tabulation of Voting* [Dkt. No. 204], *Joint Chapter 11 Amended Plan of Reorganization of the Debtors* [Dkt. No. 190], *Joint Amended Disclosure Statement to Accompany the Joint Chapter 11 Amended Plan of Reorganization of the Debtors* [Dkt. No. 212], along with the *Class 3 Ballot for Accepting or Rejecting Plan of Reorganization* (attached) to be served by Choice Professional Copy Service via U.S. First Class Mail, postage prepaid upon SBN V FNBC LLC, c/o David F. Waguespack, 1100 Poydras St., Ste. 3100, New Orleans, LA 70163-1102;

I also caused the *Order and Notice Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Date for Confirmation Hearing, and Requiring a Tabulation of Voting* [Dkt. No. 204], *Joint Chapter 11 Amended Plan of Reorganization of the Debtors* [Dkt. No. 190], *Joint Amended Disclosure Statement to Accompany the Joint Chapter 11 Amended Plan of Reorganization of the Debtors* [Dkt. No. 212], along with the *Class 5 Ballot*

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367810-1}

*for Accepting or Rejecting Plan of Reorganization* (attached) to be served by Choice Professional Copy Service via U.S. First Class Mail, postage prepaid upon Iberia Crewboat & Marine Services, L.L.C., c/o Stewart F. Peck, Lugenbuhl, Wheaton, Peck, et al, 601 Poydras St., #2775, New Orleans, LA 70130-6041; and

Finally, I caused the *Order and Notice Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Date for Confirmation Hearing, and Requiring a Tabulation of Voting* [Dkt. No. 204] along with the *Notification of Non-Voting Status for the Debtors' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 213] to be served by Choice Professional Copy Service via U.S. First Class Mail, postage prepaid upon the parties listed on the attached mailing matrix.

New Orleans, Louisiana, this 24th day of April 2019.

*/s/ Douglas S. Draper*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300 / Fax: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Counsel for the Debtors*