Official Form B 314 (12/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.,[1] | (JOINTLY ADMINISTERED) |
| | CHAPTER 11 |
| DEBTORS | JUDGE JOHN W. KOLWE |

## Class 5 Ballot for Accepting or Rejecting Plan of Reorganization

Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC (collectively, the "Debtors") filed a plan of reorganization dated April 1, 2019 [Dkt. No. 190] (the Plan) for the Debtors in this case. The Court has approved a disclosure statement [Dkt. No. 212] with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly V. Fritscher, Heller, Draper, Patrick, Horn & Manthey, L.L.C., 650 Poydras St., Ste. 2500, New Orleans, Louisiana 70130, telephone (504) 299-3300; facsimilie (504) 299-3399 or kfritscher@hellerdraper.com.

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 5 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly V. Fritscher, Heller, Draper, Patrick, Horn & Manthey, L.L.C., 650 Poydras St., Ste. 2500, New Orleans, Louisiana 70130, telephone (504) 299-3300; facsimilie (504) 299-3399 or kfritscher@hellerdraper.com on or before May 14, 2019 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

Official Form B 314 (12/15)

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of Class 5 equity interest in the Debtor, consisting of _____ shares or other interests of Iberia Crewboat & Marine Services, LLC in the Debtor.

*Check one box only*

  **Accepts the plan**

  **Rejects the plan**

Dated: _____

Print or type name: _____

Signature: _____

Name of Corporation or partnership: _____

Title (if corporation or partnership) _____

Address:  _____

    _____

    _____

Return this ballot to:

Kelly V. Fritscher, Senior Paralegal
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300//Fax: 504-299-3399
kfritscher@hellerdraper.com