UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

## CERTIFICATE OF SERVICE

I, Douglas S. Draper, counsel for Mr. Steven, L.L.C., et al, hereby certify that on April 24, 2019, I caused the *Order and Notice Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Date for Confirmation Hearing, and Requiring a Tabulation of Voting* [Dkt. No. 204], *Joint Chapter 11 Amended Plan of Reorganization of the Debtors* [Dkt. No. 190], and *Joint Amended Disclosure Statement to Accompany the Joint Chapter 11 Amended Plan of Reorganization of the Debtors* [Dkt. No. 212] to be served by Choice Professional Copy Service via U.S. First Class Mail, postage prepaid upon the parties listed on the attached mailing matrix.

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367816-1}

New Orleans, Louisiana, this 24th day of April 2019.

        */s/ Douglas S. Draper*
        Douglas S. Draper, La Bar No. 5073
        Leslie A. Collins, La Bar No. 14891
        Greta M. Brouphy, La Bar No. 26216
        **HELLER, DRAPER, PATRICK, HORN**
        **& MANTHEY, LLC**
        650 Poydras Street, Suite 2500
        New Orleans, Louisiana 70130-6103
        Telephone: (504) 299-3300 / Fax: (504) 299-3399
        E-mail: ddraper@hellerdraper.com
        E-mail: lcollins@hellerdraper.com
        E-mail: gbrouphy@hellerdraper.com

        *Counsel for the Debtors*

Label Matrix for local noticing
0536-4
Case 18-51277
Western District of Louisiana
Lafayette
Wed Apr 24 13:03:36 CDT 2019

ALLEN'S HANDYMAN SERVICE
5309 CLAUDE VIATOR RD
NEW IBERIA, LA 70560-8775

Acadiana Diesel Fuel Injection Service
c/o its registered agent
Doug J. Louviere
2615 Jefferson Island Rd
New Iberia, LA 70560-9456

Adams & Reese
701 Poydras St Ste 4500
New Orleans LA 70139-4596

Amanda W. Messa
Phelps Dunbar LLP
P.O. Box 4412
Baton Rouge, LA 70821-4412

BAYOU STATE MARINE & INDUSTRIAL SUPPLY,
PO BOX 343
12538 NORTH RD
ERATH, LA 70533-5237

Bayou Electric & Specialty, Inc.
c/o its registered agent
Stephen S. Drouant
1601 Hopkins Street
New Iberia, LA 70560-5825

Benjamin W Kadden
601 Poydras Street, Suite 2775
New Orleans, LA 70130-6041

Bluetide Communications, Inc.
117 Nolan Road
Broussard, LA 70518-3212

Bluetide Communications, Inc.
c/o its registered agent
Kevin M. Delcambre
200 Cummings Road
Broussard, LA 70518-3228

Bow 2 Stern Services, Inc.
c/o its registered agent
Shane Thibodeaux
299 Renee Denise Ct.
Theriot, LA 70397-9799

Greta M. Brouphy
██████████████████████████
██████████████
██████████████████

COASTAL TIMBERS
1310 JANE ST
NEW IBERIA, LA 70563-1540

Capital Electric & Supply LLC
c/o its registered agent
Jon Derouen
13705 Lynnedale Loop
Abbeville, LA 70510-8515

Cummins Midsouth
PO Box 842316
Dallas, TX 75284-2316

DIAMOND 'B' INDUSTRIES
PO BOX 10310
NEW IBERIA, LA 70562-0310

Deep South Mechanical Services LLC
c/o its registered agent
Gerard J. Bourgeois
PO Box 1688
Morgan City, LA 70381-1688

Donovan Marine Services, LLC
PO Box 989
Amelia, LA 70340-0989

Douglas S. Draper
████████████████████████████
████████████████
██████████████

FORCE POWER SYSTEMS
3799 WEST AIRLINE HIGHWAY
PO BOX 536
RESERVE, LA 70084-0536

Force Power Systems
1983 B. Grand Caillou Rd.
Houma, LA 70363-7003

Guice Offshore, LLC
R. Scott Wells, Esq.
Rushing & Guice, P.L.L.C.
P.O. Box 1925
Biloxi, MS 39533-1925

