# Exhibit 6

## Liquidation Analysis

See attached.

## LIQUIDATION ANALYSIS

This liquidation analysis is supported by an evaluation of the Debtors vessels as of February 1, 2019 by an independent marine surveying firm, Precision Marine Surveying, headed by Lee Felterman. Mr Felterman has extensive experience in the industry, including selling many crewboats over many years. His expect opinion is if the eight vessels owned by the Debtors were to be sold in their current conditions as "bank repossessions" in a 30 day period for cash with proper advertising, they would generate a total gross sale value, the liquidated value, of $10,050,000.00. The net proceeds from the sales would be reduced by the costs of storing, insuring, advertising, and any broker fees.

In comparison, these same eight vessels had a Fair Market Value of $52,875,000.00 in 2015, based on a survey by Rivers & Gulf Surveyors (an approved surveyor by the First NBC). These were values were based on the vessels being all properly certified by the U S Coast Guard (and ABS as required) and in operations and on charter by a going marine operator.

Even if the market conditions don't improve to the levels in 2014 and 2015, the combined value of the Debtors eight vessels should easily return to a level much greater than the balance of the SBN debt.

It is the Debtors opinion that it would make no business sense for the Debtors interest nor the interest of SBN to liquidate the vessels in their current condition and operating status. The Debtors believe Mr. Felterman, in his expect opinion, would support the Debtors opinion.

A copy of the Precision Marine Surveying report is attached to this Liquidation Analysis.

# PRECISION MARINE SURVEYING

## 115 Landry Street, Patterson, LA 70392
### Office Phone: 985 397 2848   Fax: 985 395 3525
### Email: marc@precisionmarinesurveying.com
### www.precisionmarinesurveying.com

February 1, 2018

Sea Tran Marine, LLC
107 Highway 90 West
New Iberia, LA 70560
Attn: Mr. Charles E. Tizzard

RE: Evaluation – Ascertain
Desktop Valuation Survey
As of February 1, 2019
SURVEY REPORT #2019-16

## "M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi", "Mr. Mason", "Mr. Ridge". "Mr. Blake", & "Lady Glenda"

Precision Marine Surveyors, LLC has been requested by Mr. Charles E. Tizzard, of Sea Tran Marine, LLC, to perform a desktop valuation survey on the subject vessels.

THIS IS TO CERTIFY that the under named surveyor/appraiser evaluated documents/photos/certificates on the following vessels, at the request of Mr. Charles E. Tizzard, for the purpose of determining the **current (30) day Orderly Liquidation Values** as of February 1, 2019.

NOTES:
All sizes, measurements, distances, et cetera, mentioned herein are approximate, unless otherwise specified. All measurements are listed as "registered deminsions" on the USCG certificate of documentation for each vessel.

This appraisal report conforms to the Uniform Standards of Professional Appraisal Practice (USPAP) published by the Appraisal Standards Board. The contents of this report are fully supported by information contained in the appraisers work file.

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 2 of 15

## VESSEL PARTICULARS:

### M/V "MR. STEVEN"



The subject vessel is an all welded aluminum, quad diesel engine powered, jet drive, ABS Classed and Load Line Certified, DP2, offshore fast supply/crew vessel with the following particulars:

**Current Certificates & Working Vessel**
Official #: 1249191
Length: 184'
Breadth: 34'
Depth: 12.9'
Gross/Net Tons: 96/66
**Built: 2015, Gulf Craft**
Engines: Four (4) "Caterpillar" model 3516C, 16-cylinder, tier III diesel engines
Horsepower: 2,570HP each, 10,300BHP total
Reduction Gears: Four (4) "Twin Disc" model MGX 61500 SC, 2.56:1 ratio
Jet Drives: Four (4) "Hamilton" model HT810 waterjets
Bow Thrusters: Three (3) "Thrustmaster" model TT 200AL, 200 HP electric tunnel thrusters
Generators: Three (3) "Caterpillar" model C9, tier III diesel driven 250kW generators
Ships Fuel: 22,200-gallons
Cargo Fuel: 40,500-gallons
Potable Water: 3,200-gallons
Ballast/Drill Water: 40,200-gallons
Passenger Cap: 72 persons
Deck Cargo Cap: 400 tons
ABS Class: A1, HSC Crew Boat, AMS, DP2, Fire Fighting Capabilities, Load Line Certified.

