# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**FEE APPLICATION SUMMARY: FIRST APPLICATION OF
HELLER, DRAPER, PATRICK, HORN, & MANTHEY, LLC**

**FEE APPLICATION SUMMARY**

I. CLIENT – Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession

II. REQUESTING APPLICANT/FIRM – Heller, Draper, Patrick, Horn, & Manthey, LLC

III. TOTAL AMOUNT OF FEES AND EXPENSES REQUESTED -

   a. Fees: $123,688.75
   b. Expenses: $16,653.01
   c. Time period covered: October 3, 2018 through March 31, 2019

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

IV.      BREAKOUT OF CURRENT APPLICATION

| Professional | Capacity | Year Admitted | Rate | Hours | Total Fee |
|---|---|---|---|---|---|
| Douglas S. Draper | Member | LA 1975 | $375.00 | 157.65 | $59,118.75 |
| Douglas S. Draper (travel) | | | $187.50 | 15.80 | $2,962.50 |
| Leslie A. Collins | Partner | LA 1984 | $350.00 | 42.55 | $14,892.50 |
| Greta M. Brouphy | Associate | LA 1999 | $325.00 | 74.20 | $24,115.00 |
| Michael E. Landis | Associate | LA 2015 | $250.00 | 9.70 | $2,425.00 |
| Kelly Fritscher | Paralegal | | $100.00 | 120.60 | $12,060.00 |
| Deborah Hepting | Paralegal | | $100.00 | 79.95 | $7,995.00 |
| LeeAnn Wright | Paralegal | | $100.00 | 1.20 | $120.00 |
| **Total** | | | | **501.65** | **$123,688.75** |
| **Blended Rate** | | | **$246.56** | | |

| Expense Category | Amount |
|---|---|
| Reproduction Expense | $1,361.06 |
| Mileage/Parking/Tolls | $531.87 |
| Miscellaneous | $52.98 |
| Car Rental Expense | $302.26 |
| Court Reporter | $1,502.70 |
| Court Costs | $12,617.00 |
| Postage | $3.04 |
| Reproduction/Color Copies | $65.00 |
| Computer Research/Services | $97.10 |
| Office Reproduction | $120.00 |
| **Total** | **$16,653.01** |

{00367909-1}

2

V.	SUMMARY OF BILLING CATEGORIES:

A.	<u>Administration:</u>

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | 6.80 | $2,550.00 |
| Greta M. Brouphy | $325.00 | 6.00 | $1,950.00 |
| Kelly Fritscher | $100.00 | 70.20 | $7,020.00 |
| Deborah Hepting | $100.00 | 36.80 | $3,680.00 |
| LeeAnn Wright | $100.00 | 1.20 | $120.00 |
| **Total** | | **121.00** | **$15,320.00** |
| **Blended Rate** | **$126.61** | | |

B.	<u>DIP Financing, Cash Collateral, and First Day Filings</u>:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | 27.60 | $10,350.00 |
| Leslie A. Collins | $350.00 | 5.40 | $1,890.00 |
| Greta M. Brouphy | $325.00 | 7.00 | $2,275.00 |
| Kelly Fritscher | $100.00 | 21.70 | $2,170.00 |
| Deborah Hepting | $100.00 | 6.05 | $605.00 |
| **Total** | | **67.75** | **$17,290.00** |
| **Blended Rate** | **$255.50** | | |

C.	Schedules and Statements of Financial Affairs:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Kelly Fritscher | $100.00 | 27.80 | $2,780.00 |
| **Total** | | **27.80** | **$2,780.00** |
| **Blended Rate** | **$100.00** | | |

D. <u>Plan and Disclosure Statement:</u>

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | 26.20 | $9,825.00 |
| Leslie A. Collins | $350.00 | 16.95 | $5,932.50 |
| Greta M. Brouphy | $325.00 | 3.20 | $1,040.00 |
| Michael E. Landis | $250.00 | .80 | $200.00 |
| Deborah Hepting | $100.00 | 7.00 | $700.00 |
| **Total** | | **54.15** | **$17,697.50** |
| **Blended Rate** | **$326.82** | | |

E. <u>Client Communication:</u>

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | 19.35 | $7,256.25 |
| Leslie A. Collins | $350.00 | .70 | $245.00 |
| **Total** | | **20.05** | **$7,501.25** |
| **Blended Rate** | **$374.13** | | |

F. <u>Litigation:</u>

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | 58.80 | $22,050.00 |
| Leslie A. Collins | $350.00 | 16.70 | $5,845.00 |
| Greta M. Brouphy | $325.00 | 47.80 | $15,535.00 |
| Michael E. Landis | $250.00 | 1.80 | $450.00 |
| Deborah Hepting | $100.00 | 25.75 | $2,575.00 |
| **Total** | | **150.85** | **$46,455.00** |
| **Blended Rate** | **$307.95** | | |

G. Other:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | 17.90 | $6,712.50 |
| Leslie A. Collins | $350.00 | 1.60 | $560.00 |
| Greta M. Brouphy | $325.00 | 2.80 | $910.00 |
| Deborah Hepting | $100.00 | 4.35 | $435.00 |
| **Total** | | **26.65** | **$8,617.50** |
| **Blended Rate** | **$323.36** | | |

H. Retention and Payment of Professionals:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | .70 | $262.50 |
| Leslie A. Collins | $350.00 | 6.80 | $2,380.00 |
| Greta M. Brouphy | $325.00 | 1.40 | $455.00 |
| Kelly Fritscher | $100.00 | .90 | $90.00 |
| **Total** | | **9.80** | **$3,187.50** |
| **Blended Rate** | **$325.26** | | |

I. Research:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | .30 | $112.50 |
| Leslie A. Collins | $350.00 | 1.20 | $420.00 |
| Greta M. Brouphy | $325.00 | 6.00 | $1,950.00 |
| Michael E. Landis | $250.00 | 7.10 | $1,775.00 |
| **Total** | | **14.60** | **$4,257.50** |
| **Blended Rate** | **$291.61** | | |

J.	Travel:

| Professional | Rate | Hours | Total Fee |
|---|---:|---:|---:|
| Douglas S. Draper (travel) | $187.50 | 15.80 | $2,962.50 |
| **Total** | | **15.80** | **$2,962.50** |
| **Blended Rate** | **$187.50** | | |