UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

---

**NOTICE OF HEARING ON
FIRST INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES BY HELLER, DRAPER, PATRICK,
HORN & MANTHEY, LLC FOR THE PERIOD OCTOBER 3, 2018 THROUGH
MARCH 31, 2019 AS COUNSEL FOR THE CHAPTER 11 DEBTORS**

　　　　**PLEASE TAKE NOTICE** that a *First Interim Application for Compensation and Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, LLC for the Period October 3, 2018 through March 31, 2019 as Counsel for the Chapter 11 Debtors* [Dkt. #222] ("Application")[2] has been filed by Heller, Draper, Patrick, Horn & Manthey, L.L.C. as Debtors' counsel requesting that the Court enter an order: (i) approving this Application; (ii) approving the first interim request of $123,688.75 in fees and $16,653.01 in reimbursable out-of-pocket expense; (iii) directing the Debtors to pay the Firm for any first interim award; and (iv) granting the Firm such other and further relief to which it may be justly entitled.

　　　　The Application is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at the address set forth below, or may be obtained via the Court's website at www.lawb.uscourts.gov, or upon written request to undersigned counsel.

　　　　**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **June 4, 2019 at 10:00 a.m.** before the Chief Judge John W. Kolwe, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

　　　　**PLEASE TAKE FURTHER NOTICE** that any interested party having an objection, opposition or response to the Application must file a written objection, opposition or response

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

[2] Capitalized terms not defined herein are as defined in the Application.

{00367917-1}

with the Clerk of Court, United States Bankruptcy Court, Western District of Louisiana no later than **seven (7) days before the hearing** and must serve a copy on the undersigned attorneys by that date. If an objection, opposition or response is not timely filed and served as set forth in the previous sentence, the Court may grant the relief requested without hearing.

This 3rd day of May, 2019.

/s/ Greta M. Brouphy
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN
 & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

***Counsel for the Debtors***

2

{00367917-1}