UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**CERTIFICATE OF SERVICE**

I, Greta M. Brouphy, counsel for Mr. Steven, L.L.C., et al, hereby certify that on May 3, 2019, I caused the *First Interim Application for Compensation and Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, LLC for the Period October 3, 2018 through March 31, 2019 as Counsel for the Chapter 11 Debtors* [Dkt. #222] and *Notice of Hearing on First Interim Application for Compensation and Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, LLC for the Period October 3, 2018 through March 31, 2019 as Counsel for the Chapter 11 Debtors* [Dkt. #223] to be served via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner    jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill    mgrabill@lawla.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367812-1}

- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

I also caused only the *Notice of Hearing on First Interim Application for Compensation and Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, LLC for the Period October 3, 2018 through March 31, 2019 as Counsel for the Chapter 11 Debtors* [Dkt. #223] to be served on **May 3, 2019**, by Choice Professional Copy Service via U.S. First Class Mail, postage prepaid upon the parties listed on the attached mailing matrix.

New Orleans, Louisiana, this 3rd day of May 2019.

/s/ Greta M. Brouphy
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com

*Counsel for the Debtors*

```
Label Matrix for local noticing         ALLEN'S HANDYMAN SERVICE              Acadiana Diesel Fuel Injection Service
0536-4                                  5309 CLAUDE VIATOR RD                 c/o its registered agent
Case 18-51277                           NEW IBERIA, LA 70560-8775             Doug J. Louviere
Western District of Louisiana                                                 2615 Jefferson Island Rd
Lafayette                                                                     New Iberia, LA 70560-9456
Fri May  3 15:58:43 CDT 2019

Adams & Reese                           Amanda W. Messa                       BAYOU STATE MARINE & INDUSTRIAL SUPPLY,
701 Poydras St Ste 4500                                                       PO BOX 343
New Orleans LA 70139-4596                                                     12538 NORTH RD
                                                                              ERATH, LA 70533-5237

Bayou Electric & Specialty, Inc.        Benjamin W Kadden                     Bluetide Communications, Inc.
c/o its registered agent                                                      117 Nolan Road
Stephen S. Drouant                                                            Broussard, LA 70518-3212
1601 Hopkins Street
New Iberia, LA 70560-5825

Bluetide Communications, Inc.           Bow 2 Stern Services, Inc.            Greta M. Brouphy
c/o its registered agent                c/o its registered agent
Kevin M. Delcambre                      Shane Thibodeaux
200 Cummings Road                       299 Renee Denise Ct.
Broussard, LA 70518-3228                Theriot, LA 70397-9799

COASTAL TIMBERS                         Capital Electric & Supply LLC         Cummins Midsouth
1310 JANE ST                            c/o its registered agent              PO Box 842316
NEW IBERIA, LA 70563-1540               Jon Derouen                           Dallas, TX 75284-2316
                                        13705 Lynnedale Loop
                                        Abbeville, LA 70510-8515

DIAMOND 'B' INDUSTRIES                  Deep South Mechanical Services LLC    Donovan Marine Services, LLC
PO BOX 10310                            c/o its registered agent              PO Box 989
NEW IBERIA, LA 70562-0310               Gerard J. Bourgeois                   Amelia, LA 70340-0989
                                        PO Box 1688
                                        Morgan City, LA 70381-1688

Douglas S. Draper                       FORCE POWER SYSTEMS                   Force Power Systems
                                        3799 WEST AIRLINE HIGHWAY             1983 B. Grand Caillou Rd.
                                        PO BOX 536                            Houma, LA 70363-7003
                                        RESERVE, LA 70084-0536

Guice Offshore, LLC                     Guice Offshore, LLC                   Harris & Rufty, L.L.C.
R. Scott Wells, Esq.                    William Kaufman                       c/o its registered agent
                                                                              Alfred J. Rufty, III
                                                                              1831 Octavia St.
                                                                              New Orleans, LA 70115-5659

Harris & Rufty, LLC                     Heller Draper Patrick Horn & Manthey, LLC   Iberia Crewboat & Marine
650 Poydras Street, Suite 2710                                                Services, L.L.C.
New Orleans, LA 70130-6160                                                    C/o Mr. Steve Miguez
                                                                              107 Hwy 90 West
                                                                              New Iberia, LA 70560-9485

Iberia Marine Service, LLC              Iberia Marine Service, LLC            Internal Revenue Service
107 Hwy 90 West                         c/o Steven J. Miguez                  PO Box 7346
New Iberia, LA 70560-9485               107 Hwy 90 West                       Philadelphia, PA 19101-7346
                                        New Iberia, LA 70560-9485
```

| | | |
|---|---|---|
| JEFF UPHOLSTERY, INC.<br>4506 EAST HIGHWAY 90<br>NEW IBERIA, LA 70560-9016 | Benjamin W. Kadden | William Kaufman |
| Kolder Slaven and Company INC<br>POB 9729<br>New Iberia, LA 70562-9729 | Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 | Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Glenda LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Louisiana Department of Revenue<br>Collection Division Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 |
| Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 | M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 |
| MARINE SYSTEMS, INC.<br>PO BOX 301284<br>DALLAS, TX 75303-1284 | Madere & Sons Marine Rental, L.L.C.<br>c/o Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 | Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 |
| Gail Bowen McCulloch | Meredith S. Grabill | Amanda W. Messa |
| Richard Montague<br>Phelps Dunbar, LLP<br>P. O. Box 16114<br>Jackson, MS 39236-6114 | Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 | Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 | Stewart F. Peck |
| Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 | R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 | SAMMY'S AIR<br>PO BOX 9277<br>NEW IBERIA, LA 70562-9277 |

SBN V FNBC LLC
c/o David F. Waguespack
[redacted]

SBN V FNBC LLC
c/o Peter J. Segrist
[redacted]

SBN V FNBC LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Organge St.
Wilmington, DE 19801-1196

SBN V FNBC, LLC
1700 Lincoln Street, Suite 2150
Denver, CO 80203-4500

SNB V FNBC, LLC
c/o Thomas E. Shuck
Parker, Milliken, Clark etc
555 S. Flower St., 30th FL
Los Angeles, CA 90071-2440

SeaTran Marine, LLC
c/o Benjamin W. Kadden
[redacted]

SeaTran Marine, LLC
c/o Meredith S. Grabill
[redacted]

SeaTran Marine, LLC
c/o Stewart F. Peck
[redacted]

Peter James Segrist
[redacted]

Sewart Supply, Inc
7201 LA-182
Morgan City, LA 70380

Sheriff, Iberia Parish
300 Iberia St.
Suite 120
New Iberia LA 70560-4543

Shipyard Service, L.L.C.
c/o its registered agent
John Sercovich
10856 Belle Chasse Hwy.
Belle Chasse, LA 70037

SpaceX
c/o Amanda W. Messa
[redacted]

State of Louisiana, Department of Labor
Delinquent Accounts Unit, UI Tech Support
1001 North 23rd Street, Room 322
Baton Rouge, LA 70802-3338

Steven J. Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Stewart F. Peck
[redacted]

Superior Electrical Service, LLC
c/o Jon Derouen
13705 Lynnedale Loop
Abbeville, LA 70510-8515

Thomas E. Shuck
Parker, Milliken, Clark, O'Hara
& Samuelian
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101-3122

UNITED POWER SYSTEMS
2975 HIGHWAY 182
RACELAND, LA 70394-3770

David F. Waguespack
[redacted]

Randall Scott Wells
[redacted]