**SO ORDERED.**

**SIGNED May 14, 2019.**

_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ARSEMENT, REDD & MORELLA, LLC AS ACCOUNTANTS FOR THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE**

Considering the *Application by Debtors for Entry of an Order Authorizing the Employment and Retention of Arsement, Redd & Morella, LLC as Accountants for the Debtors, Nunc Pro Tunc to the Petition Date, Pursuant to Section 327(a) of the Bankruptcy Code* [P-199] (the "Application") of Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

1

{00366967-2}

debtors-in-possession ("Debtors"), and the Affidavit of Stephen Arsement, CPA, in support of the Application,

**IT IS HEREBY ORDERED** that the Application is granted.

**IT IS FURTHER ORDERED** that fees and reimbursements for costs shall be governed by 11 U.S.C. §§ 327 and 330 and the Court specifically reserves its right to review the reasonableness of all fees both as to the hourly rate and the time involved.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three (3) days.

###

Prepared and submitted by:

*/s/ Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
ddraper@hellerdraper.com
*Counsel for Debtors*

2

{00366967-2}