# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536−4 | User: lchamp | Date Created: 5/14/2019 |
| Case: 18−51277 | Form ID: pdf8 | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust       Office of U. S. Trustee      USTPRegion05.SH.ECF@usdoj.gov
aty       Douglas S. Draper      ddraper@hellerdraper.com
aty       Gail Bowen McCulloch      gail.mcculloch@usdoj.gov
aty       Greta M. Brouphy      gbrouphy@hellerdraper.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Mr. Steven, L.L.C.      107 Hwy 90 West      New Iberia, LA 70560
db       Lady Eve, L.L.C.      107 Hwy 90 West      New Iberia, LA 70560
db       Lady Brandi L.L.C.      107 Hwy 90 West      New Iberia, LA 70560
db       Lady Glenda LLC      107 Hwy 90 West      New Iberia, LA 70560
db       Mr. Blake LLC      107 Hwy 90 West      New Iberia, LA 70560
db       Mr. Mason LLC      107 Hwy 90 West      New Iberia, LA 70560
db       Mr. Ridge LLC      107 Hwy 90 West      New Iberia, LA 70560
db       Mr. Row LLC      107 Hwy 90 West      New Iberia, LA 70560
acc       Arsement, Redd & Morella      POB 3706      Lafayette, LA 70502

TOTAL: 9