UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**CERTIFICATE OF SERVICE**

I, Douglas S. Draper, counsel for Mr. Steven, L.L.C., et al, hereby certify that on April 26, 2019, I caused the *Order Granting Motion of Debtors Pursuant to Sections 105 and 363 and Fed. R. Bankr. P. 2002 and 6004 for (A) an Order Authorizing the Sale of Subject Assets of Debtors Free and Clear of Liens, Claims, Interests and Encumbrances to SEACOR Marine and Approving Bid Procedures* [Dkt. #220] and on May 14, 2019, I caused the *Order Authorizing the Employment and Retention of Arsement, Redd & Morella, LLC as Accountants for the Debtors Nunc Pro Tunc to the Petition Date Pursuant to Section 327(a) of the Bankruptcy Code* [Dkt. #225] to be served via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner    jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill    mgrabill@lawla.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com
- Randall Scott Wells    swells@rushing-guice.com

I also caused same to be served on **May 14, 2019**, by Choice Professional Copy Service via U.S. First Class Mail, postage prepaid upon the parties listed on the attached mailing matrix.

New Orleans, Louisiana, this 14th day of May 2019.

                                           */s/ Douglas S. Draper*
Douglas S. Draper, LA Bar No. 5073
Leslie A. Collins, LA Bar No. 14891
Greta M. Brouphy, LA Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com

***Counsel for the Debtors***

2

{00368055-1}

Label Matrix for local noticing
0536-4
Case 18-51277
Western District of Louisiana
Lafayette
Tue May 14 14:44:09 CDT 2019

ALLEN'S HANDYMAN SERVICE
5309 CLAUDE VIATOR RD
NEW IBERIA, LA 70560-8775

Acadiana Diesel Fuel Injection Service
c/o its registered agent
Doug J. Louviere
2615 Jefferson Island Rd
New Iberia, LA 70560-9456

Adams & Reese
701 Poydras St Ste 4500
New Orleans LA 70139-4596

Amanda W. Messa

Arsement, Redd & Morella
701 Robley Drive #200
Lafayette, LA 70503-5200

BAYOU STATE MARINE & INDUSTRIAL SUPPLY,
PO BOX 343
12538 NORTH RD
ERATH, LA 70533-5237

Bayou Electric & Specialty, Inc.
c/o its registered agent
Stephen S. Drouant
1601 Hopkins Street
New Iberia, LA 70560-5825

Benjamin W Kadden

Bluetide Communications, Inc.
117 Nolan Road
Broussard, LA 70518-3212

Bluetide Communications, Inc.
c/o its registered agent
Kevin M. Delcambre
200 Cummings Road
Broussard, LA 70518-3228

Bow 2 Stern Services, Inc.
c/o its registered agent
Shane Thibodeaux
299 Renee Denise Ct.
Theriot, LA 70397-9799

Greta M. Brouphy

COASTAL TIMBERS
1310 JANE ST
NEW IBERIA, LA 70563-1540

Capital Electric & Supply LLC
c/o its registered agent
Jon Derouen
13705 Lynnedale Loop
Abbeville, LA 70510-8515

Cummins Midsouth
PO Box 842316
Dallas, TX 75284-2316

DIAMOND 'B' INDUSTRIES
PO BOX 10310
NEW IBERIA, LA 70562-0310

Deep South Mechanical Services LLC
c/o its registered agent
Gerard J. Bourgeois
PO Box 1688
Morgan City, LA 70381-1688

Donovan Marine Services, LLC
PO Box 989
Amelia, LA 70340-0989

Douglas S. Draper

FORCE POWER SYSTEMS
3799 WEST AIRLINE HIGHWAY
PO BOX 536
RESERVE, LA 70084-0536

Force Power Systems
1983 B. Grand Caillou Rd.
Houma, LA 70363-7003

Guice Offshore, LLC
R. Scott Wells, Esq.

Guice Offshore, LLC
William Kaufman

Harris & Rufty, L.L.C.
c/o its registered agent
Alfred J. Rufty, III
1831 Octavia St.
New Orleans, LA 70115-5659

Harris & Rufty, LLC
650 Poydras Street, Suite 2710
New Orleans, LA 70130-6160

Heller Draper Patrick Horn & Manthey, LLC

Iberia Crewboat & Marine
Services, L.L.C.
C/o Mr. Steve Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

Iberia Marine Service, LLC
107 Hwy 90 West
New Iberia, LA 70560-9485

Iberia Marine Service, LLC
c/o Steven J. Miguez
107 Hwy 90 West
New Iberia, LA 70560-9485

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JEFF UPHOLSTERY, INC.<br>4506 EAST HIGHWAY 90<br>NEW IBERIA, LA 70560-9016 | Benjamin W. Kadden |
| William Kaufman | Kolder Slaven and Company INC<br>POB 9729<br>New Iberia, LA 70562-9729 | Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 |
| Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Glenda LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Louisiana Department of Revenue<br>Collection Division Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 |
| M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 | MARINE SYSTEMS, INC.<br>PO BOX 301284<br>DALLAS, TX 75303-1284 | Madere & Sons Marine Rental, L.L.C.<br>c/o Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 |
| Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 | Gail Bowen McCulloch | Meredith S. Grabill |
| Amanda W. Messa | Richard Montague<br>Phelps Dunbar, LLP<br>P. O. Box 16114<br>Jackson, MS 39236-6114 | Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 | Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 |
| Stewart F. Peck | Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 | R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 |

| | | |
|---|---|---|
| SAMMY'S AIR<br>PO BOX 9277<br>NEW IBERIA, LA 70562-9277 | SBN V FNBC LLC<br>c/o David F. Waguespack<br>■■■■■■■■■■■■■■■■■■■■■■ | SBN V FNBC LLC<br>c/o Peter J. Segrist<br>■■■■■■■■■■■■■■■■■■■■■■ |
| SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 | SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 | SNB V FNBC, LLC<br>c/o Thomas E. Shuck<br>Parker, Milliken, Clark etc<br>555 S. Flower St., 30th FL<br>Los Angeles, CA 90071-2440 |
| SeaTran Marine, LLC<br>c/o Benjamin W. Kadden<br>■■■■■■■■■■■■■■■■■■■■■■ | SeaTran Marine, LLC<br>c/o Meredith S. Grabill<br>■■■■■■■■■■■■■■■■■■■■■■ | SeaTran Marine, LLC<br>c/o Stewart F. Peck<br>■■■■■■■■■■■■■■■■■■■■■■ |
| Peter James Segrist<br>■■■■■■■■■■■■■■■■■■■■■■ | Sewart Supply, Inc<br>7201 LA-182<br>Morgan City, LA 70380 | Sheriff, Iberia Parish<br>300 Iberia St.<br>Suite 120<br>New Iberia LA 70560-4543 |
| Shipyard Service, L.L.C.<br>c/o its registered agent<br>John Sercovich<br>10856 Belle Chasse Hwy.<br>Belle Chasse, LA 70037 | SpaceX<br>c/o Amanda W. Messa<br>■■■■■■■■■■■■■■■■■■■■■■ | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit, UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 |
| Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Stewart F. Peck<br>■■■■■■■■■■■■■■■■■■■■■■ | Superior Electrical Service, LLC<br>c/o Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 |
| Thomas E. Shuck<br>Parker, Milliken, Clark, O'Hara<br>& Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | UNITED POWER SYSTEMS<br>2975 HIGHWAY 182<br>RACELAND, LA 70394-3770 |
| David F. Waguespack<br>■■■■■■■■■■■■■■■■■■■■■■ | Randall Scott Wells<br>■■■■■■■■■■■■■■■■■■■■■■ | |