UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | |

### EX PARTE MOTION TO DEEM PLAN MODIFICATIONS TO THE JOINT CHAPTER 11 AMENDED PLAN OF REORGANIZATION OF THE DEBTORS AS IMMATERIAL MODIFICATIONS

**NOW INTO COURT**, through undersigned counsel, Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession (referred to herein as "Debtor" or collectively, the "Debtors"), who file this *Ex Parte Motion to Deem Plan Modifications to the Joint Chapter 11 Amended Plan of Reorganization of the Debtors as Immaterial Modifications* (the "Motion") to immaterially modify the Debtors' *Joint Chapter 11 Amended Plan of Reorganization of the Debtors* ("Plan") (P-190)[2].

### Jurisdiction and Venue

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue in this district is proper pursuant to 28 U.S.C. § 1408. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

[2] Except as otherwise expressly provided in this Motion or as the context requires, all capitalized terms used in this Motion shall have the meanings and/or definitions given them in the Plan.

1

{00368045-1}

3. The statutory predicates for the relief sought herein are Sections 105 and 1127(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et. seq., as amended (the "Bankruptcy Code") and Rule 3019 of the Federal Rules of Bankruptcy Procedure.

4. As Exhibit 1, the Debtors have attached a redline from the filed Plan, which reflects the changes.

## Requested Relief

5. The Debtors requests that the modifications they have made to their Plan be deemed immaterial modifications. The primary modifications are attached as Exhibit 2.

**WHEREFORE,** Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC pray that this Court deem the modifications as immaterial and for all other relief as is just and proper.

New Orleans, Louisiana this 14th day of May, 2019.

       */s/Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No.14891)
Greta M. Brouphy (La. Bar No. 26216)
HELLER, DRAPER, PATRICK, HORN &
 MANTHEY, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300//Fax: 504-299-3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com

*Counsel for Debtors*