# Exhibit 2

The primary modifications to the *Joint Chapter 11 Amended Plan of Reorganization of the Debtors* (P-190) are as follows:

1. Modification of the definition - "Administrative Expense Claim" means any right to payment constituting a cost or expense of administration of the Bankruptcy Cases allowed under and in accordance with, as applicable, Sections 330, 503(b), 507(a)(2) and 507(b) of the Bankruptcy Code, including, without limitation, (a) any actual and necessary costs and expenses of preserving the Bankruptcy Estates, (b) any actual and necessary costs and expenses of operating the Debtors' businesses, (c) any indebtedness or obligations incurred or assumed by the Debtors during the Bankruptcy Cases, and (d) any compensation for professional services rendered and reimbursement of expenses incurred.

2. Modification of the definition "Covered Parties" shall mean all of the present non-attorney professionals of any of the Debtors whose retention has been approved by the Bankruptcy Court, before or after the Petition Date up to and including the Effective Date. For the avoidance of doubt, the term "Covered Parties" shall not include any of the Insider Parties.

3. In Article II, 2.1.3, language has been modified at the end of the first sentence from "within thirty (30) days of the Effective Date" to "as required by statute."

4. In Article XII, 12.3, language has been modified two times in the first paragraph deleting "(1) ACCEPTS A DISTRIBUTION UNDER THIS PLAN, (II) VOTES TO ACCEPT OR IS DEEMED TO ACCEPT THIS PLAN, OR (III) DOES NOT TIMELY SUBMIT ITS BALLOT VOTING ON THIS PLAN" and adding "AFFIRMATIVELY VOTES IN FAVOR OF THE PLAN."

5. In Article XII, 12.3, language has been modified in the first paragraph last sentence deleting "(1) ACCEPTS A DISTRIBUTION UNDER THIS PLAN, (II) VOTES TO ACCEPT THIS PLAN, OR (III) DOES NOT TIMELY SUBMIT ITS BALLOT VOTING ON THIS PLAN" and adding "AFFIRMATIVELY VOTES IN FAVOR OF THE PLAN."

6. In Article XII, 12.3, language has been modified in the second paragraph, first sentence from …HOLDER OF A CLAIM OR INTEREST deleting "OR ANY OTHER PARTY IN INTEREST IN THE CASES" and adding "THAT AFFIMATIVELY VOTES IN FAVOR OF THE PLAN."