UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: CHAPTER 11

**MR. STEVEN, L.L.C., et al** [1] CASE NO. 18-51277

DEBTOR**S**

**TABULATION OF BALLOTS**

   **NOW INTO COURT**, come the above captioned debtors and debtors-in-possession, who pursuant to the *Order and Notice Approving Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Plan, Fixing Date for Confirmation Hearing, and Requiring a Tabulation of Voting* [Dkt. No. 204], submit the tabulation of the ballots for the *Joint Chapter 11 Amended Plan of Reorganization of the Debtors* [Dkt. No. 190], as follows:

| CLASS | CREDITOR | VOTE NO. | ACCEPTS PLAN AMOUNT | VOTE NO. | REJECTS PLAN AMOUNT |
|---|---|---|---|---|---|
| **1 - Administrative Expense Claims** | | | | | |
| **UNIMPAIRED - NOT ENTITLED TO VOTE** | | | N/A | | |

| | | | | | |
|---|---|---|---|---|---|
| **2 - Priority Claims** | | | | | |
| **UNIMPAIRED - NOT ENTITLED TO VOTE** | | | N/A | | |

| | | | | | |
|---|---|---|---|---|---|
| **3 - Lender Claim** | | | | | |
| **IMPAIRED - ENTITLED TO VOTE** | | | | | |
| | SBN V FNBC LLC | 1 | Per Settlement Agreement [Dkt. 205] | | |
| **TOTAL** | | **1** | **$0.00** | | **$0.00** |
| 100% Acceptances in Amount and 100% Acceptances in Number | | | | | |
| **Class Carried** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **4 - Unsecured Creditors** | | | | | |
| **UNIMPAIRED - NOT ENTITLED TO VOTE** | | | N/A | | |

| | | | | | |
|---|---|---|---|---|---|
| **5 - Existing Equity Interests** | | | | | |
| **IMPAIRED - ENTITLED TO VOTE** | | | | | |
| | Iberia Crewboat & Marine Service, LLC | 1 | 100.00% | | |
| **TOTAL** | | **1** | **100.00%** | | **0.00%** |
| 100% Acceptances in Amount and 100% Acceptances in Number | | | | | |
| **Class Carried** | | | | | |

    */s/ Douglas S. Draper*
    Douglas S. Draper, LA Bar No. 5073
    **Heller, Draper, Patrick, Horn & Manthey, L.L.C.**
    650 Poydras Street, Suite 2500
    New Orleans, Louisiana 70130-6103
    Telephone: 504.299.3300; Fax 504.299.3399
    *Counsel for Debtors*

---

1. Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

Official Form B 314 (12/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: <br><br> MR. STEVEN, L.L.C.[1] <br><br><br> DEBTORS | CASE NO. 18-51277 <br><br> (JOINTLY ADMINISTERED) <br><br> CHAPTER 11 <br><br> JUDGE JOHN W. KOLWE |

## Class 3 Ballot for Accepting or Rejecting Plan of Reorganization

Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC (collectively, the "Debtors") filed an amended plan of reorganization dated April 1, 2019 [Dkt. No. 190] (the Plan) for the Debtors in this case. The Court has approved an amended disclosure statement [Dkt. No. 218] with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly V. Fritscher, Heller, Draper, Patrick, Horn & Manthey, L.L.C., 650 Poydras St., Ste. 2500, New Orleans, Louisiana 70130, telephone (504) 299-3300; facsimilie (504) 299-3399 or kfritscher@hellerdraper.com.

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly V. Fritscher, Heller, Draper, Patrick, Horn & Manthey, L.L.C., 650 Poydras St., Ste. 2500, New Orleans, Louisiana 70130, telephone (504) 299-3300; facsimilie (504) 299-3399 or** kfritscher@hellerdraper.com **on or before May 14, 2019 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367788-2}

Official Form B 314 (12/15)

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of Dollars ($ _See Settlement Agreement_ )

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

Dated: _5/18/19_

Print or type name: _MARK A. KILCOIN_

Signature: _[signature]_

Name of Corporation or partnership: _SBN V FNBC LLC_

Title (if corporation or partnership) _AUTHORIZED REPRESENTATIVE_

Address: _c/o Summit Investment Management LLC_
_1700 Lincoln St Suite 2150_
_Denver CO 80203_

Return this ballot to:

Kelly V. Fritscher, Senior Paralegal
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300//Fax: 504-299-3399
kfritscher@hellerdraper.com

Official Form B 314 (12/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| IN RE:<br><br>MR. STEVEN, L.L.C.[1]<br><br>DEBTORS | CASE NO. 18-51277<br><br>(JOINTLY ADMINISTERED)<br><br>CHAPTER 11<br><br>JUDGE JOHN W. KOLWE |

## Class 5 Ballot for Accepting or Rejecting Plan of Reorganization

Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC (collectively, the "Debtors") filed an amended plan of reorganization dated April 1, 2019 [Dkt. No. 190] (the Plan) for the Debtors in this case. The Court has approved an amended disclosure statement [Dkt. No. 218] with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly V. Fritscher, Heller, Draper, Patrick, Horn & Manthey, L.L.C., 650 Poydras St., Ste. 2500, New Orleans, Louisiana 70130, telephone (504) 299-3300; facsimilie (504) 299-3399 or kfritscher@hellerdraper.com.

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class 5 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly V. Fritscher, Heller, Draper, Patrick, Horn & Manthey, L.L.C., 650 Poydras St., Ste. 2500, New Orleans, Louisiana 70130, telephone (504) 299-3300; facsimilie (504) 299-3399 or kfritscher@hellerdraper.com on or before May 14, 2019 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00367789-1}

Official Form B 314 (12/15)

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of Class 5 equity interest in the Debtor, consisting of __100%__ shares or other interests of Iberia Crewboat & Marine Services, LLC in the Debtors.

*Check one box only*

[X] **Accepts the plan**

[ ] **Rejects the plan**

Dated: __5/14/2019__

Print or type name: __Steven B. Miguez__

Signature: __[signed]__

Name of Corporation or partnership: __Iberia Crewboat & Marine Service, LLC__

Title (if corporation or partnership) __Manager__

Address: __107 Hwy 90 W__
__New Iberia LA 70560__

---

Return this ballot to:

Kelly V. Fritscher, Senior Paralegal
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300//Fax: 504-299-3399
kfritscher@hellerdraper.com

{00367789-1}