**SO ORDERED.**

**SIGNED May 14, 2019.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | * | CASE NO. 18-51277 |
|---|---|---|
| MR. STEVEN, L.L.C.[1] | * | CHAPTER 11 |
| Debtor | * | |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
ARSEMENT, REDD & MORELLA, LLC AS ACCOUNTANTS FOR THE DEBTORS
NUNC PRO TUNC TO THE PETITION DATE PURSUANT TO SECTION 327(a)
OF THE BANKRUPTCY CODE**

Considering the *Application by Debtors for Entry of an Order Authorizing the Employment and Retention of Arsement, Redd & Morella, LLC as Accountants for the Debtors, Nunc Pro Tunc to the Petition Date, Pursuant to Section 327(a) of the Bankruptcy Code* [P-199] (the "Application") of Mr. Steven, L.L.C.,[1] Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

1

{00366967-2}

debtors-in-possession ("Debtors"), and the Affidavit of Stephen Arsement, CPA, in support of the Application,

**IT IS HEREBY ORDERED** that the Application is granted.

**IT IS FURTHER ORDERED** that fees and reimbursements for costs shall be governed by 11 U.S.C. §§ 327 and 330 and the Court specifically reserves its right to review the reasonableness of all fees both as to the hourly rate and the time involved.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three (3) days.

###

Prepared and submitted by:

*/s/ Douglas S. Draper*
Douglas S. Draper (La. Bar No. 5073)
Heller, Draper, Patrick, Horn & Manthey, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
ddraper@hellerdraper.com
*Counsel for Debtors*

```
                                United States Bankruptcy Court
                                 Western District of Louisiana
In re:                                                              Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                                  Chapter 11
Lady Eve, L.L.C.
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0536-4          User: lchamp              Page 1 of 1         Date Rcvd: May 14, 2019
                              Form ID: pdf8             Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db         +Lady Brandi L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db         +Lady Eve, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db         +Lady Glenda LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db         +Mr. Blake LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db         +Mr. Mason LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db         +Mr. Ridge LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db         +Mr. Row LLC,   107 Hwy 90 West,   New Iberia, LA 70560-9485
db         +Mr. Steven, L.L.C.,   107 Hwy 90 West,   New Iberia, LA 70560-9485
acc        +Arsement, Redd & Morella,   POB 3706,   Lafayette, LA 70502-3706
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr            DIP
                                                                          TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
```
          Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
          Benjamin W. Kadden    on behalf of Defendant Steve   Miguez bkadden@lawla.com, mnguyen@lawla.com
          David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
           plaisance@carverdarden.com
          Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
           kfritscher@hellerdraper.com;lcollins@hellerdraper.com
          Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
          Greta M. Brouphy    on behalf of Attorney    Heller Draper Patrick Horn & Manthey, LLC
           gbrouphy@hellerdraper.com
          James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
           mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
          Meredith S. Grabill    on behalf of Defendant Steve   Miguez mgrabill@lawla.com
          Office of   U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
          Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
           clary@carverdarden.com
          Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
          Stewart F. Peck    on behalf of Defendant Steve   Miguez speck@lawla.com,
           erosenberg@lawla.com;ymaranto@lawla.com
          William Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
           egnormand@ohllc.com
                                                                                             TOTAL: 13
```