# Notice Recipients

District/Off: 0536−4　　　　　User: lchamp　　　　　Date Created: 5/28/2019
Case: 18−51277　　　　　　　Form ID: pdf4　　　　　Total: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr　　　　　DIP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust　　Office of U. S. Trustee　　USTPRegion05.SH.ECF@usdoj.gov
aty　　Douglas S. Draper　　ddraper@hellerdraper.com
aty　　Gail Bowen McCulloch　　gail.mcculloch@usdoj.gov
aty　　Greta M. Brouphy　　gbrouphy@hellerdraper.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Mr. Steven, L.L.C.　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Lady Eve, L.L.C.　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Lady Brandi L.L.C.　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Lady Glenda LLC　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Mr. Blake LLC　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Mr. Mason LLC　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Mr. Ridge LLC　　107 Hwy 90 West　　New Iberia, LA 70560
db　　Mr. Row LLC　　107 Hwy 90 West　　New Iberia, LA 70560

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8