# Notice Recipients

District/Off: 0536−4  User: lchamp  Date Created: 5/31/2019
Case: 18−51277  Form ID: pdf1  Total: 93

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr  DIP
intp  Seatran Marine, LLC
intp  Steve Miguez
                                                                                   TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust  Office of U. S. Trustee  USTPRegion05.SH.ECF@usdoj.gov
aty  Amanda W. Messa  amanda.messa@phelps.com
aty  Benjamin W. Kadden  bkadden@lawla.com
aty  David F. Waguespack  waguespack@carverdarden.com
aty  Douglas S. Draper  ddraper@hellerdraper.com
aty  Gail Bowen McCulloch  gail.mcculloch@usdoj.gov
aty  Greta M. Brouphy  gbrouphy@hellerdraper.com
aty  Peter James Segrist  segrist@carverdarden.com
aty  Randall Scott Wells  swells@rushing−guice.com
aty  Stewart F. Peck  speck@lawla.com
aty  William Kaufman  whkaufman@ohllc.com
                                                                                   TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Mr. Steven, L.L.C.  107 Hwy 90 West  New Iberia, LA 70560
cr  SBN V FNBC LLC  c/o David F. Waguespack  1100 Poydras Street  Suite 3100  New Orleans, LA 70163
intp  Guice Offshore, LLC  R. Scott Wells, Esq.  Rushing & Guice, P.L.L.C.  P.O. Box 1925  Biloxi, MS 39533
intp  SpaceX  c/o Amanda W. Messa  Phelps Dunbar LLP  P.O. Box 4412  Baton Rouge, LA 70821−4412
db  Lady Eve, L.L.C.  107 Hwy 90 West  New Iberia, LA 70560
db  Lady Brandi L.L.C.  107 Hwy 90 West  New Iberia, LA 70560
db  Lady Glenda LLC  107 Hwy 90 West  New Iberia, LA 70560
db  Mr. Blake LLC  107 Hwy 90 West  New Iberia, LA 70560
db  Mr. Mason LLC  107 Hwy 90 West  New Iberia, LA 70560
db  Mr. Ridge LLC  107 Hwy 90 West  New Iberia, LA 70560
db  Mr. Row LLC  107 Hwy 90 West  New Iberia, LA 70560
aty  Heller Draper Patrick Horn & Manthey, LLC  650 Poydras Street  Suite 2500  New Orleans, LA 70130
acc  Arsement, Redd & Morella  701 Robley Drive #200  Lafayette, LA 70503
aty  Richard Montague  Phelps Dunbar, LLP  P. O. Box 16114  Jackson, MS 39236−6114
smg  State of Louisiana, Department of Labor  Delinquent Accounts Unit, UI Tech Support  1001 North 23rd Street, Room 322  Baton Rouge, LA 70802
smg  Louisiana Department of Revenue and Taxation  Attn: Bankruptcy Division  P.O. Box 66658  Baton Rouge, LA 70896
7793158  ALLEN'S HANDYMAN SERVICE  5309 CLAUDE VIATOR RD  NEW IBERIA, LA 70560
7793167  Acadiana Diesel Fuel Injection Service  c/o its registered agent  Doug J. Louviere  2615 Jefferson Island Rd  New Iberia, LA 70560
7788260  Adams & Reese  701 Poydras St Ste 4500  New Orleans LA 70139
7774372  Amanda W. Messa  Phelps Dunbar LLP  P.O. Box 4412  Baton Rouge, LA 70821−4412
7793183  BAYOU STATE MARINE & INDUSTRIAL SUPPLY,  PO BOX 343  12538 NORTH RD  ERATH, LA 70533
7788541  Bayou Electric & Specialty, Inc.  c/o its registered agent  Stephen S. Drouant  1601 Hopkins Street  New Iberia, LA 70560
