**SO ORDERED.**

**SIGNED June 4, 2019.**

_(signature)_

**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:                            *             CASE NO. 18-51277

MR. STEVEN, L.L.C., et al[1]      *             CHAPTER 11

      DEBTOR                 *

*     *     *     *     *     *     *

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES BY HELLER, DRAPER, PATRICK,
HORN & MANTHEY, LLC FOR THE PERIOD OCTOBER 3, 2018 THROUGH
<u>MARCH 31, 2019 AS COUNSEL FOR THE CHAPTER 11 DEBTORS</u>**

Upon consideration of the _First Interim Application for Compensation and
Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, LLC for the Period_

_____

1 Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is
being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi,
L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-
51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "<u>Debtors</u>").  [ECF Doc.
109].

October 3, 2018 through March 31, 2019 as Counsel for the Chapter 11 Debtors (the "Application") [R. Doc. 222] filed by Heller, Draper, Patrick, Horn & Manthey, LLC (the "Firm"), and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 327(a), 328(a) and 330; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and due and proper notice of the Application having been provided with no responsive pleading filed and the Court approving the Application; it is therefore:

**ORDERED** that the Application is granted.

**IT IS FURTHER ORDERED** that the Firm is granted a first interim compensation award of in the amount of $123,688.75 for 501.65 professional service hours provided to the Debtors during the period of October 3, 2018 to March 31, 2019 (the "Fee Period") and the reimbursement of out-of-pocket expenses in the amount of $16,653.01 incurred during the Fee Period as allowed pursuant to 11 U.S.C. §§ 327, 330 and 331.


\#\#\#

This order was prepared and submitted by:

Greta M. Brouphy, La. Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN**
**& DABNEY, L.L.C**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3300
Fax: 504-299-3399
Email: gbrouphy@hellerdraper.com

**Attorneys for the Debtors**