# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0536−4 | User: kcarpente | Date Created: 6/5/2019 | |
| Case: 18−51277 | Form ID: pdf8 | Total: 14 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          DIP
                                                     TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
aty     Douglas S. Draper     ddraper@hellerdraper.com
aty     Gail Bowen McCulloch     gail.mcculloch@usdoj.gov
aty     Greta M. Brouphy     gbrouphy@hellerdraper.com
                                                     TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Mr. Steven, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db     Lady Eve, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db     Lady Brandi L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db     Lady Glenda LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Blake LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Mason LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Ridge LLC     107 Hwy 90 West     New Iberia, LA 70560
db     Mr. Row LLC     107 Hwy 90 West     New Iberia, LA 70560
aty     Heller Draper Patrick Horn & Manthey, LLC     650 Poydras Street     Suite 2500     New Orleans, LA 70130
                                                     TOTAL: 9