**SO ORDERED.**

**SIGNED June 4, 2019.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C., et al[1] | * | CHAPTER 11 |
| DEBTOR | * | |

\*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY HELLER, DRAPER, PATRICK, HORN & MANTHEY, LLC FOR THE PERIOD OCTOBER 3, 2018 THROUGH MARCH 31, 2019 AS COUNSEL FOR THE CHAPTER 11 DEBTORS**

Upon consideration of the *First Interim Application for Compensation and Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, LLC for the Period*

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00368470-1}

*October 3, 2018 through March 31, 2019 as Counsel for the Chapter 11 Debtors* (the "Application") [R. Doc. 222] filed by Heller, Draper, Patrick, Horn & Manthey, LLC (the "Firm"), and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 327(a), 328(a) and 330; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and due and proper notice of the Application having been provided with no responsive pleading filed and the Court approving the Application; it is therefore:

**ORDERED** that the Application is granted.

**IT IS FURTHER ORDERED** that the Firm is granted a first interim compensation award of in the amount of $123,688.75 for 501.65 professional service hours provided to the Debtors during the period of October 3, 2018 to March 31, 2019 (the "Fee Period") and the reimbursement of out-of-pocket expenses in the amount of $16,653.01 incurred during the Fee Period as allowed pursuant to 11 U.S.C. §§ 327, 330 and 331.

###

This order was prepared and submitted by:

Greta M. Brouphy, La. Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3300
Fax: 504-299-3399
Email: gbrouphy@hellerdraper.com

**Attorneys for the Debtors**

{00368470-1}

```
                        United States Bankruptcy Court
                         Western District of Louisiana
In re:                                                    Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                        Chapter 11
Lady Eve, L.L.C.
        Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0536-4          User: kcarpente          Page 1 of 1          Date Rcvd: Jun 05, 2019
                              Form ID: pdf8            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2019.
```
db          +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db          +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
aty         +Heller Draper Patrick Horn & Manthey, LLC,    650 Poydras Street,    Suite 2500,
              New Orleans, LA 70130-6175
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr              DIP
                                                                           TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2019 at the address(es) listed below:
```
              Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
              Benjamin W. Kadden    on behalf of Defendant Steve  Miguez bkadden@lawla.com,
               mnguyen@lawla.com
              David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
               plaisance@carverdarden.com
              Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
               kfritscher@hellerdraper.com;lcollins@hellerdraper.com
              Gail Bowen McCulloch    on behalf of U.S. Trustee Office of   U. S. Trustee gail.mcculloch@usdoj.gov
              Greta M. Brouphy    on behalf of Attorney    Heller Draper Patrick Horn & Manthey, LLC
               gbrouphy@hellerdraper.com
              James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
               mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
              Meredith S. Grabill    on behalf of Defendant Steve  Miguez mgrabill@lawla.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
               clary@carverdarden.com
              Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
              Stewart F. Peck    on behalf of Defendant Steve  Miguez speck@lawla.com,
               erosenberg@lawla.com;ymaranto@lawla.com
              William Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
               egnormand@ohllc.com
                                                                                             TOTAL: 13
```