# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**FEE APPLICATION SUMMARY: FINAL APPLICATION OF
HELLER, DRAPER, PATRICK, HORN, & MANTHEY, LLC**

**FEE APPLICATION SUMMARY**

I. CLIENT – Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, as debtors and debtors-in-possession

II. REQUESTING APPLICANT/FIRM – Heller, Draper, Patrick, Horn, & Manthey, LLC

III. TOTAL AMOUNT OF FEES AND EXPENSES REQUESTED -

  a. Interim Fees: $36,451.25
  b. Expenses: $7,928.92
  c. Time period covered: April 1, 2019 through May 28, 2019
  d. Administrative Expense Claim: $184,721.93:

- representing: (a) $123,688.75 for 501.65 professional service hours and $16,653.01 in out-of-pocket expenses approved on interim bases by Order dated June 5, 2019 [R. Doc. 240]; and (b) $36,451.25 for 141.40 professional service hours and $7,928.92 in out-of-pocket expenses subject to this Court's approval of this Application.

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00368967-1}

1

IV.   BREAKOUT OF CURRENT APPLICATION

| Professional | Capacity | Year Admitted | Rate | Hours | Total Fee |
|---|---|---|---|---|---|
| Douglas S. Draper | Member | LA 1975 | $375.00 | 36.85 | $13,318.75 |
| Douglas S. Draper (travel) | | | $187.50 | 10.00 | $1,870.50 |
| Leslie A. Collins | Partner | LA 1984 | $350.00 | 18.30 | $6,405.00 |
| Greta M. Brouphy | Associate | LA 1999 | $325.00 | 29.90 | $9,717.50 |
| Kelly Fritscher | Paralegal | | $100.00 | 24.20 | $2,420.00 |
| Deborah Hepting | Paralegal | | $100.00 | 22.15 | $2,215.00 |
| **Total** | | | | **141.40** | **$36,451.25** |
| **Blended Rate** | | | **$257.79** | | |

| Expense Category | Amount |
|---|---|
| Reproduction Expense | $6,182.93 |
| Mileage/Parking/Tolls | $435.44 |
| Court Costs | $1,192.00 |
| Reproduction/Color Copies | $24.75 |
| Computer Research/Services | $93.80 |
| **Total** | **$7,928.92** |

V.   SUMMARY OF BILLLING CATEGORIES:

Administration:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | 2.90 | $1,087.50 |
| Greta M. Brouphy | $325.00 | 2.0 | $65.00 |
| Kelly Fritscher | $100.00 | 24.20 | $2,420.00 |
| Deborah Hepting | $100.00 | 6.00 | $600.00 |
| **Total** | | **33.30** | **$4,172.50** |
| **Blended Rate** | **$125.30** | | |

Plan and Disclosure Statement:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | 21.90 | $8,212.50 |
| Leslie A. Collins | $350.00 | 13.10 | $4,585.00 |
| Greta M. Brouphy | $325.00 | 8.70 | $2,827.50 |
| Deborah Hepting | $100.00 | 13.35 | $1,335.00 |
| **Total** | | **57.05** | **$16,960.00** |
| **Blended Rate** | **$297.28** | | |

Client Communication:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | .30 | $112.50 |
| Greta M. Brouphy | $325.00 | 6.60 | $2,145.00 |
| **Total** | | **6.90** | **$2,257.50** |
| **Blended Rate** | **$327.17** | | |

Other:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper | $375.00 | 11.75 | $4,406.25 |
| Leslie A. Collins | $350.00 | 3.20 | $1,120.00 |
| Deborah Hepting | $100.00 | 2.80 | $280.00 |
| **Total** | | **17.75** | **$5,806.25** |
| **Blended Rate** | **$327.11** | | |

Retention and Payment of Professionals:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Leslie A. Collins | $350.00 | 2.00 | $700.00 |
| Greta M. Brouphy | $325.00 | 14.40 | $4,680.00 |
| **Total** | | **16.40** | **$5,380.00** |
| **Blended Rate** | **$328.05** | | |

Travel:

| Professional | Rate | Hours | Total Fee |
|---|---|---|---|
| Douglas S. Draper (travel) | $187.50 | 10.00 | $1,870.50 |
| **Total** | | **10.00** | **$1,870.50** |
| **Blended Rate** | **$187.50** | | |