# HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

## *Statement*

Mr. Steven, L.L.C., et al
107 Hwy 90 West
New Iberia  LA  70560

Attn: Steven J. Miguez, Manager

Page: 1
May 01, 2019

Account No:   3903-19710M
Statement No:   45942

Chapter 11

***Payments received on or after June 1, 2019 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

### Fees

| | | Hours |
|---|---|---:|
| **04/01/2019** | | |
| DSD | Work on Plan and Disclosure Statement. | 3.10 |
| DSD | Telephone conference with S. Peck. | 0.20 |
| DSD | Telephone conference with  B. Miguez. | 0.10 |
| DSD | Telephone conference with Ryan. | 0.20 |
| DSD | Telephone conference with M. Grabill regarding Plan. | 0.40 |
| DSD | Telephone conference with D. Waguespack regarding Plan. | 0.30 |
| DSD | Receive and review revised Plan from D. Waguespack. | 0.60 |
| DSD | Receive and review e-mail from S. Peck with revised Settlement Agreement and respond. | 0.20 |
| DSD | Receive and review e-mail from S. Peck with additional changes to Settlement Agreement. | 0.10 |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  | Hours |
|---|---|---|
| DSD | Receive and review revisions of Plan from M. Grabill. | 0.30 |
| DSD | Receive and review e-mail from B. Kadden regarding deadlines. | 0.20 |
| DSD | Receive and review e-mail from R. Landry with updated figures for Settlement Agreement. | 0.30 |
| DSD | Receive and review additional Plan changes from D. Waguespack. | 0.20 |
| DSD | Receive and review emails regarding wire attempt. | 0.10 |
| DSD | Receive and review revised Agreement from D. Waguespack and respond. | 0.30 |
| DSD | Finalize Plan for filing. | 1.50 |
| **04/02/2019** | | |
| DSD | Telephone conference with B. Miguez. | 0.10 |
| DSD | Receive and review e-mail from S. Peck with redline of Settlement Agreement. | 0.20 |
| DSD | E-mail D. Waguespack and S. Peck regarding bidder to get price up. | 0.20 |
| DSD | E-mail R. Clemons with SeaCor Marine requesting APA. | 0.30 |
| DSD | E-mail D. Waguespack and S. Peck regarding APA. | 0.30 |
| **04/03/2019** | | |
| DSD | Review Designation of Record. | 0.60 |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  | Hours |
|---|---|---|
| DSD | E-mail B. Miguez and S. Peck regarding still no APA. | 0.10 |
| DSD | E-mail D. Waguespack regarding list of companies to contact. | 0.30 |
| DSD | Telephone conference with B. Miguez. | 0.10 |
| DSD | Telephone conference with S. Peck. | 0.20 |

04/05/2019

| DSD | Receive and review e-mail from S. Skinner with draft APA. | 0.40 |
| DSD | Exchange of emails regarding APA. | 0.20 |

04/08/2019

| DSD | Work on APA. | 0.40 |
| DSD | Receive and review revised APA from S. Peck. | 0.30 |
| DSD | Exchange emails with S. Peck regarding Settlement Agreement. | 0.30 |
| DSD | Review Settlement Agreement previously filed with Plan. | 0.30 |
| DSD | Receive and review e-mail from C. Tizzard regarding  Seacor - making it liable for their pro rata portion if assessed. | 0.30 |
| DSD | E-mail S. Peck regarding D. Waguespack's comments to APA and exchange of emails regarding same. | 0.70 |
| DSD | E-mail D. Waguespack regarding APA. | 0.10 |
| DSD | Receive and review e-mail from R. Landry |  |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  |  | Hours |
|---|---|---|---|
|  |  | regarding Affidavits and respond. | 0.60 |
| 04/09/2019 |  |  |  |
|  | DSD | Telephone conference with S. Peck regarding Purchase and Sale Agreement. | 0.25 |
|  | DSD | Exchange emails regarding Paxton White. | 0.20 |
|  | DSD | Telephone conference with S. Wells. | 0.10 |
|  | DSD | Telephone conference with Guice's counsel. | 0.20 |
|  | DSD | E-mail S. Peck regarding discussion with counsel for Guice. | 0.30 |
| 04/10/2019 |  |  |  |
|  | DSD | Telephone conference with Mr. Montague, counsel for SpaceX. | 0.10 |
|  | DSD | Telephone conference with Stephanie with Seacor (counsel) and S. Peck. | 0.40 |
|  | DSD | Telephone conference with B. Miguez. | 0.20 |
|  | DSD | Telephone conference with S. Peck. | 0.20 |
|  | DSD | Receive and review e-mail from S. Skinner with revised Purchase Agreement. | 0.30 |
|  | DSD | Receive and review Affidavit of S. Arsement executed, from R. Landry. | 0.50 |
|  | DSD | Exchange emails with S. Peck regarding signing of APA. | 0.20 |
| 04/11/2019 |  |  |  |
|  | DSD | Telephone conference with S. Skinner regarding Motion to Sell. | 0.20 |

