UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

**CERTIFICATE OF SERVICE**

I, Greta M. Brouphy, counsel for Mr. Steven, L.L.C., et al, hereby certify that on July 11, 2019, I caused the *Final Application for Compensation and Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, as Counsel for the Chapter 11 Debtors* [Dkt. #242] and the *Notice of Hearing on Final Application for Compensation and Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, as Counsel for the Chapter 11 Debtors* [Dkt. #243] to be served via ECF Notification to the following:

- Greta M. Brouphy    gbrouphy@hellerdraper.com
- Douglas S. Draper    ddraper@hellerdraper.com, kfritscher@hellerdraper.com;lcollins@hellerdraper.com
- James M. Garner    jgarner@shergarner.com, mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
- Meredith S. Grabill    mgrabill@lawla.com
- Benjamin W. Kadden    bkadden@lawla.com, mnguyen@lawla.com
- William Kaufman    whkaufman@ohllc.com, egnormand@ohllc.com
- Gail Bowen McCulloch    gail.mcculloch@usdoj.gov
- Amanda W. Messa    amanda.messa@phelps.com
- Stewart F. Peck    speck@lawla.com, erosenberg@lawla.com;ymaranto@lawla.com
- Peter James Segrist    segrist@carverdarden.com, clary@carverdarden.com
- Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
- David F. Waguespack    waguespack@carverdarden.com, plaisance@carverdarden.com

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00368969-1}

- Randall Scott Wells    swells@rushing-guice.com

I also caused the *Notice of Hearing on Final Application for Compensation and Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, as Counsel for the Chapter 11 Debtors* [Dkt. #243] to be served on **July 11, 2019**, by Docusource via U.S. First Class Mail, postage prepaid upon the parties listed on the attached mailing matrix.

New Orleans, Louisiana, this 11th day of July, 2019.

>  */s/ Greta M. Brouphy*
> Douglas S. Draper, LA Bar No. 5073
> Leslie A. Collins, LA Bar No. 14891
> Greta M. Brouphy, LA Bar No. 26216
> **HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
> 650 Poydras Street, Suite 2500
> New Orleans, LA  70130-6103
> Office: 504 299-3300/Fax: 504 299-3399
> E-mail:  ddraper@hellerdraper.com
> E-mail:  lcollins@hellerdraper.com
> E-mail:  gbrouphy@hellerdraper.com
>
> ***Counsel for the Debtors***

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0536-4<br>Case 18-51277<br>Western District of Louisiana<br>Lafayette<br>Thu Jul 11 17:10:45 CDT 2019 | ALLEN'S HANDYMAN SERVICE<br>5309 CLAUDE VIATOR RD<br>NEW IBERIA, LA 70560-8775 | Acadiana Diesel Fuel Injection Service<br>c/o its registered agent<br>Doug J. Louviere<br>2615 Jefferson Island Rd<br>New Iberia, LA 70560-9456 |
| Adams & Reese<br>701 Poydras St Ste 4500<br>New Orleans LA 70139-4596 | Amanda W. Messa<br>Phelps Dunbar LLP<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 | Arsement, Redd & Morella<br>701 Robley Drive #200<br>Lafayette, LA 70503-5200 |
| BAYOU STATE MARINE & INDUSTRIAL SUPPLY,<br>PO BOX 343<br>12538 NORTH RD<br>ERATH, LA 70533-5237 | Bayou Electric & Specialty, Inc.<br>c/o its registered agent<br>Stephen S. Drouant<br>1601 Hopkins Street<br>New Iberia, LA 70560-5825 | Benjamin W Kadden |
| Bluetide Communications, Inc.<br>117 Nolan Road<br>Broussard, LA 70518-3212 | Bluetide Communications, Inc.<br>c/o its registered agent<br>Kevin M. Delcambre<br>200 Cummings Road<br>Broussard, LA 70518-3228 | Bow 2 Stern Services, Inc.<br>c/o its registered agent<br>Shane Thibodeaux<br>299 Renee Denise Ct.<br>Theriot, LA 70397-9799 |
| Greta M. Brouphy<br>Heller,Draper,Patrick,Horn & Manthey LLC<br>650 Poydras St., Suite 2500<br>New Orleans, LA 70130-6175 | COASTAL TIMBERS<br>1310 JANE ST<br>NEW IBERIA, LA 70563-1540 | Capital Electric & Supply LLC<br>c/o its registered agent<br>Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 |
| Cummins Midsouth<br>PO Box 842316<br>Dallas, TX 75284-2316 | DIAMOND 'B' INDUSTRIES<br>PO BOX 10310<br>NEW IBERIA, LA 70562-0310 | Deep South Mechanical Services LLC<br>c/o its registered agent<br>Gerard J. Bourgeois<br>PO Box 1688<br>Morgan City, LA 70381-1688 |
| Donovan Marine Services, LLC<br>PO Box 989<br>Amelia, LA 70340-0989 | Douglas S. Draper | FORCE POWER SYSTEMS<br>3799 WEST AIRLINE HIGHWAY<br>PO BOX 536<br>RESERVE, LA 70084-0536 |
| Force Power Systems<br>1983 B. Grand Caillou Rd.<br>Houma, LA 70363-7003 | Guice Offshore, LLC<br>R. Scott Wells, Esq.<br>Rushing & Guice, P.L.L.C.<br>P.O. Box 1925<br>Biloxi, MS 39533-1925 | Guice Offshore, LLC<br>William Kaufman<br>PO Drawer 52606<br>Lafayette LA 70505-2606 |
| Harris & Rufty, L.L.C.<br>c/o its registered agent<br>Alfred J. Rufty, III<br>1831 Octavia St.<br>New Orleans, LA 70115-5659 | Harris & Rufty, LLC<br>650 Poydras Street, Suite 2710<br>New Orleans, LA 70130-6160 | Heller Draper Patrick Horn & Manthey, LLC |
| Iberia Crewboat & Marine<br>Services, L.L.C.<br>C/o Mr. Steve Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Iberia Marine Service, LLC<br>c/o Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JEFF UPHOLSTERY, INC.<br>4506 EAST HIGHWAY 90<br>NEW IBERIA, LA 70560-9016 | Benjamin W. Kadden |
| William Kaufman<br>Ottinger Hebert, LLC<br>1313 West Pinhook Road<br>POD 52606<br>Lafayette, LA 70503-2905 | Kolder Slaven and Company INC<br>POB 9729<br>New Iberia, LA 70562-9729 | Kolder, Slaven & Co.<br>450 E. Main St<br>New Iberia LA 70560-3731 |
| Lady Brandi L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Eve, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Lady Glenda LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Louisiana Department of Revenue<br>Collection Division Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Workforce Commission<br>UI Tax and Adjudications<br>Attn: Bankruptcy Unit<br>PO Box 44127<br>Baton Rouge, LA 70804-4127 |
| M&A Safety Services<br>PO Box 4177<br>Houma, LA 70361-4177 | MARINE SYSTEMS, INC.<br>PO BOX 301284<br>DALLAS, TX 75303-1284 | Madere & Sons Marine Rental, L.L.C.<br>c/o Eugene Madere<br>9266 Highway 23<br>Belle Chasse, LA 70037-2143 |
| Marine Systems, Inc.<br>c/o its registered agent<br>Corporation Service Company<br>501 Louisiana Ave.<br>Baton Rouge, LA 70802-5921 | Gail Bowen McCulloch<br>300 Fannin, Suite 3196<br>Shreveport, LA 71101-3122 | Meredith S. Grabill<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 |
| Amanda W. Messa<br>Phelps Dunbar LLP<br>400 Convention Street, Suite 1100<br>Baton Rouge, LA 70802-5615 | Richard Montague<br>Phelps Dunbar, LLP<br>P. O. Box 16114<br>Jackson, MS 39236-6114 | Mr. Blake LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Mason LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Ridge LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Mr. Row LLC<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 |
| Mr. Steven, L.L.C.<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Oats & Marino<br>100 East Vermillion St Ste 400<br>Lafayette LA 70501-6959 | Office of District Counsel<br>Internal Revenue Service<br>POB 30509<br>New Orleans LA 70190-0509 |
| Stewart F. Peck<br>Lugenbuhl, Wheaton, Peck et al<br>601 Poydras, #2775<br>New Orleans, LA 70130-6041 | Plaquemines Port Harbor<br>8056 Highway 23, 3rd Floor<br>Belle Chasse, LA 70037-2402 | R.S.I. Group, Inc.<br>c/o its registered agent<br>Rosalind Griffin<br>25300 Highway 1<br>Golden Meadow, LA 70357-5332 |

