UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51277 |
| | § | |
| MR. STEVEN, L.L.C., et al[1] | § | CHAPTER 11 |
| | § | |
| Debtor. | § | JUDGE JOHN W. KOLWE |
| | § | |

## NOTICE OF HEARING ON MOTION FOR FINAL DECREE

**PLEASE TAKE NOTICE** that a *Motion for Final Decree* [R. Doc. 245] ("Motion")[2] has been filed by reorganized Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC seeking an order from the Bankruptcy Court closing the cases as fully administered pursuant to 11 U.S.C. § 350(a) such other and further relief to which it may be justly entitled..

The Motion is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at the address set forth below, or may be obtained via the Court's website at www.lawb.uscourts.gov, or upon written request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **August 20, 2019 at 10:00 a.m.** before the Chief Judge John W. Kolwe, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501.

**PLEASE TAKE FURTHER NOTICE** that any interested party having an objection, opposition or response to the Motion must file a written objection, opposition or response with the Clerk of Court, United States Bankruptcy Court, Western District of Louisiana no later than **seven (7) days before the hearing** and must serve a copy on the undersigned attorneys by that date. If an objection, opposition or response is not timely filed and served as set forth in the previous sentence, the Court may grant the relief requested without hearing.

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

[2] Capitalized terms not defined herein are as defined in the Application.

{00369038-1}

This 30th day of July 2019.

                */s/ Greta M. Brouphy*
                Douglas S. Draper, LA Bar No. 5073
                Leslie A. Collins, LA Bar No. 14891
                Greta M. Brouphy, LA Bar No. 26216
                **HELLER, DRAPER, PATRICK, HORN**
                  **& MANTHEY, L.L.C.**
                650 Poydras Street, Suite 2500
                New Orleans, LA 70130-6103
                Office: 504 299-3300/Fax: 504 299-3399
                E-mail: ddraper@hellerdraper.com
                E-mail: lcollins@hellerdraper.com
                E-mail: gbrouphy@hellerdraper.com

                ***Counsel for the Reorganized Debtors***