# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

**In Re:** Mr. Steven, L.L.C.      **Case No.** 18-51277
(jointly administered)

Debtor(s)      Chapter 11

## CHAPTER 11 FINAL ACCOUNTING

The following is the final accounting concerning this Chapter 11 case which is now fully administered:

(x) Yes ( ) No    Plan Confirmed

( ) Yes (x) No    Small Business

Proposed percentage to be paid to Unsecured Creditors.    % unknown
If you cannot calculate the percentage please put "Unknown"

(x) Yes ( ) No    Have all payments required by the plan to be paid immediately upon confirmation been paid as of this date?

1. Gross Receipts
2. Total Chapter 11 Trustee Compensation    $ 1,708,889.19
   (Sum of all fees and expenses awarded for Trustee)    $ 0.00
3. Total Trustee Attorney Fees
   (Sum of all professional fees and expenses awarded for the Trustee's Attorney)    $ 0.00
4. Total Debtor Attorney Fees
   (Sum of all fees and expenses awarded to Debtor's Attorney)    $ 184,721.93
5. Other Professional Fees
   (Sum of all other professional fees and expenses)    $ 0.00
6. Total Awarded Expenses    $ 184,721.93
   (Sum of all other professional fees and expenses)
7. Distribution to Secured Creditors    $ 15,679,149.19
8. Distribution to Priority Creditors    $ 
9. Distribution to Unsecured Creditors    $ 588,401.18
10. Distribution to Equity Security Holders    $

11. Other Payments (Explain)  $ _____

_____
_____
_____
_____

**TOTAL*** $ _____

*This total figure should represent all monies paid by the debtor for administration expenses and for payments pursuant to the plan or reorganization or liquidation.

**Payments by Class:**

Class 1 Administrative Expense Claims  $ _____
Class 2 Priority Claims  $ _____
Class 3 Lender Claims - SBN Settlement  $ 15,679,149.19
Class 4 General Unsecured Claims (4a-4h)  $ 588,401.18
Class 5 Existing Equity Interests  $ _____
Class 6 _____  $ _____
Class 7 _____  $ _____
Class 8 _____  $ _____
Class 9 _____  $ _____
Class 10 _____  $ _____
Other Classes (Explain)  $ _____

_____
_____
_____

Date: _8/2/2019_____  Prepared by: /s/ Greta M. Brouphy _____

Bar Number: 26216 _____
650 Poydras Street, Suite 2500
(Address)
New Orleans, LA 70124
(City/State/Zip)
(504) 299-3300
(Telephone Number)