# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: MR. STEVEN, L.L.C.

CASE NUMBER: 18-51277   For Period 4/1 to 4/30, 2019

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (X) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| (X) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| (X) | ( ) | Supporting Schedules (FORM 2-E) |
| (X) | ( ) | Narrative (FORM 2-F) |
| (X) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 8/13/2019
(date)

Debtor(s)*: _[signature]_

By:** STEVEN J. MIGUEZ

Position: MANAGER

Name of preparer: RYAN LANDRY

Telephone No. of Preparer (985) 631-9004

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
3/11

364001-1}

MR. STEVEN, LLC
18-51277
Comparative Balance Sheet

| | 10/3/2018 | 10/31/2018 | 11/30/2018 | 12/31/2018 | 1/31/2019 | 2/28/2019 | 3/31/2019 | 4/30/2019 |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| CURRENT ASSETS | | | | | | | | |
| Cash | $ 54.13 | $ 12.71 | $ 12.71 | $ 12.71 | $ 187.71 | $ 172.71 | $ 172.71 | $ 317.71 |
| Accounts Receivable, Net | $ 201,300.00 | $ 303,600.00 | $ 402,600.00 | $ 504,900.00 | $ 607,200.00 | $ 699,600.00 | $ 801,900.00 | $ 899,514.00 |
| Inventory, at lower of cost or market | | | | | | | | |
| Prepaid expenses & deposits | | | | | | | | |
| TOTAL CURRENT ASSETS | $ 201,354.13 | $ 303,612.71 | $ 402,612.71 | $ 504,912.71 | $ 607,387.71 | $ 699,772.71 | $ 802,072.71 | $ 899,831.71 |
| | | | | | | | | |
| PROPERTY, PLANT & EQUIPMENT | $ 16,305,549.93 | $ 16,305,549.93 | $ 16,305,549.93 | $ 16,305,549.93 | $16,305,549.93 | $16,305,549.93 | $16,305,549.93 | $16,305,549.93 |
| Less acumulated depreciation | $ 3,691,090.32 | $ 3,781,946.32 | $ 3,872,532.32 | $ 3,963,123.32 | $ 4,053,709.32 | $ 4,144,295.32 | $ 4,234,881.32 | $ 4,325,467.32 |
| NET PROPERTY, PLANT & EQUIPMENT | $ 12,614,459.61 | $ 12,523,603.61 | $ 12,433,017.61 | $ 12,342,426.61 | $12,251,840.61 | $12,161,254.61 | $12,070,668.61 | $11,980,082.61 |
| | | | | | | | | |
| OTHER ASSETS: | | | | | | | | |
| OPERATING DEPOSIT - SEATRAN | $ 75,000.00 | $ 75,000.00 | $ 75,000.00 | $ 75,000.00 | $ 75,000.00 | $ 75,000.00 | $ 75,000.00 | $ 75,000.00 |
| LOAN COSTS (NET) | $ 42,199.12 | $ 42,199.12 | $ 42,199.12 | $ 42,199.12 | $ 42,199.12 | $ 42,199.12 | $ 42,199.12 | $ 42,199.12 |
| TAX REFUND DUE - LA STATE | $ 75,510.55 | $ 75,510.55 | $ 75,510.55 | $ 75,510.55 | $ 75,510.55 | $ 75,510.55 | $ 75,510.55 | $ 75,510.55 |
| TOTAL OTHER ASSETS | $ 192,709.67 | $ 192,709.67 | $ 192,709.67 | $ 192,709.67 | $ 192,709.67 | $ 192,709.67 | $ 192,709.67 | $ 192,709.67 |
| | | | | | | | | |
| **TOTAL ASSETS** | **$ 13,008,523.41** | **$ 13,019,925.99** | **$ 13,028,339.99** | **$ 13,040,048.99** | **$13,051,937.99** | **$13,053,736.99** | **$13,065,450.99** | **$13,072,623.99** |
| | | | | | | | | |
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES | | | | | | | | |
| Taxes payable (Form 2-E, pg. 1 of 3) | | | | | | | | |
| Accounts Payable (Form 2-E, pg. 1 of 3 | | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 7,801.75 | $ 8,613.89 | $ 10,149.98 | $ 19,444.98 |
| Other: | | | | | | | | |
| TOTAL POST-PETITION LIABILITES | $ - | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 7,801.75 | $ 8,613.89 | $ 10,149.98 | $ 19,444.98 |
| | | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes payable - secured | $ 16,084,765.65 | $ 16,084,765.65 | $ 16,084,765.65 | $ 16,084,765.65 | $16,084,765.65 | $16,084,765.65 | $16,084,765.65 | $16,084,765.65 |
| Priority debt | | | | | | | | |
| Unsecured Debt | $ 223,187.32 | $ 223,187.32 | $ 223,187.32 | $ 223,187.32 | $ 223,187.32 | $ 223,187.32 | $ 223,187.32 | $ 223,187.32 |
| Other | | | | | | | | |
| TOTAL LIABILITIES | $ 16,307,952.97 | $ 16,311,752.97 | $ 16,311,752.97 | $ 16,311,752.97 | $16,315,754.72 | $16,316,566.86 | $16,318,102.95 | $16,327,397.95 |
| | | | | | | | | |
| **EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| RETAINED EARNINGS: | | | | | | | | |
| Pre-Petition Retained Earnings | $ (3,299,429.56) | $ (3,299,429.56) | $ (3,299,429.56) | $ (3,299,429.56) | $ (3,299,429.56) | $ (3,299,429.56) | $ (3,299,429.56) | $ (3,299,429.56) |
| Adjustments | | | | | | | | |
| Post-Petition Retained Earnings | | $ 7,602.58 | $ 16,016.58 | $ 27,725.58 | $ 35,612.83 | $ 36,599.69 | $ 46,777.60 | $ 44,655.60 |
| TOTAL EQUITY | $ (3,299,429.56) | $ (3,291,826.98) | $ (3,283,412.98) | $ (3,271,703.98) | $ (3,263,816.73) | $ (3,262,829.87) | $ (3,252,651.96) | $ (3,254,773.96) |
| | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | **$ 13,008,523.41** | **$ 13,019,925.99** | **$ 13,028,339.99** | **$ 13,040,048.99** | **$13,051,937.99** | **$13,053,736.99** | **$13,065,450.99** | **$13,072,623.99** |

