# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: MR. STEVEN, L.L.C.

CASE NUMBER: 18-51277    For Period 7/1 to 7/31, 2019

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| ( ) | ( ) | Comparative Balance Sheet (FORM 2-B) |
| ( ) | ( ) | Profit and Loss Statement (FORM 2-C) |
| (X) | ( ) | Cash Receipts & Disbursements Statement (FORM 2-D) |
| ( ) | ( ) | Supporting Schedules (FORM 2-E) |
| ( ) | ( ) | Narrative (FORM 2-F) |
| ( ) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 8/13/2019
(date)

Debtor(s)*: _[signature]_

By:** STEVEN J. MIGUEZ

Position: MANAGER

Name of preparer: RYAN LANDRY

Telephone No. of Preparer (985) 631-9004

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
3/11

364001-1}

MR. STEVEN, LLC
18-51277
Quarterly Fee Summary
For Period 8/1 to 8/20, 2019

| Payment | Cash Disbursements | Quarterly Fee Due | Check No. | Date | |
|---|---|---|---|---|---|
| January | | | | | |
| February | | | | | |
| March | | | | | |
| Total 1st Quarter | $ 325.00 | | | **4/17/2019** | |
| April | $ 140,355.00 | | | | |
| May | $ - | | | | |
| June | $ - | | | | |
| Total 2nd Quarter | $ 140,355.00 | 975.00 | **1** | **7/29/2019** | |
| | | | **2** | **8/13/2019** | Paid $325 on check 1, difference of $650 paid on check 2 |
| July | $ 325.00 | | | | |
| August | $ 325.00 | | | | |
| September | | | | | |
| Total 3rd Quarter | $ 650.00 | 325.00 | **2** | **8/13/2019** | |
| October | | | | | |
| November | | | | | |
| December | | | | | |
| Total 4th Quarter | $ - | | | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 or more | 1% of quarterly disbursements or $250,000 whichever is less |