**SO ORDERED.**

**SIGNED August 27, 2019.**

_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C., et al[1] | * | CHAPTER 11 |
| DEBTOR | * | |

\* \* \* \* \* \* \*

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES
BY HELLER, DRAPER, PATRICK, HORN & MANTHEY, LLC
AS COUNSEL FOR THE CHAPTER 11 DEBTORS**

Upon consideration of the *Final Application for Compensation and Reimbursement of Expenses by Heller, Draper, Patrick, Horn & Manthey, LLC as Counsel for the Chapter 11 Debtors* (the "Application") [R. Doc. 242] filed by Heller, Draper, Patrick, Horn & Manthey, LLC (the "Firm"), and the Court having jurisdiction to consider the Application and the relief

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].
{00368470-1}

requested therein pursuant to 28 U.S.C. §§ 327(a), 328, 330 503(b)(4) and 507(a)(2); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and due and proper notice of the Application having been provided with no responsive pleading filed and the Court approving the Application; it is therefore:

**ORDERED** that the Application is granted.

**IT IS FURTHER ORDERED** that the Firm is granted a compensation award in the amount of $36,451.25 for 141.40 professional service hours provided to the Debtors during the period of April 1, 2019 through May 28, 2019 (the "Fee Period") and the reimbursement of out-of-pocket expenses in the amount of $7,928.62 incurred during the Fee Period as allowed pursuant to 11 U.S.C. §§ 327, 330 and 331.

**IT IS FURTHER ORDERED** that the Firm is granted an allowed administrative expense pursuant to 11 U.S.C. § 503(b)(4) with a priority pursuant to 11 U.S.C. § 503(a)(2) in the amount of $184,721.93 representing: (a) $123,688.75 for 501.65 professional service hours and $16,653.01 in out-of-pocket expenses approved on interim bases by Order dated June 5, 2019 [R. Doc. 240]; and (b) $36,451.25 for 141.40 professional service hours and $7,928.92 granted in this Order.

###

This order was prepared and submitted by:

Greta M. Brouphy, La. Bar No. 26216
**HELLER, DRAPER, PATRICK, HORN & DABNEY, L.L.C**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3300 / Fax: 504-299-3399
Email: gbrouphy@hellerdraper.com

**Attorneys for the Debtors**