# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–4 | User: lchamp | Date Created: 8/27/2019 |
| Case: 18–51277 | Form ID: pdf8 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr         DIP
                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
aty      Douglas S. Draper     ddraper@hellerdraper.com
aty      Gail Bowen McCulloch     gail.mcculloch@usdoj.gov
aty      Greta M. Brouphy     gbrouphy@hellerdraper.com
                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mr. Steven, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db      Lady Eve, L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db      Lady Brandi L.L.C.     107 Hwy 90 West     New Iberia, LA 70560
db      Lady Glenda LLC     107 Hwy 90 West     New Iberia, LA 70560
db      Mr. Blake LLC     107 Hwy 90 West     New Iberia, LA 70560
db      Mr. Mason LLC     107 Hwy 90 West     New Iberia, LA 70560
db      Mr. Ridge LLC     107 Hwy 90 West     New Iberia, LA 70560
db      Mr. Row LLC     107 Hwy 90 West     New Iberia, LA 70560
                                                TOTAL: 8