**SO ORDERED.**

**SIGNED August 27, 2019.**

_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C., et al[1] | * | CHAPTER 11 |
| DEBTOR | * | |
| *   *   *   *   *   *   * | * | |

### ORDER GRANTING MOTION FOR FINAL DECREE

**Came for consideration**, was the *Motion for Final Decree* (the "Motion") [R. Doc. 245] as filed by Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, (the "Reorganized Debtors"), and consideration of the filing by the Reorganized Debtors all post-confirmation reports through August 2019 and payment of all outstanding 28 U.S.C. 1930 fees, and with no responsive pleadings filed, it is hereby

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

**ORDER** that the Motion be and is granted pursuant to 11 U.S.C. § 350(a); and

**IT IS FURTHER ORDERED** that Reorganized Debtor within fourteen (14) days of the entry of this Order, will file any outstanding post-confirmation reports due and pay any outstanding fees required under 28 U.S.C. § 1930.

{00369637-1}

###

Prepared and submitted by:

*/s/ Greta M. Brouphy*
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No.14891)
Greta M. Brouphy (La. Bar No. 26216)
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300
Fax: 504-299-3399
E-mail: ddraper@hellerdraper.com
  lcollins@hellerdraper.com
  gbrouphy@hellerdraper.com

**Counsel for Reorganized Debtors**

{00369637-1}