**SO ORDERED.**

**SIGNED August 27, 2019.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 18-51277 |
| MR. STEVEN, L.L.C., et al[1] | * | CHAPTER 11 |
| DEBTOR | * | |
| * * * * * * * | | |

### ORDER GRANTING MOTION FOR FINAL DECREE

**Came for consideration**, was the *Motion for Final Decree* (the "Motion") [R. Doc. 245] as filed by Mr. Steven, L.L.C., Lady Eve, L.L.C., Lady Brandi L.L.C., Lady Glenda LLC, Mr. Blake LLC, Mr. Mason LLC, Mr. Ridge LLC, and Mr. Row LLC, (the "Reorganized Debtors"), and consideration of the filing by the Reorganized Debtors all post-confirmation reports through August 2019 and payment of all outstanding 28 U.S.C. 1930 fees, and with no responsive pleadings filed, it is hereby

---

[1] Pursuant to this Court's December 21, 2018 Order, the Debtor's case has been procedurally consolidated and is being jointly administered with the following affiliated Debtors: Lady Eve, L.L.C. (18-51488), Lady Brandi, L.L.C. (18-51517), Lady Glenda, L.L.C. (18-51518), Mr. Blake, L.L.C. (18-51519), Mr. Mason, L.L.C. (18-51521), Mr. Ridge, L.L.C. (18-51522), and Mr. Row, L.L.C. (18-51523) (collectively, the "Debtors"). [ECF Doc. 109].

{00369637-1}

**ORDER** that the Motion be and is granted pursuant to 11 U.S.C. § 350(a); and

**IT IS FURTHER ORDERED** that Reorganized Debtor within fourteen (14) days of the entry of this Order, will file any outstanding post-confirmation reports due and pay any outstanding fees required under 28 U.S.C. § 1930.

{00369637-1}

###

Prepared and submitted by:

*/s/ Greta M. Brouphy*
Douglas S. Draper (La. Bar No. 5073)
Leslie A. Collins (La. Bar No.14891)
Greta M. Brouphy (La. Bar No. 26216)
**HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300
Fax: 504-299-3399
E-mail: ddraper@hellerdraper.com
          lcollins@hellerdraper.com
          gbrouphy@hellerdraper.com

**Counsel for Reorganized Debtors**

```
                          United States Bankruptcy Court
                          Western District of Louisiana
In re:                                                    Case No. 18-51277-JWK
Mr. Steven, L.L.C.                                        Chapter 11
Lady Eve, L.L.C.
       Debtors                 CERTIFICATE OF NOTICE
District/off: 0536-4        User: lchamp              Page 1 of 1         Date Rcvd: Aug 27, 2019
                            Form ID: pdf8             Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
```
db         +Lady Brandi L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Lady Eve, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Lady Glenda LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Blake LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Mason LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Ridge LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Row LLC,    107 Hwy 90 West,    New Iberia, LA 70560-9485
db         +Mr. Steven, L.L.C.,    107 Hwy 90 West,    New Iberia, LA 70560-9485
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr            DIP
                                                                       TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
```
          Amanda W. Messa    on behalf of Interested Party    SpaceX amanda.messa@phelps.com
          Benjamin W. Kadden    on behalf of Defendant Steve   Miguez bkadden@lawla.com, mnguyen@lawla.com
          David F. Waguespack    on behalf of Creditor    SBN V FNBC LLC waguespack@carverdarden.com,
           plaisance@carverdarden.com
          Douglas S. Draper    on behalf of Debtor    Lady Brandi L.L.C. ddraper@hellerdraper.com,
           kfritscher@hellerdraper.com;lcollins@hellerdraper.com
          Gail Bowen McCulloch    on behalf of U.S. Trustee Office of  U. S. Trustee gail.mcculloch@usdoj.gov
          Greta M. Brouphy    on behalf of Attorney    Heller Draper Patrick Horn & Manthey, LLC
           gbrouphy@hellerdraper.com
          James M. Garner    on behalf of Plaintiff    SBN V FNBC LLC jgarner@shergarner.com,
           mgarner@shergarner.com;jchocheles@shergarner.com;ethomas-ponce@shergarner.com
          Meredith S. Grabill    on behalf of Defendant Steve   Miguez mgrabill@lawla.com
          Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
          Peter James Segrist    on behalf of Creditor    SBN V FNBC LLC segrist@carverdarden.com,
           clary@carverdarden.com
          Randall Scott Wells    on behalf of Interested Party    Guice Offshore, LLC swells@rushing-guice.com
          Stewart F. Peck    on behalf of Defendant Steve   Miguez speck@lawla.com,
           erosenberg@lawla.com;ymaranto@lawla.com
          William Kaufman    on behalf of Interested Party    Guice Offshore, LLC whkaufman@ohllc.com,
           egnormand@ohllc.com
                                                                                             TOTAL: 13
```