Guice Offshore, LLC
William Kaufman
PO Drawer 52606
Lafayette LA 70505-2606

Harris & Rufty, L.L.C.
c/o its registered agent
Alfred J. Rufty, III
1831 Octavia St.
New Orleans, LA 70115-5659

Harris & Rufty, LLC
650 Poydras Street, Suite 2710
New Orleans, LA 70130-6160

Iberia Crewboat & Marine
Services, L.L.C.
C/o Mr. Steve Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Iberia Marine Service, LLC
107 Hwy 90 West
New Iberia, LA 70560-9485

Iberia Marine Service, LLC
c/o Steven J. Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JEFF UPHOLSTERY, INC.
4506 EAST HIGHWAY 90
NEW IBERIA, LA 70560-9016

| | | |
|---|---|---|
| Benjamin W. Kadden<br>Lugenbuhl et al<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | William Kaufman<br>Ottinger Hebert, LLC<br>1313 West Pinhook Road<br>POD 52606<br>Lafayette, LA 70503-2905 | Kolder Slaven and Company INC<br>POB 9729<br>New Iberia, LA 70562-9729 |
| Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 | Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Lady Glenda LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Louisiana Department of Revenue<br>Collection Division Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 | MARINE SYSTEMS, INC.<br>PO BOX 301284<br>DALLAS, TX 75303-1284 |
| Madere & Sons Marine Rental, L.L.C.<br>c/o Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 | Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 | Gail Bowen McCulloch<br>300 Fannin, Suite 3196<br>Shreveport, LA 71101-3122 |
| Meredith S. Grabill<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 | Amanda W. Messa<br>Phelps Dunbar LLP<br>400 Convention Street, Suite 1100<br>Baton Rouge, LA 70802-5615 | Richard Montague<br>Phelps Dunbar, LLP<br>P. O. Box 16114<br>Jackson, MS 39236-6114 |
| Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 |
| Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | Stewart F. Peck<br>██████████████████<br>██████████<br>████████████ | Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 |
| R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 | SAMMY'S AIR<br>PO BOX 9277<br>NEW IBERIA, LA 70562-9277 | SBN V FNBC LLC<br>c/o David F. Waguespack<br>██████████<br>████████<br>████████████████ |

| | | |
|---|---|---|
| SBN V FNBC LLC<br>c/o Peter J. Segrist<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 | SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 |
| SNB V FNBC, LLC<br>c/o Thomas E. Shuck<br>Parker, Milliken, Clark etc<br>555 S. Flower St., 30th FL<br>Los Angeles, CA 90071-2440 | SeaTran Marine, LLC<br>c/o Benjamin W. Kadden<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | SeaTran Marine, LLC<br>c/o Meredith S. Grabill<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 |
| SeaTran Marine, LLC<br>c/o Stewart F. Peck<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | Peter James Segrist<br>Carver Darden et al<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 | Sewart Supply, Inc<br>7201 LA-182<br>Morgan City, LA 70380 |
| Sheriff, Iberia Parish<br>300 Iberia St.<br>Suite 120<br>New Iberia LA 70560-4543 | Shipyard Service, L.L.C.<br>c/o its registered agent<br>John Sercovich<br>10856 Belle Chasse Hwy.<br>Belle Chasse, LA 70037 | SpaceX<br>c/o Amanda W. Messa<br>Phelps Dunbar LLP<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 |
| State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Stewart F. Peck<br>[redacted] |
| Superior Electrical Service, LLC<br>c/o Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 | Thomas E. Shuck<br>Parker, Milliken, Clark, O'Hara<br>& Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 |
| UNITED POWER SYSTEMS<br>2975 HIGHWAY 182<br>RACELAND, LA 70394-3770 | David F. Waguespack<br>[redacted] | Randall Scott Wells<br>P.O. Box 1925<br>Biloxi, MS 39533-1925 |