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 3 of 15

## M/V "LADY EVE"



The subject vessel is an all welded aluminum, quad diesel engine powered, quad screw, DP1, offshore fast supply/crew vessel with the following particulars:

**Current Certificates & Working Vessel**
Official #: 1197834
Length: 143.3'
Breadth: 30'
Depth: 12.5'
Gross/Net Tons: 95/64
**Built: 2007**, Neuville
Engines: Four (4) "Cummins" model KTA38, 12-cylinder, diesel engines
Horsepower: 1,350HP each, 5,400BHP total
Reduction Gears: Four (4) "Twin Disc" model MGX6690, 2.47:1 ratio
Propellers: Four (4) 45" diameter x 46" pitch, four blade
Bow Thrusters: One (1) "Thrustmaster" 75 HP electric tunnel thruster
Generators: Two (2) "Cummins" model 6BT5.9-D, diesel driven 99kW generators
Ships Fuel: 22,986-gallons
Potable Water: 1,232-gallons
Ballast/Drill Water: 37,674-gallons
Passenger Cap: 68 persons
Deck Cargo Cap: 290 long tons

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 4 of 15

### M/V "MR. ROW"



The subject vessel is an all welded aluminum, quad diesel engine powered, quad screw, offshore fast supply/crew vessel with the following particulars:

**Expired Certificates & Stacked Vessel**
Official #: 1107942
Length: 139'
Breadth: 30'
Depth: 12'
Gross/Net Tons: 98/66
**Built: 2001.** Breaux Bay Craft
Engines: Four (4) "Caterpillar" model 3512, 12-cylinder, diesel engines
Horsepower: 1,400HP each, 5,600BHP total
Reduction Gears: Four (4) "Twin Disc" model MGX6650, 2.5:1 ratio
Propellers: Four (4) 47" diameter x 49" pitch, four blade
Bow Thrusters: One (1) "Thrust Master" 150 HP electric tunnel thruster
Generators: Two (2) "Caterpillar" model 3306, diesel driven 50kW generators
Ships Fuel: 15,514-gallons
Potable Water: 800-gallons
Ballast/Drill Water: 31,139-gallons
Passenger Cap: 72 persons
Deck Cargo Cap: 225 long tons

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 5 of 15

### M/V "LADY BRANDI"



The subject vessel is an all welded aluminum, quad diesel engine powered, quad screw, offshore fast supply/crew vessel with the following particulars:

**Expired Certificates & Stacked Vessel**
Official #: 1092471
Length: 139'
Breadth: 30'
Depth: 12'
Gross/Net Tons: 98/66
**Built: 2000**, Breaux Bay Craft
Engines: Four (4) "Caterpillar" model 3512, 12-cylinder, diesel engines
Horsepower: 1,400HP each, 5,600BHP total
Reduction Gears: Four (4) "Twin Disc" model MGX6650, 2.5:1 ratio
Propellers: Four (4) 47" diameter x 49" pitch, four blade
Bow Thrusters: One (1) "Thrust Master" 150 HP electric tunnel thruster
Generators: Two (2) "Caterpillar" model 3306, diesel driven 50kW generators
Ships Fuel: 15,514-gallons
Potable Water: 800-gallons
Ballast/Drill Water: 31,139-gallons
Passenger Cap: 72 persons
Deck Cargo Cap: 225 long tons

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 6 of 15

## M/V "MR. MASON"



The subject vessel is an all welded aluminum, quad diesel engine powered, quad screw, offshore fast supply/crew vessel with the following particulars:

**Expired Certificates & Stacked Vessel**
Official #: 1057140
Length: 137.6' with 10' fantail
Breadth: 30'
Depth: 12'
Gross/Net Tons: 98/68
**Built: 1997**, Breaux Bay Craft
Engines: Four (4) "Caterpillar" model 3512, 12-cylinder, diesel engines
Horsepower: 1,400HP each, 5,600BHP total
Reduction Gears: Four (4) "Reintjes" model WAF 541, 2.5:1 ratio
Propellers: Four (4) 48" diameter x 49" pitch, four blade
Bow Thrusters: None
Generators: Two (2) "Detroit Diesel" model 4-71, diesel driven 50kW generators
Ships Fuel: 15,514-gallons
Potable Water: 800-gallons
Ballast/Drill Water: 31,139-gallons
Passenger Cap: 72 persons
Deck Cargo Cap: 225 long tons

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 7 of 15

## M/V "MR. RIDGE"



The subject vessel is an all welded aluminum, five diesel engine powered, five screw, offshore fast supply/crew vessel with the following particulars:

**Current Certificates & Working Vessel**
Official #: 1050072
Length: 137.6'
Breadth: 28'
Depth: 11.5'
Gross/Net Tons: 96/65
**Built: 1997,** Neuville
Engines: Five (5) "Cummins" model KTA19, 6-cylinder, diesel engines
Horsepower: 700HP each, 3,500BHP total
Reduction Gears: Five (5) "Twin Disc" model MG 5202, 2.5:1 ratio
Propellers: Five (5) 39" diameter x 36" pitch, four blade
Bow Thrusters: None
Generators: Two (2) "Detroit Diesel" model 4-71, diesel driven 50kW generators
Ships Fuel: 16,500-gallons
Potable Water: 800-gallons
Ballast/Drill Water: 33,000-gallons
Passenger Cap: 60 persons
Deck Cargo Cap: 185 long tons

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 8 of 15

## M/V "MR. BLAKE"



The subject vessel is an all welded aluminum, five diesel engine powered, five screw, offshore fast supply/crew vessel with the following particulars:

**Current Certificates & Working Vessel**
Official #: 1043540
Length: 137.6'
Breadth: 28'
Depth: 11.5'
Gross/Net Tons: 95/64
**Built: 1997, Neuville**
Engines: Five (5) "Cummins" model KTA19, 6-cylinder, diesel engines
Horsepower: 700HP each, 3,500BHP total
Reduction Gears: Five (5) "Twin Disc" model MG 5202, 2.5:1 ratio
Propellers: Five (5) 39" diameter x 36" pitch, four blade
Bow Thrusters: None
Generators: Two (2) "Detroit Diesel" model 4-71, diesel driven 50kW generators
Ships Fuel: 16,500-gallons
Potable Water: 800-gallons
Ballast/Drill Water: 33,000-gallons
Passenger Cap: 60 persons
Deck Cargo Cap: 185 long tons

Precision Marine Surveying. LLC  
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",  
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"  
Survey No. 2019-16

Page 9 of 15

## M/V "LADY GLENDA"



The subject vessel is an all welded aluminum, five diesel engine powered, five screw, offshore fast supply/crew vessel with the following particulars:

**Current Certificates & Stacked Vessel**
Official #: 1067915
Length: 137.6'
Breadth: 28'
Depth: 11.5'
Gross/Net Tons: 96/65
**Built: 1999,** Neuville
Engines: Five (5) "Cummins" model KTA19, 6-cylinder, diesel engines
Horsepower: 700HP each, 3,500BHP total
Reduction Gears: Five (5) "Twin Disc" model MG 5202, 2.5:1 ratio
Propellers: Five (5) 39" diameter x 36" pitch, four blade
Bow Thrusters: None
Generators: Two (2) "Detroit Diesel" model 4-71, diesel driven 50kW generators
Ships Fuel: 16,500-gallons
Potable Water: 800-gallons
Ballast/Drill Water: 33,000-gallons
Passenger Cap: 60 persons
Deck Cargo Cap: 185 long tons

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 10 of 15

## INTENDED USE OF APPRAISAL REPORT:

This appraisal report was prepared for the sole use of Sea Tran Marine, LLC, for financial purposes only. It was conducted in order to determine the estimated current Thirty (30) day Orderly Liquidation Value on an "as is – where is" basis of 100% ownership interest in the subject vessel. Use of this appraisal report is limited to Sea Tran Marine, LLC, unless prior written approval is obtained from the author.

## SCOPE OF WORK:

The undersigned did not visit the subject vessel for the purposes of this appraisal.

A review and analysis of information obtained by Precision Marine Surveying, LLC, regarding the current Crewboat vessel market, comparable sales, replacement costs, current shipyard contracts and other information was performed to develop our opinions and conclusions. The analysis included the intended use of the vessel as well as possible alternate uses and research into the current worldwide oil and gas market. The following resources were utilized to obtain relevant market information:

- Lee Felterman & Associates, LLC – Marine Boat Brokers
- Marcon International, Inc. Market Reports
- Rig Zone Market Reports
- Workboat Magazine
- Marine Link
- Maritime Executive
- Penn Energy Petroleum
- Various International Ship Brokers websites
- U.S. Energy Information Administration

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:

1. This is a limited summary desktop appraisal report which was done for financial purposes. Some supporting documentation concerning the data developed, and the value calculations, is retained in the appraisal file.