7765155  Benjamin W Kadden  601 Poydras Street, Suite 2775  New Orleans, LA 70130
7793312  Bluetide Communications, Inc.  117 Nolan Road  Broussard, LA 70518
7793170  Bluetide Communications, Inc.  c/o its registered agent  Kevin M. Delcambre  200 Cummings Road  Broussard, LA 70518
7793185  Bow 2 Stern Services, Inc.  c/o its registered agent  Shane Thibodeaux  299 Renee Denise Ct.  Theriot, LA 70397
7793186  COASTAL TIMBERS  1310 JANE ST  NEW IBERIA, LA 70563
7793209  Capital Electric & Supply LLC  c/o its registered agent  Jon Derouen  13705 Lynnedale Loop  Abbeville, LA 70510
7793187  Cummins Midsouth  PO Box 842316  Dallas, TX 75284
7793198  DIAMOND 'B' INDUSTRIES  PO BOX 10310  NEW IBERIA, LA 70562
7788550  Deep South Mechanical Services LLC  c/o its registered agent  Gerard J. Bourgeois  PO Box 1688  Morgan City, LA 70381
7788554  Donovan Marine Services, LLC  PO Box 989  Amelia, LA 70340
7793171  FORCE POWER SYSTEMS  3799 WEST AIRLINE HIGHWAY  PO BOX 536  RESERVE, LA 70084−0536

| | | | | |
|---|---|---|---|---|
| 7788555 | Force Power Systems | 1983 B. Grand Caillou Rd. | Houma, LA 70363 | |
| 7764297 | Guice Offshore, LLC | William Kaufman | PO Drawer 52606 | Lafayette LA 70505–2606 |
| 7788552 | Harris & Rufty, L.L.C. | c/o its registered agent | Alfred J. Rufty, III | 1831 Octavia St. New Orleans, LA 70115 |
| 7806774 | Harris & Rufty, LLC | 650 Poydras Street, Suite 2710 | New Orleans, LA 70130 | |
| 7738274 | Iberia Crewboat & Marine Services, L.L.C. | C/o Mr. Steve Miguez | 107 Hwy 90 West | New Iberia, LA 70560 |
| 7738275 | Iberia Marine Service, LLC | 107 Hwy 90 West | New Iberia, LA 70560 | |
| 7788548 | Iberia Marine Service, LLC | c/o Steven J. Miguez | 107 Hwy 90 West | New Iberia, LA 70560–9485 |
| 7793159 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 7793203 | JEFF UPHOLSTERY, INC. | 4506 EAST HIGHWAY 90 | NEW IBERIA, LA 70560 | |
| 7793758 | Kolder Slaven and Company INC | POB 9729 | New Iberia, LA 70562 | |
| 7788261 | Kolder, Slaven & Co. | 450 E. Main St | New Iberia LA 70560 | |
| 7793161 | Louisiana Department of Revenue | Collection Division Bankruptcy Section | PO Box 66658 | Baton Rouge, LA 70896–6658 |
| 7793162 | Louisiana Workforce Commission | UI Tax and Adjudications | Attn: Bankruptcy Unit | PO Box 44127 Baton Rouge, LA 70804–4127 |
| 7793213 | M&A Safety Services | PO Box 4177 | Houma, LA 70361 | |
| 7793204 | MARINE SYSTEMS, INC. | PO BOX 301284 | DALLAS, TX 75303–1284 | |
| 7793214 | Madere & Sons Marine Rental, L.L.C. | c/o Eugene Madere | 9266 Highway 23 | Belle Chasse, LA 70037 |
| 7793215 | Madere & Sons Marine Rental, L.L.C. | c/o Eugene Madere | 9266 Highway 23 | Belle Chasse, LA 70037 |
| 7788556 | Marine Systems, Inc. | c/o its registered agent | Corporation Service Company | 501 Louisiana Ave. Baton Rouge, LA 70802 |
| 7766714 | Meredith S. Grabill | Lugenbuhl Wheaton Peck Rankin & Hubbard | 601 Poydras Street, Suite 2775 | New Orleans, LA 70130 |