Mr. Steven, L.L.C., et al

Account No:     3903-19710M
Statement No:          45942

Chapter 11

| | | | Hours |
|---|---|---|---|
| | DSD | Receive and review correspondence from S. Wells regarding Guice - payments due under the Charter Agreement. | 0.30 |
| | DSD | Multiple emails to and from S. Peck regarding APA. | 0.50 |
| | DSD | Multiple emails to and from S. Skinner regarding APA. | 0.60 |
| | DSD | E-mail client Seacor is back in per S. Skinner. | 0.10 |
| | DSD | Receive and review signed APA from S. Peck. | 0.40 |
| 04/12/2019 | | | |
| | DSD | Revise Disclosure Statement. | 0.60 |
| | DSD | Receive and review e-mail from G. McCulloch regarding Disclosure Statement. | 0.20 |
| 04/15/2019 | | | |
| | DSD | Telephone conference with G. McCulloch. | 0.20 |
| | DSD | Telephone conference with S. Peck. | 0.70 |
| | DSD | Exchange of emails regarding Compromise and Settlement. | 0.30 |
| | DSD | Receive and review e-mail from C. Tizzard with Bareboat Charter on Mr. Steven. | 0.40 |
| | DSD | Receive and review Guice objections from S. Peck. | 0.30 |
| | DSD | Prepare for hearing tomorrow. | 0.40 |
| | DSD | E-mail S. Peck regarding Disclosure Statement. | 0.30 |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  |  | Hours |
|---|---|---|---|
|  | DSD | Exchange of emails with S. Skinner regarding going forward. | 0.20 |
| 04/16/2019 | DSD | Travel to and from Lafayette @one-half rate. | 5.00 |
|  | DSD | Court appearance. | 1.00 |
| 04/17/2019 | DSD | Receive and review e-mail from D. Waguespack with revised Order and respond. | 0.20 |
|  | DSD | Receive and review executed Settlement Agreement from D. Waguespack. | 0.30 |
|  | DSD | Receive and review signed Order from Judge Kolwe regarding settlement. | 0.40 |
|  | DSD | Receive and review e-mail from S. Peck with Master Management Agreement - Lady Glenda. | 0.30 |
|  | DSD | E-mail Messrs. Segrist, Waguespack and Peck regarding Settlement Agreement. | 0.20 |
|  | DSD | E-mail Court regarding 9019 Order. | 0.10 |
|  | DSD | Exchange of emails regarding wiring instructions. | 0.10 |
|  | DSD | Exchange of emails with R. Landry. | 0.10 |
| 04/22/2019 | DSD | Work on Order Authorizing Sale of Assets. | 0.40 |
|  | DSD | Receive and review e-mail from D. Waguespack with draft Release of Ship Mortgage and exchange of emails regarding |  |

Mr. Steven, L.L.C., et al

Chapter 11

| | | Hours |
|---|---|---|
| | same. | 0.20 |
| DSD | Receive and review e-mail from S. Skinner with revised Release of Mortgage. | 0.10 |
| DSD | Work on Order regarding Sale of Assets. | 0.20 |
| **04/24/2019** | | |
| DSD | Receive and review e-mail from D. Waguespack with revised order Authorizing Sale of Assets. | 0.30 |
| DSD | Receive and review e-mail from D. Waguespack regarding Disclosure Statement. | 0.20 |
| DSD | Receive and review e-mail from S. Stein regarding Order Requiring Filing of Corporate Ownership Statements. | 0.20 |
| DSD | Follow-up e-mails to S. Skinner regarding Order Authorizing Sale of Assets. | 0.20 |
| DSD | Exchange of emails regarding Disclosure Statement changes from G. McCulloch. | 0.30 |
| **04/25/2019** | | |
| DSD | Receive and review Escrow Agreement from B. Kadden. | 0.30 |
| **04/26/2019** | | |
| DSD | E-mail S. Skinner regarding Bill of Sale. | 0.10 |
| DSD | Receive and review signed Order regarding Sale Motion. | 0.10 |
| DSD | Exchange of emails regarding SBN wire. | 0.10 |
| **04/29/2019** | | |
| DSD | Receive and review e-mail from B. Kadden | |