| | | |
|---|---|---|
| SAMMY'S AIR<br>PO BOX 9277<br>NEW IBERIA, LA 70562-9277 | SBN V FNBC LLC<br>c/o David F. Waguespack<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 | SBN V FNBC LLC<br>c/o Peter J. Segrist<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, LA 70163-1102 |
| SBN V FNBC LLC<br>c/o The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Organge St.<br>Wilmington, DE 19801-1196 | SBN V FNBC, LLC<br>1700 Lincoln Street, Suite 2150<br>Denver, CO 80203-4500 | SNB V FNBC, LLC<br>c/o Thomas E. Shuck<br>Parker, Milliken, Clark etc<br>555 S. Flower St., 30th FL<br>Los Angeles, CA 90071-2440 |
| SeaTran Marine, LLC<br>c/o Benjamin W. Kadden<br>[redacted] | SeaTran Marine, LLC<br>c/o Meredith S. Grabill<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 | SeaTran Marine, LLC<br>c/o Stewart F. Peck<br>601 Poydras Street<br>Suite 2775<br>New Orleans, LA 70130-6041 |
| Peter James Segrist<br>Carver Darden et al<br>1100 Poydras Street, Suite 3100<br>New Orleans, LA 70163-1102 | Sewart Supply, Inc<br>7201 LA-182<br>Morgan City, LA 70380 | Sheriff, Iberia Parish<br>300 Iberia St.<br>Suite 120<br>New Iberia LA 70560-4543 |
| Shipyard Service, L.L.C.<br>c/o its registered agent<br>John Sercovich<br>10856 Belle Chasse Hwy.<br>Belle Chasse, LA 70037 | SpaceX<br>c/o Amanda W. Messa<br>Phelps Dunbar LLP<br>P.O. Box 4412<br>Baton Rouge, LA 70821-4412 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 |
| Steven J. Miguez<br>107 Hwy 90 West<br>New Iberia, LA 70560-9485 | Stewart F. Peck<br>Lugenbuhl Wheaton Peck Rankin & Hubbard<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130-6041 | Superior Electrical Service, LLC<br>c/o Jon Derouen<br>13705 Lynnedale Loop<br>Abbeville, LA 70510-8515 |
| Thomas E. Shuck<br>Parker, Milliken, Clark, O'Hara<br>& Samuelian<br>555 S. Flower St., 30th Floor<br>Los Angeles, CA 90071-2440 | Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | UNITED POWER SYSTEMS<br>2975 HIGHWAY 182<br>RACELAND, LA 70394-3770 |
| David F. Waguespack<br>1100 Poydras Street - Energy Centre<br>Suite 3100<br>New Orleans, LA 70163-1102 | Randall Scott Wells<br>P.O. Box 1925<br>Biloxi, MS 39533-1925 | |