* Note: Notes Payable - Secured represents loan debt to SBN.
Mr. Steven, LLC is a comaker of the loan along with 7 other entities.  Financial statements
reflect a pro-rata portion of the loan debt allocated to the Mr. Steven, LLC.

MR. STEVEN, LLC
18-51277
Profit and Loss Statement

| | October 2018 | November 2018 | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 |
|---|---|---|---|---|---|---|---|
| **NET REVENUE** | $ 102,300.00 | $ 99,000.00 | $ 102,300.00 | $102,300.00 | $ 92,400.00 | $ 102,300.00 | $ 97,614.00 |
| COST OF GOODS SOLD: | | | | | | | |
|     Labor | | | | | | | |
|     Insurance | | | | $ 349.75 | $ - | $ - | $ - |
|     Repairs | | | | | | | |
|     Material | | | | | | | |
|     Operating (HSE, Travel) | | | | | | | |
| TOTAL COST OF GOODS SOLD | $ - | $ - | $ - | $ 349.75 | $ - | $ - | $ - |
| **GROSS PROFIT:** | $ 102,300.00 | $ 99,000.00 | $ 102,300.00 | $101,950.25 | $ 92,400.00 | $ 102,300.00 | $ 97,614.00 |
| OPERATING EXPENSES | | | | | | | |
|     Interest | | | | | $ 50,000.00 | $ - | $ 140,000.00 |
|     General Administrative (rents, utilities, salaries, etc.) | $ 3,841.42 | $ - | $ - | $ 3,977.00 | $ 1,725.00 | $ 1,536.09 | $ 6,380.00 |
|     Other: | | | | | | | |
| TOTAL OPERATING EXPENSES | $ 3,841.42 | $ - | $ - | $ 3,977.00 | $ 51,725.00 | $ 1,536.09 | $ 146,380.00 |
| INTEREST EXPENSE | | | | | | | |
| **INCOME BEFORE DEPRECIATION OR TAXES** | $ 98,458.58 | $ 99,000.00 | $ 102,300.00 | $ 97,973.25 | $ 40,675.00 | $ 100,763.91 | $ (48,766.00) |
| | | | | | | | |
| DEPRECIATION OR AMORTIZATION | $ 90,856.00 | $ 90,586.00 | $ 90,591.00 | $ 90,586.00 | $ 90,586.00 | $ 90,586.00 | $ 90,586.00 |
| EXTRAORDINARY EXPENSES | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | | |
| | | | | | | | |
| **NET INCOME (LOSS)** | $ 7,602.58 | $ 8,414.00 | $ 11,709.00 | $ 7,387.25 | $ (49,911.00) | $ 10,177.91 | $ (139,352.00) |