2. The values are statements of opinion. No guarantee can be given that these opinions of value will be sustained or that they will be realized in an actual transaction.

3. The values given in this appraisal are for the stated valuation date only, and only for the stated purpose. They are gross values and do not consider brokerage fees, marketing costs, shifting or relocation costs, security, etc.

4. The vessels were appraised under the assumption that there was responsible ownership and management, competent crewing, and ongoing maintenance.

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 11 of 15

5. The vessels were appraised on the premise that they are free and clear of all encumbrances, mortgage debt, and special liens.

6. Value is considered to be in cash. Contracts or charters, if any, are not considered in reaching the value.

7. We are unaware of any significant potential environmental hazards associated with this equipment other than normal on board fuel and lubes.

8. The values noted above are based on the unit's existing and assumed condition and location.

9. It is assumed that the vessels are, or will be, in full compliance with all applicable international, federal, state or local regulations unless otherwise stated in the report.

10. All of the facts, conclusions, and observations contained herein are consistent with information available as of the date of valuation. The value of a vessel is affected by many related and unrelated economic conditions; local, national, and international. We assume no liability for unforeseen changes in the future economy or for the inability of the owner to find a purchaser at the value estimates reported herein.

11. Information furnished by others is presumed to be reliable and, where so specified in the appraisal report, has been verified, but no responsibility, whether legal or otherwise, is assumed for its accuracy. No single item of information was completely relied upon to the exclusion of other information.

12. No responsibility is assumed for latent defects of any nature that could have an affect on the equipment's value. No determination of stability characteristics or inherent structural integrity has been made, and no opinion is expressed with respect thereto.

13. This report was prepared for the client of record, as noted, in order to provide an opinion of value under an assumed set of circumstances as requested and mutually agreed upon by that client. Any legal defense, court or deposition preparation related to it will be considered a new and separate assignment.

14. The appraisal report, the final estimate of value, and the analysis included herein are intended solely for the client's information, or any assignees of the client, and should not be relied upon for any other purpose. Neither the appraisal report, nor its contents, nor any reference to Precision Marine Surveyors, LLC may be included or quoted in any offering circular or registration statement, prospectus, sales brochure, appraisal, loan, or other agreement or document without our prior written permission. Any confidential information received in preparation of this report will be kept confidential.

15. All estimates and opinions stated herein are based on limited data received from the client and/or the vessels user and data possibly retained in Precision Marine Surveyors, LLC archives. Assumptions regarding the nature and condition of the subject

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 12 of 15

vessels may have been used. If any of this data and/or assumptions is incorrect, Precision Marine Surveying, LLC reserves the right to amend and/or alter the opinions and estimates stated herein.

## PROCEDURES, ANALYSIS, AND VALUATION DISCUSSION:

In general, marine equipment is built for a dynamic market and can be used worldwide, subject to limitations in mobilization, both physical and economical. In estimating the value of equipment, its age, condition, and outfitting are important factors.

To determine an opinion of value of a vessel or unit of marine equipment, an attempt is made to utilize the approaches below to value as appropriate to the appraisal assignment.

In regards to the ***MARKET APPROACH***, this method is based on historical data for prices paid in actual sales transactions as well as an analysis of the vessels currently available in today's market. Using this information, we can make appropriate adjustments to account for specific characteristics, capabilities, and the location of the subject vessel as well as the time frame of the sale to get an indication of the FMV (Fair Market Value) and/or (30) day Orderly Liquidation Value.

**Below is comparable vessels sold within the past (2) years:**

(USCG registered deminsions)

1.) 184' x 34' DP-2 Crewboat M/V "Capt. Elliot" built in 2014, sold at $8,000,000.00 in year 2017 (USCG Current)

2.) 137' x 29' Crewboat M/V "Gulf Spirit" built in 2003, sold at $400,000.00 In year 2018 (USCG Expired)

3.) 137' x 29' Crewboat M/V "Gulf Faith" built in 2003, sold at $400,000.00 In year 2018 (USCG Expired)

4.) 137' x 29' Crewboat M/V "Gulf Majesty" built in 2005, sold at $400,000.00 In year 2018 (USCG Expired)

5.) 137' x 29' Crewboat M/V "Gulf Victory" built in 2002, sold at $400,000.00 In year 2018 (USCG Expired)

6.) 137' x 29' Crewboat M/V "Gulf Vision" built in 2002, sold at $400,000. In year 2018 (USCG Expired)

7.) 159' x 30' Crewboat M/V "Storm" DP1, built in 2009, sold at $1,000,000. In year 2018 (USCG Expired)

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 13 of 15

**Below is comparable vessels listed for sale at this time:**

1.) 139' x 30' Crewboat (CB 385) M/V Sue Leon" built year 1997, Asking $1,065,000. (USCG expired)

2.) 150.3' x 32' Crewboat M/V "Fast Cajun" built in 1997, Asking $1,100,000. (USCG expired)

Our research has shown that actual sales prices versus list prices of offshore service vessels have been trending downward in recent years.