| 7788262 | Oats & Marino | 100 East Vermillion St Ste 400 | Lafayette LA 70501 | |
| 7793163 | Office of District Counsel | Internal Revenue Service | POB 30509 | New Orleans LA 70190 |
| 7793175 | Office of District Counsel | Internal Revenue Service | POB 30509 | New Orleans LA 70190 |
| 7793176 | Plaquemines Port Harbor | 8056 Highway 23, 3rd Floor | Belle Chasse, LA 70037 | |
| 7793221 | Plaquemines Port Harbor | 8056 Highway 23, 3rd Floor | Belle Chasse, LA 70037 | |
| 7788544 | R.S.I. Group, Inc. | c/o its registered agent | Rosalind Griffin | 25300 Highway 1 Golden Meadow, LA 70357 |
| 7774373 | Richard Montague | Phelps Dunbar LLP | P.O. Box 16114 | Jackson, MS 39211–6114 |
| 7793205 | SAMMY'S AIR | PO BOX 9277 | NEW IBERIA, LA 70562 | |
| 7738477 | SBN V FNBC LLC | c/o David F. Waguespack | 1100 Poydras Street | Suite 3100 New Orleans, LA 70163 |
| 7738479 | SBN V FNBC LLC | c/o Peter J. Segrist | 1100 Poydras Street | Suite 3100 New Orleans, LA 70163 |
| 7738276 | SBN V FNBC LLC | c/o The Corporation Trust Co. | Corporation Trust Center | 1209 Organge St. Wilmington, DE 19801 |
| 7738277 | SBN V FNBC, LLC | 1700 Lincoln Street, Suite 2150 | Denver, CO 80203 | |
| 7793164 | SNB V FNBC, LLC | c/o Thomas E. Shuck | Parker, Milliken, Clark etc | 555 S. Flower St., 30th FL Los Angeles, CA 90071–244 |
| 7793301 | SeaTran Marine, LLC | c/o Benjamin W. Kadden | 601 Poydras Street | Suite 2775 New Orleans, LA 70130–6041 |
| 7793207 | SeaTran Marine, LLC | c/o Meredith S. Grabill | 601 Poydras Street | Suite 2775 New Orleans, LA 70130–6041 |
| 7793208 | SeaTran Marine, LLC | c/o Stewart F. Peck | 601 Poydras Street | Suite 2775 New Orleans, LA 70130–6041 |
| 7793302 | Sewart Supply, Inc | 7201 LA–182 | Morgan City, LA 70380 | |
| 7738436 | Sheriff, Iberia Parish | 300 Iberia St. | Suite 120 | New Iberia LA 70560 |
| 7793219 | Shipyard Service, L.L.C. | c/o its registered agent | John Sercovich | 10856 Belle Chasse Hwy. Belle Chasse, LA 70037 |
| 7793310 | State of Louisiana, Department of Labor | Delinquent Accounts Unit,UI Tech Support | 1001 North 23rd Street | Room 322 Baton Rouge, LA 70802–3338 |
| 7793311 | Steven J. Miguez | 107 Hwy 90 West | New Iberia, LA 70560 | |
| 7766803 | Stewart F. Peck | Lugenbuhl Wheaton Peck Rankin & Hubbard | 601 Poydras Street, Suite 2775 | New Orleans, LA 70130 |
| 7793165 | Superior Electrical Service, LLC | c/o Jon Derouen | 13705 Lynnedale Loop | Abbeville, LA 70510 |
| 7793218 | Superior Electrical Service, LLC | c/o Jon Derouen | 13705 Lynnedale Loop | Abbeville, LA 70510 |
| 7738278 | Thomas E. Shuck | Parker, Milliken, Clark, O'Hara & Samuelian | 555 S. Flower St., 30th Floor | Los Angeles, CA 90071–2440 |
| 7793166 | U. S. Attorney's Office | Western District of Louisiana | 300 Fannin Street, Suite 3201 | |
| 7793220 | UNITED POWER SYSTEMS | 2975 HIGHWAY 182 | RACELAND, LA 70394 | |

TOTAL: 79