Page: 8
May 01, 2019
Mr. Steven, L.L.C., et al
Account No:       3903-19710M
Statement No:           45942

Chapter 11

| | | Hours |
|---|---|---:|
| | with Unanimous Consent Authorizing Sale of Mr. Steven and respond. | 0.30 |
| DSD | Receive and review e-mail from S. Skinner with Form of Protocol of Delivery and Acceptance draft. | 0.30 |
| DSD | Telephone conference with B. Kadden. | 0.20 |
| DSD | Receive and review emails regarding Satisfaction of Mortgage. | 0.10 |
| 04/30/2019 | | |
| DSD | Receive and review e-mail from S. Peck regarding Mortgage Release. | 0.40 |
| | Douglas S. Draper | 34.45 |
| 04/08/2019 | | |
| LAC | Work on APA. | 2.60 |
| 04/10/2019 | | |
| LAC | Work on Accountant Application to Employ and Order. | 2.00 |
| 04/12/2019 | | |
| LAC | Revise Disclosure Statement. | 1.50 |
| 04/22/2019 | | |
| LAC | Finalize Mr. Steven's Sale of Assets. | 0.60 |
| | Leslie A. Collins | 6.70 |
| 04/01/2019 | | |
| DH | Search docket for Disclosure Statement information. | 0.50 |
| DH | Telephone conference with L. Collins regarding changes to Plan and Disclosure Statement. | 0.20 |

Mr. Steven, L.L.C., et al

Account No:     3903-19710M
Statement No:          45942

Chapter 11

|  |  | Hours |
|---|---|---|
| DH | Work on Plan. | 1.00 |
| DH | Work on Disclosure Statement. | 1.00 |
| DH | Multiple exchange of emails with D. Waguespack. | 0.20 |
| DH | Redline Plan and Disclosure Statement for L. Collins and D. Draper. | 0.20 |
| DH | E-mail redline of Disclosure Statement to S. Peck. | 0.10 |
| DH | Telephone conference with D. Draper and e-mail D. Waguespack redline of Plan and Disclosure Statement. | 0.20 |
| DH | Continuing revising Plan with changes from D. Draper, M. Grabill and D. Waguespack. | 2.00 |
| DH | Continuing revising Disclosure Statement with changes from M. Grabill, D. Waguespack and D. Draper. | 2.00 |
| DH | Redline Plan and Disclosure Statement and e-mail working group. | 0.20 |

04/02/2019
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket numbers 188 and 189 and print a copy of same for D. Draper. | 0.40 |

04/04/2019
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 197 and print a copy of same for D. Draper. | 0.20 |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  | Hours |
|---|---|---|
| **04/08/2019** | | |
| DH | Search for Compromise and Settlement Agreement for D. Draper and retrieve same. | 0.20 |
| DH | Work on APA. | 1.00 |
| DH | Redline APA and e-mail same to S. Peck. | 0.20 |
| **04/10/2019** | | |
| DH | Receive and review Affidavit of Arsement. | 0.10 |
| DH | Revise Application to Employ Arsement, Order and Notice and compile same for D. Draper. | 0.50 |
| DH | Additional revisions to Application to Employ Arsement and compile for filing. | 0.50 |
| **04/11/2019** | | |
| DH | Receive and review e-mail from D. Draper regarding Motion to Sell, search for Motion and related pleadings and e-mail S. Skinner same. | 0.40 |
| **04/12/2019** | | |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket numbers 202 and 203 and print a copy of same for D. Draper. | 0.40 |
| DH | Redline Disclosure Statement per D. Draper showing his changes and e-mail G. McCulloch same. | 0.25 |
| **04/15/2019** | | |
| DH | Two calls to Court regarding hearing tomorrow. | 0.20 |