MR. STEVEN, LLC
18-51277
Cash Receipts and Disbursements Statement
For Period 4/1 to 4/30, 2019

CASH RECONCILIATION

| | | |
|---|---|---|
| 1 Beginning Cash Balance (Ending Cash Balance from last month's report) | $ | 172.71 |
| 2 Cash Receipts (total Cash Receipts from page 2 of all Form 2-D's) | $ | 140,500.00 |
| 3 Cash Disbursements (total Cash Disbursements from page 3 of all Form 2-D's) | $ | 140,355.00 |
| 4 Net Cash Flow | $ | 145.00 |
| 5 Ending Cash Balance | $ | 317.71 |

CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---|---|
| 1 Real Estate Account | | |
| 2 Trust Account | | |
| 3 Operating and/or Personal Account | $ 317.71 | Community First Bank |
| 4 Payroll Account | | |
| 5 Tax Account | | |
| 6 Other Accounts (Specify checking or savings) | | |
| 7 Cash Collateral Account | | |
| 8 Petty Cash | | |
| TOTAL (must agree with line 5 above) | $ 317.71 | |

**ADJUSTED CASH DISBURSEMENTS**

Cash disbursements on Line 3 above less inter-account transfers & UST fees paid   $            -

MR. STEVEN, LLC
18-51277
Cash Receipts and Disbursements Statement
For Period 4/1 to 4/30, 2019
Account Name: N/A    Account Number: N/A
Form 2-D, Page 3 of 4

CASH RECEIPTS JOURNAL

| Date | Description (Source) | Amount |
|---|---|---|
| 4/1/2019 | Steve Miguez - DIP Loan | $ 70,000.00 |
| 4/17/2019 | Steve Miguez - DIP Loan | $ 500.00 |
| 4/26/2019 | Steve Miguez - DIP Loan | $ 70,000.00 |
| | Total Cash Receipts | $ 140,500.00 |

MR. STEVEN, LLC
18-51277
Cash Receipts and Disbursements Statement
For Period 4/1 to 4/30, 2019
Account Name: N/A   Account Number: N/A
Form 2-D, Page 4 of 4

CASH DISBURSEMENTS JOURNAL

| Date | Check No. | Payee | Description (Source) | Amount |
|---|---|---|---|---|
| 4/1/2019 | N/A | SBN | Interest payment on loan | $ 70,000.00 |
| 4/1/2019 | N/A | | Wire fee | $ 15.00 |
| 4/24/2019 | 1004 | US Trustee | Quarterly Fees | $ 325.00 |
| 4/26/2019 | N/A | SBN | Interest payment on loan | $ 70,000.00 |
| 4/26/2019 | N/A | | Wire fee | $ 15.00 |

Total Cash Disbursements $ 140,355.00

MR. STEVEN, LLC
18-51277
Supporting Schedules
For Period 4/1 to 4/30, 2019

POST-PETITION ACCOUNTS PAYABLE REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | N/A | N/A | $ - | $ - | $ - | $ - |
| FICA | N/A | N/A | $ - | $ - | $ - | $ - |
| FUTA | N/A | N/A | $ - | $ - | $ - | $ - |
| SITW | N/A | N/A | $ - | $ - | $ - | $ - |
| SUTA | N/A | N/A | $ - | $ - | $ - | $ - |
| OTHER TAX | N/A | N/A | $ - | $ - | $ - | $ - |
| TRADE PAYABLES | N/A | N/A | $6,025.00 | $ 36.09 | $3,367.25 | $6,746.64 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | N/A | N/A | $ - | $ - | $ - | $ - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $1,536.09 | $1,867.00 | $3,367.25 | $6,746.64 |

MR. STEVEN, LLC
18-51277
Supporting Schedules
For Period 4/1 to 4/30, 2019

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| IBERIA MARINE SVC | 8/31/2018 | 9/30/2018 | $ - | $ - | $ - | $102,300.00 |
| IBERIA MARINE SVC | 9/30/2018 | 10/30/2018 | $ - | $ - | $ - | $ 99,000.00 |
| IBERIA MARINE SVC | 10/31/2018 | 11/30/2018 | $ - | $ - | $ - | $102,300.00 |
| IBERIA MARINE SVC | 11/30/2018 | 12/30/2018 | $ - | $ - | $ - | $ 99,000.00 |
| IBERIA MARINE SVC | 12/31/2018 | 12/30/2018 | $ - | $ - | $ - | $102,300.00 |
| IBERIA MARINE SVC | 1/31/2019 | 3/2/2019 | $ - | $ - | $ 102,300.00 | $ - |
| IBERIA MARINE SVC | 2/28/2019 | 3/30/2019 | $ - | $ - | $ 92,400.00 | $ - |
| IBERIA MARINE SVC | 3/31/2019 | 4/30/2019 | $ 102,300.00 | | | |
| IBERIA MARINE SVC | 4/30/2019 | 5/30/2019 | $ 97,614.00 | | | |
| TOTALS | | | $ 199,914.00 | $ - | $ 194,700.00 | $504,900.00 |