Precision Marine Surveying, LLC considers this approach to be an appropriate method for the valuation of these vessels. This approach should be given consideration due to the current down trend in the market as a result of the depressed Oil & Gas Industry. In the event the price of oil increases, Market values may also increase. The purpose of this report is to determine today's <u>Thirty (30) day Orderly Liquidation Value.</u>

In regards to the ***INCOME APPROACH***, it is a method for measuring the present value of a marine asset's expected future benefits, usually via a discounted cash flow analysis. It is used only when sufficient historical data, such as income flows and related expenses, are provided to the appraiser. We were not provided with any detailed financial information with regards to costs, rates, on other expenses and accounting data with which to make any meaningful valuation. Although the majority of this class of vessels are out of work and currently in layup status which greatly devalues this class of vessels.

## DEFINITIONS:

The definitions used in Precision Marine Surveying, LLC appraisal reports are based on those adopted by The American Society of Appraisers and are listed below:

**Market Approach** is based on finding sales offerings or confirmed sales of like or similar properties as the subject. This accumulated information is reviewed and analyzed to determine if there are any unusual terms and conditions associated with them, then they are compared to the property being appraised. Adjustments are made to the comparables to reflect the differences between the comparables and the subject.

**Orderly Liquidation Value** is defined by the Appraisal Foundation as an opinion of the gross amount, expressed in terms of money, that typically could be realized from a liquidation sale, given a reasonable period of time to find a purchaser (or purchasers), with the seller being compelled to sell on an as-is, where-is basis, as of a specific date.

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 14 of 15

**Fair market value,** also known as Present Market Value, is defined as the most probable price which a property should bring in a competitive and open market with all conditions requisite to a fair sale, buyer and seller each acting prudently and knowledgeably.

Implicit in this definition is the consummation of a sale of a specific date and the passing of title from seller to buyer under conditions whereby:

Buyer and seller are typically motivated;
Both parties are well informed or well advised, and each acting in what they consider their own best interests; a reasonable time is allowed for exposure in the open market;
Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**Remaining Useful Life** is the estimated period which a property of a certain effective age is expected to be used before it is retired from service.

**Scrap value** is an opinion of amount, expressed in terms of money that could be realized for the property if it were sold for its material content, not for a productive use, as of a specific date.

Precision Marine Surveying, LLC
"M/Vs "Mr. Steven", "Lady Eve", "Mr. Row", "Lady Brandi",
"Mr. Mason", "Mr. Ridge", "Mr. Blake", & "Lady Glenda"
Survey No. 2019-16

Page 15 of 15

**Current Fair Market Value:**

Based on the information available and our research, it is the opinion of the undersigned that the vessels **current (30) day Orderly Liquidation Values as of February 1, 2019** are listed as:

| VESSEL | THIRTY (30) DAY - ORDERLY LIQUIDATION VALUE |
|---|---|
| MR. STEVEN | $5,000,000.00 |
| LADY EVE | $1,750,000.00 |
| MR. ROW | $550,000.00 |
| LADY BRANDI | $550,000.00 |
| MR. MASON | $550,000.00 |
| MR. RIDGE | $550,000.00 |
| MR. BLAKE | $550,000.00 |
| LADY GLENDA | $550,000.00 |

**Values are in United States of America Dollars.**

I trust the foregoing meets your requirements at this juncture and if we can be of further assistance, please contact.

Survey made, signed, and submitted without prejudice to rights and/or interests of whom it may concern.

PRECISION MARINE SURVEYING, LLC

Lee Felterman, Marine Surveyor & Consultant

Marc Felterman, Marine Surveyor
ACMS-CMS, SNAME, USPAP-Compliant

Distribution:
Report & Invoice
    Sea Tran Marine, LLC
    107 Highway 90 West
    New Iberia, LA 70560
    Attn: Mr. Charles E. Tizzard