Mr. Steven, L.L.C., et al
May 01, 2019

Account No:     3903-19710M
Statement No:          45942

Chapter 11

| | | Hours |
|---|---|---|
| DH | Compile pleadings for D. Draper for hearing tomorrow. | 0.20 |
| **04/16/2019** | | |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 204 and print a copy of same for D. Draper. | 0.20 |
| **04/17/2019** | | |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 205 and print a copy of same for D. Draper. | 0.20 |
| DH | Telephone conference with Court regarding Order regarding Settlement and Compromise and check docket. | 0.10 |
| DH | Receive and review Order and e-mail Messrs. Wells, Waguespack and Peck. | 0.20 |
| **04/22/2019** | | |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket numbers 206, 207, 208, 209, 210 and 211 and regarding #19-0361 - docket number 12 and print a copy of same for D. Draper. | 1.40 |
| DH | Work on Order granting Motion Authorizing Sale of Assets. | 1.00 |
| **04/23/2019** | | |
| DH | Work on Order Authorizing Sale. | 0.60 |
| DH | Send draft Order to S. Skinner, D. Waguespack and S. Peck for review. | 0.10 |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  | Hours |
|---|---|---|
| 04/26/2019 |  |  |
| DH | Telephone conference with Stuart with Judge Kolwe's office regarding Sale Order and e-mail D. Draper regarding same. | 0.20 |
| 04/29/2019 |  |  |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 221 and print a copy of same for D. Draper. | 0.20 |
|  | Deborah Hepting | 16.35 |
| 04/03/2019 |  |  |
| GMB | Draft notice of appeal designation for Mr. Steven, finalize for filing. | 0.30 |
| GMB | Draft notice of appeal designation for Mr. Row, finalize for filing. | 0.30 |
| GMB | Draft notice of appeal designation for Mr. Mason, finalize for filing. | 0.30 |
| GMB | Draft notice of appeal designation for Lady Brandi, finalize for filing. | 0.30 |
| GMB | Exchange emails with D. Draper regarding issues for appeal in notices of appeal designations. | 0.50 |
| 04/10/2019 |  |  |
| GMB | Telephone conference with G. McCullough regarding proposed disclosure statement and release of claim provisions. | 0.20 |
| 04/11/2019 |  |  |
| GMB | Receive and review email G. McCullough regarding proposed release provisions in the plan. | 0.10 |

Mr. Steven, L.L.C., et al

Chapter 11

| | | | Hours |
|---|---|---|---|
| **04/16/2019** | | | |
| | GMB | Draft order approving 9019 motion, exchange multiple emails with D. Waguespack, S. Peck and P. Segrist and S. Wells, followup on the parties' response to same. | 1.00 |
| | GMB | Follow up on status of appeals in light of 9019 and settlement. | 0.10 |
| | GMB | Email to parties with change to 9019 order per S. Peck. | 0.40 |
| | GMB | Work on fee application. | 1.00 |
| **04/17/2019** | | | |
| | GMB | Draft motion and order withdrawing appeal for Mr. Steven, Mr. Row, Mr. Mason and Lady Brandi. | 3.20 |
| | GMB | Email to D. Waguespack seeking approval of all motions and orders to withdraw appeals. | 0.20 |
| | GMB | Work on fee application. | 2.00 |
| **04/23/2019** | | | |
| | GMB | Multiple telephone conferences with G. McCullough regarding Disclosure Statement and Ballot. | 0.30 |
| | GMB | Work on amendments to Disclosure Statement per telephone conference with G. McCullough. | 0.80 |
| | GMB | Receive and review and revise Ballots for Classes 3 and 5. | 0.50 |
| | GMB | Receive and review Monthly Operating Reports for debtors for March 2018. | 0.20 |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  | Hours |
|---|---|---|
| GMB | Work on fee applications. | 1.00 |

**04/24/2019**

| GMB | Work on amendment to Disclosure Statement as requested by D. Waguespack, exchange emails with parties regarding same. | 0.50 |
|---|---|---|

**04/26/2019**

| GMB | Work on splitting billable hours into required US Trustee billing categories. | 4.00 |
|---|---|---|

**04/29/2019**

| GMB | Work on Fee Application. | 3.00 |
|---|---|---|

**04/30/2019**

| GMB | Draft first interim fee application. | 3.00 |
|---|---|---|
|  | Greta M. Brouphy | 23.20 |

**04/01/2019**

| KF | Modify and file via ECF Amended Plan and Amended Disclosure Statement. | 1.20 |
|---|---|---|
| KF | Review file; email D. Draper and G. Brouphy regarding status of certain motions/orders. | 0.40 |