MR. STEVEN, LLC
18-51277
SUPPORTING SCHEDULES
For Period 4/1 to 4/30, 2019

INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Comp | Arthur J. Gallagher RMS, Inc. | $ 1,000,000.00 | 2/28/2020 | Yes |
| General Liability | Arthur J. Gallagher RMS, Inc. | $ 1,000,000.00 | 11/1/2019 | Yes |
| Proeprty (Fire, Theft) | Arthur J. Gallagher RMS, Inc. | $ 15,500,000.00 | 11/1/2019 | Yes |
| Vehicle | N/A | N/A | N/A | N/A |
| Bumbershoot | Arthur J. Gallagher RMS, Inc. | $ 24,000,000.00 | 11/1/2019 | Yes |

CASE NAME
CASE NUMBER
NARRATIVE STATEMENT
For Period 4/1 to 4/30, 2019

CASE NAME
CASE NUMBER
Quarterly Fee Summary
For Period 4/1 to 4/30, 2019

| Payment | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | | | | |
| February | | | | |
| March | | | | |
| Total 1st Quarter | $ 325.00 | | | **4/17/2019** |
| April | $ 325.00 | | | |
| May | $ - | | | |
| June | | | | |
| Total 2nd Quarter | $ 325.00 | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| Total 3rd Quarter | $ - | | | |
| October | | | | |
| November | | | | |
| December | | | | |
| Total 4th Quarter | $ - | | | |

**DISBURSEMENT CATEGORY**      **QUARTERLY FEE DUE**

| Range | Fee |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000 whichever is less |



**CommunityFirst Bank**
1101 E. Admiral Doyle Dr. • New Iberia, LA 70560
(337) 365-6677 • www.cfirstbank.com



00000692-0004909-0001-0004-TIMR8000560430196450

| | |
|---|---|
| Page | 1 of 4 |
| Account Number: | ***1483 |
| Date: | 04-30-19 |
| Images: | 4 |

MR STEVEN LLC
DEBTOR IN POSSESSION
CASE NUMBER 18-51277
107 HIGHWAY 90 W
NEW IBERIA LA 70560-9485

---

BUSINESS CHECKING          MR STEVEN LLC                              Acct   1483

```
             Beginning Balance     4/01/19        172.71
             Deposits / Misc Credits    3      140,500.00
             Withdrawals / Misc Debits  5      140,355.00
          ** Ending Balance        4/30/19        317.71   **
             Service Charge                          .00

             Average Balance                         312
             Average Collected Balance               312
             Minimum Balance                         157
             Enclosures                                4
```

### Deposits and Other Credits

| Date | Deposits | Activity Description |
|---|---|---|
| 4/01 | 70,000.00 | Deposit |
| 4/17 | 500.00 | Deposit |
| 4/26 | 70,000.00 | Deposit |

### Other Debits and Withdrawals

| Date | Withdrawals | Activity Description |
|---|---|---|
| 4/01 | 70,000.00 | wire out summit investments |
| 4/01 | 15.00 | Outgoing Wire Fee |
| 4/26 | 70,000.00 | wire out summit investment |
| 4/26 | 15.00 | Outgoing Wire Fee |

### Checks

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/24 | 1004 | 325.00 | | | | | | |

* indicates a break in check number sequence

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 157.71 | 4/24 | 332.71 | | |
| 4/17 | 657.71 | 4/26 | 317.71 | | |





**CommunityFirst Bank**
1101 E. Admiral Doyle Dr. • New Iberia, LA 70560
(337) 365-6677 • www.cfirstbank.com


FDIC



04/01/2019   $70,000.00



04/17/2019   $500.00



04/26/2019   $70,000.00

MR STEVEN LLC
DEBTOR IN POSSESSION
CASE NUMBER 18-51277
107 HIGHWAY 90 W
NEW IBERIA, LA 70560-9495

4.17.2019

Pay to the Order of U.S. Trustee    $325.00
Three Hundred Twenty Five and 00/100 Dollars

CommunityFirst Bank

For 3MO4-18-51277

04/24/2019   1004   $325.00