**04/02/2019**

| KF | Receive and review Order regarding expedited hearing on 9019 Motion; cause service; prepare and file certificate of service. | 0.40 |
|---|---|---|
| KF | Telephone conference with Jennifer from Bourgeois's office regarding bar date; research same; prepare email to D. Draper and G. Brouphy regarding same. | 0.30 |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  |  | Hours |
|---|---|---|---|
| 04/03/2019 | | | |
|  | KF | Receipt and review of request for information, research records/files retrieve requested documents & forward same to D. Draper and R. Landry regarding redlines of Amended Plan and Amended Disclosure Statement. | 0.40 |
| 04/05/2019 | | | |
|  | KF | Review docket sheet; compare to pleadings received; download missing pleadings from internet and/or request copies of pleadings from court regarding Designation of Record/Statement of Issues in Appeal case for Mr. Steven. | 0.50 |
|  | KF | Review docket sheet; compare to pleadings received; download missing pleadings from internet and/or request copies of pleadings from court regarding Designation of Record/Statement of Issues in Appeal case for Mr. Row. | 0.50 |
|  | KF | Review docket sheet; compare to pleadings received; download missing pleadings from internet and/or request copies of pleadings from court regarding Designation of Record/Statement of Issues in Appeal case for Mr. Mason. | 0.50 |
|  | KF | Review docket sheet; compare to pleadings received; download missing pleadings from internet and/or request copies of pleadings from court regarding Designation of Record/Statement of Issues in Appeal case for Lady Brandi. | 0.50 |
| 04/08/2019 | | | |
|  | KF | Receive and review transcripts for district | |

Mr. Steven, L.L.C., et al

Chapter 11

| | | | Hours |
|---|---|---|---|
| | | court appeal. | 0.20 |
| 04/10/2019 | KF | Modify and file via ECF Application and Notice of Hearing to Employ Arsement Redd as Accountants; cause service; prepare and file certificate of service. | 0.50 |
| | KF | Telephone conference with Clerk of Court regarding Interim Order for Application to Employ Arsement Redd. | 0.20 |
| 04/15/2019 | KF | Receive and review emails regarding Settlement Agreement to Plan. | 0.30 |
| 04/17/2019 | KF | Receive, review and upload Order granting amended 9019 Motion with Guice regarding payments. | 0.30 |
| | KF | Modify and file via ECF Motion to Withdraw Notice of Appeal in District Court; submit Order (Mr. Steven). | 0.50 |
| | KF | Modify and file via ECF Motion to Withdraw Notice of Appeal in District Court; submit Order (Mr. Mason). | 0.50 |
| | KF | Modify and file via ECF Motion to Withdraw Notice of Appeal in District Court; submit Order (Mr. Row). | 0.50 |
| | KF | Modify and file via ECF Motion to Withdraw Notice of Appeal in District Court; submit Order (Lady Brandi). | 0.50 |
| 04/18/2019 | KF | Receive and review Disclosure Statement; |  |

|  |  |  | Hours |
|---|---|---|---|
|  |  | begin preparation of Official Ballot. | 0.50 |
| 04/23/2019 | KF | Review all docket sheets; compare to pleadings received; download missing pleadings from internet and/or request copies of pleadings from court; update chart. | 0.40 |
|  | KF | Prepare Ballot for Class 3 (Lenders). | 0.40 |
|  | KF | Prepare Ballot for Class 5 (Equity Interests). | 0.40 |
|  | KF | Modify and file via ECF Amended Disclosure Statement; prepare and file Notice of Non-Voting Status; and gather/cause service of solicitation package, | 1.80 |
| 04/24/2019 | KF | Prepare and file certificate of service for solicitation package. | 0.50 |
|  | KF | Prepare and file certificate of service for Order regarding 9019 Motion with SBN V FNBC. | 0.30 |
|  | KF | Modify and file via ECF Monthly Operating Report for March 2019 (Mr. Steven). | 0.40 |
|  | KF | Modify and file via ECF Monthly Operating Report for March 2019 (Mr. Blake). | 0.40 |
|  | KF | Modify and file via ECF Monthly Operating Report for March 2019 (Mr. Mason). | 0.40 |
|  | KF | Modify and file via ECF Monthly Operating Report for March 2019 (Mr. Ridge). | 0.40 |

Mr. Steven, L.L.C., et al

Chapter 11

| | | Hours | |
|---|---|---|---|
| KF | Modify and file via ECF Monthly Operating Report for March 2019 (Mr. Row). | 0.40 | |
| KF | Modify and file via ECF Monthly Operating Report for March 2019 (Lady Brandi). | 0.40 | |
| KF | Modify and file via ECF Monthly Operating Report for March 2019 (Lady Glenda). | 0.40 | |
| KF | Modify and file via ECF Monthly Operating Report for March 2019 (Lady Eve). | 0.40 | |
| KF | Modify and upload Sale Order. | 0.30 | |
| KF | Modify and file via ECF Amended Disclosure Statement (new D. Waguespack changes); cause service; prepare and file certificate of service. | 0.50 | |
| 04/26/2019 | | | |
| KF | Review and analyze pleadings and correspondence for content; index and update files. | 0.40 | |
| | Kelly Fritscher | 16.90 | |
| | For Current Professional Services Rendered | 97.60 | 26,128.75 |

Recapitulation

| Timekeeper | Hours | Total |
|---|---|---|
| Douglas S. Draper | 34.45 | $12,918.75 |
| Leslie A. Collins | 6.70 | 2,345.00 |
| Deborah Hepting | 16.35 | 1,635.00 |
| Greta M. Brouphy | 23.20 | 7,540.00 |
| Kelly Fritscher | 16.90 | 1,690.00 |

Mr. Steven, L.L.C., et al

Chapter 11

## Expenses

| | | |
|---|---|---:|
| 04/01/2019 | Computer Research Services - Pacer - 01/01/2019 through 03/31/2019 | 93.80 |
| 04/01/2019 | Reproduction | 24.75 |
| | Total Expenses | 118.55 |

## Advances

| | | |
|---|---|---:|
| 04/01/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 696 A copies - straight run, 58 Mailouts Postage | 194.30 |
| 04/01/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 1580 A copies - straight run, 79 Mailouts  & Postage | 346.02 |
| 04/01/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 395 A copies - straight run, 79 Mailouts  & Postage | 152.47 |
| 04/01/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 118 A copies - straight run, 59 Mailouts  & Postage | 92.63 |
| 04/01/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 924 A copies - Straight Run - 77 Mailouts & Postage | 257.95 |
| 04/01/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 13338 A copies - Straight Run - 78 Mailouts & Postage | 2,109.12 |
| 04/02/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 649 A copies - Straight Run - 59 Mailouts & Postage | 182.31 |
| 04/08/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from Covington to New Orleans (43.8 miles @ $.58/mile) | 25.40 |
| 04/08/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from New Orleans to Covington (43.8 miles @ $.58/mile) | 25.40 |
| 04/08/2019 | Court Costs (4343.00) Regions Bank - USBC-LA file fee for 4 Notices of Appeal of Orders granting Motions to Lift Stay 3/20/19 | 1,192.00 |

Mr. Steven, L.L.C., et al

Chapter 11

| | | |
|---|---|---:|
| 04/10/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from Covington to New Orleans (43.8 miles @ $.58/mile) | 25.40 |
| 04/10/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from New Orleans to Covington (43.8 miles @ $.58/mile) | 25.40 |
| 04/10/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 1180 A copies - Straight Run - 59 Mailouts & Postage | 258.42 |
| 04/15/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from New Orleans to Covington (43.8 miles @ $.58/mile) | 25.40 |
| 04/15/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from Covington to New Orleans (43.8 miles @ $.58/mile) | 25.40 |
| 04/16/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from Covington to Lafayette (122 miles @ $.58/mile) | 70.76 |
| 04/16/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from Lafayette to Covington (122 miles @ $.58/mile) | 70.76 |
| 04/16/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 426 A copies - straight run, 71 Mailouts & Postage | 144.84 |
| 04/17/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 649  A copies - Straight Run - 59 Mailouts & Postage | 182.31 |
| 04/24/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 150 A copies - straight run, 1 Mailouts & Postage | 25.18 |
| 04/24/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 150 A copies - straight run, 1 Mailouts & Postage | 20.18 |
| 04/24/2019 | Reproduction Expense (900.00) Choice Professional Overnight - 11100 A copies - straight run, 74 Mailouts & Postage | 1,830.02 |
| | Total Advances | 7,281.67 |

Mr. Steven, L.L.C., et al

Chapter 11

| | |
|---|---|
| Current Balance | 33,528.97 |
| Previous Balance | $129,841.76 |
| Total Balance Due | $163,370.73 |

Your trust account #1 balance is

| | |
|---|---|
| Opening Balance | $19,500.00 |
| Closing Balance | $19,500.00 |

# HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.

650 Poydras Street, Suite 2500

New Orleans, Louisiana 70130-6103

(504) 299-3300

Fed. I.D. # 72-1421930

# *Statement*

Mr. Steven, L.L.C., et al
107 Hwy 90 West
New Iberia  LA  70560

Attn: Steven J. Miguez, Manager

|  | |
|---|---|
| Page: | 1 |
| | June 01, 2019 |
| Account No: | 3903-19710M |
| Statement No: | 45969 |

Chapter 11

***Payments received on or after June 1, 2019 will
be reflected on your next statement.
Please reference the appropriate account number
on all payments.***

***Thank You.***

<u>Fees</u>

|  |  |  | Hours |
|---|---|---|---|
| 05/08/2019 | | | |
| | DSD | Receive and review e-mail from D. Waguespack with Guaranty for Iberia Crewboat. | 0.20 |
| 05/13/2019 | | | |
| | DSD | Telephone conference with G. McCulloch regarding Plan changes. | 0.30 |
| | DSD | Work on and review Plan. | 0.20 |
| | DSD | Receive and review e-mail from D. Waguespack regarding Ballot. | 0.10 |
| 05/16/2019 | | | |
| | DSD | Receive and review e-mail from B. Kadden with recorded Release. | 0.10 |
| | DSD | Receive and review e-mail from D. Waguespack with attachments: (i) Amendment to the Note; (ii) Amendment to the Loan Agreement; (iii) Security Agreement; (iv) Assignment of Charter; (v) Consent; and (vi) Certification. | 2.00 |

Mr. Steven, L.L.C., et al

Chapter 11

| | | Hours |
|---|---|---|
| **05/20/2019** | | |
| DSD | Work on Declaration of Miguez. | 1.00 |
| DSD | Prepare for Plan Confirmation tomorrow. | 0.30 |
| DSD | Receive and review e-mail from S. Peck with redline of documents showing his changes. | 0.30 |
| DSD | Receive and review e-mail from S. Peck with revised Security Agreement and respond. | 0.20 |
| DSD | E-mail working group regarding confirmation hearing tomorrow. | 0.30 |
| DSD | E-mail Ryan regarding payments. | 0.10 |
| DSD | Telephone conference with S. Peck. | 0.20 |
| **05/21/2019** | | |
| DSD | Travel to / from Lafayette. | 5.00 |
| DSD | Court appearance - Plan Confirmation. | 1.00 |
| **05/22/2019** | | |
| DSD | Work on Confirmation Order. | 0.30 |
| DSD | Receive and review e-mail from D. Waguespack with Deposit Control Agreement. | 0.20 |
| **05/23/2019** | | |
| DSD | Finalize Confirmation Order and revised Plan. | 0.40 |
| **05/24/2019** | | |
| DSD | Receive and review e-mail from D. Waguespack with Allonge. | 0.20 |
| | Douglas S. Draper | 12.40 |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  | Hours |
|---|---|---|
| 05/08/2019 | | |
| LAC | Review closing documents. | 4.00 |
| 05/13/2019 | | |
| LAC | Work on Plan. | 2.40 |
| 05/20/2019 | | |
| LAC | Work on Declaration of Miguez. | 3.60 |
| 05/22/2019 | | |
| LAC | Draft Confirmation Order. | 1.60 |
| | Leslie A. Collins | 11.60 |
| 05/10/2019 | | |
| DH | E-mail parties regarding no appearance is necessary on Tuesday at hearing on Arsement Employment. | 0.20 |
| 05/14/2019 | | |
| DH | Work on Plan per G. McCulloch and redline same. | 0.60 |
| DH | Draft Immaterial Plan Modification for filing with Court. | 1.00 |
| DH | Telephone conference with D. Draper regarding Plan Modification and e-mail G. McCulloch and D. Waguespack Plan Modification and Exhibit for review. | 0.20 |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 225 and print a copy of same for D. Draper. | 0.20 |
| DH | Draft Order regarding Immaterial Plan Modification for submitting to Court. | 0.30 |

Mr. Steven, L.L.C., et al

Chapter 11

| | | Hours |
|---|---|---|
| 05/17/2019 | | |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 230 and print a copy of same for D. Draper. | 0.20 |
| 05/20/2019 | | |
| DH | Draft Declaration in Support of Plan Confirmation. | 0.80 |
| 05/21/2019 | | |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket numbers 232 and 233 and print a copy of same for D. Draper. | 0.40 |
| 05/22/2019 | | |
| DH | Work on Confirmation Order. | 0.70 |
| 05/23/2019 | | |
| DH | Work on Confirmation Order and Plan. | 1.00 |
| 05/24/2019 | | |
| DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 234 and print a copy of same for D. Draper. | 0.20 |
| | Deborah Hepting | 5.80 |
| 05/03/2019 | | |
| GMB | Finalize for filing Fee Application (First Interim), receive and review and approve Notice of Hearing. | 1.00 |
| 05/10/2019 | | |
| GMB | Follow up with US Bankruptcy Court regarding hearing on application to employ | |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  |  | Hours |
|---|---|---|---|
|  |  | accountants, receive and review response. | 0.10 |
| 05/13/2019 |  |  |  |
|  | GMB | Work on revisions to Order Approving Application to Employ Accountants for Submission. | 0.30 |
|  | GMB | Telephone conference with G. McCullough regarding Plan issues. | 0.30 |
| 05/20/2019 |  |  |  |
|  | GMB | Draft Declaration in support of Plan Confirmation. | 5.00 |
|  |  | Greta M. Brouphy | 6.70 |
| 05/03/2019 |  |  |  |
|  | KF | Prepare Notice of Hearing for Heller Draper's First Fee Application. | 0.30 |
|  | KF | Modify and file via ECF  Heller Draper's First Fee Application and Notice of Hearing; cause service; prepare and file certificate of service. | 0.80 |
| 05/07/2019 |  |  |  |
|  | KF | Review and analyze pleadings and correspondence for content; index and update files; prepare email to D. Draper and G. Brouphy regarding interim order for DIP Motion; receive and review response. | 0.30 |
|  | KF | Receipt and review of request for information, research records/files retrieve requested documents & forward same to G. Brouphy regarding Monthly Operating Reports for March 2019. | 0.20 |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  | Hours |
|---|---|---|
| **05/09/2019** | | |
| KF | Receipt and review of request for information, research records/files retrieve requested documents and/or information & forward same to D. Draper regarding certain hearing dates, including Plan Confirmation. | 0.20 |
| **05/13/2019** | | |
| KF | Submit Order regarding authorization to employ Arsement Redd. | 0.20 |
| KF | Receive and review D. Waguespack's email regarding revised Class 3 Ballot; prepare and send same. | 0.40 |
| KF | Prepare and forward revised Class 5 Ballot to Equity Interests' attorney. | 0.40 |
| **05/14/2019** | | |
| KF | Receive and review Ballot from SBN V FNBC and Equity Interests. | 0.30 |
| KF | Receive and review Order employing Arsement Redd; cause service; prepare and file certificate of service. | 0.40 |
| KF | Modify and file via ECF Motion for Plan Immaterial Modifications; cause service; prepare and file certificate of service. | 0.50 |
| **05/15/2019** | | |
| KF | Receipt and review of request for information, research records/files retrieve requested documents & forward same to R. Landry regarding order employing Arsement Redd. | 0.20 |
| KF | Prepare draft of Ballot Tabulation; forward | |

Mr. Steven, L.L.C., et al

Chapter 11

|  |  | Hours |  |
|---|---|---|---|
|  | same to attorneys to approve; receive and review permission to file; file same via ECF. | 0.80 |  |
| 05/16/2019 |  |  |  |
| KF | Modify and submit Order regarding Plan Modification. | 0.30 |  |
| 05/17/2019 |  |  |  |
| KF | Receipt and review of request for information, research records/files retrieve requested documents & forward same to D. Draper regarding documents for upcoming confirmation hearing. | 0.80 |  |
| 05/20/2019 |  |  |  |
| KF | Receipt and review of request for information, research records/files retrieve requested documents & forward same to D. Draper regarding additional confirmation documents. | 0.50 |  |
| KF | Telephone conference with D. Draper regarding certain confirmation documents needed for upcoming hearing. | 0.20 |  |
| 05/21/2019 |  |  |  |
| KF | Receive and review recorded release of PSM. | 0.20 |  |
| 05/22/2019 |  |  |  |
| KF | Receive, review and submit Confirmation Order. | 0.30 |  |
|  | Kelly Fritscher | 7.30 |  |
|  | For Current Professional Services Rendered | 43.80 | 11,260.00 |

Mr. Steven, L.L.C., et al

Chapter 11

Recapitulation

| Timekeeper | Hours | Total |
|---|---|---|
| Douglas S. Draper | 12.40 | $3,712.50 |
| Leslie A. Collins | 11.60 | 4,060.00 |
| Deborah Hepting | 5.80 | 580.00 |
| Greta M. Brouphy | 6.70 | 2,177.50 |
| Kelly Fritscher | 7.30 | 730.00 |

Advances

| | | |
|---|---|---|
| 05/07/2019 | Reproduction Expense (1339.00) Docusource - 116 Black/White litigation copies, 116 mailouts & postage | 203.14 |
| 05/21/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from Covington to Lafayette (122 miles @ $.58/mile) | 70.76 |
| 05/21/2019 | Mileage/Parking/Tolls (1142.00) Douglas S. Draper - Travel from Lafayette to Covington (122 miles @ $.58/mile) | 70.76 |
| 05/21/2019 | Reproduction Expense (1339.00) Docusource - 12 pages/ 59 copies Black & White Litigation Copy and 59 Postage & Mailouts | 184.04 |
| | Total Advances | 528.70 |
| | Current Balance | 11,788.70 |
| | Previous Balance | $163,370.73 |
| | Total Balance Due | $175,159.43 |

Your trust account #1 balance is

| | |
|---|---|
| Opening Balance | $19,500.00 |
| Closing Balance | $19,500.00 |